Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800


Attorney for Plaintiff


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual. | ) ) ) ) ) ) ) ) ) | Case No.: **'21 CV 1205 H    JLB** |

**Plaintiffs,**

vs.

MANHEIM RIVERSIDE AKA COX
AUTO INC. AKA MANHEIM
INVESTMENTS INC. AKA COX
AUTO AUCTIONS, LLC,  MANHEIM
NEVADA AKA COX AUTO INC.
AKA MANHEIM INVESTMENTS
INC. AKA COX AUTO AUCTIONS,
LLC CARFAX, INC.,  NEXTGEAR
CAPITAL, DANNY BRAUN, an
individual, CESAR ESPINOSA, an

**COMPLAINT SEEKING MONETARY DAMAGES, STATUTORY DAMAGES, PUNITIVE DAMAGES, EQUITABLE RELIEF AND DECLARATORY RELIEF:**

1. **Consumers Legal Remedies Act CA Civ. Code 1750**
2. **Violation of Song Beverly Consumer Warranty Act**
3. **Violation of Magnusson-Moss Consumer Warranty Act 15 USC 2308**
4. **Quasi-Contract - Restitution**
5. **Violation of Bus. & Profs. Code Section 17200, et seq.**
6. **Wire Fraud 18 USC 1343, Deceit and Misrepresentation**
7. **Violation of Federal RICO under 18 USC Sec 1962(c)**

individual, STEVE HARMON, an ) 
individual, JERRY SIDERMAN, an ) **DEMAND FOR JURY TRIAL**
individual,  BMW OF NORTH ) Judge:
AMERICA, LLC, CENTER ) Action Filed:
AUTOMOTIVE, INC DBA CENTER Trial Date: Not Set
BMW and DOES 1 through 200

_____ Defendants. _____

Plaintiff alleges as follows:

## PARTIES

1.     Plaintiff SD MOTORWERKS is an LLC owned by DIPITO LLC SERIES A Delaware LLC ("**SD MOTORWERKS**").  The business is operated as the San Diego Business Trust operated by the Co-Trustee, Carrie Elin Sorrento ("**SORRENTO**").  The business is located at 7030 Carroll Road, San Diego, 92121.  At all times material thereto the Co-Trustee is and was the operator of that business.

2.     Plaintiff CHIDIEBERE AMADI ("**CHIDI**") is an individual.  At all times material thereto CHIDI was a resident of San Diego, California.

3.     Plaintiff RICHARD JOHN HAGEN dba EUROMOTORWERKS ("**EUROMOTORWERKS**") is a business that is now inactive.  The business was located at 7675 Formula Place, Suite D, San Diego, CA 92121.

4.     Plaintiff RICHARD JOHN HAGEN (**"HAGEN"**) is an individual.  At all times material thereto HAGEN was a resident of San Diego, California.

5.     Plaintiff CARRIE ELIN SORRENTO ("**SORRENTO**") is an individual.  At all times material thereto SORRENTO was a resident of San Diego, California.

6.     Plaintiff is informed and believes and thereon alleges that Defendant MANHEIM INVESTMENTS, INC. DBA MANHEIM RIVERSIDE ("**MANHEIM**") is a California fictitious named LLC operating in California but is

a subsidiary of Atlanta-based COX ENTERPRISES ("**COX**") which is based in Atlanta, Georgia.  COX ENTERPRISES is a corporate conglomerate that has organized itself in an insular manner.  CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE (C1592199) is a registered agent located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

7.    Plaintiff is informed and believes and thereon alleges that Defendant MANHEIM INVESTMENTS, INC. DBA MANHEIM NEVADA ("**MANHEIM**") is a California fictitious named LLC operating in California but is a subsidiary of Atlanta-based COX ENTERPRISES ("**COX**") which is based in Atlanta, Georgia. COX ENTERPRISES is a corporate conglomerate that has organized itself in an insular manner.  CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE (C1592199) is a registered agent located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

8.    Plaintiff is informed and believes and thereon alleges that Defendant MANHEIM INVESTMENTS, INC. DBA MANHEIM RIVERSIDE ("**MANHEIM**") is a California fictitious named LLC operating in California but is a subsidiary of Atlanta-based COX ENTERPRISES ("**COX**") which is based in Atlanta, Georgia.  COX ENTERPRISES is a corporate conglomerate that has organized itself in an insular manner.  CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE (C1592199) is a registered agent located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

9.    Plaintiff is informed and believes and thereon alleges that Defendant NEXTGEAR CAPITAL ("**NEXTGEAR**") is a California fictitious named LLC operating in California but is a subsidiary of Atlanta-based COX ENTERPRISES ("**COX**") which is based in Atlanta, Georgia.  COX ENTERPRISES is a corporate conglomerate that has organized itself in an insular manner.  CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE

(C1592199) is a registered agent located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

10.    Defendant DANNY BRAUN (**"BRAUN"**) is a management employee and authorized agent of MANHEIM.  BRAUN's address is unknown.  BRAUN is believed to work for MANHEIM auctions in Riverside, California.

11.    Defendant CESAR ESPINOSA (**"ESPINOSA"**) is a management employee and authorized agent of MANHEIM.  ESPINOSA's address is unknown.  ESPINOSA is believed to work for MANHEIM auctions in Riverside, California.

12.    Defendant STEVE HARMON (**"HARMON"**) is a management employee and authorized agent of MANHEIM.  HARMON's address is unknown.  HARMON is believed to work for MANHEIM auctions in Riverside, California.

13.    Plaintiff is informed and believes and thereon alleges that an essential party, Defendant CARFAX, INC. ("**CARFAX**") is organized under the law of the United States with its main office located in Centreville, Virginia. CARFAX is a subsidiary of IHS Markit an information provider based in London, United Kingdom.  CARFAX is registered in Pennsylvania.  CARFAX has a foreign registration in California.  CSC – Lawyers Incorporating Service is the agent for service of Process in California.

14.    Plaintiff is informed and believes and thereon alleges that Defendant BMW FINANCIAL SERVICESS NA, LLA  is managed by and an affiliate of BMW of North America, LLC ("**BMW**" AND/OR "**FSVT**") is engaged in leasing and reselling of BMW vehicles.  BMW is registered in Delaware.  BMW has a foreign registration with the California Secretary of State.  It's main office is located at Woodcliff Lake, New Jersey 07677-7731. CT Corporation System is the agent for service in California.

15.     Plaintiff is informed and believes and thereon alleges that Defendant JERRY SIDERMAN aka MAXWELL SIDERMAN (**"SIDERMAN"**) is an individual whose last known address is Tarzana, California.

16.     Plaintiff is informed and believes and thereon alleges that prospective Defendant CENTER AUTOMOTIVE, INC. dba CENTER BMW ("**CENTER**") is a corporation which at all times relevant was located and based at 5201 Van Nuys Blvd., Sherman Oaks, CA 91401.  CENTER is a retailer of BMW vehicles.  Additionally, Center is a certified BMW repair facility.  Center leased a car to SIDERMAN on or about August 1, 2016.  The car was a 2016 BMW M6 couple with a VIN: WBS6J9C53GD934586 ("**Subject Vehicle #1**").  Later, Center provided mechanical and other repairs to said vehicle.  Center had a duty to report certain repairs that it made to SUBJECT VEHICLE #1.

17.     Plaintiff is informed and believes and thereon alleges that each Defendant and DOES 1 through 200, inclusive, were at all times relevant herein residents of the United States of America and/or corporations, partnerships, associations or individuals duly qualified to do business in or doing business in the United States of America.

18.     Plaintiff is informed and believes and thereon alleges that each Defendant, and DOES 1 through 200, inclusive, were acting as the agents, servants and/or employees of each of the other Defendants and were acting within the course and scope of said agency and employment, with the consent, express and implied, of the other Defendants, and that the acts and omissions herein alleged were ratified by each of them.

## JURISDICTION AND VENUE

19.     This court has original jurisdiction pursuant to 15 U.S.C. §45(a)(1) in that the claims alleged herein arise under the laws of the United States, and:

a.  The Federal RICO Statute, 18 U.S.C. §1962(c);

b.  Magnuson-Moss Consumer Warranty Act, 15 U.S.C. 2308.

c.  Wire Fraud, 18 U.S.C. §1343.

20.     This Court has supplemental jurisdiction pursuant to 28 U.S.C.  §1367 and 1391(b)(2)&(d) to hear and determine Plaintiffs  state law claims because those claims are related to Plaintiff's federal claims and arise out of a common nucleus of related facts and form part of the same case or controversy under Article III of the United States Constitution.

21.     The Court has jurisdiction over Plaintiff's action for declaratory relief pursuant to 28 U.S.C. §2201 and Rule 57 of the Federal Rules of Civil Procedure. Injunctive relief is authorized by 28 U.S.C. §2202  and Rule 65 of the Federal Rules of Civil Procedure.

22.     Venue is proper in the Southern District of California Pursuant to 28 U.S.C.  §1391(b) (2) in that a substantial part of the events, or omissions giving rise to the claims occurred herein and a number of the Defendants were conducting business within this jurisdiction and could be found here.

23.     Plaintiff alleges that at all times material herein, the activities, conduct, and/or omissions committed and/or engage  in by the Defendants herein give rise to this action being instituted within this Federal District Court inasmuch as the Plaintiff is a citizen and resident of the County of San Diego, City of San Diego, State of California and the Subject Property is located in the County of San Diego, City of San Diego, State of California.

24.     Plaintiff alleges that the Defendants were conducting business in California, engaging in a pattern of systematic fraudulent activities with Plaintiff in this District, resulting in injury to Plaintiff's respective interests in business or property.  All agreements, if any, related to venue outside this District are null and void due to their fraudulent nature.

## PRELIMINARY STATEMENT

25.     The thrust of Plaintiff's case is that, Defendants are enriching themselves by engaging in a pattern and practice of fraudulent activities.  SD Motorwerks has purchased **numerous vehicles** from MANHEIM only to discover that there has been hidden damages that were known by MANHEIM but intentionally concealed to Plaintiff's detriment and to MANHEIM's profit.

26.     MANHEIM has car auctions in different states.  MANHEIM has shipped vehicles from state to state looking for customers that would pay top dollar for their vehicles.  MANHEIM was fully aware that the subject vehicles had hidden damage prior to those vehicles were offered for sale.  MANHEIM has falsely reported the condition reports for vehicles that they knew or should have known had unreported damages.

27.     MANHEIM would not have been able to earn these illegal profits without the support and participation of their enterprise partners.  CARFAX has marketed their services using false statements, such as: "CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION".  CARFAX issued a report which  failed to adequately report certain damages which Plaintiffs relied upon to make their purchase decision.  CARFAX revised their report after the sale to Plaintiffs to disclose damages not previously reported.  Unsuspecting consumers are purchasing vehicles after reviewing and relying upon these CARFAX reports to ensure that their vehicle is a "good deal".

28.     BMW is taking cars at the end of their leases which BMW fails to inspect for hidden damage.  BMW is "burying their heads in the sand" because by doing so, they are able to lease more cars to their customers.  BMW profits from these "negligent and illegal practices".

29.     BMW's customer, SIDERMAN, incurred serious damage to his leased vehicles.  SIDERMAN filed a few different insurance claims for these damages.  We are informed and believe that SIDERMAN obtained "off the books"

repairs to SUBJECT VEHICLE #1.  SIDERMAN failed to report the actual vehicle damages to the DMV nor to CARFAX.

30.     There are illegal activities at each stage of this cycle.  The consumers that purchase these "unreported damage" vehicles are being financially fleeced. Plaintiffs were exposed to potential serious future accident injury or even death due to these serious unreported vehicle damages due to unreported accidents.

## FACTS COMMON TO ALL COUNTS

31.     MANHEIM is a culpable person that conducts an enterprise that sells automobiles affecting interstate commerce through a pattern of "racketeering activity".  MANHEIM conducts an enterprise comprised of a group of individuals/businesses associated in fact although not a single legal entity. MANHEIM sources the automobiles marketed and sold at their auctions from various sources.  Often times, these vehicles are sold across state lines. MANHEIM engages in a pattern of wire fraud (18 U.S.C. 1343) by falsely communicating that the automobiles being marketed/sold at their auctions are substantially free of damage.  In fact, often times, the automobiles have serious damages which are knowingly concealed from the bidders/customers at their auctions.  By concealing the known damages to these automobiles, MANHEIM is able to sell these vehicles for a higher price.  MANHEIM engages in wire fraud by sending marketing materials via email and by selling vehicles using their website/online portal.  These emails and/or online portals contain misrepresentations or known concealments of material facts regarding hidden but known damage to certain automobiles sold at the MANHEIM auctions. MANHEIM is not, normally,  the owner of the automobiles sold at their auctions. Therefore, they must solicit the cooperation of others to their enterprise.

32.     **SUBJECT VEHICLE #1**: On or about August 1, 2016, SIDERMAN leased a 2016 BMW M6 CPE (VIN: WBS6J9C53GD934586) (**"SUBJECT**

**VEHICLE #1"**) from CENTER.  SIDERMAN financed his lease through BMW.  SIDERMAN and his family members drove this car up until November/December 2019.  At that time, the car was returned to BMW/FSVT.  FSVT arranged to have SUBJECT VEHICLE #1 sold utilizing the auction services of MANHEIM.  MANHEIM sold the car to SD Motorwerks on or about January 28, 2020. (**Exhibit A**).

33.     On or about December 4, 2020, SUBJECT VEHICLE #1 was driven by SIDERMAN when SUBJECT VEHICLE #1 sustained certain damages.  Plaintiff ran a CARFAX report so that he could ascertain what, if any, damages were sustained by SUBJECT VEHICLE #1. (**Exhibit B**).  Prior to purchasing SUBJECT VEHICLE #1, MANHEIM provided their standard INSIGHT CONDITION REPORT. (**Exhibit C**).  **Exhibit C** contains a what is expected to be a "full disclosure" of known conditions of SUBJECT VEHICLE #1.  The report is designed to present enough information to allow a potential customer to make a reasoned and rational decision about the value of SUBJECT VEHICLE #1.  **Exhibit C** disclosed minor damages to the vehicle and carried an "AutoGrade of 3.4".  SD MOTORWERKS reviewed and relied upon **Exhibits B and C** to make his determination of a "bid" or "no bid" decision.  Based upon **Exhibits B and C**, Plaintiff placed a winning bid of $53,000 plus fees of $805. (**Exhibit D).**

34.     Plaintiff placed his winning bid over the internet and was not physically present to inspect the car.  MANHEIM had performed a "multipoint inspection" prior to the sale.  The multipoint inspection report was not provided to SD Motorwerks.  Since Plaintiff was not present to inspect the car, he requested that MANHEIM send the car out for a 3rd party inspection.  MANHEIM performed their standard PSI (Post Sale Inspection) on SUBJECT VEHICLE #1.  SUBJECT VEHICLE #1 passed and was given a Full 14-day PSA. (**Exhibit E**).  SD

Motorwerks requested a copy of the PSI report.  MANHEIM failed to provide the PSI report to Plaintiff.

35.     SUBJECT VEHICLE #1 was provided a gate pass and left the MANHEIM lot on or about January 29, 2020.  SUBJECT VEHICLE #1 came off the truck at the SD MOTORWERKS location on or about January 30, 2020. HAGEN/SD MOTORWERKS conducted its own visual inspection.  Various diagnostic codes were triggered pertaining to drivetrain malfunction, abs brake system light and chassis stabilization malfunction.  Additionally, the inspection revealed that there were many irregularities and blemishes in the paint on SUBJECT VEHICLE #1.   HAGEN/SD Motorwerks contacted MANHEIM to express his concerns.

36.     MANHEIM opened an arbitration ticket on the vehicle.  (**Exhibit F**). Exhibit E states: " Prior Paint/Repair – the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair show thru panels, also there is drivetrain malfunction, abs brake system light and chassis stabilization malfunction."  Plaintiff took pictures of the "malfunction warning lights" on the dashboard which included: a) Frontal Collision Warning System; b) Chassis Stabilization; and c) Brake system. (**Exhibit G**). Each warning suggests that the driver should "consult nearest service center."  On January 30, 2020, Plaintiff provided MANHEIM a detailed estimate of the paint issues with SUBJECT VEHICLE #1.  The total paint repairs amounted to $5,159.95. (**Exhibit H**).  Despite this estimate of damages, MANHEIM offered a discount of $755 on a take-it or leave-it basis.  MANHEIM refused to take the vehicle back.

37.     SD MOTORWERKS had purchased SUBJECT VEHICLE #1 for the benefit of with the intention of selling it to CHIDI.  CHIDI took possession of SUBJECT VEHICLE #1 on or about February 4, 2020.   Prior to SD MOTORWORKS buying SUBJECT VEHICLE #1 at MANHEIM, SIDERMAN

had his final service visit at BMW Escondido.  This last service included repairs for oil saturation of the right side of the engine.  Additional observations included stiffening plate bolts were loose and some missing and the underbody panel was broken.  SIDERMAN declined these recommended repairs.

38.     CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA on February 4, 2020 with the mileage at 27,033. The fuel tank was removed and replaced.  DSWA revealed that the vehicle required a wheel alignment but it declined.

39.     On or about March 3, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,278.  The car shifts hard when using the auto start and when accelerating.  The brakes are squealing in the front at slow speeds.

40.     On or about March 16, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,497.  Both the driver and passenger side seat belts were not retracting.  There is a loud popping noise from the right front suspension.

41.     On or about April 27, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,711.  Once again, the driver and passenger side seat belts are not retracting.  Intermittently, the passenger side window will not roll up.

42.     On or about May 4, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,734.  For the third time, the driver side seat belts are not retracting.  The driver seat belt was replaced.

43.     On or about May 18, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF ENCINITAS with the mileage at 27,893.  Oil is leaking on the passenger side of the engine.  The fuel system monitor will not set.  First think in the morning, there is a grinding/shuttering when shifting into drive.

44.     On or about May 18, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,910.  Oil is still leaking on the passenger side of the engine.  The fuel system monitor will not set.  First think in the morning, there is a grinding/shuttering when shifting into drive.  SUBJECT VEHICLE #1 completed a Smog Inspection.

45.     On or about June 3, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF ENCINITAS Collision Center.  CHIDI wanted to fix the paint issues with uneven paint and fixing the color match.  The shop identified major paint and body issues.  The car had been involved in major auto damage incidents.  Those major auto damage incidents had not been disclosed.  The final bill for this paint/body repair work was $9,918.80.

46.     On or about July 23, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 28,193,  The gas pump would repeatedly cut off during gas refills.  The charcoal cannister was removed and replaced.  That corrected the gas refill issue.  The driver side airbag was replaced.  Center console trim was delaminating/bubbling.  Impact damage to the center carbon trim was discovered.

47.     On or about July 30, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 28,371.  The gas pump cut-off problem had returned.  No repairs were performed.

48.     On or about August 7, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 28,484,  Once again, there is an oil leak near the passenger side intercooler.  Once again, the intercooler lines were replaced.  Once again, the gas pump will shut off during the filling of the tank.  Once again, no repairs were performed.

49.    Despite the aforementioned efforts to repair SUBJECT VEHICLE #1, many issues remain.  The most problematic was the unreported, undisclosed body damage to SUBJECT VEHICLE #1.

50.    On December 2, 2020, Plaintiff's had SUBJECT VEHICLE #1 inspected for frame and structural integrity.  Ryan Hernandez, the General Manager of West Coast Specialties, reported "To whom it may concern after reviewing this BMW m coupe vin#wbs6j9c53gd934586 there has been significate (sic) damage to the right side of this care (sic) and the rt uniside (sic) of this car wasn't fixed correctly and still has structure damage to the rocker panel.  As seen in the photos and after inspecting this car still has damage." **EXHIBIT I**.

51.    SD MOTORWERKS had purchased a CARFAX report on January 28, 2020, the same date that it made the purchase from MANHEIM.  CARFAX reported minor damage to SUBJECT VEHICLE #1.  Damage was reported to the front and right side of the vehicle in March 2018.  More damage was reported to the front, right side and right rear on in February 2019.  More damage was reported to the front, right side and right rear in June 2019.  See **Exhibit B**.  CARFAX guarantees that the vehicle was not subject to "Salvage, Junk, Rebuilt, Fire, Flood, Hail or Lemon."  Later, it would be discovered that SUBJECT VEHICLE #1 should have been salvaged.

52.    MANHEIM's Sight Condition Report showed "No Structural Damages."  See **Exhibit C**.  Plaintiff had reason to believe that **Exhibits B and C** were at best "incorrect" and at worst "fraudulent".  RICHARD HAGEN ("**HAGEN**"), spouse of SORRENTO and employee of SD Motorwerks, contacted MANHEIM to request a copy of the Sight Inspection Report because he had misplaced his copy.  On or about August 25, 2020, HAGEN spoke to Ms. Christine Prudencio ("**CHRISTINE**") .  CHRISTINE informed HAGEN that the report was locked and could not be printed or emailed.  CHRISTINE took a total of  twelve

(12) screenshots of the Sight Condition Report and sent them via email.  (**Exhibit J**).

53.     Manheim provided a new Sight Condition Report.  (**Exhibit K**). The new report contained new information.  It now showed extensive "structural damages" and an "AutoGrade of 2.4".  This information had been concealed from the Plaintiff at the time of the auction.

54.     HAGEN contacted SIDERMAN.  SIDERMAN was not cooperative. SIDERMAN refused to explain any of the damage claims that he had made for SUBJECT VEHICLE #1. (**Exhibit L**).

55.     CENTER had sold and serviced SUBJECT VEHICLE #1.  CENTER had not reported any significant damages to SUBJECT VEHICLE #1.  CENTER had a duty to report any and all significant damages to SUBJECT VEHICLE #1.

56.     BMW/FSVT was the title owner of the vehicle.  BMW/FSVT had placed the vehicle with MANHEIM for sale at their Riverside auction. MANHEIM follows the Arbitration Rules as provided by the National Auto Auction Association. (**Exhibit M**).   The sales made at an Auction are intended to promote fair and ethical treatment to both the Buyer and Seller.  Auction makes no representation or guarantees on any vehicle sold or offered for sale.  Auction is not a party to the contract of the sale.  The sales contract is between the Seller and Buyer only.  Sellers must disclose permanent structural damage, any structural alterations, structural repairs or replacements (certified or non-certified) as outlined in this policy prior to selling a vehicle at auction regardless of sales channel or light condition. Disclosures are required for the following:

    a.   Any/all existing permanent (non-repairable aka kinked or broken) structural damage as defined in this policy.

    b.   Improper and/or substandard prior repairs (not meeting OEM repair guidelines)

    **c.** Repairs not certified using OEM guidelines or to be within the UVMS Improper alterations to the structure Lengthened or Shortened structure verified by visual inspection.

    **d.** Altered suspension that requires the structure to be modified from its OEM form.

    **h.** Corrosion of structural components determined by one or more of the following; when the substrate loses its shape, the original bonds near the affected area are loose or are no longer in existence, the original thickness of the substrate  has been changed by more than 25%, the affected area no longer possesses its absorption or deflection properties.

    **i.** Structural tear damage (i.e. transport tie down) if more than 1" in length (measured from tear start/stop points.

57.    Based upon the aforementioned rules, BMW/FSVT has failed to make required disclosure of defects/damages that were hidden and existing at the time of the auction sale to SD MOTORWERKS.  These defects/damages compromised the structural integrity of SUBJECT VEHICLE #1 making it unsafe to drive and presenting a risk of serious injury or even death to the driver and passengers.

58.    Based upon the aforementioned rules, MANHEIM knowingly and wrongfully concealed defects/damages that were hidden and existing at the time of the auction sale to SD MOTORWERKS.

59.    CARFAX has marketed their services using false statements, such as: "CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION".  On or about January 28, 2020, CARFAX issued a report which  failed to adequately report certain damages which Plaintiffs relied upon to make their purchase decision. (**Exhibit B**). On or about January 13, 2021, CARFAX revised their report after the sale to Plaintiffs to disclose **"moderate"** damages not previously

reported.  **(Exhibit N)**.  Consumers are relying upon these CARFAX reports to ensure that their vehicle is a "good deal". The changes between these two reports is significant and manifested a fair amount of deception.

60.     We are informed and believe that SIDERMAN knowingly and wrongfully concealed defects/damages that were hidden and existing at the time of the vehicle going off lease back to BMW/FSVT.

61.     We are informed and believe that CENTER knew or should have known of the defects/damages to SUBJECT VEHICLE #1 and failed to report such damages to BMW/FSVT.

62.     At all relevant times, each of the Defendants were acting as agents, employees, assigns and/or contractors of one another.  Each of the Defendants performed acts which taken together contributed to losses/damages to the Plaintiffs.

63.     As a result of the failure of the securitization of Plaintiff's mortgage loan, and egregious violations of California's non-judicial foreclosure statute, none of the named defendants to this lawsuit is a real party in interest with standing entitled to enforce Plaintiff's mortgage loan or to collect mortgage payments from them.

64.     **SUBJECT VEHICLE #2**: On or about February 28, 2020, **SD MOTORWERKS**  purchased from MANHEIM NEVADA  a 2008 Bentley Continental GT SPEED (VIN: SCBCP73W38C057291) (**"SUBJECT VEHICLE #2"**).  **(Exhibit N)**.  SD MOTORWERKS utilized the online internet website/simulcast for MANHEIM NEVADA to purchase subject vehicle #2.

65.     The Bill of Sale document indicates that subject vehicle #2 was sold as a "Green Light" which includes buyer protections as to the vehicle condition.  A 14 Day, Full PSI was stated on Invoice # 129900326.  Invoice #129899474 shows the priced for the 2008 Bentley as $48,500, internet satisfaction fee of $50.00 and a

buy fee of $735.00.  The seller was Premier Nevada Credit, located at 6935 Speedway Blvd Unit 1011, Las Vegas, NV 89115. (**Exhibit O**).  Payment for subject vehicle #2  was to be remitted to: Cox Automotive, Inc. P.O. Box 936622, Atlanta, GA 31193-6622.

66.    SD MOTORWERKS had ordered a full inspection for subject vehicle #2.  However, the inspection report was not produced as requested.  Accordingly, SD MOTORWERKS refused to pay for subject vehicle #2 until such time as the inspection report was produced which would disclose any known defects in subject vehicle #2.

67.    On or about March 6, 2020, an individual known as Billy Elliott sent a report of defects on subject vehicle #2 direct to Brian Hutchins, an individual employed by Manheim Nevada.  This report contains many defective conditions. (**Exhibit P**).  Steve Harmon, Assistant General Manager, for MANHEIM NEVADA copied the listing of defects to Rick Hagen, an employee of SD MOTORWERKS on April 10, 2020.  It is noted that Steve Harmon took exception to the reported defects. (**Exhibit P**).

68.    SD MOTORWERKS inspected the vehicle and found the vehicle to be in an unacceptable state.  The vehicle had water damage that was discovered when they looked under the back seats.  This prompted the need to run additional inspection reports which led to additional discoveries of hidden damage.  On or about April 11, 2020, a full Offboard Diagnostic Information System tests were performed.  The battery of tests generated 25 pages of anomalies and faults.  Subject vehicle #2 is a lemon…pure and simple.  It should never have been sold without making a full disclosure about the prior flood and structural damages. (**Exhibit Q**).

69.    SD MOTORWERKS filed an arbitration with MANHEIM NEVADA. BRAUN, an employee of MANHEIM NEVADA, communicated his

dissatisfaction with RICK HAGEN.  BRAUN indicated that MANHEIM would take the vehicle and run it back through the auction lanes under SD MOTORWERKS name.  RICK HAGEN rejected this idea as SD MOTORWERKS did not want its reputation attached to subject vehicle #2.  BRAUN sought management input.  It was decided that MANHEIM NEVADA would "inherit" subject vehicle #2 and run it back through the auction lanes under its name.  But due to the number of arbitrations filed under the name of SD MOTORWERKS, MANHEIM would be ending its relationship with SD MOTORWERKS.  The stated reason is that "it costs MANHEIM money to deal with SD MOTORWERKS."  A transcript of the telephone call with BRAUN is attached hereto as **Exhibit R**.

70.    The punitive nature of this dismissal of SD MOTORWERKS led to further investigation by SD MOTORWERKS.  On or about September 15, 2020, SD MOTORWERKS ran a CARFAX report.  The vehicle history shows that there were four previous owners.  The CARFAX fails to show any significant damages to subject vehicle #2.  However, this vehicle moved from California to Texas to Florida to California to Georgia then back to California.  None of the previous owners wanted to keep this vehicle for any period of time. (**Exhibit S**).

71.    HAGEN spoke to one CHRIS PRENELL, a previous owner. Apparently, PRENELL had filed a lawsuit due to the hidden damages that he had discovered on  subject vehicle #2.  PRENELL abandoned his lawsuit and sold the vehicle to CARMAX located in Burbank, California on or about January 21, 2020. (**Exhibit T**).  For obvious reasons, CARMAX decided not to retail subject vehicle #2.  Instead, CARMAX sold the vehicle through the auto auction once again back to PREMIER NEVADA CREDIT.  (**Exhibit U**) Subsequently, subject vehicle was sold by MANHEIM NEVADA to SD MOTORWERKS on or about February 28, 2020.

72.     HAGEN was able to obtain an InSight Condition Report for subject vehicle #2 on or about September 15, 2020.  **The overall grade was 2.0**.  The report detailed 22 different damages and shows significant structural and paint damage.  (**Exhibit V**).  This is smoking gun evidence.  It shows that MANHEIM NEVADA sold a vehicle as a "GREEN LIGHT" when it knew or should have known of the hidden damages and the damning vehicle history for subject vehicle #2.

73.     **SUBJECT VEHICLE #3**: On or about June 7, 2019, **SD MOTORWERKS**  purchased from MANHEIM NEVADA  a 2009 Chevrolet Corvette 2DCP Z06 W/2LZ Gray (VIN: 1G1YZ26E295110239) (**"SUBJECT VEHICLE #3"**).  The Bill of Sale document indicates that subject vehicle #3 was sold as a "Red Light" as the vehicle had been previously "modified".  (**Exhibit W**).  SD MOTORWERKS utilized the online internet website/simulcast for MANHEIM NEVADA to purchase subject vehicle #3.  Invoice #121135015 shows that Richard Hagen paid $31,250.00 for subject vehicle #3, an internet satisfaction fee of $50.00 and a buy fee of $610.00.  The pick-up location was to be at 6600 Auction Lane, Las Vegas, NV 89165-1700.  (**Exhibit X**).

74.     The purchaser was provided an InSight Condition Report with a **score of 3.9 (despite the "red light").**  The seller was Premier Nevada Credit, located at 6935 Speedway Blvd Unit 1011, Las Vegas, NV 89115. (**Exhibit Y**).  Payment for subject vehicle #2  had a remit to: Manheim Accounts Receivable P.O. Box 105511, Atlanta, GA 30348.

75.     On or about June 6, 2019, the Purchaser ran the CARFAX report for subject vehicle #3. (**Exhibit Z**).  The report shows that subject vehicle was run through auto auctions in Florida (17,531 miles), Arkansas (17,636 miles) and New York (17,659 miles) prior to being sold in Nevada (17,677 miles).  (**Exhibit Z**).

76.     On or about June 7, 2019, the Purchaser picked up the vehicle from Manheim Nevada.  (**Exhibit AA**).  The vehicle was driven approximately 3 miles prior the engine sustaining catastrophic failure.

77.     On or about June 12, 2019, Rick Hagen provided a test report showing the numerous faults/failures to subject vehicle #3.  Steve Harmon, general manager, refused to consider a return of the vehicle to Mannheim.  (**Exhibit AB**).

78.     On or about June 13, 2019, Robert Lockett, an employee of Mannheim Palm Beach, which showed an inspection report listing more than 5 pages of damages to subject vehicle #3.  This report listed a **score of 1.3.**  (**Exhibit AB**).  This information was not provided to the Purchaser prior to the purchase.  It is noted that the score of 3.9 was provided but represents a total fabrication of the true condition of subject vehicle #3.

79.     Had the purchaser known the true score of 1.3, EuroMotorwerks would not have purchased subject vehicle #3.

## COUNT 1:
### Violation of California Consumer Legal Remedies Act
### [Against All Defendants]

80.     Plaintiff re-alleges and incorporate by reference the above paragraphs as though set forth fully herein.

81.     Plaintiffs brings this cause of action on behalf of themselves

82.     Defendants are "persons" as defined by California Civil Code §1761(c).

83.     Plaintiffs are "consumers" within the meaning of California Civil Code §1761(d)  because they purchased their Class Vehicles primarily for personal, family, or household use.

84.     By failing to disclose and concealing the extent of the structural damages and other safety defects and misrepresenting the true standards, quality

and grade as they were better that they actually were.  See Cal. Civ. Code §1770(a)(5) & (7).

85.    Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public and imposed a serious safety risk on the public.

86.    Defendants' knew the actual condition of SUBJECT VEHICLES #1, #2 and #3 and those vehicles were not suitable for its intended purpose.

87.    As a result of their reliance on Defendant's omissions and misrepresentations, Plaintiffs have suffered an ascertainable loss of money, property, and value of their vehicle.  Additionally, as a result of Defendant's omissions and misrepresentations, Plaintiffs were unnecessarily exposed to the risk of serious physical injury or even loss of life.

88.    Defendant's owed an affirmative duty to Plaintiffs to disclose the serious structural damages to SUBJECT VEHICLES #1, #2 and #3 because:

(a) Defendants were in a superior position to know the true state of facts about the safety defects/structural damages.

(b) Defendants had obtained various inspection reports about the safety defects/structural damages but chose not to disclose this report.

(c) Plaintiffs could not reasonably have been expected to learn or discover that their braking systems had a dangerous structural damage and other safety defects until it manifested; and

(d) Defendants had knowingly concealed their actual knowledge of the structural damage and other safety defects from the Plaintiffs.

89.    In failing to disclose these reports containing the structural and other safety defects, Defendants knowingly and intentionally concealed material facts and breached their duty by not fully disclosing.

90.    The facts that Defendants concealed from or failed to disclose to Plaintiffs are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase or lease SUBJECT VEHICLES #1, #2 and #3.  The Plaintiffs would not have purchased or leased SUBJECT VEHICLES #1, #2 and #3 or would have paid far less.

91.    Plaintiffs are reasonable consumers who understand that a vehicle with significant structural damage would or should be put on a "salvage" title.  A salvage title would significantly reduce the value of SUBJECT VEHICLES #1, #2 and #3.

92.    As a result of Defendant's conduct, Plaintiffs were harmed and suffered actual damages.

93.    As a direct and proximate result of Defendant's unfair and deceptive acts or practices, Plaintiffs suffered and will continue to suffer actual damages.

94.    Plaintiffs are entitled to equitable relief.

95.    Plaintiff provided Defendants with notice of their violations of the CLRA  pursuant to California Civil Code § 1782(a).  Defendants failed to provide appropriate relief for their violations of the CLRA within 30 days.  Therefore, Plaintiffs now seek monetary, compensatory, and punitive damages, in addition to injunctive and equitable relief.

## COUNT 2:

### Breach of Implied Warranty Pursuant to Song-Beverly Consumer Warranty Act, California Civil Code §§1792 and 1791.1 et seq.
### [Against All Defendants]

96.    Plaintiff re-alleges and incorporate by reference the above paragraphs as though set forth fully herein.

97.    Defendants were at all relevant times the manufacturer, distributor, warrantor and/or seller and/or agent for any of the aforementioned SUBJECT

VEHICLES #1, #2 and #3.   Defendants knew or had reason to know of the specific use for which SUBJECT VEHICLES #1, #2 and #3was purchased or leased.

98.   Defendants provided Plaintiffs with an implied warranty that SUBJECT VEHICLES #1, #2 and #3 and their components and parts are merchantable and fit for the ordinary purposes for which they are sold.  However, SUBJECT VEHICLES #1, #2 and #3 were not fit for the ordinary purpose of providing reasonably reliable and safe transportation because, inter ala, the subject had a defective and compromised structural frame along with other safety defects at the time of sale and thereafter and was not fit for the particular purpose of providing safe and reliable transportation.

99.   Defendants impliedly warranted that SUBJECT VEHICLES #1, #2 and #3 were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that SUBJECT VEHICLE #1 had a frame structure that was not compromised and free of other safety defects and was safe and reliable for providing transportation; (ii) a warranty that SUBJECT VEHICLE #1 and their frame structure and other safety systems as manufactured, supplied and distributed was safe and reliable for providing transportation and (iii) a warranty that SUBJECT VEHICLES #1, #2 and #3 were sold as advertised and represented prior to sale.

100.   Contrary to the applicable implied warranties, SUBJECT VEHICLES #1, #2 and #3 and their frame structural and other defective components and other safety systems at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs with reliable, durable and safe transportation.  Instead, SUBJECT VEHICLES #1, #2 and #3 were and remain defective, including but not limited to the structural and other defective components that had been compromised prior to sale.

101.   As a result of Defendant's breach of the applicable implied warranties, owners and lessees of SUBJECT VEHICLES #1, #2 and #3 suffered an ascertainable loss of money, property, and/or value.  The compromised structural components are substantially certain to fail and may not be repairable in order to make the vehicle safe to operate.

102.   Defendant's actions, as complained of herein, breached the implied warranty that SUBJECT VEHICLES #1, #2 and #3 were of merchantable quality and fit for such use in violation of California Civil Code §§1792 and 1791.1.

## COUNT 3:

## Breach of Implied Warranty Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301 et seq.
## [Against All Defendants]

103.   Plaintiffs repeat and re-alleges and incorporate the above paragraphs as though fully set forth herein.

104.   Plaintiffs bring this cause of action against all Defendants.

105.   SUBJECT VEHICLES #1, #2 and #3 were "consumer products" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(1).

106.   Plaintiffs are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(3).

107.   Defendants are "suppliers" and "warrantors" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(4)-(5).  Defendants impliedly warranted that SUBJECT VEHICLES #1, #2 and #3 were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the subject and its structural frame was manufactured, supplied, distributed, and sold by the defendants was safe and reliable for providing transportation; (ii) a warranty that SUBJECT VEHICLE #1 and their structural and other defective components and other safety systems would be fit for their intended use while SUBJECT VEHICLES #1, #2 and #3 was

operated and (iii) a warranty that SUBJECT VEHICLES #1, #2 and #3 were sold as advertised and represented prior to sale.

108.   Contrary to the applicable implied warranties SUBJECT VEHICLES #1, #2 and #3 and their structural and other defective components at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs with reliable, durable, and safe transportation.  Instead, SUBJECT VEHICLES #1, #2 and #3  had compromised structural/frame components and other safety defects prior to sale.

109.   Defendant's breach of implied warranty has deprived Plaintiffs of the benefit of their bargain.

110.   The amount in controversy of Plaintiff's individual claims meets or exceeds the sum or value of $25,000.  In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

111.   The structural/frame and other defects were known  prior to sale to Plaintiffs.  Defendants made a decision to not disclose these defects to Plaintiffs.

112.   Defendants have been afforded a reasonable opportunity to cure their breaches, including when Plaintiffs reported paint issues and submitted the vehicle for Post Sale Inspection by Defendants.

113.   As a direct and proximate cause of Defendant's breach of implied warranty, Plaintiffs sustained damages and other losses in an amount to be determined at trial.  Defendants' conduct damaged Plaintiffs, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, attorneys' fees, and/or other relief as appropriate.

114.   As a result of Defendant's violations of the Magnusson-Moss Warranty Act as alleged herein, Plaintiffs have incurred damages.

## COUNT 4:

## QUASI-CONTRACT/RESTITUTION
### [Against All Defendants]

115.   Plaintiffs repeat and re-alleges and incorporate the above paragraphs as though fully set forth herein.

116.   Plaintiffs bring this cause of action against all defendants.

117.   As a direct and proximate result of Defendants' failure to disclose known defects and material misrepresentation regarding known defects, Plaintiffs have suffered an ascertainable loss of money, property, and/or value.  The compromised structural components are substantially certain to fail and may not be repairable to make the vehicle safe to operate.

118.   Defendants have profited through the sale and lease of SUBJECT VEHICLE #1, #2 and #3.  Although these vehicles were purchased through Defendants and their agents, the money from the vehicle sale flows directly back to Defendants and their third-party beneficiaries.

119.   Additionally, as a direct and proximate result of Defendant's failure to disclose known defects and material misrepresentation regarding known defects in SUBJECT VEHICLES #1, #2 and #3, Plaintiffs have incurred repeated, high-cost repairs that can and have conferred an unjust substantial benefit upon Defendants.

120.   Defendants have been unjustly enriched due to known defects in SUBJECT VEHICLES #1, #2 and #3 through the use of funds that earned interest or otherwise added to Defendant's profits when said money should have remained with Plaintiffs.

121.   As a result of the Defendant's breach of quasi-contract/unjust enrichment, Plaintiffs have suffered damages.

## COUNT 5:
### VIOLATION OF CA. BUS. And PROFESSIONS CODE §17200 et seq.
### [Against all Defendants]

122.   Plaintiffs repeat and re-alleges and incorporate the above paragraphs as though fully set forth herein.

123. Plaintiffs bring this cause of action on behalf of themselves.

124. As a result of their reliance on Defendant's omissions and/or misrepresentations, Plaintiffs suffered an ascertainable loss of money, property, and/or value of SUBJECT VEHICLE #1, #2 and #3. The compromised structural and other defective components were substantially certain to fail and may not be repairable in order to make the vehicle safe to operate.

125. California Business and Professions Code Section 17200 et seq. prohibits acts of unfair competition, which means and includes any "fraudulent business practice" and conduct with is "likely to deceive" and is "fraudulent" within the meaning of §17200.

126. As more fully described above, the acts and practices of Defendants are likely to deceive, constituting a fraudulent business act or practice. See, in particular, foregoing Counts 1 through 4. This conduct is ongoing and continues to this day.

127. Specifically, and as set forth with greater particularity in the preceding paragraphs, the named Defendants, and each of them, have engaged and are engaging in deceptive business practices with respect to mortgage servicing, assignments of deeds of trust and the filing of fraudulent foreclosure documents and related matters by, *inter alia*:

  a. Executing false and misleading documents, including incorrect and misleading end of lease inspection reports.

  b. SIDERMAN concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid. SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE #1.

  c. CENTER failed to report known damaged to SUBJECT VEHICLE

#1.

    d.  BMW/FSVT inspected the vehicle at lease end and failed to discover and failed to report known damage.;

    e.  CARFAX provided a report which concealed the extent of known damages to subject vehicle #1, #2 and #3.

    f.  MANHEIM provided a pre-sale InSight Condition Report that provided inaccurate grades for SUBJECT VEHICLES #1, #2 and #3.

    g.  MANHEIM failed to provide a pre-sale InSight Condition Report that provided the true and correct condition for SUBJECT VEHICLES #1, #2 and #3.  These reports were not provided prior to the sale.

    h.  MANHEIM failed to fully disclose/inform Plaintiffs of all known damages to SUBJECT VEHICLE #1, #2 nor #3 at any time prior to sale.

    i.  Engaging in a pattern and practice of deceptive practices, including those which may be uncovered during the course of discovery.

128.   Plaintiff alleges that the named Defendants" misconduct, as alleged herein, gave, and has given, Defendants, and each of them, an unfair competitive advantage over their competitors.  The scheme implemented by Defendants, in collusion with one another, is specifically defrauding California consumers and enriching Defendants at the expense of consumers in this State.

129.   By reason of the foregoing, Defendants should be enjoined from continuing such practices pursuant to California Business & Professions Code §§17203 and 17204.  Plaintiff has suffered injury in fact, including but not limited to excessive repair costs and body damage repairs due to the omissions and misrepresentation of Defendants.  Undoubtedly, other members of the public,

similarly have fallen victim to Defendants' deceptive schemes, are likely to be injured as well.

130.   The harm to Plaintiff and to other members of the general public outweighs the utility (if any) of Defendants policies and practices.  Consequently, their policies and practices constitute unlawful business acts or practices with the meaning of Business & Professions Code §17200.  Moreover, the foregoing conduct promotes an incipient violation of a consumer law or violates the policy or spirit of such law or otherwise significantly threatens or harms competition.

131.   Plaintiff is therefore entitled to injunctive relief and attorney's fees as available under Business & Professions Code §17200 et seq. and related sections. The acts and practices described in the forgoing paragraphs are unfair and violated the Business & Professions Code because they constitute violations of all the statutes previously listed above.

## COUNT 6:
## WIRE FRAUD (18 U.S.C. §1343) , DECEIT AND/OR MISREPRESENTATION
## [Against All Defendants]

132.   Plaintiffs repeat and re-allege and incorporate the above paragraphs as though fully set forth herein.

133.   Plaintiffs bring this cause of action on behalf of themselves.

134.   Defendants engaged in a scheme which existed for the purpose of committing fraud.

135.   Each Defendant knew that they were engaging in the scheme.

136.   Each Defendant profited from their participation in the scheme.

137.   Each Defendant used a public or private mail services or interstate wire or internet communications to further the scheme.

138.   As a result of their reliance on Defendant's omissions and/or misrepresentations, Plaintiffs suffered an ascertainable loss of money, property, and/or value of SUBJECT VEHICLE #1, #2 and #3.  The compromised structural

and other defective components were substantially certain to fail and are not repairable in order to make any of the subject vehicles safe to operate.

139.   At all relevant times herein, all Defendants, whether actually or fictitiously named, were the principal, agent or employee of and each other, and in acting as such principal, or within the course and scope of such employment or agency, took some part in the acts and omissions as set forth in the Factual Allegations above and those hereinafter set forth by reason of which each Defendants is/are liable to Plaintiffs for the relief prayed for herein.

140.   As more fully described above, the acts and practices of Defendants are likely to deceive, constituting a fraudulent business act or practice.  See, in particular, foregoing Counts 1 through 5.  This conduct is ongoing and continues to this day.

141.   Specifically, and as set forth with greater particularity in the preceding paragraphs, the named Defendants, and each of them, have engaged and are engaging in deceptive business practices as follows:

a.   Executing false and misleading documents, including incorrect and misleading end of lease inspection reports.

b.   SIDERMAN concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid.  SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE #1.

c.   CENTER failed to report known damaged to SUBJECT VEHICLE #1.

d.   BMW/FSVT inspected the vehicle at lease end and failed to discover and failed to report known damage.;

e.   CARFAX provided a report which concealed the extent of known

damages to SUBJECT VEHICLES #1, #2 and #3.

f.  MANHEIM provided a pre-sale InSight Condition Report that provided inaccurate grades for SUBJECT VEHICLES #1, #2 and #3.

g.  MANHEIM failed to provide a pre-sale InSight Condition Report that provided the true and correct condition for SUBJECT VEHICLES #1, #2 and #3.  These reports were not provided prior to the sale.

h.  MANHEIM failed to inform Plaintiffs of known damage to SUBJECT VEHICLE #1, #2 nor #3 at any time prior to sale.

i.  Engaging in a pattern and practice of deceptive practices, including those which may be uncovered during the course of discovery.

142.   The foregoing Defendants made the misrepresentations and omissions of facts with the intent to deceive and defraud Plaintiffs for the purpose of inducing them to rely upon the fraudulent representations and to purchase a vehicle with known defects.

143.   Plaintiff alleges that the named Defendants" misconduct, as alleged herein, gave, and has given, Defendants, and each of them, an unfair competitive advantage over their competitors.  The scheme implemented by Defendants, in collusion with one another, is specifically defrauding California consumers and enriching Defendants at the expense of consumers in this State.

144.   Plaintiffs did not know that the representations of the foregoing Defendants were false, were unaware of the concealed and suppressed intent and facts because they failed to provide them with sufficient information to make an independent determination of the facts, and actively prevented them from discovering the true and concealed facts.

145.   The misrepresentations were material in nature, as they concerned the

expressed value and fitness for operation/use of SUBJECT VEHICLES #1, #2 and #3; the validity of the marketing and sales documents pertaining to SUBJECT VEHICLES #1, #2 and #3; the total amount due under the sales agreements, and the amount of arbitration award to be paid for the defects that were not disclosed.

146.   Plaintiffs acted in reliance on the Defendants representations that SUBJECT VEHICLE #1was an auto-grade 3.4 with no structural damages. (**Exhibit C**).  In reality, SUBJECT VEHICLE #1 has an auto-grade of 2.4 with extensive structural damage. (**Exhibit K**).

147.   Plaintiffs acted in reliance on the Defendants representation that SUBJECT VEHICLE #2 was a "green light" with a 14-day full PSI vehicle with positive assurances that it was free of known defects. (**Exhibit O**).  In reality, SUBJECT VEHICLE #2 had numerous defects known to Defendants MANHEIM, COX and Premier Nevada Credit.  (**Exhibits P and Q**).  These Defendants engaged in deception by failing to fully disclose these defects until after the sale to Plaintiff Hagen.

148.   Plaintiffs acted in reliance on the Defendants representation that SUBJECT VEHICLE #3 was a grade of 3.9 despite the fact that the vehicle was modified and sold as a "red light".  (**Exhibit Y**).  In reality, SUBJECT VEHICLE #3 was a grade of 1.3 but that information was concealed from Plaintiff Hagen. (**Exhibit AC**).

149.   Plaintiffs' reliance was justified because Defendants has provided a falsified report which misrepresented the true condition of SUBJECT VEHICLE #1. (**Exhibit C**), SUBJECT VEHICLE #2 (**Exhibit O**) and SUBJECT VEHICLE #3 (**Exhibit Y**).

150.   These Defendants' actions were willing, intentional and knowing, rendering the sales agreement for SUBJECT VEHICLEs #1, #2 and #3 **null and void ab initio.**

151.   There was a failure of consideration in this case and the Plaintiffs were never provided with the correct InSight Report which showed the extensive structural damage to SUBJECT VEHICLEs #1, #2 and #3.  Plaintiffs were wrongfully induced to purchase a defective vehicle.

152.   Because of these Defendants' fraud by intentional misrepresentation and concealment, Plaintiffs should be entitled to rescind the auction sales agreements.  Defendants should be held accountable for damages and some form of punishment for the perpetration and its participation in a RICO scam.

153.    As a direct and proximate result of the foregoing Defendants' fraud, Plaintiffs have sustained, and continue to suffer serious injury as the proximate result of their reliance on Defendants' intentional misrepresentations and failures to disclose.

<u>**COUNT 7:**</u>
**Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §1962(c) et seq.**
**[Against All Defendants]**

154.   Plaintiffs re-allege and incorporate by reference the above paragraphs 1 through 109 as though set forth fully herein.

155.   Defendants formed an enterprise engaged in and whose activities affect interstate commerce.  Defendants are employed by or associated with the enterprise.

156.   Defendants agreed to and did conduct and participate in the conduct of the enterprise's affairs through a pattern of racketeering activity and for the unlawful purpose of intentionally defrauding Plaintiff. Specifically, and as set forth with greater particularity in the preceding paragraphs, the named Defendants, and each of them, have engaged and are engaging in deceptive business practices as follows:

a.   All Defendants executed false and misleading documents, including incorrect and misleading end of lease inspection reports.

b.  All Defendants used the mails or wire services/internet to communicate the false and misleading documents.

c.  SIDERMAN, a "culpable wrongdoer", concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid.  SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE #1.

d.  CENTER, a "culpable wrongdoer", failed to report known damage to SUBJECT VEHICLE #1.

e.  BMW/FSVT a "culpable wrongdoer" inspected the vehicle at lease end and failed to discover and failed to report known damage.;

f.  CARFAX a "culpable wrongdoer" provided a report which concealed the extent of known damages to the vehicle. (**Exhibit B**).

g.  MANHEIM a "culpable wrongdoer", provided a pre-sale InSight Condition Report that provided an auto-grade of 3.4 while reporting "no structural damage." (**Exhibit C**).  This report intentionally misrepresented the actual condition of SUBJECT VEHICLE #1.

h.  MANHEIM a "culpable wrongdoer", failed to provide accurate pre-sale InSight Condition Reports that provided the true and correct auto-grade for SUBJECT VEHICLES #1, #2 and #3. These reports were not provided prior to the sale.  These reports were intentionally concealed and withheld from Plaintiffs.

i.  MANHEIM a "culpable wrongdoer", failed to inform Plaintiffs of known damage to SUBJECT VEHICLE #1, #2 nor 3 at any time prior to sale.

j.   Each "culpable wrongdoer" engaged in other deceptive practices, including those which may be uncovered during the course of discovery.

157.   Each "culpable wrongdoer" intended to fleece their customers by selling defective vehicles at inflated prices.  Each of the Defendants has profited by their omissions and misrepresentations.  The final act of the enterprise is to sell a defective vehicle to a non-suspecting consumer at price "above" the fair market value.

158.   Defendants committed multiple predicate acts of "racketeering activity, including but not limited to wire fraud, mail fraud, bank fraud, theft by deception, fraud and misrepresentation, and violations of many state and federal laws.

159.   Defendants have through a "pattern and practice" of racketeering activity, acquired or maintained, directly or indirectly, an interest in or control of an enterprise, property, including personal property, through the activities alleged herein. Defendants have conspired with each other to commit the wrongful acts alleged herein and has committed overt acts in furtherance of this conspiracy and have received a benefit from them.

160.   Defendants predicate acts were aimed and directed at Plaintiffs.

161.   Defendants violations of the various state and Federal RICO Acts have directly or indirectly damaged and continue to damage Plaintiffs.

162.   Plaintiffs are entitled to recover from Defendants direct and consequential damages, treble damages, attorney's fees and other relief authorized by the various Federal and state RICO Acts.

///

///

///

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff pray for judgment against Defendants, and each and every one of them, as follows:  The damages claimed by Plaintiff exceed $75,000.

1) That the Court assume supplemental jurisdiction over all state law claims, pursuant to 28 U.S.C. §1367.

2) Under 18 U.S.C. §1964, awarding threefold that damages sustained by the Plaintiffs;

3) Under 18 U.S.C. §1964, awarding costs of the suit, including a reasonable attorney's fee;

4) Under 15 USC 2310, If a **consumer** finally prevails in any action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the aggregate amount of cost and expenses (including attorneys' fees based on actual time expended) determined by the court to have been reasonably incurred by the plaintiff for or in connection with the commencement and prosecution of such action,

5) Under Civ. Code, §§ 1793.2(d)(1), 1794(b) Reimbursement Damages - Consumer Goods - If you decide that Defendants or its representative failed to repair or service SUBJECT VEHICLE #1 to match the written warranty and/or the represented quality after a reasonable number of opportunities, then Plaintiffs are entitled to be reimbursed for the purchase price of SUBJECT VEHICLE #1 #2 and #3, less the value of its use by Plaintiffs before discovering the defect.

6) Under Quasi-Contract, remedy is typically <u>restitution</u> or <u>recovery </u>under a theory of <u>quantum meruit</u>. <u>Liability </u>is determined on a case-by-case basis. Under Civ. Code §§ 1750 – Consumer Legal Remedies Act – any consumer harmed by unlawful actions under Section 1770 may bring an action against that person to recover or obtain any of the following:

(a) Actual damages, but in no case shall the total award of damages in a class action be less than one thousand dollars ($1,000).

(b) An order enjoining the methods, acts, or practices.

(c) Restitution of property.

(d) Punitive damages.

(e) Any other relief that the court deems proper.

6) For recovery of compensatory damages pursuant to 12 U.S.C. §2607(d);

7) Award Plaintiff statutory damages as provided under 12 U.S.C. §2607(d)(2);

8) Award actual damages against Defendants according to proof at trial pursuant to 12 U.S.C. §2607(d)(2);

9) For recovery of attorneys' fees and costs pursuant to 12 U.S.C. §2607(d);

10) For such other and further relief as the court may deem just and proper.


## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demand that this case be tried before a jury pursuant to the Seventh Amendment of the Constitution of the United States of America, *Rule 38(b) of the Federal Rules of Civil Procedure*, and *Local Civil Rule 38.1* of the Local Civil Rules of the United States District Court for the Southern District of California.

Dated:  July __1__ , 2021               LAW OFFICE OF MICHAEL A. ALFRED


By:  _s/Michael A. Alfred_____
      Michael A. Alfred
      Attorney for Plaintiff

COMPLAINT

# TABLE OF EXHIBITS

Exhibit A – 2016 BMW M6 MANHEIM AUCTION SIMULCAST

CONFIRMATION (40-42)

Exhibit B –  2016 BMW M6 CARFAX REPORT- 1/28/2020 (43-49)

Exhibit C –  2016 BMW M6 INSIGHT CONDITION REPORT (50-56)

Exhibit D –2016 BMW M6; SIMULCAST CONFIRMATION(57-59)

Exhibit E – MANHEIM; 2016 BMW M6 VEHICLE INFORMATION (60-63)

Exhibit F – EMAIL FM SD MOTORWERKS RE ARB CLAIM (64-66)

Exhibit G – SD MOTORWERKS EMAIL RE M6 ISSUES(67-71)

Exhibit H – WEST COAST – PAINT/BODY ESTIMATE (72-75)

Exhibit I – WEST COAST FRAME INSPECTION (76-79)

Exhibit J - 2016 BMW M6 INSIGHT CONDITION REPORT (80-93)

Exhibit K – 2016 BMW M6 INSIGHT CONDITION REPORT (94-107)

Exhibit L – SIDERMAN TEXT MSG WITH RICK HAGEN (108-109)

Exhibit M – NAAA ARBITRATION POLICY (110-120)

Exhibit N – 2016 BMW M6 CARFAX HISTORY REPORT – (121-129)

Exhibit O – MANHEIM BILL OF SALE (130-133)

Exhibit P – EMAIL; MANHEIM INSPECTION (134-136)

Exhibit Q – OFFBOARD DIAGNOSTIC INFORMATION SYSTEM-

DIAGNOSTIC PROTOCOL (137-161)

Exhibit R- AUDIO FILE- TELEPHONE CONVERSATION WITH DANNY BRAUN (162-167)

Exhibit S- 2008 BENTLEY CONTINENTAL GT SPEED CARFAX REPORT (168-177)

Exhibit T- VEHICLE TRANSFER AND REASSIGNMENT FORM (178-179)

Exhibit U- GEORGIA CERTIFICATE OF TITLE (180-182)

Exhibit V- 2008 BENTLEY CONTINENTAL GT SPEED INSIGHT REPORT (183-188)

Exhibit W- MANHEIM; 2009 CHEV CORVETTE BILL OF SALE (189-190)

Exhibit X- MANHEIM; 2009 CHEV CORVETTE INVOICE (191-193)

Exhibit Y- 2009 CHEV CORVETTE INSIGHT REPORT (194-201)

Exhibit Z- 2009 CHEVROLET CORVETTE CARFAX REPORT (202-206)

Exhibit AA- EMAIL; VEHICLE LEFT LOT NOTIFICATION (207-209)

Exhibit AB- EMAIL; CR REPORT (210-216)

# EXHIBIT "A"

## sdmotorwerks@gmail.com

**From:**           Manheim - Simulcast <do-not-reply@manheim.com>
**Sent:**           Tuesday, January 28, 2020 10:19 AM
**To:**              Undisclosed recipients:
**Subject:**      Simulcast Confirmation for SD MOTORWERKS 1-152 at MANHEIM RIVERSIDE

### MANHEIM RIVERSIDE - Simulcast Confirmation
### BMW FINANCIAL SERVICES (DIGITAL)
### January 28, 2020

Please do not reply to this e-mail address.

Go to **My Purchases** to select your purchase preferences and check PSI status now. You can also order transportation.

| **Hosting Auction:** | MANHEIM RIVERSIDE | Phone: | (951) 689-6000 |
| **Send Payments/Faxes Here** | 6446 FREMONT | Fax: | (951) 489-0286 |
| | RIVERSIDE, CA , 92504 | | |

Manheim
*Riverside*

| **Dealer** | SD MOTORWERKS | Email: | sdmotorwerks@gmail.com |
| Address: | 7030 CARROLL RD | Phone: | (760) 533-8886 |
| City, State, Zip: | SAN DIEGO, CA, 92121 | Fax: | (858) 221-4357 |
| Auction Access #: | 5464556 | Contact: | Carrie Sorrento |
| | | Cell Phone: | (858) 221-9355 |

| Entry | Description | Pickup Location | | Price/Fee |
|---|---|---|---|---|
| 1-152<br>Work Order:<br>3028419 | 2016 BMW M6 CPE<br>WBS6J9C53GD934586<br>Odometer: 26739<br>Color: SPECIAL<br>View Condition Information | MANHEIM RIVERSIDE<br>6446 FREMONT<br>RIVERSIDE, CA 92504<br>Phone: (951) 689-6000<br>Fax: (951) 489-0286 | Sale Price: | $53,000* |

**\* Prices reflected in this confirmation may not represent total amount due. Please contact facilitation location to finalize sale.**
*Sale of Simulcast vehicle(s) is pending subject to verification,*
*including price and availability, credit approval and receipt of payment.*
*Auction reserves the right to void any transaction.*

By using this service, you accept the Marketplace Policies

<u>Gate passes will not be released until payment has been received.</u>

**Thank you for purchasing from Manheim!**

**If floorplanning with any of the following companies please print, sign, and fax this purchase confirmation to the auction:**
American Honda Finance, BB&T, Bank of America, BMW, Chase Bank, Citizen's Bank, Ford, Key Bank, Mitsubishi, Nissan, PNC Bank, Southern Auto Auction, Toyota, and Volkswagen Credit.

_____

Printed name of buyer

_____

Floorplan company

_____

Signature of buyer

_____

Date

Notes:
DMV$423

\*\*MULTI-POINT INSPECTION

To initiate an arbitration claim, please go to Online Arbitration Claims (view policy). Login is required.

# EXHIBIT "B"

 **Vehicle History Report**    US $39.99

## 2016 BMW M6

VIN: WBS6J9C53GD934586
COUPE
4.4L V8 F DOHC 32V
GASOLINE
REAR WHEEL DRIVE

**This CARFAX Report Provided by:**
SD Motorwerks
7030 Carroll Rd
San Diego, CA 92121
833-765-4438
https://www.sdmotorwerks.com/

 No accidents reported to CARFAX

 Damage reported

 CARFAX 1-Owner vehicle

 **8** Service history records

 Personal lease vehicle

 **25,850** Last reported odometer reading



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/28/20 at 12:27:36 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### Ownership History
The number of owners is estimated

| | Owner 1 |
|---|---|
| Year purchased | 2016 |
| Type of owner | Personal lease |
| Estimated length of ownership | 3 yrs. 1 mo. |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 8,934/yr |
| Last reported odometer reading | 25,850 |

### Title History
CARFAX guarantees the information in this section

| | Owner 1 |
|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✓ **Guaranteed** No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | ✓ **Guaranteed** No Problem |

 **GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.

Register | View Terms | View Certificate

### Additional History
Not all accidents / issues are reported to CARFAX     0044     Owner 1

Case 3:21-cv-01205-H-JLB    Document 1    Filed 07/01/21    PageID.45    Page 45 of 216

| | |
|---|---|
| Total loss reported to CARFAX. | No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | No Issues Indicated |
| **Accident / Damage**<br>Damage reported on: 03/06/2018, 02/20/2019 and 06/24/2019. | Damage Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check with an authorized BMW dealer for any open recalls. | No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have 11 months or 24,150 miles remaining. | Warranty Active |

## C|A|R|F|A|X  Detailed History



| Owner 1 | | | | Personal Lease Vehicle |
|---|---|---|---|---|
| Purchased: 2016 | | **Low mileage!** This owner drove less than the industry average of 15,000 miles per year. | | 8,934 mi/yr |

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/14/2016 | 7 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✔ | Vehicle offered for sale |
| 01/26/2016 | | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✔ | Vehicle serviced<br>- Pre-delivery inspection completed |
| 11/30/2016 | 53 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✔ | Vehicle sold |
| 11/30/2016 | | Service Plan Co.<br>Tarzana, CA | Service contract issued |
| 12/15/2016 | 383 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✔ | Vehicle serviced |
| 12/15/2016 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>- First owner reported<br>- Titled or registered as personal lease vehicle<br>- Loan or lien reported |
| 01/06/2017 | 1,352 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★ | Vehicle serviced<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |

0045

| 04/14/2017 | 3,468 | Service Plan Co. | Service contract claim<br>- Tire(s) serviced |
|---|---|---|---|

| 09/02/2017 | 8,034 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✓ | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Cabin air filter replaced/cleaned<br>- Vehicle washed/detailed |
|---|---|---|---|

| 03/06/2018 | | Damage Report | Damage reported<br>- Damage to front<br>- Damage to right side |
|---|---|---|---|





**Damage Location**

FRONT

LEFT            RIGHT

REAR



Not all damage is caused by an accident.
Get the car inspected before you buy.
Learn more

| 11/30/2018 | 18,432 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✓ | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Rear brakes replaced<br>- Air filter replaced<br>- Spark plug(s) replaced<br>- Brake fluid flushed/changed<br>- Brakes replaced |
|---|---|---|---|

| 02/20/2019 | | Damage Report | Damage reported<br>- Damage to right rear<br>- Damage to front<br>- Damage to right side |
|---|---|---|---|

2/20/19
$ 7560



**Damage Location**



FRONT

LEFT                    RIGHT

REAR



Not all damage is caused by an accident. Get the car inspected before you buy. Learn more

| 04/19/2019 | 20,755 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✓ | **Vehicle serviced**<br>- Engine/powertrain computer/module checked<br>- Tire condition and pressure checked |
|---|---|---|---|
| 06/05/2019 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | **Title issued or updated**<br>- Loan or lien reported |



Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller.

| 06/24/2019 | | Damage Report | **Damage reported**<br>- Damage to right side<br>- Damage to right rear<br>- Damage to front |
|---|---|---|---|





**Damage Location**

FRONT

LEFT                    RIGHT

REAR

0047



Not all damage is caused by an accident.
Get the car inspected before you buy.
Learn more

| | | | |
|---|---|---|---|
| 11/06/2019 | 25,850 | BMW of El Cajon<br>El Cajon, CA<br>619-442-8888<br>bmwsouthcounty.com<br>4.6 ★ ★ ★ ★ ★<br>141 Verified Reviews ✓ | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Cabin air filter replaced/cleaned<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

---

**C A R F A X**    Glossary

### Damage Indicator
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/28/20 at 12:27:36 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### First Owner
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

### Ownership History
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

### Title Issued
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**     **facebook.com/CARFAX**     **@CarfaxReports**     **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®

© 2020 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
1/28/20 12:27:36 PM (CST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2016 BMW M SERIES vehicle (VIN: WBS6J9C53GD934586), which is based on information supplied to CARFAX and available as of 1/28/20 at 1:27 PM (EST).

0048

Customer Signature                    Date        Dealer Signature                    Date

# EXHIBIT "C"

 InSight Condition Report

## 2016 BMW M6 2dr Cpe

WBS6J9C53GD934586 • 26,739mi

Rear Wheel Drive • 4.4L 8 Cylinder Engine • A/T • Hard Top • Leather

Lane/Run **1/152**   Facilitation **Manheim Riverside**   Seller   BMW FINANCIAL SERVICES NA LLC



**3.4** Average

 **13** Damages

 No Structural Damage

 Prior Paint

 Tires

 ✓Auto Check — Clean

Drivable

Starts

Smoke Odor

 Keys **1** Fobs **0**

Title? (No Data)

### Announcements
- MULTI-POINT INSPECTION
- DMV$423

### High Value Options
- Back-Up Camera
- Bluetooth Connection
- Climate Control
- Cooled Front Seat(s)
- Hard Disk Drive Media Storage
- Heads-Up Display
- Heated Front Seat(s)
- Multi-Zone A/C
- Navigation System
- Power Driver Seat
- Power Passenger Seat
- Premium Sound System
- Rain Sensing Wipers
- Rear Bucket Seats
- Rear Parking Aid
- Satellite Radio
- Seat Memory
- Tire Pressure Monitor

## Damage Overview







None ● ● ● Severe

● Structural Issue

### Exterior (12)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Front Bumper Cover | Scraped 9" to 10" | Paint and Body Requires Conventional Repair |  | |
| LF Door | Scratch Heavy 1/2" to 1" | Cosmetic Conventional Paint and Body Not Required | | |

 0051

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| L Qtr Panel | Mult Dents/No Paint Dmg PDR/2 | Cosmetic Conventional Paint and Body Not Required | | |
| Rear Bumper Cover | Dent/Paint Dmg 1/8" to 1/2" | Paint and Body Requires Conventional Repair | | |
| RR Tire | Cut Replacement Required | Miscellaneous | | |
| RR Wheel | Dent/No Paint Dmg Replacement Required | Miscellaneous | | |
| R Qtr Panel | Prev Repair Buffable | Previous Repair | | |
| R Fuel Door | Prev Repair Buffable | Miscellaneous | | |
| RF Door | Prev Repair Buffable | Previous Repair | | |
| RF Fender | Prev Repair Buffable | Previous Repair | | |
| RF Tire | Gouged Replacement Required | Miscellaneous | | |
| RF Mirror Housing | Broken Replacement Required | Miscellaneous | | |

## Interior (1)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Master/Door Key | Missing Replacement Required | Miscellaneous | | |

## Structure (0)

No structural damages reported

## Other (0)

No other damages reported

## Tires & Wheels

Wheels  Aluminum



| | Left Front<br>MICHELIN 99Y<br>7/32"<br>265/35ZR20.0 | Right Front<br>NITTO 99W<br>9/32"<br>265/35ZR20.0 | Left Rear<br>MICHELIN 101Y<br>5/32"<br>295/30ZR20.0 | Right Rear<br>MICHELIN 101Y<br>6/32"<br>295/30ZR20.0 | Spare<br>(None)<br>N/A | ● 6/32 +<br>● 5/32 to 4/32<br>● < 4/32<br>● N/A |

## History

### AutoCheck

| No. of Historical Events | 13 | Title and Problem Check | ✓ Vehicle checks out! |
| Last Reported Event Date | 05/26/2020 | Odometer Check | ✓ Vehicle checks out! |
| Calculated Owners | 1 | Use and Event Check | ⚠ Specific vehicle use(s) or events reported |
| Last Reported Mileage | 27,910 | AutoCheck Buyback | ✓ Qualifies |
| Calculated Accidents | 0 | Protection | |

### CARFAX     View CARFAX

## Details

| Exterior Color<br>Yellow | MSRP<br>$167,195 | Received Date<br>12/12/2019 | In Service Date<br>Not Available | Org Mfg Basic Warranty<br>*4 Years/50,000 Miles |
| Interior Color<br>Black | Title State<br>CA | Inspection Location<br>Manheim Riverside | | *Manheim is not<br>responsible for voided<br>warranties |
| Top Type<br>Hard Top | Title Received<br>12/12/2019 | Work Order<br>3028419 | | |

### Equipment

#### Options

- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror
- Automatic Headlights
- Auxiliary Audio Input
- Bucket Seats
- CD Player
- Cruise Control
- Daytime Running Lights
- Driver Adjustable Lumbar
- Driver Air Bag

- Driver Illuminated Vanity Mirror
- Driver Vanity Mirror
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Headlights-Auto-Leveling
- Intermittent Wipers
- Keyless Entry
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory

- MP3 Player
- Passenger Adjustable Lumbar
- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Folding Mirrors
- Power Mirror(s)
- Power Steering
- Power Windows
- Rear Defrost

- Security System
- Steering Wheel Audio Controls
- Telematics
- Tire Inflator
- Traction Control
- Transmission w/Dual Shift Mode
- Trip Computer
- Universal Garage Door Opener
- Variable Speed Intermittent Wipers

#### Interior

- Leather
- Odometer Operable

#### Mechanical

- 4.4L Turbocharged
- 8 Cylinder Engine
- ABS Brakes
- Automatic Transmission
- Gasoline Fuel
- Rear Wheel Drive

#### Keys

- Master - 1

### Manufacturer Info

### Manufacturer Package Information

### Packages

#### M6 Competition Edition - ZM6

- Enhanced B/T And SMARTPHONE IN
- Active Front Seats

- Active Blind Spot Detection
- Power Rear Sunshade

- 20"M Light Alloy Wheels
- Side And Top View Cameras

- Heated Steering Wheel
- Active Driving Assistant

- Speed Limit Info
- Performance CNTR Driving Exp
- Head-UP Display
- Bang & OLUFSEN Sound System
- Front Ventilated Seats
- M Carbon Ceramic Brakes

## Options

### Interior

- Heated Front Sport Bucket Seats
- Bucket Front Facing Rear Seat
- Power Tilt/Telescoping Steering Column
- Gauges -inc: Speedometer, Odometer, Tachometer, Oil Level, Oil Temperature, Trip Odometer And Trip Computer
- MyInfo Full Service Internet Access
- Sport Leather Steering Wheel w/Auto Tilt-Away
- Proximity Key For Doors And Ignition
- Remote Keyless Entry w/Integrated Key
- Transmitter, Illuminated Entry And Panic Button
- Garage Door Transmitter
- Cruise Control w/Steering Wheel Controls
- Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
- Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
- Door Mirrors Steering Wheel And Head Restraints
- Multi-Function Seats w/Lumbar Support
- Perimeter Alarm
- Engine Immobilizer
- Dual Zone Front Automatic Air Conditioning
- Day-Night Auto-Dimming Rearview Mirror
- Integrated Navigation System w/Voice Activation
- Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down
- Heated Power Door Locks w/Autolock Feature
- Trip Computer
- Front Center Armrest, Rear Center Armrest w/Pass-Thru And Skibag

### Exterior

- Tires: P265/40R19 Front & P295/35R19 Rear Summer
- Body-Colored Power Heated Auto Dimming Side Mirrors w/Power Folding
- Fixed Rear Window w/Defroster
- Speed Sensitive Rain Detecting Variable Intermittent Wipers w/Heated Jets
- Fully Automatic Aero-Composite Led Low/High Beam Daytime Running Auto-Leveling Directionally Adaptive Auto High-Beam Headlamps w/Washer And Delay-Off
- Wheels: 19" x 9.5" Frt & 19" x 10.5" Rr Alloy -inc: Forged Polished Star-Spoke Light Alloy Style 344M

### Entertainment

- Bluetooth Wireless Phone Connectivity
- HD Radio
- Radio w/Seek-Scan, Compatible Remote CD, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Voice Activation, Weatherband, DVD-Audio And 20 Gb Internal Memory
- Satellite Radio w/1 Year Subscription
- harman kardon Surround Sound System
- Enhanced USB & Bluetooth

### Mechanical

- Engine: 4.4L DOHC V8 32V TwinPower Turbo
- Transmission: 7-Speed M Double-Clutch w/Drivelogic
- Transmission w/Driver Selectable Mode And Sequential Shift Control
- w/Steering Wheel Controls
- Rear-Wheel Drive
- Hydraulic Power-Assist Speed-Sensing Steering
- 4-Wheel Disc Brakes w/4-Wheel ABS, Front
- And Rear Vented Discs, Brake Assist, Hill Hold Control And Electric Parking Brake
- Electro-Mechanical Limited Slip Differential

### Safety/Security

- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Bmw Assist eCall Emergency S.O.S
- Front And Rear Parking Sensors
- Tire Specific Low Tire Pressure Warning
- Dual Stage Driver And Passenger Front Airbags
- Curtain 1st And 2nd Row Airbags
- DSC III Electronic Stability Control (Esc)
- ABS And Driveline Traction Control
- Airbag Occupancy Sensor
- Driver And Passenger Knee Airbag
- Rear Camera

### Other

- Shipping Package
- Bmw Individual Components
- Special Order Equipment
- Transport Protection
- Enhanced USB & BLUETOOTH
- Performance CNTR Driving Exp
- Tier 2
- Comfort Access Keyless Entry
- Soft-Close Automatic Doors
- Rear View Camera
- Power Rear Sunshade
- Floor Mats
- Auto-Dimming Mirrors
- SMOKER'S Package
- Front Ventilated Seats
- Active Front Seats
- Ski Bag
- Lumbar Support
- Heated Front Seats
- Multi-Function Seats w/Lumbar
- Carbon Fiber Interior Trim
- Ambiance Lighting
- Park Distance Control
- Adaptive Full Led Lights
- Automatic High Beams
- Active Blind Spot Detection
- Decoding For NO-Dazzle HGH BM
- Active Driving Assistant
- Side And Top View Cameras
- Emergency Trunk Release
- Navigation System
- Head-UP Display
- Radio Control US
- Satellite Radio w/1 Year SUB.
- DVD Area Coding, North America
- Bmw Assist ECALL
- Bmw TELESERVICES
- Bmw Online And Bmw APPS
- Advanced RTTI
- Concierge Services
- Remote Services
- Bang & OLUFSEN Sound System
- Enhanced B/T And SMARTPHONE IN
- SHADOWLINE Exterior Trim
- Anthracite HEADLINER
- Competition Package
- Hot Climate Version
- Acoustic Belt Warning
- Supplement Tank Filling
- Language Version English
- Radio Frequency 315 Mhz
- Oil CHG 10,000 MLS/12 Months
- Variable Light Decoding
- Visible Chassis Number
- Speed Limit Info
- Daytime Driving Lights
- CO2 Relevant Vehicles
- Automatic Start/Stop Function
- Brake Energy Regeneration
- Dynamic Damper Control
- Heated Steering Wheel
- M Double-Clutch Transmission
- M Carbon Ceramic Brakes
- 20"M Light Alloy Wheels
- Tire Pressure Monitor
- Alarm System
- Universal Garage-Door Opener





























  

  

Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGrade score. The use of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Position Statement.

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

† Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail list on each tab.

*Process protected under U.S. Patent No. 8,230,362

VIN: WBS6J9C53GD934586,
Work Order: 3028419

© 2020 Manheim. All Rights Reserved

Return to the classic CR

# EXHIBIT "D"

## sdmotorwerks@gmail.com

**From:** Manheim - Simulcast <do-not-reply@manheim.com>
**Sent:** Tuesday, January 28, 2020 10:19 AM
**To:** Undisclosed recipients:
**Subject:** Simulcast Summary Confirmation for Carrie Sorrento at MANHEIM RIVERSIDE

**MANHEIM RIVERSIDE - Simulcast Confirmation**
**Lane 1**
**January 28, 2020**

Please do not reply to this e-mail address.

*** *The price reflected on this confirmation may not represent total amount due,
please contact the auction to finalize the sale of this vehicle*** **

| Hosting Auction: Send Payments/ Faxes Here | MANHEIM RIVERSIDE 6446 FREMONT RIVERSIDE, CA , 92504 | Phone: Fax: | (951) 689-6000 (951) 489-0286 |
|---|---|---|---|
| Contact 1: | FLOORING | Phone: | 951-602-9272 |
| Contact 2: | PSI | Phone: | 951-602-9273 |

**Vehicle Location:**     See Pickup Location Below

| Dealer Address: City, State, Zip: Auction Access #: | SD MOTORWERKS 7030 CARROLL RD SAN DIEGO, CA, 92121 5464556 | Phone: Fax: Contact: Cell Phone: | (760) 533-8886 (858) 221-4357 Carrie Sorrento (858) 221-9355 |
|---|---|---|---|

Go to **Purchases** to access invoices, check PSI status and to set post-sale preferences.

| Entry | Description | Pickup Location | | Price/Fee |
|---|---|---|---|---|
| 1-152 Work Order: 3028419 | 2016 BMW M6 CPE WBS6J9C53GD934586 Odometer: 26739 Color: SPECIAL View Condition Information | MANHEIM RIVERSIDE 6446 FREMONT RIVERSIDE, CA 92504 Phone: (951) 689-6000 Fax: (951) 489-0286 | Sale Price: | $53,000* |

Notes:
DMV$423

MULTI-POINT INSPECTION

**Total: $53,805** *

* Prices reflected in this confirmation may not represent total amount due. Please
contact facilitation location to finalize sale.
**Sale of Simulcast vehicle(s) is pending subject to verification,
including price and availability, credit approval and receipt of payment.
Auction reserves the right to void any transaction.**

By using this service, you accept the Marketplace Policies.

**Gate passes will not be released until payment has been received.**

Thank you for purchasing from Manheim!



| PAYMENT DATE | PAYMENT METHOD | CLIENT |
|---|---|---|
| 29-Jan-2020 | Withdrawal - WELLS FARGO BANK NA \|\| XXXXXX6772 | SD MOTORWERKS 5464556 7030 CARROLL RD SAN DIEGO, CA 92121 |

| DATE APPLIED | VIN | YEAR MAKE MODEL | INVOICE | AMOUNT |
|---|---|---|---|---|
| 29-Jan-2020 | WBS6J9C53GD934586 | 2016 BMW M6 | 28696637 | $300.00 |
| 29-Jan-2020 | WBS6J9C53GD934586 | 2016 BMW M6 | 28712104 | $53,805.00 |

**PAYMENT AMOUNT $54,105.00**

# EXHIBIT "E"



# 2016 BMW M6

**Sale Date** JAN 28 2020

WBS6J9C53**GD934586**
26,739 mi
SPECIAL/BLK

 **CR** **3.4**

Facilitating Location
**CA - Manheim Riverside**
Simulcast, 1-152
**Bill of Sale** (PDF)

Announcements
DMV$423



## Services

PSI     Passed - 14 DAY, FULL PSI

Transportation     Not Eligible

DealShield     --

## Arbitration

Status     Buyer Bought

Resolved     Feb 03, 2020

Claim Number     05463680

## Gate Pass

Status     Left Lot

    Jan 29, 2020

    **Manheim Riverside**
    6446 Fremont St
    side, CA 92504-1437
    (951) 689-6000

## Title

Status     Shipped Jan 31, 2020

Tracking Info     USPS

Delivery     Shipped To

0061





Vehicle Information

**MOTORWERKS**
7030 CARROLL RD
SAN DIEGO, CA 92121
USA
7605338886
CARRIE ELIN SORRENTO

## Charges

| | |
|---|---|
| Total* | **$53,050.00** |
| Unpaid Charges | **$0.00** |
| Unpaid Credits | **$0.00** |
| Balance | **$0.00** |

**Paid**

Invoice
**28712104** (PDF)

Withdrawal - WELLS FARGO BANK NA || XXXXXX6772

Date — Jan 28, 2020 🕐

Description — VEHICLE

(Credits)/Charges — $53,000.00

Date — Jan 28, 2020 🕐

Description — BUY FEE

(Credits)/Charges — $755.00

Date — Jan 28, 2020 🕐

Description — INTERNET SATISFACTION FEE

(Credits)/Charges — $50.00

Invoice History ▾

**Paid**

Invoice
**28696637** (PDF)

Withdrawal - WELLS FARGO BANK NA || XXXXXX6772

Date — Jan 28, 2020 🕐

Description — 14 DAY, FULL PSI

(Credits)/Charges — $300.00

Invoice History ▾

**Paid**

Invoice
**28910361** (PDF)

Debit Applied - #28623641

0062

Date — Feb 28, 2020 🕐

https://account.manheim.com/customer/?#/purchases/vehicledetail/purchase?consignmentID=15194311&customerNumber=5464556

Vehicle Information

| Date | Feb 03, 2020 |

Description | Auction Fee Discount and Rebate-Approved by Brian-Dealer Help- Arb guidelines not meet. CR Issue with Prior Repairs

(Credits)/Charges | ($755.00)

Date | Feb 03, 2020

Description | POST SALE INSPECTIONS 376-Approved by Brian-Dealer Help-Arb Guidelines not meet.

(Credits)/Charges | ($300.00)

Invoice History ▾

\* Taxes included

EXHIBIT "F"

## sdmotorwerks@gmail.com

| | |
|---|---|
| **From:** | Hollandsworth, Jenny (CAI - Manheim Riverside) <Jenny.Hollandsworth@coxautoinc.com> |
| **Sent:** | Thursday, January 30, 2020 10:26 AM |
| **To:** | sdmotorwerks@gmail.com |
| **Subject:** | 2016 BMW - WBS6J9C53GD934586  PENDING ARB CLAIM |

Good morning,

  Per our phone conversation yesterday about this **2016 BMW- WBS6J9C53GD934586** , I wanted to know if could send me pictures  of the panels that you are talking about so I can review?

**PENDING ARB CLAIM**- Prior Paint/Repair - the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair shows thru panels, also there is drivetrain malfunction , abs brake system light and chassis stabilization malfunction

Please and thank you,

**Jenny Hollandsworth**
Arbitration Specialist II
6446 Fremont St
Riverside, Ca 92504
p. 951-689-6000 Option # 5

**************************ARBITRATION CLAIM FEE POLICY EFFECTIVE 10/01/19***************************

PER NAAA POLICY (page 8, #3), THE AUCTION RESERVES THE RIGHT TO ASSESS AN ARBITRATION FEE. IF THE ARBITRATION IS VALID, A $200 FEE WILL BE ASSESSED TO THE SELLER. IF THE ARBITRATION IS INVALID, A $200 FEE WILL BE ASSESSED TO THE BUYER.

 Manheim    INVENTORY MANAGEMENT | MARKETPLACE | FLOOR PLANNING | ASSURANCE | LOGISTICS | RECONDITIONING

Cox Automotive

## sdmotorwerks@gmail.com

**From:** rick hagen <sdmotorwerks@gmail.com>
**Sent:** Thursday, January 30, 2020 10:36 AM
**To:** Larry Mason
**Subject:** Fwd: 2016 BMW - WBS6J9C53GD934586  PENDING ARB CLAIM

Sent from my iPhone

Begin forwarded message:

> **From:** "Hollandsworth, Jenny (CAI - Manheim Riverside)" <Jenny.Hollandsworth@coxautoinc.com>
> **Date:** January 30, 2020 at 10:26:03 AM PST
> **To:** "sdmotorwerks@gmail.com" <sdmotorwerks@gmail.com>
> **Subject: 2016 BMW - WBS6J9C53GD934586  PENDING ARB CLAIM**
>
> Good morning,
>
> Per our phone conversation yesterday about this **2016 BMW- WBS6J9C53GD934586** , I wanted to know if could send me pictures  of the panels that you are talking about so I can review?
>
> **PENDING ARB CLAIM**- Prior Paint/Repair - the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair shows thru panels, also there is drivetrain malfunction , abs brake system light and chassis stabilization malfunction
>
> Please and thank you,
>
> **Jenny Hollandsworth**
> Arbitration Specialist II
> 6446 Fremont St
> Riverside, Ca 92504
> p  951-689-6000 Option # 5
>
> *************************ARBITRATION CLAIM FEE POLICY EFFECTIVE 10/01/19*************************
>
> PER NAAA POLICY (page 8, #3), THE AUCTION RESERVES THE RIGHT TO ASSESS AN ARBITRATION FEE. IF THE ARBITRATION IS VALID, A $200 FEE WILL BE ASSESSED TO THE SELLER. IF THE ARBITRATION IS INVALID, A $200 FEE WILL BE ASSESSED TO THE BUYER.



INVENTORY MANAGEMENT | MARKETPLACE | FLOOR PLANNING | ASSURANCE | LOGISTICS | RECONDITIONING

Cox Automotive

EXHIBIT "G"

**sdmotorwerks@gmail.com**

| | |
|---|---|
| **From:** | rick hagen <sdmotorwerks@gmail.com> |
| **Sent:** | Wednesday, January 29, 2020 1:22 PM |
| **To:** | Rick Hagen |
| **Subject:** | M6 issues |
| **Attachments:** | IMG_7367.JPEG; Untitled attachment 08157.txt; IMG_7366.JPEG; Untitled attachment 08160.txt; IMG_7365.JPEG; Untitled attachment 08163.txt; IMG_7364.JPEG; Untitled attachment 08166.txt; IMG_7363.JPEG; Untitled attachment 08169.txt; IMG_7362.JPEG; Untitled attachment 08172.txt; IMG_7361.JPEG; Untitled attachment 08175.txt; IMG_7360.JPEG; Untitled attachment 08178.txt |







Details

Frontal Collision Warning System:

CurePict

Malfunction. Brake intervention not available.
Visual and acoustic warnings active. Consult
service center.

OK

BMW

# EXHIBIT "H"



# West Coast Specialties, Inc.

Premium craftmanship and customer service
7686 Formula Place, San Diego, CA 92121
Phone: (858) 549-8226
FAX: (858) 271-7919

| | |
|---|---|
| WorkfileID: | 270613c4 |
| PartsShare: | 5KfWZD |
| Federal ID: | 330445935 |
| State ID: | AE160696 |
| State EPA: | 000060486 |

## Estimate

### RO Number:

| Customer: | Insurance: | Adjuster: | | Estimator: | Ryan Hernandez |
|---|---|---|---|---|---|
| SD MOTORWERKS | | Phone: | | Create Date: | 1/30/2020 |
| | | Claim: | | | |
| | | Loss Date: | | | |
| | | Deductible: | | | |

2016 BMW M6 2D CPE 8-4.4L Turbocharged Gasoline Gasoline Direct Injection

| VIN: | WBS6J9C53GD934586 | Interior Color: | | Mileage In: | | Vehicle Out: | |
|---|---|---|---|---|---|---|---|
| License: | | Exterior Color: | | Mileage Out: | | | |
| State: | | Production Date: | | Condition: | | Job #: | |

| Line | Ver | Operation | Description | Qty | Extended Price $ | Part Type | Labor | Type | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | E01 | | **REAR BUMPER** | | | | | | |
| 2 | E01 | Overhaul | O/H bumper assy | | | OEM | | | |
| 3 | E01 | Refinish | Bumper cover | | | | 2.8 | Body | |
| 4 | E01 | | Add for Clear Coat | | | | | | 3.0 |
| 5 | E01 | | **REAR LAMPS** | | | | | | 1.2 |
| 6 | E01 | Remove/Install | RT Tail lamp assy | | | | 0.3 | Body | |
| 7 | E01 | | **TRUNK LID** | | | | | | |
| 8 | E01 | Blend | Trunk lid coupe | | | | | | 1.2 |
| 9 | E01 | Remove/Install | Emblem BMW | | | | 0.2 | Body | |
| 10 | E01 | Remove/Replace | Nameplate "M6" | 1 | 53.79T | OEM | 0.3 | Body | |
| 11 | E01 | | **QUARTER PANEL** | | | | | | |
| 12 | E01 | Repair | RT Quarter panel | | | | 15.0 | Body | 3.0 |
| 13 | E01 | | Add for Clear Coat | | | | | | 1.2 |
| 14 | E01 | Remove/Install | RT Splash shield | | | | 0.3 | Body | |
| 15 | E01 | Remove/Install | RT Quarter glass BMW w/o sunshade | | | | 2.2 | Body | |
| 16 | E01 | Remove/Install | RT Belt molding black | | | | 0.3 | Body | |
| 17 | E01 | | **ROOF** | | | | | | |
| 18 | E01 | Remove/Install | RT Roof molding | | | | 0.4 | Body | |
| 19 | E01 | Blend | RT ROOF SAIL PANEL | | | | | | 1.5 |
| 20 | E01 | | **DOOR** | | | | | | |
| 21 | E01 | Refinish | RT Door shell (ALU) | | | | | | 2.2 |
| 22 | E01 | | Overlap Major Adj. Panel | | | | | | (0.4) |
| 23 | E01 | | Add for Clear Coat | | | | | | 0.4 |
| 24 | E01 | Remove/Install | RT Belt molding short black | | | | 0.1 | Body | |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

**RO Number:**

2016 BMW M6 2D CPE 8-4.4L Turbocharged Gasoline Gasoline Direct Injection

| 25 | E01 | Remove/Install | RT R&I mirror as an assy | | | | 0.3 | Body | |
|----|-----|----------------|--------------------------|---|---|---|-----|------|---|
| 26 | E01 | Remove/Install | RT Handle, outside w/o comfort ac | | | | 0.5 | Body | |
| 27 | E01 | Remove/Install | RT R&I trim panel | | | | 0.8 | Body | |
| 28 | E01 | | **PILLARS, ROCKER & FLOOR** | | | | | | |
| 29 | E01 | Remove/Install | RT Rocker molding w/o M package | | | | 1.1 | Body | |
| 30 | E01 | | **FENDER** | | | | | | |
| 31 | E01 | Refinish | RT Fender w/M6 | | | | | | 2.0 |
| 32 | E01 | | Overlap Major Adj. Panel | | | | | | (0.4) |
| 33 | E01 | | Add for Clear Coat | | | | | | 0.3 |
| 34 | E01 | Remove/Install | RT Fender liner front w/M6 | | | | 0.0 | Body | |
| 35 | E01 | Remove/Install | RT Fender liner rear, coupe w/M6 | | | | 0.3 | Body | |
| 36 | E01 | Remove/Replace | RT Side trim w/o park assist | 1 | 78.44T | OEM | 0.2 | Body | |
| 37 | E01 | | **FRONT LAMPS** | | | | | | |
| 38 | E01 | Remove/Install | RT R&I headlamp assy | | | | 0.3 | Body | |
| 39 | E01 | | **HOOD** | | | | | | |
| 40 | E01 | Blend | Hood (ALU) | | | | | | 1.6 |
| 41 | E01 | | **FRONT BUMPER** | | | | | | |
| 42 | E01 | Overhaul | O/H bumper assy | | | OEM | 5.0 | Body | |
| 43 | E01 | Refinish | Bumper cover w/o suround, w/park dist. coupe | | | | | | 3.2 |
| 44 | E01 | | Add for Clear Coat | | | | | | 1.3 |
| 45 | E01 | Remove/Replace | COVER CAR FOR OVERSPRAY | 1 | 10.00T | Other | 0.5 | Body | |
| 46 | E01 | Remove/Replace | COLOR TINT | 1 | 10.00T | Other | 1.0 | Body | |
| 47 | E01 | Refinish | FEATHEREDGE, PRIME AND BLOCK | | | | | | 1.0 |
| 48 | E01 | Remove/Replace | RESTORE CORROSION PROTECTION | 1 | 10.00T | Other | 0.5 | Body | |
| 49 | E01 | Repair | COLOR SAND AND BUFF | | | | 3.0 | Body | |
| 50 | E01 | | HAZARDOUS WASTE | 1 | 5.00 | Other | | | |

| Estimate Totals | Discount $ | Markup $ | Rate $ | Total Hours | Total $ |
|-----------------|------------|----------|--------|-------------|---------|
| Parts | | | | | 167.23 |
| Labor, Body | | | 65.00 | 35.4 | 2,301.00 |
| Labor, Refinish | | | 65.00 | 22.3 | 1,449.50 |
| Material, Paint | | | 48.00 | 22.3 | 1,070.40 |
| Material, Shop | | | 2.00 | 35.4 | 70.80 |
| **Subtotal** | | | | | **5,058.93** |
| Sales Tax | | | | | 101.02 |
| **Grand Total** | | | | | **5,159.95** |
| **Net Total** | | | | | **5,159.95** |

| Estimate Version | Total $ |
|------------------|---------|
| Original | 5,159.95 |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

**RO Number:**

2016 BMW M6 2D CPE 8-4.4L Turbocharged Gasoline Gasoline Direct Injection

| | |
|---|---:|
| Insurance Total $: | 5,159.95 |
| Received from Insurance $: | 0.00 |
| Balance due from Insurance $: | 5,159.95 |
| | |
| Customer Total $: | 0.00 |
| Received from Customer $: | 0.00 |
| Balance due from Customer $: | 0.00 |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

1/30/2020 12:09:22 PM

Page 3

0075

# EXHIBIT "I"

**WCS**
**WEST COAST SPECIALTIES**

7686 Formula Place • San Diego, CA 92121
Ph: 858-549-8226  Ph: 858-549-8226
www.westcoastspecialties.net

Date:12/2/2020

To whom it may concern after reviewing this BMW m coupe vin#wbs6j9c53gd934586 there has been significate damage to the right side of this car and the rt uniside of this car wasn't fixed correctly and still has structure damage to the rocker panel. As seen in the photos and after inspecting the car this car still has damage.

Ryan Hernandez

General manager

0077

*"San Diego's European Car Specialists Since 1978"*

# Car-O-Liner Vision2 X2
## Lower body Diagnose Report

1.27.19324.1 t:0
2020-12-02

| Customer | | Vehicle | |
|---|---|---|---|
| **Name** | | **DataSheet** 2:090 | **Issue** 2016-11-01 |
| **Address** | | **Make** BMW | |
| **City** | **Zip** | **Model** Coupe 630-650 | **Type** 2D/C/RWD |
| **State** | **Phone** | **Year** 2011-2018 | **VIN** WBS6J9C53GD934586 |
| **E-mail** | | **License No** | **Miles** |

| Insurance | | Job | |
|---|---|---|---|
| **Insurance Co** | **Claim No** | **Workorder** 2020-12-02-1 | **Start Date** 2020-12-02 |
| **Adjuster** | **Phone** | **Technician** victor dobles | **End Date** 2020-12-02 |
| **E-mail** | | **Sign** _____ | |



| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | | -1 | | | | | | | | 1 | | | | | | 1 | | | | | |
| W | | 1 | | | | | | | | 0 | | | | | | 0 | | | | | |
| H | | 0 | | | | | | | | 0 | | | | | | 0 | | | | | |

| L | -2 | | | | | | | | | -1 | | | | | | -1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W | -2 | | | | | | | | | 1 | | | | | | 0 | | | | | |
| H | 4 | | | | | | | | | 0 | | | | | | 0 | | | | | |

| BodyShop | | Notes |
|---|---|---|
| **Company** West Coast Specialties | | |
| **Address** 7686 Formula Place | | |
| **City** San Diego   **Zip** 92121 | | 0078 |
| **State** CA   **Phone** 858-549-8226 | | |
| **E-mail** ryanwcs@mpowercom.net | | |

## INSPECTION REPORT

BMW M6 VIN  WBS6J9C53G934586
RT QUARTER PANEL
RT QUARTER PANEL INNER PANEL WELD DAMAGE
RT QUARTER PANEL OUTER MESSUREMENT PAINT MILL THIKNES MORE THAN
RECOMENDED TO THEPOINT THE GAGE DID NOT REED THIKNES

RT DOOR

RT PASSANGER DOOR OUTER PANEL MESSURMENT REEDING MORE THAN
RECOMENDED SOME AREAS DID NOT REED ALLSO DOOR HAS ALIMENT ISSUS
SUSUPECT DAMEGE TO THE HINGE PILLAR ALLSO PICTURES PROVIDED FROM PREVIUS
REPIAR HAVE HIGHLITED AREAS INDICATING DAMAGE TO ROCKER PANEL BOTH OF
THIS ITEMS IF NOT REPAIR PROPERLE CAN AFECT THE PERFORMANCE AND SAFTYE
FETURES AS BOTH OF THIS SCETIONS OF THE VEHICLE ARE CONSIDER ESTRUCTURAL
PARTS OF THE VEHICLE  TO VERIFIE THIS THE VEHICLE WILL HAVE TO BE
DISASEMBLED BY WAY OF EPESILIZE EQUIPENT LIKE A CELTTE BENCH


Date   12/13/2020          Victor Dobles  ASE Master Collision Tech

# EXHIBIT "J"

**RJH**

| | |
|---|---|
| **From:** | Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com> |
| **Sent:** | Tuesday, August 25, 2020 9:54 AM |
| **To:** | sdmotorwerks@gmail.com |
| **Subject:** | Re: Cr  screenshot |

Yes, I will.

Have an exceptional Day

**From:** sdmotorwerks@gmail.com <sdmotorwerks@gmail.com>
**Sent:** Tuesday, August 25, 2020 12:53:18 PM
**To:** Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com>
**Subject:** RE: Cr screenshot

Can you please send me the list of damages you have to click view full damage list and repairs it will show exterior damages (10) and interior damages (2) and structure(1)


Please and Thanks

**From:** Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com>
**Sent:** Tuesday, August 25, 2020 9:39 AM
**To:** sdmotorwerks@gmail.com
**Subject:** Cr screenshot



# InSight Condition Report

## 2016 BMW M6 2dr Cpe

WBS6J9C53GD934586 • 26,940mi

Rear Wheel Drive • 4.4L 8 Cylinder Engine • A/T • Hard Top • Leather

Lane/Run N/A   Facilitation Manheim San Diego   Seller SD MOTORWERKS

AUTOGRADE 2.4 Below Average

Tires
7 9
9 8

Keys Fobs
1   0

Damages (13)

Prior Paint (1)

Structural Damage (1)

Smoke Odor (1)

Drivable (3)

Damages (1)   Misc (2)   Int (3)   Ext (2)   All (8)

## Announcements

- ARB UNIT

## High Value Options

- Back-Up Camera
- Blind Spot Monitor
- Bluetooth Connection
- Climate Control
- Cooled Front Seat(s)
- Hard Disk Drive Media Storage
- Heads-Up Display
- Multi-Zone A/C
- Navigation System
- Power Driver Seat
- Power Passenger Seat
- Premium Sound System
- Rain Sensing Wipers
- Rear Bucket Seats

# Damage Overview

View Full Damage List and Repairs   ☐ Save as your default view

Sort by   Damage List at

Exterior (10)   Interior (2)   Structure (1)   Other (0)



Click on highlighted area to read details and see additional images.

None ● ● ● ● Severe

● **Front Bumper Cover**

Condition   Prev Repair

Severity   Substd Repair

Type   Previous Repair

● **LF Door Edge**

Condition   Scratch Heavy

Severity   1/2" to 1"

Type   Miscellaneous

● **L Qtr Panel**

Condition   Mult Dents/No Paint Dmg

Severity   PDR/3

Type   Cosmetic Conventional Paint and Body Not Required

● **L Qtr Panel**

Condition   Scratch Heavy

2

Disclaimer[+]

Click on highlighted area to read details and see additional images.

Disclaimer †

## Tires & Wheels

Wheels  Aluminum



| Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|
| Michelin | Michelin | Michelin | Michelin | (Not Equipped) |
| 7/32" | 9/32" | 9/32" | 8/32" | N/A |
| 265/35R20 | 265/35R20 | 295/30R20 | 295/30R20 | |

● R Fuel Door

## History

**AutoCheck** vehicle history report    View Full AutoCheck

| | | |
|---|---|---|
| No. of Historical Events | 13 | Title and Problem Check | ● Vehicle checks out! |
| Last Reported Event Date | 05/26/2020 | Odometer Check | ● Vehicle checks out! |
| Calculated Owners | 1 | Use and Event Check | ● Specific vehicle use(s) or events report |
| Last Reported Mileage | 27,910 | AutoCheck Buyback Protection | ● Qualifies |
| Calculated Accidents | 0 | | |

3

**CARFAX**    View CARFAX



## Details

| | |
|---|---|
| Exterior Color | MSRP |
| Yellow | $167,195 |
| Interior Color | Title State |
| Black | Not Available |
| Top Type | Title Received |
| Hard Top | Not Available |

Received Date
02/03/2020

Inspection Location
Manheim San Diego

Work Order
3540553

In Service Date
Not Available

Org Mfg Basic Warranty
*4 Years/50,000 Miles
*Manheim is not responsib
voided warranties

### Equipment | Manufacturer Info

## Options

- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror
- Automatic Headlights
- Auxiliary Audio Input
- Brake Assist
- Bucket Seats
- Carbon Fiber Interior Trim
- CD Player
- Cruise Control
- Daytime Running Lights
- Driver Adjustable Lumbar

- Driver Air Bag
- Driver Illuminated Vanity Mirror
- Driver Vanity Mirror
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Headlights-Auto-Leveling
- Intermittent Wipers
- Keyless Entry
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory

- MP3 Player
- Passenger Adjustable Lumbar
- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Folding Mirrors
- Power Mirror(s)
- Power Steering
- Power Windows
- Rear Defrost

- Rear Head Air Bag
- Security System
- Stability Control
- Steering Wheel Audio Co
- Telematics
- Tire Inflator
- Traction Control
- Transmission w/Dual Shi
- Trip Computer
- Universal Garage Door O
- Variable Speed Intermitte
- Wipers

## Interior

- Leather

## Keys

- Smart - 1

0085

## Interior

- Leather
- Odometer Operable

## Keys

- Smart - 1

## Mechanical

- 4.4L Turbocharged
- 8 Cylinder Engine
- ABS Brakes
- Automatic Transmission
- Gasoline Fuel
- Rear Wheel Drive

## Common Abbreviations

Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGr

The use of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Position St

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

† Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail lis tab.

* Process protected under U.S. Patent No. 8,230,362

**VIN: WBS6J9C53GD934586.**
**Work Order: 3540553**

© 2020 Manheim. All Rights Reserved

0086

5

Return to the

Not secure | digitaltools.ove.local/

## Damage Overview

View Full Damage List and Repairs   ☐ Save as your default view

Sort by    Damage L[...]

Exterior (10)    Interior (2)    Structure (1)    Other (0)



● **Front Bumper Cover**

Condition    Prev Repair

Severity    Substd Repair

Type    Previous Repair

● **LF Door Edge**

Condition    Scratch Heavy

Severity    1/2" to 1"

Type    Miscellaneous

● **L Qtr Panel**

Condition    Mult Dents/No Paint Dmg

Severity    PDR/3

Type    Cosmetic   Conventional Paint and Body Not Required

● **L Qtr Panel**

Condition    Scratch Heavy

None    ●  Severe
        ●
        ●
        ●

Click on highlighted area to read details
and see additional images.

Disclaimer *

**Tires & Wheels**

0087

## Damage Overview

View Full Damage List and Repairs ☐ Save as your default view

Sort by Damage L___atio

Exterior (10) Interior (2) Structure (1) Other (0)



**None** **Severe**

Click on highlighted area to read details and see additional images.

● **L Qtr Panel**
Condition Scratch Heavy
Severity 1/2" to 1"
Type Cosmetic Conventional Paint and Body Not Required

● Left Interior "A" Pillar Trim
Condition Worn
Severity Acceptable
Type Miscellaneous

● **Rear Bumper Cover**
Condition Prev Repair
Severity SubStd Fish Eyes
Type Previous Repair

● **R Fuel Door**
Condition Prev Repair

Disclaimer *

Tires & Wheels

7



## Damage Overview

Sort by | Damage Location

View Full Damage List and Repairs ☐ Save as your default view

Exterior (10)  Interior (2)  Structure (1)  Other (0)

None  ● Severe

Click on highlighted area to read details and see additional images.

### R Fuel Door
Condition  Prev Repair
Severity  SubStd Dirt
Type  Miscellaneous

### R Qtr Panel
Condition  Prev Repair
Severity  Substd Repair
Type  Previous Repair

### RF Door
Condition  Prev Repair
Severity  SubStd Wavy
Type  Previous Repair

### RF Window
Condition  Inop
Severity  Repair Required

Disclaimer *

Tires & Wheels



**R Qtr Panel**

Condition Prev Repair
Severity SubStd Repair
Type Previous Repair

**RF Door**

Condition Prev Repair
Severity SubStd Wavy
Type Previous Repair

**RF Window**

Condition Inop
Severity Repair Required
Type Miscellaneous
Additional Information
intermittently working

None ● ● ● Severe

Click on highlighted area to read details
and see additional images.

Disclaimer †

## Tires & Wheels

Wheels Aluminum

| Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|
| Michelin | Michelin | Michelin | Michelin | (Not Equipped) |

## Damage Overview

View Full Damage List and Repairs ☐ Save as your default view

Sort by   Damage Locati...

Exterior (10)   Interior (2)   Structure (1)   Other (0)



● **Steering Wheel**
Condition Worn
Severity   Acceptable
Type   Mechanical

● **RF Carpet**
Condition Hole
Severity   1/8" to 1/2"
Type   Miscellaneous

● None   ● ● Severe

Click on highlighted area to read details
and see additional images.

Disclaimer†

**Tires & Wheels**

## Damage Overview

View Full Damage List and Repairs   ☐ Save as your default view

Sort by   Damage Locat

| Exterior (10) | Interior (2) | Structure (1) | Other (0) |



### ● RR Wheel Housing

Condition  Prev Repair
Severity   Substd Repair
Type       Structural

● **Structural Issue**

Click on highlighted area to read details
and see additional images.

Disclaimer +

## Tires & Wheels



Sort by    Damage Le... at

## Damage Overview

View Full Damage List and Repairs    ☐ Save as your default view

Exterior (10)    Interior (2)    Structure (1)    Other (0)

● **RR Wheel Housing**

Condition    Prev Repair

Severity    Substd Repair

Type    Structural

● **Structural Issue**

●

Click on highlighted area to read details and see additional images.

Disclaimer⁺    ȸ 1

## Tires & Wheels

# EXHIBIT "K"

# InSight

ECR

Manheim San Diego
4691 Calle Joven
Oceanside, CA 92057-6042
(760) 754-3600



## VEHICLE DETAILS - 2016 BMW M6 CPE

| | | | | | |
|---|---|---|---|---|---|
| VIN: | WBS6J9C53GD934586 | Body Style: | 2DCP | Top Type: | Hard Top |
| Ext Color: | YELLOW | Int Color: | BLK | Odometer: | 26,940 |
| Work Order: | 3540553 | Seller: | SD MOTORWERKS | Received Date: | 02/03/2020 |
| Inspector: | JSRICHAAIM 02/03/2020 | InService Date: | N/A | | |

### GRADING

Auto Grade

**Grade 2.4  Below Average**

- **MSRP**-Not Available
- **Engine Starts**-Yes
- **Drivable**-Yes

*Process protected under U.S. Patent No. 8,230,362

## VALUE ADDED OPTIONS

- Auto Leveling Headlights
- Auxiliary Audio Input
- Back-Up Camera
- Blind Spot Monitor
- Bluetooth Connection
- Cooled Front Seat(s)
- Dual Zone A/C

- Hard Disk Drive Media Storage
- Heads-Up Display
- Heated Seats-Front(s)
- Lane Departure System
- Leather Seats
- MP3 Compatible Stereo
- Navigation System

- Premium Stereo
- Rear Parking Aid
- Satellite Radio
- Seat Memory
- Telematics

## VEHICLE INFORMATION

## OPTIONS

- 50 State Emissions
- A/C
- Automatic Headlights
- Brake Assist System
- Bucket Seats
- CD Player
- Carbon Fiber Interior
- Trim
- Climate Control

- Electrochromic Rearview Mirror
- Electronic Stability Control
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Heated Steering Wheel

- Passenger Air Bag Sensor
- Passenger Illuminated Vanity M
- Passenger Vanity Mirror
- Power Folding Mirrors
- Power Locks
- Power Mirrors
- Power Windows

- Steering Wheel Audio Control
- Tilt Steering
- Tilt Steering Wheel
- Tire Inflator
- Tire Pressure Monitor System
- Traction Control
- Transmission w/Dual

- Cruise Control
- Daytime Running
- Lights
- Driver Adjustable
- Lumbar
- Driver Air Bag
- Driver Illuminated
- Vanity Mirr
- Driver Vanity Mirror
- Dual Air Bags

- Intermittent Wipers
- Keyless Entry
- Keyless Start
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory
- Owner's Manual
- Passenger Adjustable
- Lumbar

- Pwr Seats - Both
- Pwr Steering
- Quad Bucket Seats
- Rain Sensing Wipers
- Rear Defrost
- Rear Head Air Bag
- Security System
- Side Air Bags

- Shift Mode
- Trip Computer
- Turbocharged
- Universal Garage Door
- Opener
- Variable Speed
- Intermittent Wi
- Warranty Books

**MECHANICAL**

- 8 Cylinder Gas Turbo
- Automatic
- 4X2
- Anti-lock Brakes
- Automatic Transmission
- 4.4 L

**INTERIOR**

- Odometer - Digits Analog -Operable
- Int Odor: Smoke
- Leather

**TIRES AND WHEELS**

Tire Condition:

Wheels:   Alloy

| Tire | Tread Depth | Brand | Size |
|---|---|---|---|
| Left Front: | 7/32" | Michelin | 265/35R20 |
| Left Rear: | 9/32" | Michelin | 295/30R20 |
| Right Front: | 9/32" | Michelin | 265/35R20 |
| Right Rear: | 8/32" | Michelin | 295/30R20 |
| Spare: | N/A | N/A | N/A |

**KEYS**

- Smart Key - 1

**OTHER**

- Title State:
- Title Received Date: N/A

**ADDITIONAL INFORMATION**

ARB UNIT...

0096

## CHARGEABLES

| DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | TOTAL LABOR HOURS | COST |
|---|---|---|---|---|---|

## NON-CHARGEABLES AND ADDITIONAL IMAGES

| IMAGE | DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | | |
|---|---|---|---|---|---|---|
|  | Front Bumper Cover | Prev Repair | Substd Repair | Repair | | |
| | Left Interior "A" Pillar Trim | Worn | Acceptable | No Action Required | | |
| | LF Door Edge | Scratch Heavy | 1/2" to 1" | Touch Up | | |
| | L Qtr Panel | Scratch Heavy | 1/2" to 1" | Touch Up | | |
| | L Qtr Panel | Mult Dents/No Paint Dmg | PDR/3 | PDR | | |
| | Rear Bumper Cover | Prev Repair | SubStd Fish Eyes | Repair | | |
| | RF Door | Prev Repair | SubStd Wavy | Repair | | |
| | RF Window | Inop intermittently working | Repair Required | Mech Ck | | |
|  | R Qtr Panel | Prev Repair | Substd Repair | Repair | | |

## RECON CHARGES

| DATE | QTY | PART | DESCRIPTION | | RETAIL |
|---|---|---|---|---|---|
| | | R Fuel Door | Prev Repair | SubStd Dirt | Repair |
| | | Steering Wheel | Worn | Acceptable | No Action Required |
| | | RF Carpet | Hole | 1/8" to 1/2" | Repair |
| | | RR Wheel Housing | Prev Repair | Substd Repair | No Action Required |

**TOTAL CHARGES**

| | |
|---|---|
| Chargeables | $.00 |
| Non-Chargeables | $.00 |
| Repaired | $.00 |
| Deductibles | $.00 |
| Recon Charges | $.00 |
| **Total Charges** | **$.00** |

VIN: WBS6J9C53GD934586, Work Order: 3540553



| Mani | pdf | Auct | 0611 | 0613 | Inbou | 0613 | Vault | Case | OVE | 0613 | 0613 |

s.ove.local/

c... Patient Portal Signup  Workbench  OVE.com - Inventor...  Home  Vault :: Login  Salesforce - Unlimit...  AuctionACc

## Sight Condition Report

# BMW M6 2dr Cpe

9C53**GD934586** • 26,940mi

'heel Drive • 4.4L 8 Cylinder Engine • A/T • Hard Top • Leather

n N/A    Facilitation  Manheim San Diego    Seller  SD MOTORWERKS








Damages  Structural Damage  Prior Paint

Drivable  Starts  Smoke Odor

Ext (2)   Int (3)   Misc (2)   Damages (1)

## Announcements

- ARB UNIT

## High Value Options

- Back-Up Camera
- Blind Spot Monitor
- Bluetooth Connection
- Climate Control
- Cooled Front Seat(s)
- Hard Disk Drive Media Storage
- Heads-Up Display

- Multi-Z
- Navigati
- Power D
- Power F
- Premiun
- Rain Se
- Rear Bu



× | ⓦ Vehicl· × | ⊖ Manhe × | ⊖ pdf × | ◈ Auctio· × | 🐋 Cases × | 🐋 06138· × | 🔒 Vault· × | 🐦 OVE.c· × | ◀▶

s.ove.local/

c... | 🔳 Patient Portal Signup | ⓦ Workbench | 🐦 OVE.com - Inventor... | ⊖ Home | 🔒 Vault :: Login | 🐋 Salesforce - Unlimit... | ◈ Auction4C

**e Overview**

l Damage List and Repairs   ☐ Save as your default view          Sort b

ir (10)    Interior (2)    Structure (1)    Other (0)



⚙ **L Qtr Panel**

**Condition** Scratch Heavy

**Severity** 1/2" to 1"

**Type**     Cosmetic Conventional Paint and Body Not Required

● **Left Interior "A" Pillar Trim**

**Condition** Worn

**Severity** Acceptable

**Type**     Miscellaneous

● **Rear Bumper Cover**

**Condition** Prev Repair

**Severity** SubStd Fish Eyes

**Type**     Previous Repair

⚙ **R Fuel Door**

**Condition** Prev Repair

None ● ⚙ ● ● Severe

Click on highlighted area to read details
and see additional images.

er ⁺

**Wheels**



× | ⊛ Vehicle × | ⊕ Manhe × | ⊕ pdf × | ⊛ Auctio × | 🖤 Cases × | 🖤 06138 × | 🔒 Vault :: × | 🕸 OVE.co × |

s.ove.local/

c... | Patient Portal Signup | ⊛ Workbench | 🕸 OVE.com - Inventor... | ⊕ Home | 🔒 Vault :: Login | 🖤 Salesforce - Unlimit... | ⊛ AuctionA...

**e Overview**

l Damage List and Repairs   ☐ Save as your default view                                                        Sort b

r (10)    Interior (2)    Structure (1)    Other (0)

None  ⊛  ⊛  ●  ●  Severe

Click on highlighted area to read details
and see additional images.

⊛ **R Fuel Door**

**Condition** Prev Repair

**Severity** SubStd Dirt

**Type** Miscellaneous

● **R Qtr Panel**

**Condition** Prev Repair

**Severity** Substd Repair

**Type** Previous Repair

● **RF Door**

**Condition** Prev Repair

**Severity** SubStd Wavy

**Type** Previous Repair

● **RF Window**

**Condition** Inop

Severity   Repair Required

er ⁺

**Wheels**



**R Qtr Panel**

Condition Prev Repair

Severity   Substd Repair

Type       Previous Repair

**RF Door**

Condition Prev Repair

Severity   SubStd Wavy

Type       Previous Repair

**RF Window**

Condition Inop

Severity   Repair Required

Type       Miscellaneous

**Additional Information**

intermittently working

None ● ● ● Severe

Click on highlighted area to read details
and see additional images.

er ⁺



## Wheels

Aluminum

| | **Left Front** | **Right Front** | **Left Rear** | **Right Rear** | **Spare** |
|---|---|---|---|---|---|
| | Michelin | Michelin | Michelin | Michelin | (Not Equipped) |

× | Ⓦ Vehicle × | ❸ Manhe × | ❸ pdf × | ⓐ Auction × | 🔵 Cases × | 🔵 06138 × | 🔒 Vault × | 🦟 OVE.c × | ❖

s.ove.local/

c... | 🔳 Patient Portal Signup | Ⓦ Workbench | 🦟 OVE.com - Inventor... | ❸ Home | 🔒 Vault :: Login | 🔵 Salesforce - Unlimit... | ⓐ AuctionACC

**Overview**

I Damage List and Repairs    ☐ Save as your default view                                         Sort b

r (10)    Interior (2)    Structure (1)    Other (0)



● **Steering Wheel**

Condition Worn

Severity   Acceptable

Type      Mechanical

◉ **RF Carpet**

Condition Hole

Severity   1/8" to 1/2"

Type      Miscellaneous

None ● ◉ ● ● Severe

Click on highlighted area to read details
and see additional images.

er⁺

**Wheels**



× ⓦ Vehicl × | ⊗ Manha × | ⊗ pdf × | ⓖ Auctio × | ● Cases × | ● 06138 × | 🔒 Vault × | 🖩 OVE.c ×

s.ove.local/

c... Patient Portal Signup ⓦ Workbench 🖩 OVE.com - Inventor... ⊗ Home 🔒 Vault :: Login ● Salesforce - Unlimit... ⓖ AuctionA

**Overview**

Damage List and Repairs   ☐ Save as your default view                                              Sort b

r (10)    Interior (2)    **Structure (1)**    Other (0)

● **RR Wheel Housing**

**Condition** Prev Repair

**Severity**   Substd Repair

**Type**       Structural

● **Structural Issue**

Click on highlighted area to read details
and see additional images.

er⁺

**Wheels**



s.ove.local/

Click on highlighted area to read details
and see additional images.

R Fuel Door

er

## Wheels

Aluminum

| | Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|---|
| | Michelin | Michelin | Michelin | Michelin | (Not Equipp |
| | 7/32" | 9/32" | 9/32" | 8/32" | N/A |
| | 265/35R20 | 265/35R20 | 295/30R20 | 295/30R20 | |

**Check**
Vehicle history report

View Full AutoCheck

listorical            13

orted Event    05/26/2020

ed Owners        1

orted Mileage  27,910

ed Accidents    0

K                          View CARFAX

Title and Problem Check        ⊘ Vehicle checks out!

Odometer Check                    ⊘ Vehicle checks out!

Use and Event Check             ⊕ Specific vehicle use(s) or e

AutoCheck Buyback Protection    ⊘ Qualifies



Manh | pdf | Auct | 0611 | 0613 | Inbou | 0613 | Vault | Cases | OVE.c | 0613 | 0613

s.ove.local/

c... | Patient Portal Signup | Workbench | OVE.com - Inventor... | Home | Vault : Login | Salesforce - Unlimit... | AuctionAC

| Color | MSRP | Received Date | In Servi |
|---|---|---|---|
| | $167,195 | 02/03/2020 | Not Ava |
| Color | Title State | Inspection Location | Org Mr |
| | Not Available | Manheim San Diego | '4 Years |
| | Title Received | Work Order | 'Manhe |
| | Not Available | 3540553 | voided |

ent    Manufacturer Info

ns

- Driver Air Bag
- Driver Illuminated Vanity Mirror
- Driver Vanity Mirror
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Headlights-Auto-Leveling
- Intermittent Wipers
- Keyless Entry
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory

ustable Steering Wheel
/FM Stereo
o-Dimming Rearview Mirror
omatic Headlights
iliary Audio Input
ke Assist
ket Seats
bon Fiber Interior Trim
Player
ise Control
time Running Lights
er Adjustable Lumbar

- MP3 Player
- Passenger Adjustable Lumbar
- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Folding Mirrors
- Power Mirror(s)
- Power Steering
- Power Windows
- Rear Defrost

- Rear H
- Securi
- Stabili
- Steeri
- Telem
- Tire In
- Tractic
- Transm
- Trip C
- Univer
- Variab
  Wipers

or
ther

Keys
- Smart - 1



| ❸ Manl | ❸ pdf | ☁ Aucti | ● 0611( | ● 0613￼ | ● Inbou | ● 0613￼ | 🔒 Vault | ● Cases | �📺 OVE.c | ● 0613￼ | ● 0613 |

s.ove.local/

c...   🔲 Patient Portal Signup   ⓦ Workbench   📺 OVE.com - Inventor...   ❸ Home   🔒 Vault :: Login   ● Salesforce - Unlimit...   ☁ AuctionAC

or                              Keys
ther                              • Smart - 1
ometer Operable

anical
- Turbocharged
ylinder Engine
‣ Brakes
omatic Transmission
oline Fuel
r Wheel Drive

Abbreviations

ondition reports contain representations made by the seller and subjective input based on inspector judgment, which may
of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition

le was calculated under the assumption that some repairs may be covered under manufacturer warranty.

e Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with th

protected under U.S. Patent No. 8,230,362

S6J9C53GD934586,
der: 3540553

Manheim. All Rights Reserved

EXHIBIT "L"

8:57   5G E



Jerry J Siderman

iMessage
Yesterday 9:05 PM

Jerry
Did you own a 2016 BMW M6
Competition Package I found
your information in the car I
purchased

From Center Bmw

Yes. What information?

Old registration and receipts

Thank you but I don't need it

Sorry to bother you it was in a
bad accident in 2018 damage
Over $31k what happen

Sorry but I don't feel
comfortable discussing
anything with someone I don't
know

The front and rear and the

  iMessage 

      

0109

EXHIBIT "M"

Standards

# ARBITRATION POLICY
## In-Lane and Online

## EFFECTIVE DATE:
## April 17, 2017



# Arbitration Policy

**Effective Date:** April 17, 2017

## I. General Policies:

### 1. Fair and Ethical Sale

The sales made at an Auction are intended to promote fair and ethical treatment to both the Buyer and Seller. If Auction determines that the transaction is not fair and ethical to either party, the Seller and the Buyer agree that Auction may cancel the sale, at its sole discretion. Federal, State, and Local laws supersede these policies where applicable.

### 2. Auction Role in Sale:

a. Auction makes no representations or guarantees on any vehicle sold or offered for sale.

b. Auction is not a party to the contract of the sale. The sales contract is between the Seller and Buyer only.

c. All vehicles bought or sold on the premises must be processed through the Auction office. Failure to do so will result in suspension of trading privileges at Auction.

d. Auction reserves the right to review any audio/video documentation to verify the accuracy of a sale.

e. Any vehicle consigned with the Auction is subject to government inspection, with or without prior notice, by the FBI, State Police, National Auto Theft Bureau, Local Police Authorities, any other governmental agency, or quasi-governmental agency.

### 3. Auction VIN Policies

All vehicles consigned must have a visible public Vehicle Identification Number (VIN) plate attached to the vehicle by the manufacturer or state inspector (state reassigned VIN only). Those vehicles having a reassigned VIN plate by the State in place of the original VIN plate must be announced or will be subject to sale cancellation or Buyer return. Auction reserves the right to refuse the sale of any vehicle in which the VIN plate appears to be altered in any way.



# Arbitration Policy

Effective Date: April 17, 2017

## II. Sale Light System:

Auction has a standard light/video display system to describe the condition and/or disclosures related to the vehicle being sold. The system is defined as:

1. **Green Light – Ride and Drive:** The green light signals that this vehicle is guaranteed under the conditions outlined in this policy by the seller. Any defects or issues requiring disclosure per this policy should be announced using the green and yellow lights.

2. **Yellow Light – Limited Guarantee:** This light is an indication to the Buyer that the Auctioneer or Selling Representative has made announcements that qualify/clarify the condition or equipment and limit arbitration of this vehicle in conjunction with the green light or when "limited guarantee" is announced.

3. **Red Light – As-Is:** Vehicles selling under the red light will only qualify for arbitration under the rules outlined in this policy. (As-Is dollar amount, model years, and mileage are subject to local auction policy).

4. **Blue Light Title Attached/Title Unavailable/Title Absent:** This light is used to announce that the title is not present (auction managed location) at the time of the sale. For Auction rules regarding titles please refer to the Title Arbitration Policy section. If "title attached/unavailable/absent" is not announced, a vehicle could be arbitrated for no title in the absence of auction company policy.

| Announcement /Light Legend | | | |
|---|---|---|---|
| Announcements: | Light Usage Recommendation | | |
| | Green | Yellow | Red |
| Ride & Drive Only | ✓ | N/A | N/A |
| Ride & Drive with Caution | ✓ | ✓ | N/A |
| Limited Guarantee Only | N/A | ✓ | N/A |
| As-is, No Arbitration | N/A | N/A | ✓ |



# Arbitration Policy

Effective Date: April 17, 2017

## III.   Seller Responsibilities:

1. Seller will be held responsible for the accuracy and completeness of all representations or descriptions. This includes handouts, catalogues, vehicle markings, condition information or vehicle listings and verbal or written statements made by Seller, Auction, Auctioneer or Selling Representative at the time of sale. This includes the condition report written by or on behalf of the seller as per the "NAAA Generic Condition Report Position Statement". The Seller understands that the sale light/video display is a binding arbitration representation of vehicle condition, and is therefore responsible for ensuring that their vehicles sell under the correct light in the lane.

2. Mileage announcements are not required for vehicles that are 10 years or older and/or deemed exempt from Odometer and Title disclosure laws unless a mileage discrepancy is known or apparent to the seller. The Seller may represent miles on exempt vehicles; any disclosures made by the Seller and all known odometer discrepancies are grounds for arbitration.

3. Title discrepancies must be announced including, but not limited to: not actual miles, salvage, theft recovery, stolen vehicle, flood damage, Lemon Law buybacks and trade assist.

4. If a vehicle is being offered for sale by a third party, an announcement of "3rd Party Seller" is required. Disclosure requirements and time limits are subject to local auction policy.

5. Announcements are required for any matters that relate to the safety or integrity of the vehicle including as per the stated dollar threshold and disclosure requirements stated in this policy, all requirements under local, state or federal statutes or regulations. Announcements must be made both verbally and disclosed on the auction invoice/sale contract/bill of sale or equivalent document in a physical or online auction environment.

6. The announcement of the presence of warning lights does not exempt a Seller from arbitration responsibilities as defined by the policy. The issue/defect found to be the cause of the light may be arbitrated within the stated time period and dollar amount threshold according to Appendix 1.

7. The availability of a manufacturer's warranty shall not affect a Buyer's right to arbitrate a vehicle. Regardless of the warranty coverage in terms of the root cause of the complaint, an announcement may be required.

8. In the event of a successful arbitration by the Buyer, the Seller is responsible for reimbursement of all reasonable documented expenses incurred by the Buyer (excluding profit, commissions and detail charges) on vehicles arbitrated for undisclosed conditions. Reimbursements that qualify under these guidelines will be at the sole discretion of the Auction and will be limited to the reasonable and documented expenses at auction (wholesale) repair cost.

9. Seller will not be paid for vehicles in arbitration until arbitration is settled and vehicles are sold. For arbitrations occurring after the seller has been paid, seller is required to promptly return the payment to the auction if the transaction is voided as a result of arbitration.



# Arbitration Policy

Effective Date: April 17, 2017

12. In regard to defect in title, and in any matter relating to odometer mileage, odometer statements, or damage disclosure statements: Seller and Buyer agree to indemnify and hold harmless Auction from any liability, loss costs, damage or expense, including attorney fees which may arise either directly or indirectly from the sale and purchase of the consigned vehicle including but not limited to title services provided.

13. Whenever any claim is made by any person against the title of a vehicle, whether by suit or otherwise, the Buyer, after becoming aware of said claim, shall immediately notify Auction. This involves giving full particulars of claim, cooperating fully in defending any legal action, and in taking other steps to minimize possible loss.

## VI. Previous Canadian and/or Grey Market Vehicles:

1. A "Previous Canadian" disclosure is required for any vehicle (regardless of manufacturing origin) having been registered in a Canadian province. Additional announcements may be required as well due to the use in Canada (i.e. Full or partial voided warranty, foreign title and etc.)

2. Any vehicle not originally built to U.S. specifications can, under certain circumstances, be imported through a registered importer who modifies the vehicle to comply with U.S. equipment and safety regulations (DOT and NHTSA) and then certifies it as compliant, and an independent commercial importer who modifies the vehicle to comply with U.S. emissions regulations and then certifies it as compliant. Only vehicles properly converted to U.S. specifications can be sold and must be announced as such.

3. **Required Conversion**

   a. All other vehicles imported must be imported through a Registered Importer. Registered Importers are required to post a bond with the U.S. Department of Transportation and/or National Highway Transportation Safety Administration. All vehicles imported through a Registered Importer must have:

      i. U.S. Safety Standard Certification Label that identifies the Registered Importer
      ii. Valid U.S. Title or Legal Foreign Title
      iii. Meet ALL Federal NHTSA, D.O.T. and/or E.P.A. Mandated Guidelines
      iv. Documentation must be provided at any time by seller.
      v. Cleared the mandated wait time.

   b. All vehicles, whether imported by a Manufacturer or a Registered Importer, must show miles per hour on the speedometer and miles traveled on the odometer. Title 49, United States Code, Chapter 327, Section 32704, allows replacement odometers without a door frame sticker if the conversion from kilometers to miles can be done without changing the distance traveled by the vehicle; therefore, replacement of an odometer under these circumstances does not have to be announced by the Seller.

## VII. Arbitration Guidelines:

Vehicles that have any of the defects outlined in Appendix I that were not disclosed by the seller or announced at the time of sale must be reported to Auction within the time frame noted below in order to be eligible for arbitration. Vehicles must be returned to Auction in the same or better condition than when purchased with no more than (auction choice) miles.



# Arbitration Policy

Effective Date: April 17, 2017

1. **Time Period:** Refer to Appendix I for arbitration time periods. Sale day is Day 1. Arbitration shall end at the close of business as determined by each Auction on the last calendar day in the time period.

2. **Process:** Any single mechanical defect that has a repair cost of $500 or more is subject to arbitration on vehicles sold under qualifying lights and lack of announcement by the seller per Appendix I. Each vehicle transaction is allowed one chance at arbitration. The arbitrator will inspect only the defect that is on the initial arbitration claim. Repair costs will be determined by the auction and will reflect the auction cost to repair. If price adjustment is made and accepted, vehicle becomes "As-Is, No Arbitration" property of the Buyer, and is not subject to any further arbitration. The auction management makes the binding decision upon both the Buyer and Seller on all arbitration matters.

3. **Fees:** Auction reserves the right to assess an arbitration fee to the Buyer. If the arbitration is valid, Auction reserves the right to assess an arbitration fee to the Seller in addition to any charges associated with the arbitration.

4. **Not subject to arbitration:**
   a. Vehicles exceeding 20 model years, with the exception of trailers, RVs, and watercraft, which cannot be arbitrated if they exceed 10 model years.

   b. Kit vehicles, homemade vehicles, or modified vehicles are sold "As-Is" and cannot be arbitrated for odometer, structural issues, warranty books, or model year.

   c. Inherent Conditions: No arbitration can be based on conditions that are inherent or typical to a particular model or manufacturer. Manufacturer warranty guidelines will be used where applicable to determine whether the condition is inherent. Additional resources can be found on NAAA's Standards page at www.NAAA.com.

   d. Manual Transmissions: Vehicles with standard (full or partial shift) transmissions cannot be arbitrated for manual clutch assemblies unless the defect will not allow a safe test drive.

   e. Wearable Items: Auction will not arbitrate vehicles for wearable items normally worn vs excessively worn or inoperative (not inherent). For purposes of this policy wearable items are defined as parts of the vehicle that the manufacturer recognizes the need for replacement/adjustment during the expected life of the vehicle driven the average miles per model year (15k). These items are normally identified in the Owner's Manual for routine check and replacement and would include, but are not limited to, air ride suspensions, tires, wipers, brake pads, shoes, rotors, belts, hoses, lubricants/fluids, timing belts, bulbs, filters, shocks and struts.

   f. Unsafe vehicles: Auction reserves the right to reject any vehicle that management judges to be unsafe.

   g. Vehicles may not be arbitrated based solely upon information provided in Electronic Data Vehicle Histories (EDVH) or printed EDVH reports. Auction and Seller are not bound by information listed in EDVH. Examples of EDVH include Carfax, AutoCheck, NMVTIS, etc. The facilitating Auction may investigate vehicle history based on information found in EDVH for information that may impact arbitration.

   h. Auction is not bound by vehicle grades or other types of scoring systems placed upon the vehicle. Buyers may only arbitrate a vehicle based upon damage or defects that were present at the time of the sale of the vehicle.

   i. Vehicles with more than (auction choice) miles from time of sale.

National Arbitration Policy Guidelines (Appendix 1) Amended 9/5/17

# Arbitration Policy

**Effective Date: April 17, 2017**



## National Auto Auction Association
www.naaa.com

### National Arbitration Policy Guidelines — APPENDIX I

**NAAA Seller Disclosure/Announcement Requirements**

Effective Date September 5, 2017

| | Disclosure/Announcement Required | | | Arbitration Time Periods | | |
|---|---|---|---|---|---|---|
| | Green Light Only Ride & Drive | Yellow Light Only Limited Guarantee | Red Light Only As-Is, No Arbitration | Green Light Only Ride & Drive | Yellow Light Only Limited Guarantee | Red Light Only As-Is, No Arbitration |
| **Major Components** | | | | | | |
| Engine Problem* | YES | YES | NO | A or C | A or C | N/A |
| Cracked or Repaired Block* | YES | YES | NO | A or C | A or C | N/A |
| Transmission Problem* | YES | YES | NO | A or C | A or C | N/A |
| 4X4 System Inoperable* | YES | YES | NO | A or C | A or C | N/A |
| ABS Problem* | YES | YES | NO | A or C | A or C | N/A |
| Emission Control Equipment Missing or Inoperative* | YES | NO | NO | A or C | N/A | N/A |
| Air Conditioning System* | YES | NO | NO | A or C | N/A | N/A |
| SRS – Missing or Problem with Airbags* | YES | YES | NO | A or C | A or C | N/A |
| Hybrid or Electric Vehicle Battery Problems and/or Missing or Inoperable Battery Charger* | YES | NO | NO | A or C | N/A | N/A |
| **Vehicle History Issues** | | | | | | |
| Structural Damage/Certified Structural Repair or Replacement/Structural Alteration Per NAAA Structural Damage Policy | YES | YES | YES | B or C | B or C | B or C |
| Not Actual Miles/Inoperative Odometer | YES | YES | YES | B or C | B or C | B or C |
| Total Loss and/or Salvage History | YES | YES | YES | B or C | B or C | B or C |
| Theft Recovery/Stolen Vehicles (By Insurance Recover)* | YES | YES | YES | 30 Days | 33 Days | 33 Days |
| Branded, Insurance and/or Salvage Titles (Including History)* | YES | YES | YES | 33 Days | 33 Days | 32 Days |
| Flood Damage (By Auction Inspection)* | YES | YES | YES | B or C | B or C | B or C |
| Lemon Law/Manufacturer's Buyback** | YES | YES | YES | 36 Days from Sale Date | 30 Days from Sale Date | 30 Days from Sale Date |
| State-Issued VIN Plates (Including Kit Vehicles) | YES | YES | YES | B or C | B or C | B or C |
| All Taxis and Livery Requiring Local or State Licenses and Law Enforcement Vehicles | YES | NO | NO | B or C | N/A | N/A |
| Previous Canadian Vehicles | YES | NO | NO | B or C | N/A | N/A |
| Grey Market Vehicles* | YES | NO | NO | B or C | N/A | N/A |
| Vehicles Being Sold with No Title (Bill of Sale Only) | YES | YES | YES | B or C | B or C | B or C |
| Voided Factory Warranty | YES | NO | NO | B or C | N/A | N/A |
| Fuel Conversion | YES | NO | NO | B or C | N/A | N/A |
| Non-Original Engine (Excludes Items Replaced Under Manufacturer's Warranty) | YES | NO | NO | B or C | B or C | B or C |
| Current Model Year and Up to 4 Model Years Old | | | | | | |
| Logo or Decal Misrepresentation | YES | NO | NO | B or C | N/A | N/A |
| Economy Vehicles (Existing or Cleared) | YES | NO | NO | A or C | N/A | N/A |
| Flood Damage History (Disclosed By DMV and/or Insurance Company Records) | YES | YES | YES | A or C | A or C | A or C |
| **Other Issues** | | | | | | |
| Vehicle Accessory, Electrical Problems* (Current Model Year and Up to 4 Model Years Old) | YES | NO | NO | A or C | N/A | N/A |
| Permanent Repair or Replacement (Current Model Year and Newer) (Excludes Bumpers) | YES | NO | NO | A or C | N/A | N/A |
| Vehicles Not Equipped With Air Conditioning (Excludes Vehicles 10 Model Years Old or Older) | YES | NO | NO | A or C | N/A | N/A |
| Vehicles Being Sold With a Government Release for Title (i.e. 27A, SF-97, and etc.), CO, | YES | NO | NO | | | |
| Pending State or Local DMV Fees or Taxes Over $100 Due Or Vehicle (If Required By Law) | YES | YES | YES | | | |
| Any Disclosure Required By Law | YES | YES | YES | 120 Days | 120 Days | 120 Days |

**Time Period vs. Sale Channel Breakdown**

"A" Announce Only. Only.
"B" Interior-2 Calendar Days Only.
"C" Online-2 Calendar days within vehicle receipt of the vehicle from seller and/or auction not to exceed 10 calendar days from the original sale date.

*Must disclose defects that are singularly $500 or more to repair or replace
**These transactions may be singularly subject to arbitration regardless of the stated time limits. Arbitration claims initiated after this stated time period not be addressed via the depreciation formula described in "The Arbitration Policy" (Paragraph I).

0117

Standards



# Arbitration Policy

Effective Date: April 17, 2017

## 3. Seller Disclosure Requirements

Sellers must disclose permanent structural damage, any structural alterations, structural repairs or replacements (certified or non-certified) as outlined in this policy prior to selling a vehicle at auction regardless of sales channel or light condition. Disclosures are required for the following:

a. Any/all existing permanent (non-repairable aka kinked or broken) structural damage as defined in this policy

b. Improper and/or substandard prior repairs (not meeting OEM repair guidelines)

c. Repairs not certified using OEM guidelines or to be within the UVMS Improper alterations to the structure Lengthened or Shortened structure verified by visual inspection.

d. Altered suspension that requires the structure to be modified from its OEM form.

e. After-market accessories installed or removed to the structure.

f. Towing packages installed (or removed) where new holes are drilled, OEM holes are enlarged, or if the towing package is welded or brazed to the structure.

g. Multiple access holes (regardless of size) or singular access holes greater than 5/8". Access holes between 1/4" and 5/8" are subject to disclosure based upon location and condition of structural component.

h. Corrosion of structural components determined by one or more of the following; when the substrate loses its shape, the original bonds near the affected area are loose or are no longer in existence, the original thickness of the substrate has been changed by more than 25%, the affected area no longer possesses its absorption or deflection properties.

i. Structural tear damage (i.e. transport tie down) if more than 1" in length (measured from tear start/stop points)

j. Damage due to improper jacking or lifting that permanently deforms structural components outlined in this policy.

k. Damage due to contact with parking abutments and/or road debris that permanently deforms structural components outlined in this policy.

l. Roof bows/braces that have been modified, have existing permanent damage or removed. A replaced roof skin is not a required disclosure in terms of the Structural Damage Policy.

m. The C pillar/quarter or Cab panel may or may not be a structural component(s) as per the vehicle manufacturer.

# FLOOD DAMAGE CHECK

Flood Damage Check includes top-down, bottom-up, interior, exterior and mechanical checks specific to the NAAA Flood Damage Policy and includes fluid contamination, electrical components and basic drivability. See the chart below for detailed checklist items.

## CLAIMS PROCESS

» Purchase Flood Damage Check or a vehicle with Flood Damage Check.

» If flood damage is discovered, you have 30 days from the date of sale to notify the auction.

## EXEMPTIONS

» TRA, hand-built and vehicles selling for less than $3k, unless the title is branded.

» Not available for vehicles that are off-site or at mobile auctions; non-transferable.

*[handwritten: Sale date Feb. 28, 2020*
*PSI completed March 6 or March 11*
*PAID for Care Was April 3*
*Didn't rec PSI from Manheim till April 10, 2020*
*Manheim Road inspect on a Mach 6]*

# FLOOD DAMAGE INDICATOR CHECKLIST

**NAAA** NATIONAL AUTO AUCTION ASSOCIATION

- ☐ Fluid contamination
  - ☐ Engine
  - ☐ Transmission
  - ☐ Coolant
  - ☐ Differential
- ☐ Dampness in seat cushions, headliner, visors and other upholstered components
- ☐ Mud, silt or sludge buildup in wheel wells, inside bumpers, hinge boxes, door openings/sills, door drain holes, under carpets or luggage compartment floor mats
- ☐ Surface rust on underbody components, brake rotors/drums, exhaust system, pinch welds, brake lines, chassis components
- ☐ Mud or sludge buildup inside door panels, behind luggage compartment side walls, beneath dash, inside glove box, etc.
- ☐ High water marks on door panels, upholstery, trunk interior, or head or tail light lenses

- ☐ The deposit of debris such as silt, grass and small twigs
- ☐ Accumulation of silt/rust inside major mechanical components
- ☐ Extremely rusty wiring harness, fuse boxes, etc.
- ☐ Interior odors, musty smell
- ☐ Inspect under dash for surface rust on unfinished steel seat springs, frames and brackets
- ☐ Corrosion in cigarette lighter/fuse box and sockets
- ☐ Fully extract seat belts and retractable shoulder harnesses, inspecting for silt accumulation and/or water stains on belt material and/or odors
- ☐ Water lines in fabric and insulation material
- ☐ Water lines in interior carpet, seatbelt
- ☐ Corrosion or rust on metal parts under seats or dash

- ☐ Water plugs in floor or trunk that have been removed
- ☐ Sand or mud on engine, transmission, suspension, lights, carpet, etc.
- ☐ Water lines on firewall, interior carpet material and/or exterior
- ☐ Pull up carpet section and inspect for silt and flood debris (dirt or dust is not an indication of flood damage)
- ☐ Inspect wire harness for an accumulation of silt. Peel back black rubber grommet in A and B pillars and inspect for silt and flood debris
- ☐ Inspect wire harness/connections for corrosion and rust
- ☐ Remove interior door panel and inspect for silt and flood debris inside door
- ☐ Title discrepancy/brand indicating "flood damage" or "water damage"

US.09.21.17



# Arbitration Policy

Effective Date: April 17, 2017

## IX. Flood, Damage Policy

Vehicles are frequently exposed to moisture during their ordinary operation, maintenance, and reconditioning. Occasionally, such exposure may leave residual marks or indicators similar to those left by exposure or immersion of the vehicle in floodwater. In determining what conditions require disclosure or in arbitrating vehicles for flood exposure/damage it is critical that the total condition of the vehicle be considered including VIN data history. Disclosure requirements can be found in Appendix I.

### 1. Disclosure Not Required

No disclosure is required nor is arbitration allowed for the following types of water exposure, provided that none of the components outlined below are damaged:

a. Rain, snow or sleet due to open windows, doors or tops or leaking seals.

b. Car wash or rinse water.

c. Carpet or upholstery shampooing or cleaning.

d. Stream, pond, puddle or floodwater that does not rise above the rocker panel or otherwise enter the passenger compartment.

e. Stream, pond, puddle or floodwater that enters the luggage compartment, but does not damage any electrical components (such as lighting or wiring harness) or does not enter the passenger compartment.

### 2. Disclosure Required

Disclosure is required and arbitration shall be allowed under the following conditions:

a. The title has been correctly branded indicating flood history of the vehicle.

b. Any of the following components have been damaged due to stream, pond, puddle or floodwater immersion/ingress:

   i. Front or rear internal lighting or wiring harnesses

   ii. Engine and its major components

   iii. Transmission and differential

   iv. Dash instrument panel and wiring

   v. Passenger seat cushions

   vi. Power seat functions or window motor

   vii. Major sound system components

# EXHIBIT "N"

1/13/2021                    CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586



This report provided free of charge by:
SD Motorwerks
7030 Carroll Rd, San Diego, CA 92121
858-434-8953



# CARFAX Vehicle History Report™                                       US $39.99

**2016 BMW M6**
VIN: WBS6J9C53GD934586
COUPE
4.4L V8 F DOHC 32V
GASOLINE
REAR WHEEL DRIVE

| | |
|---|---|
| ⚠ Moderate damage | |
| ℹ Damage reported: minor damage | |
| ① CARFAX 1-Owner vehicle | |
| 🛠 21 Service history records | |
| 🏠 Personal lease vehicle | |
| 🚙 30,591 Last reported odometer reading | |

CARFAX HAS THE MOST
ACCIDENT & DAMAGE
INFORMATION

CAR FOX

This CARFAX Report Provided by:
**SD Motorwerks**

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/13/21 at 7:07:16 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Ownership History
The number of owners is estimated

| | 👤 Owner 1 |
|---|---|
| Year purchased | 2016 |
| Type of owner | Personal lease |
| Estimated length of ownership | 3 yrs. 1 mo. |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 8,568/yr |
| Last reported odometer reading | 30,591 |

## CARFAX Title History
CARFAX guarantees the information in this section

| | 👤 Owner 1 |
|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✔ No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | ✔ No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register \| View Terms \| View Certificate

1/13/2021      CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

## CARFAX® Additional History

Not all accidents / issues are reported to CARFAX

| | Owner 1 |
|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ✓ No Issues Reported |
| **Structural Damage**<br>CARFAX recommends that you have this vehicle inspected by a collision repair specialist. | ✓ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✓ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ✓ No Issues Indicated |
| **Accident / Damage**<br>Damage reported on: 03/06/2018, 02/20/2019, 06/24/2019 and 06/04/2020. | Damage Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check with an authorized BMW dealer for any open recalls. | ✓ No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have 0 months or 19,409 miles remaining. | ✓ Warranty Active |

## CARFAX® Detailed History

**Owner 1**
Purchased:
2016

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Lease Vehicle
8,568 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/14/2016 | 7 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✓<br>♥ 346 Customer Favorites | Vehicle offered for sale |
| 01/26/2016 | | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✓<br>♥ 346 Customer Favorites | Vehicle serviced<br>- Pre-delivery inspection completed |
| 11/30/2016 | 53 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✓<br>♥ 346 Customer Favorites | Vehicle sold |
| 11/30/2016 | | Service Plan Co.<br>Tarzana, CA | Service contract issued |
| 12/15/2016 | 383 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0 | Vehicle serviced |

1/13/2021                                    CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

92 Verified Reviews ✓
💜 346  Customer Favorites

| 12/15/2016 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>- First owner reported<br>- Titled or registered as personal lease vehicle<br>- Loan or lien reported |
|---|---|---|---|
| 01/06/2017 | 1,352 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✓<br>💜 346  Customer Favorites | Vehicle serviced<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 04/14/2017 | 3,468 | Service Plan Co. | Service contract claim<br>- Tire(s) serviced |
| 09/02/2017 | 8,034 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✓<br>💜 346  Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Cabin air filter replaced/cleaned<br>- Vehicle washed/detailed |
| 03/06/2018 | | Damage Report | Damage reported: moderate damage<br>- Damage to front<br>- Damage to right side<br>- Damage to right front |

**Damage Severity Scale** ⓘ



MINOR                    MODERATE                    SEVERE

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**



**Damage Location**

FRONT



LEFT                    RIGHT

REAR

| 11/30/2018 | 18,432 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✓<br>💜 346  Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Rear brakes replaced<br>- Air filter replaced<br>- Spark plug(s) replaced<br>- Brake fluid flushed/changed<br>- Brakes replaced |
|---|---|---|---|
| 02/20/2019 | | Damage Report | Damage reported: minor to moderate damage |


- Damage to right rear
- Damage to front
- Damage to right side
- Damage to right front

**Damage Severity Scale** ⓘ



MINOR          MODERATE          SEVERE

# CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION



**Damage Location**

FRONT



LEFT                              RIGHT

REAR

| 04/19/2019 | 20,755 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✓<br>❤ 346 Customer Favorites | Vehicle serviced<br>- Engine/powertrain computer/module checked<br>- Tire condition and pressure checked |
| 06/05/2019 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>- Loan or lien reported |
| 06/24/2019 | | Damage Report | Damage reported: minor to moderate damage<br>- Damage to right side<br>- Damage to right rear<br>- Damage to front<br>- Damage to right front |



**Damage Severity Scale** ⓘ

MINOR      MODERATE      SEVERE

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

**Damage Location**

FRONT

LEFT                    RIGHT

REAR

| | | | |
|---|---|---|---|
| 11/06/2019 | 25,850 | BMW of El Cajon<br>El Cajon, CA<br>619-442-8888<br>bmwsouthcounty.com<br>⭐ 4.6 / 5.0<br>179 Verified Reviews ✓<br>♥ 389 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Cabin air filter replaced/cleaned<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 01/28/2020 | 26,739 | Vehicle Manufacturer | Vehicle sold |
| 02/26/2020 | 27,033 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>⭐ 4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Battery charged<br>- Fuel tank replaced<br>- Tire condition and pressure checked |
| 03/09/2020 | 27,281 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>⭐ 4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Battery charged<br>- Transfer module/computer reprogrammed<br>- Tire condition and pressure checked |
| 03/20/2020 | 27,500 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>⭐ 4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | **Vehicle serviced**<br>- Battery/charging system checked<br>- Brakes checked<br>- Tire condition and pressure checked |
| 05/04/2020 | 27,711 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked |

1/13/2021                    CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

|  |  |  |  |
|---|---|---|---|
|  |  | 4.6 / 5.0 | - Battery charged |
|  |  | 72 Verified Reviews ✓ | - Transfer module/computer reprogrammed |
|  |  | ❤ 143  Customer Favorites | - Tire condition and pressure checked |
|  |  |  | - Interior trim repaired |

| 05/18/2020 | 27,893 | BMW of Encinitas<br>Encinitas, CA<br>760-335-6124<br>bmwencinitas.com | Vehicle serviced<br>- Recommended maintenance performed |
|---|---|---|---|
|  |  | 4.2 / 5.0 |  |
|  |  | 105 Verified Reviews ✓ |  |
|  |  | ❤ 265  Customer Favorites |  |

| 05/26/2020 | 27,910 | California<br>Inspection Station | Passed emissions inspection |
|---|---|---|---|

| 05/29/2020 |  | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com | Vehicle serviced<br>- Battery charged<br>- Tire condition and pressure checked<br>- Emissions inspection performed |
|---|---|---|---|
|  |  | 4.6 / 5.0 |  |
|  |  | 72 Verified Reviews ✓ |  |
|  |  | ❤ 143  Customer Favorites |  |

| 06/04/2020 |  | Damage Report | ⓘ Damage reported: minor damage<br>- Damage to rear<br>- Damage to front |
|---|---|---|---|

**Damage Severity Scale** ⓘ

MINOR          MODERATE          SEVERE

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

**Damage Location**

FRONT

LEFT                                    RIGHT

REAR

| 07/23/2020 | 28,140 | SD Motorwerks<br>San Diego, CA | Vehicle offered for sale |
|---|---|---|---|
| 07/25/2020 |  | SD Motorwerks<br>San Diego, CA | Vehicle offered for sale |
| 07/27/2020 | 28,197 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com | Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Tire condition and pressure checked |
|  |  | 4.6 / 5.0 |  |
|  |  | 72 Verified Reviews ✓ |  |
|  |  | ❤ 143  Customer Favorites |  |

1/13/2021                         CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586



| 08/20/2020 | 28,487 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | Vehicle serviced<br>- Tire condition and pressure checked |
| 09/19/2020 | 28,906 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Four wheel alignment performed<br>- Battery charged<br>- Transfer module/computer reprogrammed<br>- Tire condition and pressure checked |
| 09/30/2020 | | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | Vehicle serviced<br>- Recommended maintenance performed<br>- Battery/charging system checked<br>- Brakes checked<br>- Tire condition and pressure checked |
| 11/09/2020 | 29,705 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Four wheel alignment performed<br>- Battery charged<br>- Tire condition and pressure checked |
| 12/07/2020 | 30,451 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Oil and filter changed<br>- Brake fluid flushed/changed<br>- Tire condition and pressure checked |
| 12/30/2020 | 30,591 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | Vehicle serviced<br>- Battery/charging system checked<br>- Brakes checked<br>- Front seat cover replaced<br>- Tire condition and pressure checked |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

# **C A R F A X**  Glossary

**Damage Indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/13/21 at 7:07:16 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Damage Severity**
Damage events result in one of the following severity levels:

- Minor: Generally, minor damage is cosmetic (including dents or scratches), may only require reconditioning, and typically does not compromise a vehicle's operation and/or safety.
- Moderate: Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety.
- Severe: Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety.

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**  **facebook.com/CARFAX**     **@CARFAXinc**     **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2021 CARFAX, Inc., a unit of IHS Markit Ltd. All rights reserved.
1/13/21 7:07:16 PM (CST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2016 BMW M SERIES vehicle (VIN: WBS6J9C53GD934586), which is based on information supplied to CARFAX and available as of 1/13/21 at 8:07 PM (EST).

| Customer Signature | Date | Dealer Signature | Date |
|---|---|---|---|

# EXHIBIT "O"



THIS IS NOT AN INVOICE

# BILL OF SALE

**DOCUMENT NOT VALID FOR EXPORT**

**657 MANHEIM NEVADA**

## Pickup Location
6600 AUCTION LN
LAS VEGAS, NV 89165 US

| | **Sale Date** |
|---|---|
| | 28-FEB-2020 09:29:47 |

**Yr Wk Ln Rn**
2020-9-3-34

**Sale Type**
Simulcast

| **Sale Price** | |
|---|---|
| **Adjustments** | $ 48,500.00 |
| | $    0.00 |
| **Final Sale Price** | $ 48,500.00 |

**Vehicle Purchase Price**

## Vehicle Information
2DCP SPEED Black All Wheel Drive
SCBCP73W38C057291
2008 Bentley Continental GT

Mileage: 23905 Miles    0

## Title Information
Plate:          Number:

License Plate No:

## Vehicle Features
8 Cylinder Engine
6 Speed A/T
Power Steering
Cloth Seats
A/C
Power Windows
Power Door Locks
Cruise Control
Rear Defrost
Driver Air Bag
no emissions

**Seller**
PREMIER NEVADA CREDIT
6935 SPEEDWAY BLVD UNIT 1011
LAS VEGAS, NV 89115 US

Seller Rep:
*Signature on file*

### Auction Lights
GREEN      Buyer protection to conditions

### Odometer Disclosure
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

### Announcements & Notes

**Buyer**
SD MOTORWERKS
7030 CARROLL RD
SAN DIEGO, CA 92121 US

Buyer Rep: SORRENTO, CARRIE
*Signature on file*

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.

Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.

Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).

Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.

Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.

These terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.

This Bill of Sale is not an invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 28-Feb-2020 06:16:38

Ⓜ Manheim

# Invoice # 129899474

| | | |
|---|---|---|
| **DUE FROM** | **OWNER** | **REMIT TO** |
| 3D MOTORWERKS | PREMIER NEVADA CREDIT | Cox Automotive, Inc. |
| 7030 CARROLL RD | 6935 SPEEDWAY BLVD UNIT 1011 | PO Box 936622 |
| SAN DIEGO, CA 92121 US | LAS VEGAS, NV 89115 US | Atlanta, GA 31193-6622 US |
| 464556 | | |

| | |
|---|---|
| **BUYER** | **INVOICING-SALES LOCATION*** |
| 3D MOTORWERKS | MANHEIM NEVADA |
| 7030 CARROLL RD | 6600 AUCTION LN |
| SAN DIEGO, CA 92121 US | LAS VEGAS, NV 89165 US |
| | EIN:88-0319273 |

| | | |
|---|---|---|
| **INVOICE TYPE** | | Buyer |
| **INVOICE DATE** | | 28-FEB-2020 |
| **PAYMENT DUE DATE** | | |
| **BUYER REPRESENTATIVE** | | SORRENTO, CARRIE |
| **TRANSACTION LOCATION** | | 457 MANHEIM NEVADA |
| **ORIGINAL BUYER** | | |
| **LEASE ACCOUNT NO** | | |
| **YEAR MAKE MODEL** | | 2008 Bentley Continental GT |
| **VIN** | | SCBCP73W38C057291 |
| **MILEAGE** | | 23905 Miles |
| **OFFSITE VEHICLE LOCATION** | | 6600 AUCTION LN LAS VEGAS NV 89165 US |

| DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 28-FEB-2020 | 8903600 | 2020-9-3-34 | 2008 Bentley Continental GT | | $48,500.00 | $0.00 | $48,500.00 |
| 28-FEB-2020 | 8903600 | 2020-9-3-34 | INTERNET SATISFACTION FEE | | $50.00 | $0.00 | $50.00 |
| 28-FEB-2020 | 8903600 | 2020-9-3-34 | BUY FEE | | $735.00 | $0.00 | $735.00 |

**ADJUSTMENTS**

| DATE | | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|

TOTAL ADJUSTMENTS          $0.00

**PAYMENTS**

| DATE | REF NO | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| | | | | $0132 |

TOTAL PAYMENTS          $0.00

| | |
|---|---|
| **SUB TOTAL** | $49,285.00 |
| **TAX** | $0.00 |
| **ADJUSTMENTS** | $0.00 |
| **TOTAL BEFORE PAYMENTS** | $49,285.00 |
| **PAYMENTS** | $0.00 |
| **OUTSTANDING BALANCE** | $49,285.00 |

**SPECIAL INSTRUCTIONS**

Please include the invoice number on all remittances and include remittance copy with postal payments.

Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices.

A late fee will be added, wherever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.

If you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8am-12am; or email us by clicking on Contact Us on Manheim.com.

Overnight mailing address:

Cox Automotive Inc. Attn: Lockbox 936622, 3585 Atlanta Avenue, Hapeville, GA 30354-1705 US

Printed on: 2020-02-28 18:16:37

(M) Manheim

# Invoice # 129900326

**DUE FROM**
D MOTORWERKS
M30 CARROLL RD
SAN DIEGO, CA 92121 US
664556

**OWNER**
PREMIER NEVADA CREDIT
6935 SPEEDWAY BLVD UNIT 1011
LAS VEGAS, NV 89115 US

**REMIT TO**
Cox Automotive, Inc.
PO Box 936622
Atlanta, GA 31193-6622 US

**INVOICE TYPE** Assurance
**INVOICE DATE** 28-FEB-2020

**BUYER**
D MOTORWERKS
M30 CARROLL RD
SAN DIEGO, CA 92121 US

**INVOICING-SALES LOCATION**
MANHEIM NEVADA
6600 AUCTION LN
LAS VEGAS, NV 89165 US

**PAYMENT DUE DATE**
**BUYER REPRESENTATIVE** SORRENTO, CARRIE
**TRANSACTION LOCATION** 457 MANHEIM NEVADA
**ORIGINAL BUYER**
**LEASE ACCOUNT NO**
**YEAR MAKE MODEL** 2008 Bentley Continental GT
**VIN** SCBCP73W38C057291
**MILEAGE** 23905 Miles
**OFFSITE VEHICLE LOCATION**

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 28-FEB-2020 | 8903600 | 2020-9-3-34 | 14 DAY, FULL PSI | | $250.00 | $0.00 | $250.00 |

**ADJUSTMENTS**

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | TOTAL ADJUSTMENTS | $0.00 |

**PAYMENTS**

| DATE | REF NO | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | TOTAL PAYMENTS | $0.00 |

| | |
|---|---|
| SUB TOTAL | $250.00 |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | $250.00 |
| PAYMENTS | $0.00 |
| OUTSTANDING BALANCE | $250.00 |

**SPECIAL INSTRUCTIONS**
Please include the invoice number on all remittances and include remittance copy with postal payments.
Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices.
ate fee will be added, wherever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.
you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8am-12am; or email us by
tacking on Contact Us on Manheim.com.

Overnight mailing address:
Cox Automotive Inc. Attn: Lockbox 936622, 3585 Atlanta Avenue, Hapeville, GA 30354-1705 US

Printed on 2020-02-28 16:16:38

# EXHIBIT "P"

## sdmotorwerks@gmail.com

| | |
|---|---|
| **From:** | Harmon, Steve (CAI - Manheim Nevada) <Steve.Harmon@coxautoinc.com> |
| **Sent:** | Friday, April 10, 2020 11:52 AM |
| **To:** | rick hagen |
| **Subject:** | FW: MANHEIM INSPECTION RO# 338620 08 BENTLEY GT |
| **Attachments:** | 57291.1.htm; RIGHT REAR TIRE.JPG; LEFT REAR TIRE.JPG; LEFT FRONT TIRE.JPG; RIGHT FRONT TIRE.JPG; UNDER ENGINE (2).JPG; SHIFTER.JPG; SCREWS & COVERS.JPG |

Ok, I am going to start this off letting you know this store has zero idea of what a PSI is. We ask them to do a complete inspection of the vehicle and we then have to decide if what there are telling use is arbitrable.  Case in point they do not know wearable items are not part of a PSI and they do not know that electrical accessories are not cover on a vehicles this old. They also do not know our policy for what constitutes a fluid leak. (Classification system) These inspections done off sight involve multiple calls with the arbitration teams to clarify findings and in this case another inspection from us to verify classifications of leaks. The bottom of this email has the nuts and bolts of the inspection.

Steve Harmon
Assistant General Manager
Manheim Nevada
6600 Auction Lane
Las Vegas, NV 89165
p  702.730.1491 | m  702.429.9524

 

**WE PAVE THE WAY FOR CLIENTS TO THRIVE.**
We are Manheim

**From:** Billy Elliott
**Sent:** Friday, March 6, 2020 9:30 AM
**To:** Hutchins, Brian (CAI - Manheim Nevada) <Brian.Hutchins@coxautoinc.com>
**Subject:** FW: MANHEIM INSPECTION RO# 338620 08 BENTLEY GT

signs of prior bodywork/poor quality paint work on vehicle

> 1. -Odometer Verification
> 2. -Transmission engagement and function (will check error codes) 3.
> -Engine function and operation  (will check error codes) 4. -ABS and
> Brake function  (will check error codes) 5. -Fluid Leaks (will do
> visual inspection) 6. -Electrical Accessories checked for function
> (will verify radio, lamps, work) 7. -Emission control equipment
> present will check error codes 8. -Air conditioning compressor
> engagement check will verify compressor cycles on 9. -SRS
> (supplemental restraint system /air bags) check will check for error
> codes)
>

>
>
> *  23,915
> *  TRANSMISSION OPERATING PROPERLY (CODES SEE ATTACH.)
> *  ENGINE OPERATING (CODES SEE ATTACH.)
> *  ABS AND BRAKE FUNCTION OPERATIONAL (CODES SEE ATTACH.)
> *  FLUIDS LEAKS ARE PRESENT (SEE ATTACH.)
> *  ELECTRICAL FUNCTIONS ARE GOOD (CODES SEE ATTACH.)
> *  (CODES SEE ATTACH.)
> *  A/C NOT BLOWING COLD (CODES SEE ATTACH.)
> *  SRS SYSTEM ACTIVE (CODES SEE ATTACH.)
>
> VEHICLE HAS 3 DIFFERENT BRAND TIRES & WRONG SIZES A/C NOT BLOWING AS
> COLD RIGHT FRONT BUMPER MIS-ALIGNED LEFT REAR LICENSE PLATE BULB OUT
> UNABLE TO OPEN FUEL FILLER COVER (SUSPECT DRIVER SIDE SWITCH, CANT
> OPEN TRUNK WITH SAME SWITCH) VEHICLE HAS HARD PULL TO THE LEFT,
> STEERING WHEEL NOT CENTERED FRONT PADS @ 7MM, REAR PADS @ 6MM VEHICLE
> HAS RUSTED METAL COMPONENTS FROM OUTSIDE TO INSIDE THE VEHICLE
> MULTIPLE LEATHER, COMPONENTS, INTERIOR FINISHES DAMAGED NOISES WHEN
> DRIVING FROM LEFT FRONT OF VEHICLE (SUSPEN. LOOSE) & REAR RIGHT SIDE
> (CLUNKING) LEFT FRONT HEADLIGHT WASHER JET COVER MISSING DRIVER SIDE
> LUMBAR NOT OPERATING
>

# EXHIBIT "Q"

## Offboard Diagnostic Information System

### Diagnostic protocol(Long)

**05.03.2020 17:32**

XML_to_HTML_Main.xsl Version: 5,60,0 from 25.04.2018

# General information

**Order number:** ---

| | |
|---|---|
| **Protocol type:** | Guided fault finding |
| **Protocol status:** | Intermediate protocol |

**Workshop information**

| | |
|---|---|
| Serial number of diagnostic tester: | 528e3555b0ecb4d21c4822e775fb3610 |
| Hardware platform: | VAS 6150D (PanasonicCorporation / VAS6150D) |
| Operating system: | Windows 7 |
| VCI type: | VAS 5054 (095108467) |
| VCI connecting type: | Bluetooth |
| Communication path: | CAN/K-line |
| Importer number: | E05 |
| Dealer/dealership number: | 03251 |
| Dealership identifier: | |
| | (manual input) |
| Status of contract: | Authorised dealer |

**Software versions:**

| | |
|---|---|
| Offboard Diagnostic Information System Service: | Offboard Diagnostic Information System Service Patch 5.1.6 |
| Main feature: | 89.5.380 |

More:

| | |
|---|---|
| MCD server manufacturer: | Volkswagen AG |
| MCD server name: | VW-MCD |
| MCD server version: | 11.2.0 |
| MCD server API version: | 3.0.0 |
| PDU-API manufacturer: | Softing D-PDU API for VCIs |
| PDU-API version: | 1.20.42 |
| PDU-API API version: | 1.20.42 |
| ECF version: | 43.5.0 |
| General test script API version: | unknown |
| Test script API version: | 4.51.6 |
| Measurement types: | 17.0.0 |

**Diagnostic data installed:**

| | |
|---|---|
| GFF DIDB brand: | E |
| GFF DIDB version: | 2019.04.01 |
| GFF DIDB language: | en_GB, od_OD |
| GFF technical version: | 2.26.13 |
| | |
| Base DIDB version: | 2019.11.7.AutoGenerated |
| Base DIDB language: | en_GB |

**Vehicle:**

| | |
|---|---|
| Brand: | Bentley |
| Type: | Continental Series 2004-2013 |
| Model year: | 2008 |
| Variant: | Coupe |
| Engine code: | CKH 6.0L W12 Speed |
| Vehicle identification number (automatic): | SCBCP73W38C057291 |
| Vehicle identification number (manual): | SCBCP73W38C057291 |
| ASAM project name | BY61x_3W_8 |
| ASAM project version | 1110.170.823 |

# Diagnostic session

| | | |
|---|---|---|
| **Start of diagnosis:** | 05.03.2020 17:27 | Time required (TU): 18 |
| **End of diagnosis:** | 05.03.2020 17:32 | |

Mouse clicks Diagnostic session/Diagnostic start-up/Diagnostic exit/Function tests: 7 /7 /0 /3
Keyboard entries Diagnostic session/Diagnostic start-up/Diagnostic exit/Function tests: 0 /0 /0 /0

**Diagnostic data used:**

| | |
|---|---|
| GFF DIDB brand: | E |
| GFF DIDB version: | 2019.04.01 |
| GFF DIDB language: | en_GB |
| GFF technical version: | 2.26.13 |
| Base DIDB version: | 2019.11.7.AutoGenerated |
| Base DIDB language: | en_GB |
| DTC_Exclusion Version: | 1.0.0 |

0138

**Global variables:**

**Name:**   **Type:**   **Contents:**
DIAGNOSTIC_ADMIT_CHECK    String     VAS5054 | NOT REQUIRED

### Error messages outside guided fault finding:

**Error: Core.ODS4011E**
Text: ODS4011E Internal: The code DN#NA#NA#1583458065525 is not supported by the system.
**Error: Core.ODS4011E**
Text: ODS4011E Internal: The code UP#NA#NA#1583458074404 is not supported by the system.
**Error: Core.ODS4011E**
Text: ODS4011E Internal: The code UP#UP#NA#1583458074406 is not supported by the system.
**Error: Core.ODS4011E**
Text: ODS4011E Internal: The code UP#UP#UP#1583458074406 is not supported by the system.
**Error: Core.ODS4004E**
Text: ODS4004E Internal: The parameters received for calling setComParam are faulty.
**Error: Core.ODS4010E**
Text: ODS4010E Internal: The data structure
0#533600#0#0#JE174X2231394A11194#6437#1583458312076#1583458318513#JE794X3121694A11194#1184#1583458318722#1583458319906#
contains errors in content.

### Source details for the diagnostic entry data:
No data from the Group system was used.

## Initial system test with fault memory entries

**Address: 0001 System name: 01 - Engine management control module - bank 1 Protocol variant: KWP2000/TPKLINE (Ereignisse: 6)**

### Identification:

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 07C906018FK |
| Part number: | 07C906018FS |
| Hardware version number: | H01 |
| Software version number: | 1934 |
| Production date: | 23.01.2008 |
| Code: | 1175 |
| Flash capability: | flashable |
| System designation: | BY - 6.0 L - TT G |

Event memory entries (Data source: Vehicle):

**Entry in fault memory**
Number:
Fault type 1:
Fault type 2:

P1924: Control module pin coding Implausible signal
Implausible signal
Intermittent

**Standard ambient conditions:**
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

00:00:00 - 00.00.2000
-
0
0
2
-1

**Extended ambient conditions:**

| | | |
|---|---|---|
| 0.0 | | /min |
| 0 | | % |
| 0 | | km/h |
| 15 | | °C |
| 17 | | °C |
| 950 | | mbar |
| 12.065 | | V |

**Entry in fault memory**
Number:
Fault type 1:
Fault type 2:

P160C: Coolant pump 2 Open circuit
No signal/communication
Intermittent

**Standard ambient conditions:**
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

00:00:00 - 00.00.2000
-
38332
0
13
-1

**Extended ambient conditions:**

| | | |
|---|---|---|
| 129.0 | | /min |
| 53 | | % |
| 0 | | km/h |
| 26 | | °C |
| 21 | | °C |
| 960 | 0139 | mbar |

Diagnostic protocol
10.16

**Entry in fault memory**

Number:                                                          P1689: Databus drivetrain implausible message from electronic
                                                                central electric
Fault type 1:                                                   No signal/communication
Fault type 2:                                                   Intermittent

**Standard ambient conditions:**
Date:                                                           00:00:00 - 00.00.2000
Time:                                                           -
Mileage (DTC):                                                 38332
Priority:                                                       0
Frequency counter:                                             13
Unlearning counter / driving cycle:                            -1

**Extended ambient conditions:**
                              1248.0                                          /min
                              29                                             %
                              0                                              km/h
                              26                                             °C
                              20                                             °C
                              960                                            mbar
                              10.287                                         V

**Entry in fault memory**

Number:                                                          P0480: Cooling Fan 1 Control Circuit
Fault type 1:                                                   No signal/communication
Fault type 2:                                                   Intermittent

**Standard ambient conditions:**
Date:                                                           00:00:00 - 00.00.2000
Time:                                                           -
Mileage (DTC):                                                 38332
Priority:                                                       0
Frequency counter:                                             4
Unlearning counter / driving cycle:                            -1

**Extended ambient conditions:**
                              525.0                                          /min
                              44                                             %
                              0                                              km/h
                              26                                             °C
                              21                                             °C
                              960                                            mbar
                              11.557                                         V

**Entry in fault memory**

Number:                                                          P160C: Coolant pump 2 Open circuit
Fault type 1:                                                   No signal/communication
Fault type 2:                                                   Intermittent

**Standard ambient conditions:**
Date:                                                           00:00:00 - 00.00.2000
Time:                                                           -
Mileage (DTC):                                                 38332
Priority:                                                       0
Frequency counter:                                             13
Unlearning counter / driving cycle:                            -1

**Extended ambient conditions:**
                              129.0                                          /min
                              53                                             %
                              0                                              km/h
                              26                                             °C
                              21                                             °C
                              960                                            mbar
                              10.16                                          V

**Entry in fault memory**

Number:                                                          P1923: Check DTC memory of Engine Control Module (ECM) 2
Fault type 1:                                                   Implausible signal
Fault type 2:                                                   static

**Standard ambient conditions:**
Date:                                                           00:00:00 - 00.00.2000
Time:                                                           -
Mileage (DTC):                                                 38488
Priority:                                                       0
Frequency counter:                                             1
Unlearning counter / driving cycle:                            -1

**Extended ambient conditions:**
                              0.0          0140                              /min
                              0                                              %

Diagnostic protocol

| | |
|---|---|
| 81 | °C |
| 78 | °C |
| 930 | mbar |
| 11.43 | V |

**Address: 0011 System name: 11 - Engine management control module - bank 2 Protocol variant: KWP2000/TPKLINE (Ereignisse: 4)**

### Identification:

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 07C906018FK |
| Part number: | 07C906018FS |
| Hardware version number: | H01 |
| Software version number: | 1934 |
| Production date: | 23.01.2008 |
| Code: | 1175 |
| Flash capability: | flashable |
| System designation: | BY - 6.0 L - TT G |

Event memory entries (Data source: Vehicle):

**Entry in fault memory**

| | |
|---|---|
| Number: | P0300: Random/Multiple Cylinder Misfire Detected |
| Fault type 1: | Implausible signal |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date: | 00:00:00 - 00.00.2000 |
| Time: | - |
| Mileage (DTC): | 35478 |
| Priority: | 0 |
| Frequency counter: | 1 |
| Unlearning counter / driving cycle: | -1 |

**Extended ambient conditions:**

| | |
|---|---|
| 1133.0 | /min |
| 25 | % |
| 4 | km/h |
| 91 | °C |
| 79 | °C |
| 970 | mbar |
| 12.954 | V |

**Entry in fault memory**

| | |
|---|---|
| Number: | P0308: Cyl.8 Misfire Detected |
| Fault type 1: | Implausible signal |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date: | 00:00:00 - 00.00.2000 |
| Time: | - |
| Mileage (DTC): | 35478 |
| Priority: | 0 |
| Frequency counter: | 1 |
| Unlearning counter / driving cycle: | -1 |

**Extended ambient conditions:**

| | |
|---|---|
| 636.0 | /min |
| 17 | % |
| 0 | km/h |
| 93 | °C |
| 79 | °C |
| 970 | mbar |
| 13.208 | V |

**Entry in fault memory**

| | |
|---|---|
| Number: | P0303: Cyl.3 Misfire Detected |
| Fault type 1: | Implausible signal |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date: | 00:00:00 - 00.00.2000 |
| Time: | - |
| Mileage (DTC): | 35478 |
| Priority: | 0 |
| Frequency counter: | 1 |
| Unlearning counter / driving cycle: | -1 |

**Extended ambient conditions:**

| | | |
|---|---|---|
| 636.0 | | /min |
| 17 | | % |
| 0 | 0141 | km/h |
| 93 | | °C |

Diagnostic protocol

| | |
|---|---|
| 970 | mbar |
| 13.208 | V |

**Entry in fault memory**

| | |
|---|---|
| Number: | P0301: Cyl.1 Misfire Detected |
| Fault type 1: | Implausible signal |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date: | 00:00:00 - 00.00.2000 |
| Time: | - |
| Mileage (DTC): | 38464 |
| Priority: | 0 |
| Frequency counter: | 1 |
| Unlearning counter / driving cycle: | -1 |

**Extended ambient conditions:**

| | |
|---|---|
| 636.0 | /min |
| 17 | % |
| 0 | km/h |
| 93 | °C |
| 79 | °C |
| 970 | mbar |
| 13.208 | V |

## Address: 0071 System name: 71 - Battery management control module Protocol variant: KWP2000/TP16 (Ereignisse: 0)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3D0915181D |
| Hardware version number: | --- |
| Software version number: | 2800 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Batteriemanagement |

## Address: 0002 System name: 02 - Transmission control module Protocol variant: KWP2000/TPKLINE (Ereignisse: 0)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | GS19.11.4 ? |
| Part number: | 09E927760K |
| Hardware version number: | H04 |
| Software version number: | 3406 |
| Production date: | 16.03.2008 |
| Code: | 111 |
| Flash capability: | flashable |
| System designation: | ZWGU3406 6L W12TT |

## Address: 0003 System name: 03 - ABS control module Protocol variant: KWP2000/TP16 (Ereignisse: 2)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 3W0614511 |
| Part number: | 3W0614511 |
| Hardware version number: | 000 |
| Software version number: | 0250 |
| Production date: | 10.02.2008 |
| Code: | 2308 |
| Flash capability: | flashable |
| System designation: | ESP 8.1 4WD H01 |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**

| | |
|---|---|
| Number: | VAG01826: Steering angle sensor, voltage supply terminal 30 |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date: | 00:00:00 - 00.00.2000 |
| Time: | - |
| Mileage (DTC): | -1 |
| Priority: | 3 |
| Frequency counter: | 7 |
| Unlearning counter / driving cycle: | 29 |

**Extended ambient conditions:**

| | | |
|---|---|---|
| 0x0000 | 0142 | |

0x2282
0x0023
0x019f
0x0001

**Entry in fault memory**
Number:                                      VAG01314: Engine control module (ECM)
Fault type 1:                                Please read DTC
Fault type 2:                                Intermittent

**Standard ambient conditions:**
Date:                                        00:00:00 - 00.00.2000
Time:                                        -
Mileage (DTC):                               -1
Priority:                                    2
Frequency counter:                           1
Unlearning counter / driving cycle:          27

**Extended ambient conditions:**

0x0000
0x6282
0x0013
0x809e
0x0001

---

**Address: 0053 System name: 53 - Electro-mechanical parking brake control module Protocol variant: KWP2000/TPKLINE (Ereignisse: 0)**

**Identification:**
Data source:                  Vehicle
Hardware part number:         3W0907801D
Part number:                  3W0907801D
Hardware version number:      ---
Software version number:      X240
Production date:
Code:                         22401
Flash capability:             not flashable
System designation:           EPB BC6HX24 HC6

---

**Address: 0034 System name: 34 - Air suspension control module Protocol variant: KWP2000/TP16 (Ereignisse: 0)**

**Identification:**
Data source:                  Vehicle
Hardware part number:         ------------
Part number:                  3W0907553E
Hardware version number:      ---
Software version number:      7213
Production date:
Code:                         5571
Flash capability:             not flashable
System designation:           LUFTFDR.-CDC- 3C3V0

---

**Address: 0054 System name: 54 - Active rear aerofoil control module Protocol variant: KWP1281/TPKLINE (Ereignisse: 0)**

**Identification:**
Data source:                  Vehicle
Hardware part number:         ------------
Part number:                  1C0959733H
Hardware version number:      ---
Software version number:      ---
Production date:
Code:
Flash capability:             unknown
System designation:           Heckspoiler 0002

---

**Address: 0005 System name: 05 - Keyless entry/start control module Protocol variant: KWP2000/TPKLINE (Ereignisse: 3)**

**Identification:**
Data source:                  Vehicle
Hardware part number:         5WK48507
Part number:                  3D0909137E
Hardware version number:      406
Software version number:      6840
Production date:              07.03.2008
Code:                         405741
Flash capability:             not flashable
System designation:           FW Kessy

**Subsystems:**

**Subbus system**

0143

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | XXXXXXXXXX |
| Hardware version number: | --- |
| Software version number: | XXXX |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | ELV |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                                          VAG00668:  Vehicle voltage terminal 30
Fault type 1:                                    Open circuit/short circuit to ground
Fault type 2:                                    Intermittent

**Entry in fault memory**
Number:                                          VAG00087:  Terminal 30 for starting relevant consumers
Fault type 1:                                    Open circuit/short circuit to ground
Fault type 2:                                    Intermittent

**Entry in fault memory**
Number:                                          VAG00957:  Key 3
Fault type 1:                                    Lower limit not reached
Fault type 2:                                    Intermittent

### Address: 0015 System name: 15 - Airbag control module Protocol variant: KWP2000/TP16 (Ereignisse: 1)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 3W8909601 |
| Part number: | 3W8909601 |
| Hardware version number: | H14 |
| Software version number: | 0040 |
| Production date: | 03.03.2008 |
| Code: | 12598 |
| Flash capability: | flashable |
| System designation: | 16 Airbag 9.41 H14 |

**Subsystems:**

**Subbus system**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 3W7959339 |
| Part number: | 3W7959339 |
| Hardware version number: | H02 |
| Software version number: | 0004 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | BF-Gewichtsens. H02 |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                                          VAG01316:  Brake control module
Fault type 1:                                    No signal/communication
Fault type 2:                                    Intermittent

**Standard ambient conditions:**
Date:                                            11/02/00
Time:                                            11:04:31
Mileage (DTC):                                   38332
Priority:                                        2
Frequency counter:                               48
Unlearning counter / driving cycle:              158

### Address: 0065 System name: 65 - Tyre pressure monitoring control module Protocol variant: KWP2000/TP16 (Ereignisse: 2)

**Identification:**

| | | |
|---|---|---|
| Data source: | Vehicle | |
| Hardware part number: | 3W7907273A | |
| Part number: | 3W7907273A | |
| Hardware version number: | 04 | |
| Software version number: | 0004 | |
| Production date: | 03.03.2008 | |
| Code: | | |
| Code: | 0000E052A5F9A5A5F9A7DA00A7DA | |
| | 00 | 0144 |

Flash capability:        not flashable
System designation:     J0502 RDK

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                                    VAG01840: Tire pressure monitoring antennas
Fault type 1:                          no or incorrect basic setting/adaptation
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                        24/04/00
Time:                        14:13:12
Mileage (DTC):            38332
Priority:                   3
Frequency counter:        1
Unlearning counter / driving cycle:    147

**Extended ambient conditions:**
                                        177

**Entry in fault memory**
Number:                                    VAG02214: Tire pressure warning
Fault type 2:                          static

**Standard ambient conditions:**
Date:                        00:00:00 - 00.00.2000
Time:                        -
Mileage (DTC):            -1
Priority:                   1
Frequency counter:        3
Unlearning counter / driving cycle:    122

**Extended ambient conditions:**
                                    63

**Address: 0006 System name: 06 - Seat control module - front passengers Protocol variant: KWP2000/TP16 (Ereignisse: 6)**

**Identification:**
Data source:                    Vehicle
Hardware part number:       ------------
Part number:                    3W0959759B
Hardware version number:    ---
Software version number:     0017
Production date:
Code:                         2
Flash capability:              not flashable
System designation:        CM Seat Pass.

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                                    VAG00668: Vehicle voltage terminal 30
Fault type 1:                          Lower limit not reached
Fault type 2:                          Intermittent

**Entry in fault memory**
Number:                                    VAG02569: Massage function control module
Fault type 1:                          Open circuit/short circuit to ground
Fault type 2:                          Intermittent

**Entry in fault memory**
Number:                                    VAG01900: Motor for longitudinal adjust., frt. pass.
Fault type 1:                          no or incorrect basic setting/adaptation
Fault type 2:                          static

**Entry in fault memory**
Number:                                    VAG01975: Height adjustment motor, frt. pass. seat
Fault type 1:                          no or incorrect basic setting/adaptation
Fault type 2:                          static

**Entry in fault memory**
Number:                                    VAG01904: Backrest adjust. motor, front pass. seat
Fault type 1:                          no or incorrect basic setting/adaptation
Fault type 2:                          static

**Entry in fault memory**
Number:                                    VAG01903: Seat angle adjustment motor
Fault type 1:                          no or incorrect basic setting/adaptation
Fault type 2:                          static

**Address: 0016 System name: 16 - Steering column control module Protocol variant: KWP2000/TP16 (Ereignisse: 0)**
0145

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 7L6953549L |
| Hardware version number: | --- |
| Software version number: | 3601 |
| Production date: | |
| Code: | 232 |
| Flash capability: | not flashable |
| System designation: | J527 |

## Address: 0036 System name: 36 - Seat control module - drivers Protocol variant: KWP2000/TP16 (Ereignisse: 0)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W0959760B |
| Hardware version number: | --- |
| Software version number: | 0017 |
| Production date: | |
| Code: | 2 |
| Flash capability: | not flashable |
| System designation: | CM Seat Driver |

## Address: 0046 System name: 46 - Rear body control module Protocol variant: KWP2000/TPKLINE (Ereignisse: 15)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3D0959933H |
| Hardware version number: | --- |
| Software version number: | 0200 |
| Production date: | |
| Code: | 40 |
| Flash capability: | not flashable |
| System designation: | 0M HSG |

**Subsystems:**

**Subbus system**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W8959701H |
| Hardware version number: | --- |
| Software version number: | 1106 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Tuersteuergeraet FS |

**Subbus system**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W8959702H |
| Hardware version number: | --- |
| Software version number: | 1106 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Tuersteuergeraet BF |

**Subbus system**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W8959703D |
| Hardware version number: | --- |
| Software version number: | 0703 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Tuersteuergeraet HL |

**Subbus system**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W8959704D |
| Hardware version number: | --- |
| Software version number: | 0703 |
| Production date: | |
| Code: | |

0146

Flash capability:                not flashable
System designation:              Tuersteuergeraet HR

**Subbus system**
Data source:                     Vehicle
Hardware part number:            ------------
Part number:                     3W0909610F
Hardware version number:         ---
Software version number:         1809
Production date:
Code:
Flash capability:                not flashable
System designation:              14 HDSG

**Subbus system**
Data source:                     Vehicle
Hardware part number:            ------------
Part number:                     7L0907719A
Hardware version number:         ---
Software version number:         0020
Production date:
Code:
Flash capability:                not flashable
System designation:              Neigungssensor

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                          VAG01325: Tire Pressure Monitoring Control Module
Fault type 1:                    No signal/communication
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          VAG00477: Information display ctrl head ctrl module, front on comf. CAN
Fault type 1:                    No signal/communication
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          VAG00927: Terminal 30 right
Fault type 1:                    Open circuit
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          VAG01516: Terminal 30 left
Fault type 1:                    Open circuit
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          VAG00926: Terminal 30
Fault type 1:                    Open circuit
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          VAG00668: Vehicle voltage terminal 30
Fault type 1:                    Lower limit not reached
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          VAG01134: Alarm horn
Fault type 2:                    static

**Entry in fault memory**
Number:                          VAG01504: License plate lamp
Fault type 1:                    Open circuit/short circuit to ground
Fault type 2:                    static

**Entry in fault memory**
Number:                          VAG01331: Driver side door control module
Fault type 1:                    Lower limit not reached
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          VAG00932: Motor for window lift, driver side
Fault type 1:                    no or incorrect basic setting/adaptation
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          VAG01332: Frt.pass. side door control module
Fault type 1:                    Lower limit not reached
Fault type 2:                    Intermittent

**Entry in fault memory**
Number:                          0147
                                 VAG00933: Motor for window lift, frt. pass. side

Fault type 1:                              no or incorrect basic setting/adaptation
Fault type 2:                              Intermittent

**Entry in fault memory**
Number:                                    VAG00935: Right rear window lift motor
Fault type 1:                              no or incorrect basic setting/adaptation
Fault type 2:                              Intermittent

**Entry in fault memory**
Number:                                    VAG01699: Rear lid ctr. lock. sys. motor
Fault type 1:                              Short circuit to ground
Fault type 2:                              Intermittent

**Entry in fault memory**
Number:                                    VAG00319: Rear lid hydraulic motor
Fault type 1:                              Short circuit to ground
Fault type 2:                              Intermittent

## Address: 0076 System name: 76 - Park distance control module Protocol variant: KWP2000/TP16 (Ereignisse: 1)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W0919283B |
| Hardware version number: | --- |
| Software version number: | 0404 |
| Production date: | |
| Code: | |
| Flash capability: | flashable |
| System designation: | 0C Einparkhilfe |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                                    VAG01547: Center right rear park assist sensors
Fault type 1:                              Faulty
Fault type 2:                              static

## Address: 0007 System name: 07 - Infotainment display screen Protocol variant: KWP2000/TPKLINE (Ereignisse: 3)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W0035008L |
| Hardware version number: | --- |
| Software version number: | 2215 |
| Production date: | |
| Code: | 403327 |
| Flash capability: | not flashable |
| System designation: | ZAB COCKPIT |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                                    VAG00384: Optical data bus
Fault type 1:                              No signal/communication
Fault type 2:                              Intermittent

**Entry in fault memory**
Number:                                    VAG00668: Vehicle voltage terminal 30
Fault type 1:                              Lower limit not reached
Fault type 2:                              Intermittent

**Entry in fault memory**
Number:                                    VAG00823: Line output front left
Fault type 1:                              Short circuit to B+
Fault type 2:                              Intermittent

## Address: 0017 System name: 17 - Driver instrument panel Protocol variant: KWP2000/TP20 (Ereignisse: 15)

**Identification:**

| | | |
|---|---|---|
| Data source: | Vehicle | |
| Hardware part number: | 3W0920841H * | |
| Part number: | 3W0920841H | |
| Hardware version number: | H10 | |
| Software version number: | 1623 | |
| Production date: | 07.03.2008 | |
| Code: | 7202 | |
| Flash capability: | flashable | |
| System designation: | J285 KOMBI-INST. | 0148 |

**Event memory entries** (Data source: Vehicle)**:**

**Entry in fault memory**
| | |
|---|---|
| Number: | VAG00469:  Infotainment data bus in single wire |
| Fault type 1: | Open circuit |
| Fault type 2: | static |

**Standard ambient conditions:**
| | |
|---|---|
| Date: | 01/01/06 |
| Time: | 00:00:32 |
| Mileage (DTC): | 38466 |
| Priority: | 2 |
| Frequency counter: | 20 |
| Unlearning counter / driving cycle: | 122 |

**Entry in fault memory**
| | |
|---|---|
| Number: | VAG00455:  Access/start authorization control module at comfort CAN |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**
| | |
|---|---|
| Date: | 01/01/06 |
| Time: | 00:00:01 |
| Mileage (DTC): | 38332 |
| Priority: | 2 |
| Frequency counter: | 32 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**
| | |
|---|---|
| Number: | VAG01334:  Right rear door ctrl. module |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**
| | |
|---|---|
| Date: | 01/01/06 |
| Time: | 00:00:01 |
| Mileage (DTC): | 38332 |
| Priority: | 2 |
| Frequency counter: | 30 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**
| | |
|---|---|
| Number: | VAG01320:  Climatronic control module |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**
| | |
|---|---|
| Date: | 01/01/06 |
| Time: | 00:00:01 |
| Mileage (DTC): | 38332 |
| Priority: | 2 |
| Frequency counter: | 30 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**
| | |
|---|---|
| Number: | VAG01332:  Frt.pass. side door control module |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**
| | |
|---|---|
| Date: | 01/01/06 |
| Time: | 00:00:01 |
| Mileage (DTC): | 38332 |
| Priority: | 2 |
| Frequency counter: | 31 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**
| | |
|---|---|
| Number: | VAG01333:  Left rear door control module |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**
| | |
|---|---|
| Date: | 01/01/06 |
| Time: | 00:00:01 |
| Mileage (DTC): | 38332 |
| Priority: | 2 |
| Frequency counter: | 30 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**
| | |
|---|---|
| Number: | VAG00466:  Steering column electronics control module |
| Fault type 1: | 01/0 signal/communication |

Fault type 2:                                              Intermittent

**Standard ambient conditions:**
Date:                                                     01/01/06
Time:                                                     00:00:01
Mileage (DTC):                                            38332
Priority:                                                 2
Frequency counter:                                        30
Unlearning counter / driving cycle:                      154

**Entry in fault memory**
Number:                                VAG01331:  Driver side door control module
Fault type 1:                          No signal/communication
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                                                     01/01/06
Time:                                                     00:00:01
Mileage (DTC):                                            38332
Priority:                                                 2
Frequency counter:                                        31
Unlearning counter / driving cycle:                      154

**Entry in fault memory**
Number:                                VAG00457:  Vehicle Electrical System Control Module
Fault type 1:                          No signal/communication
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                                                     01/01/06
Time:                                                     00:00:02
Mileage (DTC):                                            38332
Priority:                                                 2
Frequency counter:                                        23
Unlearning counter / driving cycle:                      154

**Entry in fault memory**
Number:                                VAG01330:  Comfort system central control module
Fault type 1:                          No signal/communication
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                                                     01/01/06
Time:                                                     00:00:02
Mileage (DTC):                                            38332
Priority:                                                 2
Frequency counter:                                        24
Unlearning counter / driving cycle:                      154

**Entry in fault memory**
Number:                                VAG01336:  Combination Comfort databus
Fault type 1:                          No signal/communication
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                                                     01/01/06
Time:                                                     00:00:02
Mileage (DTC):                                            38332
Priority:                                                 2
Frequency counter:                                        28
Unlearning counter / driving cycle:                      154

**Entry in fault memory**
Number:                                VAG01305:  Databus Infotainment
Fault type 1:                          No signal/communication
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                                                     01/01/06
Time:                                                     00:00:02
Mileage (DTC):                                            38332
Priority:                                                 2
Frequency counter:                                        21
Unlearning counter / driving cycle:                      154

**Entry in fault memory**
Number:                                VAG01303:  Telephone transceiver
Fault type 1:                          No signal/communication
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                                                     01/01/06
Time:                                                     00:00:05
Mileage (DTC):                                         0150 38332
Priority:                                                 2

Diagnostic protocol

Frequency counter: 16
Unlearning counter / driving cycle: 154

**Entry in fault memory**
Number: VAG01300: Navigation System with CD Drive Control Module
Fault type 1: No signal/communication
Fault type 2: Intermittent

**Standard ambient conditions:**
Date: 01/01/06
Time: 00:00:05
Mileage (DTC): 38332
Priority: 2
Frequency counter: 13
Unlearning counter / driving cycle: 157

**Entry in fault memory**
Number: VAG00459: Front Information Display Control Head
Fault type 1: No signal/communication
Fault type 2: Intermittent

**Standard ambient conditions:**
Date: 01/01/06
Time: 00:00:05
Mileage (DTC): 38332
Priority: 2
Frequency counter: 13
Unlearning counter / driving cycle: 157

---

**Address: 0037 System name: 37 - Navigation system control module Protocol variant: KWP2000/TP16 (Ereignisse: 0)**

**Identification:**
Data source: Vehicle
Hardware part number: -----------
Part number: 3W0919887K
Hardware version number: ---
Software version number: 2197
Production date:
Code: 0
Flash capability: not flashable
System designation: NAVIGATION

---

**Address: 0047 System name: 47 - Audio amplifier Protocol variant: KWP2000/TP16 (Ereignisse: 5)**

**Identification:**
Data source: Vehicle
Hardware part number: -----------
Part number: 3W8035456
Hardware version number: ---
Software version number: 3000
Production date:
Code:
Flash capability: not flashable
System designation: 12K-AUDIOVERST

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number: VAG00459: Front Information Display Control Head
Fault type 1: No signal/communication
Fault type 2: Intermittent

**Entry in fault memory**
Number: VAG00420: Right front midrange speaker
Fault type 1: Open circuit
Fault type 2: static

**Entry in fault memory**
Number: VAG00875: Right front treble speaker
Fault type 1: Open circuit
Fault type 2: static

**Entry in fault memory**
Number: VAG00872: Left rear bass speaker
Fault type 1: Open circuit
Fault type 2: Intermittent

**Entry in fault memory**
Number: VAG00873: Right rear bass speaker
Fault type 1: Open circuit
Fault type 2: Intermittent

0151

**Address: 0077 System name: 77 - Telephone/telematics control module Protocol variant: KWP2000/TP16 (Ereignisse: 1)**

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 3W0035385AS |
| Part number: | 3W0035385AS |
| Hardware version number: | 008 |
| Software version number: | 0262 |
| Production date: | 07.03.2008 |
| Code: | 31000 |
| Flash capability: | flashable |
| System designation: | rSAP Bentley |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:
Fault type 1:
Fault type 2:

VAG00459: Front Information Display Control Head
No signal/communication
Intermittent

**Address: 0008 System name: 08 - Climatronic control unit Protocol variant: KWP2000/TP16 (Ereignisse: 2)**

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W0907040F |
| Hardware version number: | --- |
| Software version number: | 2014 |
| Production date: | |
| Code: | 112 |
| Flash capability: | flashable |
| System designation: | Climatronic BY614 |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:
Fault type 1:
Fault type 2:

VAG00779: Outside temperature sensor
Open circuit/short circuit to B+
Intermittent

**Entry in fault memory**
Number:

Fault type 1:
Fault type 2:

VAG00477: Information display ctrl head ctrl module, front on comf. CAN
No signal/communication
Intermittent

**Address: 0038 System name: 38 - Roof control module Protocol variant: KWP2000/TP16 (Ereignisse: 1)**

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W0907135F |
| Hardware version number: | --- |
| Software version number: | 0802 |
| Production date: | |
| Code: | 6589 |
| Flash capability: | not flashable |
| System designation: | Dachmodul |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:
Fault type 1:
Fault type 2:

VAG00926: Terminal 30
Lower limit not reached
Intermittent

**Address: 0068 System name: 68 - Windscreen wipers motor CM - LHD Protocol variant: KWP2000/TP16 (Ereignisse: 5)**

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W1955023K |
| Hardware version number: | --- |
| Software version number: | 0401 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Wischermodul |

0152

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                              VAG00466: Steering column electronics control module
Fault type 1:                      No signal/communication

**Entry in fault memory**
Number:                              VAG00455: Access/start authorization control module at comfort CAN
Fault type 1:                      No signal/communication

**Entry in fault memory**
Number:                              VAG01308: Roof electronics control module
Fault type 1:                      No signal/communication

**Entry in fault memory**
Number:                              VAG00459: Front Information Display Control Head
Fault type 1:                      No signal/communication

**Entry in fault memory**
Number:                              VAG01341: Control module in instrument cluster at comfort CAN
Fault type 1:                      No signal/communication

## Address: 0009 System name: 09 - Onboard supply control unit Protocol variant: KWP2000/TP16 (Ereignisse: 2)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 3D0937049M |
| Part number: | 3D0937049M |
| Hardware version number: | 004 |
| Software version number: | 6500 |
| Production date: | 28.01.2008 |
| Code: | 40 02 00 00 AB 2A 11 00 00 00 00 00 00 00 00 [...] |
| Code: | 40020000AB2A110000000000000000 00 |
| Flash capability: | flashable |
| System designation: | J519 |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:            VAG01341: Control module in instrument cluster at comfort CAN
Fault type 1:       No signal/communication
Fault type 2:       Intermittent

**Entry in fault memory**
Number:            VAG00477: Information display ctrl head ctrl module, front on comf. CAN
Fault type 1:       No signal/communication
Fault type 2:       Intermittent

## Address: 0019 System name: 19 - Diagnostic gateway module Protocol variant: KWP2000/TP20 (Ereignisse: 19)

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 3W0920841H * |
| Part number: | 6N0909901 |
| Hardware version number: | --- |
| Software version number: | 1623 |
| Production date: | |
| Code: | DF F8 FF 2E 97 0F 47 00 |
| Code: | DFF8FF2E970F4700 |
| Flash capability: | not flashable |
| System designation: | J533 GW-K-CAN TP20 |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:           VAG00469: Infotainment data bus in single wire
Fault type 1:       Open circuit
Fault type 2:       static

**Standard ambient conditions:**
Date:                            01/01/06
Time:                            00:00:32
Mileage (DTC):            38466
Priority:                     2
Frequency counter:      20
Unlearning counter / driving cycle:   122
                                     0153

**Entry in fault memory**

Number:  VAG01327: Parking aid control module
Fault type 1:  No signal/communication
Fault type 2:  Intermittent

**Standard ambient conditions:**

Date:  01/01/06
Time:  08:29:29
Mileage (DTC):  38467
Priority:  2
Frequency counter:  1
Unlearning counter / driving cycle:  157

**Entry in fault memory**

Number:  VAG00455: Access/start authorization control module at comfort CAN
Fault type 1:  No signal/communication
Fault type 2:  Intermittent

**Standard ambient conditions:**

Date:  01/01/06
Time:  00:00:01
Mileage (DTC):  38332
Priority:  2
Frequency counter:  32
Unlearning counter / driving cycle:  154

**Entry in fault memory**

Number:  VAG01334: Right rear door ctrl. module
Fault type 1:  No signal/communication
Fault type 2:  Intermittent

**Standard ambient conditions:**

Date:  01/01/06
Time:  00:00:01
Mileage (DTC):  38332
Priority:  2
Frequency counter:  30
Unlearning counter / driving cycle:  154

**Entry in fault memory**

Number:  VAG01320: Climatronic control module
Fault type 1:  No signal/communication
Fault type 2:  Intermittent

**Standard ambient conditions:**

Date:  01/01/06
Time:  00:00:01
Mileage (DTC):  38332
Priority:  2
Frequency counter:  30
Unlearning counter / driving cycle:  154

**Entry in fault memory**

Number:  VAG01332: Frt.pass. side door control module
Fault type 1:  No signal/communication
Fault type 2:  Intermittent

**Standard ambient conditions:**

Date:  01/01/06
Time:  00:00:01
Mileage (DTC):  38332
Priority:  2
Frequency counter:  31
Unlearning counter / driving cycle:  154

**Entry in fault memory**

Number:  VAG01333: Left rear door control module
Fault type 1:  No signal/communication
Fault type 2:  Intermittent

**Standard ambient conditions:**

Date:  01/01/06
Time:  00:00:01
Mileage (DTC):  38332
Priority:  2
Frequency counter:  30
Unlearning counter / driving cycle:  154

**Entry in fault memory**

Number:  VAG00466: Steering column electronics control module
Fault type 1:  No signal/communication
Fault type 2:  Intermittent

0154

**Standard ambient conditions:**

Date:                                          01/01/06
Time:                                          00:00:01
Mileage (DTC):                                 38332
Priority:                                      2
Frequency counter:                             30
Unlearning counter / driving cycle:            154

**Entry in fault memory**
Number:                                        VAG01331:  Driver side door control module
Fault type 1:                                  No signal/communication
Fault type 2:                                  Intermittent

**Standard ambient conditions:**
Date:                                          01/01/06
Time:                                          00:00:01
Mileage (DTC):                                 38332
Priority:                                      2
Frequency counter:                             31
Unlearning counter / driving cycle:            154

**Entry in fault memory**
Number:                                        VAG00908:  Wiper motor control module
Fault type 1:                                  No signal/communication
Fault type 2:                                  Intermittent

**Standard ambient conditions:**
Date:                                          01/01/06
Time:                                          00:00:02
Mileage (DTC):                                 38332
Priority:                                      2
Frequency counter:                             24
Unlearning counter / driving cycle:            154

**Entry in fault memory**
Number:                                        VAG00457:  Vehicle Electrical System Control Module
Fault type 1:                                  No signal/communication
Fault type 2:                                  Intermittent

**Standard ambient conditions:**
Date:                                          01/01/06
Time:                                          00:00:02
Mileage (DTC):                                 38332
Priority:                                      2
Frequency counter:                             23
Unlearning counter / driving cycle:            154

**Entry in fault memory**
Number:                                        VAG01330:  Comfort system central control module
Fault type 1:                                  No signal/communication
Fault type 2:                                  Intermittent

**Standard ambient conditions:**
Date:                                          01/01/06
Time:                                          00:00:02
Mileage (DTC):                                 38332
Priority:                                      2
Frequency counter:                             24
Unlearning counter / driving cycle:            154

**Entry in fault memory**
Number:                                        VAG01336:  Combination Comfort databus
Fault type 1:                                  No signal/communication
Fault type 2:                                  Intermittent

**Standard ambient conditions:**
Date:                                          01/01/06
Time:                                          00:00:02
Mileage (DTC):                                 38332
Priority:                                      2
Frequency counter:                             28
Unlearning counter / driving cycle:            154

**Entry in fault memory**
Number:                                        VAG01305:  Databus Infotainment
Fault type 1:                                  No signal/communication
Fault type 2:                                  Intermittent

**Standard ambient conditions:**
Date:                                          01/01/06
Time:                                          00:00:02
Mileage (DTC):                                 38332
Priority:                                      2
Frequency counter:                             21
Unlearning counter / driving cycle:   0155      154

**Entry in fault memory**
Number:                                                    VAG01303: Telephone transceiver
Fault type 1:                                              No signal/communication
Fault type 2:                                              Intermittent

**Standard ambient conditions:**
Date:                                                      01/01/06
Time:                                                      00:00:05
Mileage (DTC):                                            38332
Priority:                                                  2
Frequency counter:                                        16
Unlearning counter / driving cycle:                      154

**Entry in fault memory**
Number:                                                    VAG01300: Navigation System with CD Drive Control Module
Fault type 1:                                              No signal/communication
Fault type 2:                                              Intermittent

**Standard ambient conditions:**
Date:                                                      01/01/06
Time:                                                      00:00:05
Mileage (DTC):                                            38332
Priority:                                                  2
Frequency counter:                                        13
Unlearning counter / driving cycle:                      157

**Entry in fault memory**
Number:                                                    VAG00459: Front Information Display Control Head
Fault type 1:                                              No signal/communication
Fault type 2:                                              Intermittent

**Standard ambient conditions:**
Date:                                                      01/01/06
Time:                                                      00:00:05
Mileage (DTC):                                            38332
Priority:                                                  2
Frequency counter:                                        13
Unlearning counter / driving cycle:                      157

**Entry in fault memory**
Number:                                                    VAG00463: Digital Sound System Control Module
Fault type 1:                                              No signal/communication
Fault type 2:                                              Intermittent

**Standard ambient conditions:**
Date:                                                      01/01/06
Time:                                                      00:00:05
Mileage (DTC):                                            38332
Priority:                                                  2
Frequency counter:                                        16
Unlearning counter / driving cycle:                      154

**Entry in fault memory**
Number:                                                    VAG02873: Rearview camera system control module
Fault type 1:                                              No signal/communication
Fault type 2:                                              Intermittent

**Standard ambient conditions:**
Date:                                                      01/01/06
Time:                                                      00:00:05
Mileage (DTC):                                            38332
Priority:                                                  2
Frequency counter:                                        13
Unlearning counter / driving cycle:                      157

**Address: 006C System name: 6C - Rear View Camera control module Protocol variant: KWP2000/TP16 (Ereignisse: 4)**

**Identification:**
Data source:                          Vehicle
Hardware part number:                 3W3907441
Part number:                          3W3907441
Hardware version number:              H13
Software version number:              0020
Production date:                      28.02.2008
Code:                                 2000002
Flash capability:                     flashable
System designation:                   J772__Rearview

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                                                    VAG02283: Video connection to end unit
Fault type 1:                                              0136hort circuit to ground

Fault type 2:                                                static

**Standard ambient conditions:**
Date:                                            01/01/06
Time:                                            17:23:17
Mileage (DTC):                                   34396
Priority:                                        3
Frequency counter:                               2
Unlearning counter / driving cycle:              54

**Extended ambient conditions:**
                                Term.15 ON
                                Reverse ON
                                4

**Entry in fault memory**
Number:                                VAG00532: Supply voltage
Fault type 1:                          Lower limit not reached
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                                            00:00:00 - 00.00.2000
Time:                                            -
Mileage (DTC):                                   38467
Priority:                                        3
Frequency counter:                               1
Unlearning counter / driving cycle:              157

**Extended ambient conditions:**
                                Term.15 OFF
                                Reverse OFF
                                3

**Entry in fault memory**
Number:                                VAG00446: Function limitation due to insufficient voltage
Fault type 1:                          Lower limit not reached
Fault type 2:                          Intermittent

**Standard ambient conditions:**
Date:                                            00:00:00 - 00.00.2000
Time:                                            -
Mileage (DTC):                                   38332
Priority:                                        4
Frequency counter:                               12
Unlearning counter / driving cycle:              154

**Extended ambient conditions:**
                                Term.15 OFF
                                Reverse OFF
                                3

**Entry in fault memory**
Number:                                VAG01299: Diagnostic interface for data bus
Fault type 1:                          Please read DTC
Fault type 2:                          static

**Standard ambient conditions:**
Date:                                            00:00:00 - 00.00.2000
Time:                                            -
Mileage (DTC):                                   38488
Priority:                                        3
Frequency counter:                               1
Unlearning counter / driving cycle:              122

**Extended ambient conditions:**
                                Term.15 ON
                                Reverse OFF
                                3

## Additional system tests with fault memory entries

No system tests available.

## Work steps performed

| No. | Dialogue | Result |
| --- | --- | --- |
| 1 | Preparing diagnosis | OK |
| 2 | Querying back-end vehicle data | OK |
| 3 | Check radio connection | OK |
| 4 | Create result log | OK |
| 5 | Determining VIN | OK |
| 6 | Analysing VIN | OK |
| 7 | Check vehicle identification | OK |
| 8 | Creating vehicle | OK |

| No. | Dialogue | Result |
|-----|----------|--------|
| 9 | Use K line splitter | OK |
| 10 | Set brand design | OK |
| 11 | Check contract status | OK |
| 12 | Determine vehicle data | OK |
| 13 | Determine and select job data | OK |
| 14 | Checking vehicle project | OK |
| 15 | Configuration of control unit communication | OK |
| 16 | Determine control unit list | OK |
| 17 | Check for quick start-up | OK |
| 18 | Check for availability of an LT3 vehicle | OK |
| 19 | Check for CAN diagnosis | OK |
| 20 | Evaluate gateway installation list | OK |
| 21 | Configuration of control unit communication | OK |
| 22 | Read control units | OK |
| 23 | Configuration of control unit communication | OK |
| 24 | Check gateway communication. | OK |
| 25 | Interruption of quick start-up | OK |
| 26 | Execute traversion tests | OK |
| 27 | Re-identify control units | OK |
| 28 | Check for correctly installed control units | OK |
| 29 | Check control unit variants | OK |
| 30 | Create knowledge base | OK |
| 31 | Index documents | OK |
| 32 | Background start module running | OK |
| 33 | Execute start modules | OK |
| 34 | Calculating test plan | OK |
| 35 | Determine special functions | OK |
| 36 | Set type of diagnostic protocol | OK |

## Test plans

### Test plan 1
SYS28_3W_____1_0604_11_Misfire_00083
   Error list:
   Control unit address
   0011
   0011
   0011
   0011

Error
P0300: Random/Multiple Cylinder Misfire Detected
P0301: Cyl.1 Misfire Detected
P0303: Cyl.3 Misfire Detected
P0308: Cyl.8 Misfire Detected

J623_3W_24BAN_1_0203_83_Engine_Control_Unit_1_00083
   Error list:
   Control unit address
   0001

Error
P1923: Check DTC memory of Engine Control Module (ECM) 2

J496_3W_19BAN_1_0404_83_Coolant_pump_relay_00083
   Error list:
   Control unit address
   0001
   0001

Error
P160C: Coolant pump 2 Open circuit
P160C: Coolant pump 2 Open circuit

J_3W_19BAN_1_0404_83_Turbo_pump_relay_00083
   Error list:
   Control unit address
   0001
   0001

Error
P160C: Coolant pump 2 Open circuit
P160C: Coolant pump 2 Open circuit

KD24_3W_BAN_1_0604_83_00083
   Error list:
   Control unit address
   0001

Error
P1924: Control module pin coding Implausible signal

SIG01_45_6Q_____2_0108_11_G85_Versorgung_00083
   Error list:
   Control unit address
   0003

Error
VAG01826: Steering angle sensor, voltage supply terminal 30

J502_3W_44_____1_0608_83_Tyre_Pressure_Warning_00083
   Error list:
   Control unit address
   0065

Error
VAG02214: Tire pressure warning

TPM_Antenna_3W__44_____1_0305_83_00083
   Error list:
   Control unit address
   0065

Error
VAG01840: Tire pressure monitoring antennas

V254_3W_____2_0604_83_00083
   Error list:
   Control unit address
   0046

Error
VAG00319: Rear lid hydraulic motor

0158

V53_3W_55_____2_0405_83_00083

Error list
Control unit address
0046

Error
VAG01699: Rear lid ctr. lock. sys. motor

G17__3W_87____1_1102_83_00083
Error list:
Control unit address
0008

Error
VAG00779: Outside temperature sensor

SYS57_3W____1_1002_83_Bordspannung_Klemme30_00083
Error list:
Control unit address
0005
0005

Error
VAG00087: Terminal 30 for starting relevant consumers
VAG00668: Vehicle voltage terminal 30

KD96___3W0____1_1002_83_Key_3_Battery_discharged_00083
Error list:
Control unit address
0005

Error
VAG00957: Key 3

H12_3W_96____1_0111_83_Alarm_Siren_00083
Error list:
Control unit address
0046

Error
VAG01134: Alarm horn

G335_3W094____1_0603_83_00083
Error list:
Control unit address
0076

Error
VAG01547: Center right rear park assist sensors

J772_3W_01____1_0111_83_C01217_Fault_Tests_00083
Error list:
Control unit address
006C
006C

Error
VAG00446: Function limitation due to insufficient voltage
VAG00532: Supply voltage

J523_3W_94____1_0111_83_BY614_Pre11MY_wiring_test_00083
Error list:
Control unit address
006C

Error
VAG02283: Video connection to end unit

SIG60_96_3W____1_0203_83_Spannung_Kl_30_00083
Error list:
Control unit address
0038

Error
VAG00926: Terminal 30

sys72_3w____1_0503_83_Passenger_00083
Error list:
Control unit address
0006
0006
0006
0006

Error
VAG01900: Motor for longitudinal adjust., frt. pass.
VAG01903: Seat angle adjustment motor
VAG01904: Backrest adjust. motor, front pass. seat
VAG01975: Height adjustment motor, frt. pass. seat

J740_3W_82____1_0808_83_CETEX_Massage_Passenger_00083
Error list:
Control unit address
0006

Error
VAG02569: Massage function control module

SYS72_3W____1_1509_83_Power_Supply_ECU_pas_00083
Error list:
Control unit address
0006

Error
VAG00668: Vehicle voltage terminal 30

V31__3W_72____1_0503_83_Passenger_00083
Error list:
Control unit address
0006

Error
VAG01900: Motor for longitudinal adjust., frt. pass.

V46__3W_72____1_0503_83_Passenger_00083
Error list:
Control unit address
0006

Error
VAG01904: Backrest adjust. motor, front pass. seat

V191_3W_72____1_0503_83_Passenger_00083
Error list:
Control unit address
0006

Error
VAG01975: Height adjustment motor, frt. pass. seat

V231_3W_72____1_0503_83_Passenger_00083
Error list:
Control unit address
0006

Error
VAG01903: Seat angle adjustment motor

J386_3W_57____1_1003_83_00083
Error list:
Control unit address
0046

Error
VAG01331: Driver side door control module

J387_3W_57____1_1003_83_00083
Error list:
Control unit address
0046

Error
VAG01332: Frt.pass. side door control module

V27_3W_58____1_1002_83_00083
Error list:
Control unit address
0046

Error
VAG00935: Right rear window lift motor
0159

V147_3W_58____1_1002_83_00083

Error list:  
  Control unit address  
  0046  
V148_3W_58____1_1002_83_00083  
  Error list:  
  Control unit address  
  0046  
SYS91_3W____1_0103_83_Optical_Databus_00083  
  Error list:  
  Control unit address  
  0007  
SIG91____3W____1_0202_83_Versorgungssp_ZAB_vorn_00083  
  Error list:  
  Control unit address  
  0007  
R15__3W_91____1_0102_83_DSP_TT_LS_hinten_li_00083  
  Error list:  
  Control unit address  
  0047  
R17__3W_91____1_0102_83_DSP_TT_LS_hinten_re_00083  
  Error list:  
  Control unit address  
  0047  
R22__3W_91____1_0102_83_DSP_HT_LS_vorn_re_00083  
  Error list:  
  Control unit address  
  0047  
R104__3W_91____1_0102_83_DSP_MT_LS_vorn_re_00083  
  Error list:  
  Control unit address  
  0047  
SIG91_91_3W____1_0403_83_Line_Outputs_00083  
  Error list:  
  Control unit address  
  0007  
SYS___3W____1_0803_83_Read_FM_DSP_00083  
  Error list:  
  Control unit address  
  0047  
SYS94_3W____1_0603_83_Licence_Plate_Lights_00083  
  Error list:  
  Control unit address  
  0046  
SIG20____3W____1_0702_83_Versorgungssp_Convenienc_00083  
  Error list:  
  Control unit address  
  0046  
  0046  
  0046  
  0046  
SYS90_3W____3_0608_83_Data_BUS_Powertrain_00083  
  Error list:  
  Control unit address  
  0015  
  0003  
SYS90_3W____7_0508_83_Databus_Comfort_00083  
  Error list:  
  Control unit address  
  0019  
  0019  
  0019  
  0019  
  0019  
  0019  
  0019  
  0019  
  0019  
  0019  
  0019  
  0019  
  0009  
  0009  
  0008  
  0017  
  0017  
  0017  
  0017  

---

Error  
VAG00932: Motor for window lift, driver side

Error  
VAG00933: Motor for window lift, frt. pass. side

Error  
VAG00384: Optical data bus

Error  
VAG00668: Vehicle voltage terminal 30

Error  
VAG00872: Left rear bass speaker

Error  
VAG00873: Right rear bass speaker

Error  
VAG00875: Right front treble speaker

Error  
VAG00420: Right front midrange speaker

Error  
VAG00823: Line output front left

Error  
VAG00459: Front Information Display Control Head

Error  
VAG01504: License plate lamp

Error  
VAG00668: Vehicle voltage terminal 30  
VAG00926: Terminal 30  
VAG01516: Terminal 30 left  
VAG00927: Terminal 30 right

Error  
VAG01316: Brake control module  
VAG01314: Engine control module (ECM)

Error  
VAG00455: Access/start authorization control module at comfort CAN  
VAG00457: Vehicle Electrical System Control Module  
VAG00466: Steering column electronics control module  
VAG00908: Wiper motor control module  
VAG01320: Climatronic control module  
VAG01327: Parking aid control module  
VAG01330: Comfort system central control module  
VAG01331: Driver side door control module  
VAG01332: Frt.pass. side door control module  
VAG01333: Left rear door control module  
VAG01334: Right rear door ctrl. module  
VAG01336: Combination Comfort databus  
VAG00477: Information display ctrl head ctrl module, front on comf. CAN  
VAG01341: Control module in instrument cluster at comfort CAN  
VAG00477: Information display ctrl head ctrl module, front on comf. CAN  
VAG00455: Access/start authorization control module at comfort CAN  
VAG00457: Vehicle Electrical System Control Module  
VAG00466: Steering column electronics control module  
VAG01320: Climatronic control module

Diagnostic protocol

| 0017 | VAG01330: Comfort system central control module |
| 0017 | VAG01331: Driver side door control module |
| 0017 | VAG01332: Frt.pass. side door control module |
| 0017 | VAG01333: Left rear door control module |
| 0017 | VAG01334: Right rear door ctrl. module |
| 0017 | VAG01336: Combination Comfort databus |
| 0068 | VAG00455: Access/start authorization control module at comfort CAN |
| 0068 | VAG00459: Front Information Display Control Head |
| 0068 | VAG00466: Steering column electronics control module |
| 0068 | VAG01341: Control module in instrument cluster at comfort CAN |
| 0046 | VAG00477: Information display ctrl head ctrl module, front on comf. CAN |
| 0046 | VAG01325: Tire Pressure Monitoring Control Module |
| 0007 | VAG00384: Optical data bus |
| 0068 | VAG01308: Roof electronics control module |

SYS90_3W_____4_0408_83_Databus_Infotainment_00083
Error list:

| Control unit address | Error |
|---|---|
| 0019 | VAG00459: Front Information Display Control Head |
| 0019 | VAG00463: Digital Sound System Control Module |
| 0019 | VAG00469: Infotainment data bus in single wire |
| 0019 | VAG01300: Navigation System with CD Drive Control Module |
| 0019 | VAG01303: Telephone transceiver |
| 0019 | VAG01305: Databus Infotainment |
| 0019 | VAG02873: Rearview camera system control module |
| 0017 | VAG00459: Front Information Display Control Head |
| 0017 | VAG00469: Infotainment data bus in single wire |
| 0017 | VAG01300: Navigation System with CD Drive Control Module |
| 0017 | VAG01303: Telephone transceiver |
| 0017 | VAG01305: Databus Infotainment |
| 0047 | VAG00459: Front Information Display Control Head |
| 0077 | VAG00459: Front Information Display Control Head |
| 0007 | VAG00823: Line output front left |

SYS___3W_____1_0803_83_Read_FM_RBC_00083
Error list:

| Control unit address | Error |
|---|---|
| 0003 | VAG01314: Engine control module (ECM) |

spurious_dtc_0706_use_when_dtc_not_applicable_00083
Error list:

| Control unit address | Error |
|---|---|
| 0001 | P1923: Check DTC memory of Engine Control Module (ECM) 2 |

## Function tests

### Function test 1: ID06_3W_____1_1202_83_00083

Time required (TU): 0.2<br>05.03.2020 17:31:52.088 - 05.03.2020 17:31:58.514<br>Mouse clicks: 3<br>Keyboard entries: 0

Result:   OK

**Test step: Preparation steps**

**Test step: Obtain control unit version**

**Control unit communication (KWP):**
**Control unit:** Seat Adjustment Passenger Side (LL_SeatAdjusPasseSideKWP2000CAN16)
**Job status: OKAY**
**Service: ReadECUIdentification2**
  **Request parameters:**

| Number | Value |
|---|---|
| 1 | |
| 2 | 0 |

  **Response parameters:**
   No response parameters

**Test step: Caster**

Result:   OK

### Function test 2: ID68_3W_____2_0105_83_00083

Time required (TU): 0.0<br>05.03.2020 17:31:58.722 - 05.03.2020 17:31:59.906<br>Mouse clicks: 0<br>Keyboard entries: 0

Result:   OK

**Test step: Preparation steps**

**Test step: Read Control Unit Data**

**Control unit communication (KWP):**
**Control unit:** Wiper Control Unit (LL_WiperContrUnitKWP2000CAN16)
**Job status: OKAY**        0161
**Service: ReadECUIdentification2**

# EXHIBIT "R"

Audio file

Danny Braun Telephone Call with Rick Hagen.mp3

Transcript

Rick Hagen - SD Motorwerks

Andy, it's John just returning your call.

Danny Braun - Manheim

Danny Braun - Manheim

All right?

Danny Braun - Manheim

John, how are you?

Rick Hagen - SD Motorwerks

I'm OK, I'm not comfortable with having you guys run that car under my name. Do the fact that.

Danny Braun - Manheim

Don't worry about it, I've already, we've already got it handled. We've already got it handled, so here's what we're gonna do.

Danny Braun - Manheim

We're gonna inherit the car and we're gonna use the proceeds to pay for the Porsche. You'll get whatever.

Danny Braun - Manheim

Danny Braun - Manheim

Danny Braun - Manheim

Leftover from the 48 five that you paid.

Danny Braun - Manheim

Are we on the same page at this point?

Rick Hagen - SD Motorwerks

Yeah, but I'm losing money on transport and all that stuff.

Danny Braun - Manheim


Danny Braun - Manheim

Well, you're welcome to.

Danny Braun - Manheim

Send me the bill for transport.

Danny Braun - Manheim

If you wanna email that to me.

Danny Braun - Manheim

But here's the deal.

Danny Braun - Manheim

That's this is the last transaction that your company is gonna do with Manhunt.

Rick Hagen - SD Motorwerks

What, why is that?

Danny Braun - Manheim

It's it's just too much. We don't do business this way. You're a 50% plus arbitrator, and that's the decision that's.

Rick Hagen - SD Motorwerks

So you tell it.


Danny Braun - Manheim

Been made on a high level.

Rick Hagen - SD Motorwerks

Who who made that decision?

Danny Braun - Manheim

I lost you John. Are you still there?

Danny Braun - Manheim

Who made it?

Danny Braun - Manheim


Rick Hagen - SD Motorwerks

Yeah, I'm still here. Who made that decision?

Danny Braun - Manheim

It was made on a high level.

Rick Hagen - SD Motorwerks

OK, but let me ask you a question what?

Danny Braun - Manheim

Higher than B.

Rick Hagen - SD Motorwerks

Who who said I'm a 50% arbitrator?

Danny Braun - Manheim

Nobody said it, it's when I.

Danny Braun - Manheim

Pull pull up your information in the system. You arbitrate more than the national average of supercenter. It costs money to do business with you, John. And we're not going to do it.

Rick Hagen - SD Motorwerks

No, like what cards?

Rick Hagen - SD Motorwerks

That's not true she.

Rick Hagen - SD Motorwerks

OK, so was it your choice that you made this?

Danny Braun - Manheim

Nope, it was not. But I agree with it 100%.

Rick Hagen - SD Motorwerks

Hey, K, But who's the one that made it? Who's the one that made it?

Danny Braun - Manheim


Danny Braun - Manheim

It was a collective decision made by several G.

Rick Hagen - SD Motorwerks

Well, sorry before anything has been done.

Rick Hagen - SD Motorwerks

Or said, I want this all in.

Rick Hagen - SD Motorwerks

Writing because this is not fair.

Danny Braun - Manheim

You're not getting anything in writing. You're not getting anything.

Danny Braun - Manheim

More than what I told.

Danny Braun - Manheim

You the moment I called you, we're going to sell the car under us.

Danny Braun - Manheim

We'll use it.

Danny Braun - Manheim

To pay off the portion, you'll get whatever.

Danny Braun - Manheim

Is leftover and I'll pay your transport bill and that's.

Danny Braun - Manheim

It that's all you're getting.

Rick Hagen - SD Motorwerks

And then you're saying you're canceling my account because you've.

Danny Braun - Manheim

And we're done. We're done doing business.

Rick Hagen - SD Motorwerks

Great, I will be seeing you in court. I hope you have every year fax everybody. You're such a you're such an amazing person.

Danny Braun - Manheim

Sounds great, OK right?

# EXHIBIT "S"



This report provided free of charge by:

SD Motorwerks

7030 Carroll Rd, San Diego, CA 92121

858-434-8953



# CARFAX® Vehicle History Report™

US $39.99

## 2008 BENTLEY CONTINENTAL GT SPEED

VIN: SCBCP73W38C057291
COUPE
6.0L W12 F DOHC 48V
GASOLINE
ALL WHEEL DRIVE

This CARFAX Report Provided by:

**SD Motorwerks**

✔ No accidents or damage reported to CARFAX

👥 **4** Previous owners

🛠 **17** Service history records

🚗 Types of owners: Corporate, Personal

🗂 **48** Detailed records available

🚙 **23,992** Last reported odometer reading

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 9/15/20 at 9:51:27 AM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX® Ownership History
The number of owners is estimated

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| Year purchased | 2009 | 2011 | 2018 |
| Type of owner | See Details | Personal | Personal |
| Estimated length of ownership | 1 yr. 8 mo. | 22 days | 1 yr. 9 mo. |
| Owned in the following states/provinces | California, California | California, Florida | Georgia |
| Estimated miles driven per year | See Details | --- | 2,460/yr |
| Last reported odometer reading | 10,900 | 17,696 | 23,992 |

## CARFAX® Title History
CARFAX guarantees the information in this section

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms | View Certificate

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX

| | | | |
|---|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ✓ No Issues Indicated | ✓ No Issues Indicated | ✓ No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Manufacturer Recall**<br>Check with an authorized Bentley dealer for any open recalls. | Ask Your Dealer | Ask Your Dealer | Ask Your Dealer |
| **Basic Warranty**<br>Original warranty estimated to have expired. | Warranty Expired | Warranty Expired | Warranty Expired |

## CARFAX Detailed History

**Owner 1**
Purchased:
2009



**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Corporate Vehicle
8,485 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 05/16/2008 | | US Customs | **Vehicle imported to**<br>- San Diego, CA |
| 05/21/2008 | 20 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0  56 Verified Reviews ✓<br>💜 157  Customer Favorites | **Vehicle offered for sale** |
| 05/23/2008 | | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0  56 Verified Reviews ✓<br>💜 157  Customer Favorites | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Recommended maintenance performed |
| 10/01/2008 | 116 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0  56 Verified Reviews ✓<br>💜 157  Customer Favorites | **Vehicle serviced**<br>- Anti-theft/keyless remote battery replaced |
| 04/11/2009 | 140 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0  56 Verified Reviews ✓<br>💜 157  Customer Favorites | **Vehicle sold** |
| 04/30/2009 | | California<br>Motor Vehicle Dept. | 0170 | **Title issued or updated**<br>- First owner reported |

Case 3:21-cv-01205-H-JLB   Document 1   Filed 07/01/21   PageID.171   Page 171 of 216
Mission Viejo, CA

- Loan or lien reported

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 05/21/2009 | 1,511 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0   56 Verified Reviews ✅<br>💜 157   Customer Favorites | **Vehicle serviced**<br>- Interior trim checked<br>- Trim checked |
| 07/31/2009 | 3,681 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0   56 Verified Reviews ✅<br>💜 157   Customer Favorites | **Vehicle serviced**<br>- Door weatherstrip replaced<br>- Maintenance reminder reset |
| 09/16/2009 | 4,506 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0   56 Verified Reviews ✅<br>💜 157   Customer Favorites | **Vehicle serviced**<br>- High mount brake light assembly replaced |
| 12/09/2009 | 7,377 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0   56 Verified Reviews ✅<br>💜 157   Customer Favorites | **Vehicle serviced**<br>- Transmission checked<br>- Battery charged |
| 01/25/2010 | 8,322 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>⭐ 4.7 / 5.0   56 Verified Reviews ✅<br>💜 157   Customer Favorites | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Maintenance inspection completed<br>- Interior trim checked<br>- Trim checked<br>- Transmission checked |
| 05/13/2010 | 9,229 | Online Listing | **Vehicle offered for sale** |

## Owner 2

Personal Vehicle

Purchased: 2010

| | Mileage | Source | Comments |
|---|---|---|---|
| 07/19/2010 | 9,231 | California<br>Motor Vehicle Dept.<br>Beverly Hills, CA | **Odometer reading reported** |
| 08/12/2010 | | California<br>Motor Vehicle Dept.<br>Beverly Hills, CA | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported |
| 01/26/2011 | 10,900 | Dealer Inventory | **Vehicle offered for sale** |
| 02/01/2011 | | Symbolic Motor Car Company<br>La Jolla, CA<br>858-454-1800<br>symbolicmotors.com | **Vehicle offered for sale** |
| 02/04/2011 | | California<br>Inspection Station<br>Beverly Hills, CA | **Passed emissions inspection** |
| 02/07/2011 | | Symbolic Motor Car Company<br>La Jolla, CA<br>858-454-1800<br>symbolicmotors.com | **Vehicle serviced**<br>- Tire condition and pressure checked |
| 02/17/2011 | | Symbolic Motor Car Company   0171<br>La Jolla, CA | **Vehicle serviced** |

## Owner 3

Personal Vehicle

Purchased: 2011

| | Mileage | Source | Comments |
|---|---|---|---|
| 03/02/2011 | | California<br>Motor Vehicle Dept.<br>Solana Beach, CA | **Title issued or updated**<br>- New owner reported |
| 03/24/2011 | | Dealer Inventory | **Vehicle sold** |
| 04/08/2011 | | Mercedes-Benz of Houston - North<br>Houston, TX<br>281-305-8970<br>mercedesbenzhoustonnorth.com<br>⭐ 4.3 / 5.0  127 Verified Reviews ✅<br>💜 352  Customer Favorites | **Vehicle offered for sale** |
| 04/15/2011 | 11,645 | Mercedes-Benz of Houston - North<br>Houston, TX<br>281-305-8970<br>mercedesbenzhoustonnorth.com<br>⭐ 4.3 / 5.0  127 Verified Reviews ✅<br>💜 352  Customer Favorites | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Vehicle washed/detailed<br>- Emissions inspection performed<br>- Emissions or safety inspection performed |
| 05/05/2011 | 11,648 | Mercedes-Benz of Houston Greenway<br>Houston, TX<br>713-489-2111<br>mercedesbenzgreenway.com<br>⭐ 4.6 / 5.0  199 Verified Reviews ✅<br>💜 633  Customer Favorites | **Vehicle serviced** |
| 05/30/2011 | | Vehicle Exporter | **Vehicle exported from**<br>- Newark, NJ and imported to<br>- Finland |
| 04/11/2013 | | Warrantech Automotive, Inc.<br>Solana Beach, CA<br>warrantech.com | **Service contract issued** |
| 04/19/2014 | | Dealer Inventory | **Vehicle offered for sale** |
| 01/06/2017 | 16,810 | Florida<br>Motor Vehicle Dept.<br>Hallandale, FL | **Odometer reading reported** |
| 01/28/2017 | | Florida<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 02/16/2017 | | Florida<br>Motor Vehicle Dept.<br>Hallandale, FL<br>Title #0126296616 | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in inventory<br>- Vehicle color noted as Black |
| 03/16/2017 | 16,943 | Lauderdale Imports<br>Fort Lauderdale, FL<br>954-779-2009<br>astonmartinftlauderdale.com<br>⭐ 5.0 / 5.0  8 Verified Reviews ✅<br>💜 33  Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed |
| 03/20/2017 | 16,984 | Auto Auction | **Listed as a dealer vehicle**<br>- Vehicle sold |

0172

Millions of used vehicles are bought and sold

at auction every year.

| | | | |
|---|---|---|---|
| 03/26/2017 | | Dealer Inventory | **Vehicle offered for sale** |
| 04/10/2017 | 16,990 | California<br>Inspection Station | **Passed emissions inspection** |
| 04/11/2017 | 16,999 | California<br>Inspection Station | **Passed emissions inspection** |
| 01/16/2018 | | Georgia<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 03/06/2018 | 17,458 | Georgia<br>Inspection Station | **Failed emissions inspection** |
| 03/14/2018 | 17,628 | Bentley VW of Alpharetta<br>Alpharetta, GA<br>844-227-1057<br>bentleyatlanta.com/index.htm<br>★ 4.5 / 5.0  52 Verified Reviews ✅<br>♥ 34 Customer Favorites | **Vehicle serviced** |
| 04/28/2018 | 17,696 | Georgia<br>Inspection Station | **Passed emissions inspection** |
| 05/08/2018 | | Bespoke Upholstery & Restoration<br>Costa Mesa, CA<br>949-269-7779<br>bespokeur.com/home.html | **Vehicle serviced** |

---

**Owner 4**
Purchased:
2018



**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
2,460 mi/yr

| | Mileage | Source | Comments |
|---|---|---|---|
| 05/24/2018 | | Georgia<br>Motor Vehicle Dept.<br>Lithonia, GA | **Title issued or updated**<br>- Title or registration issued<br>- New owner reported<br>- Vehicle color noted as Black |
| 08/17/2018 | 20,157 | Bentley VW of Alpharetta<br>Alpharetta, GA<br>844-227-1057<br>bentleyatlanta.com/index.htm<br>★ 4.5 / 5.0  52 Verified Reviews ✅<br>♥ 34 Customer Favorites | **Vehicle serviced** |
| 11/27/2018 | | Georgia<br>Motor Vehicle Dept.<br>Lithonia, GA | **Registration issued or renewed**<br>- Vehicle color noted as Black |
| 01/30/2019 | 21,012 | Bentley VW of Alpharetta<br>Alpharetta, GA<br>844-227-1057<br>bentleyatlanta.com/index.htm<br>★ 4.5 / 5.0  52 Verified Reviews ✅<br>♥ 34 Customer Favorites | **Vehicle serviced** |
| 02/22/2019 | 21,030 | Bentley VW of Alpharetta<br>Alpharetta, GA<br>844-227-1057<br>bentleyatlanta.com/index.htm<br>★ 4.5 / 5.0  52 Verified Reviews ✅ | **Vehicle serviced** |

0173

▼ 34 Customer Favorites

| | | | |
|---|---|---|---|
| 02/24/2020 | 23,905 | Auto Auction | Listed as a dealer vehicle<br>- Vehicle sold |
| 05/25/2020 | 23,982 | Auto Auction | Vehicle sold |
| 06/19/2020 | 23,992 | Central Autohaus<br>Richardson, TX | Vehicle offered for sale |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

---

**C A R F A X**   Glossary

**Failed Emissions Inspection**
The emissions check performed during a vehicle inspection indicated the vehicle was emitting more than allowable emissions standards and/or had missing or modified parts. Repeated failed emissions records can indicate engine problems and CARFAX recommends you have the vehicle inspected.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:    facebook.com/CARFAX    @CARFAXinc    About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®

© 2020 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
9/15/20 9:51:27 AM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2008 BENTLEY CONTINENTAL vehicle (VIN: SCBCP73W38C057291), which is based on information supplied to CARFAX and available as of 9/15/20 at 10:51 AM (EDT).

_____     _____     _____     _____

**Customer Signature**        **Date**        **Dealer Signature**        **Date**

# C A R F A X

# VEHICLE HIGHLIGHTS

## 2008 BENTLEY CONTINENTAL GT SPEED

**VIN: SCBCP73W38C057291**
**Body Style: COUPE**
**Engine Size: 6.0L W12 F DOHC 48V**
**Drivetrain: ALL WHEEL DRIVE**

**Original Manufacturer's Warranty:**
Basic Warranty Expired
Please confirm remaining factory warranty and extended warranty options with your dealer!
The original manufacturer's warranty includes:
**36 months or unlimited mileage**

Courtesy of
SD Motorwerks
7030 Carroll Rd
San Diego, CA 92121
858-434-8953
https://www.sdmotorwerks.com/

Information excerpted from the CARFAX Vehicle History Report and/or Safety & Reliability Ratings; see full reports for additional information, glossary of terms, source attributions,disclaimers & limitations. Go to carfax.com for complete Buyback Guarantee terms and conditions.

## OWNERSHIP HISTORY:

| | |
|---|---|
| Number of Owners: | 4 |
| Last owned in the following state/province: | Georgia |
| Annual average mileage: | 2,142 **LOW MILEAGE** * |

*Below industry annual average of 15,000 miles

## STATE DMV-REPORTED TITLE PROBLEMS:

None of these major title problems were reported by a state Department of Motor Vehicles:

| | |
|---|---|
| Salvage, Junk, Rebuilt, Fire, Flood, Hail, Lemon | Guaranteed No Problem |
| Not Actual Mileage, Exceeds Mechanical Limits | Guaranteed No Problem |

## ACCIDENTS AND OTHER ISSUES:

No issues reported to CARFAX on the following:

| | |
|---|---|
| Total Loss | ✓ No Issues Reported |
| Structural Damage | ✓ No Issues Reported |
| Airbag Deployment | ✓ No Issues Reported |
| Odometer Rollback | ✓ No Issues Reported |
| Other Accidents / Damage | ✓ No Issues Reported |

# Ask your dealer for the full CARFAX® Vehicle History Report™

# SHOW ME THE CARFAX

# C A R F A X  CARFAX° Warranty Check™

CARFAX has estimated the remaining original manufacturer warranty coverage based on information reported to us on this 2008 BENTLEY CONTINENTAL GT SPEED (SCBCP73W38C057291).

| | |
|---|---|
| **VIN:** | SCBCP73W38C057291 |
| **Estimated start date of warranty:** | 04/11/2009 |
| **Last CARFAX reading reported on 06/19/2020:** | 23,992 miles |
| **Today's Date:** | September 15, 2020 |

Enter the current mileage and click 'Recalculate Warranty' to update the remaining warranty coverage.

**Enter current mileage:**       24161      [ Recalculate Warranty ]

| Type of Coverage: | Original Warranty: | Estimated Remaining Coverage: |
|---|---|---|
| Basic | 36 months or unlimited mileage | Coverage expired |
| Drivetrain | 36 months or unlimited mileage | Coverage expired |
| Emissions | 96 months or 80,000 miles | Coverage expired |
| Corrosion | 36 months or unlimited mileage | Coverage expired |
| Transferable | No data reported to CARFAX | |
| Roadside Assistance | No data reported to CARFAX | |
| Safety belt & inflatable restraint | No data reported to CARFAX | |
| Specific Components | No data reported to CARFAX | |
| Notes: | Emissions: Manufacturer covers emissions components under basic warranty. Emissions coverage may vary by state. Refer to owners manual for specific details. Roadside Assistance: Provided during basic coverage. | |

►   CARFAX Warranty Check provides an **estimate** of this vehicle's remaining warranty coverage. It does not take into account some vehicle history events such as some title brands that may void the original manufacturer warranty or ownership transfers that may decrease warranty coverage. This warranty information is only valid for vehicles manufactured for the United States. Complete warranty coverage information is available for this vehicle at the BENTLEY web site.



# CARFAX BUYBACK GUARANTEE

## CARFAX Buyback Coverage for:

**Guarantee Coverage:** 09/15/2020 - 09/15/2021

**CARFAX Vehicle Description:** 2008 BENTLEY CONTINENTAL GT SPEED

**VIN:** SCBCP73W38C057291      **Body Style:** COUPE

**Driveline:** ALL WHEEL DRIVE      **Engine:** 6.0L W12 F DOHC 48V

**CARFAX will buy this vehicle back if**
you find that any of these severe problems were reported by a
Department of Motor Vehicles and were not included in this report.



**SEVERE DAMAGE**
Salvage/Junk
Rebuilt/Reconstructed
Dismantled
Fire/Flood/Hail



**ODOMETER PROBLEMS**
Exceeds Mechanical Limits
Not Actual Mileage



**LEMON HISTORY**
Manufacturer Buyback

**Terms and Conditions Apply**
View Terms and Conditions for CARFAX Buyback Guarantee coverage

© 2020 CARFAX, Inc., an IHS company. All rights reserved. Patents pending. 09/15/2020 09:51:36

# EXHIBIT "T"

**DMV** A Public Service Agency

**VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM**

INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED

*This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.*

ACQUISITION NUMBER (*DISMANTLER ONLY*)

## SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| S C B C P 7 3 W 3 8 C 0 5 7 2 9 1 | 2008 CONTINENTA | BENTLEY | | |

## SECTION 2 — BILL OF SALE

I/We ___CHRIS RICHAUN PRENELL___ sell, transfer, and deliver the above vehicle/vessel
PRINT SELLER'S NAME(S)

to ___CarMax Auto Superstores California, LLC___ on 01 MO 21 DAY 20 2 0 2 YEAR for the amount of $ **V/R** (SELLING PRICE)
PRINT BUYER'S NAME(S)

If this was a gift, indicate relationship: _____ (*e.g., parents, spouse, friend, etc.*)  $ _____ (GIFT VALUE)

## SECTION 3 — ODOMETER DISCLOSURE STATEMENT (*Void if Mileage is Altered or Erased*)

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads | 2 | 3 | | 8 | 9 | 9 | /10ths (no tenths) miles, and to the best of my knowledge reflects the ACTUAL mileage *unless one of the following statements is checked.*

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage     ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

## SECTION 4 — BUYER AND SELLER (*MUST hand print his or her name, date and sign this section.*)

### BUYER'S SECTION

*I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| J Martinez CarMax Auto Superstores California, LLC | X | 01/21/2020 | 4 6 1 4 5 |
| PRINT BUYER'S NAME | X | DATE | DL/ID OR DEALER/DISM # |
| PRINT BUYER'S NAME | X | DATE | DL/ID OR DEALER/DISM # |

| BUYER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| 1000 SOUTH FLOWER ST | BURBANK | CA | 91502 | |

### SELLER'S SECTION

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| CHRIS RICHAUN PRENELL | X | 01/21/2020 | |
| PRINT SELLER'S NAME | X | DATE | DL/ID OR DEALER/DISM # |
| PRINT SELLER'S NAME | X | DATE | DL/ID OR DEALER/DISM # |

| SELLER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| 3043 FAIRING HL | LITHONIA | GA | 30038 | |

## SECTION 5 — POWER OF ATTORNEY

I/We ___CHRIS RICHAUN PRENELL___ appoint ___CarMax Auto Superstores California, LLC___
PRINT NAME(S)     PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X | 01/21/2020 |
| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
| X | |

REG 262 (REV. 10/2011)

# EXHIBIT "U"



# Georgia Certificate of Title

DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | DATE ISSUED |
|---|---|---|---|---|---|
| SCBCP73W38C057291 | BENTLEY | 2008 | 2 DOOR | CONTINENTAL GT | 05/29/2018 |
| DATE VEHICLE FUEL | NEW OR USED | ODOMETER | PREVIOUS TITLE NBR, STATE OF ISSUE | NBR OF LIENS | CYL | COLOR | CURRENT TITLE NUMBER |
| 01/16/2018 GASOLINE | USED | 017056 | 126296616 /FL | 0 | 12 | BLK | 7786211812448002 |

**OWNER**

CHRIS RICHAUN PRENELL
3043 FAIRING HL
LITHONIA GA 30038-1554

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW:

MAIL TO:
CHRIS RICHAUN PRENELL
3043 FAIRING HL
LITHONIA GA 30038-1554                    TS

## 1ST LIEN OR SECURITY INTEREST

## 2ND LIEN OR SECURITY INTEREST

## 3RD LIEN OR SECURITY INTEREST

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

04500245

## RELEASE OF LIEN OR SECURITY INTEREST

| | DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|---|
| 1ST LIEN | | | BY |
| 2ND LIEN | | | BY |
| 3RD LIEN | | | BY |

STATE REVENUE COMMISSIONER

**ASSIGNMENT AND WARRANTY OF TITLE BY OWNER**

THIS TITLE MUST BE TRANSFERRED **IMMEDIATELY** INTO THE NEW OWNER'S NAME. CAUTION: $100 FINE OR 30 DAYS IMPRISONMENT FOR ACCEPTANCE OR DELIVERY OF EACH CERTIFICATE OF TITLE ASSIGNED IN BLANK. TAG REGISTRATION MUST BE TRANSFERRED WITHIN 30 DAYS OR OWNER WILL BE SUBJECT TO FINE OF UP TO $100. NEW VEHICLES MUST BE REGISTERED WITHIN 30 DAYS OF THE DATE OF PURCHASE. OWNER MUST COMPLETE ALL SPACES IN FULL. DO NOT USE RED INK. NOTICE: ANY ALTERATION VOIDS THIS TITLE.

T/O
REV
1/08

TO BE COMPLETED BY SELLER and delivered with the vehicle to the purchaser. Effective July 1, 2008, an application for new Certificate of Title must be made by purchaser on title application form and filed within 30 days of date of purchase in order to avoid $10.00 penalty. If the vehicle described hereon is junked or dismantled, this Certificate of Title must be returned to the Motor Vehicle Division within 72 hours. FEDERAL and State Law requires that you state the odometer reading in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment. The undersigned hereby sells, assigns or transfers the vehicle described on the face of this certificate to:

ALL BLOCKS MUST BE COMPLETED ACCURATELY. SUBMIT SIGNED & NOTARIZED AFFIDAVITS EXPLAINING ANY ERRORS.

**NOTICE TO BUYER**

PURCHASER'S LEGAL NAME: CARMAX

STREET OR R.FD. NO.: 1000 S Flower St

CITY, STATE & ZIP CODE: Burbank CA 91502

COUNTY OF RESIDENCE: Los Angeles

DATE OF SALE/TRANSFER: 01/21/20

Any alteration of date of sale will result in a $10.00 Penalty Fee.

*I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING: 23,899   NO TENTHS

*CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW:

Transferor's (SELLER'S) Printed Name: CHRIS RICHAU PRENELL

Transferor's (SELLER'S) Signature: X Chris Prine

Transferee's (BUYER'S) Printed Name: JESSIE MARTINEZ for CARMAX

Transferee's (BUYER'S) Signature: X Jessie

**1st DEALER'S ASSIGNMENT**

**DEALER (COMPLETE ALL SPACES IN FULL)**   DO NOT USE RED INK.

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW. We also warrant this Title and certify that the vehicle described herein has been transferred to the following:

Purchaser's Legal Name: CarMax 25560 Madison Murrieta CA 92562

County of Residence:

Dealer's Permanent ID Number or Dealer's Master Tag Number   Unauthorized use may lead to prosecution   Registered Dealer's Name

*I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING: 23,899   NO TENTHS

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**

Date of Sale/Transfer: 12/2/20

Transferor's (SELLER'S) Printed Name: C Hallman for CarMax

Transferor's (SELLER'S) Signature: X

Transferee's (BUYER'S) Printed Name: E. Dimon CarMax

Transferee's (BUYER'S) Signature: X E

Purchaser's Address   County of Residence

**2nd DLR. ASSIGNMENT**

Purchaser's Legal Name: Premier Nevada Credit   4035 SPEEDWAY BLVD #L-101, LAS VEGAS, NV 89115

Dealer's Permanent ID Number or Dealer's Master Tag Number   Unauthorized use may lead to prosecution   Registered Dealer's Name

*I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING: 23,899   NO TENTHS

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**

Date of Sale/Transfer: 7/1/20

Transferor's (SELLER'S) Printed Name: E. Dimon CarMax

Transferor's (SELLER'S) Signature: X E

Transferee's (BUYER'S) Printed Name: M. Hernandez

Transferee's (BUYER'S) Signature: X

Purchaser's Address   County of Residence

**3rd DLR. ASSIGNMENT**

Purchaser's Legal Name: SD MOTORWERKS

Dealer's Permanent ID Number or Dealer's Master Tag Number   Unauthorized use may lead to prosecution   Registered Dealer's Name

*I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING: 23,905   NO TENTHS

☐ 1. The odometer reading stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual mileage.   **WARNING: ODOMETER DISCREPANCY**

Date of Sale/Transfer: 2/28/20

Transferor's (SELLER'S) Printed Name: PREMIER NEVADA CREDIT

Transferor's (SELLER'S) Signature: X

Transferee's (BUYER'S) Printed Name:

Transferee's (BUYER'S) Signature: X

**LIEN**

**LIEN OR SECURITY INTEREST HOLDER TO BE RECORDED ON NEW TITLE**

The lien/security interest holder must be shown on the title application

LIEN/SECURITY INTEREST HOLDER'S NAME:

LIEN/SECURITY INTEREST HOLDER'S Address:

**ATTN: DEALERS AND DISTRIBUTORS.** Retain a copy of front and back of this document. Retention period: 3 Years.

NOTICE: ANY ALTERATION OR ERASURE VOIDS THIS TITLE

0182

# EXHIBIT "V"

**InSight** Condition Report

# 2008 Bentley Continental GT 2dr Cpe Speed

## SCBCP73W38C057291 • 24,161mi

All Wheel Drive • 6.0L 12 Cylinder Engine • A/T • Hard Top • Leather

Lane/Run **10/62**    Facilitation **Manheim Dallas-Fort Worth**    Seller    **FDIC LEASING**



  Damages

 Structural Damage

 Prior Paint

 Tires

 Auto Check — Clean

 Drivable

Starts

No Odor

 Keys 1   Fobs 0

Title? (No Data)

## Announcements

- Frame or Structural Damage

## High Value Options

- Bluetooth Connection
- CD Changer
- Climate Control
- Heated Front Seat(s)
- Heated Steering Wheel
- Keyless Start
- Multi-Zone A/C
- Navigation System
- Power Driver Seat
- Power Passenger Seat
- Rear Bucket Seats
- Seat Memory
- Seat-Massage
- Tire Pressure Monitor

## Damage Overview







None ● ● ● Severe

● Structural Issue

## Exterior (17)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| 🟡 Windshield | Multiple Chips 2 | Miscellaneous | | |
| 🟠 Front Bumper Cover | Broken Replacement Required | Miscellaneous | | |
| 🟡 Front Bumper | Misaligned Repair Required | Miscellaneous | | |
| ⚫ Front Bumper Cover | Prev Repair Substd Repair | Included Repairs fixed with Panel Repairs | | |
| 🟡 Hood | Prev Repair Acceptable | Previous Repair | | |
| 🟡 LF Door | Prev Repair Acceptable | Previous Repair | | |
| 🟠 LF Fender | Prev Repair Substd Repair | Previous Repair | | |
| 🟡 L Qtr Panel | Mult Dents/No Paint Dmg PDR/2 | Cosmetic Conventional Paint and Body Not Required | | |
| 🟡 L Qtr Panel | Prev Repair Acceptable | Previous Repair | | |
| ⚫ LR Tail Lamp | After Market Acceptable | Miscellaneous | | |
| 🟠 Rear Camera | Inop Repair Required | Miscellaneous | | |
| 🟡 Rear Bumper Cover | Prev Repair Buffable | Previous Repair | | |
| ⚫ RR Tail Lamp | After Market Acceptable | Miscellaneous | | |
| 🟠 R Headlamp Mounting Panel | Broken Replacement Required | Miscellaneous | Chrome molding |
| 🟡 R Qtr Panel | Prev Repair Buffable | Previous Repair | | |
| 🟠 RF Fender | Prev Repair Substd Repair | Previous Repair | | |
| 🟠 LF Window | Inop Repair Required | Miscellaneous | | |



**Interior (3)**

0185

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| ● LF Seat | Worn Acceptable | Interior | | |
| ● RF Seat | Worn Acceptable | Interior | | |
| ● Warning - Tire Pressure | On Unacceptable | Miscellaneous | | |

## Structure (2)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| ● L Apron | Prev Repair Acceptable | Structural | | |
| ● R Apron | Prev Repair Acceptable | Structural | | |

## Other (0)

No other damages reported

## Tires & Wheels

Wheels   Aluminum

| | Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|---|
| | Pirelli | Pirelli | Pirelli | Pirelli | (Compact) |
| | **5/32″** | **5/32″** | **6/32″** | **6/32″** | **N/A** |
| | 275/35R20 | 275/35R20 | 275/35R20 | 275/35R20 | |

- ● 6/32 +
- ● 5/32 to 4/32
- ● < 4/32
- ● N/A

## History

**✓AutoCheck** vehicle history report

| No. of Historical Events | 39 | Title and Problem Check | ✅ Vehicle checks out! |
|---|---|---|---|
| Last Reported Event Date | 09/14/2020 | Odometer Check | ✅ Vehicle checks out! |
| Calculated Owners | 5 | Use and Event Check | ⚠ Specific vehicle use(s) or events reported |
| Last Reported Mileage | 24,161 | AutoCheck Buyback Protection | ✅ Qualifies |
| Calculated Accidents | 0 | | |

**CARFAX**     View CARFAX

## Details

| Exterior Color | MSRP | Received Date | In Service Date |
|---|---|---|---|
| Black | Not Available | 09/14/2020 | Not Available |
| Interior Color | Title State | Inspection Location | Org Mfg Basic Warranty |
| Black | Not Available | Manheim Dallas-Fort Worth | Not Available *Manheim is not responsible for voided warranties |
| Top Type | Title Received | Work Order | |
| Hard Top | Not Available | 4591325 | |

## Equipment

### Options

- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror

0186

- Bucket Seats
- CD Player
- Cruise Control
- Driver Air Bag
- Heated Mirrors
- Intermittent Wipers

- Leather Steering Wheel
- Mirror Memory
- Passenger Air Bag
- Passenger Air Bag Sensor
- Power Door Locks
- Power Folding Mirrors

- Power Mirror(s)
- Power Steering
- Power Windows
- Rear Defrost
- Rear Floor Mats
- Steering Wheel Audio Controls

- Variable Speed Intermittent Wipers

## Interior
- Leather
- Odometer Operable

## Mechanical
- 12 Cylinder Engine
- 6.0L Turbocharged
- ABS Brakes
- All Wheel Drive
- Automatic Transmission
- Gasoline Fuel

## Keys
- Combo - 1

## Additional Photos















Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGrade score. The use of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Position Statement.

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

† Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail list on each tab.

*Process protected under U.S. Patent No. 8,230,362

**VIN: SCBCP73W38C057291,**
**Work Order: 4591325**

© 2020 Manheim. All Rights Reserved

Return to the classic CR

# EXHIBIT "W"



Ⓜ Manheim

**THIS IS NOT AN INVOICE**

**BILL OF SALE**

**DOCUMENT NOT VALID FOR EXPORT**

| **1457 MANHEIM NEVADA**<br>5600 AUCTION LN<br>LAS VEGAS, NV 89165 US | **Sale Date**<br>07-JUN-2019 10:18:31 | | **Vehicle Purchase Price** | |
|---|---|---|---|---|

**Pickup Location**
5600 AUCTION LN
LAS VEGAS, NV 89165 US

**Yr Wk Ln Rn**
2019-23-3-79

**Sale Type**
Simulcast

**Sale Price**    $ 31,250.00
**Adjustments**    $   0.00
**Final Sale Price**    $ 31,250.00

**Seller**
PREMIER NEVADA CREDIT
6935 SPEEDWAY BLVD UNIT 1011
LAS VEGAS, NV 89115 US

Seller Rep:
*Signature on file*

**Buyer**
EUROMOTORWERKS LLC
7675 FORMULA PL STE D
SAN DIEGO, CA 92121 US

Buyer Rep: HAGEN, RICHARD
*Signature on file*

**Vehicle Information**
2009 Chevrolet Corvette
2DCP Z06 W/2LZ Gray
G1YZ26E295110239

Mileage: 17677 Miles   0

**Auction Lights**

**Title Information**
License Plate No:

State:
Number:

RED    Vehicle sold as-is

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

**Vehicle Features**
8 Cylinder Engine
6 Speed M/T
L K

50 State

**Announcements & Notes**
MODIFIED
MODIFIED
MODIFIED

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.

Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.

Buyer must return a signed copy of the title front and back, the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).

Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.

Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.

The terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.

This Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

0190

Printed on: 07-Jun-2019 06:41:42

# EXHIBIT "X"

# Ⓜ Manheim

**Invoice # 121135015**

**DUE FROM**
EUROMOTORWERKS LLC
7675 FORMULA PL STE D
SAN DIEGO, CA 92121 US
5440188

**OWNER**
PREMIER NEVADA CREDIT
6935 SPEEDWAY BLVD UNIT 1011
LAS VEGAS, NV 89115 US

**REMIT TO**
Manheim
Accounts Receivable
PO Box 105511
Atlanta, GA 30348 US

**Buyer**
07-JUN-2019

HAGEN, RICHARD
457 MANHEIM NEVADA

**BUYER**
EUROMOTORWERKS LLC
7675 FORMULA PL STE D
SAN DIEGO, CA 92121 US

**INVOICING-SALES LOCATION***
MANHEIM NEVADA
6600 AUCTION LN
LAS VEGAS, NV 89165 US

EIN:88-0319273

**INVOICE TYPE**
**INVOICE DATE**
**PAYMENT DUE DATE**
**BUYER REPRESENTATIVE**
**TRANSACTION LOCATION**
**ORIGINAL BUYER**
**LEASE ACCOUNT NO**
**YEAR MAKE MODEL** 2009 Chevrolet Corvette
**VIN** 1G1YZ26E295110239
**MILEAGE** 17677 Miles
**OFFSITE VEHICLE LOCATION** 6600 AUCTION LN LAS VEGAS
NV 89165 US

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 07-JUN-2019 | 8823942 | 2019-23-3-79 | 2009 Chevrolet Corvette | | $31,250.00 | $0.00 | $31,250.00 |
| 07-JUN-2019 | 8823942 | 2019-23-3-79 | INTERNET SATISFACTION FEE | | $50.00 | $0.00 | $50.00 |
| 07-JUN-2019 | 8823942 | 2019-23-3-79 | BUY FEE | | $610.00 | $0.00 | $610.00 |

**ADJUSTMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |

**TOTAL ADJUSTMENTS** $0.00

**PAYMENTS**

| DATE | REF NO | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2019 | | | |

**TOTAL PAYMENTS** $0.00

| | |
|---|---|
| SUB TOTAL | $31,910.00 |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | $31,910.00 |
| PAYMENTS | $0.00 |
| OUTSTANDING BALANCE | $31,910.00 |

**SPECIAL INSTRUCTIONS**
Please include the invoice number on all remittances and include remittance copy with postal payments.
Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices.
A late fee will be added, wherever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.
If you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8a-12m and Sun 6p-10p
ET. Info@manheim.com.

Overnight mailing address:
Manheim – Account Receivable 6205 Peachtree Dunwoody Rd Bldg. A, 3rd Floor, Accounts Receivable Atlanta, GA 30328 US

* **A subsidiary of: Cox Automotive, Inc. EIN: 58-1936036. Registered in Mexico to Transfer Used Vehicles Info with No. 009**

Printed on: 2019-06-07 18:41:43

**sdmotorwerks@gmail.com**

| | |
|---|---|
| **From:** | do-not-reply@manheim.com |
| **Sent:** | Friday, June 7, 2019 10:19 AM |
| **To:** | Rick Hagen |
| **Subject:** | 2009 Chevrolet Corvette bought for $31910.0 - IN-LANE |



# Congratulations on your win.

You can manage this purchase online.

## 2009 Chevrolet Corvette
1G1YZ26E295110239

Odometer
17,677 miles

| | | |
|---|---|---|
| Purchase Price | $31,250.00 | |
| Buy Fees | $610.00 | **Pickup Location** |
| Other | $50.00 | |
| * Total | $31,910.00 | 6600 Auction Ln |
| | | Las Vegas, NV 89165-1700 |

**Make a payment**

**Order services**

Phone
(702) 730-1400
Fax
(702) 730-1541

BUL CONNECTIONS LLC
BULCONN@HOTMAIL.COM

**Sale**

IN-LANE Jun 07, 2019
NV - Manheim Nevada
Week 23, Lane 3, Run 79

You can find seller information, arrange transportation, and order post-sale inspections (eligible vehicles only) online.

# EXHIBIT "Y"

 InSight Condition Report

# 2009 Chevrolet Corvette 2dr Cpe Z06 w/2LZ

1G1YZ26E295110239

**17,677** mi │ Rear Wheel Drive │ 8 Cylinder Engine │ 6-Speed M/T │ Hard Top │ Leather

Lane/Run 3/79     Facilitation Manheim Nevada     Seller     PREMIER NEVADA CREDIT



 Damages

 No Structural Damage

 Prior Paint

 Tires

 Clean

 Drivable

 Starts

 No Odor

 Keys Fobs
1        0

 Title? (No Data)

## Announcements

- MODIFIED//

## High Value Options

- Bluetooth Connection
- Climate Control
- Fog Lamps
- Heads-Up Display
- Heated Front Seat(s)
- Keyless Start
- Multi-Zone A/C
- Power Driver Seat
- Premium Sound System
- Satellite Radio
- Seat Memory
- Tire Pressure Monitor

## Damage Overview







None   ● Severe          ● Structural Issue

## Exterior (9)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Windshield | Chipped < 1/8" | Miscellaneous | | |
| Front Bumper Cover | Curb Rash 2" to 3" | Paint and Body Requires Conventional Repair | | |
| F Valance | Gouged 2" to 3" | Miscellaneous | | |
| LF Door | Gouged 1/2" to 1" | Paint and Body Requires Conventional Repair | | |
| Rear Bumper Cover | Prev Repair Buffable | Previous Repair | | |
| R Qtr Panel | Gouged 1/8" to 1/2" | Paint and Body Requires Conventional Repair | | |
| R Qtr Panel | Prev Repair Acceptable | Previous Repair | | |
| RF Door | Prev Repair Buffable | Previous Repair | | |
| RF Fender | Prev Repair Buffable | Previous Repair | | |

## Interior (2)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Steering Wheel | Worn Acceptable | Mechanical | | |
| LF Seat | Worn Acceptable | Interior | | |

## Structure (0)

No structural damages reported

## Other (4)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Exhaust | After Market Acceptable | Mechanical | | |
| Air Intake Duct | After Market Acceptable | Miscellaneous | | |
| Air Filter Element | After Market Acceptable | Miscellaneous | | |
| Emergency Brake Cable | Inop Repair Required | Mechanical | | |

https://insightcr.manheim.com/cr-display?conditionOrderId=14552633&workOrderNumber=8823942&locationCode=NVAA

## Tires & Wheels

Wheels   Aluminum



**Left Front**
Other
**9/32"**
275/30R19

**Right Front**
Other
**9/32"**
275/30R19

**Left Rear**
Other
**9/32"**
325/25R20

**Right Rear**
Other
**9/32"**
325/25R20

● 6/32 +
● 5/32 to 4/32
● < 4/32
● N/A

**Spare**
(None)
**N/A**

## History


AutoCheck
vehicle history report

| | |
|---|---|
| No. of Historical Events | 26 |
| Last Reported Event Date | 06/06/2019 |
| Calculated Owners | 3 |
| Last Reported Mileage | 17,676 |
| Calculated Accidents | 0 |

| | | |
|---|---|---|
| Title and Problem Check | ◎ | Vehicle checks out! |
| Odometer Check | ◎ | Vehicle checks out! |
| Use and Event Check | | Specific vehicle use(s) or events reported |
| AutoCheck Buyback Protection | ◎ | Qualifies |

**CARFAX**          View CARFAX

Details

**Exterior Color**
Cyber Gray Metallic

**Interior Color**
Ebony

**Top Type**
Hard Top

**MSRP**
Not Available

**Title State**
IN

**Title Received**
06/10/2019

**Received Date**
06/06/2019

**Inspection Location**
Manheim Nevada

**Work Order**
8823942

**In Service Date**
Not Available

Org Mfg Basic Warranty
*3 Years/36,000 Miles
*Manheim is not
responsible for voided
warranties

## Equipment

### Options

- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror
- Automatic Headlights
- Bucket Seats
- Cargo Shade
- CD Player

- Cruise Control
- Daytime Running Lights
- Driver Air Bag
- Driver Illuminated Vanity Mirror
- Driver Vanity Mirror
- Floor Mats
- Front Reading Lamps
- Front Side Air Bag
- Leather Steering Wheel

- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Mirror(s)
- Power Outlet
- Power Steering

- Power Windows
- Rear Defrost
- Remote Trunk Release
- Steering Wheel Audio Controls
- Telematics
- Traction Control
- Trip Computer
- Universal Garage Door Opener

### Interior

- Leather
- Odometer Operable

### Mechanical

- 6-Speed Manual Transmission
- 7.0L None
- 8 Cylinder Engine
- ABS Brakes
- Gasoline Fuel
- Rear Wheel Drive

### Keys

- Combo - 1

## Manufacturer Info

## Manufacturer Package Information

## Packages

### AUDIO SYSTEM WITH NAVIGATION, AM/FM STEREO WITH CD PLAYER, MP3 PLAYBACK AND DVD-BASED TOUCH-SCREEN NAVIGATION - U3U

- 6.5" Lcd Color Display And Voice Recognition. Includes (u65) Bose
- Premium 7-speaker System
- Auto-tone Control
- Automatic Volume
- Digital Clock
- Radio Data System (rds)
- Seek-and-scan
- Theftlock

## Options

### Other

- EMISSIONS, FEDERAL REQUIREMENTS
- ENGINE, 7.0L (427 CI) LS7 V8 SFI
- TRANSMISSION, 6-SPEED MANUAL, SHORT-THROW
- PREFERRED EQUIPMENT GROUP
- WHEELS, SPIDER DESIGN, Z06 CHROME ALUMINUM
- CYBER GRAY METALLIC
- EBONY, LEATHER SEATING SURFACES
- LICENSE PLATE BRACKET, FRONT

## Additional Photos









Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGrade score. The use of the report and any AutoGrade score is subject to the Manheim Terms and

Conditions and the NAAA Generic Condition Report Position Statement.

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

† Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail list on each tab.

*Process protected under U.S. Patent No. 8,320,362

**VIN: 1G1YZ26E295110239**,
**Work Order: 8823942**

© 2019 Manheim. All Rights Reserved

Return to the classic CR

# EXHIBIT "Z"

# CARFAX° Vehicle History Report™
**An independent company established in 1986**

US $39.99

**Vehicle Information:**
**2009 CHEVROLET CORVETTE Z06**
VIN: 1G1YZ26E295110239
COUPE
7.0L V8 F OHV 16V
GASOLINE
REAR WHEEL DRIVE
**Standard Equipment | Safety Options**

**This CARFAX Report Provided by:**
EuroMotorWerks
7675 Formula Pl
San Diego, CA 92121
833-227-1380
http://www.euromotorwerkssandiego.com/home

 No accidents reported to CARFAX

 No damage reported to CARFAX

 **3** Previous owners

 **1** Service history record

 Personal vehicle

**17,659** Last reported odometer reading



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 6/7/19 at 1:42:26 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Ownership History
The number of owners is estimated

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Year purchased | 2008 | 2015 | 2017 |
| Type of owner | Personal | Personal | Personal |
| Estimated length of ownership | 6 yrs. 1 mo. | 2 yrs. 7 mo. | 1 yr. 2 mo. |
| Owned in the following states/provinces | Tennessee, Florida | Florida | Florida, Indiana |
| Estimated miles driven per year | 2,182/yr | --- | 942/yr |
| Last reported odometer reading | 13,450 | --- | 17,659 |

## CARFAX Title History
CARFAX guarantees the information in this report

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| **Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon** | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |
| **Not Actual Mileage | Exceeds Mechanical Limits** | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |

 **GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.**Register | View Terms | View Certificate**

## CARFAX Additional History
Not all accidents / issues are reported to CARFAX

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| **Total Loss** No total loss reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |
| **Structural Damage** No structural damage reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |

0203

**Airbag Deployment**

No airbag deployment reported to CARFAX.

| | | |
|---|---|---|
| ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |

**Odometer Check**

No indication of an odometer rollback.

| | | |
|---|---|---|
| ✓ No Issues Indicated | ✓ No Issues Indicated | ✓ No Issues Indicated |

**Accident / Damage**

No accidents or damage reported to CARFAX.

| | | |
|---|---|---|
| ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |

**Manufacturer Recall**

No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com.

| | | |
|---|---|---|
| ✓ No Recalls Reported | ✓ No Recalls Reported | ✓ No Recalls Reported |

**Basic Warranty**

Original warranty estimated to have expired.

| | | |
|---|---|---|
| **Warranty Expired** | **Warranty Expired** | **Warranty Expired** |

---

**C A R F A X**   Detailed History

**Owner 1**

Purchased: 2008
Type: Personal
Where: Tennessee, Florida
Est. miles/year: 2,002/yr
Est. length: 12/27/08 - 9/13/12
owned: (6 yrs. 1 mo.)

**Low mileage!**
This owner drove less than the industry average of 15,000 miles per year.

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 11/12/2008 | 6 | Tom Bannen Chevrolet<br>Madison, TN<br>615-851-8000<br>tombannen.com | Pre-delivery inspection completed |
| 12/27/2008 | 31 | Tom Bannen Chevrolet<br>Madison, TN<br>615-851-8000<br>tombannen.com | Vehicle sold |
| 12/27/2008 | | Florida<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 01/08/2009 | | Tennessee<br>Motor Vehicle Dept.<br>Woodlawn, TN<br>Title #79360543 | Registration issued or renewed<br>Title or registration issued<br>First owner reported<br>Titled or registered as personal vehicle |
| 06/24/2009 | | Tennessee<br>Motor Vehicle Dept.<br>Cape Coral, FL<br>Title #79360543 | Registration issued or renewed<br>Registration updated when owner moved the vehicle to a new location |
| 07/07/2010 | 5,321 | Florida<br>Motor Vehicle Dept.<br>Cape Coral, FL<br>Title #0104576151 | Title issued or updated<br>Title or registration issued<br>Titled or registered as personal vehicle<br>Vehicle color noted as Gray |
| 01/13/2011 | | Florida<br>Motor Vehicle Dept.<br>Cape Coral, FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as personal vehicle<br>Vehicle color noted as Gray |
| 01/06/2012 | | Florida<br>Motor Vehicle Dept.<br>Cape Coral, FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as personal vehicle<br>Vehicle color noted as Gray |
| 11/16/2012 | | Florida<br>Motor Vehicle Dept.<br>Cape Coral, FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as personal vehicle<br>Registration updated when owner moved the vehicle to a new location<br>Vehicle color noted as Gray |

0204

| | | Motor Vehicle Dept.<br>Cape Coral, FL<br>Title #0104576151 | Titled or registered as<br>personal vehicle<br>Vehicle color noted as Gray |
|---|---|---|---|
| 12/04/2014 | | General Motors | Manufacturer Customer Satisfaction Program issued<br>Program #N140203<br>CORVETTE LOW-BEAM HEADLAMPS INOPERATIVE<br>Status: Remedy Available<br><br>Locate an authorized General Motors dealer to obtain more information about this campaign. |
| 02/23/2015 | 13,450 | Florida<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 03/06/2015 | | Florida<br>Motor Vehicle Dept.<br>Palm Beach Gardens, FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as<br>personal vehicle<br>Vehicle color noted as Gray |

## Owner 2

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 03/23/2015 | | Florida<br>Motor Vehicle Dept.<br>Palm Beach Gardens, FL<br>Title #0104576151 | Title issued or updated<br>New owner reported<br>Titled or registered as<br>personal vehicle<br>Loan or lien reported<br>Vehicle color noted as Gray |
| 07/05/2016 | | Florida<br>Motor Vehicle Dept.<br>Palm Beach Gardens, FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as<br>personal vehicle<br>Loan or lien reported<br>Vehicle color noted as Gray |
| 12/26/2016 | | Florida<br>Motor Vehicle Dept.<br>Palm Beach Gardens, FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as<br>personal vehicle<br>Vehicle color noted as Gray |

## Owner 3

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 10/29/2017 | 16,406 | Florida<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 11/07/2017 | | Florida<br>Motor Vehicle Dept.<br>Delray Beach, FL<br>Title #0104576151 | Title issued or updated<br>Registration issued or renewed<br>New owner reported<br>Titled or registered as<br>personal vehicle<br>Vehicle color noted as Gray |
| 01/04/2019 | 17,521 | Indiana<br>Motor Vehicle Dept.<br>Carmel, IN | Odometer reading reported |
| 01/08/2019 | | Indiana<br>Motor Vehicle Dept.<br>Carmel, IN<br>Title #19811005000485 | Title issued or updated<br>Vehicle repossessed |
| 01/21/2019 | | Auto Auction<br>Florida | Vehicle sold |
| 02/18/2019 | 17,531 | Auto Auction | Vehicle sold |

Millions of used vehicles are bought and sold at auction every year.

| 04/24/2019 | 17,636 | Auto Auction Arkansas | Vehicle offered for sale Vehicle sold |
| 05/14/2019 | 17,659 | Auto Auction New York | Vehicle offered for sale Vehicle sold |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

 **Glossary**

### First Owner
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

### New Owner Reported
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

### Ownership History
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

### Repossession
When a repossession occurs a vehicle owner fails to make loan payments, and the financial institution holding the title takes possession of the vehicle.

### Title Issued
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**   facebook.com/CARFAX   @CarfaxReports

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2019 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
6/7/19 1:42:26 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2009 CHEVROLET CORVETTE vehicle (VIN: 1G1YZ26E295110239), which is based on information supplied to CARFAX and available as of 6/7/19 at 2:42 PM (EDT).

_____
Customer Signature       Date

_____
Dealer Signature       Date

# EXHIBIT "AA"

**sdmotorwerks@gmail.com**

**From:** do-not-reply@manheim.com
**Sent:** Friday, June 7, 2019 12:58 PM
**To:** Rick Hagen
**Subject:** Vehicle Left Lot Notification



# VEHICLE LEFT LOT
Vehicle Has Left Auction Location

## 2009 Chevrolet Corvette
## 1G1YZ26E295**110239**

Thank you for doing business with us.

Manheim.com   Privacy Policy   Marketplace Policies

©2015 Manheim, All rights reserved.

Update preferences   Unsubscribe

If you have questions or feedback for us, please contact Customer Care by phone at 1-866-626-4346 or at info@manheim.com.

Prices may not reflect the total amount due. Auction reserves the right to void any transaction. Purchase pending verification of details like credit approval and receipt of payment. Gate passes issued only after payment received.

Manheim.com   Privacy Policy   Marketplace Policies

©2015 Manheim, All rights reserved.

Update preferences   Unsubscribe

EXHIBIT "AB"

## Rick Hagen

**From:** Rick Hagen
**Sent:** Thursday, June 13, 2019 1:50 PM
**To:** Rick Hagen
**Subject:** Fwd: cr report    [ ref:_00D507W0a._5001Y1Edyf3:ref ]

Sent from my iPhone

Begin forwarded message:

> **From:** Robert Lockett <robert.lockett@coxautoinc.com>
> **Date:** June 13, 2019 at 1:35:26 PM PDT
> **To:** "rick@euromotorwerkssandiego.com" <rick@euromotorwerkssandiego.com>
> **Subject:** cr report    [ ref:_00D507W0a._5001Y1Edyf3:ref ]
>
> 2009 Chevrolet Corvette2dr Cpe Z06 w/2LZ
> 1G1YZ26E295110239  17,677 miRear Wheel Drive8 Cylinder Engine6-Speed M/THard TopLeather
> Lane/Run
> N/A
>
> Facilitation
> Manheim Palm Beach
>
> Seller
> RMKTG BY ELEMENT/NEXTGEAR CAPITAL
> 1/12
>
> All (12)
> Ext (2)
> Int (3)
> Misc (2)
> Damages (5)
> 14
> Damages
>
> 1.3
> Rough
> No Structural Damage

Prior Paint

1
1
1
2
Tires

Clean
Drivable

Starts

No Odor

1
Keys
1
Fobs
0

Title? (No Data)
Announcements
ENGINE MODIFIED
High Value Options
Bluetooth Connection
Climate Control
Fog Lamps
Heads-Up Display
Heated Front Seat(s)
Keyless Start
Multi-Zone A/C
Power Driver Seat
Premium Sound System
Satellite Radio
Seat Memory
Tire Pressure Monitor
Damage Overview
View Full Damage List and Repairs
Save as your default view

Sort by
Exterior (8)  Interior (1)  Structure (0)  Other (5)
None
Severe
Click on highlighted area to read details
and see additional images.

LF Tire
Condition

Worn
Severity
Replacement Required
Type
Miscellaneous
LR Tire
Condition
Worn
Severity
Replacement Required
Type
Miscellaneous
Rear Bumper Cover
Condition
Prev Repair
Severity
Buffable
Type
Previous Repair
RR Tire
Condition
Worn
Severity
Replacement Required
Type
Miscellaneous
R Qtr Panel
Condition
Prev Repair
Severity
Buffable
Type
Previous Repair
RF Door
Condition
Prev Repair
Severity
Buffable
Type
Previous Repair
RF Fender
Condition
Prev Repair
Severity
Buffable
Type
Previous Repair
RF Tire
Condition
Worn
Severity
Replacement Required

Type
Miscellaneous
Disclaimer ?
Tires & Wheels
Wheels Aluminum
Left Front
MICHELIN
1/32?
285/30R19.0
Right Front
MICHELIN
1/32?
285/30R19.0
Left Rear
MICHELIN
1/32?
335/25R20.0
Right Rear
MICHELIN
2/32?
335/25R20.0
6/32 +
5/32 to 4/32
< 4/32
N/A
Spare
(Compact)
N/A
History
AutoCheck  View Full AutoCheck
No. of Historical Events
26
Last Reported Event Date
06/06/2019
Calculated Owners
3
Last Reported Mileage
17,676
Calculated Accidents
0
Title and Problem Check
Vehicle checks out!
Odometer Check
Vehicle checks out!
Use and Event Check
Specific vehicle use(s) or events reported
AutoCheck Buyback Protection
Qualifies
AutoCheck Terms and Conditions
CARFAX View CARFAX
Details
Exterior Color

Cyber Gray Metallic
Interior Color
Ebony
Top Type
Hard Top
MSRP
Not Available
Title State
IN
Title Received
01/28/2019
Received Date
01/30/2019
Inspection Location
Manheim Palm Beach
Work Order
1786679
In Service Date
Not Available
Org Mfg Basic Warranty
*3 Years/36,000 Miles
*Manheim is not responsible for voided warranties
Equipment  Manufacturer Info
Options
A/C
Adjustable Steering Wheel
AM/FM Stereo
Auto-Dimming Rearview Mirror
Automatic Headlights
Bucket Seats
Cargo Shade
CD Player
Cruise Control
Daytime Running Lights
Driver Air Bag
Driver Illuminated Vanity Mirror
Driver Vanity Mirror
Floor Mats
Front Reading Lamps
Front Side Air Bag
Leather Steering Wheel
Passenger Air Bag
Passenger Air Bag Sensor
Passenger Illuminated Visor Mirror
Passenger Vanity Mirror
Power Door Locks
Power Mirror(s)
Power Outlet
Power Steering
Power Windows
Rear Defrost
Remote Trunk Release

Steering Wheel Audio Controls
Telematics
Traction Control
Trip Computer
Universal Garage Door Opener
Interior
Leather
Odometer Operable
Mechanical
6-Speed Manual Transmission
7.0L None
8 Cylinder Engine
ABS Brakes
Gasoline Fuel
Rear Wheel Drive
Keys
Master - 1
Common Abbreviations

Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGrade score. The use of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Position Statement.

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

? Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail list on each tab.

*Process protected under U.S. Patent No. 8,320,362

VIN: 1G1YZ26E295110239,
Work Order: 1786679

© 2019 Manheim. All Rights ReservedReturn to the classic CR
Top
Email or call Manheim Customer Care at 1-866-MANHEIM (1-866-626-4346), Mon-Sat 8a-12m and Sun 6p-10p ET
By using this site, you accept the Visitor Agreement, Privacy Policy, and Marketplace Policy.  Feedback
© 2018 Manheim. All rights reserved.
ref:_00D507W0a._5001Y1Edyf3:ref