| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Law Office of Michael A. Alfred<br>7220 TRADE ST STE 104<br>San Diego, CA 92121<br>TELEPHONE NO.: 1-619-917-7896   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Dipito LLC. a Montana LLC. DBA San Diego Motorwerks, et al. | |

| United States District Court, Southern District of California |
|---|
| STREET ADDRESS: 2003 W. Adams Ave. Suite 220 |
| MAILING ADDRESS: 2003 W. Adams Ave. Suite 220 |
| CITY AND ZIP CODE: El Centro 92243 |
| BRANCH NAME: El Centro U.S. Courthouse |

| PLAINTIFF/PETITIONER: Dipito LLC. a Montana LLC. DBA San Diego Motorwerks, et al. | CASE NUMBER:<br>3:21-cv-01205 |
|---|---|
| DEFENDANT/RESPONDENT: Manheim Riverside AKA Cox Auto Inc. AKA Manheim Investments, Inc. AKA Cox Auto Auctions, LLC. et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>REF-8470997 (Manheim Nevada) |

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **Summons; Complaint; Exhibits**

3. a. Party served *(specify name of party as shown on documents served)*:
   **Manheim Nevada aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **Corporation Service Company, Registered Agent**

4. Address where the party was served:
   **2710 Gateway Oaks, Suite 150N, Sacramento, CA 95833**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **07/26/2021** at *(time)*: **3:15 PM**

   b. [ ] **by substituted service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:          from *(city)*:          **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure. § 417.10
Tracking #: 0073739653


REF: **REF-8470997 (Manheim Nevada)**

| PLAINTIFF/PETITIONER: Dipito LLC. a Montana LLC. DBA San Diego Motorwerks, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Manheim Riverside AKA Cox Auto Inc. AKA Manheim Investments, Inc. AKA Cox Auto Auctions, LLC. et ... | 3:21-cv-01205 |

   c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date)*:       (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*   **Manheim Nevada aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto**
      under the following Code of Civil Procedure section:

   | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   |---|---|
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

7. **Person who served papers**
   a. Name: **Megan Anderson Hillard**
   b. Address: **3858 San Novado way, North Highlands, CA 95660**
   c. Telephone number:
   d. The fee for service was: **$ 0.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor.  For: **ABC Legal Services, LLC**
         (ii) ☒ Registration No.: **2021-06**  Registration #: **6779**
         (iii) ☒ County: **Sacramento**  County: **Los Angeles**

BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 07/26/2021

*Megan Anderson Hilliard*

**Megan Anderson Hillard**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)  (SIGNATURE)