Squire Patton Boggs (US) LLP
Petrina A. McDaniel (*pro hac vice forthcoming*)
Eric J Knapp (State Bar # 214352)
eric.knapp@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:  +1 415 954 0200
Facsimile:   +1 415 393 9887

Hannah J. Makinde (State Bar # 307907)
hannah.makinde@squirepb.com
555 South Flower Street, Suite 3100
Los Angeles, California  90071
Telephone:  +1 213 624 2500
Facsimile:   +1 213 623 4581

Attorneys for Defendants
Manheim Riverside, Manheim Nevada, and NextGear Captial

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, et al.,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Marilyn Huff |

Pursuant to Local Rules 7.2 and 12.1, Plaintiffs on the one hand, and defendants MANHEIM INVESTMENTS, INC. d/b/a MANHEIM RIVERSIDE

("MANHEIM RIVERSIDE"),[1] GREATER NEVADA AUTO AUCTIONS, LLC d/b/a MANHEIM NEVADA ("MANHEIM NEVADA"),[2] NEXTGEAR CAPITAL ("NEXTGEAR"), DANNY BRAUN, and STEVE HARMON (collectively, "Defendants") on the other hand, by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs served Defendants Manheim Riverside, Manheim Nevada, and Nextgear with the Summons and Complaint on July 26, 2021, such that their deadline to respond to the Complaint is August 16, 2021;

WHEREAS, Plaintiffs served Defendants Danny Braun and Steve Harmon with the Summons and Complaint on August 4, 2021, such that their deadline to respond to the Complaint is August 25, 2021;

WHEREAS, Defendants state that the extension of time stipulated to herein is necessary for them to prepare their initial response to the Complaint;

WHEREAS, there has been no prior extension of time in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED that Defendants' time to respond to the Complaint shall be extended to September 3, 2021.

IT IS SO STIPULATED.

---

[1] Plaintiffs improperly name this Defendant as Manheim Riverside aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC.

[2] Plaintiffs improperly name this Defendant as Manheim Nevada aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC.

Dated: August 5, 2021            Law Office of Michael A. Alfred

By: *Michael A. Alfred*
    Michael A. Alfred
    Attorney for Plaintiffs

Dated: August 5, 2021            Squire Patton Boggs (US) LLP

By: /s/ Hannah Makinde
    Petrina A. McDaniel (*pro hac vice forthcoming*)
    Eric J. Knapp
    Hannah Makinde

Attorneys for Defendants
Manheim Riverside, Manheim Nevada, and NextGear Captial

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: August 5, 2021            Squire Patton Boggs (US) LLP

By: /s/ Hannah Makinde
    Petrina A. McDaniel (*pro hac vice forthcoming*)
    Eric J. Knapp
    Hannah Makinde

Attorneys for Defendants
Manheim Riverside, Manheim Nevada, and NextGear Captial

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

- 3 -

010-9246-1060/2/AMERICAS

JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
21-CV-1205-H-JLB