Monique M. Fuentes, Bar No. 205501
monique.fuentes@troutman.com
Ross Smith, Bar No. 204018
ross.smith@troutman.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
CARFAX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO, LLC, a Montana LLC dba SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS; RICHARD JOHN HAGEN, an individual; and CARRIE SORRENTO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MANHEIM RIVERSIDE aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC; MANHEIM NEVADA aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC dba CENTER BMW; and DOES 1 through 200, <br><br> Defendants. | Case No. 21-cv-1205-H-JLB <br><br> **JOINT MOTION TO EXTEND TIME FOR DEFENDANT CARFAX, INC. TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. Marilyn Huff |

1  Pursuant to Local Rules 7.2 and 12.1, Plaintiffs on the one hand, and
2  defendant Carfax, Inc. on the other hand, by and through their respective
3  undersigned counsel, hereby stipulate as follows:
4  WHEREAS, Plaintiffs filed their Complaint in this action on July 1, 2021,
5  and served Defendant Carfax, Inc. with the Summons and Complaint on July 26,
6  2021, such that Defendant Carfax, Inc.'s deadline to respond to the Complaint is
7  August 16, 2021;
8  WHEREAS, Defendant Carfax, Inc. states that the extension of time
9  stipulated to herein is necessary for them to prepare their initial response to the
10 Complaint;
11 WHEREAS, there has been no prior extension of time in this action with
12 regard to Defendant Carfax, Inc.;
13 NOW THEREFORE, IT IS HEREBY STIPULATED that Defendant Carfax,
14 Inc.'s time to respond to the Complaint shall be extended to September 24, 2021.
15 IT IS SO STIPULATED.

16 Dated: August 13, 2021    By:  s/ Michael A. Alfred
17                                Michael A. Alfred
                                   Attorneys for Plaintiffs
18                                 Email: info@alfredlawoffice.com

19 Dated: August 13, 2021    By:  s/ Ross Smith
                                   Monique M. Fuentes
20                                 Ross Smith
                                   Attorneys for Defendant
21                                 Email: monique.fuentez@troutman.com
                                          ross.smith@troutman.com

## SIGNATURE CERTIFICATION

Pursuant to the Electronic Case Filing Administrative Policies and Procedures for the United States District Court for the Southern District of California, I hereby certify that all signatories listed above, on whose behalf this Joint Motion is submitted, concur in the filing's content and have authorized the filing.

                              s/ Ross Smith
                              Ross Smith

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545