# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company doing business as San Diego Motorwerks; CHIDIEBERE AMADI, an individual; RICHARD JOHN HAGEN, an individual doing business as Euromotorwerks; CARRIE SORRENTO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; MANHEIM NEVADA, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, LLC, doing business as Center BMW; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: 21-cv-01205-H-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION**<br><br>[Doc. No. 15.] |

On July 1, 2021, Plaintiffs Dipito LLC, Chidiebere Amadi, Richard John Hagen, and Carrie Sorrento (collectively, "Plaintiffs") filed a complaint against Defendants Manheim Riverside, Manheim Nevada, Carfax Inc., Nextgear Capital, Danny Braun, Cesar Espinosa,

Steve Harmon, Jerry Siderman, BMW of North America, LLC, Center Automotive, Inc., and Does 1 through 200. (Doc. No. 1.) On August 13, 2021, Plaintiffs and Defendant Carfax Inc. filed a joint motion asking the Court to extend Carfax's time to respond to the complaint to September 24, 2021. (Doc. No. 15.) For good cause shown, the Court grants the joint motion. Carfax must respond to the complaint by **September 24, 2021**.

**IT IS SO ORDERED.**

DATED: August 17, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT