1  **Rebecca A. Caley, Bar No. 131997**
   **Christopher M. Domin, Bar No. 273951**
2  **CALEY & ASSOCIATES**
   **A Professional Corporation**
3  **265 S. Randolph Avenue, Suite 270**
   **Brea, California 92821-5777**
4  **714/529-1400 Office**
   **714/529-1515 Facsimile**
5  **2030-276**

6  Attorneys for Defendant,
   BMW Financial Services NA, LLC
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10
   DIPITO LLC, A MONTANA LLC          ) Case No. 21-cv-1205-H-JLB
11 DBA SAN DIEGO                       ) Hon. Marilyn Huff
   MOTORWERKS,                         )
12 CHIDIEBERE AMADI, an                )
   individual, RICHARD JOHN            ) JOINT MOTION TO EXTEND
13 HAGEN dba                           ) TIME TO RESPOND TO
   EUROMOTORWERKS,                     ) COMPLAINT
14 RICHARD JOHN HAGEN, an              )
   individual and CARRIE               )
15 SORRENTO, an individual,            )
                                       )
16          Plaintiffs,                )
                                       )
17    v.                               )
                                       )
18 MANHEIM RIVERSIDE AKA               )
   COX AUTO INC. AKA                   )
19 MANHEIM INVESTMENTS INC.            )
   AKA COX AUTO AUCTIONS,              )
20 LLC, MANHEIM NEVADA AKA             )
   COX AUTO INC. AKA                   )
21 MANHEIM INVESTMENTS, INC.           )
   AKA COX AUTO AUCTIONS,              )
22 LLC CARFAX, INC., NEXTGEAR          )
   CAPITAL, DANNY BRAUN, an            )
23 individual, CESAR ESPINOSA, an      )
   individual, STEVE HARMON, an        )
24 individual, JERRY SIDERMAN, an      )
   individual, BMW OF NORTH            )
25 AMERICA, LLC, CENTER                )
   AUTOMOTIVE, INC DBA                 )
26 CENTER BMW and DOES 1               )
   through 200,                        )
27                                     )
            Defendants.                )
28 _____    )

1        JOINT MOTION TO EXTEND TIME TO RESPOND

1       Pursuant to Local Rules 7.2 and 12.1, Plaintiffs, DIPITO LLC, A

2  MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE

3  AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS,

4  RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an

5  individual ("Plaintiffs"), on the one hand, and Defendant, BMW FINANCIAL

6  SERVICES NA, LLC, a Delaware limited liability company, erroneously named

7  as BMW of North America, LLC[1] ("Defendant") on the other hand, by and

8  through their respective undersigned counsel, hereby stipulate as follows:

9       WHEREAS, Plaintiffs served Defendant, BMW FINANCIAL SERVICES

10  NA, LLC ("BMW FS") with the Summons and Complaint on August 2, 2021,

11  such that their deadline to respond to the Complaint is August 23, 2021;

12       WHEREAS, Defendant states that the extension of time stipulated to

13  herein is necessary for it to prepare its initial response to the Complaint and

14  Plaintiff to amend the summons to and add "BMW Financial Services NA, LLC"

15  in the place and stead of erroneously named "BMW of North America, LLC";

16       WHEREAS, there has been no prior extension of time in this action for

17  these parties; and,

18       NOW THEREFORE, IT IS HEREBY STIPULATED that Defendant's

19  time to respond to the Complaint shall be extended to September 23, 2021.

20

21       IT IS SO STIPULATED.

22

23  Dated:  August 13, 2021     LAW OFFICE OF MICHAEL A. ALFRED

24

25       By: **/s/ Michael A. Alfred**
     _____

26       Michael A. Alfred
27       Attorney for Plaintiffs

28  [1] Plaintiffs erroneously name this defendant as BMW OF NORTH AMERICA, LLC.

1

Dated:   August 13, 2021          CALEY & ASSOCIATES
                                  A Professional Corporation

2

3

                                  By: __/s/ **Rebecca A. Caley**_____

4

5                                     Rebecca A. Caley
                                      Christopher M. Domin
                                      Attorneys for Defendant,
6                                     BMW Financial Services NA, LLC

7

8                              **ATTESTATION**

9        I hereby attest that I have on file written authorization for any signatures

10  indicated by a "conformed" signature (/s/) within this e-filed document.

11

12  Dated:   August 13, 2021          CALEY & ASSOCIATES
                                      A Professional Corporation

13

14

                                      By: __/s/ **Rebecca A. Caley**_____

15

16                                        Rebecca A. Caley
                                          Christopher M. Domin
                                          Attorneys for Defendant,
17                                        BMW Financial Services NA, LLC

18

19

20

21

22

23

24

25

26

27

28