# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company doing business as San Diego Motorwerks; CHIDIEBERE AMADI, an individual; RICHARD JOHN HAGEN, an individual doing business as Euromotorwerks; CARRIE SORRENTO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; MANHEIM NEVADA, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, LLC, doing business as Center BMW; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: 21-cv-01205-H-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION**<br><br>[Doc. No. 17.] |

On July 1, 2021, Plaintiffs Dipito LLC, Chidiebere Amadi, Richard John Hagen, and Carrie Sorrento (collectively, "Plaintiffs") filed a complaint against Defendants Manheim Riverside, Manheim Nevada, Carfax Inc., Nextgear Capital, Danny Braun, Cesar Espinosa,

Steve Harmon, Jerry Siderman, BMW Financial Services NA, LLC,[1] Center Automotive, Inc., and Does 1 through 200.  (Doc. No. 1.)  On August 17, 2021, Plaintiffs and Defendant BMW filed a joint motion asking the Court to extend BMW's time to respond to the complaint to September 23, 2021.  (Doc. No. 17.)  For good cause shown, the Court grants the joint motion.  BMW must respond to the complaint by **September 23, 2021**.

**IT IS SO ORDERED.**

DATED: August 18, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

---

[1] According to the parties' joint motion, Plaintiff erroneously named Defendant BMW Financial Services NA, LLC in the complaint as BMW of North America, LLC.  (Doc. No. 17 at 2.)