Squire Patton Boggs (US) LLP
Petrina A. McDaniel (GA Bar # 141301)
(*admitted *pro hac vice*)
Eric J Knapp (State Bar # 214352)
eric.knapp@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Hannah J. Makinde (State Bar # 307907)
hannah.makinde@squirepb.com
555 South Flower Street, Suite 3100
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

*Attorneys for Defendants
Manheim Riverside, Manheim Nevada,
NextGear Capital, Danny Brawn, Steve
Harmon, and Cesar Espinosa*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, et al.,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br><br>**JOINT MOTION TO EXTEND PAGE LIMIT OF DEFENDANTS' MANHEIM RIVERSIDE, MANHEIM NEVADA, NEXTGEAR CAPITAL, DANNY BRAWN, STEVE HARMON, AND CESAR ESPINOSA'S RESPONSE TO COMPLAINT**<br><br>Judge: Hon. Marilyn Huff |

1  Pursuant to Local Rules 7.1(h) and 7.2, Plaintiffs on the one hand, and defendants MANHEIM INVESTMENTS, INC. d/b/a MANHEIM RIVERSIDE ("MANHEIM RIVERSIDE"),[1] GREATER NEVADA AUTO AUCTIONS, LLC d/b/a MANHEIM NEVADA ("MANHEIM NEVADA"),[2] NEXTGEAR CAPITAL ("NEXTGEAR"), DANNY BRAWN, STEVE HARMON, and CESAR ESPINOSA (collectively, "Defendants") on the other hand, by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Defendants' response to the Complaint is due September 3, 2021;

WHEREAS, Defendants seek permission from this Court to exceed the 25-page limit set forth in Local Rule 7.1(h) for memoranda in support of their motion to dismiss on behalf of the foregoing six Defendants;

WHEREAS, Defendants contend, and Plaintiffs stipulate and agree, that good cause exists for the additional pages due to the number of parties and claims involved, and the importance of presenting the Court with a complete factual record and thoroughly briefed arguments.

NOW THEREFORE, IT IS HEREBY STIPULATED that Defendants may file a 30-page memorandum in support of Defendants' motion to dismiss the Complaint.

IT IS SO STIPULATED.

---

[1] Plaintiffs improperly name this Defendant as Manheim Riverside aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC.

[2] Plaintiffs improperly name this Defendant as Manheim Nevada aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC.

| | | |
|---|---|---|
| 1 | Dated: September 2, 2021 | Law Office of Michael A. Alfred |
| 2 | | |
| 3 | | By: /s/Michael Alfred |
| 4 | | Michael A. Alfred<br>Attorney for Plaintiffs |
| 5 | | |
| 6 | Dated: September 2, 2021 | Squire Patton Boggs (US) LLP |

By: */s/Hannah Makinde*
  Petrina A. McDaniel
  Eric J. Knapp
  Hannah Makinde

*Attorneys for Defendants*
*Manheim Riverside, Manheim Nevada,*
*NextGear Capital, Danny Brawn, Steve*
*Harmon, and Cesar Espinosa*

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: September 2, 2021        Squire Patton Boggs (US) LLP

By: */s/Hannah Makinde*
  Petrina A. McDaniel
  Eric J. Knapp
  Hannah Makinde

*Attorneys for Defendants*
*Manheim Riverside, Manheim Nevada,*
*NextGear Capital, Danny Brawn, Steve*
*Harmon, and Cesar Espinosa*