UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, et al., <br><br> Defendants. | Case No. 21-cv-1205-H-JLB <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMIT** <br><br> Judge: Hon. Marilyn Huff |

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

[PROPOSED] ORDER EXTENDING PAGE LIMIT

010-9260-0066/1/AMERICAS

1  The Court has reviewed the Joint Motion submitted herewith between Plaintiffs and Defendants Manheim Investments, Inc. d/b/a Manheim Riverside, Greater Nevada Auto Auctions, LLC d/b/a Manheim Nevada, NextGear Capital, Danny Brawn, Steve Harmon, and Cesar Espinosa and finds good cause shown.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Defendants may file a 30-page memorandum in support of Defendants' motion to dismiss the Complaint.

Dated: September ___, 2021

_____
Honorable Marilyn Huff
United States District Judge