1   Squire Patton Boggs (US) LLP
    Petrina A. McDaniel (GA Bar # 141301)
2   (*admitted *pro hac vice*)
    petrina.mcdaniel@squirepb.com
3   Eric J Knapp (State Bar # 214352)
    eric.knapp@squirepb.com
4   275 Battery Street, Suite 2600
    San Francisco, California 94111
5   Telephone:  +1 415 954 0200
    Facsimile:   +1 415 393 9887
6
    Hannah J. Makinde (State Bar # 307907)
7   hannah.makinde@squirepb.com
    555 South Flower Street, Suite 3100
8   Los Angeles, California 90071
    Telephone:  +1 213 624 2500
9   Facsimile:   +1 213 623 4581

10  *Attorneys for Defendants*
    *Manheim Riverside, Manheim Nevada,*
11  *NextGear Capital, Danny Brawn, Steve*
    *Harmon, and Cesar Espinosa*
12

13              UNITED STATES DISTRICT COURT

14            SOUTHERN DISTRICT OF CALIFORNIA

15

16  DIPITO LLC, A MONTANA LLC        Case No. 21-cv-1205-H-JLB
    DBA SAN DIEGO MOTORWERKS, et
17  al.,                            **DEFENDANTS MANHEIM
                                    RIVERSIDE, MANHEIM
18            Plaintiffs,           NEVADA, AND NEXTGEAR
                                    CAPITAL'S CORPORATE
19      v.                          DISCLOSURE STATEMENT**

20  MANHEIM RIVERSIDE AKA COX        Judge: Hon. Marilyn Huff
    AUTO INC. AKA MANHEIM
21  INVESTMENTS INC. AKA COX         Trial Date:Not Set
    AUTO AUCTIONS, LLC, et al.,      Date Action Filed:     July 1, 2021
22
              Defendants.
23

24

25

26

27

28

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, the undersigned counsel of record for Defendants Manheim Investments, Inc. d/b/a Manheim Riverside[1] ("Manheim Riverside"), Greater Nevada Auto Auctions, LLC d/b/a Manheim Nevada [2] ("Manheim Nevada"), and NextGear Capital, Inc. (collectively, "Defendants"), hereby identify the following parent corporations or publicly held companies owning at least a 10% interest in Defendants:

1. Manheim Remarketing, Inc. as the 100% owner of Greater Nevada Auto Auctions, LLC.

2. Manheim Investments, Inc. as the 100% owner of NextGear Capital, Inc.

3. Cox Auto, Inc. as the 100% owner of Manheim Investments, Inc., Manheim Remarketing, Inc.,

4. Cox Enterprises, Inc. as the 100% owner of Cox Auto, Inc.

Dated: September 3, 2021                    Squire Patton Boggs (US) LLP


                                            By:*/s/ Petrina A. McDaniel*
                                            Petrina A. McDaniel
                                            Eric J. Knapp
                                            Hannah Makinde

                                            Attorneys for Defendants
                                            Manheim Riverside, Manheim Nevada,
                                            NextGear Capital, Danny Brawn, Steve
                                            Harmon, Cesar Espinosa

---

[1] Plaintiffs improperly name this Defendant "Manheim Riverside aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC."
[2] Plaintiffs improperly name this Defendant "Manheim Nevada aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC."

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071