Squire Patton Boggs (US) LLP
Petrina A. McDaniel (GA Bar # 141301)
(*admitted *pro hac vice*)
petrina.mcdaniel@squirepb.com
Eric J Knapp (State Bar # 214352)
eric.knapp@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:   +1 415 954 0200
Facsimile:   +1 415 393 9887

Hannah J. Makinde (State Bar # 307907)
hannah.makinde@squirepb.com
555 South Flower Street, Suite 3100
Los Angeles, California 90071
Telephone:   +1 213 624 2500
Facsimile:   +1 213 623 4581

Attorneys for Defendants
Manheim Riverside, Manheim Nevada,
NextGear Capital, Danny Brawn, Steve
Harmon, and Cesar Espinosa

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, et al., <br><br> Defendants. | Case No. 21-cv-1205-H-JLB <br><br> **DEFENDANTS MANHEIM RIVERSIDE, MANHEIM NEVADA, AND NEXTGEAR CAPITAL'S NOTICE OF PARTY WITH FINANCIAL INTEREST** <br><br> Judge: Hon. Marilyn Huff <br><br> Trial Date: Not Set <br> Date Action Filed:   July 1, 2021 |

Pursuant to Local Civil Rule 40.2, the undersigned counsel of record for Defendants Manheim Investments, Inc. d/b/a Manheim Riverside [1] ("Manheim Riverside"), Greater Nevada Auto Auctions, LLC d/b/a Manheim Nevada [2] ("Manheim Nevada"), and NextGear Capital, Inc., hereby identify the following entities with a pecuniary interest in the outcome of this case:

1. Manheim Remarketing, Inc.
2. Cox Auto, Inc.
3. Cox Enterprises, Inc.

Dated: September 3, 2021   Squire Patton Boggs (US) LLP

By: */s/ Petrina A. McDaniel*
    Petrina A. McDaniel
    Eric J. Knapp
    Hannah Makinde

Attorneys for Defendants
Manheim Riverside, Manheim Nevada, NextGear Capital, Danny Brawn, Steve Harmon, Cesar Espinosa

---

[1] Plaintiffs improperly name this Defendant "Manheim Riverside aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC."

[2] Plaintiffs improperly name this Defendant "Manheim Nevada aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC."

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071