Squire Patton Boggs (US) LLP
Petrina A. McDaniel (GA Bar # 141301)
(*admitted *pro hac vice*)
petrina.mcdaniel@squirepb.com
Eric J Knapp (State Bar # 214352)
eric.knapp@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  +1 415 954 0200
Facsimile:   +1 415 393 9887

Hannah J. Makinde (State Bar # 307907)
hannah.makinde@squirepb.com
555 South Flower Street, Suite 3100
Los Angeles, California 90071
Telephone:  +1 213 624 2500
Facsimile:   +1 213 623 4581

*Attorneys for Defendants*
*Manheim Riverside, Manheim Nevada,*
*NextGear Capital, Danny Brawn, Steve*
*Harmon, and Cesar Espinosa*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, et al.,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br><br>**MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE BY DEFENDANTS MANHEIM RIVERSIDE, MANHEIM NEVADA, NEXTGEAR CAPITAL, DANNY BRAWN, CESAR ESPINOSA, AND STEVE HARMON**<br><br>Judge: Hon. Marilyn Huff<br><br>Date:    October 8, 2021<br>Time:   10:30 a.m.<br>Dept:    TBD<br><br>Trial Date: Not Set<br>Date Action Filed:   July 1, 2021 |

## NOTICE OF MOTION AND MOTION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 8, 2021 at 10:30 a.m. or as soon thereafter as this matter may be heard before the Honorable Marilyn Huff, United States District Judge, in the above-entitled Court, located at 350 W. 1st Street, in Los Angeles, California, 90012, Defendants Manheim Investments, Inc. d/b/a Manheim Riverside [1] ("Manheim Riverside"), Greater Nevada Auto Auctions, LLC d/b/a Manheim Nevada [2] ("Manheim Nevada"), NextGear Capital, Inc., Danny Brawn [3], Cesar Espinosa, and Steve Harmon will and hereby do move the Court for an order dismissing with prejudice the Complaint filed against them in this action. Defendants bring this motion pursuant to Rules 8(a), 9(b), 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, and 28 U.S.C. § 1404 because Plaintiffs fail to allege facts sufficient to state a cause of action. Defendants Manheim Riverside, Manheim Nevada, Danny Brawn, Cesar Espinosa, and Steve Harmon further move the Court for an order dismissing the Complaint, as Plaintiffs must arbitrate their claims pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, because a valid, written arbitration agreement between the parties covers all disputes related to the agreement upon which Plaintiffs premise their claims.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and documents on file with the Court, and upon such oral argument and other submissions that may be presented at or before the hearing on this Motion.

---

[1] Plaintiffs improperly name this Defendant "Manheim Riverside aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC."

[2] Plaintiffs improperly name this Defendant "Manheim Nevada aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC."

[3] The correct spelling of Defendant Danny Brawn's name is "Brawn," not "Braun."

| | | |
|---|---|---|
| 1 | Dated: September 3, 2021 | Squire Patton Boggs (US) LLP |

By: */s/ Petrina A. McDaniel*
    Petrina A. McDaniel
    Eric J. Knapp
    Hannah Makinde

*Attorneys for Defendants Manheim Riverside, Manheim Nevada, NextGear Capital, Danny Brawn, Steve Harmon, and Cesar Espinosa*