# EXHIBIT 2

| | |
|---|---|
| 1 | Squire Patton Boggs (US) LLP |
| 2 | Petrina A. McDaniel (GA Bar # 141301)<br>(admitted *pro hac vice*) |
| 3 | petrina.mcdaniel@squirepb.com<br>Eric J Knapp (State Bar # 214352) |
| 4 | eric.knapp@squirepb.com<br>275 Battery Street, Suite 2600 |
| 5 | San Francisco, California  94111<br>Telephone:   +1 415 954 0200 |
| 6 | Facsimile:    +1 415 393 9887 |
| 7 | Hannah J. Makinde (State Bar # 307907)<br>hannah.makinde@squirepb.com |
| 8 | 555 South Flower Street, Suite 3100<br>Los Angeles, California  90071 |
| 9 | Telephone:   +1 213 624 2500<br>Facsimile:    +1 213 623 4581 |
| 10 | *Attorneys for Defendants* |
| 11 | *Manheim Riverside, Manheim Nevada, and NextGear Capital, Danny Brawn, Steve* |
| 12 | *Harmon, Cesar Espinosa* |

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California  90071

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, et al., | Case No. 21-cv-1205-H-JLB |
| Plaintiffs, | **EXHIBIT 2 – DECLARATION OF DANNY BRAWN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS.** |
| v. | Judge:  Hon. Marilyn Huff |
| MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, et al., | |
| Defendants. | |

EXHIBIT 2 - DECLARATION
21-CV-1205-H-JLB

# DECLARATION OF DANNY BRAWN

I, DANNY BRAWN, declare as follows:

1. I, DANNY BRAWN, am more than eighteen (18) years of age and a resident of the State of NEVADA, have personal knowledge of the facts set forth herein, and am otherwise competent to testify to the matters set forth herein.

2. I am currently employed as General Manager of Manheim Nevada, located at 6600 Auction Ln, Downtown, NV 89165.

3. The information contained in this Declaration is true and correct to the best of my personal knowledge and belief.

4. I am a resident of Las Vegas, Nevada, and have lived in Nevada for two years.

5. I do not own any real or tangible personal property in California.

6. I have no contacts with California arising from, related to or associated with any allegation in the above-captioned action ("Plaintiffs' Complaint").

7. I have transacted no business in California with any Plaintiff arising from, related to or associated with any allegation in Plaintiffs' Complaint.

8. I have placed no product in the stream of commerce from which any allegation in Plaintiffs' Complaint arises, relates or is otherwise associated.

9. I have derived no economic benefit from any business operation or transaction in California arising from, related to or associated with any allegation in Plaintiffs' Complaint.

10. I am not subject to taxation in California, apart from possible sales taxes during a brief trip.

11. I do not report any personal income taxes for income earned in California.

12. I do not maintain a personal office in California, nor do I regularly work

in California.

13. I have taken no action or actions in or outside of California or from any other location which caused damages to any Plaintiffs in California.

14. I have never solicited any business in California in person, by mail, by telephone or otherwise from which any allegation in the Plaintiffs' Complaint arises, relates to, or is otherwise associated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2nd day of September 2021 in Las Vegas, Nevada.

_____
DANNY BRAWN

Subscribed and sworn to before me
on this 2nd day of September 2021.

_____
Notary Public



- 3 -

EXHIBIT 2- DECLARATION
21-CV-1205-H-JLB