**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company doing business as San Diego Motorwerks; CHIDIEBERE AMADI, an individual; RICHARD JOHN HAGEN, an individual doing business as Euromotorwerks; CARRIE SORRENTO, an individual,<br><br>                              Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; MANHEIM NEVADA, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, LLC, doing business as Center BMW; and DOES 1 through 200, inclusive,<br><br>                              Defendants. | Case No.: 21-cv-01205-H-JLB<br><br>**ORDER RESCHEDULING HEARING** |

September 3, 2021, Defendants Manheim Investments, Inc., Greater Nevada Auto Auctions, LLC,[1] NextGear Capital, Inc., Danny Brawn,[2] Steve Harmon, and Cesar Espinosa (the "Moving Defendants") filed a motion to dismiss or, in the alternative, to transfer venue. (Doc. No. 23.) The Moving Defendants noticed the motion for an October 8, 2021 hearing date. (Id.) But the hearing date should have been listed as October 18, 2021. As a result, the Court reschedules the hearing on the Moving Defendants' motion to **Monday, October 18, 2021 at 10:30 am**.

**IT IS SO ORDERED.**

DATED: September 8, 2021

                                   *[signature]*
                                   MARILYN L. HUFF, District Judge
                                   UNITED STATES DISTRICT COURT

---

[1] According to the parties' joint motion, Plaintiff erroneously named Defendants Manheim Investments, Inc. and Greater Nevada Auto Auctions, LLC as Manheim Riverside and Manheim Nevada, respectively. (Doc. No. 23 at 2 nn.1-2.)

[2] Defendant Danny Brawn's name is spelled "Brawn," not "Braun." (Doc. No. 23 at 2 n.3.)