1  **Rebecca A. Caley, Bar No. 131997**
   **Christopher M. Domin, Bar No. 273951**
2  **CALEY & ASSOCIATES**
   **A Professional Corporation**
3  **265 S. Randolph Avenue, Suite 270**
   **Brea, California 92821-5777**
4  **714/529-1400 Office**
   **714/529-1515 Facsimile**
5  **2030-276**

6  Attorneys for Defendant,
   BMW Financial Services NA, LLC
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual, | Case No. 21-cv-1205-H-JLB  Hon. Marilyn Huff |
| Plaintiffs, | DEFENDANT, BMW FINANCIAL SERVICES NA, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST |
| v. | |
| MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS, INC. AKA COX AUTO AUCTIONS, LLC CARFAX, INC., NEXTGEAR CAPITAL, DANNY BRAUN, an individual, CESAR ESPINOSA, an individual, STEVE HARMON, an individual, JERRY SIDERMAN, an individual, BMW OF NORTH AMERICA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200, | Trial Date:  Not Set  Date Action Filed:  July 1, 2021 |
| Defendants. | |

Pursuant to Local Civil Rule 40.2, the undersigned counsel of record for Defendant, BMW FINANCIAL SERVICES NA, LLC, a Delaware limited liability company, erroneously named as BMW of North America, LLC[1] ("Defendant"), hereby identifies the following entities with a pecuniary interest in the outcome of this case:

1. BMW Financial Services NA, LLC is a private Delaware limited liability company operating as a wholly-owned subsidiary of BMW of North America, LLC.

2. BMW of North America, LLC is a private Delaware limited liability company operating as a wholly-owned subsidiary of BMW (US) Holding Corp.

3. BMW (US) Holding Corp. is a Delaware corporation operating as a wholly-owned subsidiary of BMW AG.

4. BMW AG is a publicly held, publicly traded (OTC:BMWYY) German corporation with its principal place of business located in Munich, Germany. No parent corporation or other publicly held corporation owns 10% or more of BMW AG's stock.

Dated: September 21, 2021

CALEY & ASSOCIATES
A Professional Corporation

By: /s/ Rebecca A. Caley
Rebecca A. Caley
Christopher M. Domin
Attorneys for Defendant,
BMW Financial Services NA, LLC

---

[1] Plaintiffs erroneously name this defendant as BMW OF NORTH AMERICA, LLC.

# ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:   September 21, 2021

CALEY & ASSOCIATES
A Professional Corporation

By:  **/s/ Rebecca A. Caley**
_____
Rebecca A. Caley
Christopher M. Domin
Attorneys for Defendant,
BMW Financial Services NA, LLC