AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT

DIPITO LLC, a Montana Limited Liability Company doing business as San Diego Motorwerks, et al., )
*Plaintiff* )
v. ) Case No. 21-cv-01205-H-JLB
MANHEIM RIVERSIDE, et al., )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, CARFAX, INC.

Date: September 22, 2021          /s/ Monique Fuentes
                                  *Attorney's signature*

                                  Monique Fuentes, SBN 205501
                                  *Printed name and bar number*

                                  Troutman Pepper Hamilton Sanders LLP
                                  5 Park Plaza, Suite 1400
                                  Irvine, CA 92614
                                  *Address*

                                  monique.fuentes@troutman.com
                                  *E-mail address*

                                  949-622-2700
                                  *Telephone number*

                                  949-622-2739
                                  *FAX number*



American LegalNet, Inc.
www.FormsWorkFlow.com