TROUTMAN PEPPER HAMILTON SANDERS LLP
Monique M. Fuentes, Bar No. 205501
monique.fuentes@troutman.com
Ross Smith, Bar No. 416738
ross.smith@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA  92614-2545
Telephone:  949.622.2700
Facsimile:   949.622.2739

Attorneys for Defendant
CARFAX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO, LLC, a Montana LLC dba SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS; RICHARD JOHN HAGEN, an individual; and CARRIE SORRENTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANHEIM RIVERSIDE aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC; MANHEIM NEVADA aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC dba CENTER BMW; and DOES 1 through 200,<br><br>Defendants. | Case No.  21-cv-1205-H-JLB<br><br>**DEFENDANT CARFAX, INC.'S MOTION TO DISMISS**<br><br>Judge: Hon. Marilyn Huff<br>Date:    November 1, 2021<br>Time:    10:30 a.m.<br>Ctrm:    TBD |

## NOTICE OF MOTION AND MOTION

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 1, 2021 at 10:30 a.m. or as soon thereafter as this matter may be heard before the Honorable Marilyn Huff, United States District Judge, in the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California, 90012, Defendant Carfax, Inc. will and hereby does move the Court for an order dismissing with prejudice the Complaint filed against it in this action. Defendant brings this motion pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs fail to allege facts sufficient to state a claim and fail to plead with the particularity required by Rule 9(b). Defendant further moves the Court to dismiss the Complaint with respect to all Plaintiffs except Mr. Amadi on the basis that the other Plaintiffs are required to arbitrate their claims given the valid, written contractual agreement in force between the parties.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and documents on file with the Court, and such oral argument or other submissions that may be presented at or before the hearing on this Motion.

Dated: September 24, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Monique M. Fuentes
Monique M. Fuentes
Ross Smith
Attorneys for Defendant
CARFAX, INC.