TROUTMAN PEPPER HAMILTON SANDERS LLP
Monique M. Fuentes, Bar No. 205501
monique.fuentes@troutman.com
Ross Smith, Bar No. 416738
ross.smith@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA  92614-2545
Telephone:    949.622.2700
Facsimile:     949.622.2739

Attorneys for Defendant
CARFAX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO, LLC, a Montana LLC dba SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS; RICHARD JOHN HAGEN, an individual; and CARRIE SORRENTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANHEIM RIVERSIDE aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC; MANHEIM NEVADA aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC dba CENTER BMW; and DOES 1 through 200,<br><br>Defendants. | Case No.  21-cv-1205-H-JLB<br><br>**DEFENDANT CARFAX, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge: Hon. Marilyn Huff<br>Trial Date: Not Set<br>Date Action Filed: July 1, 2021 |

Pursuant to Local Civil Rule 40.2, the undersigned counsel of record for Defendant, Carfax, Inc. ("Carfax") hereby identifies the following entities with a pecuniary interest in the outcome of this case:

1. Polk Carfax, Inc., a Michigan corporation
2. R.L. Polk & Co., a Delaware corporation
3. IHS Global Inc., a Delaware corporation
4. IHS Holding Inc., a Delaware corporation
5. IHS Inc., a Delaware corporation
6. IHS Global Holding LLC, a Delaware limited liability company
7. Markit North America Inc., a Delaware corporation
8. Markit Group Limited, a United Kingdom private limited company
9. Markit Group Holding Limited, a United Kingdom private limited company
10. IHS Markit Ltd., a publicly-held Bermuda exempted Company

Dated: September 24, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Monique M. Fuentes
Monique M. Fuentes
Ross Smith
Attorneys for Defendant
CARFAX, INC.

119588636