TROUTMAN PEPPER HAMILTON SANDERS LLP
Monique M. Fuentes, Bar No. 205501
monique.fuentes@troutman.com
Ross Smith, Bar No. 416738
ross.smith@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
CARFAX, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO, LLC, a Montana LLC dba SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS; RICHARD JOHN HAGEN, an individual; and CARRIE SORRENTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANHEIM RIVERSIDE aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC; MANHEIM NEVADA aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC dba CENTER BMW; and DOES 1 through 200,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br><br>**DEFENDANT CARFAX, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. Marilyn Huff<br>Trial Date: Not Set<br>Date Action Filed: July 1, 2021 |

21-CV-1205-H-JLB

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Civil Rule 40.2, Defendant, Carfax, Inc. ("Carfax") hereby states the following:

Carfax, Inc., a Pennsylvania corporation, is wholly owned by Polk Carfax, Inc., a Michigan corporation, which is wholly owned by R.L. Polk & Co., a Delaware corporation. R.L. Polk & Co. is wholly owned by IHS Global Inc., a Delaware corporation, which is wholly owned by IHS Holding Inc., a Delaware corporation, which is wholly owned by IHS Inc., a Delaware corporation. IHS Inc. is owned by IHS Global Holding LLC, a Delaware limited liability company, and Markit North America Inc., a Delaware corporation. IHS Global Holding LLC is wholly owned by Markit North America Inc., a Delaware corporation, which is wholly owned by Markit Group Limited, a United Kingdom private limited company, which is wholly owned by Markit Group Holding Limited, a United Kingdom private limited company, which is wholly owned by IHS Markit Ltd., a publicly-held Bermuda exempted Company.

Dated: September 24, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Monique M. Fuentes
Monique M. Fuentes
Ross Smith
Attorneys for Defendant
CARFAX, INC.

119588247