Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC CARFAX, INC., NEXTGEAR CAPITAL, DANNY BRAUN, an individual, CESAR ESPINOSA, an | Case No.: 21-cv-1205-H-JLB<br><br>**MOTION FOR ENTRY OF DEFAULT**<br><br><u>**DEMAND FOR JURY TRIAL**</u><br>Judge: Hon. Marilyn Huff<br><br>Date:<br>Time:<br>Dept:<br><br>Trial Date: Not Set<br>Date Action Filed: July 1, 2021 |

individual, STEVE HARMON, an            )
individual, JERRY SIDERMAN, an          )
individual, BMW OF NORTH                )
AMERICA, LLC, CENTER                    )
AUTOMOTIVE, INC DBA CENTER              )
BMW and DOES 1 through 200              )
                                        )
                  Defendants.           )

Plaintiffs request that the clerk of the court enter default against defendant JERRY SIDERMAN pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated: October 4, 2021              LAW OFFICE OF MICHAEL A. ALFRED


                                    By:   /s/Michael A. Alfred
                                          Michael A. Alfred
                                          Attorney for Plaintiffs