Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC CARFAX, INC., NEXTGEAR CAPITAL, DANNY BRAUN, an individual, CESAR ESPINOSA, an | Case No.: 21-cv-1205-H-JLB<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**<br><br>**DEMAND FOR JURY TRIAL**<br>Judge: Hon. Marilyn Huff<br><br>Date:<br>Time:<br>Dept:<br><br>Trial Date: Not Set<br>Date Action Filed: July 1, 2021 |

individual, STEVE HARMON, an  )
individual, JERRY SIDERMAN, an )
individual, BMW OF NORTH )
AMERICA, LLC, CENTER )
AUTOMOTIVE, INC DBA CENTER )
BMW and DOES 1 through 200 )
                                                          )
                           Defendants. )
_____

I, MICHAEL A. ALFRED, declare as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter

2. The summon and complaint were filed on July 1, 2021.

3. Defendant JERRY SIDERMAN was served with a copy of the summons and complaint on July 26, 2021, as reflected on the docket sheet by the proof of service filed on July 27, 2021

4. An answer to the complaint was due on or about 21 days after the date of personal service on August 16, 2021

5. Defendant JERRY SIDERMAN has failed to appear, plead or otherwise defend with the time allowed and, therefore, is now in default.

6. I acted as an auction buyer for the benefit of DIPITO LLC from October/November 2019 until approximately May 2020.

7. Plaintiffs request that the clerk of the court enter default against Defendant JERRY SIDERMAN.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2021

By: _____
Michael A. Alfred, Attorney for Plaintiff

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this  4th  day of  October , 2021, by  Michael A. Alfred , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: Pranathi
Signature of Notary Public

(Seal) 

PRANATHI KOMANDLA
COMM. #2261686
Notary Public - California
San Diego County
My Comm. Expires Oct. 7, 2022