Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC CARFAX, INC., NEXTGEAR CAPITAL, DANNY BRAUN, an individual, CESAR ESPINOSA, an | Case No.: 21-cv-1205-H-JLB<br><br>**DEFAULT JUDGMENT**<br><br>**DEMAND FOR JURY TRIAL**<br>Judge: Hon. Marilyn Huff<br><br>Date:<br>Time:<br>Dept:<br><br>Trial Date: Not Set<br>Date Action Filed: July 1, 2021 |

individual, STEVE HARMON, an individual, JERRY SIDERMAN, an individual, BMW OF NORTH AMERICA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200 )
)
)
)
)
)
)
Defendants. )

Defendant JERRY SIDERMAN, having failed to appear, plead or otherwise defend in this action, and default have been entered on _____, and counsel for plaintiffs having requested judgment against the defaulted defendants and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiffs DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual and against defendant JERYY SIDERMAN, as follows:

    a. **Count #4 - Quasi-Contract/Restitution** - SIDERMAN concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid. SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE #1. Amount Paid for Subject Vehicle #1 at auction: **$53,050.00** . (See Complaint Exhibit E.)

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated: _____, 2021

By:_____
Clerk of the Court