Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC CARFAX, INC., NEXTGEAR CAPITAL, DANNY BRAUN, an individual, CESAR ESPINOSA, an | Case No.: 21-cv-1205-H-JLB<br><br>**CERTIFICATE OF SERVICE**<br><br>**DEMAND FOR JURY TRIAL**<br>Judge: Hon. Marilyn Huff<br><br>Date:<br>Time:<br>Dept:<br><br>Trial Date: Not Set<br>Date Action Filed: July 1, 2021 |

individual, STEVE HARMON, an )
individual, JERRY SIDERMAN, an )
individual, BMW OF NORTH )
AMERICA, LLC, CENTER )
AUTOMOTIVE, INC DBA CENTER )
BMW and DOES 1 through 200 )
  )
           Defendants. )

I, Michael A. Alfred, hereby certify that I am employed as the Attorney for the Plaintiffs and are older than age 18 and possess the discretion and competence to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to Defendant JERRY SIDERMAN, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

**Jerry Siderman, 3751 Winford Drive, Tarzana, CA 91356**

Dated: __October 4, 2021__, 2021

By: __/s/Michael A. Alfred__
      Michael A. Alfred, Attorney for Plaintiffs