Squire Patton Boggs (US) LLP
Petrina A. McDaniel (GA Bar # 141301)
(*admitted *pro hac vice*)
petrina.mcdaniel@squirepb.com
Eric J Knapp (State Bar # 214352)
eric.knapp@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone:  +1 415 954 0200
Facsimile:  +1 415 393 9887

Hannah J. Makinde (State Bar # 307907)
hannah.makinde@squirepb.com
555 South Flower Street, Suite 3100
Los Angeles, California 90071
Telephone:  +1 213 624 2500
Facsimile:  +1 213 623 4581

*Attorneys for Defendants
Manheim Riverside, Manheim Nevada,
NextGear Capital, Danny Brawn, Steve
Harmon, and Cesar Espinosa*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE A/K/A COX AUTO INC. A/K/A MANHEIM INVESTMENTS INC. A/K/A COX AUTO AUCTIONS, LLC, et al.,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br><br>**JOINT MOTION TO EXTEND PAGE LIMIT OF DEFENDANTS' MANHEIM RIVERSIDE, MANHEIM NEVADA, NEXTGEAR CAPITAL, DANNY BRAWN, STEVE HARMON, AND CESAR ESPINOSA'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge: Hon. Marilyn Huff |

- 1 -

## JOINT MOTION TO EXTEND PAGE LIMIT

Pursuant to Local Rule 7.1(h) and 7.2, Plaintiffs and Defendants Manheim Investments, Inc. d/b/a Manheim Riverside ("Manheim Riverside"), Greater Nevada Auto Auctions, LLC d/b/a Manheim Nevada ("Manheim Nevada"), NextGear Capital, Inc., Danny Brawn, Cesar Espinosa, and Steve Harmon (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on July 1, 2021 [ECF No. 1];

WHEREAS, Defendants filed their Motion to Dismiss, or Alternatively, to Transfer Venue (the "Motion") on September 3, 2021 [ECF No. 23];

WHEREAS, Plaintiffs filed their Opposition to Defendants' Motion (the "Opposition") on September 27, 2021 [ECF No. 31];

WHEREAS, pursuant to Local Rule 7.1(e)(3), Defendants' reply memorandum in support of their Motion is due October 8, 2021;

WHEREAS, Defendants seek permission from this Court to exceed the 10-page limit set forth in Local Rule 7.1(h) for reply memorandum in support of their Motion;

WHEREAS, Defendants contend, and Plaintiffs stipulate and agree, that good cause exists for the additional pages due to the number of parties and claims involved, and the importance of presenting the Court with fully briefed arguments.

NOW THEREFORE, IT IS HEREBY STIPULATED that Defendants may file a 14-page reply memorandum in support of Defendants' Motion to Dismiss, or Alternatively, to Transfer Venue.

IT IS SO STIPULATED.

Dated: October 5, 2021

Law Office of Michael A. Alfred

By: */s/Michael A. Alfred*
    Michael A. Alfred

*Attorney for Plaintiffs*

Dated: October 5, 2021

Squire Patton Boggs (US) LLP

By: */s/Hannah Makinde*
    Petrina A. McDaniel
    Eric J. Knapp
    Hannah Makinde

*Attorneys for Defendants Manheim Riverside, Manheim Nevada, NextGear Capital, Danny Brawn, Steve Harmon, and Cesar Espinosa*

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: October 5, 2021

Squire Patton Boggs (US) LLP

By: */s/Hannah Makinde*
    Petrina A. McDaniel
    Eric J. Knapp
    Hannah Makinde

*Attorneys for Defendants Manheim Riverside, Manheim Nevada, NextGear Capital, Danny Brawn, Steve Harmon, and Cesar Espinosa*