SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, et al., <br><br> Defendants. | Case No. 21-cv-1205-H-JLB <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND PAGE LIMIT** <br><br> Judge: Hon. Marilyn Huff |

1  The Court has reviewed the Joint Motion submitted herewith between
2  Plaintiffs and Defendants Manheim Investments, Inc. d/b/a Manheim Riverside,
3  Greater Nevada Auto Auctions, LLC d/b/a Manheim Nevada, NextGear Capital,
4  Danny Brawn, Steve Harmon, and Cesar Espinosa and finds good cause shown.
5  PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Defendants
6  may file a 14-page reply memorandum in support of Defendants' Motion to Dismiss,
7  or Alternatively, to Transfer Venue.

Dated: October ___, 2021

_____
Honorable Marilyn Huff
United States District Judge