UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company doing business as San Diego Motorwerks; CHIDIEBERE AMADI, an individual; RICHARD JOHN HAGEN, an individual doing business as Euromotorwerks; CARRIE SORRENTO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; MANHEIM NEVADA, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, LLC, doing business as Center BMW; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.:  21-cv-01205-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND PAGE LIMIT**<br><br>[Doc. No. 33.] |

On July 1, 2021, Plaintiffs Dipito LLC, Chidiebere Amadi, Richard John Hagen, and Carrie Sorrento (collectively, "Plaintiffs") filed a complaint against Defendants Manheim Investments, Inc., Greater Nevada Auto Auctions, LLC, Carfax Inc., NextGear Capital,

Inc., Danny Braun, Cesar Espinosa, Steve Harmon, Jerry Siderman, BMW Financial Services NA, LLC, Center Automotive, Inc., and Does 1 through 200. (Doc. No. 1.) On October 5, 2021, Plaintiffs and Defendants Manheim Investments, Inc., Greater Nevada Auto Auctions, LLC, NextGear Capital, Inc., Danny Brawn, Steve Harmon, and Cesar Espinosa (the "Moving Defendants") filed a joint motion for leave for Movant Defendants to file a reply memorandum in support of their Motion to Dismiss, or Alternatively, to Transfer Venue (Doc. No. 23) that exceeds the page limits set forth in Local Rule 7.1(h). (Doc. No. 33)  For good cause shown, the Court grants the joint motion.  The Moving Defendants may file a 14-page reply memorandum in support of their Motion to Dismiss, or Alternatively, to Transfer Venue.

**IT IS SO ORDERED.**

DATED: October 6, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT