UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company doing business as San Diego Motorwerks; CHIDIEBERE AMADI, an individual; RICHARD JOHN HAGEN, an individual doing business as Euromotorwerks; CARRIE SORRENTO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MANHEIM RIVERSIDE, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; MANHEIM NEVADA, also known as Cox Auto Inc., also known as Manheim Investments Inc., also known as Cox Auto Auctions, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAWN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW FINANCIAL SERVICES NA, LLC; CENTER AUTOMOTIVE, LLC, doing business as Center BMW; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: 21-cv-01205-H-JLB<br><br>**ORDER CONTINUING HEARING DATE AND REQUESTING THAT DEFENDANTS FILE MOTIONS TO COMPEL ARBITRATION** |

1

On September 3, 2021 and September 24, 2021, several of the defendants in this matter filed motions to dismiss and raised arbitration agreements as the grounds for dismissal.  (Doc. Nos. 23 and 28.)  To fully develop the record, the Court continues the hearing on the motions to dismiss, and requests that the defendants seeking dismissal on the basis of arbitration agreements also file respective motions to compel arbitration.

Motions to compel arbitration must be filed on or before **Monday, November 8, 2021.**  Plaintiffs must file their oppositions on or before **Monday, November 22, 2021,** and Defendants must file their respective replies on or before **Monday, November 29, 2021.**  The Court continues the hearing on all currently pending motions to dismiss to **Monday, December 13, 2021 at 10:30 AM.**  The Court will also hear argument on the motions to compel arbitration at that time.  Defendant Carfax, Inc.'s reply in support of its motion to dismiss remains due on **Monday, October 25, 2021.**

**IT IS SO ORDERED.**

DATED: October 22, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT