TROUTMAN PEPPER HAMILTON SANDERS LLP
Monique M. Fuentes, Bar No. 205501
monique.fuentes@troutman.com
Ross Smith, Bar No. 204018
ross.smith@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
CARFAX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO, LLC, a Montana LLC dba SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS; RICHARD JOHN HAGEN, an individual; and CARRIE SORRENTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANHEIM RIVERSIDE aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC; MANHEIM NEVADA aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC dba CENTER BMW; and DOES 1 through 200,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br><br>**DEFENDANT CARFAX, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Marilyn Huff<br><br>Date: December 13, 2021<br>Time: 10:30 a.m.<br>Ctrm: TBD<br><br>Trial Date: Not Set<br>Action Filed: July 1, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, on December 13, 2021, at 10:30 a.m. or as soon thereafter as this matter may be heard before the Honorable Marilyn Huff, United States District Judge, in the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Carfax, Inc. ("Carfax") will and hereby does move the Court for an order transferring this case to the Eastern District of Virginia pursuant to 29 U.S.C. § 1404 on the basis that the valid, enforceable arbitration agreement between the SD Motorwerks Plaintiffs and Carfax applies to all of the claims raised in the Complaint, and a governing forum selection clause vests exclusive jurisdiction in the Eastern District of Virginia, Alexandria Division.  The parties' agreement also requires that any arbitration hearing take place in Washington, DC.  Accordingly, the case should be transferred to allow the Eastern District of Virginia to compel Plaintiffs Dipito, LLC dba SD Motorwerks, Richard John Hagan dba Euromotorwerks, John Hagan, and Carrie Sorrento, to arbitrate their claims against Carfax.  Alternatively, the Court should dismiss the claims against Carfax pursuant to Rule 12(b)(6).

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the pleadings and records on file herein, and on such other and further argument and evidence as may be presented, and all matters of which this Court may take judicial notice.

Dated: November 8, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP


By: /s/ Monique M. Fuentes
   Monique M. Fuentes
   Ross Smith
   Attorneys for Defendant
   CARFAX, INC.