TROUTMAN PEPPER HAMILTON SANDERS LLP
Monique M. Fuentes, Bar No. 205501
monique.fuentes@troutman.com
Ross Smith, Bar No. 204018
ross.smith@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendant
CARFAX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO, LLC, a Montana LLC dba SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS; RICHARD JOHN HAGEN, an individual; and CARRIE SORRENTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANHEIM RIVERSIDE aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC; MANHEIM NEVADA aka COX AUTO INC. aka MANHEIM INVESTMENTS INC. aka COX AUTO AUCTIONS, LLC CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, an individual; CESAR ESPINOSA, an individual; STEVE HARMON, an individual; JERRY SIDERMAN, an individual; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC dba CENTER BMW; and DOES 1 through 200,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br><br>**DECLARATION OF MELINDA GENOVESE IN SUPPORT OF DEFENDANT CARFAX, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Marilyn Huff<br>Date:  December 13, 2021<br>Time:  10:30 a.m.<br>Ctrm:  TBD |

# **DECLARATION OF MELINDA GENOVESE**

I, Melinda Genovese, declare as follows:

1. I am more than eighteen (18) years of age and a resident of the State of Virginia. I have personal knowledge of the facts set forth herein. If called to testify, I could and would testify competently thereto.

2. I am the Director of Product Support for Carfax and Custodian of Records.

3. Carfax has no agreement with, or any record of any purchases by, Chidiebere Amadi.

4. Attached as Exhibit 1 to Carfax's Motion to Compel Arbitration is a true and correct copy of the Advantage Program contractual agreement entitled "CARFAX Services Agreement" between EuroMotorwerks and Carfax signed by Richard Hagen on or about April 6, 2015 as it is kept in the regular and ordinary course of Carfax's business, with pricing information redacted.

5. Attached as Exhibit 2 to Carfax's Motion to Compel Arbitration is a true and correct copy of the Enhanced Used Car Listings / Retargeting contractual agreement entitled "CARFAX Services Agreement" between EuroMotorwerks and Carfax executed on or about March 8, 2017 as it is kept in the regular and ordinary course of Carfax's business, with pricing information redacted.

6. Attached as Exhibit 3 to Carfax's Motion to Compel Arbitration is a true and correct copy of the Enhanced Used Car Listings contractual agreement entitled "CARFAX Services Agreement" between EuroMotorwerks and Carfax signed by Richard Hagen on or about October 10, 2018 as it is kept in the regular and ordinary course of Carfax's business, with pricing information redacted.

7. Attached as Exhibit 4 to Carfax's Motion to Compel Arbitration is a true and correct copy of the Carfax Service Terms and Conditions as it is kept in the regular and ordinary course of Carfax's business.

8. On or about November 26, 2019, Richard Hagen contacted Carfax to inform Carfax that EuroMotorwerks was changing its name to SD Motorwerks, and Carfax updated its records accordingly.

9. SD Motorwerks remains a Carfax customer and Advantage subscriber. Carfax has no record of SD Motorwerks cancelling its Advantage subscription.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of November, 2021.

*Melinda Genovese*
Melinda Genovese