# EXHIBIT 1

## CARFAX® Services Agreement - New

**Customer Name ("Customer"):** EuroMotorWerks
**Address:** 7675 Formula Place Suite D **City:** San Diego **State:** CA **Zip Code:** 92121
**Phone:** (858) 935-9094 **Fax:** (858) 935-9034 **CARFAX Rep:** Django Mulholland
**Dealership Website:** http://www.emwsd.com/
**CARFAX Account Number:**

If Billing Address is different than Mailing Address, please fill in the information below
**Billing Address:** _____
**P.O. Box:** _____ **City:** _____ **State:** _____ **Zip Code:** _____

### Lock in Your Introductory Offer Now! Offer expires 04/30/2015

#### Advantage Program

| | |
|---|---|
| Promotional Rate(per month): | |
| Promotion: | First 30 days free PLUS Promotional Rate thru October 31, 2015 |
| Contract Date: | Date on which completed contract is received by CARFAX |
| Promotional Term: | Contract Date to 10/31/2015 |
| Renewal Rate(per month): | |
| Renewal Term: | Renews annually after promotional term |

#### Used Car Listings - Enhanced

| | |
|---|---|
| Promotional Rate(per month): | (50% savings off current list rate) |
| Promotion: | First 30 days free PLUS Promotional Rate thru October 31, 2015 |
| Contract Date: | Date on which completed contract is received by CARFAX |
| Promotional Term: | Contract Date to 10/31/2015<br>* You may cancel with 30 days written notice after 3 billed months |
| Renewal Rate(per month): | List rate in effect on renewal date |
| Renewal Term: | Renews annually after promotional term<br>* You may cancel any time with 30 days written notice |

**SELECT ONE:**
☐ Sign up for Advantage Program AND Used Car Enhanced Listings   OR   ☒ Sign up for Advantage Program ONLY

I understand that this Application is subject to the CARFAX Services Terms and Conditions (available online at http://www.carfaxfordealers.com/service-terms-and-conditions/ or by calling 855-845-5733). I represent that I am duly authorized to execute this Application on behalf of Customer and bind Customer to the terms of this Application and the CARFAX Services Terms and Conditions.

____ I am opting out of having CARFAX automatically run NMVTIS Checks (for a current fee of $0.49 per NMVTIS Check) for vehicle identification numbers of my used vehicles that are retailed online. If I do not opt out of this automatic service, I understand and agree that such service will be subject to all then-current CARFAX terms and conditions applicable to such service.

| Name: Richard Hagan | Title: Owner |
|---|---|
| Email: rick.euromotorwerks@gmail.com | Phone: (858) 935-9094 |

**Signature:** [signed]   **Date:** 4/6/15

Please fax back the completed form to (800) 388-2190
5860 Trinity Parkway, Suite 600, Centreville, VA, 20120 - Phone: 888.788.7715 - Fax: 866.454.9859