# EXHIBIT 2

# CARFAX SERVICES AGREEMENT



**CARFAX Rep:** Tyler Kenney        **Email:** tyler@carfax.com        **Phone:**

**Customer Name ("Customer"):** EuroMotorWerks        **Phone:** (858) 935-9094
**CARFAX Account Number:** 160136.1                    **Fax:** (858) 935-9034
**Address:** 7675 Formula Pl Ste D                     **Website:** http://www.euromotorwerkssandiego.com/home
**City:** San Diego        **State:** CA               **Zip Code:** 92121-3430
If Billing Address is different than Mailing Address, please fill in the information below
**Billing Address:**
**P.O. Box:**            **City:**        **State:**        **Zip Code:**

## Lock in Your Introductory Offer Now! Offer expires March 31, 2017.

| | |
|---|---|
| **Program:** | Enhanced Used Car Listings |
| **Offer:** | Signing Month free PLUS Monthly Rate thru Initial Term |
| **Monthly Rate:** | |
| **Contract Date:** | Date on which completed agreement is received by CARFAX. |
| **Initial Term:** | Contract Date to 3/31/2018 |
| **Renewal Rate:** | List rate in effect on Renewal Date |
| **Renewal Term:** | Renews annually after initial term |
| **Cancellation Clause:** | You may cancel after 3 billed months with at least 30 days prior written notice, effective as of the last day of the month in which 30 day notice period expires. |

| | |
|---|---|
| **Program:** | Retargeting |
| **Offer:** | Signing month free PLUS Monthly Rate thru Initial Term |
| **Monthly Rate:** | |
| **Contract Date:** | Date on which completed agreement is received by CARFAX. |
| **Initial Term:** | Contract Date to 6/30/2017 |
| **Renewal Rate:** | List rate in effect on Renewal Date |
| **Renewal Term:** | Renews monthly after initial term |
| **Cancellation Clause:** | You may cancel with 30 days prior written notice after the Initial Term. |

I understand that this Application is subject to the CARFAX Services Terms and Conditions (available online at http://www.carfaxfordealers.com/service-terms-and-conditions/ or by calling 855-845-5733). I represent that I am duly authorized to execute this Application on behalf of Customer and bind Customer to the terms of this Application and the CARFAX Services Terms and Conditions.

**Signature:** SM        **First Name:** Sam        **Last Name:** Mugbel
                       **Title:** Manager            **Phone:** 7604051107
**Date:** 3/8/2017     **Email:** Sammugbel@gmail.com

5860 Trinity Parkway, Suite 600, Centreville, VA, 20120
©2016 CARFAX, Inc. All Rights Reserved

# CARFAX SERVICES AGREEMENT 

## Additional Information Needed to Get You Started

**Your Dealer Contact Information:**

**\*\*Dealership Website:** www.euromotorwerkssandiego.com

**\*\*Phone Number to Send Leads:** 8589359094

**\*\*Email to Send Leads:** Rick@euromotorwerkssandiego.com

**\*\*Is Address Above an ADF Email?** No

**\*\*** _Yes_ CARFAX may record all phone calls made using the phone numbers provided as part of the CARFAX Used Car Listings program.

**\*\*Email to Send Recorded Calls:** Sammugbel@gmail.com

**Technical Administrator:**

**\*\*Name:** Sam Mugbel    **\*\*Title:** Manager

**\*\*Email:** Sammugbel@gmail.com    **\*\*Phone:** 7604051107

**Your Used Car Inventory Provider:**

**\*\*Inventory Provider:** Auto Manager    **Inventory Provider ID:**

**Additional Information Required to be Disclosed Under Your State Law:**

**Additional Fees:**    **Dealer License Number:**

Initials: _SM_    Date Signed: 3/8/2017

5860 Trinity Parkway, Suite 600, Centreville, VA, 20120
©2016 CARFAX, Inc. All Rights Reserved