# EXHIBIT 3

# CARFAX SERVICES AGREEMENT



**CARFAX Rep:** Justin Burnett     **Email:** justinburnett@carfax.com     **Phone:**

| | |
|---|---|
| **Customer Name ("Customer"):** EuroMotorWerks | **Phone:** (858) 935-9094 |
| **CARFAX Account Number:** 160136.1 | **Fax:** (858) 935-9034 |
| **Address:** 7675 Formula Pl | **Website:** http://www.euromotorwerkssandiego.com/home |
| **City:** San Diego          **State:** CA | **Zip Code:** 92121-3430 |
| If Billing Address is different than Mailing Address, please fill in the information below | |
| **Billing Address:** | |
| **P.O. Box:**          **City:**          **State:** | **Zip Code:** |

## Lock in Your Introductory Offer Now! Offer expires October 31, 2018.

| | |
|---|---|
| **Program:** | **Enhanced Used Car Listings** |
| **Offer:** | Signing Month free PLUS Monthly Rate thru Initial Term |
| **Monthly Rate:** | |
| **Contract Date:** | Date on which completed agreement is received by CARFAX. |
| **Initial Term:** | Contract Date to 10/31/2019 |
| **Renewal Rate:** | List rate in effect on Renewal Date |
| **Renewal Term:** | Renews annually after initial term |
| **Cancellation Clause:** | You may cancel after 3 billed months with at least 30 days prior written notice, effective as of the last day of the month in which 30 day notice period expires. |

I understand that this Application is subject to the CARFAX Services Terms and Conditions (**available online at http://www.carfaxfordealers.com/service-terms-and-conditions/ or by calling 855-845-5733**). I represent that I am duly authorized to execute this Application on behalf of Customer and bind Customer to the terms of this Application and the CARFAX Services Terms and Conditions.

**Signature:** *Richard Hagan*
DocuSigned by:
1836B515BA234FD...

**First Name:** rick          **Last Name:** hagen

**Title:** owner          **Phone:** 8589359094

**Date:** 10/10/2018

**Email:** rick@euromotorwerkssandiego.com

5860 Trinity Parkway, Suite 600, Centreville, VA, 20120
©2018 CARFAX, Inc. All Rights Reserved

# CARFAX SERVICES AGREEMENT 

## Additional Information Needed to Get You Started

**Your Dealer Contact Information:**

**\*\*Dealership Website:**     www.euromotorwerkssandiego.com

**\*\*Phone Number to Send Leads:**     7603103098

**\*\*Email to Send Leads:**     rick@euromotorwerkssandiego.com

**\*\*Is Address Above an ADF Email?**     No

**\*\*** Yes     **CARFAX may record all phone calls made using the phone numbers provided as part of the CARFAX Used Car Listings program.**

**\*\*Email to Send Recorded Calls:**     rick@euromotorwerkssandiego.com

**Technical Administrator:**

**\*\*Name:**  rick                                    **\*\*Title:**  owner

**\*\*Email:**  rick@euromotorwerkssandiego.com        **\*\*Phone:**  8589359094

**Your Used Car Inventory Provider:**

**\*\*Inventory Provider:**  automanager          **Inventory Provider ID:**

**Additional Information Required to be Disclosed Under Your State Law:**

**Additional Fees:**                              **Dealer License Number:**



Initials:

Date Signed:  10/10/2018