Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC CARFAX, INC., NEXTGEAR CAPITAL, DANNY BRAUN, an individual, CESAR ESPINOSA, an | Case No.: 21-cv-1205-H-JLB<br><br>**DECLARATION OF RICHARD JOHN HAGEN IN OPPOSITION TO MOTION TO DISMISS, OR ALTERNATIVELY, TO TRANSFER VENUE BY DEFENDANTS MANHEIM RIVERSIDE, MANHEIM NEVADA, NEXTGEAR CAPITAL, DANNY BRAWN, CESAR ESPINOSA, AND STEVE HARMON**<br><br><u>**DEMAND FOR JURY TRIAL**</u><br>Judge: Hon. Marilyn Huff<br><br>Date: October 18, 2021<br>Time: 10:30 a.m.<br>Dept: TBD<br><br>Trial Date: Not Set<br>Date Action Filed: July 1, 2021 |

individual, STEVE HARMON, an       )
individual, JERRY SIDERMAN, an     )
individual,  BMW OF NORTH          )
AMERICA, LLC, CENTER               )
AUTOMOTIVE, INC DBA CENTER         )
BMW and DOES 1 through 200         )
                                   )
            Defendants.            )

## DECLARATION OF RICHARD JOHN HAGEN

I, RICHARD JOHN HAGEN, declare as follows:

1. I, RICHARD JOHN HAGEN, am more than eighteen (18) years of age and a resident of the State of CALIFORNIA, have personal knowledge of the facts set forth herein, and am otherwise competent to testify to the matters set forth herein.

2. I am currently married to CARRIE SORRENTO. CARRIE is the owner/operator of DIPITO LLC. I work for CARRIE.

3. The information contained in this Declaration is true and correct to the best of my personal knowledge and belief.

4. I am a resident of San Diego, California, and have lived in California for just over 20 years.

5. I acted as an auction buyer for the benefit of EUROMOTORWERKS LLC from September 2015 through approximately October/November 2019.

6. I acted as an auction buyer for the benefit of DIPITO LLC from October/November 2019 until approximately May 2020.

7. I am a lay person. I am not legally astute.

8. At no time during my dealings with Manheim have I ever negotiated any of the terms and conditions contained within the Manheim Terms and Conditions. Any such terms and conditions were presented online on a take-it or leave-it basis.

9. I transacted business with Manheim on-site and online in Nevada and in California.

10. I understood that if I had issues with my vehicles that I could seek to arbitrate those claims with the respective auctions. I elected to arbitrate various claims pertaining to vehicle damages with Manheim. Manheim always had the final decision and I was not provided any further recourse. So, Manheim was the Judge, Jury and Arbitrator.

11. Danny Brawn called me on or about May 12, 2020 to inform me that our auction account has been terminated because we elect to arbitrate approximately 50% of the cars that

Dipito LLC purchases at auction. A copy of the transcript of that telephone call is attached hereto. (Exhibit 1 to Declaration of Richard John Hagen).

12. Manheim never advised me that I could not sue them for fraud.

13. Manheim never advised me that they could sue me for any legal issues of their choice but I only had the option to take them to arbitration for any such issues.

14. Manheim never advised me that I had any option to opt out of Mandatory Arbitration provisions in their Terms and Conditions.

15. As an unsophisticated dealer customer, I did not comprehend or understand their complicated Terms and Conditions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 27, 2021

By: _____
Richard John Hagen

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed thedocument to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 27TH day of SEPTEMBER, 2021, by RICHARD JOHN HAGEN, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



M A ALFRED
Notary Public - California
San Diego County
Commission # 2331726
My Comm. Expires Aug 16, 2024

Signature: _____
Signature of Notary Public

(Seal)

# EXHIBIT 1 - DECLARATION OF RICHARD JOHN HAGEN

## Audio file from May 12, 2020

[Danny Brawn Telephone Call with Rick Hagen.mp3](#)

## Transcript

Rick Hagen - SD Motorwerks

Andy, it's John just returning your call.

Danny Brawn - Manheim


Danny Brawn - Manheim

All right?

Danny Brawn - Manheim

John, how are you?

Rick Hagen - SD Motorwerks

I'm OK, I'm not comfortable with having you guys run that car under my name. Do the fact that.

Danny Brawn - Manheim

Don't worry about it, I've already, we've already got it handled. We've already got it handled, so here's what we're gonna do.

Danny Brawn - Manheim

We're gonna inherit the car and we're gonna use the proceeds to pay for the Porsche. You'll get whatever.

Danny Brawn - Manheim


Danny Brawn - Manheim


Danny Brawn - Manheim

Leftover from the 48 five that you paid.

Danny Brawn - Manheim

Are we on the same page at this point?

Rick Hagen - SD Motorwerks

Yeah, but I'm losing money on transport and all that stuff.

Danny Brawn - Manheim


Danny Brawn - Manheim

Well, you're welcome to.

Danny Brawn - Manheim

Send me the bill for transport.

Danny Brawn - Manheim

If you wanna email that to me.

Danny Brawn - Manheim

But here's the deal.

Danny Brawn - Manheim

That's this is the last transaction that your company is gonna do with Manhunt.

Rick Hagen - SD Motorwerks

What, why is that?

Danny Brawn - Manheim

It's it's just too much. We don't do business this way. You're a 50% plus arbitrator, and that's the decision that's.

Rick Hagen - SD Motorwerks

So you tell it.


Danny Brawn - Manheim

Been made on a high level.

Rick Hagen - SD Motorwerks

Who who made that decision?

Danny Brawn - Manheim

I lost you John. Are you still there?

Danny Brawn - Manheim

Who made it?

Danny Brawn - Manheim

Rick Hagen - SD Motorwerks

Yeah, I'm still here. Who made that decision?

Danny Brawn - Manheim

It was made on a high level.

Rick Hagen - SD Motorwerks

OK, but let me ask you a question what?

Danny Brawn - Manheim

Higher than B.

Rick Hagen - SD Motorwerks

Who who said I'm a 50% arbitrator?

Danny Brawn - Manheim

Nobody said it, it's when I.

Danny Brawn - Manheim

Pull pull up your information in the system. You arbitrate more than the national average of 50%. It costs money to do business with you, John. And we're not going to do it.

Rick Hagen - SD Motorwerks

No, like what cards?

Rick Hagen - SD Motorwerks

That's not true she.

Rick Hagen - SD Motorwerks

OK, so was it your choice that you made this?

Danny Brawn - Manheim

Nope, it was not. But I agree with it 100%.

Rick Hagen - SD Motorwerks

Hey, K, But who's the one that made it? Who's the one that made it?

Danny Brawn - Manheim

Danny Brawn - Manheim

It was a collective decision made by several G.

Rick Hagen - SD Motorwerks

Well, sorry before anything has been done.

Rick Hagen - SD Motorwerks

Or said, I want this all in.

Rick Hagen - SD Motorwerks

Writing because this is not fair.

Danny Brawn - Manheim

You're not getting anything in writing. You're not getting anything.

Danny Brawn - Manheim

More than what I told.

Danny Brawn - Manheim

You the moment I called you, we're going to sell the car under us.

Danny Brawn - Manheim

We'll use it.

Danny Brawn - Manheim

To pay off the portion, you'll get whatever.

Danny Brawn - Manheim

Is leftover and I'll pay your transport bill and that's.

Danny Brawn - Manheim

It that's all you're getting.

Rick Hagen - SD Motorwerks

And then you're saying you're canceling my account because you've.

Danny Brawn - Manheim

And we're done. We're done doing business.

Rick Hagen - SD Motorwerks

Great, I will be seeing you in court. I hope you have every year fax everybody. You're such a you're such an amazing person.

Danny Brawn - Manheim

Sounds great, OK right?