Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800


Attorney for Plaintiff


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual. | Case No.:  21-cv-1205-H-JLB |

**FIRST AMENDED COMPLAINT SEEKING MONETARY DAMAGES, STATUTORY DAMAGES, PUNITIVE DAMAGES, EQUITABLE RELIEF AND DECLARATORY RELIEF:**

Plaintiffs,

vs.

JERRY SIDERMAN, an individual, BMW FINANCIAL SERVICES NA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200

Defendants.

1. **Consumers Legal Remedies Act CA Civ. Code 1750**
2. **Breach of Implied Warranty pursuant to  Song Beverly Consumer Warranty Act**
3. **Breach of Implied Warranty pursuant to Magnusson-Moss Consumer Warranty Act 15 USC 2308**
4. **Violation of Bus. & Profs. Code Section 17200, et seq.**
5. **Deceit and/or Negligent Misrepresentation**

**DEMAND FOR JURY TRIAL**

COMPLAINT

-1-

Judge: Hon. Marilyn Huff
Action Filed: July 1, 2021
Trial Date: Not Set

Plaintiff alleges as follows:

### PARTIES

1.       Plaintiff SD MOTORWERKS is an LLC owned by DIPITO LLC SERIES A Montana LLC ("**SD MOTORWERKS**"). The business is operated as the San Diego Business Trust by the Co-Trustee, Carrie Elin Sorrento ("**SORRENTO**"). The business is located at 7030 Carroll Road, San Diego, 92121. At all times material thereto the Co-Trustee is and was the operator of that business.

2.       Plaintiff CHIDIEBERE AMADI ("**CHIDI**") is an individual. At all times material thereto CHIDI was a resident of San Diego, California.

3.       Plaintiff RICHARD JOHN HAGEN (**"HAGEN"**) is an individual. At all times material thereto HAGEN was a resident of San Diego, California.

4.       Plaintiff CARRIE ELIN SORRENTO ("**SORRENTO**") is an individual. At all times material thereto SORRENTO was a resident of San Diego, California.

5.       Plaintiff is informed and believes and thereon alleges that Defendant BMW FINANCIAL SERVICESS NA, LLA  is managed by and an affiliate of BMW of North America, LLC ("**BMW**" AND/OR "**FSVT**") is engaged in leasing and reselling of BMW vehicles. BMW is registered in Delaware. BMW has a foreign registration with the California Secretary of State. It's main office is located at Woodcliff Lake, New Jersey 07677-7731. CT Corporation System is the agent for service in California.

6.       **BMW** utilized the services of an auto auction run operated by MANHEIM INVESTMENTS, INC. DBA MANHEIM RIVERSIDE ("**MANHEIM**"). At all times herein, MANHEIM acted as the agent for BMW in

the sale of the subject vehicle. MANHEIM is not a party to this complaint. MANHEIM is the subject of an arbitration per agreement with the Plaintiffs and per order of the court. At all times herein, MANHEIM will be included in the generic reference to Defendants.

7.     Plaintiff is informed and believes and thereon alleges that Defendant JERRY SIDERMAN aka MAXWELL SIDERMAN (**"SIDERMAN"**) is an individual whose last known address is Tarzana, California.

8.     Plaintiff is informed and believes and thereon alleges that prospective Defendant CENTER AUTOMOTIVE, INC. dba CENTER BMW ("**CENTER**") is a corporation which at all times relevant was located and based at 5201 Van Nuys Blvd., Sherman Oaks, CA 91401. CENTER is a retailer of BMW vehicles. Additionally, Center is a certified BMW repair facility. Center leased a car to SIDERMAN on or about August 1, 2016. The car was a 2016 BMW M6 couple with a VIN: WBS6J9C53GD934586 ("**SUBJECT VEHICLE** "). Later, Center provided mechanical and other repairs to said vehicle. Center had a duty to report certain repairs that it made to SUBJECT VEHICLE .

9.     Plaintiff is informed and believes and thereon alleges that each Defendant and DOES 1 through 200, inclusive, was at all times relevant herein residents of the United States of America and/or corporations, partnerships, associations or individuals duly qualified to do business in or doing business in the United States of America.

10.     Plaintiff is informed and believes and thereon alleges that each Defendant, and DOES 1 through 200, inclusive, was acting as the agents, servants and/or employees of each of the other Defendants and was acting within the course and scope of said agency and employment, with the consent, express and implied, of the other Defendants, and that the acts and omissions herein alleged was ratified by each of them.

## JURISDICTION AND VENUE

11.     This court has original jurisdiction pursuant to 15 U.S.C. §45(a)(1) in that the claims alleged herein arise under the laws of the United States, and:

        a.  Magnuson-Moss Consumer Warranty Act, 15 U.S.C. 2308.

12.     This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 and 1391(b)(2)&(d) to hear and determine Plaintiffs  state law claims because those claims are related to Plaintiff's federal claims and arise out of a common nucleus of related facts and form part of the same case or controversy under Article III of the United States Constitution.

13.     The Court has jurisdiction over Plaintiff's action for declaratory relief pursuant to 28 U.S.C. §2201 and Rule 57 of the Federal Rules of Civil Procedure. Injunctive relief is authorized by 28 U.S.C. §2202  and Rule 65 of the Federal Rules of Civil Procedure.

14.     Venue is proper in the Southern District of California Pursuant to 28 U.S.C.  §1391(b) (2) in that a substantial part of the events, or omissions giving rise to the claims occurred herein and a number of the Defendants was conducting business within this jurisdiction and could be found here.

15.     Plaintiff alleges that at all times material herein, the activities, conduct, and/or omissions committed and/or engage  in by the Defendants herein give rise to this action being instituted within this Federal District Court inasmuch as the Plaintiff is a citizen and resident of the County of San Diego, City of San Diego, State of California and the Subject Property is located in the County of San Diego, City of San Diego, State of California.

16.     Plaintiff alleges that the Defendants was conducting business in California, engaging in a pattern of illegal activities with Plaintiff in this District, resulting in injury to Plaintiff's respective interests in business or property. All agreements, if any, related to venue outside this District are null and void due to

their fraudulent nature.

## PRELIMINARY STATEMENT

17.    The thrust of Plaintiff's case is that, Defendants sold a defective vehicle. Defendants knew or should have known that the vehicle was defective. **SD Motorwerks** purchased **the subject vehicle** with the intention of selling subject vehicle to **CHIDI**. **CHIDI** is not named in the auction contract. However, **CHIDI** may be due damages for breach of implied as he was the motivating reason for **SD Motorwerks** in purchasing the subject vehicle. The subject vehicle is and was covered by a written warranty by **BMW**.

18.    **BMW** placed the subject vehicle that they knew or should have known had hidden damage for sale at MANNHEIM auto auctions. **ALL DEFENDANT's** were fully aware that the subject vehicle had hidden damage prior to the subject vehicle was offered for sale. DEFENDANT's had falsely reported the condition report for the subject vehicle that they knew or should have known had unreported damages.

19.    **BMW** is taking cars at the end of their leases which BMW fails to inspect for hidden damage. **BMW** is "burying their heads in the sand" because by doing so, they are able to lease more cars to their customers. **BMW** profits from these "negligent and illegal practices."

20.    **BMW's** customer, **SIDERMAN**, incurred serious damage to his leased vehicle/subject vehicle. **SIDERMAN** filed a few different insurance claims for these damages. We are informed and believe that **SIDERMAN** obtained "off the books" repairs to SUBJECT VEHICLE. **SIDERMAN** failed to report the actual vehicle damages to the DMV nor to CARFAX.

21.    There are illegal activities at each stage of this cycle. **PLAINTIFFs** was financially fleeced. **All PLAINTIFFs** were exposed to potential serious future accident injury or even death due to these serious unreported vehicle damages due

to unreported accidents.

## FACTS COMMON TO ALL COUNTS

22.     By concealing and/or misrepresenting the known damages to the subject vehicle, DEFENDANTS were able to sell the subject vehicle for a price far above the fair market value. DEFENDANTS have engaged in negligent misrepresentation by failing to disclose known structural damage to the subject vehicle. DEFENDANTS sent false information via emails and telephone calls. These emails contained misrepresentations and/or known concealments of material facts regarding hidden but known damage to the subject vehicle.

23.     On or about August 1, 2016, SIDERMAN leased a 2016 BMW M6 CPE (VIN: WBS6J9C53GD934586) (**"SUBJECT VEHICLE "**) from CENTER. SIDERMAN financed his lease through BMW. SIDERMAN and his family members drove this car up until November/December 2019. At that time, the car was returned to BMW/FSVT. FSVT arranged to have SUBJECT VEHICLE sold utilizing the auction services of DEFENDANT. DEFENDANT sold the car to SD Motorwerks on or about January 28, 2020. (**Exhibit A**).

24.     On or about December 4, 2020, SUBJECT VEHICLE was driven by SIDERMAN when SUBJECT VEHICLE sustained certain damages. Plaintiff ran a CARFAX report so that he could ascertain what, if any, damages was sustained by SUBJECT VEHICLE . (**Exhibit B**). Prior to purchasing SUBJECT VEHICLE , DEFENDANT provided their standard INSIGHT CONDITION REPORT. (**Exhibit C**). **Exhibit C** contains a what is expected to be a "full disclosure" of known conditions of SUBJECT VEHICLE .  The report is designed to present enough information to allow a potential customer to make a reasoned and rational decision about the value of SUBJECT VEHICLE .  **Exhibit C** disclosed minor damages to the vehicle and carried an "AutoGrade of 3.4." SD MOTORWERKS reviewed and relied upon **Exhibits B and C** to make a determination of a "bid" or

"no bid" decision. Based upon **Exhibits B and C**,  Plaintiff placed a winning bid of $53,000 plus fees of $805. (**Exhibit D).**

25.     Plaintiff placed his winning bid over the internet and was not physically present to inspect the car. DEFENDANT had performed a "multipoint inspection" prior to the sale. The multipoint inspection report was not provided to SD Motorwerks. Since Plaintiff was not present to inspect the car, he requested that DEFENDANT send the car out for a 3rd party inspection. DEFENDANT performed their standard PSI (Post Sale Inspection) on SUBJECT VEHICLE . SUBJECT VEHICLE passed and was given a Full 14-day PSA. (**Exhibit E**). SD Motorwerks requested a copy of the PSI report. DEFENDANT withheld and/or failed to provide the PSI report from Plaintiffs.

26.     SUBJECT VEHICLE was provided a gate pass and left the DEFENDANT lot on or about January 29, 2020. SUBJECT VEHICLE came off the truck at the SD MOTORWERKS location on or about January 30, 2020. HAGEN/SD MOTORWERKS conducted its own visual inspection. Various diagnostic codes was triggered pertaining to drivetrain malfunction, abs brake system light and chassis stabilization malfunction. Additionally, the inspection revealed that there was many irregularities and blemishes in the paint on SUBJECT VEHICLE .   HAGEN/SD Motorwerks contacted DEFENDANT to express his concerns.

27.     DEFENDANT opened an arbitration ticket on the vehicle. (**Exhibit F**). Exhibit E states: " Prior Paint/Repair – the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair show thru panels, also there is drivetrain malfunction, abs brake system light and chassis stabilization malfunction."  Plaintiff took pictures of the "malfunction warning lights" on the dashboard which included: a) Frontal Collision Warning System; b) Chassis Stabilization; and c) Brake system. (**Exhibit G**). Each warning suggests

that the driver should "consult nearest service center."  On January 30, 2020, Plaintiff provided DEFENDANT a detailed estimate of the paint issues with SUBJECT VEHICLE .  The total paint repairs amounted to $5,159.95. (**Exhibit H**). Despite this estimate of damages, DEFENDANT offered a discount of $755 on a take-it or leave-it basis. DEFENDANT refused to take the vehicle back.

28.    SD MOTORWERKS had purchased SUBJECT VEHICLE for the benefit for and  with the intention of selling it to CHIDI on January 29, 2020. CHIDI purchased  SUBJECT VEHICLE from SD MOTORWERKS on or about February 4, 2020, just a few days after the SUBJECT VEHICLE arrived at SD MOTORWERKS.

29.    Prior to SD MOTORWORKS buying SUBJECT VEHICLE at auction,  SIDERMAN had his final service visit at BMW Escondido. This last service included repairs for oil saturation of the right side of the engine. Additional observations included stiffening plate bolts was loose and some missing and the underbody panel was broken. SIDERMAN declined these recommended repairs.

30.    CHIDI took SUBJECT VEHICLE into BMW OF VISTA on February 4, 2020 with the mileage at 27,033. The fuel tank was removed and replaced. DSWA revealed that the vehicle required a wheel alignment but it declined.

31.    On or about March 3, 2020, CHIDI took SUBJECT VEHICLE into BMW OF VISTA with the mileage at 27,278. The car shifts hard when using the auto start and when accelerating. The front brakes are squealing at slow speeds.

32.    On or about March 16, 2020, CHIDI took SUBJECT VEHICLE into BMW OF VISTA with the mileage at 27,497. Both the driver and passenger side seat belts was not retracting. There is a loud popping noise from the right front suspension.

33.    On or about April 27, 2020, CHIDI took SUBJECT VEHICLE into BMW OF VISTA with the mileage at 27,711. Once again, the driver and passenger

side seat belts are not retracting. Intermittently, the passenger side window will not roll up.

34.     On or about May 4, 2020, CHIDI took SUBJECT VEHICLE into BMW OF VISTA with the mileage at 27,734. For the third time, the driver side seat belts are not retracting. The driver seat belt was replaced.

35.     On or about May 18, 2020, CHIDI took SUBJECT VEHICLE into BMW OF ENCINITAS with the mileage at 27,893. Oil is leaking on the passenger side of the engine. The fuel system monitor will not set. First thing in the morning, there is a grinding/shuttering when shifting into drive.

36.     On or about May 18, 2020, CHIDI took SUBJECT VEHICLE into BMW OF VISTA with the mileage at 27,910. Oil is still leaking on the passenger side of the engine. The fuel system monitor will not set. First thing in the morning, there is a grinding/shuttering when shifting into drive. SUBJECT VEHICLE completed a Smog Inspection.

37.     On or about June 3, 2020, CHIDI took SUBJECT VEHICLE into BMW OF ENCINITAS Collision Center. CHIDI wanted to fix the paint issues with uneven paint and fixing the color match. The shop identified major paint and body issues. The car had been involved in major auto damage incidents. **Those major auto damage incidents had not been disclosed.** The final bill for this paint/body repair work was $9,918.80.

38.     On or about July 23, 2020, CHIDI took SUBJECT VEHICLE into BMW OF VISTA with the mileage at 28,193,  The gas pump would repeatedly cut off during gas refills. The charcoal cannister was removed and replaced. That corrected the gas refill issue. The driver side airbag was replaced. Center console trim was delaminating/bubbling. Impact damage to the center carbon trim was discovered.

39.    On or about July 30, 2020, CHIDI took SUBJECT VEHICLE into BMW OF VISTA with the mileage at 28,371. The gas pump cut-off problem had returned. No repairs were performed.

40.    On or about August 7, 2020, CHIDI took SUBJECT VEHICLE into BMW OF VISTA with the mileage at 28,484,  Once again, there is an oil leak near the passenger side intercooler. Once again, the intercooler lines was replaced. Once again, the gas pump will shut off during the filling of the tank. Once again, no repairs was performed.

41.    Despite the aforementioned efforts to repair SUBJECT VEHICLE , many issues remain. The most problematic was the unreported, undisclosed body damage to SUBJECT VEHICLE .

42.    On December 2, 2020, Plaintiff's had SUBJECT VEHICLE inspected for frame and structural integrity. Ryan Hernandez, the General Manager of West Coast Specialties, reported "To whom it may concern after reviewing this BMW m coupe vin#wbs6j9c53gd934586 there has been significate (sic) damage to the right side of this care (sic) and the rt uniside (sic) of this car wasn't fixed correctly and still has structure damage to the rocker panel. As seen in the photos and after inspecting this car still has damage." **EXHIBIT I**.

43.    SD MOTORWERKS had purchased a CARFAX report on January 28, 2020, the same date that it made the purchase from DEFENDANT. CARFAX reported minor damage to SUBJECT VEHICLE .  Damage was reported to the front and right side of the vehicle in March 2018. More damage was reported to the front, right side and right rear on in February 2019. More damage was reported to the front, right side and right rear in June 2019. See **Exhibit B**. CARFAX guarantees that the vehicle was not subject to "Salvage, Junk, Rebuilt, Fire, Flood, Hail or Lemon."  Later, it would be discovered that SUBJECT VEHICLE should have been salvaged.

44.     MANHEIM issued Sight Condition Report showed "No Structural Damages."  Defendants are and were responsible for reporting all vehicle damages to the auction. Defendants failed to report these damages as required. See **Exhibit C**. Plaintiff had reason to believe that **Exhibits B and C** was at best "incorrect" and at worst "fraudulent."  RICHARD HAGEN ("**HAGEN**"), spouse of SORRENTO and employee of SD Motorwerks, contacted DEFENDANT to request a copy of the Sight Inspection Report because he had misplaced his copy. On or about August 25, 2020, HAGEN spoke to Ms. Christine Prudencio ("**CHRISTINE**") .  CHRISTINE informed HAGEN that the report was locked and could not be printed or emailed. CHRISTINE took a total of  twelve (12) screenshots of the Sight Condition Report and sent them via email. (**Exhibit J**).

45.     Defendant provided a new Sight Condition Report. (**Exhibit K**). The new report contained new information. It now showed extensive "structural damages" and an "AutoGrade of 2.4."  This information had been concealed from the Plaintiff at the time of the auction.

46.     HAGEN contacted SIDERMAN. SIDERMAN was not cooperative. SIDERMAN refused to explain any of the damage claims that he had made for SUBJECT VEHICLE . (**Exhibit L**).

47.     CENTER had sold and serviced SUBJECT VEHICLE .  CENTER had not reported any significant damages to SUBJECT VEHICLE .  CENTER had a duty to report any and all significant damages to SUBJECT VEHICLE .

48.     BMW/FSVT was the title owner of the vehicle. BMW/FSVT had placed the vehicle with MANHEIM for sale at their Riverside auction. MANHEIM follows the Arbitration Rules as provided by the National Auto Auction Association. (**Exhibit M**). The sales made at an Auction are intended to promote fair and ethical treatment to both the Buyer and Seller. Auction makes no representation or guarantees on any vehicle sold or offered for sale. Auction is not

a party to the contract of the sale. The sales contract is between the Seller and Buyer only. Sellers must disclose permanent structural damage, any structural alterations, structural repairs or replacements (certified or non-certified) as outlined in this policy prior to selling a vehicle at auction regardless of sales channel or light condition. Disclosures are required for the following:

     **a.** Any/all existing permanent (non-repairable aka kinked or broken) structural damage as defined in this policy.

     **b.** Improper and/or substandard prior repairs (not meeting OEM repair guidelines)

     **c.** Repairs not certified using OEM guidelines or to be within the UVMS Improper alterations to the structure Lengthened or Shortened structure verified by visual inspection.

     **d.** Altered suspension that requires the structure to be modified from its OEM form.

     **h.** Corrosion of structural components determined by one or more of the following; when the substrate loses its shape, the original bonds near the affected area are loose or are no longer in existence, the original thickness of the substrate has been changed by more than 25%, the affected area no longer possesses its absorption or deflection properties.

     **i.** Structural tear damage (i.e. transport tie down) if more than 1" in length (measured from tear start/stop points.

    49.    Based upon the aforementioned rules, BMW/FSVT has failed to make required disclosure of defects/damages that was hidden and existing at the time of the auction sale to SD MOTORWERKS. These defects/damages compromised the structural integrity of SUBJECT VEHICLE making it unsafe to drive and presenting a risk of serious injury or even death to the driver and passengers.

50.     Based upon the aforementioned rules, DEFENDANTS knowingly and wrongfully concealed defects/damages that was hidden and existing at the time of the auction sale to SD MOTORWERKS.

51.     On or about January 28, 2020, CARFAX issued a report which failed to adequately report certain damages which Plaintiffs relied upon to make their purchase decision. (**Exhibit B**). On or about January 13, 2021, CARFAX revised their report after the sale to Plaintiffs to disclose **"moderate"** damages not previously reported. (**Exhibit N**). CHIDI relied upon these CARFAX reports to ensure that their vehicle was a "good deal." The changes between these two reports is significant and manifested a fair amount of deception.

52.     We are informed and believe that SIDERMAN knowingly and wrongfully concealed defects/damages that was hidden and existing at the time of the vehicle going off lease back to BMW/FSVT.

53.     We are informed and believe that CENTER knew or should have known of the defects/damages to SUBJECT VEHICLE and failed to report such damages to BMW/FSVT.

54.     At all relevant times, each of the Defendants was acting as agents, employees, assigns and/or contractors of one another. Each of the Defendants performed acts which taken together contributed to losses/damages to the Plaintiffs.

55.     As a result of the failure of the securitization of Plaintiff's mortgage loan, and egregious violations of California's non-judicial foreclosure statute, none of the named defendants to this lawsuit is a real party in interest with standing entitled to enforce Plaintiff's mortgage loan or to collect mortgage payments from them.

## COUNT 1:
### Violation of California Consumer Legal Remedies Act, California Civil Code § 1750, *et seq.*

**[Against All Defendants]**

56.    Plaintiff re-alleges and incorporate by reference the above paragraphs as though set forth fully herein.

57.    Plaintiffs brings this cause of action on behalf of themselves

58.    Defendants are "persons" as defined by California Civil Code §1761(c).

59.    SD MOTORWERKS had purchased SUBJECT VEHICLE for the benefit for and with the intention of selling it to CHIDI on January 29, 2020. CHIDI purchased SUBJECT VEHICLE from SD MOTORWERKS on or about February 4, 2020, just a few days after the SUBJECT VEHICLE arrived at SD MOTORWERKS.

60.    CHIDI is a "consumer" within the meaning of California Civil Code §1761(d) because SD MOTORWERKS, HAGEN and SORRENTO purchased the Subject Vehicles at auction primarily for the benefit of CHIDI, who purchased the vehicle primarily for personal, family, or household use.

61.    CHIDI was not a party to the auction purchase contract. However, CHIDI may be entitled to damages for breach of implied warranty if he proves that a motivating purpose of SDMOTORWERKS, HAGEN and SORRENTO was to benefit CHIDI. It is not necessary for CHIDI to have made the purchase directly at auction.

62.    Defendants failed to disclose and knowingly concealed the extent of the structural damages and other safety defects and misrepresenting the true standards, quality and grade as they was better that they actually was. See Cal. Civ. Code §1770(a)(5) & (7).

63.    Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, was capable of deceiving a substantial portion of the purchasing public and imposed a serious safety risk on the public.

64.     Defendants' knew the actual condition of SUBJECT VEHICLE and that SUBJECT VEHICLE was not suitable for its intended purpose.

65.     As a result of their reliance on Defendant's omissions and misrepresentations, Plaintiffs have suffered an ascertainable loss of money, property, and value of their vehicle. Additionally, as a result of Defendant's omissions and misrepresentations, Plaintiffs was unnecessarily exposed to the risk of serious physical injury or even loss of life.

66.     Defendant's owed an affirmative duty to Plaintiffs to disclose the serious structural damages to SUBJECT VEHICLES because:

(a) Defendants was in a superior position to know the true state of facts about the safety defects/structural damages.

(b) Defendants had obtained various inspection reports about the safety defects/structural damages but chose not to disclose this report.

(c) Plaintiffs could not reasonably have been expected to learn or discover that their braking systems had a dangerous structural damage and other safety defects until it manifested; and

(d) Defendants had knowingly concealed their actual knowledge of the structural damage and other safety defects from the Plaintiffs.

67.     In failing to disclose these reports containing the structural and other safety defects, Defendants knowingly and intentionally concealed material facts and breached their duty by not fully disclosing.

68.     The facts that Defendants concealed from or failed to disclose to Plaintiffs are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase or lease SUBJECT VEHICLE. The Plaintiffs would not have purchased or leased SUBJECT VEHICLE had they known about the concealed auto accidents leading to major structural damages.

Plaintiffs would have insisted on further inspections and tests to determine a fair price to pay for the SUBJECT VEHICLE.

69.     Plaintiffs are reasonable consumers who understand that a vehicle with significant structural damage would or should be put on a "salvage" title. A salvage title would significantly reduce the value of the SUBJECT VEHICLE.

70.     As a result of Defendant's conduct, Plaintiffs was harmed and suffered actual damages.

71.     As a direct and proximate result of Defendant's unfair and deceptive acts or practices, Plaintiffs suffered and will continue to suffer actual damages.

72.     Plaintiffs are entitled to equitable relief.

73.     Plaintiff provided Defendants with notice of their violations of the CLRA  pursuant to California Civil Code § 1782(a). (**Exhibit O).** Defendants failed to provide appropriate relief for their violations of the CLRA within 30 days. Therefore, Plaintiffs now seek monetary, compensatory, and punitive damages, in addition to injunctive and equitable relief.

## COUNT 2:

**Breach of Implied Warranty Pursuant to Song-Beverly Consumer Warranty Act, California Civil Code §§1792 and 1791.1 et seq.**
**[Against All Defendants]**

74.     Plaintiff re-alleges and incorporate by reference the above paragraphs as though set forth fully herein.

75.     Defendants was at all relevant times the manufacturer, distributor, warrantor and/or seller and/or agent for any of the aforementioned SUBJECT VEHICLES. Defendants knew or had reason to know of the specific use for which SUBJECT VEHICLES was purchased or leased.

76.     Defendants provided Plaintiffs with an implied warranty that SUBJECT VEHICLE and their components and parts are merchantable and fit for the ordinary purposes for which they are sold. However, SUBJECT VEHICLE was

not fit for the ordinary purpose of providing reasonably reliable and safe transportation because, inter ala, the subject had a defective and compromised structural frame along with other safety defects at the time of sale and thereafter and was not fit for the particular purpose of providing safe and reliable transportation.

77.     Defendants impliedly warranted that SUBJECT VEHICLE was of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that SUBJECT VEHICLE had a frame structure that was not compromised and free of other safety defects and was safe and reliable for providing transportation; (ii) a warranty that SUBJECT VEHICLE and their frame structure and other safety systems as manufactured, supplied and distributed was safe and reliable for providing transportation and (iii) a warranty that SUBJECT VEHICLE was sold as advertised and truthfully represented prior to sale.

78.     Contrary to the applicable implied warranties, SUBJECT VEHICLE and their frame structural and other defective components and other safety systems at the time of sale and thereafter was not fit for their ordinary and intended purpose of providing Plaintiffs with reliable, durable and safe transportation. Instead, SUBJECT VEHICLE was and remains defective, including but not limited to the structural and other defective components that had been compromised prior to sale.

79.     As a result of Defendant's breach of the applicable implied warranties, owners and lessees of SUBJECT VEHICLE suffered an ascertainable loss of money, property, and/or value. The compromised structural components are substantially certain to fail and may not be repairable in order to make the vehicle safe to operate.

80.     Defendant's actions, as complained of herein, breached the implied warranty that SUBJECT VEHICLE was of merchantable quality and fit for such use in violation of California Civil Code §§1792 and 1791.1.

## COUNT 3:

**Breach of Implied Warranty Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301 et seq.**
**[Against All Defendants]**

81.    Plaintiffs repeat and re-alleges and incorporate the above paragraphs as though fully set forth herein.

82.    Plaintiffs bring this cause of action against all Defendants.

83.    SUBJECT VEHICLE is a "consumer products" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(1).

84.    SD MOTORWERKS had purchased SUBJECT VEHICLE for the benefit for and  with the intention of selling it to CHIDI on January 29, 2020. CHIDI purchased  SUBJECT VEHICLE from SD MOTORWERKS on or about February 4, 2020, just a few days after the SUBJECT VEHICLE arrived at SD MOTORWERKS.

85.    CHIDI is a "consumer" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(3) because SD MOTORWERKS, HAGEN and SORRENTO purchased the Subject Vehicles at auction primarily for the benefit of CHIDI, who purchased the vehicle primarily for personal, family, or household use.

86.    CHIDI was not a party to the auction purchase contract. However, CHIDI may be entitled to damages for breach of implied warranty if he proves that a motivating purpose of  SDMOTORWERKS, HAGEN and SORRENTO was to benefit CHIDI. It is not necessary for CHIDI to have made the purchase directly at auction.

87.    Defendants are "suppliers" and "warrantors" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(4)-(5). Defendants impliedly warranted that SUBJECT VEHICLE was of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that the subject and its structural frame was manufactured, supplied, distributed, and sold

by the defendants was safe and reliable for providing transportation; (ii) a warranty that SUBJECT VEHICLE and their structural and other defective components and other safety systems would be fit for their intended use while SUBJECT VEHICLE was operated and (iii) a warranty that SUBJECT VEHICLE was sold as advertised and truthfully represented prior to sale.

88.   Contrary to the applicable implied warranties SUBJECT VEHICLE and its structural and other defective components at the time of sale and thereafter was not fit for their ordinary and intended purpose of providing Plaintiffs with dependable, durable, and safe transportation. Instead, SUBJECT VEHICLE had a compromised structural/frame components and other safety defects prior to sale.

89.   Defendant's breach of implied warranty has deprived Plaintiffs of the benefit of their bargain.

90.   The amount in controversy of Plaintiff's individual claims meets or exceeds the sum or value of $25,000. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

91.   The structural/frame and other defects was known  prior to sale to Plaintiffs. Defendants made a decision to not disclose these defects to Plaintiffs.

92.   Defendants have been afforded a reasonable opportunity to cure their breaches, including when Plaintiffs reported paint issues and submitted the vehicle for Post Sale Inspection by Defendants.

93.   As a direct and proximate cause of Defendant's breach of implied warranty, Plaintiffs sustained damages and other losses in an amount to be determined at trial. Defendants' conduct damaged Plaintiffs, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, attorneys' fees, and/or other relief as appropriate.

94.   As a result of Defendant's violations of the Magnusson-Moss

Warranty Act as alleged herein, Plaintiffs have incurred damages.

## COUNT 4:
## VIOLATION OF CA. BUS. And PROFESSIONS CODE §17200 et seq.
## [Against all Defendants]

95.    Plaintiffs repeat and re-alleges and incorporate the above paragraphs as though fully set forth herein.

96.    Plaintiffs bring this cause of action on behalf of themselves.

97.    As a result of their reliance on Defendant's omissions and/or misrepresentations, Plaintiffs suffered an ascertainable loss of money, property, and/or value of the SUBJECT VEHICLE. The compromised structural and other defective components was substantially certain to fail and may not be  repairable in order to make the vehicle safe to operate.

98.    California Business and Professions Code Section 17200 et seq. prohibits acts of unfair competition, which means and includes any "fraudulent business practice" and conduct with is "likely to deceive" and is "fraudulent" within the meaning of §17200.

99.    As more fully described above, the acts and practices of Defendants are likely to deceive, constituting a fraudulent business act or practice. See, in particular, foregoing Counts 1, 3 and 4.  This conduct is ongoing and continues to this day.

100.   Specifically, and as set forth with greater particularity in the preceding paragraphs, the named Defendants, and each of them, have engaged and are engaging in deceptive business practices with respect to mortgage servicing, assignments of deeds of trust and the filing of fraudulent foreclosure documents and related matters by, *inter alia*:

> a.   Executing false and misleading documents, including incorrect and misleading end of lease inspection reports.

> b.   SIDERMAN concealed and failed to disclose known structural and

other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid. SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE .

c.  CENTER failed to report known damaged to SUBJECT VEHICLE.

d.  BMW/FSVT inspected the vehicle at lease end and failed to discover and failed to report known damage.;

e.  CARFAX provided a report which concealed the extent of known damages to SUBJECT VEHICLE.

f.  MANHEIM provided a pre-sale InSight Condition Report that provided inaccurate grades for the SUBJECT VEHICLE.

g.  DEFENDANTS failed to provide a pre-sale InSight Condition Report that provided the true and correct condition for the SUBJECT VEHICLE. These reports was not provided prior to the sale.

h.  DEFENDANT failed to fully disclose/inform Plaintiffs of all known damages to the SUBJECT VEHICLE at any time prior to sale.

i.  Engaging in a pattern and practice of deceptive practices, including those which may be uncovered during the course of discovery.

101.   Plaintiff alleges that the named Defendants" misconduct, as alleged herein, gave, and has given, Defendants, and each of them, an unfair competitive advantage over their competitors. The scheme implemented by Defendants, in collusion with one another, is specifically defrauding California consumers and enriching Defendants at the expense of consumers in this State.

102.   By reason of the foregoing, Defendants should be enjoined from

continuing such practices pursuant to California Business & Professions Code §§17203 and 17204. Plaintiff has suffered injury in fact, including but not limited to excessive repair costs and body damage repairs due to the omissions and misrepresentation of Defendants. Undoubtedly, other members of the public, similarly have fallen victim to Defendants' deceptive schemes, are likely to be injured as well.

103.    The harm to Plaintiff and to other members of the general public outweighs the utility (if any) of Defendants policies and practices. Consequently, their policies and practices constitute unlawful business acts or practices with the meaning of Business & Professions Code §17200. Moreover, the foregoing conduct promotes an incipient violation of a consumer law or violates the policy or spirit of such law or otherwise significantly threatens or harms competition.

104.    Plaintiff is therefore entitled to injunctive relief and attorney's fees as available under Business & Professions Code §17200 et seq. and related sections. The acts and practices described in the forgoing paragraphs are unfair and violated the Business & Professions Code because they constitute violations of all the statutes previously listed above.

## <u>COUNT 5:</u>
### DECEIT AND/OR NEGLIGENT MISREPRESENTATION
### [Against All Defendants]

105.    Plaintiffs repeat and re-allege and incorporate the above paragraphs as though fully set forth herein.

106.    Plaintiffs bring this cause of action on behalf of themselves.

107.    Plaintiffs were harmed because Defendants negligently misrepresented a fact. Plaintiffs represented that the subject vehicle was free of major structural damage.

108.    Defendants representations that the subject vehicle was free of structural damage was not true.

109.   Although Defendants may have honestly believed that the representation was true, Defendants had no reasonable grounds for believing the representation was true when Defendants made the misrepresentation.

110.   Defendants intended that the Plaintiffs rely on their misrepresentation.

111.   In fact, Plaintiffs relied upon Defendant's misrepresentation to their collective detriment/harm.

112.   As a result of their reliance on Defendant's omissions and/or misrepresentations, Plaintiffs suffered an ascertainable loss of money, property, and/or value of the SUBJECT VEHICLE. The compromised structural and other defective components was substantially certain to fail and are not repairable in order to make any of the subject vehicles safe to operate.

113.   At all relevant times herein, all Defendants, whether actually or fictitiously named, was the principal, agent or employee of  and each other, and in acting as such principal, or within the course and scope of such employment or agency, took some part in the acts and omissions as set forth in the Factual Allegations above and those hereinafter set forth by reason of which each Defendants is/are liable to Plaintiffs for the relief prayed for herein.

114.   As more fully described above, the acts and practices of Defendants were likely to deceive, constituting a fraudulent business act or practice. See, in particular, foregoing Counts 1 through 4. This conduct is ongoing and continues to this day.

115.   Specifically, and as set forth with greater particularity in the preceding paragraphs, the named Defendants, and each of them, have engaged and are engaging in deceptive business practices as follows:

    a.   Executing false and misleading documents, including incorrect and misleading end of lease inspection reports.

b. SIDERMAN concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid. SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE .

c. CENTER failed to report known damaged to SUBJECT VEHICLE .

d. BMW/FSVT inspected the vehicle at lease end and failed to discover and failed to report known damage.;

e. CARFAX provided a report which concealed the extent of known damages to the SUBJECT VEHICLE.

f. DEFENDANTS provided a pre-sale InSight Condition Report that provided inaccurate grades for the SUBJECT VEHICLE.

g. DEFENDANTS failed to provide a pre-sale InSight Condition Report that provided the true and correct condition for the SUBJECT VEHICLES. These reports was not provided prior to the sale.

h. DEFENDANTS failed to inform Plaintiffs of known damage to the SUBJECT VEHICLE at any time prior to sale.

i. Engaging in a pattern and practice of deceptive practices, including those which may be uncovered during the course of discovery.

116. The foregoing Defendants made the misrepresentations and omissions of facts with the intent to deceive and defraud Plaintiffs for the purpose of inducing them to rely upon the fraudulent representations and to purchase a vehicle with known defects.

117. Plaintiff alleges that the named Defendants" misconduct, as alleged herein, gave, and has given, Defendants, and each of them, an unfair competitive

advantage over their competitors. The scheme implemented by Defendants, in collusion with one another, is specifically defrauding California consumers and enriching Defendants at the expense of consumers in this State.

118.   Plaintiffs did not know that the representations of the foregoing Defendants was false, was unaware of the concealed and suppressed intent and facts because they failed to provide them with sufficient information to make an independent determination of the facts, and actively prevented them from discovering the true and concealed facts.

119.   The misrepresentations was material in nature, as they concerned the expressed value and fitness for operation/use of the SUBJECT VEHICLE; the validity of the marketing and sales documents pertaining to the SUBJECT VEHICLE; the total amount due under the sales agreements, and the amount of arbitration award to be paid for the defects that was not disclosed.

120.   Plaintiffs acted in reliance on the Defendants representations that the SUBJECT VEHICLE was an auto-grade 3.4 with no structural damages. (**Exhibit C**). In reality, SUBJECT VEHICLE has an auto-grade of 2.4 with extensive structural damage. (**Exhibit K**).

121.   Plaintiffs' reliance was justified because Defendants had provided a falsified report which misrepresented the true condition of SUBJECT VEHICLE . **(Exhibit C) .**

122.   These Defendants' actions were willing, intentional and knowing, rendering the sales agreement for the SUBJECT VEHICLE **null and void ab initio.**

123.   There was a failure of consideration in this case and the Plaintiffs was never provided with the correct InSight Report which showed the extensive structural damage to the SUBJECT VEHICLE. Plaintiffs was wrongfully induced to purchase a defective vehicle.

124.   Because of these Defendants' negligent misrepresentation and fraudulent concealment, Plaintiffs should be entitled to rescind the auction sales agreements. Defendants should be held accountable for damages and some form of punishment for the perpetration and participation in a fraud.

125.   As a direct and proximate result of the foregoing Defendants' fraud, Plaintiffs have sustained, and continue to suffer serious injury as the proximate result of their reliance on Defendants' negligent misrepresentations and failure to disclose.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff pray for judgment against Defendants, and each and every one of them, as follows:  The damages claimed by Plaintiff exceed $75,000.

1)      That the Court assume supplemental jurisdiction over all state law claims, pursuant to 28 U.S.C. §1367.

2)      Under 18 U.S.C. §1964, awarding threefold that damages sustained by the Plaintiffs;

3)      Under 18 U.S.C. §1964, awarding costs of the suit, including a reasonable attorney's fee;

4)      Under 15 USC 2310, If a **consumer** finally prevails in any action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the aggregate amount of cost and expenses (including attorneys' fees based on actual time expended) determined by the court to have been reasonably incurred by the plaintiff for or in connection with the commencement and prosecution of such action,

5)      Under Civ. Code, §§ 1793.2(d)(1), 1794(b) Reimbursement Damages - Consumer Goods - If you decide that Defendants or its representative failed to repair or service SUBJECT VEHICLE to match

the written warranty and/or the represented quality after a reasonable number of opportunities, then Plaintiffs are entitled to be reimbursed for the purchase price of SUBJECT VEHICLE #2 and #3, less the value of its use by Plaintiffs before discovering the defect.

6)      For recovery of compensatory damages pursuant to 12 U.S.C. §2607(d);

7)      Award Plaintiff statutory damages as provided under 12 U.S.C. §2607(d)(2);

8)      Award actual damages against Defendants according to proof at trial pursuant to 12 U.S.C. §2607(d)(2);

9)      For recovery of attorneys' fees and costs pursuant to 12 U.S.C. §2607(d);

10)

10)     Under Civ. Code §§ 1750 – Consumer Legal Remedies Act – any consumer harmed by unlawful actions under Section 1770 may bring an action against that person to recover or obtain any of the following:

(a) Actual damages, but in no case shall the total award of damages in a class action be less than one thousand dollars ($1,000).

(b) An order enjoining the methods, acts, or practices.

(c) Restitution of property.

(d) Punitive damages.

(e) Any other relief that the court deems proper.

11)     For such other and further relief as the court may deem just and proper.


## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demand that this case be tried before a jury pursuant to the Seventh Amendment of the Constitution of the United States of America, *Rule 38(b) of the Federal Rules of Civil Procedure*, and *Local Civil Rule 38.1* of the Local Civil Rules of the United States District Court for the Southern District of California.

Dated:  February ___, 2022                LAW OFFICE OF MICHAEL A. ALFRED


By:  _s/Michael A. Alfred_____
      Michael A. Alfred
      Attorney for Plaintiff

# TABLE OF EXHIBITS

Exhibit A – 2016 BMW M6 DEFENDANT AUCTION SIMULCAST

CONFIRMATION (9)

Exhibit B –  2016 BMW M6 CARFAX REPORT- 1/28/2020 (9, 13, 15, 34)

Exhibit C –  2016 BMW M6 INSIGHT CONDITION REPORT (9, 13, 31-32, 34)

Exhibit D –2016 BMW M6; SIMULCAST SUMMARY CONFIRMATION(9)

Exhibit E – DEFENDANT; 2016 BMW M6 VEHICLE INFORMATION (9)

Exhibit F – EMAIL FM SD MOTORWERKS RE ARB CLAIM (10)

Exhibit G – SD MOTORWERKS EMAIL RE M6 ISSUES(10)

Exhibit H – WEST COAST – PAINT/BODY ESTIMATE (10)

Exhibit I – WEST COAST FRAME INSPECTION (13)

Exhibit J - 2016 BMW M6 INSIGHT CONDITION REPORT – 8/25/2020 (14, 21)

Exhibit K – 2016 BMW M6 INSIGHT CONDITION REPORT (14, 31)

Exhibit L – SIDERMAN TEXT MSG WITH RICK HAGEN (14)

Exhibit M – NAAA ARBITRATION POLICY (14)

Exhibit N – 2016 BMW M6 CARFAX HISTORY REPORT – 11-18-2020 (16)

Exhibit O – LTR TO DEFENDANTS RE CA CONSUMER LEGAL REMEDIES

ACT (16)

# EXHIBIT "A"

## sdmotorwerks@gmail.com

**From:** Manheim - Simulcast <do-not-reply@manheim.com>
**Sent:** Tuesday, January 28, 2020 10:19 AM
**To:** Undisclosed recipients:
**Subject:** Simulcast Confirmation for SD MOTORWERKS 1-152 at MANHEIM RIVERSIDE

**MANHEIM RIVERSIDE - Simulcast Confirmation**
**BMW FINANCIAL SERVICES (DIGITAL)**
**January 28, 2020**

Please do not reply to this e-mail address.

Go to **My Purchases** to select your purchase preferences and check PSI status now. You can also order transportation.

| | | | |
|---|---|---|---|
| **Hosting Auction:**<br>**Send Payments/Faxes Here** | MANHEIM RIVERSIDE<br>6446 FREMONT<br>RIVERSIDE, CA , 92504 | Phone:<br>Fax: | (951) 689-6000<br>(951) 489-0286 |

Manheim
*Riverside*

| | | | |
|---|---|---|---|
| **Dealer** | SD MOTORWERKS | Email: | sdmotorwerks@gmail.com |
| Address: | 7030 CARROLL RD | Phone: | (760) 533-8886 |
| City, State, Zip: | SAN DIEGO, CA, 92121 | Fax: | (858) 221-4357 |
| Auction Access #: | 5464556 | Contact: | Carrie Sorrento |
| | | Cell Phone: | (858) 221-9355 |

| Entry | Description | Pickup Location | | Price/Fee |
|---|---|---|---|---|
| 1-152<br>Work Order:<br>3028419 | 2016 BMW M6 CPE<br>WBS6J9C53GD934586<br>Odometer: 26739<br>Color: SPECIAL<br>View Condition Information | MANHEIM RIVERSIDE<br>6446 FREMONT<br>RIVERSIDE, CA 92504<br>Phone: (951) 689-6000<br>Fax: (951) 489-0286 | Sale Price: | $53,000* |

**\* Prices reflected in this confirmation may not represent total amount due. Please contact**
**facilitation location to finalize sale.**
*Sale of Simulcast vehicle(s) is pending subject to verification,*
*including price and availability, credit approval and receipt of payment.*
*Auction reserves the right to void any transaction.*

By using this service, you accept the Marketplace Policies

Gate passes will not be released until payment has been received.

Thank you for purchasing from Manheim!

**If floorplanning with any of the following companies please print, sign, and fax this purchase confirmation to the auction:**
American Honda Finance, BB&T, Bank of America, BMW, Chase Bank, Citizen's Bank, Ford, Key Bank, Mitsubishi, Nissan, PNC Bank, Southern Auto Auction, Toyota, and Volkswagen Credit.

_____

Printed name of buyer

_____

Floorplan company

_____

Signature of buyer

Date

Notes:
DMV$423

\*\*MULTI-POINT INSPECTION

1

To initiate an arbitration claim, please go to Online Arbitration Claims (view policy). Login is required.

# EXHIBIT "B"

 **Vehicle History Report**™  US $39.99

### 2016 BMW M6
VIN: WBS6J9C53GD934586
COUPE
4.4L V8 F DOHC 32V
GASOLINE
REAR WHEEL DRIVE

**This CARFAX Report Provided by:**
SD Motorwerks
7030 Carroll Rd
San Diego, CA 92121
833-765-4438
https://www.sdmotorwerks.com/

 No accidents reported to CARFAX

 Damage reported

 CARFAX 1-Owner vehicle

 **8** Service history records

 Personal lease vehicle

 **25,850** Last reported odometer reading



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/28/20 at 12:27:36 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### CARFAX Ownership History
The number of owners is estimated

| | Owner 1 |
|---|---|
| Year purchased | 2016 |
| Type of owner | Personal lease |
| Estimated length of ownership | 3 yrs. 1 mo. |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 8,934/yr |
| Last reported odometer reading | 25,850 |

### CARFAX Title History
CARFAX guarantees the information in this section

| | Owner 1 |
|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✔ Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | ✔ Guaranteed No Problem |

 **GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.

Register | View Terms | View Certificate

### CARFAX Additional History
Not all accidents / issues are reported to CARFAX

Owner 1

| | | |
|---|---|---|
| To**tal loss** reported to CARFAX.<br>No total loss reported to CARFAX. | | ✓ No Issues Reported |
| Structural Damage<br>No structural damage reported to CARFAX. | | ✓ No Issues Reported |
| Airbag Deployment<br>No airbag deployment reported to CARFAX. | | ✓ No Issues Reported |
| Odometer Check<br>No indication of an odometer rollback. | | ✓ No Issues Indicated |
| Accident / Damage<br>Damage reported on: 03/06/2018, 02/20/2019 and 06/24/2019. | | **Damage Reported** |
| Manufacturer Recall<br>No open recalls reported to CARFAX. Check with an authorized <u>BMW dealer</u> for any open recalls. | | ✓ No Recalls Reported |
| Basic Warranty<br><u>Original warranty</u> estimated to have 11 months or 24,150 miles remaining. | | ✓ Warranty Active |

**C A R F A X**  Detailed History

---

**Owner 1**
Purchased:
2016



**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Lease Vehicle
8,934 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/14/2016 | 7 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★★★★☆<br>85 Verified Reviews ✓ | **Vehicle offered for sale** |
| 01/26/2016 | | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★★★★☆<br>85 Verified Reviews ✓ | **Vehicle serviced**<br>- Pre-delivery inspection completed |
| 11/30/2016 | 53 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★★★★☆<br>85 Verified Reviews ✓ | **Vehicle sold** |
| 11/30/2016 | | Service Plan Co.<br>Tarzana, CA | **Service contract issued** |
| 12/15/2016 | 383 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★★★★☆<br>85 Verified Reviews ✓ | **Vehicle serviced** |
| 12/15/2016 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | **Title issued or updated**<br>- First owner reported<br>- Titled or registered as personal lease vehicle<br>- Loan or lien reported |
| 01/06/2017 | 1,352 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★★★★☆ | **Vehicle serviced**<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |

1/28/2020
CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586
Case 3:21-cv-01205-HwJtR80 R0woverBent 50 Filed 01/31/22 PageID.800 Page 36 of 126

| 04/14/2017 | 3,468 | Service Plan Co. | Service contract claim<br>- Tire(s) serviced |
|---|---|---|---|
| 09/02/2017 | 8,034 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✓ | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Cabin air filter replaced/cleaned<br>- Vehicle washed/detailed |
| 03/06/2018 | | Damage Report | Damage reported<br>- Damage to front<br>- Damage to right side |





### Damage Location



FRONT

LEFT     RIGHT

REAR



Not all damage is caused by an accident.
Get the car inspected before you buy.
Learn more

| 11/30/2018 | 18,432 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✓ | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Rear brakes replaced<br>- Air filter replaced<br>- Spark plug(s) replaced<br>- Brake fluid flushed/changed<br>- Brakes replaced |
| 02/20/2019 | | Damage Report | Damage reported<br>- Damage to right rear<br>- Damage to front<br>- Damage to right side |

May 2018
Collision
$31,500.00

2/20/19
$7560

1/28/2020
CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586
Case 3:21-cv-01205-H-JLB   Document 50   Filed 01/31/22   PageID.801   Page 37 of 126



**Damage Location**





Not all damage is caused by an accident. Get the car inspected before you buy. Learn more

| 04/19/2019 | 20,755 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 ★ ★ ★ ★<br>85 Verified Reviews ✓ |  Vehicle serviced<br>- Engine/powertrain computer/module checked<br>- Tire condition and pressure checked |

| 06/05/2019 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>- Loan or lien reported |



Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller.

| 06/24/2019 | | Damage Report | Damage reported<br>- Damage to right side<br>- Damage to right rear<br>- Damage to front |



**Damage Location**





Not all damage is caused by an accident.
Get the car inspected before you buy.
Learn more

| | | | |
|---|---|---|---|
| 11/06/2019 | 25,850 | BMW of El Cajon<br>El Cajon, CA<br>619-442-8888<br>bmwsouthcounty.com<br>4.6 ★ ★ ★ ★ ★<br>141 Verified Reviews ✓ | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Cabin air filter replaced/cleaned<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

**C A R F A X**   Glossary

### Damage Indicator

Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/28/20 at 12:27:36 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### First Owner

When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

### Ownership History

CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

### Title Issued

A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**    **facebook.com/CARFAX**    **@CarfaxReports**    **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®

© 2020 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
1/28/20 12:27:36 PM (CST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2016 BMW M SERIES vehicle (VIN: WBS6J9C53GD934586), which is based on information supplied to CARFAX and available as of 1/28/20 at 1:27 PM (EST).

Customer Signature                           Date                    Dealer Signature                           Date

EXHIBIT "C"

 **InSight Condition Report**

## 2016 BMW M6 2dr Cpe

WBS6J9C53GD934586 • 26,739mi

Rear Wheel Drive • 4.4L 8 Cylinder Engine • A/T • Hard Top • Leather

Lane/Run 1/152   Facilitation Manheim Riverside   Seller   BMW FINANCIAL SERVICES NA LLC



 3.4 Average


Damages

No Structural Damage

Prior Paint

Tires

Auto Check
Clean


Drivable

Starts

Smoke Odor

Keys Fobs
1      0

Title? (No Data)

### Announcements
- MULTI-POINT INSPECTION
- DMV$423

### High Value Options
- Back-Up Camera
- Bluetooth Connection
- Climate Control
- Cooled Front Seat(s)
- Hard Disk Drive Media Storage
- Heads-Up Display
- Heated Front Seat(s)
- Multi-Zone A/C
- Navigation System
- Power Driver Seat
- Power Passenger Seat
- Premium Sound System
- Rain Sensing Wipers
- Rear Bucket Seats
- Rear Parking Aid
- Satellite Radio
- Seat Memory
- Tire Pressure Monitor

## Damage Overview







None ⚪ 🟡 🔴 🔴 Severe            ⚪ Structural Issue

### Exterior (12)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| 🟡 Front Bumper Cover | Scraped 9" to 10" | Paint and Body Requires Conventional Repair | | |
| 🟡 LF Door | Scratch Heavy 1/2" to 1" | Cosmetic Conventional Paint and Body Not Required | | |

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| L Qtr Panel | Mult Dents/No Paint Dmg PDR/2 | Cosmetic Conventional Paint and Body Not Required | | |
| Rear Bumper Cover | Dent/Paint Dmg 1/8" to 1/2" | Paint and Body Requires Conventional Repair |  | |
| RR Tire | Cut Replacement Required | Miscellaneous |  | |
| RR Wheel | Dent/No Paint Dmg Replacement Required | Miscellaneous |  | |
| R Qtr Panel | Prev Repair Buffable | Previous Repair | | |
| R Fuel Door | Prev Repair Buffable | Miscellaneous | | |
| RF Door | Prev Repair Buffable | Previous Repair | | |
| RF Fender | Prev Repair Buffable | Previous Repair | | |
| RF Tire | Gouged Replacement Required | Miscellaneous |  | |
| RF Mirror Housing | Broken Replacement Required | Miscellaneous |  | |

## Interior (1)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Master/Door Key | Missing Replacement Required | Miscellaneous |  | |

## Structure (0)

No structural damages reported

## Other (0)

No other damages reported

## Tires & Wheels

Wheels  Aluminum



| | Left Front MICHELIN 99Y 7/32" 265/35ZR20.0 | Right Front NITTO 99W 9/32" 265/35ZR20.0 | Left Rear MICHELIN 101Y 5/32" 295/30ZR20.0 | Right Rear MICHELIN 101Y 6/32" 295/30ZR20.0 | Spare (None) N/A | ● 6/32 + ● 5/32 to 4/32 ● < 4/32 ● N/A |
|---|---|---|---|---|---|---|

## History

### ✓AutoCheck

| | | | |
|---|---|---|---|
| No. of Historical Events | 13 | Title and Problem Check | ⊘ Vehicle checks out! |
| Last Reported Event Date | 05/26/2020 | Odometer Check | ⊘ Vehicle checks out! |
| Calculated Owners | 1 | Use and Event Check | ⊘ Specific vehicle use(s) or events reported |
| Last Reported Mileage | 27,910 | AutoCheck Buyback Protection | ⊘ Qualifies |
| Calculated Accidents | 0 | | |

**CARFAX**  View CARFAX

## Details

| Exterior Color Yellow | MSRP $167,195 | Received Date 12/12/2019 | In Service Date Not Available | Org Mfg Basic Warranty *4 Years/50,000 Miles *Manheim is not |
|---|---|---|---|---|
| Interior Color Black | Title State CA | Inspection Location Manheim Riverside | | responsible for voided warranties |
| Top Type Hard Top | Title Received 12/12/2019 | Work Order 3028419 | | |

### Equipment

#### Options
- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror
- Automatic Headlights
- Auxiliary Audio Input
- Bucket Seats
- CD Player
- Cruise Control
- Daytime Running Lights
- Driver Adjustable Lumbar
- Driver Air Bag

- Driver Illuminated Vanity Mirror
- Driver Vanity Mirror
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Headlights-Auto-Leveling
- Intermittent Wipers
- Keyless Entry
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory

- MP3 Player
- Passenger Adjustable Lumbar
- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Folding Mirrors
- Power Mirror(s)
- Power Steering
- Power Windows
- Rear Defrost

- Security System
- Steering Wheel Audio Controls
- Telematics
- Tire Inflator
- Traction Control
- Transmission w/Dual Shift Mode
- Trip Computer
- Universal Garage Door Opener
- Variable Speed Intermittent Wipers

#### Interior
- Leather
- Odometer Operable

#### Mechanical
- 4.4L Turbocharged
- 8 Cylinder Engine
- ABS Brakes
- Automatic Transmission
- Gasoline Fuel
- Rear Wheel Drive

#### Keys
- Master - 1

### Manufacturer Info

### Manufacturer Package Information

### Packages

#### M6 Competition Edition - ZM6
- Enhanced B/T And SMARTPHONE IN
- Active Front Seats

- Active Blind Spot Detection
- Power Rear Sunshade

- 20"M Light Alloy Wheels
- Side And Top View Cameras

- Heated Steering Wheel
- Active Driving Assistant

- Speed Limit Info
- Performance CNTR Driving Exp

- Head-UP Display
- Bang & OLUFSEN Sound System

- Front Ventilated Seats
- M Carbon Ceramic Brakes

## Options

### Interior

- Heated Front Sport Bucket Seats
- Bucket Front Facing Rear Seat
- Power Tilt/Telescoping Steering Column
- Gauges -inc: Speedometer, Odometer, Tachometer, Oil Level, Oil Temperature, Trip Odometer And Trip Computer
- MyInfo Full Service Internet Access
- Sport Leather Steering Wheel w/Auto Tilt-Away
- Proximity Key For Doors And Ignition
- Remote Keyless Entry w/Integrated Key

- Transmitter, Illuminated Entry And Panic Button
- Garage Door Transmitter
- Cruise Control w/Steering Wheel Controls
- Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
- Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
- Door Mirrors Steering Wheel And Head Restraints
- Multi-Function Seats w/Lumbar Support
- Perimeter Alarm

- Engine Immobilizer
- Dual Zone Front Automatic Air Conditioning
- Day-Night Auto-Dimming Rearview Mirror
- Integrated Navigation System w/Voice Activation
- Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down
- Heated Power Door Locks w/Autolock Feature
- Trip Computer
- Front Center Armrest, Rear Center Armrest w/Pass-Thru And Skibag

### Exterior

- Tires: P265/40R19 Front & P295/35R19 Rear Summer
- Body-Colored Power Heated Auto Dimming Side Mirrors w/Power Folding
- Fixed Rear Window w/Defroster
- Speed Sensitive Rain Detecting Variable Intermittent Wipers w/Heated Jets
- Fully Automatic Aero-Composite Led Low/High Beam Daytime Running Auto-Leveling Directionally Adaptive Auto High-Beam Headlamps w/Washer And Delay-Off
- Wheels: 19" x 9.5" Frt & 19" x 10.5" Rr Alloy -inc: Forged Polished Star-Spoke Light Alloy Style 344M

### Entertainment

- Bluetooth Wireless Phone Connectivity
- HD Radio
- Radio w/Seek-Scan, Compatible Remote CD, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Voice Activation, Weatherband, DVD-Audio And 20 Gb Internal Memory
- Satellite Radio w/1 Year Subscription
- harman kardon Surround Sound System
- Enhanced USB & Bluetooth

### Mechanical

- Engine: 4.4L DOHC V8 32V TwinPower Turbo
- Transmission: 7-Speed M Double-Clutch w/Drivelogic
- Transmission w/Driver Selectable Mode And Sequential Shift Control

- w/Steering Wheel Controls
- Rear-Wheel Drive
- Hydraulic Power-Assist Speed-Sensing Steering
- 4-Wheel Disc Brakes w/4-Wheel ABS, Front

- And Rear Vented Discs, Brake Assist, Hill Hold Control And Electric Parking Brake
- Electro-Mechanical Limited Slip Differential

### Safety/Security

- Dual Stage Driver And Passenger Seat-Mounted Side Airbags
- Bmw Assist eCall Emergency S.O.S
- Front And Rear Parking Sensors

- Tire Specific Low Tire Pressure Warning
- Dual Stage Driver And Passenger Front Airbags
- Curtain 1st And 2nd Row Airbags
- DSC lil Electronic Stability Control (Esc)

- ABS And Driveline Traction Control
- Airbag Occupancy Sensor
- Driver And Passenger Knee Airbag
- Rear Camera

### Other

- Shipping Package
- Bmw Individual Components
- Special Order Equipment
- Transport Protection
- Enhanced USB & BLUETOOTH
- Performance CNTR Driving Exp
- Tier 2
- Comfort Access Keyless Entry
- Soft-Close Automatic Doors
- Rear View Camera
- Power Rear Sunshade
- Floor Mats
- Auto-Dimming Mirrors
- SMOKER'S Package
- Front Ventilated Seats
- Active Front Seats
- Ski Bag
- Lumbar Support
- Heated Front Seats
- Multi-Function Seats w/Lumbar
- Carbon Fiber Interior Trim
- Ambiance Lighting
- Park Distance Control

- Adaptive Full Led Lights
- Automatic High Beams
- Active Blind Spot Detection
- Decoding For NO-Dazzle HGH BM
- Active Driving Assistant
- Side And Top View Cameras
- Emergency Trunk Release
- Navigation System
- Head-UP Display
- Radio Control US
- Satellite Radio w/1 Year SUB.
- DVD Area Coding, North America
- Bmw Assist ECALL
- Bmw TELESERVICES
- Bmw Online And Bmw APPS
- Advanced RTTI
- Concierge Services
- Remote Services
- Bang & OLUFSEN Sound System
- Enhanced B/T And SMARTPHONE IN
- SHADOWLINE Exterior Trim
- Anthracite HEADLINER

- Competition Package
- Hot Climate Version
- Acoustic Belt Warning
- Supplement Tank Filling
- Language Version English
- Radio Frequency 315 Mhz
- Oil CHG 10,000 MLS/12 Months
- Variable Light Decoding
- Visible Chassis Number
- Speed Limit Info
- Daytime Driving Lights
- CO2 Relevant Vehicles
- Automatic Start/Stop Function
- Brake Energy Regeneration
- Dynamic Damper Control
- Heated Steering Wheel
- M Double-Clutch Transmission
- M Carbon Ceramic Brakes
- 20"M Light Alloy Wheels
- Tire Pressure Monitor
- Alarm System
- Universal Garage-Door Opener































Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGrade score. The use of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Position Statement.

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

† Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail list on each tab.

*Process protected under U.S. Patent No. 8,230,362

VIN: WBS6J9C53GD934586,
Work Order: 3028419

© 2020 Manheim. All Rights Reserved

Return to the classic CR

# EXHIBIT "D"

**sdmotorwerks@gmail.com**

| | |
|---|---|
| **From:** | Manheim - Simulcast <do-not-reply@manheim.com> |
| **Sent:** | Tuesday, January 28, 2020 10:19 AM |
| **To:** | Undisclosed recipients: |
| **Subject:** | Simulcast Summary Confirmation for Carrie Sorrento at MANHEIM RIVERSIDE |

**MANHEIM RIVERSIDE - Simulcast Confirmation**
**Lane 1**
**January 28, 2020**

Please do not reply to this e-mail address.

*** *The price reflected on this confirmation may not represent total amount due,*
*please contact the auction to finalize the sale of this vehicle****

| | | | |
|---|---|---|---|
| **Hosting Auction:** **Send Payments/ Faxes Here** | MANHEIM RIVERSIDE 6446 FREMONT RIVERSIDE, CA , 92504 | Phone: Fax: | (951) 689-6000 (951) 489-0286 |
| Contact 1: | FLOORING | Phone: | 951-602-9272 |
| Contact 2: | PSI | Phone: | 951-602-9273 |
| **Vehicle Location:** | See Pickup Location Below | | |
| **Dealer** Address: City, State, Zip: Auction Access #: | SD MOTORWERKS 7030 CARROLL RD SAN DIEGO, CA, 92121 5464556 | Phone: Fax: Contact: Cell Phone: | (760) 533-8886 (858) 221-4357 Carrie Sorrento (858) 221-9355 |

Go to **Purchases** to access invoices, check PSI status and to set post-sale preferences.

| Entry | Description | Pickup Location | | Price/Fee |
|---|---|---|---|---|
| 1-152 Work Order: 3028419 | 2016 BMW M6 CPE WBS6J9C53GD934586 Odometer: 26739 Color: SPECIAL View Condition Information | MANHEIM RIVERSIDE 6446 FREMONT RIVERSIDE, CA 92504 Phone: (951) 689-6000 Fax: (951) 489-0286 | Sale Price: | $53,000* |
| Notes: DMV$423 | | | | |

MULTI-POINT INSPECTION

**Total: $53,805** *

\* Prices reflected in this confirmation may not represent total amount due. Please
contact facilitation location to finalize sale.
*Sale of Simulcast vehicle(s) is pending subject to verification,*
*including price and availability, credit approval and receipt of payment.*
*Auction reserves the right to void any transaction.*

By using this service, you accept the Marketplace Policies.

**Gate passes will not be released until payment has been received.**

Thank you for purchasing from Manheim!

1



| PAYMENT DATE | PAYMENT METHOD | CLIENT |
|---|---|---|
| 29-Jan-2020 | Withdrawal - WELLS FARGO BANK NA \|\| XXXXXX6772 | SD MOTORWERKS 5464556 7030 CARROLL RD SAN DIEGO, CA 92121 |

| DATE APPLIED | VIN | YEAR MAKE MODEL | INVOICE | AMOUNT |
|---|---|---|---|---|
| 29-Jan-2020 | WBS6J9C53GD934586 | 2016 BMW M6 | 28696637 | $300.00 |
| 29-Jan-2020 | WBS6J9C53GD934586 | 2016 BMW M6 | 28712104 | $53,805.00 |

**PAYMENT AMOUNT $54,105.00**

EXHIBIT "E"

9/21/2020    Vehicle Information
Case 3:21-cv-01205-H-JLB   Document 50   Filed 01/31/22   PageID.815   Page 51 of 126
Navigation



**Sale Date** JAN 28 2020

# 2016 BMW M6
WBS6J9C53**GD934586**
26,739 mi
SPECIAL/BLK

**CR** **3.4**

Facilitating Location
**CA - Manheim Riverside**
Simulcast, 1-152
**Bill of Sale** (PDF)

Announcements
DMV$423



## Services

PSI     Passed - 14 DAY, FULL PSI

Transportation     Not Eligible

DealShield     --

## Arbitration

Status     Buyer Bought

Resolved     Feb 03, 2020

Claim Number     05463680

## Gate Pass

Status     Left Lot

    Jan 29, 2020

    **Manheim Riverside**
    6446 Fremont St
    side, CA 92504-1437
    (951) 689-6000

## Title

Status     Shipped Jan 31, 2020

Tracking Info     USPS

Delivery     Shipped To





Vehicle Information

**BB MOTORWERKS**
7030 CARROLL RD
SAN DIEGO, CA 92121
USA
7605338886
CARRIE ELIN SORRENTO

## Charges

| | |
|---|---|
| Total* | **$53,050.00** |
| Unpaid Charges | **$0.00** |
| Unpaid Credits | **$0.00** |
| Balance | **$0.00** |

---

| | |
|---|---|
| Invoice **28712104** (PDF) | **Paid** |
| | Withdrawal - WELLS FARGO BANK NA \|\| XXXXXX6772 |
| Date | Jan 28, 2020 🕓 |
| Description | VEHICLE |
| (Credits)/Charges | $53,000.00 |
| Date | Jan 28, 2020 🕓 |
| Description | BUY FEE |
| (Credits)/Charges | $755.00 |
| Date | Jan 28, 2020 🕓 |
| Description | INTERNET SATISFACTION FEE |
| (Credits)/Charges | $50.00 |
| | Invoice History ▾ |

---

| | |
|---|---|
| Invoice **28696637** (PDF) | **Paid** |
| | Withdrawal - WELLS FARGO BANK NA \|\| XXXXXX6772 |
| Date | Jan 28, 2020 🕓 |
| Description | 14 DAY, FULL PSI |
| (Credits)/Charges | $300.00 |
| | Invoice History ▾ |

---

| | |
|---|---|
| Invoice **28910361** (PDF) | **Paid** |
| | Debit Applied - #28623641 |
| Date | Feb 28, 2020 🕓 |

Description                              Auction Fee Discount and Rebate-Approved by Brian-Dealer Help- Arb guidelines not meet. CR Issue with
                                                                                                                 Prior Repairs

(Credits)/Charges                                                                                          ($755.00)

Date                                                                                                Feb 03, 2020

Description                             POST SALE INSPECTIONS 376-Approved by Brian-Dealer Help-Arb Guidelines not meet.

(Credits)/Charges                                                                                          ($300.00)

Invoice History ▾

* Taxes included

EXHIBIT "F"

**sdmotorwerks@gmail.com**

| | |
|---|---|
| **From:** | Hollandsworth, Jenny (CAI - Manheim Riverside) <Jenny.Hollandsworth@coxautoinc.com> |
| **Sent:** | Thursday, January 30, 2020 10:26 AM |
| **To:** | sdmotorwerks@gmail.com |
| **Subject:** | 2016 BMW - WBS6J9C53GD934586  PENDING ARB CLAIM |

Good morning,

 Per our phone conversation yesterday about this **2016 BMW- WBS6J9C53GD934586** , I wanted to know if could send me pictures  of the panels that you are talking about so I can review?

**PENDING ARB CLAIM- Prior Paint/Repair - the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair shows thru panels, also there is drivetrain malfunction , abs brake system light and chassis stabilization malfunction**

Please and thank you,

**Jenny Hollandsworth**
Arbitration Specialist II
6446 Fremont St
Riverside, Ca 92504
p. 951-689-6000 Option # 5

*************************ARBITRATION CLAIM FEE POLICY EFFECTIVE 10/01/19***************************

PER NAAA POLICY (page 8, #3), THE AUCTION RESERVES THE RIGHT TO ASSESS AN ARBITRATION FEE. IF THE ARBITRATION IS VALID, A $200 FEE WILL BE ASSESSED TO THE SELLER. IF THE ARBITRATION IS INVALID, A $200 FEE WILL BE ASSESSED TO THE BUYER.

 Manheim        INVENTORY MANAGEMENT | MARKETPLACE | FLOOR PLANNING | ASSURANCE | LOGISTICS | RECONDITIONING

Cox Automotive

## sdmotorwerks@gmail.com

**From:** rick hagen <sdmotorwerks@gmail.com>
**Sent:** Thursday, January 30, 2020 10:36 AM
**To:** Larry Mason
**Subject:** Fwd: 2016 BMW - WBS6J9C53GD934586  PENDING ARB CLAIM

Sent from my iPhone

Begin forwarded message:

> **From:** "Hollandsworth, Jenny (CAI - Manheim Riverside)" <Jenny.Hollandsworth@coxautoinc.com>
> **Date:** January 30, 2020 at 10:26:03 AM PST
> **To:** "sdmotorwerks@gmail.com" <sdmotorwerks@gmail.com>
> **Subject: 2016 BMW - WBS6J9C53GD934586  PENDING ARB CLAIM**
>
> Good morning,
>
>   Per our phone conversation yesterday about this **2016 BMW- WBS6J9C53GD934586** , I wanted to know if could send me pictures  of the panels that you are talking about so I can review?
>
> **PENDING ARB CLAIM**- Prior Paint/Repair - the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair shows thru panels, also there is drivetrain malfunction , abs brake system light and chassis stabilization malfunction
>
> Please and thank you,
>
> **Jenny Hollandsworth**
> Arbitration Specialist II
> 6446 Fremont St
> Riverside, Ca 92504
> p  951-689-6000 Option # 5
>
> *************************ARBITRATION CLAIM FEE POLICY EFFECTIVE 10/01/19*************************
>
> PER NAAA POLICY (page 8, #3), THE AUCTION RESERVES THE RIGHT TO ASSESS AN ARBITRATION FEE. IF THE ARBITRATION IS VALID, A $200 FEE WILL BE ASSESSED TO THE SELLER. IF THE ARBITRATION IS INVALID, A $200 FEE WILL BE ASSESSED TO THE BUYER.
>
>  Manheim     INVENTORY MANAGEMENT | MARKETPLACE | FLOOR PLANNING | ASSURANCE | LOGISTICS | RECONDITIONING
>
> Cox Automotive

EXHIBIT "G"

**sdmotorwerks@gmail.com**

| | |
|---|---|
| **From:** | rick hagen <sdmotorwerks@gmail.com> |
| **Sent:** | Wednesday, January 29, 2020 1:22 PM |
| **To:** | Rick Hagen |
| **Subject:** | M6 issues |
| **Attachments:** | IMG_7367.JPEG; Untitled attachment 08157.txt; IMG_7366.JPEG; Untitled attachment 08160.txt; IMG_7365.JPEG; Untitled attachment 08163.txt; IMG_7364.JPEG; Untitled attachment 08166.txt; IMG_7363.JPEG; Untitled attachment 08169.txt; IMG_7362.JPEG; Untitled attachment 08172.txt; IMG_7361.JPEG; Untitled attachment 08175.txt; IMG_7360.JPEG; Untitled attachment 08178.txt |





Details

Brake system:

Drive moderately. Apply additional braking when necessary. Consult nearest service center.

OK

CurePict



EXHIBIT "H"



# West Coast Specialties, Inc.

Premium craftmanship and customer service
7686 Formula Place, San Diego, CA 92121
Phone: (858) 549-8226
FAX: (858) 271-7919

PartsShare: 270613c4
5KfWZD
Federal ID: 330445935
State ID: AE160696
State EPA: 000060486

## Estimate

### RO Number:

| Customer: | Insurance: | Adjuster: | Estimator: | Ryan Hernandez |
|---|---|---|---|---|
| SD MOTORWERKS | | Phone: | Create Date: | 1/30/2020 |
| | | Claim: | | |
| | | Loss Date: | | |
| | | Deductible: | | |

2016 BMW M6 2D CPE 8-4.4L Turbocharged Gasoline Gasoline Direct Injection

| VIN: | WBS6J9C53GD934586 | Interior Color: | Mileage In: | Vehicle Out: |
|---|---|---|---|---|
| License: | | Exterior Color: | Mileage Out: | |
| State: | | Production Date: | Condition: | Job #: |

| Line | Ver | Operation | Description | Qty | Extended Price $ | Part Type | Labor | Type | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | E01 | | **REAR BUMPER** | | | | | | |
| 2 | E01 | Overhaul | O/H bumper assy | | | OEM | 2.8 | Body | |
| 3 | E01 | Refinish | Bumper cover | | | | | | 3.0 |
| 4 | E01 | | Add for Clear Coat | | | | | | 1.2 |
| 5 | E01 | | **REAR LAMPS** | | | | | | |
| 6 | E01 | Remove/Install | RT Tail lamp assy | | | | 0.3 | Body | |
| 7 | E01 | | **TRUNK LID** | | | | | | |
| 8 | E01 | Blend | Trunk lid coupe | | | | | | 1.2 |
| 9 | E01 | Remove/Install | Emblem BMW | | | | 0.2 | Body | |
| 10 | E01 | Remove/Replace | Nameplate "M6" | 1 | 53.79T | OEM | 0.3 | Body | |
| 11 | E01 | | **QUARTER PANEL** | | | | | | |
| 12 | E01 | Repair | RT Quarter panel | | | | 15.0 | Body | 3.0 |
| 13 | E01 | | Add for Clear Coat | | | | | | 1.2 |
| 14 | E01 | Remove/Install | RT Splash shield | | | | 0.3 | Body | |
| 15 | E01 | Remove/Install | RT Quarter glass BMW w/o sunshade | | | | 2.2 | Body | |
| 16 | E01 | Remove/Install | RT Belt molding black | | | | 0.3 | Body | |
| 17 | E01 | | **ROOF** | | | | | | |
| 18 | E01 | Remove/Install | RT Roof molding | | | | 0.4 | Body | |
| 19 | E01 | Blend | RT ROOF SAIL PANEL | | | | | | 1.5 |
| 20 | E01 | | **DOOR** | | | | | | |
| 21 | E01 | Refinish | RT Door shell (ALU) | | | | | | 2.2 |
| 22 | E01 | | Overlap Major Adj. Panel | | | | | | (0.4) |
| 23 | E01 | | Add for Clear Coat | | | | | | 0.4 |
| 24 | E01 | Remove/Install | RT Belt molding short black | | | | 0.1 | Body | |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

**RO Number:**

2016 BMW M6 2D CPE 8-4.4L Turbocharged Gasoline Gasoline Direct Injection

| 25 | E01 | Remove/Install | RT R&I mirror as an assy | | | | 0.3 | Body | |
| 26 | E01 | Remove/Install | RT Handle, outside w/o comfort ac | | | | 0.5 | Body | |
| 27 | E01 | Remove/Install | RT R&I trim panel | | | | 0.8 | Body | |
| 28 | E01 | | **PILLARS, ROCKER & FLOOR** | | | | | | |
| 29 | E01 | Remove/Install | RT Rocker molding w/o M package | | | | 1.1 | Body | |
| 30 | E01 | | **FENDER** | | | | | | |
| 31 | E01 | Refinish | RT Fender w/M6 | | | | | | 2.0 |
| 32 | E01 | | Overlap Major Adj. Panel | | | | | | (0.4) |
| 33 | E01 | | Add for Clear Coat | | | | | | 0.3 |
| 34 | E01 | Remove/Install | RT Fender liner front w/M6 | | | | 0.0 | Body | |
| 35 | E01 | Remove/Install | RT Fender liner rear, coupe w/M6 | | | | 0.3 | Body | |
| 36 | E01 | Remove/Replace | RT Side trim w/o park assist | 1 | 78.44T | OEM | 0.2 | Body | |
| 37 | E01 | | **FRONT LAMPS** | | | | | | |
| 38 | E01 | Remove/Install | RT R&I headlamp assy | | | | 0.3 | Body | |
| 39 | E01 | | **HOOD** | | | | | | |
| 40 | E01 | Blend | Hood (ALU) | | | | | | 1.6 |
| 41 | E01 | | **FRONT BUMPER** | | | | | | |
| 42 | E01 | Overhaul | O/H bumper assy | | | OEM | 5.0 | Body | |
| 43 | E01 | Refinish | Bumper cover w/o suround, w/park dist. coupe | | | | | | 3.2 |
| 44 | E01 | | Add for Clear Coat | | | | | | 1.3 |
| 45 | E01 | Remove/Replace | COVER CAR FOR OVERSPRAY | 1 | 10.00T | Other | 0.5 | Body | |
| 46 | E01 | Remove/Replace | COLOR TINT | 1 | 10.00T | Other | 1.0 | Body | |
| 47 | E01 | Refinish | FEATHEREDGE, PRIME AND BLOCK | | | | | | 1.0 |
| 48 | E01 | Remove/Replace | RESTORE CORROSION PROTECTION | 1 | 10.00T | Other | 0.5 | Body | |
| 49 | E01 | Repair | COLOR SAND AND BUFF | | | | 3.0 | Body | |
| 50 | E01 | | HAZARDOUS WASTE | 1 | 5.00 | Other | | | |

| Estimate Totals | Discount $ | Markup $ | Rate $ | Total Hours | Total $ |
|---|---|---|---|---|---|
| Parts | | | | | 167.23 |
| Labor, Body | | | 65.00 | 35.4 | 2,301.00 |
| Labor, Refinish | | | 65.00 | 22.3 | 1,449.50 |
| Material, Paint | | | 48.00 | 22.3 | 1,070.40 |
| Material, Shop | | | 2.00 | 35.4 | 70.80 |
| **Subtotal** | | | | | **5,058.93** |
| Sales Tax | | | | | 101.02 |
| **Grand Total** | | | | | **5,159.95** |
| **Net Total** | | | | | **5,159.95** |

| Estimate Version | Total $ |
|---|---|
| Original | 5,159.95 |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

## RO Number:

2016 BMW M6 2D CPE 8-4.4L Turbocharged Gasoline Gasoline Direct Injection

| | |
|---|---:|
| Insurance Total $: | 5,159.95 |
| Received from Insurance $: | 0.00 |
| Balance due from Insurance $: | 5,159.95 |
| | |
| Customer Total $: | 0.00 |
| Received from Customer $: | 0.00 |
| Balance due from Customer $: | 0.00 |

T = Taxable Item, RPD = Related Prior Damage, AA = Appearance Allowance, UPD = Unrelated Prior Damage, PDR = Paintless Dent Repair, A/M = Aftermarket, Rechr = Rechromed, Reman = Remanufactured, OEM = New Original Equipment Manufacturer, Recor = Re-cored, RECOND = Reconditioned, LKQ = Like Kind Quality or Used, Diag = Diagnostic, Elec = Electrical, Mech = Mechanical, Ref = Refinish, Struc = Structural

1/30/2020 12:09:22 PM

Page 3

EXHIBIT "I"

**WCS**
WEST COAST SPECIALTIES

7686 Formula Place • San Diego, CA 92121
Ph: 858-549-8226  Ph: 858-549-8226
www.westcoastspecialties.net

Date:12/2/2020

    To whom it may concern after reviewing this BMW m coupe vin#wbs6j9c53gd934586 there has
been significate damage to the right side of this car and the rt uniside of this car wasn't fixed correctly
and still has structure damage to the rocker panel. As seen in the photos and after inspecting the car this
car still has damage.

Ryan Hernandez

General manager

*"San Diego's European Car Specialists Since 1978"*

# Car-O-Liner Vision2 X2
## Lower body Diagnose Report

1.27.19324.1 t:0
2020-12-02

### Customer

**Name**
**Address**
**City**                    **Zip**
**State**                   **Phone**
**E-mail**

### Insurance

**Insurance Co**            **Claim No**
**Adjuster**                **Phone**
**E-mail**

**DataSheet** 2:090
**Make** BMW
**Model** Coupe 630-650
**Year** 2011-2018
**License No**

**Workorder** 2020-12-02-1
**Technician** victor dobles
**Sign** _____

### Vehicle

**Issue** 2016-11-01

**Type** 2D/C/RWD
**VIN** WBS6J9C53GD934586
**Miles**

### Job

**Start Date** 2020-12-02
**End Date** 2020-12-02



|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|
| **L** |   | -1 |   |   |   |   |   |   |   | 1 |   |   |   |   |   | 1 |   |   |   |   |   |
| **W** |   | 1 |   |   |   |   |   |   |   | 0 |   |   |   |   |   | 0 |   |   |   |   |   |
| **H** |   | 0 |   |   |   |   |   |   |   | 0 |   |   |   |   |   | 0 |   |   |   |   |   |

|   | | | |
|---|---|---|---|
| **L** | -2 | -1 | -1 |
| **W** | -2 | 1 | 0 |
| **H** | 4 | 0 | 0 |

### BodyShop

**Company** West Coast Specialties
**Address** 7686 Formula Place
**City** San Diego          **Zip** 92121
**State** CA                **Phone** 858-549-8226
**E-mail** ryanwcs@mpowercom.net

### Notes

INSPECTION REPORT

BMW M6 VIN  WBS6J9C53G934586
RT QUARTER PANEL
RT QUARTER PANEL INNER PANEL WELD DAMAGE
RT QUARTER PANEL OUTER MESSUREMENT PAINT MILL THIKNES MORE THAN
RECOMENDED TO THEPOINT THE GAGE DID NOT REED THIKNES


RT DOOR
RT PASSANGER DOOR OUTER PANEL MESSURMENT REEDING MORE THAN
RECOMENDED SOME AREAS DID NOT REED ALLSO DOOR HAS ALIMENT ISSUS
SUSUPECT DAMEGE TO THE HINGE PILLAR ALLSO PICTURES PROVIDED FROM PREVIUS
REPIAR HAVE HIGHLITED AREAS INDICATING DAMAGE TO ROCKER PANEL BOTH OF
THIS ITEMS IF NOT REPAIR PROPERLE CAN AFECT THE PERFORMANCE AND SAFTYE
FETURES AS BOTH OF THIS SCETIONS OF THE VEHICLE ARE CONSIDER ESTRUCTURAL
PARTS OF THE VEHICLE  TO VERIFIE THIS THE VEHICLE WILL HAVE TO BE
DISASEMBLED BY WAY OF EPESILIZE EQUIPENT LIKE A CELTTE BENCH


Date  12/13/2020            Victor Dobles  ASE Master Collision Tech

EXHIBIT "J"

## RJH

**From:** Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com>
**Sent:** Tuesday, August 25, 2020 9:54 AM
**To:** sdmotorwerks@gmail.com
**Subject:** Re: Cr  screenshot

Yes, I will.

Have an exceptional Day

**From:** sdmotorwerks@gmail.com <sdmotorwerks@gmail.com>
**Sent:** Tuesday, August 25, 2020 12:53:18 PM
**To:** Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com>
**Subject:** RE: Cr screenshot

Can you please send me the list of damages you have to click view full damage list and repairs it will show exterior damages (10) and interior damages (2) and structure(1)

Please and Thanks

**From:** Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com>
**Sent:** Tuesday, August 25, 2020 9:39 AM
**To:** sdmotorwerks@gmail.com
**Subject:** Cr screenshot

## InSight Condition Report

### 2016 BMW M6 2dr Cpe

WRS619C53GD934586 • 26,940mi

Rear Wheel Drive • 4.4L 8 Cylinder Engine • A/T • Hard Top • Leather

Lane/Run N/A    Facilitation Manheim San Diego    Seller SD MOTORWERKS



All (8)   Ext (2)   Int (3)   Misc (2)   Damages (1)

**Damages** 13

**Drivable**

**Structural Damage**

**Starts**

**Prior Paint**

**Smoke Odor**

**Tires** 7 9 9 8

**Keys Fobs** 1   0

### Announcements

- ARB UNIT

### High Value Options

- Back-Up Camera
- Blind Spot Monitor
- Bluetooth Connection
- Climate Control
- Cooled Front Seat(s)
- Hard Disk Drive Media Storage
- Heads-Up Display
- Multi-Zone A/C
- Navigation System
- Power Driver Seat
- Power Passenger Seat
- Premium Sound System
- Rain Sensing Wipers
- Rear Bucket Seats

AUTOGRADE 2.4 Below Average

## Damage Overview

View Full Damage List and Repairs ☐ Save as your default view

Sort by | Damage Locat

| Exterior (10) | Interior (2) | Structure (1) | Other (0) |



Click on highlighted area to read details and see additional images.

**None** ● **Severe** ●

● **Front Bumper Cover**

Condition Prev Repair

Severity Substd Repair

Type Previous Repair

● **LF Door Edge**

Condition Scratch Heavy

Severity 1/2" to 1"

Type Miscellaneous

● **L Qtr Panel**

Condition Mult Dents/No Paint Dmg

Severity PDR/3

Type Cosmetic Conventional Paint and Body Not Required

● **L Qtr Panel**

Condition Scratch Heavy

2

Disclaimer⁺

Click on highlighted area to read details and see additional images.

● R Fuel Door

Disclaimer †

## Tires & Wheels

Wheels  Aluminum



| Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|
| Michelin | Michelin | Michelin | Michelin | (Not Equipped) |
| 7/32" | 9/32" | 9/32" | 8/32" | N/A |
| 265/35R20 | 265/35R20 | 295/30R20 | 295/30R20 | |

## History

**√AutoCheck** View Full AutoCheck

| | | | |
|---|---|---|---|
| No. of Historical Events | 13 | Title and Problem Check | ● Vehicle checks out! |
| Last Reported Event Date | 05/26/2020 | Odometer Check | ● Vehicle checks out! |
| Calculated Owners | 1 | Use and Event Check | ● Specific vehicle use(s) or events reported |
| Last Reported Mileage | 27,910 | AutoCheck Buyback Protection | ● Qualifies |
| Calculated Accidents | 0 | | |

3

**CARFAX**  View CARFAX

secure | digitaltools.ove.local/
Digital Tools | Wel... | Patient Portal Signup | Vehic | Mani | pdf | Auct | AuctionACCESS | GCPS P...t
Workbench | OVE.com - Inventor... | Home | Vault :: Login | Salesforce - Unlimit... | Vault | Case | OVE | Inbo | 0613 | 0611 | OVE | 0613 | Vault | Case | OVE | 0613 | Digit | 0613 | Digit

## Details

| | |
|---|---|
| Exterior Color | MSRP |
| Yellow | $167,195 |
| Interior Color | Title State |
| Black | Not Available |
| Top Type | Title Received |
| Hard Top | Not Available |

In Service Date
Not Available

Org Mfg Basic Warran...
*4 Years/50,000 Miles
*Manheim is not respo...sib
voided warranties

Received Date
02/03/2020

Inspection Location
Manheim San Diego

Work Order
3540553

**Equipment**   Manufacturer Info

## Options

- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror
- Automatic Headlights
- Auxiliary Audio Input
- Brake Assist
- Bucket Seats
- Carbon Fiber Interior Trim
- CD Player
- Cruise Control
- Daytime Running Lights
- Driver Adjustable Lumbar

- Driver Air Bag
- Driver Illuminated Vanity Mirror
- Driver Vanity Mirror
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Headlights-Auto-Leveling
- Intermittent Wipers
- Keyless Entry
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory

- MP3 Player
- Passenger Adjustable Lumbar
- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Folding Mirrors
- Power Mirror(s)
- Power Steering
- Power Windows
- Rear Defrost

- Rear Head Air Bag
- Security System
- Stability Control
- Steering Wheel Audio...c
- Telematics
- Tire Inflator
- Traction Control
- Transmission w/Dua...hif
- Trip Computer
- Universal Garage Do...O
- Variable Speed Interm...tte
- Wipers

## Keys

- Smart - 1

## Interior

- Leather



## Interior

- Leather
- Odometer Operable

## Keys

- Smart - 1

## Mechanical

- 4.4L Turbocharged
- 8 Cylinder Engine
- ABS Brakes
- Automatic Transmission
- Gasoline Fuel
- Rear Wheel Drive

## Common Abbreviations

Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGr The use of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Positing St

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

† Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail lis tab.

*Process protected under U.S. Patent No. 8,230,362

**VIN: WBS6J9C53GD934586.**
**Work Order: 3540553**

© 2020 Manheim. All Rights Reserved

5

Return to the



+

Damage Locatio

Sort by

## Damage Overview

View Full Damage List and Repairs ☐ Save as your default view

Exterior (10)   Interior (2)   Structure (1)   Other (0)

● **Front Bumper Cover**

Condition   Prev Repair

Severity   Substd Repair

Type   Previous Repair

● **LF Door Edge**

Condition   Scratch Heavy

Severity   1/2" to 1"

Type   Miscellaneous

● **L Qtr Panel**

Condition   Mult Dents/No Paint Dmg

Severity   PDR/3

Type   Cosmetic Conventional Paint and Body Not Required

● **L Qtr Panel**

Condition   Scratch Heavy

### Severe

● Severe

●

●

●

None

Click on highlighted area to read details and see additional images.

Disclaimer *

**Tires & Wheels**

## Damage Overview

View Full Damage List and Repairs ☐ Save as your default view

Sort by | Damage Location

Exterior (10)   Interior (2)   Structure (1)   Other (0)



**None** ● | ● | ● | ● **Severe**

Click on highlighted area to read details and see additional images.

**L Qtr Panel**

Condition  Scratch Heavy

Severity  1/2" to 1"

Type  Cosmetic Conventional Paint and Body Not Required

**Left Interior "A" Pillar Trim**

Condition  Worn

Severity  Acceptable

Type  Miscellaneous

**Rear Bumper Cover**

Condition  Prev Repair

Severity  SubStd Fish Eyes

Type  Previous Repair

**R Fuel Door**

Condition  Prev Repair

Disclaimer *

7

Tires & Wheels

## Damage Overview

View Full Damage List and Repairs ☐ Save as your default view

Sort by | Damage Locati...

Exterior (10)   Interior (2)   Structure (1)   Other (0)



**None** ●   ● Severe   ●   ●   ●

Click on highlighted area to read details and see additional images.

● **R Fuel Door**

Condition Prev Repair

Severity SubStd Dirt

Type Miscellaneous

● **R Qtr Panel**

Condition Prev Repair

Severity Substd Repair

Type Previous Repair

● **RF Door**

Condition Prev Repair

Severity SubStd Wavy

Type Previous Repair

● **RF Window**

Condition Inop

Severity Repair Required

Disclaimer *

**Tires & Wheels**

8

### R Qtr Panel

Condition Prev Repair

Severity SubStd Repair

Type Previous Repair

### RF Door

Condition Prev Repair

Severity SubStd Wavy

Type Previous Repair

### RF Window

Condition Inop

Severity Repair Required

Type Miscellaneous

Additional Information

intermittently working

None ● Severe

● ●

● ●

● ●

Click on highlighted area to read details
and see additional images.

Disclaimer†

## Tires & Wheels

Wheels Aluminum

| Left Front | Right Front | Left Rear | Right Rear | Spare |
| --- | --- | --- | --- | --- |
| Michelin | Michelin | Michelin | Michelin | (Not Equipped) |

Sort by    Damage Locati...

## Damage Overview

View Full Damage List and Repairs    ☐ Save as your default view

Exterior (10)    Interior (2)    Structure (1)    Other (0)



● **Steering Wheel**

Condition    Worn

Severity    Acceptable

Type    Mechanical

● **RF Carpet**

Condition    Hole

Severity    1/8" to 1/2"

Type    Miscellaneous

None ●    ● ● Severe

Click on highlighted area to read details
and see additional images.

Disclaimer *

## Tires & Wheels

91

## Damage Overview

View Full Damage List and Repairs    ☐ Save as your default view

Sort by    Damage List

| Exterior (10) | Interior (2) | Structure (1) | Other (0) |



**● RR Wheel Housing**

Condition   Prev Repair

Severity   Substd Repair

Type   Structural

**● Structural Issue**

Click on highlighted area to read details
and see additional images.

Disclaimer *

11

## Tires & Wheels



secure | digitaltools.ove.local/

## Damage Overview

View Full Damage List and Repairs    ☐ Save as your default view

Sort by    Damage L...at

| Exterior (10) | Interior (2) | Structure (1) | Other (0) |

**RR Wheel Housing**

Condition   Prev Repair
Severity    Substd Repair
Type        Structural

● **Structural Issue**

Click on highlighted area to read details
and see additional images.

Disclaimer⁺

## Tires & Wheels

EXHIBIT "K"

**InSight**

ECR



Learn ↑ More

**Manheim San Diego**
4691 Calle Joven
Oceanside, CA 92057-6042
(760) 754-3600

## VEHICLE DETAILS - 2016 BMW M6 CPE

| | | | |
|---|---|---|---|
| VIN: | WBS6J9C53GD934586 | Body Style: | 2DCP | Top Type: | Hard Top |
| Ext Color: | YELLOW | Int Color: | BLK | Odometer: | 26,940 |
| Work Order: | 3540553 | Seller: | SD MOTORWERKS | Received Date: | 02/03/2020 |
| Inspector: | JSRICHAAIM 02/03/2020 | InService Date: | N/A | | |

### VALUE ADDED OPTIONS

- Auto Leveling Headlights
- Auxiliary Audio Input
- Back-Up Camera
- Blind Spot Monitor
- Bluetooth Connection
- Cooled Front Seat(s)
- Dual Zone A/C

- Hard Disk Drive Media Storage
- Heads-Up Display
- Heated Seats-Front(s)
- Lane Departure System
- Leather Seats
- MP3 Compatible Stereo
- Navigation System

## GRADING



Auto Grade

**Grade 2.4   Below Average**

- **MSRP**-Not Available
- **Engine Starts**-Yes
- **Drivable**-Yes

*Process protected under U.S. Patent No. 8,230,362

- Premium Stereo
- Rear Parking Aid
- Satellite Radio
- Seat Memory
- Telematics

## VEHICLE INFORMATION

### OPTIONS

- 50 State Emissions
- A/C
- Automatic Headlights
- Brake Assist System
- Bucket Seats
- CD Player
- Carbon Fiber Interior
- Trim
- Climate Control

- Electrochromic Rearview Mirror
- Electronic Stability Control
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Heated Steering Wheel

- Passenger Air Bag Sensor
- Passenger Illuminated Vanity M
- Passenger Vanity Mirror
- Power Folding Mirrors
- Power Locks
- Power Mirrors
- Power Windows

- Steering Wheel Audio Control
- Tilt Steering
- Tilt Steering Wheel
- Tire Inflator
- Tire Pressure Monitor System
- Traction Control
- Transmission w/Dual



- Cruise Control
- Daytime Running
- Lights
- Driver Adjustable
- Lumbar
- Driver Air Bag
- Driver Illuminated
- Vanity Mirr
- Driver Vanity Mirror
- Dual Air Bags

- Intermittent Wipers
- Keyless Entry
- Keyless Start
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory
- Owner's Manual
- Passenger Adjustable
- Lumbar

- Pwr Seats - Both
- Pwr Steering
- Quad Bucket Seats
- Rain Sensing Wipers
- Rear Defrost
- Rear Head Air Bag
- Security System
- Side Air Bags

- Shift Mode
- Trip Computer
- Turbocharged
- Universal Garage Door
- Opener
- Variable Speed
- Intermittent Wi
- Warranty Books

## MECHANICAL

- 8 Cylinder Gas Turbo
- Automatic
- 4X2
- Anti-lock Brakes
- Automatic Transmission
- 4.4 L

## INTERIOR

- Odometer - Digits Analog -Operable
- Int Odor: Smoke
- Leather

## TIRES AND WHEELS

Tire Condition:                     Wheels: Alloy

| Tire | Tread Depth | Brand | Size |
|---|---|---|---|
| Left Front: | 7/32" | Michelin | 265/35R20 |
| Left Rear: | 9/32" | Michelin | 295/30R20 |
| Right Front: | 9/32" | Michelin | 265/35R20 |
| Right Rear: | 8/32" | Michelin | 295/30R20 |
| Spare: | N/A | N/A | N/A |

## KEYS

- Smart Key - 1

## OTHER

- Title State:
- Title Received Date: N/A

## ADDITIONAL INFORMATION

ARB UNIT..

## CHARGEABLES

| DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | TOTAL LABOR HOURS | COST |
|---|---|---|---|---|---|

## NON-CHARGEABLES AND ADDITIONAL IMAGES

| IMAGE | DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR |
|---|---|---|---|---|
|  | Front Bumper Cover | Prev Repair | Substd Repair | Repair |
| | Left Interior "A" Pillar Trim | Worn | Acceptable | No Action Required |
| | LF Door Edge | Scratch Heavy | 1/2" to 1" | Touch Up |
| | L Qtr Panel | Scratch Heavy | 1/2" to 1" | Touch Up |
| | L Qtr Panel | Mult Dents/No Paint Dmg | PDR/3 | PDR |
| | Rear Bumper Cover | Prev Repair | SubStd Fish Eyes | Repair |
| | RF Door | Prev Repair | SubStd Wavy | Repair |
| | RF Window | Inop intermittently working | Repair Required | Mech Ck |
| | R Qtr Panel | Prev Repair | Substd Repair | Repair |

## RECON CHARGES

| DATE | QTY | PART | DESCRIPTION | RETAIL |
|---|---|---|---|---|
| R Fuel Door | Prev Repair | SubStd Dirt | Repair | |
| Steering Wheel | Worn | Acceptable | No Action Required | |
| RF Carpet | Hole | 1/8" to 1/2" | Repair | |
| RR Wheel Housing | Prev Repair | Substd Repair | No Action Required | |

## TOTAL CHARGES

| | |
|---|---|
| Chargeables | $.00 |
| Non-Chargeables | $.00 |
| Repaired | $.00 |
| Deductibles | $.00 |
| Recon Charges | $.00 |
| **Total Charges** | **$.00** |

VIN: WBS6J9C53GD934586, Work Order: 3540553



| ⊙ Mani | ⊙ pdf | ⌂ Aucti | ● 0611 | ● 0613 | ● Inbou | ● 0613 | 🔒 Vault | ● Case: | 🚗 OVE: | ● 0613 | ● 061: |

s.ove.local/

c... | 🔳 Patient Portal Signup | ⓘ Workbench | 🚗 OVE.com - Inventor... | ⊙ Home | 🔒 Vault :: Login | ● Salesforce - Unlimit... | ⌂ AuctionAC

## Sight Condition Report

# BMW M6 2dr Cpe

### 9C53**GD934586** • 26,940mi

'heel Drive • 4.4L 8 Cylinder Engine • A/T • Hard Top • Leather

n N/A    Facilitation  Manheim San Diego     Seller  SD MOTORWERKS




Damages


Structural
Damage


Prior Paint


Drivable


Starts


Smoke Odor

| Ext (2) | Int (3) | Misc (2) | Damages (1) |

## Announcements

- ARB UNIT

## High Value Options

- Back-Up Camera
- Blind Spot Monitor
- Bluetooth Connection
- Climate Control
- Cooled Front Seat(s)
- Hard Disk Drive Media Storage
- Heads-Up Display

- Multi-Z
- Navigati
- Power [
- Power F
- Premiun
- Rain Ser
- Rear Bu



× | ⓦ Vehicle × | ⊘ Manhe × | ⊘ pdf × | ⬤ Auctio × | 🔵 Cases × | 🔵 06138 × | 🔒 Vault :: × | 🔟 OVE.c × |

s.ove.local/

c... | ⬛ Patient Portal Signup | ⓦ Workbench | 🔟 OVE.com - Inventor... | ⊘ Home | 🔒 Vault :: Login | 🔵 Salesforce - Unlimit... | ⬤ AuctionAC

**Overview**

Damage List and Repairs    ☐ Save as your default view                                      Sort b

r (10)     Interior (2)     Structure (1)     Other (0)

⬤ **Front Bumper Cover**

Condition  Prev Repair

Severity   Substd Repair

Type       Previous Repair

⬤ **LF Door Edge**

Condition  Scratch Heavy

Severity   1/2" to 1"

Type       Miscellaneous

◍ **L Qtr Panel**

Condition  Mult Dents/No Paint Dmg

Severity   PDR/3

Type       Cosmetic Conventional Paint and Body Not Required

◍ **L Qtr Panel**

Condition  Scratch Heavy

None ⬤  ◍  ⬤  ⬤ Severe

Click on highlighted area to read details
and see additional images.

er⁺

**Wheels**



× ⓦ Vehicle ×  |  ⊙ Manhe ×  |  ⊙ pdf  ×  |  ⊘ Auctio ×  |  🗪 Cases ×  |  🗪 0613& ×  |  🔒 Vault ×  |  🛪 OVE.c ×  | ⊕⊕

s.ove.local/

c...  ⬛ Patient Portal Signup  ⓦ Workbench  🛪 OVE.com - Inventor...  ⊙ Home  🔒 Vault :: Login  🗪 Salesforce - Unlimit...  ⊘ AuctionACC

**Overview**

Damage List and Repairs  ☐ Save as your default view                                                    Sort b

r (10)    Interior (2)    Structure (1)    Other (0)

🌀 **L Qtr Panel**

**Condition** Scratch Heavy

**Severity** 1/2" to 1"

**Type** Cosmetic Conventional Paint and Body Not Required

⚫ **Left Interior "A" Pillar Trim**

**Condition** Worn

**Severity** Acceptable

**Type** Miscellaneous

⚫ **Rear Bumper Cover**

**Condition** Prev Repair

**Severity** SubStd Fish Eyes

**Type** Previous Repair

🌀 **R Fuel Door**

**Condition** Prev Repair

None ⚫ 🌀 ⚫ ⚫ Severe

Click on highlighted area to read details
and see additional images.

er⁺

**Wheels**

× | Vehicle × | Manhe × | pdf × | Auction × | Cases × | 06138 × | Vault × | OVE.co × |

s.ove.local/

c... | Patient Portal Signup | Workbench | OVE.com - Inventor... | Home | Vault :: Login | Salesforce - Unlimit... | AuctionAC

**Overview**

Damage List and Repairs   ☐ Save as your default view   Sort b

r (10)   Interior (2)   Structure (1)   Other (0)



**R Fuel Door**

Condition Prev Repair

Severity   SubStd Dirt

Type      Miscellaneous

**R Qtr Panel**

Condition Prev Repair

Severity   Substd Repair

Type      Previous Repair

**RF Door**

Condition Prev Repair

Severity   SubStd Wavy

Type      Previous Repair

**RF Window**

Condition Inop

Severity   Repair Required

None ● ● ● ● Severe

Click on highlighted area to read details
and see additional images.

er⁺

**Wheels**



× ⊗ Vehicle × | ⊗ Manhe × | ⊗ pdf × | ⟮ Auctio × | 🖿 Cases × | 🖿 06138 × | 🔒 Vault :: × | 🕾 OVE.c × | ◆

s.ove.local/

c... ▦ Patient Portal Signup ⟨⟩ Workbench 🕾 OVE.com - Inventor... ⊗ Home 🔒 Vault :: Login 🖿 Salesforce - Unlimit... ◌ AuctionAC

" (10)   Interior (2)   Structure (1)   Other (0)

Type   Miscellaneous

⬤ R Qtr Panel

Condition Prev Repair

Severity   Substd Repair

Type   Previous Repair

⬤ RF Door

Condition Prev Repair

Severity   SubStd Wavy

Type   Previous Repair

⬤ RF Window

Condition Inop

Severity   Repair Required

Type   Miscellaneous

Additional Information

intermittently working

None ⬤ ⬤ ⬤ ⬤ Severe

Click on highlighted area to read details
and see additional images.

er +

## Wheels

Aluminum

| | **Left Front** Michelin | **Right Front** Michelin | **Left Rear** Michelin | **Right Rear** Michelin | **Spare** (Not Equippe |

× | ⓦ Vehicl × | ❸ Manhe × | ❸ pdf × | ⓐ Auctio × | 🔵 Cases × | 🔵 06138 × | 🔒 Vault : × | 🚗 OVE.c × | ❖

s.ove.local/

c... | 🔳 Patient Portal Signup | ⓦ Workbench | 🚗 OVE.com - Inventor... | ❸ Home | 🔒 Vault :: Login | 🔵 Salesforce - Unlimit... | ⓐ AuctionAC

**Overview**

l Damage List and Repairs   ☐ Save as your default view                                    Sort b

r (10)   Interior (2)   Structure (1)   Other (0)



● **Steering Wheel**

Condition   Worn

Severity   Acceptable

Type   Mechanical

● **RF Carpet**

Condition   Hole

Severity   1/8" to 1/2"

Type   Miscellaneous

None ● ● ● ● Severe

Click on highlighted area to read details
and see additional images.

er⁺

**Wheels**



× ⓦ Vehicle ×  |  ❸ Manh ×  |  ❸ pdf  ×  |  ⓖ Auctio ×  |  ◗ Cases  ×  |  ◗ 06138 ×  |  🔒 Vault ×  |  🐦 OVE.c ×  |

s.ove.local/

c...   🔳 Patient Portal Signup   ⓦ Workbench   🐦 OVE.com - Inventor...   ❸ Home   🔒 Vault :: Login   ◗ Salesforce - Unlimit...   ⓐ AuctionAC

**Overview**

Damage List and Repairs   ☐ Save as your default view                                          Sort b

r (10)    Interior (2)    Structure (1)    Other (0)

● **RR Wheel Housing**

**Condition** Prev Repair

**Severity**  Substd Repair

**Type**     Structural

● **Structural Issue**

Click on highlighted area to read details
and see additional images.

er +

**Wheels**



🔗 Man:  | 🔗 pdf  | 🔗 Auct: | 🔗 0611: | 🔗 0613: | 🔗 Inbou | 🔗 0613: | 🔒 Vault | 🔗 Case: | 🔗 OVE: | 🔗 0613: | 🔗 0613:

s.ove.local/

c...  🔳 Patient Portal Signup  🔗 Workbench  🔗 OVE.com - Inventor...  🔗 Home  🔒 Vault :: Login  🔗 Salesforce - Unlimit...  🔗 AuctionAC:

Click on highlighted area to read details
and see additional images.

⚪ R Fuel Door

er⁺

## Wheels

Aluminum

|  | Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|---|
|  | Michelin | Michelin | Michelin | Michelin | (Not Equipp: |
|  | 7/32" | 9/32" | 9/32" | 8/32" | N/A |
|  | 265/35R20 | 265/35R20 | 295/30R20 | 295/30R20 |  |

**Check**  View Full AutoCheck

| istorical | 13 | Title and Problem Check | ⚫ Vehicle checks out! |
|---|---|---|---|
| orted Event | 05/26/2020 | Odometer Check | ⚫ Vehicle checks out! |
| ed Owners | 1 | Use and Event Check | ⚪ Specific vehicle use(s) or e |
| orted Mileage | 27,910 | AutoCheck Buyback Protection | ⚫ Qualifies |
| ed Accidents | 0 |  |  |
| K |  | View CARFAX |  |



Man  |  pdf  |  Aucti  |  0611f  |  0613t  |  Inbou  |  0613f  |  Vault  |  Cases  |  OVE.c  |  0613f  |  0613

s.ove.local/

c...  Patient Portal Signup  Workbench  OVE.com - Inventor...  Home  Vault :: Login  Salesforce - Unlimit...  AuctionAC

Color

Color

ent   Manufacturer Info

**MSRP**
$167,195

**Title State**
Not Available

**Title Received**
Not Available

**Received Date**
02/03/2020

**Inspection Location**
Manheim San Diego

**Work Order**
3540553

In Servi
Not Ava

Org Mr:
'4 Years
'Manhe
voided

## ns

- justable Steering Wheel
- /FM Stereo
- o-Dimming Rearview Mirror
- omatic Headlights
- iliary Audio Input
- ke Assist
- ket Seats
- bon Fiber Interior Trim
- Player
- ise Control
- time Running Lights
- er Adjustable Lumbar

- Driver Air Bag
- Driver Illuminated Vanity Mirror
- Driver Vanity Mirror
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Headlights-Auto-Leveling
- Intermittent Wipers
- Keyless Entry
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory

- MP3 Player
- Passenger Adjustable Lumbar
- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Folding Mirrors
- Power Mirror(s)
- Power Steering
- Power Windows
- Rear Defrost

- Rear H
- Securi
- Stabili
- Steeri
- Telem
- Tire In
- Tractic
- Transn
- Trip C
- Univer
- Variab
  Wipers

## or

ther

## Keys

- Smart - 1



| Manl | pdf | Aucti | 0611( | 06138 | Inbou | 0613 | Vault | Cases | OVE.c | 0613 | 0613

s.ove.local/

c... | Patient Portal Signup | Workbench | OVE.com - Inventor... | Home | Vault :: Login | Salesforce - Unlimit... | AuctionAC

or

ther

ometer Operable

**Keys**
- Smart - 1

**anical**
- Turbocharged
ylinder Engine
5 Brakes
omatic Transmission
oline Fuel
r Wheel Drive

Abbreviations

ondition reports contain representations made by the seller and subjective input based on inspector judgment, which may
of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition

le was calculated under the assumption that some repairs may be covered under manufacturer warranty.

e Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with th

protected under U.S. Patent No. 8,230,362

S6J9C53GD934586,
der: 3540553

Manheim. All Rights Reserved

EXHIBIT "L"

8:57   5GE



Jerry J Siderman

iMessage
Yesterday 9:05 PM

Jerry
Did you own a 2016 BMW M6
Competition Package I found
your information in the car I
purchased

From Center Bmw

Yes. What information?

Old registration and receipts

Thank you but I don't need it

Sorry to bother you it was in a
bad accident in 2018 damage
Over $31k what happen

Sorry but I don't feel
comfortable discussing
anything with someone I don't
know

The front and rear and the

  iMessage 

      

EXHIBIT "M"

Standards

# ARBITRATION POLICY
## In-Lane and Online

# EFFECTIVE DATE:
# April 17, 2017



# Arbitration Policy

Effective Date: April 17, 2017

## I. General Policies:

### 1. Fair and Ethical Sale

The sales made at an Auction are intended to promote fair and ethical treatment to both the Buyer and Seller. If Auction determines that the transaction is not fair and ethical to either party, the Seller and the Buyer agree that Auction may cancel the sale, at its sole discretion. Federal, State, and Local laws supersede these policies where applicable.

### 2. Auction Role in Sale:

a. Auction makes no representations or guarantees on any vehicle sold or offered for sale.

b. Auction is not a party to the contract of the sale. The sales contract is between the Seller and Buyer only.

c. All vehicles bought or sold on the premises must be processed through the Auction office. Failure to do so will result in suspension of trading privileges at Auction.

d. Auction reserves the right to review any audio/video documentation to verify the accuracy of a sale.

e. Any vehicle consigned with the Auction is subject to government inspection, with or without prior notice, by the FBI, State Police, National Auto Theft Bureau, Local Police Authorities, any other governmental agency, or quasi-governmental agency.

### 3. Auction VIN Policies

All vehicles consigned must have a visible public Vehicle Identification Number (VIN) plate attached to the vehicle by the manufacturer or state inspector (state reassigned VIN only). Those vehicles having a reassigned VIN plate by the State in place of the original VIN plate must be announced or will be subject to sale cancellation or Buyer return. Auction reserves the right to refuse the sale of any vehicle in which the VIN plate appears to be altered in any way.



# Arbitration Policy

Effective Date: April 17, 2017

## II. Sale Light System:

Auction has a standard light/video display system to describe the condition and/or disclosures related to the vehicle being sold. The system is defined as:

1. **Green Light –Ride and Drive:** The green light signals that this vehicle is guaranteed under the conditions outlined in this policy by the seller. Any defects or issues requiring disclosure per this policy should be announced using the green and yellow lights.

2. **Yellow Light – Limited Guarantee:** This light is an indication to the Buyer that the Auctioneer or Selling Representative has made announcements that qualify/clarify the condition or equipment and limit arbitration of this vehicle in conjunction with the green light or when "limited guarantee" is announced.

3. **Red Light – As-Is:** Vehicles selling under the red light will only qualify for arbitration under the rules outlined in this policy. (As-Is dollar amount, model years, and mileage are subject to local auction policy).

4. **Blue Light Title Attached/Title Unavailable/Title Absent:** This light is used to announce that the title is not present (auction managed location) at the time of the sale. For Auction rules regarding titles please refer to the Title Arbitration Policy section. If "title attached/unavailable/absent" is not announced, a vehicle could be arbitrated for no title in the absence of auction company policy.

| Announcement /Light Legend | | | |
|---|---|---|---|
| Announcements: | Light Usage Recommendation | | |
| | Green | Yellow | Red |
| Ride & Drive Only | ✓ | N/A | N/A |
| Ride & Drive with Caution | ✓ | ✓ | N/A |
| Limited Guarantee Only | N/A | ✓ | N/A |
| As-is, No Arbitration | N/A | N/A | ✓ |



# Arbitration Policy

Effective Date: April 17, 2017

## III. Seller Responsibilities:

1. Seller will be held responsible for the accuracy and completeness of all representations or descriptions. This includes handouts, catalogues, vehicle markings, condition information or vehicle listings and verbal or written statements made by Seller, Auction, Auctioneer or Selling Representative at the time of sale. This includes the condition report written by or on behalf of the seller as per the "NAAA Generic Condition Report Position Statement". The Seller understands that the sale light/video display is a binding arbitration representation of vehicle condition, and is therefore responsible for ensuring that their vehicles sell under the correct light in the lane.

2. Mileage announcements are not required for vehicles that are 10 years or older and/or deemed exempt from Odometer and Title disclosure laws unless a mileage discrepancy is known or apparent to the seller. The Seller may represent miles on exempt vehicles; any disclosures made by the Seller and all known odometer discrepancies are grounds for arbitration.

3. Title discrepancies must be announced including, but not limited to: not actual miles, salvage, theft recovery, stolen vehicle, flood damage, Lemon Law buybacks and trade assist.

4. If a vehicle is being offered for sale by a third party, an announcement of "3rd Party Seller" is required. Disclosure requirements and time limits are subject to local auction policy.

5. Announcements are required for any matters that relate to the safety or integrity of the vehicle including as per the stated dollar threshold and disclosure requirements stated in this policy, all requirements under local, state or federal statutes or regulations. Announcements must be made both verbally and disclosed on the auction invoice/sale contract/bill of sale or equivalent document in a physical or online auction environment.

6. The announcement of the presence of warning lights does not exempt a Seller from arbitration responsibilities as defined by the policy. The issue/defect found to be the cause of the light may be arbitrated within the stated time period and dollar amount threshold according to Appendix 1.

7. The availability of a manufacturer's warranty shall not affect a Buyer's right to arbitrate a vehicle. Regardless of the warranty coverage in terms of the root cause of the complaint, an announcement may be required.

8. In the event of a successful arbitration by the Buyer, the Seller is responsible for reimbursement of all reasonable documented expenses incurred by the Buyer (excluding profit, commissions and detail charges) on vehicles arbitrated for undisclosed conditions. Reimbursements that qualify under these guidelines will be at the sole discretion of the Auction and will be limited to the reasonable and documented expenses at auction (wholesale) repair cost.

9. Seller will not be paid for vehicles in arbitration until arbitration is settled and vehicles are sold. For arbitrations occurring after the seller has been paid, seller is required to promptly return the payment to the auction if the transaction is voided as a result of arbitration.



# Arbitration Policy

Effective Date: April 17, 2017

12. In regard to defect in title, and in any matter relating to odometer mileage, odometer statements, or damage disclosure statements: Seller and Buyer agree to indemnify and hold harmless Auction from any liability, loss costs, damage or expense, including attorney fees which may arise either directly or indirectly from the sale and purchase of the consigned vehicle including but not limited to title services provided.

13. Whenever any claim is made by any person against the title of a vehicle, whether by suit or otherwise, the Buyer, after becoming aware of said claim, shall immediately notify Auction. This involves giving full particulars of claim, cooperating fully in defending any legal action, and in taking other steps to minimize possible loss.

## VI. Previous Canadian and/or Grey Market Vehicles:

1. A "Previous Canadian" disclosure is required for any vehicle (regardless of manufacturing origin) having been registered in a Canadian province. Additional announcements may be required as well due to the use in Canada (i.e. Full or partial voided warranty, foreign title and etc.).

2. Any vehicle not originally built to U.S. specifications can, under certain circumstances, be imported through a registered importer who modifies the vehicle to comply with U.S. equipment and safety regulations (DOT and NHTSA) and then certifies it as compliant, and an independent commercial importer who modifies the vehicle to comply with U.S. emissions regulations and then certifies it as compliant. Only vehicles properly converted to U.S. specifications can be sold and must be announced as such.

3. **Required Conversion**

   a. All other vehicles imported must be imported through a Registered Importer. Registered Importers are required to post a bond with the U.S. Department of Transportation and/or National Highway Transportation Safety Administration. All vehicles imported through a Registered Importer must have:

      i. U.S. Safety Standard Certification Label that identifies the Registered Importer
      ii. Valid U.S. Title or Legal Foreign Title
      iii. Meet ALL Federal NHTSA, D.O.T. and/or E.P.A. Mandated Guidelines
      iv. Documentation must be provided at any time by seller.
      v. Cleared the mandated wait time.

   b. All vehicles, whether imported by a Manufacturer or a Registered Importer, must show miles per hour on the speedometer and miles traveled on the odometer. Title 49, United States Code, Chapter 327, Section 32704, allows replacement odometers without a door frame sticker if the conversion from kilometers to miles can be done without changing the distance traveled by the vehicle; therefore, replacement of an odometer under these circumstances does not have to be announced by the Seller.

## VII. Arbitration Guidelines:

Vehicles that have any of the defects outlined in Appendix I that were not disclosed by the seller or announced at the time of sale must be reported to Auction within the time frame noted below in order to be eligible for arbitration. Vehicles must be returned to Auction in the same or better condition than when purchased with no more than (auction choice) miles.



# Arbitration Policy

Effective Date: April 17, 2017

1. **Time Period:** Refer to Appendix I for arbitration time periods. Sale day is Day 1. Arbitration shall end at the close of business as determined by each Auction on the last calendar day in the time period.

2. **Process:** Any single mechanical defect that has a repair cost of $500 or more is subject to arbitration on vehicles sold under qualifying lights and lack of announcement by the seller per Appendix I. Each vehicle transaction is allowed one chance at arbitration. The arbitrator will inspect only the defect that is on the initial arbitration claim. Repair costs will be determined by the auction and will reflect the auction cost to repair. If price adjustment is made and accepted, vehicle becomes "As-Is, No Arbitration" property of the Buyer, and is not subject to any further arbitration. The auction management makes the binding decision upon both the Buyer and Seller on all arbitration matters.

3. **Fees:** Auction reserves the right to assess an arbitration fee to the Buyer. If the arbitration is valid, Auction reserves the right to assess an arbitration fee to the Seller in addition to any charges associated with the arbitration.

4. **Not subject to arbitration:**
   a. Vehicles exceeding 20 model years, with the exception of trailers, RVs, and watercraft, which cannot be arbitrated if they exceed 10 model years.

   b. Kit vehicles, homemade vehicles, or modified vehicles are sold "As-Is" and cannot be arbitrated for odometer, structural issues, warranty books, or model year.

   c. Inherent Conditions: No arbitration can be based on conditions that are inherent or typical to a particular model or manufacturer. Manufacturer warranty guidelines will be used where applicable to determine whether the condition is inherent. Additional resources can be found on NAAA's Standards page at www.NAAA.com.

   d. Manual Transmissions: Vehicles with standard (full or partial shift) transmissions cannot be arbitrated for manual clutch assemblies unless the defect will not allow a safe test drive.

   e. Wearable Items: Auction will not arbitrate vehicles for wearable items normally worn vs excessively worn or inoperative (not inherent). For purposes of this policy wearable items are defined as parts of the vehicle that the manufacturer recognizes the need for replacement/adjustment during the expected life of the vehicle driven the average miles per model year (15k). These items are normally identified in the Owner's Manual for routine check and replacement and would include, but are not limited to, air ride suspensions, tires, wipers, brake pads, shoes, rotors, belts, hoses, lubricants/fluids, timing belts, bulbs, filters, shocks and struts.

   f. Unsafe vehicles: Auction reserves the right to reject any vehicle that management judges to be unsafe.

   g. Vehicles may not be arbitrated based solely upon information provided in Electronic Data Vehicle Histories (EDVH) or printed EDVH reports. Auction and Seller are not bound by information listed in EDVH. Examples of EDVH include Carfax, AutoCheck, NMVTIS, etc. The facilitating Auction may investigate vehicle history based on information found in EDVH for information that may impact arbitration.

   h. Auction is not bound by vehicle grades or other types of scoring systems placed upon the vehicle. Buyers may only arbitrate a vehicle based upon damage or defects that were present at the time of the sale of the vehicle.

   i. Vehicles with more than (auction choice) miles from time of sale.

National Arbitration Policy Guidelines (Appendix 1) Amended 9/5/17

**Arbitration Policy**

Effective Date: April 17, 2017

# National Arbitration Policy Guidelines  APPENDIX I

## NAAA Seller Disclosure/Announcement Requirements

National Auto Auction Association
www.naaa.com

Effective Date
September 5, 2017

| | Disclosure/Announcement Required | | | Arbitration Time Periods | | |
|---|---|---|---|---|---|---|
| | Green Light Only Ride & Drive | Yellow Light Only Limited Guarantee | Red Light Only As-Is, No Arbitration | Green Light Only Ride & Drive | Yellow Light Only Limited Guarantee | Red Light Only As-Is, No Arbitration |
| **Major Components** | | | | | | |
| Engine Problem* | YES | YES | NO | A or C | A or C | N/A |
| Cracked or Repaired Block* | YES | YES | NO | A or C | A or C | N/A |
| Transmission Problem* | YES | YES | NO | A or C | A or C | N/A |
| 4X4 System Inoperable* | YES | YES | NO | A or C | A or C | N/A |
| ABS Problem* | YES | YES | NO | A or C | A or C | N/A |
| Emission Control Equipment Missing or Inoperative* | YES | NO | NO | A or C | N/A | N/A |
| Air Conditioning System* | YES | YES | NO | A or C | A or C | N/A |
| SRS – Missing or Problem with Airbags* | YES | YES | NO | A or C | A or C | N/A |
| Hybrid or Electric Vehicle Battery Problems and/or Missing or Inoperative Battery Charger* | YES | NO | NO | A or C | N/A | N/A |
| **Vehicle History Issues** | | | | | | |
| Structural Damage/Certified Structural Repair or Replacement/Structural Alteration | YES | YES | YES | B or C | B or C | B or C |
| Per NAAA Structural Damage Policy | | | | | | |
| Not Actual Miles/Inoperative Odometer | YES | YES | YES | B or C | B or C | B or C |
| Total Loss and/or Salvage History | YES | YES | YES | B or C | B or C | B or C |
| Theft Recovery/Stolen Vehicle (Including History) | YES | YES | YES | 30 Days | 30 Days | 30 Days |
| Bonded, Insurance and/or Salvage Titles (Including History)* | YES | YES | YES | 30 Days | 30 Days | 30 Days |
| Flood Damage (By Auction Inspection)* | YES | YES | YES | B or C | B or C | B or C |
| Lemon Law/Manufacturer's Buyback* | YES | YES | YES | 30 Days from Sale Date | 30 Days from Sale Date | 30 Days from Sale Date |
| State-Issued VIN Plates (Including Kit Vehicles) | YES | YES | YES | B or C | B or C | B or C |
| All Taxis and Livery Requiring Local or State Licenses and Law Enforcement Vehicles | YES | NO | NO | B or C | N/A | N/A |
| Previous Canadian Vehicles | YES | NO | NO | B or C | N/A | N/A |
| Grey Market Vehicles* | YES | NO | NO | B or C | N/A | N/A |
| Vehicles Being Sold with No Title (Bill of Sale Only) | YES | YES | YES | B or C | B or C | B or C |
| Voided Factory Warranty | YES | YES | YES | B or C | B or C | B or C |
| Fuel Conversion | YES | YES | YES | B or C | B or C | B or C |
| Non-Original Engine (Excludes Items Replaced Under Manufacturer's Warranty) | YES | NO | NO | B or C | N/A | N/A |
| Current Model Year and Up to 4 Model Years Old | YES | NO | NO | B or C | N/A | N/A |
| Logo or Decal Misrepresentation | YES | NO | NO | N/A | N/A | N/A |
| Exports/Imports (Existing or Cleared) | YES | NO | NO | A or C | N/A | N/A |
| Flood Damage History (Disclosed By DMV and/or Insurance Company Records) | YES | YES | YES | A or C | A or C | A or C |
| **Other Issues** | | | | | | |
| Vehicle Accessory Electrical Problems* (Current Model Year and Up to 4 Model Years Old) | YES | NO | NO | A or C | N/A | N/A |
| Permanent Malfunction or Leak in the Air Conditioning (Excludes Bumpers) | YES | NO | NO | A or C | N/A | N/A |
| Vehicles Not Equipped With Air Conditioning (Excludes Vehicles 10 Model Years Old or Older) | YES | NO | NO | A or C | N/A | N/A |
| Vehicles Being Sold With a Government Required Release for Title (i.e. 27A, SP-971 and etc.), CO, | YES | NO | NO | | | |
| MSO, or Repo Affidavit in Lieu of Required By Law | | | | | | |
| Pending State or Local DMV Fees Or Taxes Over $100 Due Or Vehicle (if Required By Law) | YES | YES | YES | Thru the Receipt of Title | Thru the Receipt of Title | Thru the Receipt of Title |
| Any Disclosure Required By Law | YES | YES | YES | Thru the Receipt of Title | Thru the Receipt of Title | Thru the Receipt of Title |

**Time Period vs. Sale Channel Breakdown**

| "A" Arrive-Sale Day, Only | "B" Interior/-2 Calendar Days Only | "C" Online/-2 Calendar days within vehicle receipt of the vehicle from seller and/or auction not to exceed 16 calendar days from the original sale date. |
|---|---|---|

*"Must disclose defects that are singularly $500 or more to repair or replace.

**These disclosures may be subject to arbitration regardless of the stated time limits. Arbitration claims initiated after this stated time period not be addressed via the depreciation formula described in "The Arbitration Policy (Paragraph I).



# Arbitration Policy

Effective Date: April 17, 2017

## 3. Seller Disclosure Requirements

Sellers must disclose permanent structural damage, any structural alterations, structural repairs or replacements (certified or non-certified) as outlined in this policy prior to selling a vehicle at auction regardless of sales channel or light condition. Disclosures are required for the following:

a. Any/all existing permanent (non-repairable aka kinked or broken) structural damage as defined in this policy

b. Improper and/or substandard prior repairs (not meeting OEM repair guidelines)

c. Repairs not certified using OEM guidelines or to be within the UVMS Improper alterations to the structure Lengthened or Shortened structure verified by visual inspection.

d. Altered suspension that requires the structure to be modified from its OEM form.

e. After-market accessories installed or removed to the structure.

f. Towing packages installed (or removed) where new holes are drilled, OEM holes are enlarged, or if the towing package is welded or brazed to the structure.

g. Multiple access holes (regardless of size) or singular access holes greater than 5/8". Access holes between 1/4" and 5/8" are subject to disclosure based upon location and condition of structural component.

h. Corrosion of structural components determined by one or more of the following; when the substrate loses its shape, the original bonds near the affected area are loose or are no longer in existence, the original thickness of the substrate has been changed by more than 25%, the affected area no longer possesses its absorption or deflection properties.

i. Structural tear damage (i.e. transport tie down) if more than 1" in length (measured from tear start/stop points)

j. Damage due to improper jacking or lifting that permanently deforms structural components outlined in this policy.

k. Damage due to contact with parking abutments and/or road debris that permanently deforms structural components outlined in this policy.

l. Roof bows/braces that have been modified, have existing permanent damage or removed. A replaced roof skin is not a required disclosure in terms of the Structural Damage Policy.

m. The C pillar/quarter or Cab panel may or may not be a structural component(s) as per the vehicle manufacturer.

# FLOOD DAMAGE CHECK

Flood Damage Check includes top-down, bottom-up, interior, exterior and mechanical checks specific to the NAAA Flood Damage Policy and includes fluid contamination, electrical components and basic drivability. See the chart below for detailed checklist items.

## CLAIMS PROCESS

» Purchase Flood Damage Check or a vehicle with Flood Damage Check.

» If flood damage is discovered, you have 30 days from the date of sale to notify the auction.

## EXEMPTIONS

» TRA, hand-built and vehicles selling for less than $3k, unless the title is branded.

» Not available for vehicles that are off-site or at mobile auctions; non-transferable.

*Sale date Feb. 28, 2020*
*PSI computed March 6 or March 11*
*PAID for Care Wee April 3*

*Didn't rec PSI from Manhm*
*till April 10, 2020*
*Manhm Road*
*Insp on a Mach 6*

# FLOOD DAMAGE INDICATOR CHECKLIST

NAAA
NATIONAL AUTO AUCTION ASSOCIATION

- ☐ Fluid contamination
  - ☐ Engine
  - ☐ Transmission
  - ☐ Coolant
  - ☐ Differential
- ☐ Dampness in seat cushions, headliner, visors and other upholstered components
- ☐ Mud, silt or sludge buildup in wheel wells, inside bumpers, hinge boxes, door openings/sills, door drain holes, under carpets or luggage compartment floor mats
- ☐ Surface rust on underbody components, brake rotors/drums, exhaust system, pinch welds, brake lines, chassis components
- ☐ Mud or sludge buildup inside door panels, behind luggage compartment side walls, beneath dash, inside glove box, etc.
- ☐ High water marks on door panels, upholstery, trunk interior, or head or tail light lenses

- ☐ The deposit of debris such as silt, grass and small twigs
- ☐ Accumulation of silt/rust inside major mechanical components
- ☐ Extremely rusty wiring harness, fuse boxes, etc.
- ☐ Interior odors, musty smell
- ☐ Inspect under dash for surface rust on unfinished steel seat springs, frames and brackets
- ☐ Corrosion in cigarette lighter/fuse box and sockets
- ☐ Fully extract seat belts and retractable shoulder harnesses, inspecting for silt accumulation and/or water stains on belt material and/or odors
- ☐ Water lines in fabric and insulation material
- ☐ Water lines in interior carpet, seatbelt
- ☐ Corrosion or rust on metal parts under seats or dash

- ☐ Water plugs in floor or trunk that have been removed
- ☐ Sand or mud on engine, transmission, suspension, lights, carpet, etc.
- ☐ Water lines on firewall, interior carpet material and/or exterior
- ☐ Pull up carpet section and inspect for silt and flood debris (dirt or dust is not an indication of flood damage)
- ☐ Inspect wire harness for an accumulation of silt. Peel back black rubber grommet in A and B pillars and inspect for silt and flood debris
- ☐ Inspect wire harness/connections for corrosion and rust
- ☐ Remove interior door panel and inspect for silt and flood debris inside door
- ☐ Title discrepancy/brand indicating "flood damage" or "water damage"

US.09.21.17



# Arbitration Policy

Effective Date: April 17, 2017

## IX. Flood, Damage Policy

Vehicles are frequently exposed to moisture during their ordinary operation, maintenance, and reconditioning. Occasionally, such exposure may leave residual marks or indicators similar to those left by exposure or immersion of the vehicle in floodwater. In determining what conditions require disclosure or in arbitrating vehicles for flood exposure/damage it is critical that the total condition of the vehicle be considered including VIN data history.  Disclosure requirements can be found in Appendix I.

### 1. Disclosure Not Required

No disclosure is required nor is arbitration allowed for the following types of water exposure, provided that none of the components outlined below are damaged:

a.  Rain, snow or sleet due to open windows, doors or tops or leaking seals.

b.  Car wash or rinse water.

c.  Carpet or upholstery shampooing or cleaning.

d.  Stream, pond, puddle or floodwater that does not rise above the rocker panel or otherwise enter the passenger compartment.

e.  Stream, pond, puddle or floodwater that enters the luggage compartment, but does not damage any electrical components (such as lighting or wiring harness) or does not enter the passenger compartment.

### 2. Disclosure Required

Disclosure is required and arbitration shall be allowed under the following conditions:

a.  The title has been correctly branded indicating flood history of the vehicle.

b.  Any of the following components have been damaged due to stream, pond, puddle or floodwater immersion/ingress:

   i.  Front or rear internal lighting or wiring harnesses
   ii.  Engine and its major components
   iii.  Transmission and differential
   iv.  Dash instrument panel and wiring
   v.  Passenger seat cushions
   vi.  Power seat functions or window motor
   vii.  Major sound system components

# EXHIBIT "N"

1/13/2021      CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586



**This report provided free of charge by:**
SD Motorwerks
7030 Carroll Rd, San Diego, CA 92121
858-434-8953



# CARFAX® Vehicle History Report™

US $39.99

**2016 BMW M6**
VIN: WBS6J9C53GD934586
COUPE
4.4L V8 F DOHC 32V
GASOLINE
REAR WHEEL DRIVE

| | |
|---|---|
| ⚠ | Moderate damage |
| ℹ | Damage reported: minor damage |
| ❶ | CARFAX 1-Owner vehicle |
| 🔧 | **21** Service history records |
| 🏠 | Personal lease vehicle |
| 🚗 | **30,591** Last reported odometer reading |

CARFAX HAS THE MOST **ACCIDENT & DAMAGE INFORMATION**

This CARFAX Report Provided by:
**SD Motorwerks**

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/13/21 at 7:07:16 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX® Ownership History
The number of owners is estimated

| | Owner 1 |
|---|---|
| Year purchased | 2016 |
| Type of owner | Personal lease |
| Estimated length of ownership | 3 yrs. 1 mo. |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 8,568/yr |
| Last reported odometer reading | 30,591 |

## CARFAX® Title History
CARFAX guarantees the information in this section

| | Owner 1 |
|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✅ No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | ✅ No Problem |



GUARANTEED - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms | View Certificate

1/13/2021                    CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

| **CARFAX** Additional History | 🔋 Owner 1 |
|---|---|
| Not all accidents / issues are reported to CARFAX | |
| **Total Loss**<br>No total loss reported to CARFAX. | ✅ No Issues Reported |
| **Structural Damage**<br>CARFAX recommends that you have this vehicle inspected by a collision repair specialist. | ✅ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✅ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ✅ No Issues Indicated |
| **Accident / Damage**<br>Damage reported on: 03/06/2018, 02/20/2019, 06/24/2019 and 06/04/2020. | Damage Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check with an authorized BMW dealer for any open recalls. | ✅ No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have 0 months or 19,409 miles remaining. | ✅ Warranty Active |



**CARFAX** Detailed History

**Owner 1**
Purchased:
2016

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Lease Vehicle
8,568 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/14/2016 | 7 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✅<br>💜 346 Customer Favorites | Vehicle offered for sale |
| 01/26/2016 | | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✅<br>💜 346 Customer Favorites | Vehicle serviced<br>- Pre-delivery inspection completed |
| 11/30/2016 | 53 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✅<br>💜 346 Customer Favorites | Vehicle sold |
| 11/30/2016 | | Service Plan Co.<br>Tarzana, CA | Service contract issued |
| 12/15/2016 | 383 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0 | Vehicle serviced |

1/13/2021     CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

92 Verified Reviews ✅

💜 346   Customer Favorites

| 12/15/2016 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>- First owner reported<br>- Titled or registered as personal lease vehicle<br>- Loan or lien reported |
|---|---|---|---|
| 01/06/2017 | 1,352 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✅<br>💜 346 Customer Favorites | Vehicle serviced<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 04/14/2017 | 3,468 | Service Plan Co. | Service contract claim<br>- Tire(s) serviced |
| 09/02/2017 | 8,034 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✅<br>💜 346 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Cabin air filter replaced/cleaned<br>- Vehicle washed/detailed |
| 03/06/2018 | | Damage Report | Damage reported: moderate damage<br>- Damage to front<br>- Damage to right side<br>- Damage to right front |

**Damage Severity Scale** ⓘ



MINOR     MODERATE     SEVERE

# CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION



**Damage Location**

FRONT



LEFT        RIGHT

REAR

| 11/30/2018 | 18,432 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✅<br>💜 346 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Rear brakes replaced<br>- Air filter replaced<br>- Spark plug(s) replaced<br>- Brake fluid flushed/changed<br>- Brakes replaced |
|---|---|---|---|
| 02/20/2019 | | Damage Report | Damage reported: minor to moderate damage |


- Damage to right rear
- Damage to front
- Damage to right side
- Damage to right front

**Damage Severity Scale** ⓘ

MINOR          MODERATE          SEVERE

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**



**Damage Location**

FRONT

LEFT          RIGHT

REAR



| 04/19/2019 | 20,755 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>⭐ 4.1 / 5.0<br>92 Verified Reviews ✅<br>❤ 346 Customer Favorites | Vehicle serviced<br>- Engine/powertrain computer/module checked<br>- Tire condition and pressure checked |
|---|---|---|---|
| 06/05/2019 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>- Loan or lien reported |
| 06/24/2019 | | Damage Report | Damage reported: minor to moderate damage<br>- Damage to right side<br>- Damage to right rear<br>- Damage to front<br>- Damage to right front |

1/13/2021                                CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586



**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

**Damage Severity Scale** ⓘ

MINOR          MODERATE          SEVERE

**Damage Location**

FRONT

LEFT                              RIGHT

REAR

| Date | Mileage | Dealer | Service |
|---|---|---|---|
| 11/06/2019 | 25,850 | BMW of El Cajon<br>El Cajon, CA<br>619-442-8888<br>bmwsouthcounty.com<br>⭐ 4.6 / 5.0<br>179 Verified Reviews ✓<br>❤ 389 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Cabin air filter replaced/cleaned<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 01/28/2020 | 26,739 | Vehicle Manufacturer | Vehicle sold |
| 02/26/2020 | 27,033 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>⭐ 4.6 / 5.0<br>72 Verified Reviews ✓<br>❤ 143 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Battery charged<br>- Fuel tank replaced<br>- Tire condition and pressure checked |
| 03/09/2020 | 27,281 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>⭐ 4.6 / 5.0<br>72 Verified Reviews ✓<br>❤ 143 Customer Favorites | Vehicle serviced<br>- Recommended maintenance performed<br>- Battery charged<br>- Transfer module/computer reprogrammed<br>- Tire condition and pressure checked |
| 03/20/2020 | 27,500 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>⭐ 4.6 / 5.0<br>72 Verified Reviews ✓<br>❤ 143 Customer Favorites | Vehicle serviced<br>- Battery/charging system checked<br>- Brakes checked<br>- Tire condition and pressure checked |
| 05/04/2020 | 27,711 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com | Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked |

1/13/2021                              CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

|  |  | 4.6 / 5.0 | - Battery charged |
|  |  | 72 Verified Reviews ✓ | - Transfer module/computer reprogrammed |
|  |  | ♥ 143 Customer Favorites | - Tire condition and pressure checked |
|  |  |  | - Interior trim repaired |

| 05/18/2020 | 27,893 | BMW of Encinitas | ⌇ ⌁ Vehicle serviced |
|  |  | Encinitas, CA | ⟋ - Recommended maintenance performed |
|  |  | 760-335-6124 |  |
|  |  | bmwencinitas.com |  |
|  |  | ★ 4.2 / 5.0 |  |
|  |  | 105 Verified Reviews ✓ |  |
|  |  | ♥ 265 Customer Favorites |  |

| 05/26/2020 | 27,910 | California | Passed emissions inspection |
|  |  | Inspection Station |  |

| 05/29/2020 |  | BMW of Vista | ⌇ ⌁ Vehicle serviced |
|  |  | Vista, CA | ⟋ - Battery charged |
|  |  | 855-831-6394 | - Tire condition and pressure checked |
|  |  | bmwofvista.com | - Emissions inspection performed |
|  |  | ★ 4.6 / 5.0 |  |
|  |  | 72 Verified Reviews ✓ |  |
|  |  | ♥ 143 Customer Favorites |  |

| 06/04/2020 |  | Damage Report | ⓘ Damage reported: minor damage |
|  |  |  | - Damage to rear |
|  |  |  | - Damage to front |

**Damage Severity Scale** ⓘ

MINOR        MODERATE        SEVERE

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**

**Damage Location**

FRONT

LEFT                    RIGHT

REAR

| 07/23/2020 | 28,140 | SD Motorwerks | Vehicle offered for sale |
|  |  | San Diego, CA |  |

| 07/25/2020 |  | SD Motorwerks | Vehicle offered for sale |
|  |  | San Diego, CA |  |

| 07/27/2020 | 28,197 | BMW of Vista | ⌇ ⌁ Vehicle serviced |
|  |  | Vista, CA | ⟋ - Maintenance inspection completed |
|  |  | 855-831-6394 | - Battery/charging system checked |
|  |  | bmwofvista.com | - Brakes checked |
|  |  | ★ 4.6 / 5.0 | - Tire condition and pressure checked |
|  |  | 72 Verified Reviews ✓ |  |
|  |  | ♥ 143 Customer Favorites |  |

1/13/2021                                CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

| 08/20/2020 | 28,487 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | **Vehicle serviced**<br>- Tire condition and pressure checked |
|---|---|---|---|
| 09/19/2020 | 28,906 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Four wheel alignment performed<br>- Battery charged<br>- Transfer module/computer reprogrammed<br>- Tire condition and pressure checked |
| 09/30/2020 |  | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Battery/charging system checked<br>- Brakes checked<br>- Tire condition and pressure checked |
| 11/09/2020 | 29,705 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Four wheel alignment performed<br>- Battery charged<br>- Tire condition and pressure checked |
| 12/07/2020 | 30,451 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | **Vehicle serviced**<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Oil and filter changed<br>- Brake fluid flushed/changed<br>- Tire condition and pressure checked |
| 12/30/2020 | 30,591 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews<br>143 Customer Favorites | **Vehicle serviced**<br>- Battery/charging system checked<br>- Brakes checked<br>- Front seat cover replaced<br>- Tire condition and pressure checked |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## C|A|R|F|A|X  Glossary

**Damage Indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/13/21 at 7:07:16 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**Damage Severity**
Damage events result in one of the following severity levels:

- Minor: Generally, minor damage is cosmetic (including dents or scratches), may only require reconditioning, and typically does not compromise a vehicle's operation and/or safety.
- Moderate: Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety.
- Severe: Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety.

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**   **facebook.com/CARFAX**   **@CARFAXinc**   **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2021 CARFAX, Inc., a unit of IHS Markit Ltd. All rights reserved.
1/13/21 7:07:16 PM (CST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2016 BMW M SERIES vehicle (VIN: WBS6J9C53GD934586), which is based on information supplied to CARFAX and available as of 1/13/21 at 8:07 PM (EST).

| | | | |
|---|---|---|---|
| Customer Signature | Date | Dealer Signature | Date |

EXHIBIT "O"



Michael A. Alfred
*Attorney at Law*
CBN 113716

Mary S. Alfred
*Attorney at Law*
CBN 303091

# The Law Office of
# Michael A. Alfred APC
CBN 113716

---

## LETTER OF REPRESENTATION

January 5, 2020

### Via Certified Mail, Return Receipt Requested

| | | |
|---|---|---|
| Manheim Riverside | BMW/FSVT | CARFAX, INC. |
| 6446 Fremont | P.O. Box 3608 | 5860 Trinity Parkway #600 |
| Riverside, CA 92504 | Dublin, OH 43016 | Centreville, Virginia 20120 |
| | | |
| Center BMW | Jerry Siderman, DDS | Manheim Investments, Inc. |
| 5201 Van Nuys Blvd. | 3751 Winford Drive | 112 North Curry Street |
| Sherman Oaks, CA 91401 | Tarzana, CA 91356 | Carson City, NV 89703 |

RE:     Our Clients: Dipito LLC dba SD MOTORWERKS & Chidiebere Amadi
          Date of Sale: January 28, 2020
          Vehicle ID: 2016 BMW M6 COUPE
          VIN: WBS6J9C53GD934586

Dear Sir or Madam,

Please be advised that my office has been retained to assist Dipito LLC dba SD MOTORWERKS ("**SD MOTORWERKS**") and Chidiebere Amadi ("**CHIDI**"), an individual, in securing full legal settlement of the above matter. Please direct all communication to and through this office. Please provide copies of all correspondence to date with my clients. Please provide the complete name & address for your respective clients/legal counsel/agent for service of process.

On or about August 1, 2016, Jerry Siderman ("**SIDERMAN**") leased the subject vehicle from CENTER. SIDERMAN leased through BMW/FSVT ("**BMW**"). SIDERMAN and his family members drove this car up until November/December 2019. At that time, the car was returned to BMW/FSVT. FSVT arranged to have the subject vehicle sold utilizing the auction services of Manheim Investments ,Inc. dba Manheim Riverside ("**MANHEIM**"). MANHEIM sold the car to SD Motorwerks on or about January 28, 2020. **Exhibit A.**

During the time that the subject vehicle was driven by SIDERMAN, the subject vehicle sustained certain damages. Plaintiff ran a Carfax, Inc. ("**CARFAX**") report so that he could ascertain what, if any, damages were sustained by the subject vehicle. **Exhibit B.** Prior to purchasing the subject vehicle, MANHEIM provided their standard INSIGHT CONDITION REPORT. **Exhibit C.**

---

**Exhibit C** contains a what is expected to be a "full disclosure" of known conditions of the subject vehicle. The report is designed to present enough information to allow a potential customer to make a reasoned and rational decision about the value of the subject vehicle. **Exhibit C** disclosed minor damages to the vehicle and carried an "AutoGrade of 3.4". SD MOTORWERKS reviewed and relied upon **Exhibits B and C** to make his determination of a "bid" or "no bid" decision. Based upon **Exhibits B and C**, Plaintiff placed a winning bid of $53,000 plus fees of $805. **Exhibit D.**

Plaintiff placed his winning bid over the internet and was not physically present to inspect the car. MANHEIM had performed a "multipoint inspection" prior to the sale. The multipoint inspection report was not provided to SD Motorwerks. Since Plaintiff was not present to inspect the car, he requested that MANHEIM send the car out for a 3rd party inspection. MANHEIM performed their standard PSI (Post Sale Inspection) on the subject vehicle. The subject vehicle passed and was given a Full 14 day PSA. **Exhibit E.** SD Motorwerks requested a copy of the PSI report. MANHEIM failed to provide the PSI report to Plaintiff.

The subject vehicle was provided a gate pass and left the MANHEIM lot on or about January 29, 2020. The subject vehicle arrived at the SD MOTORWERKS location on or about January 30, 2020. SD MOTORWERKS conducted its own visual inspection. Various diagnostic codes were triggered pertaining to drivetrain malfunction, abs brake system light and chassis stabilization malfunction. Additionally, the inspection revealed that there were many irregularities and blemishes in the paint on the subject vehicle. SD Motorwerks contacted MANHEIM to express his concerns.

MANHEIM opened an arbitration ticket on the vehicle. **Exhibit F.** Exhibit E states: " Prior Paint/Repair – the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair show thru panels, also there is drivetrain malfunction, abs brake system light and chassis stabilization malfunction." Plaintiff took pictures of the "malfunction warning lights" on the dashboard which included: a) Frontal Collision Warning System; b) Chassis Stabilization; and c) Brake system. **Exhibit G.** Each warning suggests that the driver should "consult nearest service center." On January 30, 2020, Plaintiff provided MANHEIM a detailed estimate of the paint issues with the subject vehicle. The total paint repairs amounted to $5,159.95. **Exhibit H.** Despite this estimate of damages, MANHEIM offered a discount of $755 on a take-it or leave-it basis. MANHEIM refused to take the vehicle back.

SD MOTORWERKS had purchased the subject vehicle with the intention of selling it to CHIDI. CHIDI took possession of the subject vehicle on or about February 4, 2020.   Prior to SD MOTORWORKS buying the subject vehicle at MANHEIM, SIDERMAN had his final service visit at BMW Escondido. This last service included repairs for oil saturation of the right side of the engine. Additional observations included stiffening plate bolts were loose and some missing and the underbody panel was broken. SIDERMAN declined these recommended repairs.

CHIDI took the subject vehicle into BMW OF VISTA on February 4, 2020 with the mileage at 27,033. The fuel tank was removed and replaced. DSWA revealed that the vehicle required a wheel alignment but it declined.

7220 Trade Street, Suite 104, San Diego, CA 92121 ●Office 858 566 6800●Fax 619 330 2442
www.alfredlawoffice.com●Email: info@alfredlawoffice.com

On or about March 3, 2020, CHIDI took the subject vehicle into BMW OF VISTA with the mileage at 27,278. The car shifts hard when using the auto start and when accelerating. The brakes are squealing in the front at slow speeds.

On or about March 16, 2020, CHIDI took the subject vehicle into BMW OF VISTA with the mileage at 27,497. Both the driver and passenger side seat belts were not retracting. There is a loud popping noise from the right front suspension.

On or about April 27, 2020, CHIDI took the subject vehicle into BMW OF VISTA with the mileage at 27,711. Once again, the driver and passenger side seat belts are not retracting. Intermittently, the passenger side window will not roll up.

On or about May 4, 2020, CHIDI took the subject vehicle into BMW OF VISTA with the mileage at 27,734. For the third time, the driver side seat belts are not retracting. The driver seat belt was replaced.

On or about May 18, 2020, CHIDI took the subject vehicle into BMW OF ENCINITAS with the mileage at 27,893. Oil is leaking on the passenger side of the engine. The fuel system monitor will not set. First think in the morning, there is a grinding/shuttering when shifting into drive.

On or about May 18, 2020, CHIDI took the subject vehicle into BMW OF VISTA with the mileage at 27,910. Oil is still leaking on the passenger side of the engine. The fuel system monitor will not set. First think in the morning, there is a grinding/shuttering when shifting into drive. The subject vehicle completed a Smog Inspection.

On or about June 3, 2020, CHIDI took the subject vehicle into BMW OF ENCINITAS Collision Center. CHIDI wanted to fix the paint issues with uneven paint and fixing the color match. The shop identified major paint and body issues. The car had been involved in major auto damage incidents. Those major auto damage incidents had not been disclosed. The final bill for this paint/body repair work was $9,918.80.

On or about July 23, 2020, CHIDI took the subject vehicle into BMW OF VISTA with the mileage at 28,193, The gas pump would repeatedly cut off during gas refills. The charcoal cannister was removed and replaced. That corrected the gas refill issue. The driver side airbag was replaced. Center console trim was delaminating/bubbling. Impact damage to the center carbon trim was discovered.

On or about July 30, 2020, CHIDI took the subject vehicle into BMW OF VISTA with the mileage at 28,371. The gas pump cut-off problem had returned. No repairs were performed.

On or about August 7, 2020, CHIDI took the subject vehicle into BMW OF VISTA with the mileage at 28,484, Once again, there is an oil leak near the passenger side intercooler. Once again, the intercooler lines were replaced. Once again, the gas pump will shut off during the filling of the tank. Once again, no repairs were performed.

Despite the aforementioned efforts to repair the subject vehicle, many issues remain. The most problematic was the unreported, undisclosed body damage to the subject vehicle.

On December 2, 2020, Plaintiff's had the subject vehicle inspected for frame and structural integrity. Ryan Hernandez, the General Manager of West Coast Specialties, reported "To whom it may concern after reviewing this BMW M6 Coupe vin#wbs6j9c53gd934586 there has been significate (sic) damage to the right side of this care and the rt uniside (sic) of this car wasn't fixed correctly and still has structure damage to the rocker panel.  As seen in the photos and after inspecting this car still has damage." **Exhibit I.**

SD MOTORWERKS had purchased a CARFAX report on January 28, 2020, the same date that it made the purchase from MANHEIM.  CARFAX reported minor damage to the subject vehicle. Damage was reported to the front and right side of the vehicle in March 2018.  More damage was reported to the front, right side and right rear on in February 2019.  More damage was reported to the front, right side and right rear in June 2019.  See **Exhibit B**.  CARFAX guarantees that the vehicle was not subject to "Salvage, Junk, Rebuilt, Fire, Flood, Hail or Lemon."

MANHEIM's Sight Condition Report showed "No Structural Damages."  See **Exhibit C**.  Plaintiff had reason to believe that **Exhibits B and C** were at best "incorrect" and at worst "fraudulent". RICHARD HAGEN ("**HAGEN**"), spouse of SORRENTO and employee of SD Motorwerks, contacted MANHEIM to request a copy of the Sight Inspection Report because he had misplaced his copy. On or about August 25, 2020, HAGEN spoke to Ms. Christine Prudencio ("**CHRISTINE**") . CHRISTINE informed HAGEN that the report was locked and could not be printed or emailed. CHRISTINE took a total of  twelve (12) screenshots of the Sight Condition Report and sent them via email. **Exhibit J.**

Manheim provided a new Sight Condition Report.  **Exhibit K.** The new report contained new information.  It now showed extensive "structural damages" and an "AutoGrade of 2.4".  This information had been concealed from the Plaintiff at the time of the auction.

HAGEN contacted SIDERMAN.  SIDERMAN was not cooperative.  SIDERMAN refused to explain any of the damage claims that he had made for the subject vehicle. **Exhibit L.**

CENTER had sold and serviced the subject vehicle.  CENTER had not reported any significant damages to the subject vehicle.  CENTER had a duty to report any and all significant damages to the subject vehicle.

BMW/FSVT was the title owner of the vehicle.  BMW/FSVT had placed the vehicle with MANHEIM for sale at their Riverside auction.  MANHEIM follows the Arbitration Rules as provided by the National Auto Auction Association. **Exhibit M**.  The sales made at an Auction are intended to promote fair and ethical treatment to both the Buyer and Seller.  Auction makes no representation or guarantees on any vehicle sold or offered for sale.  Auction is not a party to the contract of the sale.  The sales contract is between the Seller and Buyer only. Sellers must disclose permanent structural damage, any structural alterations, structural repairs or replacements (certified or non-certified) as outlined in this policy prior to selling a vehicle at auction regardless of sales channel or light condition. Disclosures are required for the following:

**a.**     Any/all existing permanent (non-repairable aka kinked or broken) structural damage as defined in this policy.

**b.**     Improper and/or substandard prior repairs (not meeting OEM repair guidelines)

Page 4

c.      Repairs not certified using OEM guidelines or to be within the UVMS Improper alterations to the structure Lengthened or Shortened structure verified by visual inspection.

d.      Altered suspension that requires the structure to be modified from its OEM form.

h.      Corrosion of structural components determined by one or more of the following; when the substrate loses its shape, the original bonds near the affected area are loose or are no longer in existence, the original thickness of the substrate has been changed by more than 25%, the affected area no longer possesses its absorption or deflection properties.

i.      Structural tear damage (i.e. transport tie down) if more than 1" in length (measured from tear start/stop points.

Based upon the aforementioned rules, BMW/FSVT has failed to make required disclosure of defects/damages that were hidden and existing at the time of the auction sale to SD MOTORWERKS. These defects/damages compromised the structural integrity of the subject vehicle making it unsafe to drive and presenting a risk of serious injury or even death to the driver and passengers.

Based upon the aforementioned rules, MANHEIM knowingly and wrongfully concealed defects/damages that were hidden and existing at the time of the auction sale to SD MOTORWERKS.

CARFAX has marketed their services using false statements, such as: "CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION". CARFAX issued a report which failed to adequately report certain damages which Plaintiff's relied upon to make their purchase decision. CARFAX revised their report after the sale to Plaintiffs to disclose damages not previously reported. **Exhibit N.** Unsuspecting consumers that they are purchasing vehicles that are relying upon these CARFAX reports to ensure that their vehicle is a "good deal".

We are informed and believe that SIDERMAN knowingly and wrongfully concealed defects/damages that were hidden and existing at the time of the vehicle going off lease back to BMW/FSVT.

We are informed and believe that CENTER knew or should have known of the defects/damages to the subject vehicle and failed to report such damages to BMW/FSVT.

Due to these defects and nonconformities which have been described above, our clients hereby revoke acceptance of the vehicle and rescinds the purchase agreement pursuant to the provisions of the California Commercial Code, the Song-Beverly Consumer Warranty Act, the Magnuson-Moss Consumer Warranty Act, Civil Code §§1750, 1770, 1790 et seq., and other applicable provisions of the law.

The vehicle is drivable but totally unsafe for its advertised purpose. In addition, the misrepresentations as to the condition of the vehicle violates the aforementioned Consumer Legal Remedies Act among other violations. Both Acts requires us to give you 30 days' notice prior to filing suit for damages. This letter constitutes our 30 day notice letter. If the demands are not resolved in the next 30 days, a suit may be filed for damages under the CLRA and Song Beverly, along with other causes of action.

Page 5

Demand is made as follows:

- Rescind the purchase agreement and refund the total purchase proceeds paid to Mannheim in the total amount of $53,805.
- Reimburse our clients for all of their incidental and consequential damages, which include all out-of-pocket repairs to a vehicle that remains unsafe. Est. $20,000.
- Pay our Client's attorney fees and costs currently at $5,000.

Please call me at your earliest convenience.

We look forward to your prompt response.  If you have any questions or concerns please contact our office at 858-566-6800

Sincerely,

*Michael A. Alfred*

Michael A. Alfred
Attorney at Law

CC:  Rick Hagen/Carrie Sorrento
Attachments – Exhibits A through N