

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dipito LLC, a Montana LLC dba San Diego Motorwerks; Chidiebere Amadi, an individual; Richard John Hagen dba Euromotorwerks; Richard John Hagen, an an individual; and Carrie Sorrento, an individual<br><br>**Plaintiff,**<br><br>V.<br><br>Manheim Riverside aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC; Manheim Nevada Aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC; Carfax, Inc.; Nextgear Capital; Danny Braun, an individual; Cesar Espinosa, an individual; Steve Harmon, an individual; Jerry Siderman, an individual; BMW of North America, LLC; Center Automotive, Inc dba Center BMW; and Does 1 Through 200<br><br>**Defendant.** | Civil No.    21cv1205-H-JLB<br><br>**DEFAULT** |

   It appears from the record in the above entitled action that Summons issued on the Original Complaint filed on 07/01/2021 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of the following Defendant is hereby entered: Jerry Siderman, an individual.

Entered On:

**JOHN MORRILL, Clerk of Court**

By:  s/ J. Simmons

J. Simmons, Deputy