**Rebecca A. Caley, Bar No. 131997**
**Christopher M. Domin, Bar No. 273951**
**CALEY & ASSOCIATES**
**A Professional Corporation**
**265 S. Randolph Avenue, Suite 270**
**Brea, California 92821-5777**
**714/529-1400 Office**
**714/529-1515 Facsimile**
**2030-276**

Attorneys for Defendant,
BMW Financial Services NA, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY SIDERMAN, an individual, BMW OF NORTH AMERICA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br>Hon. Marilyn Huff<br><br>DEFENDANT BMW FINANCIAL SERVICES NA, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br><br><br>Trial Date:  Not Set<br>Date Action Filed:  July 1, 2021 |

Defendant, BMW Financial Services NA, LLC, a Delaware limited liability company, erroneously named as BMW of North America, LLC[1] ("BMW FS"), hereby answers plaintiff Dipito LLC, a Montana LLC DBA San Diego Motorwerks' ("Plaintiff") Second Amended Complaint ("SAC") on file herein and admits, denies and alleges as follows:

---

[1] Plaintiffs erroneously name this defendant as BMW OF NORTH AMERICA, LLC.

# GENERAL DENIAL

Pursuant to the provisions of *Federal Rules of Civil Procedure*, Rule 8(b) and (c), BMW FS denies, generally and specifically, each and every allegation contained in the SAC and further denies that Plaintiff has been damaged in the sum alleged, or in any sum, or at all.

Further answering the SAC, and each specific allegation contained therein, BMW FS answers as follows:

1. Answering paragraph 1, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

2. Answering paragraph 2, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

3. Answering paragraph 3, Defendant admits that BMW Financial Services NA, LLC is registered in Delaware and that CT Corporation System is its agent for service of process in California creditor, but denies the remaining allegations contained therein as pled.

4. Answering paragraph 4, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

5. Answering paragraph 5, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

6. Answering paragraph 6, BMW FS lacks sufficient information and belief as pled to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

///
///

7. Answering paragraph 7, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

8. Answering paragraph 8, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

9. Answering paragraph 9, BMW FS denies all of the allegations contained therein as the SAC's cause of action under Manguson-Moss Consumer Warranty Act, 15 U.S.C. 2308 has been dismissed with prejudice as to remaining Plaintiff Dipito LLC, a Montana LLC DBA San Diego Motorwerks.

10. Answering paragraph 10, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein as there are no federal claims against BMW FS.

11. Answering paragraph 11, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

12. Answering paragraph 12, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

13. Answering paragraph 13, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

14. Answering paragraph 14, BMW FS admits that it conducts business in California, but denies the remaining allegations contained therein.

15. Answering paragraph 15, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

///

16. Answering paragraph 16, BMW FS denies the allegations contained therein.

17. Answering paragraph 17, BMW FS denies the allegations contained therein.

18. Answering paragraph 18, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

19. Answering paragraph 19, BMW FS denies the allegations contained therein.

20. Answering paragraph 20, BMW FS denies the allegations contained therein.

21. Answering paragraph 21, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

22. Answering paragraph 22, BMW FS admits that the subject vehicle was sold at a Manheim Auto Auction, but lacks sufficient information and belief to enable it to admit or deny the remaining allegations and on that basis, denies all of the allegations contained therein.

23. Answering paragraph 23, BMW FS admits the allegations contained therein.

24. Answering paragraph 24, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

25. Answering paragraph 25, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

26. Answering paragraph 26, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of

the allegations contained therein.

27. Answering paragraph 27, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

28. Answering paragraph 28, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

29. Answering paragraph 29, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

30. Answering paragraph 30, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

31. Answering paragraph 31, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

32. Answering paragraph 32, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

33. Answering paragraph 33, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

34. Answering paragraph 34, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

35. Answering paragraph 35, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

36. Answering paragraph 36, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

37. Answering paragraph 37, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

38. Answering paragraph 38, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

39. Answering paragraph 39, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

40. Answering paragraph 40, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

41. Answering paragraph 41, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

42. Answering paragraph 42, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

43. Answering paragraph 43, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

44. Answering paragraph 44, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

///

45.     Answering paragraph 45, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

46.     Answering paragraph 46, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

47.     Answering paragraph 47, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

48.     Answering paragraph 48, BMW FS, as the servicing agent for Financial Services Vehicle Trust ("FSVT") admits that it held the title to the subject vehicle and that it was sold through Manheim Auto Auction, but it lacks sufficient information and belief to enable it to admit or deny the remaining allegations and on that basis, denies all of the allegations contained therein.

49.     Answering paragraph 49, BMW FS denies the allegations contained therein.

50.     Answering paragraph 50, BMW FS denies the allegations contained therein.

51.     Answering paragraph 51, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

52.     Answering paragraph 52, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

53.     Answering paragraph 53, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

///

54. Answering paragraph 54, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

55. Answering paragraph 55, BMW FS denies the allegations contained therein as this matter does not involve a mortgage loan.

## FOURTH CAUSE OF ACTION

## VIOLATION OF CA. BUS. AND PROFESSIONS CODE § 17200 et seq.,

## [Against All Defendants]

56. Answering paragraph 94, BMW FS incorporates its responses to each of the foregoing paragraphs as if set forth herein.

57. Answering paragraph 95, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

58. Answering paragraph 96, BMW FS denies the allegations contained therein.

59. Answering paragraph 97, BMW FS admits California Business and Professions Code 17200 et seq. prohibits acts of unfair competition.

60. Answering paragraph 98, BMW FS denies the allegations contained therein.

61. Answering paragraph 99, BMW FS denies the allegations contained therein as to BMW FS, but it lacks sufficient information and belief to enable it to admit or deny the remaining allegations contained therein.

62. Answering paragraph 100, BMW FS denies the allegations contained therein.

63. Answering paragraph 101, BMW FS denies the allegations contained therein.

64. Answering paragraph 102, BMW FS denies the allegations contained therein.

65. Answering paragraph 103, BMW FS denies the allegations contained therein.

## FIFTH CAUSE OF ACTION

## DECEIT AND/OR NEGLIGENT MISREPRESENTATION

### [Against All Defendants]

66. Answering paragraph 104, BMW FS incorporates its responses to each of the foregoing paragraphs as if set forth herein.

67. Answering paragraph 105, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

68. Answering paragraph 106, BMW FS denies the allegations contained therein.

69. Answering paragraph 107, BMW FS denies the allegations contained therein.

70. Answering paragraph 108, BMW FS denies the allegations contained therein.

71. Answering paragraph 109, BMW FS denies the allegations contained therein.

72. Answering paragraph 110, BMW FS denies the allegations contained therein.

73. Answering paragraph 111, BMW FS denies the allegations contained therein.

74. Answering paragraph 112, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

75. Answering paragraph 113, BMW FS denies the allegations contained therein.

///

76. Answering paragraph 114, BMW FS denies the allegations contained therein as to BMW FS, but it lacks sufficient information and belief to enable it to admit or deny the remaining allegations contained therein.

77. Answering paragraph 115, BMW FS denies the allegations contained therein.

78. Answering paragraph 116, BMW FS denies the allegations contained therein as to BMW FS, but it lacks sufficient information and belief to enable it to admit or deny the remaining allegations contained therein.

79. Answering paragraph 117, BMW FS denies the allegations contained therein as to BMW FS, but it lacks sufficient information and belief to enable it to admit or deny the remaining allegations contained therein.

80. Answering paragraph 118, BMW FS denies the allegations contained therein.

81. Answering paragraph 119, BMW FS lacks sufficient information and belief to enable it to admit or deny the allegations and on that basis, denies all of the allegations contained therein.

82. Answering paragraph 120, BMW FS denies the allegations contained therein.

83. Answering paragraph 121, BMW FS denies the allegations contained therein.

84. Answering paragraph 122, BMW FS denies the allegations contained therein.

85. Answering paragraph 123, BMW FS denies the allegations contained therein.

86. Answering paragraph 124, BMW FS denies the allegations contained therein.

///

///

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

BMW FS asserts that Plaintiff's SAC fails to state a claim against BMW FS upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

BMW FS has acted in good faith and without malice or intent to injure Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

BMW FS alleges that the damages alleged to have been sustained by Plaintiff, if any, were solely and proximately caused and/or contributed to by third parties, including agents of Plaintiff, and BMW FS is in no way responsible for, or liable to, Plaintiff for the wrongful or negligent acts or omissions on the part of third parties.

## FOURTH AFFIRMATIVE DEFENSE

To the extent that BMW FS could be found liable, Plaintiff was comparatively/contributorily negligent.

## FIFTH AFFIRMATIVE DEFENSE

BMW FS alleges that Plaintiff has not sustained any damages as a consequence of the conduct alleged in SAC and can state no claim for damages against BMW FS based thereon.

## SIXTH AFFIRMATIVE DEFENSE

BMW FS alleges that any damages sought by Plaintiff were proximately caused by Plaintiff's own failure to use reasonable means to prevent the alleged damage and due to its failure to use reasonable means to mitigate the damages.

## SEVENTH AFFIRMATIVE DEFENSE

BMW FS alleges that by reason of the knowledge, statements, conduct, approval, authorization and/or ratification by Plaintiff, or its agents, Plaintiff is estopped from recovery herein.

**EIGHTH AFFIRMATIVE DEFENSE**

BMW FS alleges that Plaintiff, by its knowledge and/or conduct, has waived any and all rights it may have against BMW FS.

**NINTH AFFIRMATIVE DEFENSE**

BMW FS alleges that Plaintiff has breached and failed to perform the conditions and covenants required under any alleged agreement or contract which is the subject matter of the SAC.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff is precluded from any recovery on the grounds that it is guilty of unclean hands.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff is barred, has waived and is estopped from any recovery herein by virtue of its own negligence and/or non-performance of its obligations.

**TWELFTH AFFIRMATIVE DEFENSE**

BMW FS alleges that Plaintiff knowingly and voluntarily entered into a business transaction with certain persons and/or entities and thereby assumed all risks attendant to such transaction, and is thereby precluded from recovery herein.

**THIRTEENTH AFFIRMATIVE DEFENSE**

BMW FS alleges that the SAC and the causes of action contained therein, are barred by Plaintiff's failure to enjoin necessary and/or indispensable parties.

**FOURTEENTH AFFIRMATIVE DEFENSE**

BMW FS alleges that Plaintiff lacks standing to bring any claim against BMW FS upon which relief can be granted and lacks subject matter jurisdiction.

**FIFTEENTH AFFIRMATIVE DEFENSE**

BMW FS alleges that it did not engage in any conduct that was likely to mislead members of the public.

///

## SIXTEENTH AFFIRMATIVE DEFENSE

BMW FS alleges it acted lawfully, and in a legally permissible way at all times.

## SEVENTEENTH AFFIRMATIVE DEFENSE

BMW FS reserves the right to have additional defenses that it learns of through the course of discovery.

WHEREFORE, BMW FS prays as follows:

1. That Plaintiff take nothing by virtue of the SAC herein and that this action be dismissed in its entirety;

2. For the costs of suit (and attorneys' fees) herein incurred; and

3. For such other and further relief as the Court may deem just and proper.

Dated: August 5, 2022

CALEY & ASSOCIATES
A Professional Corporation

By: **/s/ Rebecca A. Caley**
_____
Rebecca A. Caley
Christopher M. Domin
Attorneys for Defendant,
BMW Financial Services NA, LLC