1  Timothy D. Robinett, Esq. SBN 166797
   *trobinett@manningleaver.com*
2  Gary H. Prudian, Esq. SBN 246346
   *gprudian@manningleaver.com*
3  Katherine Yang, Esq. SBN 323091
   *kyang@manningleaver.com*
4  Manning, Leaver, Bruder & Berberich, LLP
   801 S. Figueroa Street, Suite 1150
5  Los Angeles, California 90017
   Tel. (323) 937-4730
6  Fax (323) 937-6727

7  Attorneys for Defendant, Center Automotive,
   Inc. fdba Center BMW

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual. <br><br> Plaintiffs, <br><br> vs. <br><br> JERRY SIDERMAN, an individual, BMW FINANCIAL SERVICES NA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200 <br><br> Defendants. | CASE NO. 3:21-cv-01205-H-JLB <br><br> *Hon. Marilyn Huff* <br><br> **DEFENDANT CENTER AUTOMOTIVE, INC. fdba CENTER BMW'S NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS PURSUANT TO F.R.C.P. 12(b)(5)** <br><br> *[Filed concurrently with Memorandum of Points and Authorities; Declaration of David Farguson]* <br><br> Date:  October 17, 2022 <br> Time:  10:30 a.m. <br> Place:  Courtroom 15A |

PLEASE TAKE NOTICE that on October 17, 2022 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 15A of the James M. Carter and Judith N. Keep United States Courthouse located at 333 West Broadway, San Diego,

California 92101, Defendant CENTER AUTOMOTIVE, INC. fdba CENTER BMW (hereinafter referred to as "Defendant" or "Center Automotive") will and hereby does move the Court pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure for an order quashing service of summons filed against Defendant by Plaintiffs DIPITO LLC, A MONTANA LLC dba SAN DIEGO MOTORWERKS and CHIDIEBERE AMADI (hereinafter referred to as "Plaintiffs").  This motion is based on this Notice of Motion, the following Memorandum of Points and Authorities, the Declaration of David Farguson, the complete files and records in this action, and such materials or argument as may be presented to the Court in conjunction with the hearing on this motion.

This motion is made on the following grounds:

1. Plaintiffs DIPITO LLC, A MONTANA LLC dba SAN DIEGO MOTORWERKS and CHIDIEBERE AMADI failed to serve Defendant CENTER AUTOMOTIVE, INC. fdba CENTER BMW per the procedural requirements of Rule 4 of the Federal Rules of Civil Procedure.

## STATEMENT OF RELIEF SOUGHT

Defendant CENTER AUTOMOTIVE, INC. fdba CENTER BMW seeks an Order from this Court granting Defendant's Motion to Quash Service pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure.

DATE: September 9, 2022

MANNING, LEAVER, BRUDER & BERBERICH, LLP

BY s/ Katherine Yang
Katherine Yang, Esq., Attorneys for Defendant, CENTER AUTOMOTIVE, INC. fdba CENTER BMW