Timothy D. Robinett, Esq. SBN 166797
*trobinett@manningleaver.com*
Gary H. Prudian, Esq. SBN 246346
*gprudian@manningleaver.com*
Katherine Yang, Esq. SBN 323091
*kyang@manningleaver.com*
Manning, Leaver, Bruder & Berberich, LLP
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Tel. (323) 937-4730
Fax (323) 937-6727

Attorneys for Defendant, Center Automotive,
Inc. fdba Center BMW

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual. | CASE NO. 3:21-cv-01205-H-JLB |
| Plaintiffs, | *Hon. Marilyn Huff* |
| vs. | **DECLARATION OF DAVID FARGUSON IN SUPPORT OF DEFENDANT CENTER AUTOMOTIVE, INC. fdba CENTER BMW'S NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS PURSUANT TO F.R.C.P. 12(b)(5)** |
| JERRY SIDERMAN, an individual, BMW FINANCIAL SERVICES NA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200 | |
| Defendants. | |
| | *[Filed concurrently with Notice of Motion and Motion to Quash Service of Summons]* |
| | Date:  October 17, 2022 |
| | Time:  10:30 a.m. |
| | Place:  Courtroom 15A |

I, David Farguson, declare and say as follows:

1. I am over the age of eighteen years and not a party to this action.

2. I am now and at all relevant times mentioned herein have been the President

-1-

and the registered agent for service of process for Center Automotive, Inc. fdba Center BMW ("Center Automotive"). I have personal knowledge of the facts hereinafter set forth and if called as a witness I could and would testify thereto.

3. Now and at all relevant times mentioned herein, I have been the only registered agent for service of process for Center Automotive.

4. Prior to May 27, 2021, Center Automotive was the owner of a BMW dealership located at 5201 Van Nuys Blvd., Sherman Oaks, CA 91401, which did business as Center BMW.

5. On or about May 27, 2021, Center Automotive sold its BMW dealership assets to Lithia Motors, Inc. Center Automotive no longer owned or operated the dealership located at 5201 Van Nuys Blvd., Sherman Oaks, CA 91401 after the sale, and has no connection to the current ownership that has been in place since that time.

6. Upon acquiring the dealership located at 5201 Van Nuys Blvd., Sherman Oaks, CA 91401, Lithia Motors changed the fictitious name to BMW of Sherman Oaks. Lithia Motors does not and has not operated the dealership under the name "Center BMW." Per DMV requirements, all external and internal signage at the dealership was immediately changed on or about May 27, 2021 to reflect the new store name.

7. On August 8, 2021, I was not physically present at 5201 Van Nuys Blvd., Sherman Oaks, CA 91401.

8. On August 15, 2022, I received word via Chris Iacobucci, Sales and Marketing manager – Western Region for co-defendant BMW Financial Services, of this lawsuit. This is when I first learned that Center Automotive had been named as a defendant in this lawsuit.

///

///

///

///

DECLARATION OF DAVID FARGUSON IN SUPPORT OF DEFENDANT CENTER AUTOMOTIVE, INC. fdba CENTER BMW'S NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS PURSUANT TO F.R.C.P. 12(b)(5)

1    9.    To date, I have not been served on behalf of Center Automotive with the

2    Summons, Complaint, First Amended Complaint, or Second Amended Complaint in

3    this lawsuit.

4

5    I declare under the penalty of perjury under the laws of the state of

6    California that all of the foregoing is true and correct and this declaration was

7    executed on September 2 $^{9/9/2}$ , 2022 in Sherman Oaks _____,

8    California.

9

10

11   _David Farguson_____

12   David Farguson

DECLARATION OF DAVID FARGUSON IN SUPPORT OF DEFENDANT CENTER AUTOMOTIVE, INC. fdba
CENTER BMW'S NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS PURSUANT TO
F.R.C.P. 12(b)(5)