UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company d/b/a San Diego Motorwerks; CHIDIEBERE AMADI, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JERRY SIDERMAN, an individual; BMW FINANCIAL SERVICES NA, LLC; CENTER AUTOMOTIVE, LLC, d/b/a Center BMW; and DOES 1 through 200, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:21-cv-01205-H-JLB<br><br>**ORDER RE: DEFENDANT'S MOTION TO DISMISS FOR IMPROPER SERVICE** |

　　　　On September 9, 2022, Defendant Center Automotive, Inc. ("Center") filed a motion to dismiss for insufficient service of process. (Doc. No. 68.) A hearing on the motion to dismiss is currently scheduled for October 17, 2022. Plaintiffs failed to file an opposition to the motion to dismiss within the time limits prescribed under Civil Local Rule 7.1(e)(2).[1]

---

[1]　Under Civil Local Rule 7.1(e)(2), Plaintiffs' opposition was due by October 3, 2022.

Having reviewed the motion to dismiss, the Court is tentatively inclined to grant Defendant Center's motion.[2]  If Plaintiffs wish to oppose Defendant Center's motion, Plaintiffs must file an opposition brief by **October 17, 2022**.  If Plaintiffs do not wish to oppose the motion to dismiss, Plaintiffs are granted thirty (30) days from the date of this order in which to correct service of process on Defendant Center.  Additionally, the Court continues the hearing on Defendant Center's motion to dismiss from October 17, 2022 to **October 31, 2022** at **10:30 a.m.**

**IT IS SO ORDERED.**

DATED: October 6, 2022

MARILYN L. HUFF, Senior District Judge
UNITED STATES DISTRICT COURT

---

[2]  Defendant Center provided a declaration stating that it sold its dealership at 5201 Van Nuys Blvd., Sherman Oaks, CA 91401 on May 27, 2021 and it no longer owned or operated the dealership following the sale. (Doc No. 68-2.).  The declaration also provided that Mr. Farguson, the registered agent for service of process for Center Automotive, Inc., was not present at the dealership on August 8, 2021 when a "John Doe" accepted service. (Id.)  The Court is therefore inclined to grant the motion based on the declaration and because there is no opposition to the motion to dismiss. (See Civ. L. R. 7.1.e.2.)