Rebecca A. Caley, Bar No. 131997
Christopher M. Domin, Bar No. 273951
CALEY & ASSOCIATES
A Professional Corporation
265 S. Randolph Avenue, Suite 270
Brea, California 92821-5777
714/529-1400 Office
714/529-1515 Facsimile
2030-276

Attorneys for Defendant,
BMW Financial Services NA, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY SIDERMAN, an individual, BMW OF NORTH AMERICA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200,<br><br>Defendants. | Case No. 21-cv-1205-H-JLB<br>Hon. Marilyn Huff<br><br>STIPULATION OF DISMISSAL OF DEFENDANT, BMW FINANCIAL SERVICES NA, LLC<br><br><br><br>Trial Date:   Not Set<br>Date Action Filed:   July 1, 2021 |

IT IS HEREBY STIPULATED by and between the parties, Defendant, BMW Financial Services NA, LLC, a Delaware limited liability company, erroneously named as BMW of North America, LLC[1] ("BMW FS"), and Plaintiff, Dipito LLC, a Montana LLC DBA San Diego Motorwerks, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rules of Civil Procedure* § 41(a)(1).

---

[1] Plaintiffs erroneously name this defendant as BMW OF NORTH AMERICA, LLC.

Dated: October 28, 2022

CALEY & ASSOCIATES
A Professional Corporation

By: /s/ Rebecca A. Caley
Rebecca A. Caley
Christopher M. Domin
Attorneys for Defendant,
BMW Financial Services NA, LLC

Dated: October 25, 2022

LAW OFFICE OF MICHAEL A. ALFRED

By: Michael A. Alfred
Michael A. Alfred
Attorney for Plaintiff, Dipito LLC, a Montana LLC DBA San Diego Motorwerks