UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company d/b/a San Diego Motorwerks; CHIDIEBERE AMADI, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JERRY SIDERMAN, an individual; BMW FINANCIAL SERVICES NA, LLC; CENTER AUTOMOTIVE, LLC, d/b/a Center BMW; and DOES 1 through 200, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:21-cv-01205-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT BMW FINANCIAL SERVICES NA, LLC WITH PREJUDICE; AND**<br><br>[Doc No. 73]<br><br>**ORDER DISMISSING PLAINTIFF CHIDIEBERE AMADI'S CLAIMS** |

　　　On October 28, 2022, Plaintiff Dipito LLC ("Dipito") and Defendant BMW Financial Services NA, LLC ("BMW") filed a joint motion to dismiss BMW from the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. No. 73.) For good cause shown, the Court grants the joint motion and dismisses BMW from the action with prejudice.

On November 14, 2022, the Court held a status conference with all parties. Michael Alfred appeared for Plaintiffs Dipito and Chidiebere Amadi, Katherine Yang appeared for Defendant Center Automotive, Inc. ("Center"), and Rebecca Caley appeared for Defendant BMW. During the conference, Plaintiffs' counsel stated that Plaintiff Chidiebere Amadi will not proceed with his claims against the remaining Defendants. Defendants did not raise an objection to Plaintiff Chidiebere Amadi dismissing his claims. Accordingly, Plaintiff Chidiebere Amadi's claims are dismissed from the action. See Fed. R. Civ. P. 41(a).

The action will proceed with Dipito's claims against the remaining Defendant Jerry Siderman. In a separate order, the Court granted Defendant Center's motion to dismiss for insufficient service of process, but also granted Dipito thirty days (30) to properly serve Center after previously advising Dipito to do so. If service is not effected within thirty days (30), the Court will dismiss Center from the action.

**IT IS SO ORDERED.**

DATED: November 16, 2022

MARILYN L. HUFF, Senior District Judge
UNITED STATES DISTRICT COURT