Timothy D. Robinett, Esq. SBN 166797
*trobinett@manningleaver.com*
Gary H. Prudian, Esq. SBN 246346
*gprudian@manningleaver.com*
Katherine Yang, Esq. SBN 323091
*kyang@manningleaver.com*
Manning, Leaver, Bruder & Berberich, LLP
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Tel. (323) 937-4730
Fax (323) 937-6727

Attorneys for Defendant, Center Automotive,
Inc. fdba Center BMW

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>JERRY SIDERMAN, an individual, BMW FINANCIAL SERVICES NA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200<br><br>Defendants. | CASE NO. 3:21-cv-01205-H-JLB<br><br>*Hon. Marilyn Huff*<br><br>**DEFENDANT CENTER AUTOMOTIVE, INC. fdba CENTER BMW'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(b), 12(b)(5) AND 4(m)**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Katherine Yang]*<br><br>Date:  January 30, 2023<br>Time:  10:30 a.m.<br>Place:  Courtroom 12A |

PLEASE TAKE NOTICE that on January 30, 2023 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 12A of the James M. Carter and Judith N. Keep United States Courthouse located at 333 West Broadway, San Diego,

California 92101, Defendant CENTER AUTOMOTIVE, INC. fdba CENTER BMW (hereinafter referred to as "Defendant" or "Center Automotive") will and hereby does move the Court pursuant to Rules 41(b), 12(b)(5), and 4(m) of the Federal Rules of Civil Procedure to dismiss the Second Amended Complaint (Doc. 56) as to Center Automotive.  This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Katherine Yang, the complete files and records in this action, and such materials or argument as may be presented to the Court in conjunction with the hearing on this motion.

This motion is made on the following grounds:

1. Plaintiff DIPITO LLC, A MONTANA LLC dba SAN DIEGO MOTORWERKS hereinafter referred to as "Plaintiff" or "Dipito") repeatedly failed to comply with the Court's orders dated October 6, 2022 and November 16, 2022 (Doc. 71, 76, 77), justifying dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.
2. Dipito failed to properly serve Center Automotive with the operative pleading in this action, justifying dismissal pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure.
3. Dipito failed to timely serve Center Automotive as required under Rule 4(m) of the Federal Rules of Civil Procedure, justifying dismissal pursuant to Rule 4(m).

**STATEMENT OF RELIEF SOUGHT**

Defendant CENTER AUTOMOTIVE, INC. fdba CENTER BMW seeks an Order from this Court granting Defendant's Motion to Dismiss pursuant to Rules 41(b), 12(b)(5), and 4(m) of the Federal Rules of Civil Procedure.

DATE: December 21, 2022

MANNING, LEAVER, BRUDER & BERBERICH, LLP

BY s/ Katherine Yang
Katherine Yang, Esq., Attorneys for Defendant, CENTER AUTOMOTIVE, INC. fdba CENTER BMW