Timothy D. Robinett, Esq. SBN 166797
*trobinett@manningleaver.com*
Gary H. Prudian, Esq. SBN 246346
*gprudian@manningleaver.com*
Katherine Yang, Esq. SBN 323091
*kyang@manningleaver.com*
Manning, Leaver, Bruder & Berberich, LLP
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Tel. (323) 937-4730
Fax (323) 937-6727

Attorneys for Defendant, Center Automotive,
Inc. fdba Center BMW

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>JERRY SIDERMAN, an individual, BMW FINANCIAL SERVICES NA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200<br><br>Defendants. | CASE NO. 3:21-cv-01205-H-JLB<br><br>*Hon. Marilyn Huff*<br><br>**DECLARATION OF KATHERINE YANG IN SUPPORT OF DEFENDANT CENTER AUTOMOTIVE, INC. fdba CENTER BMW'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(b), 12(b)(5) and 4(m)**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities]*<br><br>Date:  January 30, 2023<br>Time:  10:30 a.m.<br>Place:  Courtroom 12A |

I, Katherine Yang, declare and say as follows:

    1.    I am an attorney at law, duly licensed to practice before all the courts of the State of California. I am an associate attorney at the firm of

-1-

Manning, Leaver, Bruder & Berberich, LLP, counsel of record for Defendant Center Automotive, Inc. fdba Center BMW ("Center Automotive"). I have personal knowledge of each and every fact set forth herein, and if called upon as a witness could and would testify thereto under oath.

2. The president and registered agent for service of process of Center Automotive, David Farguson, advised our office that Center Automotive had been served with the non-operative initial Complaint, Summons, and Civil Cover Sheet on November 30, 2022. A true and correct copy of the documents our client was served with is attached hereto as **Exhibit A.**

3. To date, Center Automotive has not been served with anything other than the non-operative initial Complaint, Summons, and Civil Cover Sheet in this lawsuit.

I declare under the penalty of perjury under the laws of the state of California that all of the foregoing is true and correct and this declaration was executed on December 21, 2022 in Los Angeles, California.

BY s/ Katherine Yang
Katherine Yang, Esq.
Attorneys for Defendant, Center Automotive, Inc. fdba Center BMW
Email: kyang@manningleaver.com

DECLARATION OF KATHERINE YANG IN SUPPORT OF DEFENDANT CENTER AUTOMOTIVE, INC. fdba CENTER BMW'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(b), 12(b)(5) AND 4(m)