Exhibits for Declaration of Katherine Yang in Support of Defendant Center
Automotive, Inc. fdba Center BMW's Motion to Dismiss

Table of Contents

Exhibit A....................................................................................................................1

# EXHIBIT A

AO 441    Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Dipito Llc, A Montana LLC dba San Diego
Motorwerks, Chidiebere Amadi, an individual, Richard
John Hagen dba Euromotorwerks, Richard John Hagen,
an individual and Carrie Sorrento, an individual

*Plaintiff*

**Civil Action No.**    21-cv-1205-H-JLB

**V.**

See Attachment

*Defendant*

### SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

Center Automotive, Inc. dba Center BMW, c/o David Farguson, 5201 Van Nuys
Blvd.k Sherman Oaks, CA 91401.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A Alfred
7220 Trade Street, Suite 104
San Diego, CA 92121
(858)566-6800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:          7/1/21



John Morrill
*CLERK OF COURT*

S/                T. Hernandez
*Signature of Clerk or Deputy Clerk*

1

AO 441   Summons in a Civil Action                                                                (Page 2)

**Civil Action No.**   21-cv-1205-H-JLB                        Date Issued:        7/1/21

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

    ☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

    ☐ I returned the summons unexecuted because _____; or

    ☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____        _____

                                       *Server's Signature*

                      _____

                                   *Printed name and title*

                      _____

                                   *Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEDDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

2

AO 441    Summons in a Civil Action                                                                    (Page 3)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### (ATTACHMENT)

**Civil Action No.**    21-cv-1205-H-JLB

Defendants: Manheim Riverside aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC, Manheim Nevada aka Cox Auto Inc. aka Manheim Investments Inc. aka Cox Auto Auctions, LLC Carfax, Inc., Nextgear Capital, Danny Braun, an individual, Cesar Espinosa, an individual, Steve Harmon, an individual, Jerry Siderman, an individual, BMW Of North America, LLC, Center Automotive, Inc dba Center BMW And Does 1 Through 200

Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800


Attorney for Plaintiff


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual, RICHARD JOHN HAGEN dba EUROMOTORWERKS, RICHARD JOHN HAGEN, an individual and CARRIE SORRENTO, an individual.<br><br>Plaintiffs,<br><br>vs.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC, MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC CARFAX, INC., NEXTGEAR CAPITAL, DANNY BRAUN, an individual, CESAR ESPINOSA, an | Case No.: '21CV1205 H    JLB<br><br>**COMPLAINT SEEKING MONETARY DAMAGES, STATUTORY DAMAGES, PUNITIVE DAMAGES, EQUITABLE RELIEF AND DECLARATORY RELIEF:**<br>1. **Consumers Legal Remedies Act CA Civ. Code 1750**<br>2. **Violation of Song Beverly Consumer Warranty Act**<br>3. **Violation of Magnusson-Moss Consumer Warranty Act 15 USC 2308**<br>4. **Quasi-Contract - Restitution**<br>5. **Violation of Bus. & Profs. Code Section 17200, et seq.**<br>6. **Wire Fraud 18 USC 1343, Deceit and Misrepresentation**<br>7. **Violation of Federal RICO under 18 USC Sec 1962(c)** |

individual, STEVE HARMON, an )
individual, JERRY SIDERMAN, an ) **DEMAND FOR JURY TRIAL**
individual, BMW OF NORTH ) Judge:
AMERICA, LLC, CENTER ) Action Filed:
AUTOMOTIVE, INC DBA CENTER Trial Date: Not Set
BMW and DOES 1 through 200

_____ Defendants.

Plaintiff alleges as follows:

## PARTIES

1.     Plaintiff SD MOTORWERKS is an LLC owned by DIPITO LLC
SERIES A Delaware LLC ("**SD MOTORWERKS**"). The business is operated as
the San Diego Business Trust operated by the Co-Trustee, Carrie Elin Sorrento
("**SORRENTO**"). The business is located at 7030 Carroll Road, San Diego,
92121. At all times material thereto the Co-Trustee is and was the operator of that
business.

2.     Plaintiff CHIDIEBERE AMADI ("**CHIDI**") is an individual. At all
times material thereto CHIDI was a resident of San Diego, California.

3.     Plaintiff RICHARD JOHN HAGEN dba EUROMOTORWERKS
("**EUROMOTORWERKS**") is a business that is now inactive. The business was
located at 7675 Formula Place, Suite D, San Diego, CA 92121.

4.     Plaintiff RICHARD JOHN HAGEN ("**HAGEN**") is an individual. At
all times material thereto HAGEN was a resident of San Diego, California.

5.     Plaintiff CARRIE ELIN SORRENTO ("**SORRENTO**") is an
individual. At all times material thereto SORRENTO was a resident of San Diego,
California.

6.     Plaintiff is informed and believes and thereon alleges that Defendant
MANHEIM INVESTMENTS, INC. DBA MANHEIM RIVERSIDE
("**MANHEIM**") is a California fictitious named LLC operating in California but is

5

a subsidiary of Atlanta-based COX ENTERPRISES ("**COX**") which is based in Atlanta, Georgia. COX ENTERPRISES is a corporate conglomerate that has organized itself in an insular manner. CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE (C1592199) is a registered agent located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

7.    Plaintiff is informed and believes and thereon alleges that Defendant MANHEIM INVESTMENTS, INC. DBA MANHEIM NEVADA ("**MANHEIM**") is a California fictitious named LLC operating in California but is a subsidiary of Atlanta-based COX ENTERPRISES ("**COX**") which is based in Atlanta, Georgia. COX ENTERPRISES is a corporate conglomerate that has organized itself in an insular manner. CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE (C1592199) is a registered agent located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

8.    Plaintiff is informed and believes and thereon alleges that Defendant MANHEIM INVESTMENTS, INC. DBA MANHEIM RIVERSIDE ("**MANHEIM**") is a California fictitious named LLC operating in California but is a subsidiary of Atlanta-based COX ENTERPRISES ("**COX**") which is based in Atlanta, Georgia. COX ENTERPRISES is a corporate conglomerate that has organized itself in an insular manner. CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE (C1592199) is a registered agent located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

9.    Plaintiff is informed and believes and thereon alleges that Defendant NEXTGEAR CAPITAL ("**NEXTGEAR**") is a California fictitious named LLC operating in California but is a subsidiary of Atlanta-based COX ENTERPRISES ("**COX**") which is based in Atlanta, Georgia. COX ENTERPRISES is a corporate conglomerate that has organized itself in an insular manner. CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE

(C1592199) is a registered agent located at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

10. Defendant DANNY BRAUN (**"BRAUN"**) is a management employee and authorized agent of MANHEIM. BRAUN's address is unknown. BRAUN is believed to work for MANHEIM auctions in Riverside, California.

11. Defendant CESAR ESPINOSA (**"ESPINOSA"**) is a management employee and authorized agent of MANHEIM. ESPINOSA's address is unknown. ESPINOSA is believed to work for MANHEIM auctions in Riverside, California.

12. Defendant STEVE HARMON (**"HARMON"**) is a management employee and authorized agent of MANHEIM. HARMON's address is unknown. HARMON is believed to work for MANHEIM auctions in Riverside, California.

13. Plaintiff is informed and believes and thereon alleges that an essential party, Defendant CARFAX, INC. (**"CARFAX"**) is organized under the law of the United States with its main office located in Centreville, Virginia. CARFAX is a subsidiary of IHS Markit an information provider based in London, United Kingdom. CARFAX is registered in Pennsylvania. CARFAX has a foreign registration in California. CSC – Lawyers Incorporating Service is the agent for service of Process in California.

14. Plaintiff is informed and believes and thereon alleges that Defendant BMW FINANCIAL SERVICESS NA, LLA is managed by and an affiliate of BMW of North America, LLC (**"BMW"** AND/OR **"FSVT"**) is engaged in leasing and reselling of BMW vehicles. BMW is registered in Delaware. BMW has a foreign registration with the California Secretary of State. It's main office is located at Woodcliff Lake, New Jersey 07677-7731. CT Corporation System is the agent for service in California.

7

15. Plaintiff is informed and believes and thereon alleges that Defendant JERRY SIDERMAN aka MAXWELL SIDERMAN (**"SIDERMAN"**) is an individual whose last known address is Tarzana, California.

16. Plaintiff is informed and believes and thereon alleges that prospective Defendant CENTER AUTOMOTIVE, INC. dba CENTER BMW (**"CENTER"**) is a corporation which at all times relevant was located and based at 5201 Van Nuys Blvd., Sherman Oaks, CA 91401. CENTER is a retailer of BMW vehicles. Additionally, Center is a certified BMW repair facility. Center leased a car to SIDERMAN on or about August 1, 2016. The car was a 2016 BMW M6 couple with a VIN: WBS6J9C53GD934586 (**"Subject Vehicle #1"**). Later, Center provided mechanical and other repairs to said vehicle. Center had a duty to report certain repairs that it made to SUBJECT VEHICLE #1.

17. Plaintiff is informed and believes and thereon alleges that each Defendant and DOES 1 through 200, inclusive, were at all times relevant herein residents of the United States of America and/or corporations, partnerships, associations or individuals duly qualified to do business in or doing business in the United States of America.

18. Plaintiff is informed and believes and thereon alleges that each Defendant, and DOES 1 through 200, inclusive, were acting as the agents, servants and/or employees of each of the other Defendants and were acting within the course and scope of said agency and employment, with the consent, express and implied, of the other Defendants, and that the acts and omissions herein alleged were ratified by each of them.

## JURISDICTION AND VENUE

19. This court has original jurisdiction pursuant to 15 U.S.C. §45(a)(1) in that the claims alleged herein arise under the laws of the United States, and:

a. The Federal RICO Statute, 18 U.S.C. §1962(c);

b. Magnuson-Moss Consumer Warranty Act, 15 U.S.C. 2308.

c. Wire Fraud, 18 U.S.C. §1343.

20. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 and 1391(b)(2)&(d) to hear and determine Plaintiffs state law claims because those claims are related to Plaintiff's federal claims and arise out of a common nucleus of related facts and form part of the same case or controversy under Article III of the United States Constitution.

21. The Court has jurisdiction over Plaintiff's action for declaratory relief pursuant to 28 U.S.C. §2201 and Rule 57 of the Federal Rules of Civil Procedure. Injunctive relief is authorized by 28 U.S.C. §2202 and Rule 65 of the Federal Rules of Civil Procedure.

22. Venue is proper in the Southern District of California Pursuant to 28 U.S.C. §1391(b) (2) in that a substantial part of the events, or omissions giving rise to the claims occurred herein and a number of the Defendants were conducting business within this jurisdiction and could be found here.

23. Plaintiff alleges that at all times material herein, the activities, conduct, and/or omissions committed and/or engage in by the Defendants herein give rise to this action being instituted within this Federal District Court inasmuch as the Plaintiff is a citizen and resident of the County of San Diego, City of San Diego, State of California and the Subject Property is located in the County of San Diego, City of San Diego, State of California.

24. Plaintiff alleges that the Defendants were conducting business in California, engaging in a pattern of systematic fraudulent activities with Plaintiff in this District, resulting in injury to Plaintiff's respective interests in business or property. All agreements, if any, related to venue outside this District are null and void due to their fraudulent nature.

## PRELIMINARY STATEMENT

25. The thrust of Plaintiff's case is that, Defendants are enriching themselves by engaging in a pattern and practice of fraudulent activities. SD Motorwerks has purchased **numerous vehicles** from MANHEIM only to discover that there has been hidden damages that were known by MANHEIM but intentionally concealed to Plaintiff's detriment and to MANHEIM's profit.

26. MANHEIM has car auctions in different states. MANHEIM has shipped vehicles from state to state looking for customers that would pay top dollar for their vehicles. MANHEIM was fully aware that the subject vehicles had hidden damage prior to those vehicles were offered for sale. MANHEIM has falsely reported the condition reports for vehicles that they knew or should have known had unreported damages.

27. MANHEIM would not have been able to earn these illegal profits without the support and participation of their enterprise partners. CARFAX has marketed their services using false statements, such as: "CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION". CARFAX issued a report which failed to adequately report certain damages which Plaintiffs relied upon to make their purchase decision. CARFAX revised their report after the sale to Plaintiffs to disclose damages not previously reported. Unsuspecting consumers are purchasing vehicles after reviewing and relying upon these CARFAX reports to ensure that their vehicle is a "good deal".

28. BMW is taking cars at the end of their leases which BMW fails to inspect for hidden damage. BMW is "burying their heads in the sand" because by doing so, they are able to lease more cars to their customers. BMW profits from these "negligent and illegal practices".

29. BMW's customer, SIDERMAN, incurred serious damage to his leased vehicles. SIDERMAN filed a few different insurance claims for these damages. We are informed and believe that SIDERMAN obtained "off the books"

1  repairs to SUBJECT VEHICLE #1. SIDERMAN failed to report the actual vehicle

2  damages to the DMV nor to CARFAX.

3     30.    There are illegal activities at each stage of this cycle. The consumers

4  that purchase these "unreported damage" vehicles are being financially fleeced.

5  Plaintiffs were exposed to potential serious future accident injury or even death

6  due to these serious unreported vehicle damages due to unreported accidents.

7                        **FACTS COMMON TO ALL COUNTS**

8     31.    MANHEIM is a culpable person that conducts an enterprise that sells

9  automobiles affecting interstate commerce through a pattern of "racketeering

10  activity". MANHEIM conducts an enterprise comprised of a group of

11  individuals/businesses associated in fact although not a single legal entity.

12  MANHEIM sources the automobiles marketed and sold at their auctions from

13  various sources. Often times, these vehicles are sold across state lines.

14  MANHEIM engages in a pattern of wire fraud (18 U.S.C. 1343) by falsely

15  communicating that the automobiles being marketed/sold at their auctions are

16  substantially free of damage. In fact, often times, the automobiles have serious

17  damages which are knowingly concealed from the bidders/customers at their

18  auctions. By concealing the known damages to these automobiles, MANHEIM is

19  able to sell these vehicles for a higher price. MANHEIM engages in wire fraud by

20  sending marketing materials via email and by selling vehicles using their

21  website/online portal. These emails and/or online portals contain

22  misrepresentations or known concealments of material facts regarding hidden but

23  known damage to certain automobiles sold at the MANHEIM auctions.

24  MANHEIM is not, normally, the owner of the automobiles sold at their auctions.

25  Therefore, they must solicit the cooperation of others to their enterprise.

26     32.    **SUBJECT VEHICLE #1**: On or about August 1, 2016, SIDERMAN

27  leased a 2016 BMW M6 CPE (VIN: WBS6J9C53GD934586) (**"SUBJECT**

28

1   **VEHICLE #1"**) from CENTER.  SIDERMAN financed his lease through BMW.
2   SIDERMAN and his family members drove this car up until November/December
3   2019.  At that time, the car was returned to BMW/FSVT.  FSVT arranged to have
4   SUBJECT VEHICLE #1 sold utilizing the auction services of MANHEIM.
5   MANHEIM sold the car to SD Motorwerks on or about January 28, 2020. (**Exhibit**
6   **A**).

7     33. On or about December 4, 2020, SUBJECT VEHICLE #1 was driven
8   by SIDERMAN when SUBJECT VEHICLE #1 sustained certain damages.
9   Plaintiff ran a CARFAX report so that he could ascertain what, if any, damages
10  were sustained by SUBJECT VEHICLE #1. (**Exhibit B**).  Prior to purchasing
11  SUBJECT VEHICLE #1, MANHEIM provided their standard INSIGHT
12  CONDITION REPORT. (**Exhibit C**).  **Exhibit C** contains a what is expected to be
13  a "full disclosure" of known conditions of SUBJECT VEHICLE #1.  The report is
14  designed to present enough information to allow a potential customer to make a
15  reasoned and rational decision about the value of SUBJECT VEHICLE #1.
16  **Exhibit C** disclosed minor damages to the vehicle and carried an "AutoGrade of
17  3.4".  SD MOTORWERKS reviewed and relied upon **Exhibits B and C** to make
18  his determination of a "bid" or "no bid" decision.  Based upon **Exhibits B and C**,
19  Plaintiff placed a winning bid of $53,000 plus fees of $805. (**Exhibit D).**

20    34. Plaintiff placed his winning bid over the internet and was not
21  physically present to inspect the car.  MANHEIM had performed a "multipoint
22  inspection" prior to the sale.  The multipoint inspection report was not provided to
23  SD Motorwerks.  Since Plaintiff was not present to inspect the car, he requested
24  that MANHEIM send the car out for a 3rd party inspection.  MANHEIM performed
25  their standard PSI (Post Sale Inspection) on SUBJECT VEHICLE #1.  SUBJECT
26  VEHICLE #1 passed and was given a Full 14-day PSA. (**Exhibit E**).  SD

27

28

12

Motorwerks requested a copy of the PSI report.  MANHEIM failed to provide the PSI report to Plaintiff.

35.    SUBJECT VEHICLE #1 was provided a gate pass and left the MANHEIM lot on or about January 29, 2020.  SUBJECT VEHICLE #1 came off the truck at the SD MOTORWERKS location on or about January 30, 2020.  HAGEN/SD MOTORWERKS conducted its own visual inspection.  Various diagnostic codes were triggered pertaining to drivetrain malfunction, abs brake system light and chassis stabilization malfunction.  Additionally, the inspection revealed that there were many irregularities and blemishes in the paint on SUBJECT VEHICLE #1.  HAGEN/SD Motorwerks contacted MANHEIM to express his concerns.

36.    MANHEIM opened an arbitration ticket on the vehicle.  (**Exhibit F**).  Exhibit E states: " Prior Paint/Repair – the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair show thru panels, also there is drivetrain malfunction, abs brake system light and chassis stabilization malfunction."  Plaintiff took pictures of the "malfunction warning lights" on the dashboard which included: a) Frontal Collision Warning System; b) Chassis Stabilization; and c) Brake system. (**Exhibit G**).  Each warning suggests that the driver should "consult nearest service center."  On January 30, 2020, Plaintiff provided MANHEIM a detailed estimate of the paint issues with SUBJECT VEHICLE #1.  The total paint repairs amounted to $5,159.95. (**Exhibit H**).  Despite this estimate of damages, MANHEIM offered a discount of $755 on a take-it or leave-it basis.  MANHEIM refused to take the vehicle back.

37.    SD MOTORWERKS had purchased SUBJECT VEHICLE #1 for the benefit of with the intention of selling it to CHIDI.  CHIDI took possession of SUBJECT VEHICLE #1 on or about February 4, 2020.   Prior to SD MOTORWORKS buying SUBJECT VEHICLE #1 at MANHEIM, SIDERMAN

had his final service visit at BMW Escondido. This last service included repairs for oil saturation of the right side of the engine. Additional observations included stiffening plate bolts were loose and some missing and the underbody panel was broken. SIDERMAN declined these recommended repairs.

38.   CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA on February 4, 2020 with the mileage at 27,033. The fuel tank was removed and replaced. DSWA revealed that the vehicle required a wheel alignment but it declined.

39.   On or about March 3, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,278. The car shifts hard when using the auto start and when accelerating. The brakes are squealing in the front at slow speeds.

40.   On or about March 16, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,497. Both the driver and passenger side seat belts were not retracting. There is a loud popping noise from the right front suspension.

41.   On or about April 27, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,711. Once again, the driver and passenger side seat belts are not retracting. Intermittently, the passenger side window will not roll up.

42.   On or about May 4, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,734. For the third time, the driver side seat belts are not retracting. The driver seat belt was replaced.

43.   On or about May 18, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF ENCINITAS with the mileage at 27,893. Oil is leaking on the passenger side of the engine. The fuel system monitor will not set. First think in the morning, there is a grinding/shuttering when shifting into drive.

14

44.     On or about May 18, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 27,910. Oil is still leaking on the passenger side of the engine. The fuel system monitor will not set. First think in the morning, there is a grinding/shuttering when shifting into drive. SUBJECT VEHICLE #1 completed a Smog Inspection.

45.     On or about June 3, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF ENCINITAS Collision Center. CHIDI wanted to fix the paint issues with uneven paint and fixing the color match. The shop identified major paint and body issues. The car had been involved in major auto damage incidents. Those major auto damage incidents had not been disclosed. The final bill for this paint/body repair work was $9,918.80.

46.     On or about July 23, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 28,193, The gas pump would repeatedly cut off during gas refills. The charcoal cannister was removed and replaced. That corrected the gas refill issue. The driver side airbag was replaced. Center console trim was delaminating/bubbling. Impact damage to the center carbon trim was discovered.

47.     On or about July 30, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 28,371. The gas pump cut-off problem had returned. No repairs were performed.

48.     On or about August 7, 2020, CHIDI took SUBJECT VEHICLE #1 into BMW OF VISTA with the mileage at 28,484, Once again, there is an oil leak near the passenger side intercooler. Once again, the intercooler lines were replaced. Once again, the gas pump will shut off during the filling of the tank. Once again, no repairs were performed.

49. Despite the aforementioned efforts to repair SUBJECT VEHICLE #1, many issues remain. The most problematic was the unreported, undisclosed body damage to SUBJECT VEHICLE #1.

50. On December 2, 2020, Plaintiff's had SUBJECT VEHICLE #1 inspected for frame and structural integrity. Ryan Hernandez, the General Manager of West Coast Specialties, reported "To whom it may concern after reviewing this BMW m coupe vin#wbs6j9c53gd934586 there has been significate (sic) damage to the right side of this care (sic) and the rt uniside (sic) of this car wasn't fixed correctly and still has structure damage to the rocker panel. As seen in the photos and after inspecting this car still has damage." **EXHIBIT I**.

51. SD MOTORWERKS had purchased a CARFAX report on January 28, 2020, the same date that it made the purchase from MANHEIM. CARFAX reported minor damage to SUBJECT VEHICLE #1. Damage was reported to the front and right side of the vehicle in March 2018. More damage was reported to the front, right side and right rear on in February 2019. More damage was reported to the front, right side and right rear in June 2019. See **Exhibit B**. CARFAX guarantees that the vehicle was not subject to "Salvage, Junk, Rebuilt, Fire, Flood, Hail or Lemon." Later, it would be discovered that SUBJECT VEHICLE #1 should have been salvaged.

52. MANHEIM's Sight Condition Report showed "No Structural Damages." See **Exhibit C**. Plaintiff had reason to believe that **Exhibits B and C** were at best "incorrect" and at worst "fraudulent". RICHARD HAGEN ("**HAGEN**"), spouse of SORRENTO and employee of SD Motorwerks, contacted MANHEIM to request a copy of the Sight Inspection Report because he had misplaced his copy. On or about August 25, 2020, HAGEN spoke to Ms. Christine Prudencio ("**CHRISTINE**") . CHRISTINE informed HAGEN that the report was locked and could not be printed or emailed. CHRISTINE took a total of twelve

16

(12) screenshots of the Sight Condition Report and sent them via email. (**Exhibit J**).

53.     Manheim provided a new Sight Condition Report. (**Exhibit K**). The new report contained new information. It now showed extensive "structural damages" and an "AutoGrade of 2.4". This information had been concealed from the Plaintiff at the time of the auction.

54.     HAGEN contacted SIDERMAN. SIDERMAN was not cooperative. SIDERMAN refused to explain any of the damage claims that he had made for SUBJECT VEHICLE #1. (**Exhibit L**).

55.     CENTER had sold and serviced SUBJECT VEHICLE #1. CENTER had not reported any significant damages to SUBJECT VEHICLE #1. CENTER had a duty to report any and all significant damages to SUBJECT VEHICLE #1.

56.     BMW/FSVT was the title owner of the vehicle. BMW/FSVT had placed the vehicle with MANHEIM for sale at their Riverside auction. MANHEIM follows the Arbitration Rules as provided by the National Auto Auction Association. (**Exhibit M**).  The sales made at an Auction are intended to promote fair and ethical treatment to both the Buyer and Seller.  Auction makes no representation or guarantees on any vehicle sold or offered for sale.  Auction is not a party to the contract of the sale.  The sales contract is between the Seller and Buyer only.  Sellers must disclose permanent structural damage, any structural alterations, structural repairs or replacements (certified or non-certified) as outlined in this policy prior to selling a vehicle at auction regardless of sales channel or light condition. Disclosures are required for the following:

> **a.**  Any/all existing permanent (non-repairable aka kinked or broken) structural damage as defined in this policy.
>
> **b.**  Improper and/or substandard prior repairs (not meeting OEM repair guidelines)

17

**c.** Repairs not certified using OEM guidelines or to be within the UVMS Improper alterations to the structure Lengthened or Shortened structure verified by visual inspection.

**d.** Altered suspension that requires the structure to be modified from its OEM form.

**h.** Corrosion of structural components determined by one or more of the following; when the substrate loses its shape, the original bonds near the affected area are loose or are no longer in existence, the original thickness of the substrate has been changed by more than 25%, the affected area no longer possesses its absorption or deflection properties.

**i.** Structural tear damage (i.e. transport tie down) if more than 1" in length (measured from tear start/stop points.

57. Based upon the aforementioned rules, BMW/FSVT has failed to make required disclosure of defects/damages that were hidden and existing at the time of the auction sale to SD MOTORWERKS. These defects/damages compromised the structural integrity of SUBJECT VEHICLE #1 making it unsafe to drive and presenting a risk of serious injury or even death to the driver and passengers.

58. Based upon the aforementioned rules, MANHEIM knowingly and wrongfully concealed defects/damages that were hidden and existing at the time of the auction sale to SD MOTORWERKS.

59. CARFAX has marketed their services using false statements, such as: "CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION". On or about January 28, 2020, CARFAX issued a report which failed to adequately report certain damages which Plaintiffs relied upon to make their purchase decision. (**Exhibit B**). On or about January 13, 2021, CARFAX revised their report after the sale to Plaintiffs to disclose **"moderate"** damages not previously

18

reported. **(Exhibit N)**. Consumers are relying upon these CARFAX reports to ensure that their vehicle is a "good deal". The changes between these two reports is significant and manifested a fair amount of deception.

60.    We are informed and believe that SIDERMAN knowingly and wrongfully concealed defects/damages that were hidden and existing at the time of the vehicle going off lease back to BMW/FSVT.

61.    We are informed and believe that CENTER knew or should have known of the defects/damages to SUBJECT VEHICLE #1 and failed to report such damages to BMW/FSVT.

62.    At all relevant times, each of the Defendants were acting as agents, employees, assigns and/or contractors of one another. Each of the Defendants performed acts which taken together contributed to losses/damages to the Plaintiffs.

63.    As a result of the failure of the securitization of Plaintiff's mortgage loan, and egregious violations of California's non-judicial foreclosure statute, none of the named defendants to this lawsuit is a real party in interest with standing entitled to enforce Plaintiff's mortgage loan or to collect mortgage payments from them.

64.    **SUBJECT VEHICLE #2:** On or about February 28, 2020, **SD MOTORWERKS** purchased from MANHEIM NEVADA a 2008 Bentley Continental GT SPEED (VIN: SCBCP73W38C057291) (**"SUBJECT VEHICLE #2"**). **(Exhibit N)**. SD MOTORWERKS utilized the online internet website/simulcast for MANHEIM NEVADA to purchase subject vehicle #2.

65.    The Bill of Sale document indicates that subject vehicle #2 was sold as a "Green Light" which includes buyer protections as to the vehicle condition. A 14 Day, Full PSI was stated on Invoice # 129900326. Invoice #129899474 shows the priced for the 2008 Bentley as $48,500, internet satisfaction fee of $50.00 and a

19

buy fee of $735.00. The seller was Premier Nevada Credit, located at 6935 Speedway Blvd Unit 1011, Las Vegas, NV 89115. (**Exhibit O**). Payment for subject vehicle #2 was to be remitted to: Cox Automotive, Inc. P.O. Box 936622, Atlanta, GA 31193-6622.

66. SD MOTORWERKS had ordered a full inspection for subject vehicle #2. However, the inspection report was not produced as requested. Accordingly, SD MOTORWERKS refused to pay for subject vehicle #2 until such time as the inspection report was produced which would disclose any known defects in subject vehicle #2.

67. On or about March 6, 2020, an individual known as Billy Elliott sent a report of defects on subject vehicle #2 direct to Brian Hutchins, an individual employed by Manheim Nevada. This report contains many defective conditions. (**Exhibit P**). Steve Harmon, Assistant General Manager, for MANHEIM NEVADA copied the listing of defects to Rick Hagen, an employee of SD MOTORWERKS on April 10, 2020. It is noted that Steve Harmon took exception to the reported defects. (**Exhibit P**).

68. SD MOTORWERKS inspected the vehicle and found the vehicle to be in an unacceptable state. The vehicle had water damage that was discovered when they looked under the back seats. This prompted the need to run additional inspection reports which led to additional discoveries of hidden damage. On or about April 11, 2020, a full Offboard Diagnostic Information System tests were performed. The battery of tests generated 25 pages of anomalies and faults. Subject vehicle #2 is a lemon…pure and simple. It should never have been sold without making a full disclosure about the prior flood and structural damages. (**Exhibit Q**).

69. SD MOTORWERKS filed an arbitration with MANHEIM NEVADA. BRAUN, an employee of MANHEIM NEVADA, communicated his

20

1  dissatisfaction with RICK HAGEN. BRAUN indicated that MANHEIM would
2  take the vehicle and run it back through the auction lanes under SD
3  MOTORWERKS name. RICK HAGEN rejected this idea as SD MOTORWERKS
4  did not want its reputation attached to subject vehicle #2. BRAUN sought
5  management input. It was decided that MANHEIM NEVADA would "inherit"
6  subject vehicle #2 and run it back through the auction lanes under its name. But
7  due to the number of arbitrations filed under the name of SD MOTORWERKS,
8  MANHEIM would be ending its relationship with SD MOTORWERKS. The
9  stated reason is that "it costs MANHEIM money to deal with SD
10 MOTORWERKS." A transcript of the telephone call with BRAUN is attached
11 hereto as **Exhibit R**.

12      70.    The punitive nature of this dismissal of SD MOTORWERKS led to
13 further investigation by SD MOTORWERKS. On or about September 15, 2020,
14 SD MOTORWERKS ran a CARFAX report. The vehicle history shows that there
15 were four previous owners. The CARFAX fails to show any significant damages
16 to subject vehicle #2. However, this vehicle moved from California to Texas to
17 Florida to California to Georgia then back to California. None of the previous
18 owners wanted to keep this vehicle for any period of time. (**Exhibit S**).

19      71.    HAGEN spoke to one CHRIS PRENELL, a previous owner.
20 Apparently, PRENELL had filed a lawsuit due to the hidden damages that he had
21 discovered on  subject vehicle #2. PRENELL abandoned his lawsuit and sold the
22 vehicle to CARMAX located in Burbank, California on or about January 21, 2020.
23 (**Exhibit T**). For obvious reasons, CARMAX decided not to retail subject vehicle
24 #2. Instead, CARMAX sold the vehicle through the auto auction once again back
25 to PREMIER NEVADA CREDIT. (**Exhibit U**) Subsequently, subject vehicle was
26 sold by MANHEIM NEVADA to SD MOTORWERKS on or about February 28,
27 2020.

28

COMPLAINT

-18-

0018

72.   HAGEN was able to obtain an InSight Condition Report for subject vehicle #2 on or about September 15, 2020. **The overall grade was 2.0**. The report detailed 22 different damages and shows significant structural and paint damage. (**Exhibit V**). This is smoking gun evidence. It shows that MANHEIM NEVADA sold a vehicle as a "GREEN LIGHT" when it knew or should have known of the hidden damages and the damning vehicle history for subject vehicle #2.

73.   **SUBJECT VEHICLE #3**: On or about June 7, 2019, **SD MOTORWERKS** purchased from MANHEIM NEVADA a 2009 Chevrolet Corvette 2DCP Z06 W/2LZ Gray (VIN: 1G1YZ26E295110239) (**"SUBJECT VEHICLE #3"**). The Bill of Sale document indicates that subject vehicle #3 was sold as a "Red Light" as the vehicle had been previously "modified". (**Exhibit W**). SD MOTORWERKS utilized the online internet website/simulcast for MANHEIM NEVADA to purchase subject vehicle #3. Invoice #121135015 shows that Richard Hagen paid $31,250.00 for subject vehicle #3, an internet satisfaction fee of $50.00 and a buy fee of $610.00. The pick-up location was to be at 6600 Auction Lane, Las Vegas, NV 89165-1700. (**Exhibit X**).

74.   The purchaser was provided an InSight Condition Report with a **score of 3.9 (despite the "red light")**. The seller was Premier Nevada Credit, located at 6935 Speedway Blvd Unit 1011, Las Vegas, NV 89115. (**Exhibit Y**). Payment for subject vehicle #2 had a remit to: Manheim Accounts Receivable P.O. Box 105511, Atlanta, GA 30348.

75.   On or about June 6, 2019, the Purchaser ran the CARFAX report for subject vehicle #3. (**Exhibit Z**). The report shows that subject vehicle was run through auto auctions in Florida (17,531 miles), Arkansas (17,636 miles) and New York (17,659 miles) prior to being sold in Nevada (17,677 miles). (**Exhibit Z**).

76.    On or about June 7, 2019, the Purchaser picked up the vehicle from Manheim Nevada. **(Exhibit AA)**. The vehicle was driven approximately 3 miles prior the engine sustaining catastrophic failure.

77.    On or about June 12, 2019, Rick Hagen provided a test report showing the numerous faults/failures to subject vehicle #3. Steve Harmon, general manager, refused to consider a return of the vehicle to Mannheim. **(Exhibit AB)**.

78.    On or about June 13, 2019, Robert Lockett, an employee of Mannheim Palm Beach, which showed an inspection report listing more than 5 pages of damages to subject vehicle #3. This report listed a **score of 1.3. (Exhibit AB)**. This information was not provided to the Purchaser prior to the purchase. It is noted that the score of 3.9 was provided but represents a total fabrication of the true condition of subject vehicle #3.

79.    Had the purchaser known the true score of 1.3, EuroMotorwerks would not have purchased subject vehicle #3.

**COUNT 1:**
**Violation of California Consumer Legal Remedies Act**
**[Against All Defendants]**

80.    Plaintiff re-alleges and incorporate by reference the above paragraphs as though set forth fully herein.

81.    Plaintiffs brings this cause of action on behalf of themselves

82.    Defendants are "persons" as defined by California Civil Code §1761(c).

83.    Plaintiffs are "consumers" within the meaning of California Civil Code §1761(d) because they purchased their Class Vehicles primarily for personal, family, or household use.

84.    By failing to disclose and concealing the extent of the structural damages and other safety defects and misrepresenting the true standards, quality

and grade as they were better that they actually were. See Cal. Civ. Code §1770(a)(5) & (7).

85. Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public and imposed a serious safety risk on the public.

86. Defendants' knew the actual condition of SUBJECT VEHICLES #1, #2 and #3 and those vehicles were not suitable for its intended purpose.

87. As a result of their reliance on Defendant's omissions and misrepresentations, Plaintiffs have suffered an ascertainable loss of money, property, and value of their vehicle. Additionally, as a result of Defendant's omissions and misrepresentations, Plaintiffs were unnecessarily exposed to the risk of serious physical injury or even loss of life.

88. Defendant's owed an affirmative duty to Plaintiffs to disclose the serious structural damages to SUBJECT VEHICLES #1, #2 and #3 because:

(a) Defendants were in a superior position to know the true state of facts about the safety defects/structural damages.

(b) Defendants had obtained various inspection reports about the safety defects/structural damages but chose not to disclose this report.

(c) Plaintiffs could not reasonably have been expected to learn or discover that their braking systems had a dangerous structural damage and other safety defects until it manifested; and

(d) Defendants had knowingly concealed their actual knowledge of the structural damage and other safety defects from the Plaintiffs.

89. In failing to disclose these reports containing the structural and other safety defects, Defendants knowingly and intentionally concealed material facts and breached their duty by not fully disclosing.

24

90. The facts that Defendants concealed from or failed to disclose to Plaintiffs are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase or lease SUBJECT VEHICLES #1, #2 and #3. The Plaintiffs would not have purchased or leased SUBJECT VEHICLES #1, #2 and #3 or would have paid far less.

91. Plaintiffs are reasonable consumers who understand that a vehicle with significant structural damage would or should be put on a "salvage" title. A salvage title would significantly reduce the value of SUBJECT VEHICLES #1, #2 and #3.

92. As a result of Defendant's conduct, Plaintiffs were harmed and suffered actual damages.

93. As a direct and proximate result of Defendant's unfair and deceptive acts or practices, Plaintiffs suffered and will continue to suffer actual damages.

94. Plaintiffs are entitled to equitable relief.

95. Plaintiff provided Defendants with notice of their violations of the CLRA  pursuant to California Civil Code § 1782(a). Defendants failed to provide appropriate relief for their violations of the CLRA within 30 days.  Therefore, Plaintiffs now seek monetary, compensatory, and punitive damages, in addition to injunctive and equitable relief.

## COUNT 2:

**Breach of Implied Warranty Pursuant to Song-Beverly Consumer Warranty Act, California Civil Code §§1792 and 1791.1 et seq.**
**[Against All Defendants]**

96. Plaintiff re-alleges and incorporate by reference the above paragraphs as though set forth fully herein.

97. Defendants were at all relevant times the manufacturer, distributor, warrantor and/or seller and/or agent for any of the aforementioned SUBJECT

1  VEHICLES #1, #2 and #3.  Defendants knew or had reason to know of the

2  specific use for which SUBJECT VEHICLES #1, #2 and #3 was purchased or

3  leased.

4      98.    Defendants provided Plaintiffs with an implied warranty that

5  SUBJECT VEHICLES #1, #2 and #3 and their components and parts are

6  merchantable and fit for the ordinary purposes for which they are sold.  However,

7  SUBJECT VEHICLES #1, #2 and #3 were not fit for the ordinary purpose of

8  providing reasonably reliable and safe transportation because, inter ala, the subject

9  had a defective and compromised structural frame along with other safety defects

10  at the time of sale and thereafter and was not fit for the particular purpose of

11  providing safe and reliable transportation.

12      99.    Defendants impliedly warranted that SUBJECT VEHICLES #1, #2

13  and #3 were of merchantable quality and fit for such use.  This implied warranty

14  included, among other things: (i) a warranty that SUBJECT VEHICLE #1 had a

15  frame structure that was not compromised and free of other safety defects and was

16  safe and reliable for providing transportation; (ii) a warranty that SUBJECT

17  VEHICLE #1 and their frame structure and other safety systems as manufactured,

18  supplied and distributed was safe and reliable for providing transportation and (iii)

19  a warranty that SUBJECT VEHICLES #1, #2 and #3 were sold as advertised and

20  represented prior to sale.

21      100.   Contrary to the applicable implied warranties, SUBJECT VEHICLES

22  #1, #2 and #3 and their frame structural and other defective components and other

23  safety systems at the time of sale and thereafter were not fit for their ordinary and

24  intended purpose of providing Plaintiffs with reliable, durable and safe

25  transportation.  Instead, SUBJECT VEHICLES #1, #2 and #3 were and remain

26  defective, including but not limited to the structural and other defective

27  components that had been compromised prior to sale.

28

26

101.   As a result of Defendant's breach of the applicable implied warranties, owners and lessees of SUBJECT VEHICLES #1, #2 and #3 suffered an ascertainable loss of money, property, and/or value.  The compromised structural components are substantially certain to fail and may not be repairable in order to make the vehicle safe to operate.

102.   Defendant's actions, as complained of herein, breached the implied warranty that SUBJECT VEHICLES #1, #2 and #3 were of merchantable quality and fit for such use in violation of California Civil Code §§1792 and 1791.1.

## COUNT 3:

**Breach of Implied Warranty Pursuant to the Magnuson-Moss Warranty Act,**

**15 U.S.C. §§2301 et seq.**
**[Against All Defendants]**

103.   Plaintiffs repeat and re-alleges and incorporate the above paragraphs as though fully set forth herein.

104.   Plaintiffs bring this cause of action against all Defendants.

105.   SUBJECT VEHICLES #1, #2 and #3 were "consumer products" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(1).

106.   Plaintiffs are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(3).

107.   Defendants are "suppliers" and "warrantors" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. §§2301(4)-(5).  Defendants impliedly warranted that SUBJECT VEHICLES #1, #2 and #3 were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the subject and its structural frame was manufactured, supplied, distributed, and sold by the defendants was safe and reliable for providing transportation; (ii) a warranty that SUBJECT VEHICLE #1 and their structural and other defective components and other safety systems would be fit for their intended use while SUBJECT VEHICLES #1, #2 and #3was

27

operated and (iii) a warranty that SUBJECT VEHICLES #1, #2 and #3 were sold as advertised and represented prior to sale.

108. Contrary to the applicable implied warranties SUBJECT VEHICLES #1, #2 and #3 and their structural and other defective components at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs with reliable, durable, and safe transportation. Instead, SUBJECT VEHICLES #1, #2 and #3 had compromised structural/frame components and other safety defects prior to sale.

109. Defendant's breach of implied warranty has deprived Plaintiffs of the benefit of their bargain.

110. The amount in controversy of Plaintiff's individual claims meets or exceeds the sum or value of $25,000. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

111. The structural/frame and other defects were known prior to sale to Plaintiffs. Defendants made a decision to not disclose these defects to Plaintiffs.

112. Defendants have been afforded a reasonable opportunity to cure their breaches, including when Plaintiffs reported paint issues and submitted the vehicle for Post Sale Inspection by Defendants.

113. As a direct and proximate cause of Defendant's breach of implied warranty, Plaintiffs sustained damages and other losses in an amount to be determined at trial. Defendants' conduct damaged Plaintiffs, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, attorneys' fees, and/or other relief as appropriate.

114. As a result of Defendant's violations of the Magnusson-Moss Warranty Act as alleged herein, Plaintiffs have incurred damages.

## COUNT 4:

28

## QUASI-CONTRACT/RESTITUTION
### [Against All Defendants]

115. Plaintiffs repeat and re-alleges and incorporate the above paragraphs as though fully set forth herein.

116. Plaintiffs bring this cause of action against all defendants.

117. As a direct and proximate result of Defendants' failure to disclose known defects and material misrepresentation regarding known defects, Plaintiffs have suffered an ascertainable loss of money, property, and/or value. The compromised structural components are substantially certain to fail and may not be repairable to make the vehicle safe to operate.

118. Defendants have profited through the sale and lease of SUBJECT VEHICLE #1, #2 and #3. Although these vehicles were purchased through Defendants and their agents, the money from the vehicle sale flows directly back to Defendants and their third-party beneficiaries.

119. Additionally, as a direct and proximate result of Defendant's failure to disclose known defects and material misrepresentation regarding known defects in SUBJECT VEHICLES #1, #2 and #3, Plaintiffs have incurred repeated, high-cost repairs that can and have conferred an unjust substantial benefit upon Defendants.

120. Defendants have been unjustly enriched due to known defects in SUBJECT VEHICLES #1, #2 and #3 through the use of funds that earned interest or otherwise added to Defendant's profits when said money should have remained with Plaintiffs.

121. As a result of the Defendant's breach of quasi-contract/unjust enrichment, Plaintiffs have suffered damages.

### COUNT 5:
## VIOLATION OF CA. BUS. And PROFESSIONS CODE §17200 et seq.
### [Against all Defendants]

122. Plaintiffs repeat and re-alleges and incorporate the above paragraphs as though fully set forth herein.

123. Plaintiffs bring this cause of action on behalf of themselves.

124. As a result of their reliance on Defendant's omissions and/or misrepresentations, Plaintiffs suffered an ascertainable loss of money, property, and/or value of SUBJECT VEHICLE #1, #2 and #3. The compromised structural and other defective components were substantially certain to fail and may not be repairable in order to make the vehicle safe to operate.

125. California Business and Professions Code Section 17200 et seq. prohibits acts of unfair competition, which means and includes any "fraudulent business practice" and conduct with is "likely to deceive" and is "fraudulent" within the meaning of §17200.

126. As more fully described above, the acts and practices of Defendants are likely to deceive, constituting a fraudulent business act or practice. See, in particular, foregoing Counts 1 through 4. This conduct is ongoing and continues to this day.

127. Specifically, and as set forth with greater particularity in the preceding paragraphs, the named Defendants, and each of them, have engaged and are engaging in deceptive business practices with respect to mortgage servicing, assignments of deeds of trust and the filing of fraudulent foreclosure documents and related matters by, *inter alia*:

      a. Executing false and misleading documents, including incorrect and misleading end of lease inspection reports.

      b. SIDERMAN concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid. SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE #1.

      c. CENTER failed to report known damaged to SUBJECT VEHICLE

30

#1.

d.  BMW/FSVT inspected the vehicle at lease end and failed to discover and failed to report known damage.;

e.  CARFAX provided a report which concealed the extent of known damages to subject vehicle #1, #2 and #3.

f.  MANHEIM provided a pre-sale InSight Condition Report that provided inaccurate grades for SUBJECT VEHICLES #1, #2 and #3.

g.  MANHEIM failed to provide a pre-sale InSight Condition Report that provided the true and correct condition for SUBJECT VEHICLES #1, #2 and #3. These reports were not provided prior to the sale.

h.  MANHEIM failed to fully disclose/inform Plaintiffs of all known damages to SUBJECT VEHICLE #1, #2 nor #3 at any time prior to sale.

i.  Engaging in a pattern and practice of deceptive practices, including those which may be uncovered during the course of discovery.

128.  Plaintiff alleges that the named Defendants" misconduct, as alleged herein, gave, and has given, Defendants, and each of them, an unfair competitive advantage over their competitors. The scheme implemented by Defendants, in collusion with one another, is specifically defrauding California consumers and enriching Defendants at the expense of consumers in this State.

129.  By reason of the foregoing, Defendants should be enjoined from continuing such practices pursuant to California Business & Professions Code §§17203 and 17204. Plaintiff has suffered injury in fact, including but not limited to excessive repair costs and body damage repairs due to the omissions and misrepresentation of Defendants. Undoubtedly, other members of the public,

31

similarly have fallen victim to Defendants' deceptive schemes, are likely to be injured as well.

130. The harm to Plaintiff and to other members of the general public outweighs the utility (if any) of Defendants policies and practices. Consequently, their policies and practices constitute unlawful business acts or practices with the meaning of Business & Professions Code §17200. Moreover, the foregoing conduct promotes an incipient violation of a consumer law or violates the policy or spirit of such law or otherwise significantly threatens or harms competition.

131. Plaintiff is therefore entitled to injunctive relief and attorney's fees as available under Business & Professions Code §17200 et seq. and related sections. The acts and practices described in the forgoing paragraphs are unfair and violated the Business & Professions Code because they constitute violations of all the statutes previously listed above.

## COUNT 6:
### WIRE FRAUD (18 U.S.C. §1343) , DECEIT AND/OR MISREPRESENTATION
### [Against All Defendants]

132. Plaintiffs repeat and re-allege and incorporate the above paragraphs as though fully set forth herein.

133. Plaintiffs bring this cause of action on behalf of themselves.

134. Defendants engaged in a scheme which existed for the purpose of committing fraud.

135. Each Defendant knew that they were engaging in the scheme.

136. Each Defendant profited from their participation in the scheme.

137. Each Defendant used a public or private mail services or interstate wire or internet communications to further the scheme.

138. As a result of their reliance on Defendant's omissions and/or misrepresentations, Plaintiffs suffered an ascertainable loss of money, property, and/or value of SUBJECT VEHICLE #1, #2 and #3. The compromised structural

32

and other defective components were substantially certain to fail and are not repairable in order to make any of the subject vehicles safe to operate.

139.  At all relevant times herein, all Defendants, whether actually or fictitiously named, were the principal, agent or employee of and each other, and in acting as such principal, or within the course and scope of such employment or agency, took some part in the acts and omissions as set forth in the Factual Allegations above and those hereinafter set forth by reason of which each Defendants is/are liable to Plaintiffs for the relief prayed for herein.

140.  As more fully described above, the acts and practices of Defendants are likely to deceive, constituting a fraudulent business act or practice. See, in particular, foregoing Counts 1 through 5. This conduct is ongoing and continues to this day.

141.  Specifically, and as set forth with greater particularity in the preceding paragraphs, the named Defendants, and each of them, have engaged and are engaging in deceptive business practices as follows:

      a.  Executing false and misleading documents, including incorrect and misleading end of lease inspection reports.

      b.  SIDERMAN concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid. SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE #1.

      c.  CENTER failed to report known damaged to SUBJECT VEHICLE #1.

      d.  BMW/FSVT inspected the vehicle at lease end and failed to discover and failed to report known damage.;

      e.  CARFAX provided a report which concealed the extent of known

damages to SUBJECT VEHICLES #1, #2 and #3.

    f.  MANHEIM provided a pre-sale InSight Condition Report that provided inaccurate grades for SUBJECT VEHICLES #1, #2 and #3.

    g.  MANHEIM failed to provide a pre-sale InSight Condition Report that provided the true and correct condition for SUBJECT VEHICLES #1, #2 and #3. These reports were not provided prior to the sale.

    h.  MANHEIM failed to inform Plaintiffs of known damage to SUBJECT VEHICLE #1, #2 nor #3 at any time prior to sale.

    i.  Engaging in a pattern and practice of deceptive practices, including those which may be uncovered during the course of discovery.

142.  The foregoing Defendants made the misrepresentations and omissions of facts with the intent to deceive and defraud Plaintiffs for the purpose of inducing them to rely upon the fraudulent representations and to purchase a vehicle with known defects.

143.  Plaintiff alleges that the named Defendants" misconduct, as alleged herein, gave, and has given, Defendants, and each of them, an unfair competitive advantage over their competitors. The scheme implemented by Defendants, in collusion with one another, is specifically defrauding California consumers and enriching Defendants at the expense of consumers in this State.

144.  Plaintiffs did not know that the representations of the foregoing Defendants were false, were unaware of the concealed and suppressed intent and facts because they failed to provide them with sufficient information to make an independent determination of the facts, and actively prevented them from discovering the true and concealed facts.

145.  The misrepresentations were material in nature, as they concerned the

34

1    expressed value and fitness for operation/use of SUBJECT VEHICLES #1, #2 and
2    #3; the validity of the marketing and sales documents pertaining to SUBJECT
3    VEHICLES #1, #2 and #3; the total amount due under the sales agreements, and
4    the amount of arbitration award to be paid for the defects that were not disclosed.

5        146.  Plaintiffs acted in reliance on the Defendants representations that
6    SUBJECT VEHICLE #1was an auto-grade 3.4 with no structural damages.
7    **(Exhibit C)**. In reality, SUBJECT VEHICLE #1 has an auto-grade of 2.4 with
8    extensive structural damage. **(Exhibit K)**.

9        147.  Plaintiffs acted in reliance on the Defendants representation that
10   SUBJECT VEHICLE #2 was a "green light" with a 14-day full PSI vehicle with
11   positive assurances that it was free of known defects. **(Exhibit O)**. In reality,
12   SUBJECT VEHICLE #2 had numerous defects known to Defendants MANHEIM,
13   COX and Premier Nevada Credit. **(Exhibits P and Q).** These Defendants
14   engaged in deception by failing to fully disclose these defects until after the sale to
15   Plaintiff Hagen.

16       148.  Plaintiffs acted in reliance on the Defendants representation that
17   SUBJECT VEHICLE #3 was a grade of 3.9 despite the fact that the vehicle was
18   modified and sold as a "red light". **(Exhibit Y)**. In reality, SUBJECT VEHICLE
19   #3 was a grade of 1.3 but that information was concealed from Plaintiff Hagen.
20   **(Exhibit AC)**.

21       149.  Plaintiffs' reliance was justified because Defendants has provided a
22   falsified report which misrepresented the true condition of SUBJECT VEHICLE
23   #1. **(Exhibit C),** SUBJECT VEHICLE #2 **(Exhibit O) and** SUBJECT VEHICLE
24   #3 **(Exhibit Y).**

25       150.  These Defendants' actions were willing, intentional and knowing,
26   rendering the sales agreement for SUBJECT VEHICLEs #1, #2 and #3 **null and**
27   **void ab initio.**

28

151. There was a failure of consideration in this case and the Plaintiffs were never provided with the correct InSight Report which showed the extensive structural damage to SUBJECT VEHICLEs #1, #2 and #3. Plaintiffs were wrongfully induced to purchase a defective vehicle.

152. Because of these Defendants' fraud by intentional misrepresentation and concealment, Plaintiffs should be entitled to rescind the auction sales agreements. Defendants should be held accountable for damages and some form of punishment for the perpetration and its participation in a RICO scam.

153. As a direct and proximate result of the foregoing Defendants' fraud, Plaintiffs have sustained, and continue to suffer serious injury as the proximate result of their reliance on Defendants' intentional misrepresentations and failures to disclose.

**COUNT 7:**
**Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §1962(c) et seq.**
**[Against All Defendants]**

154. Plaintiffs re-allege and incorporate by reference the above paragraphs 1 through 109 as though set forth fully herein.

155. Defendants formed an enterprise engaged in and whose activities affect interstate commerce. Defendants are employed by or associated with the enterprise.

156. Defendants agreed to and did conduct and participate in the conduct of the enterprise's affairs through a pattern of racketeering activity and for the unlawful purpose of intentionally defrauding Plaintiff. Specifically, and as set forth with greater particularity in the preceding paragraphs, the named Defendants, and each of them, have engaged and are engaging in deceptive business practices as follows:

    a. All Defendants executed false and misleading documents, including incorrect and misleading end of lease inspection reports.

COMPLAINT

-33-

0033

36

b. All Defendants used the mails or wire services/internet to communicate the false and misleading documents.

c. SIDERMAN, a "culpable wrongdoer", concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid. SIDERMAN concealed and failed to disclose the extent of body/paint damage to SUBJECT VEHICLE #1.

d. CENTER, a "culpable wrongdoer", failed to report known damage to SUBJECT VEHICLE #1.

e. BMW/FSVT a "culpable wrongdoer" inspected the vehicle at lease end and failed to discover and failed to report known damage.;

f. CARFAX a "culpable wrongdoer" provided a report which concealed the extent of known damages to the vehicle. (**Exhibit B**).

g. MANHEIM a "culpable wrongdoer", provided a pre-sale InSight Condition Report that provided an auto-grade of 3.4 while reporting "no structural damage." (**Exhibit C**). This report intentionally misrepresented the actual condition of SUBJECT VEHICLE #1.

h. MANHEIM a "culpable wrongdoer", failed to provide accurate pre-sale InSight Condition Reports that provided the true and correct auto-grade for SUBJECT VEHICLES #1, #2 and #3. These reports were not provided prior to the sale. These reports were intentionally concealed and withheld from Plaintiffs.

i. MANHEIM a "culpable wrongdoer", failed to inform Plaintiffs of known damage to SUBJECT VEHICLE #1, #2 nor 3 at any time prior to sale.

37

j.  Each "culpable wrongdoer" engaged in other deceptive practices, including those which may be uncovered during the course of discovery.

157.  Each "culpable wrongdoer" intended to fleece their customers by selling defective vehicles at inflated prices. Each of the Defendants has profited by their omissions and misrepresentations. The final act of the enterprise is to sell a defective vehicle to a non-suspecting consumer at price "above" the fair market value.

158.  Defendants committed multiple predicate acts of "racketeering activity, including but not limited to wire fraud, mail fraud, bank fraud, theft by deception, fraud and misrepresentation, and violations of many state and federal laws.

159.  Defendants have through a "pattern and practice" of racketeering activity, acquired or maintained, directly or indirectly, an interest in or control of an enterprise, property, including personal property, through the activities alleged herein. Defendants have conspired with each other to commit the wrongful acts alleged herein and has committed overt acts in furtherance of this conspiracy and have received a benefit from them.

160.  Defendants predicate acts were aimed and directed at Plaintiffs.

161.  Defendants violations of the various state and Federal RICO Acts have directly or indirectly damaged and continue to damage Plaintiffs.

162.  Plaintiffs are entitled to recover from Defendants direct and consequential damages, treble damages, attorney's fees and other relief authorized by the various Federal and state RICO Acts.

///

///

///

38

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff pray for judgment against Defendants, and each and every one of them, as follows:  The damages claimed by Plaintiff exceed $75,000.

1) That the Court assume supplemental jurisdiction over all state law claims, pursuant to 28 U.S.C. §1367.

2) Under 18 U.S.C. §1964, awarding threefold that damages sustained by the Plaintiffs;

3) Under 18 U.S.C. §1964, awarding costs of the suit, including a reasonable attorney's fee;

4) Under 15 USC 2310, If a consumer finally prevails in any action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the aggregate amount of cost and expenses (including attorneys' fees based on actual time expended) determined by the court to have been reasonably incurred by the plaintiff for or in connection with the commencement and prosecution of such action,

5) Under Civ. Code, §§ 1793.2(d)(1), 1794(b) Reimbursement Damages - Consumer Goods - If you decide that Defendants or its representative failed to repair or service SUBJECT VEHICLE #1 to match the written warranty and/or the represented quality after a reasonable number of opportunities, then Plaintiffs are entitled to be reimbursed for the purchase price of SUBJECT VEHICLE #1 #2 and #3, less the value of its use by Plaintiffs before discovering the defect.

6) Under Quasi-Contract, remedy is typically restitution or recovery under a theory of quantum meruit. Liability is determined on a case-by-case basis. Under Civ. Code §§ 1750 – Consumer Legal Remedies Act – any consumer harmed by unlawful actions under Section 1770 may bring an action against that person to recover or obtain any of the following:

39

(a) Actual damages, but in no case shall the total award of damages in a class action be less than one thousand dollars ($1,000).

(b) An order enjoining the methods, acts, or practices.

(c) Restitution of property.

(d) Punitive damages.

(e) Any other relief that the court deems proper.

6) For recovery of compensatory damages pursuant to 12 U.S.C. §2607(d);

7) Award Plaintiff statutory damages as provided under 12 U.S.C. §2607(d)(2);

8) Award actual damages against Defendants according to proof at trial pursuant to 12 U.S.C. §2607(d)(2);

9) For recovery of attorneys' fees and costs pursuant to 12 U.S.C. §2607(d);

10) For such other and further relief as the court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demand that this case be tried before a jury pursuant to the Seventh Amendment of the Constitution of the United States of America, *Rule 38(b) of the Federal Rules of Civil Procedure*, and *Local Civil Rule 38.1* of the Local Civil Rules of the United States District Court for the Southern District of California.

Dated: July __1__, 2021          LAW OFFICE OF MICHAEL A. ALFRED

By:  s/Michael A. Alfred
          Michael A. Alfred
          Attorney for Plaintiff

# TABLE OF EXHIBITS

Exhibit A – 2016 BMW M6 MANHEIM AUCTION SIMULCAST CONFIRMATION (40-42)

Exhibit B – 2016 BMW M6 CARFAX REPORT- 1/28/2020 (43-49)

Exhibit C – 2016 BMW M6 INSIGHT CONDITION REPORT (50-56)

Exhibit D –2016 BMW M6; SIMULCAST CONFIRMATION(57-59)

Exhibit E – MANHEIM; 2016 BMW M6 VEHICLE INFORMATION (60-63)

Exhibit F – EMAIL FM SD MOTORWERKS RE ARB CLAIM (64-66)

Exhibit G – SD MOTORWERKS EMAIL RE M6 ISSUES(67-71)

Exhibit H – WEST COAST – PAINT/BODY ESTIMATE (72-75)

Exhibit I – WEST COAST FRAME INSPECTION (76-79)

Exhibit J - 2016 BMW M6 INSIGHT CONDITION REPORT (80-93)

Exhibit K – 2016 BMW M6 INSIGHT CONDITION REPORT (94-107)

Exhibit L – SIDERMAN TEXT MSG WITH RICK HAGEN (108-109)

Exhibit M – NAAA ARBITRATION POLICY (110-120)

Exhibit N – 2016 BMW M6 CARFAX HISTORY REPORT – (121-129)

Exhibit O – MANHEIM BILL OF SALE (130-133)

Exhibit P – EMAIL; MANHEIM INSPECTION (134-136)

Exhibit Q – OFFBOARD DIAGNOSTIC INFORMATION SYSTEM- DIAGNOSTIC PROTOCOL (137-161)

Exhibit R- AUDIO FILE- TELEPHONE CONVERSATION WITH DANNY BRAUN (162-167)

Exhibit S- 2008 BENTLEY CONTINENTAL GT SPEED CARFAX REPORT (168-177)

Exhibit T- VEHICLE TRANSFER AND REASSIGNMENT FORM (178-179)

Exhibit U- GEORGIA CERTIFICATE OF TITLE (180-182)

Exhibit V- 2008 BENTLEY CONTINENTAL GT SPEED INSIGHT REPORT (183-188)

Exhibit W- MANHEIM; 2009 CHEV CORVETTE BILL OF SALE (189-190)

Exhibit X- MANHEIM; 2009 CHEV CORVETTE INVOICE (191-193)

Exhibit Y- 2009 CHEV CORVETTE INSIGHT REPORT (194-201)

Exhibit Z- 2009 CHEVROLET CORVETTE CARFAX REPORT (202-206)

Exhibit AA- EMAIL; VEHICLE LEFT LOT NOTIFICATION (207-209)

Exhibit AB- EMAIL; CR REPORT (210-216)

# EXHIBIT "A"

43

## sdmotorwerks@gmail.com

| | |
|---|---|
| **From:** | Manheim - Simulcast <do-not-reply@manheim.com> |
| **Sent:** | Tuesday, January 28, 2020 10:19 AM |
| **To:** | Undisclosed recipients: |
| **Subject:** | Simulcast Confirmation for SD MOTORWERKS 1-152 at MANHEIM RIVERSIDE |

MANHEIM RIVERSIDE - Simulcast Confirmation
BMW FINANCIAL SERVICES (DIGITAL)
January 28, 2020

Please do not reply to this e-mail address

Go to **My Purchases** to select your purchase preferences and check PSI status now. You can also order transportation.

| **Hosting Auction:** | MANHEIM RIVERSIDE | Phone | (951) 689-6000 |
|---|---|---|---|
| **Send Payments/Faxes Here** | 6446 FREMONT | Fax | (951) 489-0266 |
| | RIVERSIDE, CA, 92504 | | |

Manheim
Riverside

| **Dealer** | SD MOTORWERKS | Email | sdmotorwerks@gmail.com |
|---|---|---|---|
| **Address:** | 7030 CARROLL RD | Phone | (760) 533-8886 |
| **City, State, Zip:** | SAN DIEGO, CA, 92121 | Fax | (858) 221-4357 |
| **Auction Access #:** | 5464556 | Contact. | Carrie Sorrento |
| | | Cell Phone | (858) 221-9355 |

| Entry | Description | Pickup Location | | Price/Fee |
|---|---|---|---|---|
| 1-152<br>Work Order:<br>3028419 | 2016 BMW M6 CPE<br>WBS6J9C53GD934586<br>Odometer: 26739<br>Color: SPECIAL<br>View Condition Information | MANHEIM RIVERSIDE<br>6446 FREMONT<br>RIVERSIDE, CA 92504<br>Phone: (951) 689-6000<br>Fax: (951) 489-0286 | Sale Price. | $53,000* |

* Prices reflected in this confirmation may not represent total amount due. Please contact
facilitation location to finalize sale.
*Sale of Simulcast vehicle(s) is pending subject to verification,*
*including price and availability, credit approval and receipt of payment.*
*Auction reserves the right to void any transaction.*

By using this service, you accept the Marketplace Policies

Gate passes will not be released until payment has been received.

Thank you for purchasing from Manheim!

If floorplanning with any of the following companies please print, sign, and fax this purchase confirmation to the auction:
American Honda Finance, BB&T, Bank of America, BMW, Chase Bank, Citizen's Bank, Ford, Key Bank, Mitsubishi, Nissan, PNC Bank, Southern Auto Auction, Toyota, and Volkswagen Credit

---

Printed name of buyer                                    Floorplan company

---

Signature of buyer                                       Date

Notes:
DMV$423

**MULTI-POINT INSPECTION

To initiate an arbitration claim, please go to <u>Online Arbitration Claims</u> (view <u>policy</u>). Login is required.

# EXHIBIT "B"

# CARFAX — Vehicle History Report

## 2016 BMW M6

VIN WBS5J9C53GD934586
COUPE
4.4L V8 F DOHC 32V
GASOLINE
REAR WHEEL DRIVE

This CARFAX Report Provided by:
SD Motorwerks
7030 Carroll Rd
San Diego, CA 92121
833-765-4438
https://www.sdmotorwerks.com/

 No accidents reported to CARFAX

 Damage reported

 CARFAX 1-Owner vehicle

 8 Service history records

 Personal lease vehicle

 25,850 Last reported odometer reading



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/28/20 at 12:27:36 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX — Ownership History

| | |
|---|---|
| Year purchased | 2016 |
| Type of owner | Personal lease |
| Estimated length of ownership | 3 yrs. 1 mo |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 8,934/yr |
| Last reported odometer reading | 25,850 |



## CARFAX — Title History

Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon

 Guaranteed No Problem

Not Actual Mileage | Exceeds Mechanical Limits

 Guaranteed No Problem



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.

Register | View Terms | View Certificate

## CARFAX — Additional History

No total loss reported to CARFAX.

No Issues Reported

**Structural Damage**
No structural damage reported to CARFAX.

No Issues Reported

**Airbag Deployment**
No airbag deployment reported to CARFAX.

No Issues Reported

**Odometer Check**
No indication of an odometer rollback.

No Issues Indicated

**Accident / Damage**
Damage reported on: 03/06/2018, 02/20/2019 and 06/24/2019.

Damage Reported

**Manufacturer Recall**
No open recalls reported to CARFAX. Check with an authorized BMW dealer for any open recalls.

No Recalls Reported

**Basic Warranty**
Original warranty estimated to have 11 months or 24,150 miles remaining

Warranty Active


Personal History

---

**Owner 1**
Purchased:
2016



**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Lease Vehicle
8,934 mi/yr

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 01/14/2016 | 7 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1<br>85 Verified Reviews | Vehicle offered for sale |
| 01/26/2016 | | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1<br>85 Verified Reviews | Vehicle serviced<br>Pre-delivery inspection completed |
| 11/30/2016 | 53 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1<br>85 Verified Reviews | Vehicle sold |
| 11/30/2016 | | Service Plan Co.<br>Tarzana, CA | Service contract issued |
| 12/15/2016 | 383 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1<br>85 Verified Reviews | Vehicle serviced |
| 12/15/2016 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>- First owner reported<br>- Titled or registered as personal lease vehicle<br>- Loan or lien reported |
| 01/06/2017 | 1,352 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1 | Vehicle serviced<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |

0045

48

CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

| | | | |
|---|---|---|---|
| 04/14/2017 | 3,469 | Service Plan Co. | Service contract claim<br>- Tire(s) serviced |
| 09/02/2017 | 8,034 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1<br>85 Verified Reviews ✅ | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Cabin air filter replaced/cleaned<br>- Vehicle washed/detailed |
| 03/06/2018 | | Damage Report | Damage reported<br>- Damage to front<br>- Damage to right side |

May 2018
Collision
$ 31,500.00



### Damage Location

FRONT



LEFT                    RIGHT

REAR



Not all damage is caused by an accident.
Get the car inspected before you buy.
Learn more

| | | | |
|---|---|---|---|
| 11/30/2018 | 18,432 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1<br>85 Verified Reviews ✅ | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Rear brakes replaced<br>- Air filter replaced<br>- Spark plug(s) replaced<br>- Brake fluid flushed/changed<br>- Brakes replaced |
| 02/20/2019 | | Damage Report | Damage reported<br>- Damage to right rear<br>- Damage to front<br>- Damage to right side |

2/20/19
$ 7560

49

https://www.carfaxonline.com/api/report?vin=WBS6J9C53GD934586

... ... History Report for this 2018 BMW M5: WBS6J9C53GD934566



### Damage Location



FRONT

LEFT          RIGHT

REAR



Not all damage is caused by an accident.
Get the car inspected before you buy.
Learn more

| | | |
|---|---|---|
| 04/19/2019 | 20,755 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br>4.1<br>85 Verified Reviews | Vehicle serviced<br>- Engine/powertrain computer/module checked<br>- Tire condition and pressure checked |
| 06/05/2019 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>Loan or lien reported |



Avoid financial headaches. Make sure the
loan has been paid off if you're buying
from a private seller.

| | | |
|---|---|---|
| 06/24/2019 | | Damage Report | Damage reported<br>- Damage to right side<br>- Damage to right rear<br>- Damage to front |

### Damage Location



FRONT

LEFT          RIGHT

REAR



0047



Not all damage is caused by an accident.
Get the car inspected before you buy
Learn more

11/06/2019    25,850    BMW of El Cajon
El Cajon, CA
619-442-8888
bmwsouthcounty.com
4.6
141 Verified Reviews ✓

Vehicle serviced
- Maintenance inspection completed
- Oil and filter changed
- Cabin air filter replaced/cleaned
- Tire condition and pressure checked
- Vehicle washed/detailed

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.



## Damage Indicator

Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/28/20 at 12:27:36 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## First Owner

When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

## Ownership History

CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

## Title Issued

A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:    facebook.com/CARFAX    @CarfaxReports    About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®

© 2020 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
1/28/20 12:27:36 PM (CST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2016 BMW M SERIES vehicle (VIN: WBS6J9C53GD934586), which is based on information supplied to CARFAX and available as of 1/28/20 at 1:27 PM (EST).

0048

https://www.carfaxonline.com/api/report?vin=WBS6J9C53GD934586

CARFAX Vehicle History Report for this 2016 BMW M6: WBS6J9C53GD934586

Dealer Signature

Date

6/6

**EXHIBIT "C"**

53

 InSight Condition Report

## 2016 BMW M6 2dr Cpe
WBS6J9C53GD934586 • 26,739mi



1/132

 **3.4**  Damages  No Structural Damage  Prior Paint  Tires  Auto Check Clean

 



### Announcements
- MULTI-POINT INSPECTION
- DMV5423

### High Value Options
- Back-Up Camera
- Bluetooth Connection
- Climate Control
- Cooled Front Seat(s)
- Hard Disk Drive Media Storage
- Premium Radio
- Climate Front Seat(s)
- Multi-Zone A/C
- Navigation System
- Power Driver Seat
- Navigation/GPS Nav
- Keyless Start System
- Rain Sensing Wipers
- Rear Bucket Seats
- Rear Parking Aid
- Satellite Radio
- Lane Warning
- Tire Pressure Monitor

## Damage Overview







None ○  ○ ○ Severe    ○ Structural Issue

## Exterior (12)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Front Bumper Cover | Scratch Size (D) |    Paint and Dent Repair Corrected or Repair |  | |
| LF Door | Scratch Minor Size (S) | | | |

0051

54



| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| L Qtr Panel | Mult Dents/No Paint Dmg PCR#2 | Cosmetic, Cosmetic and Paint and Body Task Required | | |
| Rear Bumper Cover | Dent/Paint Dmg 1/8" to 1/2" | Paint and Body Requires Conventional Repair | | |
| RR Tire | Cut Replacement Required | Miscellaneous | | |
| RR Wheel | Dent/No Paint Dmg Replacement Required | Miscellaneous | | |
| R Qtr Panel | Prev Repair Buffable | Previous Repair | | |
| R Fuel Door | Prev Repair Buffable | Miscellaneous | | |
| RF Door | Prev Repair Buffable | Previous Repair | | |
| RF Fender | Prev Repair Buffable | Previous Repair | | |
| RF Tire | Gouged Replacement Required | Miscellaneous | | |
| RF Mirror Housing | Broken Replacement Required | Miscellaneous | | |

### Interior (1)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Master/Door Key | Missing Replacement Required | Miscellaneous | | |

### Structure (0)

No structural damages reported

### Other (0)

No other damages reported



## Tires & Wheels

| | Left Front MICHELIN 99Y | Right Front NITTO 99W | Left Rear MICHELIN 101Y | Right Rear MICHELIN 101Y | Spare (none) | |
|---|---|---|---|---|---|---|
| Aluminum | **7/32"** | **9/32"** | **5/32"** | **6/32"** | N/A | ● 6/32 + <br> 3/32 to 4/32 <br> ● - 4/32 <br> ● N/A |
| | 265/35ZR20.0 | 265/35ZR20.0 | 295/30ZR20.0 | 295/30ZR20.0 | | |

## History

### ✓AutoCheck

| No. of Historical Events | 13 |
|---|---|
| Last Reported Event Date | 05/26/2020 |
| Calculated Owners | 1 |
| Last Reported Mileage | 27,910 |
| Calculated Accidents | 0 |

| | |
|---|---|
| ✓ Vehicle checks out! | |
| ✓ Vehicle checks out! | |
| Specific vehicle use(s) or events reported | |
| ✓ Qualifies | |

**CARPAX**   View CARFAX

## Details

| | | | | |
|---|---|---|---|---|
| Silver | $161,195 | 13-12-2016 | Not Available | 75 days or 3,750 Miles Maintenance not responsible for visible surfaces |
| Black | — | Standard No Finish | | |
| Hard Top | FULL AUTO | 8V260V4 | | |

## Equipment

### Options

- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror
- Automatic Headlights
- Auxiliary Audio Input
- Bucket Seats
- CD Player
- Cruise Control
- Daytime Running Lights
- Driver Adjustable Lumbar
- Driver Air Bag

- Power Illuminated Cupholder
- Power Vanity Mirror
- Leather Instrument Panel
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Headlights Auto Leveling
- Intermittent Wipers
- Keyless Entry
- Knee Air Bag
- Leather Steering Wheel
- Navigation System

- Tire Pressure
- Passenger Adjustable Lumbar
- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Folding Mirrors
- Power Mirror(s)
- Power Steering
- Power Windows
- Rain Sensing

- Security System
- Steering Wheel Audio Controls
- Telematics
- Tire Pressure
- Traction Control
- Universal Garage Door Opener
- Upholstery
- Universal Garage Door Opener
- Variable Speed Intermittent Wipers

### Interior

- Leather
- Convertible Operable

### Mechanical

- 4.4L Turbocharged
- 8 Cylinder Engine
- ABS Brakes
- Automatic Transmission
- Gasoline Fuel
- Four Wheel Drive

### Keys

- Master

## Manufacturer Info

## Manufacturer Package Information

## Packages

### M6 Competition Edition - ZM6

- Enhanced BMW Audio w/ARTH 100% HD
- Active Front Seats

- Extended Shadowline Chrome
- Power Rear Sunshade

- Extended Leather Interior
0053"

- Heated Steering Wheel
- Active Steering Assist

## Options

### Interior

- Heated Front Sport Bucket Seats
- Bucket Front Racing Rear Seat
- Power Tilt/Telescoping Steering Column
- Gauges -inc: Speedometer, Odometer, Tachometer, Oil Level / Oil Temperature, Trip Computer
- Hybrid Full Screen Internet Access
- Sport Leather Steering Wheel w/Auto Tilt-Away
- Proximity Key for Doors And Ignition
- Remote Keyless Entry w/Integrated Key

- Illuminated Entry And Panic Button
- Garage Door Transmitter
- Cruise Control w/Steering Wheel Controls
- Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination
- Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats
- Dash/Door/Console Courtesy, Steering Wheel And Floor Footwell
- Manual Tilt/Telescopic Steering Column
- Perimeter Alarm

- Engine Immobilizer
- Dual Zone Front Automatic Air Conditioning
- Day-Night Auto-Dimming Rearview Mirror
- Integrated Navigation System w/Voice Activation
- Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down
- Heated Power/Memory w/Auto Reverse Side Windows
- Trip Computer
- Front Center Armrest
- Rear Cupholder
- Power Front Windows

### Exterior

- Tires, P255/35R19 Front & P295/30R19 Rear Summer
- Body-Colored Power Heated Auto Dimming Side Mirrors w/Power Folding
- Headlost Washers w/Deicister
- Speed-Sensitive Rain Detecting Variable Intermittent Wipers w/Heated Jets
- Fully Automatic Aero-Composite Led Low/High Beam Daytime Running Auto-Leveling Directional Led Auto High-Beam Auto Delay Off Auto On/Off Headlamps
- 2-Pcs, 19" x 9.5" Front & 20" x 11.5" In Silver Alloy Forged Polished Wheels w/Locking Wheel Nuts

### Entertainment

- Bluetooth Wireless Phone Connectivity
- HD Radio
- Radio w/Seek-Scan, Compatible Remote CD, Clock, Speed Compensated Volume, Control, Steering Wheel Controls, Voice Activation, Weatherband DVD, Audio And 2.0 Gb Internal Memory
- Satellite Radio w/1 Year Subscription
- Harman/Kardon Surround Sound System
- Enhanced USB & Bluetooth

### Safety/Security

- Dual Stage Driver And Passenger Seat Mounted Side Airbags
- Error Assist eCall Emergency S.O.S.
- Front And Rear Parking Sensors

- Passenger And Rear Console Airbag Occupant Sensing Deployment
- Low Tire Pressure Indicator
- Rear View Camera
- Front And Rear Parking Sensors
- Tire Specific Low Tire Pressure Warning

### Mechanical

- Engine w/Stop-Start System
- Lithium-Ion Traction Battery
- Electric Power-Assist Speed-Sensing Steering

- Overriding Wheel Controls
- Rear-Wheel Drive
- Hydraulic Rear Power Brakes w/Braking Assist
- 4-Wheel Disc Brakes w/4-Wheel ABS, Front

### Other

- Trapping Package
- 3rd 12V DC Power Outlet
- Speed Order Equipment
- Tamper Protection
- Rearview Mirror w/HomeLink
- Perimeter Alarm
- Smart Device Integration
- Valet Function
- Traction Battery Warranty
- Auto Off Projector Beam Led High Beam Auto High-Beam Daytime Running Headlights w/Delay-Off
- Leather/Metal-Look Steering Wheel
- HVAC -inc: Underseat Ducts
- Driver And Passenger Visor Vanity Mirrors
- Illuminated Glove Box
- Interior Trim
- Full Cloth Headliner
- Air Filtration
- Power Fuel Flap Locking Type
- Perimeter/Approach Lights
- Power Door Locks w/Autolock Feature
- Systems Monitor
- Outside Temp Gauge
- Analog Display
- Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage And 2 12V DC Power Outlets

- Acceptron Full Led Lights
- Automatic High Beams
- Active Blind Spot Detection
- Day-Night Auto-Dimming Rearview Mirror
- Driving Assistant
- Lane Keeping Assist
- Collision Mitigation-Front
- Navigation System
- Real-Time Traffic Display
- HD Radio
- 4.2" LCD Monitor In Instrument Cluster
- Cargo Space Lights
- LED Brakelights
- Perimeter/Approach Lights
- Body-Colored Bumpers
- Clearcoat Paint
- Driver Foot Rest
- Speed Sensitive Rain Detecting Variable Intermittent Wipers



58









©1993 Hayenes. All Rights Reserved.

EXHIBIT "D"

sdmotorwerks@gmail.com

| | |
|---|---|
| From: | Manheim – Simulcast – do not reply:Simanheim.com> |
| Sent: | Tuesday, January 28, 2020 10:19 AM |
| To: | Undisclosed recipients |
| Subject: | Simulcast Summary Confirmation for Carrie Sorrento at MANHEIM RIVERSIDE |

MANHEIM RIVERSIDE - Simulcast Confirmation
Lane 1
January 28, 2020

Please do not reply to this e-mail address.

The price reflected on this confirmation may not represent total amount due,
please contact the auction to finalize the sale of this vehicle***

| Hosting Auction: Send Payments/ Faxes Here | MANHEIM RIVERSIDE 6446 FREMONT RIVERSIDE CA 92504 | Phone Fax | 951-689-6000 951-489-0286 |
|---|---|---|---|
| Contact 1 | FLOORING | Phone | 951-602-9272 |
| Contact 2 | PSI | Phone | 951-602-9273 |
| | | | |
| Vehicle Location | See Pickup Location Below | | |
| Dealer | SD MOTORWERKS | Phone | 760-533-8886 |
| Address | 7830 CARROLL RD | Fax | 858-227-4367 |
| City, State, Zip | SAN DIEGO CA 92121 | | |
| Auction Access # | 5464556 | Contact Cell Phone | Carrie Sorrento (858) 221-9355 |

Go to **Purchases** to access invoices, check PSI status and to set post sale preferences

| Entry | Description | Pickup Location | | Price/Fee |
|---|---|---|---|---|
| 1-152 Work Order 3028419 | 2016 BMW M6 CPE WBS6J9C53GD934586 Odometer 26739 Color SPECIAL View Carfax Information | MANHEIM RIVERSIDE 6446 FREMONT RIVERSIDE CA 92504 Phone (951) 689-6000 Fax (951) 489-0286 | Sale Price | $53,000 |

Notes
DMV/$423

MULTI-POINT INSPECTION

Total: $53,805

Sale of Simulcast vehicle(s) is pending subject to verification,
including price and availability, credit approval and receipt of payment.
Auction reserves the right to void any transaction

By using this service, you accept the Marketplace Policies

Gate passes will not be released until payment has been received

Thank you for purchasing from Manheim!

# Manheim

| PAYMENT DATE | PAYMENT METHOD | CLIENT |
|---|---|---|
| 29-Jan-2020 | Withdrawal - WELLS FARGO BANK NA \|\| XXXXXX6772 | SD MOTORWERKS<br>5464556<br>7030 CARROLL RD<br>SAN DIEGO, CA 92121 |

| DATE APPLIED | VIN | YEAR MAKE MODEL | INVOICE | AMOUNT |
|---|---|---|---|---|
| 29-Jan-2020 | GD934586 | 2016 BMW M6 | 28696637 | $300.00 |
| 29-Jan-2020 | GD934586 | 2016 BMW M6 | 28712104 | $53,805.00 |

**PAYMENT AMOUNT $54,105.00**

EXHIBIT "E"



| Sale Date | **2016 BMW M6** |
|---|---|

WBS6J9C53GD934586
26,739 mi
SPECIAL/BLK

**CR** 3.4

Floor/Selling Location
**CA - Manheim Riverside**
Simulcast, 1-152
**Bill of Sale** (PDF)

Announcements
DMV$423



## Services

PSI                                                    Passed - 14 DAY, FULL PSI

Transportation                                                        Not Eligible

DealShield                                                                    —

## Arbitration

Status                                                             Buyer Bought

Resolved                                                          Feb 03, 2020

Claim Number                                                        05463680

## Gate Pass

Status                                                                  Left Lot

                                                                   Jan 29, 2020

                                                              Manheim Riverside
                                                                6446 Fremont S
                                                             ide, CA 92504-1431
                                                                (951) 689-6000

## Title

Status                                                       Shipped Jan 31, 202

Tracking Info                                                               USP

Delivery                                                               Shipped 1



'020   ...   Vehicle Information
MOTORWERKS
7030 CARROLL RD
SAN DIEGO, CA 92121
USA
7605338886
CARRIE ELIN SORRENTO

## Charges

| | |
|---|---|
| Total* | **$53,050.00** |
| Unpaid Charges | $0.00 |
| Unpaid Credits | $0.00 |
| Balance | $0.00 |

| | |
|---|---|
| Invoice<br>28712104 (PDF) | Paid<br>Withdrawal - WELLS FARGO BANK NA \|\| XXXXXX8772 |
| Date | Jan 28, 2020 🕐 |
| Description | VEHICLE |
| (Credits)/Charges | $53,000.00 |
| Date | Jan 28, 2020 🕐 |
| Description | BUY FEE |
| (Credits)/Charges | $755.00 |
| Date | Jan 28, 2020 🕐 |
| Description | INTERNET SATISFACTION FEE |
| (Credits)/Charges | $50.00 |
| | Invoice History ⌄ |
| Invoice<br>28696637 (PDF) | Paid<br>Withdrawal - WELLS FARGO BANK NA \|\| XXXXXX677: |
| Date | Jan 28, 2020 🕐 |
| Description | 14 DAY, FULL PS |
| (Credits)/Charges | $300.0 |
| | Invoice History |
| Invoice<br>28910361 (PDF) | Pa<br>Debit Applied - #286236 |

...dodetail/purchase?consignmentID=15194311&customerNumber=5464558

Vehicle Information

Author: Fee Discount and Rebate-Approved by Brian-Dealer Help-Are guidelines not met: CR Issue with Prior Repairs

(Date 00)

(Feb 11, 2020 ☆)

POST SALE INSPECTIONS 376-Approved by Brian-Dealer Help-Are Guidelines not met

(SHIP 00)

Invoice History •

EXHIBIT "F"

67

**sdmotorwerks@gmail.com**

| | |
|---|---|
| **From:** | Hollandsworth, Jenny (CA) - Manheim Riverside <Jenny.Hollandsworth@coxautoinc.com> |
| **Sent:** | Thursday, January 30, 2020 10:26 AM |
| **To:** | sdmotorwerks@gmail.com |
| **Subject:** | 2016 BMW - WBS6J9C53GD934586 - PENDING ARB CLAIM |

Good morning,

Per our phone conversation yesterday about this **2016 BMW- WBS6J9C53GD934586** , I wanted to know if could send me pictures of the panels that you are talking about so I can review?

**PENDING ARB CLAIM-** Prior Paint/Repair - the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair shows thru panels, also there is drivetrain malfunction , abs brake system light and chassis stabilization malfunction

Please and thank you,

Jenny Hollandsworth

◌ Manheim

## sdmotorwerks@gmail.com

| From: | rick nager <sdmotorwerks@gmail.com> |
|---|---|
| Sent: | Thursday, January 30, 2020 10:36 AM |
| To: | Larry Mason |
| Subject: | Fwd: 2016 BMW - WBS6J9C53GD934586 PENDING ARB CLAIM |

Sent from my iPhone

Begin forwarded message:

> **From:** "Hollandsworth, Jenny (CAI - Manheim Riverside)" <Jenny Hollandsworth@coxautoinc.com>
> **Date:** January 30, 2020 at 10:26:03 AM PST
> **To:** "sdmotorwerks@gmail.com" <sdmotorwerks@gmail.com>
> **Subject: 2016 BMW - WBS6J9C53GD934586 PENDING ARB CLAIM**

> Good morning,

> Per our phone conversation yesterday about this **2016 BMW- WBS6J9C53GD934586** , I wanted to know if could send me pictures of the panels that you are talking about so I can review?

> **PENDING ARB CLAIM-** Prior Paint/Repair - the panels that show on condition report that stats buffable have to be repainted due to tint color also body repair shows thru panels, also there is drivetrain malfunction , abs brake system light and chassis stabilization malfunction

> Please and thank you

> Jenny Hollandsworth





69

EXHIBIT "G"

70

**sdmotorwerks@gmail.com**

| | |
|---|---|
| **From:** | rick hagen <sdmotorwerks@gmail.com> |
| **Sent:** | Wednesday, January 29, 2020 1:22 PM |
| **To:** | Rick Hagen |
| **Subject:** | M6 issues |
| **Attachments:** | IMG_7367.JPEG; Untitled attachment 08157.txt; IMG_7366.JPEG; Untitled attachment 08160.txt; IMG_7365.JPEG; Untitled attachment 08163.txt; IMG_7364.JPEG; Untitled attachment 08166.txt; IMG_7363.JPEG; Untitled attachment 08169.txt; IMG_7362.JPEG; Untitled attachment 08172.txt; IMG_7361.JPEG; Untitled attachment 08175.txt; IMG_7360.JPEG; Untitled attachment 08178.txt; |





Details

Brake system:

Drive moderately. Apply additional braking when necessary. Consult nearest service center.

OK

CurePict



Details

OK

Frontal Collision Warning System:

Malfunction. Brake intervention not available. Visual and acoustic warnings active. Consult service center.

CurePict

74

EXHIBIT "H"



West Coast Specialties, Inc.

Premium craftsmanship and customer service
7666 Formula Place, San Diego, CA 92121
Phone: (858) 545-8226
FAX: (858) 271-7919

PartsShare:     OKRWD
Federal ID      330445935
State ID.       AT 100596
State EPA       L00060-80

## Estimate

**RO Number:**

| Customer: | Insurance | Adjuster: | Estimator | Ryan Hernandez |
|---|---|---|---|---|
| SD MOTORWERKS | | Phone | Create Date | 1/30/2020 |
| | | Claim | | |
| | | Loss Date | | |
| | | Deductible | | |

2015 BMW M6 2D CPE R-4.4L Turbocharged Gasoline Gasoline Direct Injection

| VIN: | WBSLX9C53GD934586 | Interior Color: | Mileage In | Vehicle Out: |
|---|---|---|---|---|
| License: | | Exterior Color: | Mileage Out: | |
| State: | | Production Date | Condition: | Job # |

| Line | Ver | Operation | Description | Qty | Extended Price $ | Part Type | Labor | Type | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | E01 | | REAR BUMPER | | | | | | |
| 2 | E01 | Overhaul | O/H bumper assy | | | OEM | 2.0 | Body | |
| 3 | E01 | Refinish | Bumper cover | | | | | | 2.0 |
| 4 | E01 | | Add for Clear Coat | | | | | | 1.7 |
| 5 | E01 | | REAR LAMPS | | | | | | |
| 6 | E01 | Remove/Install | RT Tail lamp assy | | | | 0.3 | Body | |
| 7 | E01 | | TRUNK LID | | | | | | |
| 8 | E01 | Blend | Trunk lid cover | | | | | | 1.2 |
| 9 | E01 | Remove/Install | Emblem BMW | | | | 0.4 | Body | |
| 10 | E01 | Remove; Replace | Nameplate "M6" | 1 | 53.79T | OEM | 0.3 | Body | |
| 11 | E01 | | QUARTER PANEL | | | | | | |
| 12 | E01 | Repair | RT Quarter panel | | | | 10.0 | Body | 3.0 |
| 13 | E01 | | Add for Clear Coat | | | | | | 1.2 |
| 14 | E01 | Remove/Install | RT Splash shield | | | | 1.1 | Body | |
| 15 | E01 | Remove/Install | RT Quarter glass BMW w/o s pstatic | | | | 3.2 | Body | |
| 16 | E01 | Remove/Install | RT Belt molding black | | | | 0.3 | Body | |
| 17 | E01 | | ROOF | | | | | | |
| 18 | E01 | Remove/Install | RT Roof molding | | | | 0.4 | Body | |
| 19 | E01 | Blend | RT ROOF SAIL PANE | | | | | | 1.5 |
| 20 | E01 | | DOOR | | | | | | |
| 21 | E01 | Refinish | RT Door shell (ALU) | | | | | | 2.2 |
| 22 | E01 | | Overlap Major Adj; Panel | | | | | | (0.-) |
| 23 | E01 | | Add for Clear Coat | | | | | | 0.4 |
| 24 | E01 | Remove/Install | RT Belt molding short black | | | | 0.1 | Body | |

I = Included Item, REP = Repaired LD = Damage Ad – Additive, After mkt - PRT = Labor, D&R = Package, PDR = Paintless Dent Repair, ALT = Alternate, M mt = Recovered, Recoil, loops, hazmat, JS M – Mech, Sbl = Subletted Manufacturer, Remove, R= airgt LT dat = Conventional ... PRT Diagnostic Elec – Electrical Mech – mechanical

**RO Number:**

2015 BMW M6 2D CPE 8-4t Turbocharged Gasoline Gasoline Direct Injection

| 25 | E01 | Remove/Install | RT R&I mirror as nec assy | | | | 0.3 Body |
| 26 | E01 | Remove/Install | RT handle, outside w/n comfort ac | | | | 0.3 Body |
| 27 | E0. | Remove/Install | LT R&I trim panel | | | | 0.8 Body |
| 28 | E01 | | PILLARS, ROCKER & FLOOR | | | | |
| 29 | E01 | Remove/Install | RT Rocker molding w/n M package | | | | 1.2 Body |
| 30 | E01 | | FENDER | | | | |
| 31 | E01 | Refinish | RT Fender w/MA | | | | 2.0 |
| 32 | E01 | | Ovnlap Major Adj. Panel | | | | (0.4) |
| 33 | F01 | | Add for Clear Coat | | | | 0.3 |
| 34 | E01 | Remove/Install | RT Fender liner front w/M6 | | | | 0.6 Body |
| 35 | E01 | Remove/Install | RT Fender liner rear, coupe w/M6 | | | | 0.7 Body |
| 36 | F01 | Remove/Replace | RT Side trim w/o park assist | | 79 44T | OEM | 0.2 Body |
| 37 | E01 | | FRONT LAMPS | | | | |
| 38 | E01 | Remove/Install | RT R&I headlamp assy | | | | 0.3 Body |
| 39 | E01 | | HOOD | | | | |
| 40 | E01 | Blend | Hood (A_U) | | | | 1.0 |
| 41 | E01 | | FRONT BUMPER | | | | |
| 42 | E01 | Overhaul | O/H bumper assy | | | OEM | 5.0 Body |
| 43 | F01 | Refinish | Bumper cover w/o surround, w/park d = coupe | | | | 2.2 |
| 44 | E01 | | Add for Clear Coat | | | | 1.5 |
| 45 | E01 | Remove/Replace | COVER CAR FOR OVERSPRAY | | 10 0CT | Other | 0.5 Body |
| 46 | E01 | Remove/Replace | COLOR TINT | | 10 0CT | Paint | 1.0 Body |
| 47 | H01 | Refinish | FEATHEREDGE, PRIME AND BLOCK | | | | 2.0 |
| 48 | F01 | Remove/Replace | RESTORE CORROSION PROTECTION | | 10 0CT | Other | 0.5 Body |
| 49 | E01 | Repair | COLOR SAND AND BUFF | | | | 1.0 Body |
| 50 | E01 | | HAZARDOUS WASTE | | 5 50 | Other | |

| Estimate Totals | Discount $ | Markup $ | Rate $ | Total Hours | Total $ |
|---|---|---|---|---|---|
| Parts | | | | | 167.23 |
| Labor, Body | | | 55.00 | 35.5 | 2,331.90 |
| Labor, Refinish | | | 55.00 | 72.5 | 1,149.50 |
| Material, Paint | | | 40.00 | 22.3 | 1,279.40 |
| Material, Shop | | | 2.00 | 35.4 | 70.80 |
| **Subtotal** | | | | | **5,058.93** |
| Sales Tax | | | | | 101.02 |
| **Grand Total** | | | | | **5,159.95** |
| **Net Total** | | | | | **5,159.95** |

| | Estimate Version | Total $ |
|---|---|---|
| | Original | 5,159.95 |

– Theoretic Basis Part, Vehicle, Price Change, AA = Appraiser Estimate HRS – Systems and Damage, PSR – Recommended Part, Recommended Part, Refinish, Hours, LKQ – Like Kind And Quality, Qty – Line Item, Tire – Installed, Montage, Mechanical.

**RO Number:**

2016 BMW M6 2D CPE 8-4.4L Turbocharged Gasoline Gasoline Direct Injection

| | |
|---|---|
| Insurance Total $: | 5,155.95 |
| Received from Insurance $: | 0.00 |
| Balance due from Insurance $: | 5,159.95 |
| | |
| Customer Total $: | 0.00 |
| Received from Customer $: | 0.00 |
| Balance due from Customer $: | 0.00 |

0075

EXIIIBIT "I"

WEST COAST SPECIALTIES

7680 Formula Place, San Diego, CA 92121
Ph: 858-530-5220, Fl: 858-530-5220
www.westcoastspecialties.net

Date: 12/2/2020

To whom it may concern after reviewing this BMW m coupe vin#wbs6j9c53gd934586 there has been significate damage to the right side of this car and the t unside of this car wasn't fixed correctly and still has structure damage to the rocker panel. As seen in the photos and after inspecting the car this car still has damage.

Ryan Hernandez

General manager

80

# Car-O-Liner Vision2 X2

## Lower body Diagnose Report

**Customer**

| | |
|---|---|
| Name | |
| Address | |
| City | Zip |
| State | Phone |
| E-mail | |

**Insurance**

| | |
|---|---|
| Insurance Co | Claim No |
| Adjuster | Phone |
| E-mail | |

**Vehicle**

DataSheet 2.090    Issue 2016-11-01
Make BMW
Model Coupe 630-650    Type 2D/C/RWD
Year 2011-2018    VIN WBSG/9C53GD934586
License No    Miles

**Job**

Workorder 2020-12-02-1    Start Date 2020-12-02
Technician victor dobles    End Date 2020-12-02
Sign _____



| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | -1 | | | | | | | | | | 1 | | | | | 1 | | | | | |
| W | 1 | | | | | | | | | | 0 | | | | | 0 | | | | | |
| H | 0 | | | | | | | | | | 0 | | | | | 0 | | | | | |

| | 2 | | | | -1 | | | | -1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| W | 2 | | | | 1 | | | | 0 | |
| H | 4 | | | | 0 | | | | 0 | |

**BodyShop**

Company West Coast Specialties
Address 7686 Formula Place
City San Diego    Zip 92121
State CA    Phone 858-549-8226
E-mail manuels@mpowercom.net

0078

**Notes**

81

INSPECTION REPORT

BMW M6 VIN  WBS6J9C53G934586
RT QUARTER PANEL
RT QUARTER PANEL INNER PANEL WELD DAMAGE
RT QUARTER PANEL OUTER MESSUREMENT PAINT MILL THIKNES MORE THAN
RECOMENDED TO THEPOINT THE GAGE DID NOT REED THIKNES

RT DOOR

RT PASSANGER DOOR OUTER PANEL MESSURMENT REEDING MORE THAN
RECOMENDED SOME AREAS DID NOT REED ALLSO DOOR HAS ALIMENT ISSUS
SI SUPECT DAMEGE TO THE HINGE PILLAR ALLSO PICTURES PROVIDED FROM PREVIUS
REPIAR HAVE HIGHLITED AREAS INDICATING DAMAGE TO ROCKER PANEL BOTH OF
THIS ITEMS IF NOT REPAIR PROPERLE CAN AFECT THE PERFORMANCE AND SAFTYE
FETURES AS BOTH OF THIS SCETIONS OF THE VEHICLE ARE CONSIDER ESTRUCTURAL
PARTS OF THE VEHICLE  TO VERIFIE THIS THE VEHICLE WILL HAVE TO BE
DISASEMBLED BY WAY OF EPESILIZE EQUIPENT LIKE A CELLETE BENCH


Date  12/13/2020          Victor Dobles  ASE Master Collision Tech

82

EXHIBIT "J"

**RJH**

| | |
|---|---|
| From: | Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com> |
| Sent: | Tuesday, August 25, 2020 9:54 AM |
| To: | sdmotorwerks@gmail.com |
| Subject: | Re: Cr screenshot |

Yes, I will.

Have an exceptional Day

**From:** sdmotorwerks@gmail.com <sdmotorwerks@gmail.com>
**Sent:** Tuesday, August 25, 2020 12:53:18 PM
**To:** Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com>
**Subject:** RE: Cr screenshot

Can you please send me the list of damages you have to click view full damage list and repairs it will show exterior damages (10) and interior damages (2) and structure(1)

Please and Thanks

**From:** Prudencio, Christine (CAI - Atlanta) <Christine.Prudencio@coxautoinc.com>
**Sent:** Tuesday, August 25, 2020 9:39 AM
**To:** sdmotorwerks@gmail.com
**Subject:** Cr screenshot

84



## InSight Condition Report

### 2016 BMW M6 2dr Cpe

WBS6J9C53GD934586 • 26,940mi

Rear Wheel Drive • 4.4L 8 Cylinder Engine • A/1 • Hard Top • Leather

Lane Run: N/A    Facilitation: Manheim San Diego    Seller: SD MOTORWERKS

Damages    Structural Damage    Prior Paint    Tires

Drivable    Stairs    Smoke Odor    Keys Fobs
1    0

**Announcements**
• ARB UNIT

**High Value Options**
• Back-Up Camera
• Blind Spot Monitor
• Bluetooth Connection
• Climate Control
• Cooled Front Seat(s)
• Hard Disc Drive Media Storage
• Heads-Up Display

• Multi-Zone A/C
• Navigation System
• Power Driver Seat
• Power Passenger Seat
• Premium Sound System
• Rain Sensing Wipers
• Heat Bucket Seats

2.4 Below Average

All (8)    Ext (2)    Int (3)    Misc (2)    Damages (1)

## Damage Overview

View Full Damage List and Repairs    Save as your default view

Sort by    Damage

Exterior (10)    Interior (2)    Structure (1)    Other (0)



None ● ● ● ● Severe

Click on highlighted area to read details
and see additional images

**Front Bumper Cover**

Condition  Prev. Repair
Severity  Substd Repair
Type  Previous Repair

**LF Door Edge**

Condition  Scratch Heavy
Severity  1/2 to 1"
Type  Miscellaneous

**L Qtr Panel**

Condition  Mult Dents No Paint Dmg
Severity  PDR/3
Type  Cosmetic Conventional Paint and Body Not Required

**L Qtr Panel**

Condition  Scratch Heavy

2

Disclaimer



Click on highlighted areas to read details
and see additional images

R Fuel Door

Disclaimer

## Tires & Wheels

Wheel   Aluminum

| | Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|---|
| | Michelin | Michelin | Michelin | Michelin | (Not Equipped) |
| | 7/32" | 9/32" | 9/32" | 8/32" | N/A |
| | 265/35R20 | 265/35R20 | 295/30R20 | 295/30R20 | |

## History

✓AutoCheck    View Full AutoCheck

No. of Histories of         13

Events

Last Reported Event    05/26/2020
Date

Calculated Owners      1

Last Reported Mileage  27,910

Calculated Accidents   0

CARFAX    View CARFAX

○ Title and Problem
    Check

○ Odometer Check

○ Use and Event Check

○ Auto Check Buyback
    Protection

○ Vehicle checks out!

○ Vehicle checks out!

Specific vehicle use(s) or events reported

○ Qualifies

3

0084

87



## Details

| | |
|---|---|
| Exterior Color | MSRP | Received Date |
| Yellow | $167,195 | 02/03/2020 |
| Interior Color | Title State | Inspection Location |
| Black | Not Available | Manheim San Diego |
| Top Type | Title Received | Vault Order |
| Hard Top | Not Available | 3540553 |

In Service Date
Not Available

One Mfg Basic Warranty
4 Years/50,000 Miles

Manheim is not responsible for voided warranties.

Equipment   Manufacturer Info

## Options

* A/C
* Adjustable Steering Wheel
* AM/FM Stereo
* Auto-Dimming Rearview Mirror
* Automatic Headlights
* Auxiliary Audio Input
* Brake Assist
* Bucket Seats
* Carbon Fiber Interior Trim
* CD Player
* Cruise Control
* Daytime Running Lights
* Driver Adjustable Lumbar

* Driver Air Bag
* Driver Illuminated Vanity Mirror
* Driver Vanity Mirror
* Engine Immobilizer
* Front Head Air Bag
* Front Side Air Bag
* HD Radio
* Headlights-Auto-Leveling
* Intermittent Wipers
* Keyless Entry
* Knee Air Bag
* Leather Steering Wheel
* Mirror Memory

* MP3 Player
* Passenger Adjustable Lumbar
* Passenger Air Bag
* Passenger Air Bag Sensor
* Passenger Illuminated Visor Mirror
* Passenger Vanity Mirror
* Power Door Locks
* Power Folding Mirrors
* Power Mirror(s)
* Power Steering
* Power Windows
* Rear Defrost

* Rear Head Air Bag
* Security System
* Stability Control
* Steering Wheel Audio
* Telematics
* Tire Inflator
* Traction Control
* Transmission w/ Dual
* Trip Computer
* Universal Garage Door
* Variable Speed Intermittent
  Wipers

## Interior

* Leather

## Keys

* Smart - 1

0085

88

Return to t

## Interior

- Leather
- Odometer Operable

## Keys

- Smart - 1

## Mechanical

- 4.4L Turbocharged
- 8 Cylinder Engine
- ABS Brakes
- Automatic Transmission
- Gasoline Fuel
- Rear Wheel Drive

Common Abbreviations

Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any A
The use of the report and any Auc. Grade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Positi

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty

Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail
tab.

Process protected under U.S. Patent No. 8 230 362

VIN: WBS6J9C53GD934586.
Work Order: 3540553

© 2020 Manheim. All Rights Reserved

0086

89

Damage Overview

Front Bumper Cover

LF Door Edge

L Qtr Panel

L Qtr Panel

Severe

None

Tires & Wheels



## Damage Overview

View Full Damage List and Repairs    Save as your default view

Exterior (2)    Interior (2)    Structure (1)    Other (0)

**L Qtr Panel**

**Left Interior "A" Pillar Trim**

Condition New

Severity Adjustable

Type Miscellaneous

**Rear Bumper Cover**

Condition Prev Repair

Severity Susted Prev Even

Type Previous Repair

**R Fuel Door**

Condition Prev Repair

None ◉    ◉    ◉ Severe

Click on highlighted areas to read details

Disclaimer

## Damage Overview

View Full Damage List and Repairs

Exterior (10)   Interior (2)   Structure (1)   Other (0)



None ●   ● ● Severe

### R Fuel Door

Condition Fix - Repair
Severity Sub Smt Dtr
Type Miscellaneous

### R Qtr Panel

Condition Fix - Repair
Severity Sub Smt Repair
Type Previous Repair

### RF Door

Condition Frey Repair
Severity Sub Smt Wave
Type Previous Repair

### RF Window

Condition Fix
Severity Previous Repair

Disclaimer

## Tires & Wheels

P Qtr Panel

RF Door

RF Window

None  Severe

**Tires & Wheels**

Left Front   Right Front   Left Rear   Right Rear   Spare

Damage Overview

Steering Wheel

RF Carpet

Severe

None

Tires & Wheels

digitaltools.ovelocal.

## Damage Overview

View Full Damage List and Repairs ☐ Save as your default view

Sort by

Exterior (10)    Interior (2)    Structure (1)    Other (0)



● **RR Wheel Housing**

Condition Prev Repair

Severity Substd Repair

Type Structural

● **Structural Issue**

Click on highlighted area to read details
and see additional images

11

Disclaimer

**Tires & Wheels**

digitaltools.ove.local/

**Damage Overview**

View Full Damage List and Repairs     ☐ Save as your default view

Sort by     Damage L...

Exterior (10)     Interior (2)     Structure (1)     Other (0)



● **Structural Issue**

Click on highlighted area to read details
and see additional images

● **RR Wheel Housing**

Condition  Prev Repair

Severity  Substd Repair

Type  Structural

Disclaimer

ch 1

**Tires & Wheels**



0095



**InSight** | ECR

Marltron San Diego
4601 Calle Joven
Oceanside CA 92057-6042
(760) 754-3506

| | |
|---|---|
| VIN | WBSBF9329CB940489 |
| Ext Color | SILVER |
| Stock Order | 849360 |
| Dealer | JSROC KVXIM 02/03/2021 |

| | |
|---|---|
| Body Style | COUPE |
| Int Color | BLK |
| Seller | ID MOTORWERKS |
| In Service Date | N/A |

| | |
|---|---|
| Top Type | |
| Odometer | 34,846 |
| Received Date | 12/13/2020 |

| | |
|---|---|
| Hard Top | |
| Retail Value | 8,259,345 |

## — GRADING

Auto & Grade

**Grade 2.4 Below Average**
- MSRP - Not Available
- Engine Starts - Yes
- Drivable - Yes

Process described will    S.I. K.V.V.Nr. 8,259,345

- Auto-dimming headlights
- Auto sunvisor
- Back Up Camera
- Blind Spot Monitor
- Bluetooth Connection
- Front Heated Seats
- Dual Power AC

- Hard Disk Drive Media Storage
- Heads Up Display
- Heated Seats - Front
- Keyless Entry/Ignition System
- Leather Seats
- MP3 Compatible Stereo
- Navigation System

- Premium Stereo
- Rear Parking Aid
- Satellite Radio
- Seat Memory
- Telematics

- Steering Wheel Audio Controls
- Tilt Steering
- Tilt Steering Wheel
- Turn Indicator
- Tire Pressure Monitor System
- Traction Control
- Transmission w/Dual

## OPTIONS

- 3G Side Curtains
- A/C
- Adjustable Headrests
- Brake Assist system
- Cloth Seats
- CD Player
- Carbon Fiber Interior
- trim
- Climate Control

- Electrochromic Rearview
- Mirror
- Electronic Stability
- Control
- Engine Immobilizer
- Front Head Air Bag
- Front Side Air Bag
- HD Radio
- Heated Steering Wheel

- Passenger Air Bag
- Sensor
- Fasten seat belt Illuminated
- Vanity M
- Passenger Vanity Mirror
- Power Folding Mirrors
- Power Locks
- Power Mirrors
- Power Windows

9600

- Cruise Control
- Power Steering
- Lights
- Driver Adjustable Lumbar
- Driver Air Bag
- Driver Illuminated Vanity Mir
- Front Vanity Mirror
- Tire Air Bag

- Intermittent Wipers
- Keyless Entry
- Knee Air Bag
- Leather Steering Wheel
- Mirror Memory
- Overhead Format
- Passenger Adjustable Lumbar

- Pwr Seats - Bucket
- Pwr Steering
- Quad Bucket Seats
- Rain Sensing Wipers
- Rear Defrost
- Front Head Air Bag
- Security System
- Side Air Bags

- Shift Knob
- Trip Computer
- Turbocharged
- Hands Free Garage Door Opener
- Vehicle Speed
  Intermittent W
- Warranty Books

**MECHANICAL**

- 6 Cylinder Gas Turbo
- ABS Brakes
- 4x2
- Anti-lock Brakes
- Automatic Transmission
- 4-L T

**INTERIOR**

- Odometer - Digital Analog Combo
- Fr Odor Shaker
- Leather

**KEYS**

- Smart Key

**OTHER**

- Tire Chain
- Tire Recovered Dam  N/A

TIRES AND WHEELS

| Tire | Tread Depth | Wheels | Brand | Size |
|------|-------------|--------|-------|------|
| Left Front | 7/32" | Alloy | Michelin | 265/50R20 |
| Left Rear | 4/32" | | Michelin | 295/55R20 |
| Right Front | 5/32" | | Michelin | 265/35R20 |
| Right Rear | 8/32" | | Michelin | 295/50R20 |
| Spare | N/A | | N/A | N/A |

Tire Condition

AFD UNIT

99

0097

| IMAGE | DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | TOTAL LABOR HOURS | COST |
|---|---|---|---|---|---|---|
| | Front Bumper Cover | Prev. Repair | Surface Minor | Repair | | |
| | Unpainted A Pillar Trim | Worn | Acceptable | No Action Required | | |
| | LH Door Edge | Scuffed Heavy | Minor | Tint File | | |
| | Rear Door Edge | Scratch Heavy | Minor | Trim File | | |
| | Windshield | Windshield Fragment Long | Holes | EDR | | |
| | Rear Bumper Cover | Prev. Repair | Surface Finish Over | Repair | | |
| | Mirrors | Prev. Minor | Surface Wavy | Repair | | |
| | | Inoperable/early warning | Major Intrusion | Wheel/Rim | | |

| DESCRIPTION | CONDITION | SEVERITY | SUGGESTED REPAIR | | |
|---|---|---|---|---|---|
| Molding/Trim | Prev. Repair | Surface Repair | Repair | | |
| Quarter Panel | Prev. Repair | Scratched | Repaint | | |
| Steering Wheel | Worn | Acceptable | No Action Required | | |
| RR Fender | Minor | Minor 1/2 | Repair | | |
| RR Wheel Molding | Prev. Repair | Surface Repair | No Action Required | | |

## RECON CHARGES

| DATE | QTY | PART | DESCRIPTION | RETAIL |
|---|---|---|---|---|

## TOTAL CHARGES

| | |
|---|---|
| Chargeables | $.00 |
| Non-Chargeables | $.00 |
| Repaired | $.00 |
| Deductibles | $.00 |
| Recon Charges | $.00 |
| **Total Charges** | **$.00** |

VIN: WBS6J9C53GD034586, Work Order: 3540653

Case 3:21-cv-01205-H-JLB   Document 1   Filed 07/01/21   PageID.97   Page 97 of 216

100



## Sight Condition Report

# BMW M6 2dr Cpe

9C53GD934586 • 26,940mi

AWD Drive • 4.4L 8 Cylinder Engine • A/T • Hard Top • Leather

N/A    Location: Manheim San Diego    Seller: SD MOTORWERKS



Ext (2)   Int (3)   Misc (2)   Damages (1)



**2.4** Below Average

Damages    Structural Damage    Prior Paint

Drivable    Start    Smoke Free

## Announcements

- AKB UNIT

## High Value Options

- Back-Up Camera
- Blind Spot Monitor
- Bluetooth Connection
- Climate Control
- Cooled Front Seats
- Hard Disk Drive-Media Storage
- Heads Up Display

- MP3
- Navig...
- Power...
- Hands...
- Trans...
- Dual...
- Rear...



**Overview**

Sensor List and Repairs   Save as your default view

All   interior   Structure   Other

**Front Bumper Cover**
Condition Prev Repair
Severity   Substd Repair
Type      Previous Repair

**LF Door Edge**
Condition Scratch Heavy
Severity   1/2" to 1"
Type      Miscellaneous

L Qtr Panel
Condition Mnr Dents/No Paint Dmg
Severity   FDR: ?
Type      Cosmetic Conventional Paint and Body Not Req'd

L Qtr Panel
Condition Scratch Heavy

None ●      ● ● Severe

Click through highlighted area to read details
and see additional images

**Wheels**



**Overview**

Damage List and Repairs    Save as your default view

101    Interior (2)    Structure (1)    Other (0)



**None** ● ● ● **Severe**

Click on highlighted area to read details
and see additional images

**L Qtr Panel**

Condition  Scratch Heavy

Severity  1/2" to 1'

Type  Cosmetic Conventional Paint and Body Not Repaired

● **Left Interior "A" Pillar Trim**

Condition  Worn

Severity  Acceptable

Type  Miscellaneous

● **Rear Bumper Cover**

Condition  Prev Repair

Severity  SubStd Fish Eyes

Type  Previous Repair

**R Fuel Door**

Condition  Prev Repair

**Wheels**



Overview

Damage List and Repairs    Save as your default view

10i    Interior 2i    Structure 1i    Other 0i

R Fuel Door

Condition Prev Repair

Severity    SubStd Dirt

Type    Miscellaneous

R Qtr Panel

Condition Prev Repair

Severity    Substd Repair

Type    Previous Repair

RF Door

Condition Prev Repair

Severity    SubStd Wavy

Type    Previous Repair

RF Window

Condition Imp

Severity    Repair Performed

None ●    ● ● Severe

Click on highlighted area to read details
and see additional images.

Wheels



R Qtr Panel

Condition Prev Repair

Severity Substd Repair

Type Previous Repair

RF Door

Condition Prev Repair

Severity SubStd Wavy

Type Previous Repair

RF Window

Condition Into

Severity Repair Required

Type Miscellaneous

Additional Information

intermittently working

None ● ● ● Severe

Click on highlighted area to read details and see additional images

## Wheels

Aluminum

| | Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|---|
| | Michelin | Michelin | Michelin | Michelin | Not F... |



## Overview

Damage List and Repairs   — Save as your default view

All   Interior (2)   Structure (0)   Other (0)



**● Steering Wheel**

Condition Worn

Severity   Acceptable

Type   Mechanical

**RF Carpet**

Condition Hole

Severity   1/8" to 1/2"

Type   Miscellaneous

None ●        ● ● Severe

Click on highlighted area to read details
and see additional images.

## Wheels



## Overview

Damage List and Repairs    _ Save as your default view

(10)    Lateral (2)    Structure (1)    Other (0)



● **RR Wheel Housing**

Condition  Prev Repair

Severity   Substd Repair

Type     Structural

● **Structural Issue**

Click on highlighted area to read details
and see additional images

## Wheels

107



Click on highlighted area to read details
and see additional images

R Fuel Door

## Wheels

Aluminum

|  | Left Front | Right Front | Left Rear | Right Rear | Spare |
|---|---|---|---|---|---|
|  | Michelin | Michelin | Michelin | Michelin | Not Ex |
|  | 7/32" | 9/32" | 9/32" | 8/32" | N/A |
|  | 265/35R20 | 265/35R20 | 295/30R20 | 295/30R20 |  |

**Check**  View Full AutoCheck

| | 14 | Title and Problem check | ⊘ Vehicle checks out |
| | 05/26/2020 | Odometer Check | ⊘ Vehicle checks out |
| | 1 | Use and Event Check | Specific vehicle users |
| Mileage 27,910 | | AutoCheck Buyback Protection | ⊘ Qualifies |
| Accidents  0 | | | |

K   View CARFAX





or

Keys

Vehicle Operable

anical

- Turbocharger
- Inline Engine
- Brakes

omatic Transmission

ar - Fuel

- Wheel Drive

Abbreviations

and tion reports contain representations made by the seller and subjective input based on inspector judgment, which characterize the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA General Condi

e was calculated under the assumption that some repairs may be covered under manufacturer warranty

e Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction wit

protected under U.S. Patent No. 8 230 362

S6J9C53GD934586
der 3540553

Manheim  All Rights Reserved

110

EXHIBIT "L"



Jerry J Siderman

iMessage
Yesterday 1:25 PM

> Jerry
> Did you own a 2016 BMW M6
> Competition Package I found
> your information in the car I
> purchased

> From Center Bmw

Yes. What information?

> Old registration and receipts

Thank you but I don't need it

> Sorry to bother you it was in a
> bad accident in 2018 damage
> Over $31k what happen

Sorry but I don't feel
comfortable discussing
anything with someone I don't
know

> The front and rear and the

   

   

0109

112

EXHIBIT "M"

Standards

# ARBITRATION POLICY

## In-Lane and Online

## EFFECTIVE DATE:
## April 17, 2017



# Arbitration Policy

Effective Date: April 17, 2017

## I. General Policies:

### 1. Fair and Ethical Sale

The sales made at an Auction are intended to promote fair and ethical treatment to both the Buyer and Seller. If Auction determines that the transaction is not fair and ethical to either party, the Seller and the Buyer agree that Auction may cancel the sale, at its sole discretion. Federal, State, and Local laws supersede these policies where applicable.

### 2. Auction Role in Sale:

a. Auction makes no representations or guarantees on any vehicle sold or offered for sale.

b. Auction is not a party to the contract of the sale. The sales contract is between the Seller and Buyer only.

c. All vehicles bought or sold on the premises must be processed through the Auction office. Failure to do so will result in suspension of trading privileges at Auction.

d. Auction reserves the right to review any audio/video documentation to verify the accuracy of a sale.

e. Any vehicle consigned with the Auction is subject to government inspection, with or without prior notice, by the FBI, State Police, National Auto Theft Bureau, Local Police Authorities, any other governmental agency, or quasi-governmental agency.

### 3. Auction VIN Policies

All vehicles consigned must have a visible public Vehicle Identification Number (VIN) plate attached to the vehicle by the manufacturer or state Inspector (state reassigned VIN only). Those vehicles having a reassigned VIN plate by the State in place of the original VIN plate must be announced or will be subject to sale cancellation or Buyer return. Auction reserves the right to refuse the sale of any vehicle in which the VIN plate appears to be altered in any way.



# Arbitration Policy

Effective Date: April 17, 2017

## II. Sale Light System:

Auction has a standard light/video display system to describe the condition and/or disclosures related to the vehicle being sold. The system is defined as:

1. **Green Light – Ride and Drive:** The green light signals that this vehicle is guaranteed under the conditions outlined in this policy by the seller. Any defects or issues requiring disclosure per this policy should be announced using the green and yellow lights.

2. **Yellow Light – Limited Guarantee:** This light is an indication to the Buyer that the Auctioneer or Selling Representative has made announcements that qualify/clarify the condition or equipment and limit arbitration of this vehicle in conjunction with the green light or when "limited guarantee" is announced.

3. **Red Light – As-Is:** Vehicles selling under the red light will only qualify for arbitration under the rules outlined in this policy. (As-Is dollar amount, model years, and mileage are subject to local auction policy).

4. **Blue Light Title Attached/Title Unavailable/Title Absent:** This light is used to announce that the title is not present (auction managed location) at the time of the sale. For Auction rules regarding titles please refer to the Title Arbitration Policy section. If "title attached/unavailable/absent" is not announced, a vehicle could be arbitrated for no title in the absence of auction company policy.

| Announcement /Light Legend | | | |
|---|---|---|---|
| Announcements: | Light Usage Recommendation | | |
| | Green | Yellow | Red |
| Ride & Drive Only | ✓ | N/A | N/A |
| Ride & Drive with Caution | ✓ | ✓ | N/A |
| Limited Guarantee Only | N/A | ✓ | N/A |
| As-is, No Arbitration | N/A | N/A | ✓ |

# Arbitration Policy

Effective Date: April 17, 2017

## III.  Seller Responsiblities:

1.  Seller will be held responsible for the accuracy and completeness of all representations or descriptions. This includes handouts, catalogues, vehicle markings, condition information or vehicle listings and verbal or written statements made by Seller, Auction, Auctioneer or Selling Representative at the time of sale. This includes the condition report written by or on behalf of the seller as per the "NAAA Generic Condition Report Position Statement". The Seller understands that the sale light/video display is a binding arbitration representation of vehicle condition, and is therefore responsible for ensuring that their vehicles sell under the correct light in the lane.

2.  Mileage announcements are not required for vehicles that are 10 years or older and/or deemed exempt from Odometer and Title disclosure laws unless a mileage discrepancy is known or apparent to the seller. The Seller may represent miles on exempt vehicles; any disclosures made by the Seller and all known odometer discrepancies are grounds for arbitration.

3.  Title discrepancies must be announced including, but not limited to: not actual miles, salvage, theft recovery, stolen vehicle, flood damage, Lemon Law buybacks and trade assist.

4.  If a vehicle is being offered for sale by a third party, an announcement of "3rd Party Seller" is required. Disclosure requirements and time limits are subject to local auction policy.

5.  Announcements are required for any matters that relate to the safety or integrity of the vehicle including as per the stated dollar threshold and disclosure requirements stated in this policy, all requirements under local, state or federal statutes or regulations. Announcements must be made both verbally and disclosed on the auction invoice/sale contract/bill of sale or equivalent document in a physical or online auction environment.

6.  The announcement of the presence of warning lights does not exempt a Seller from arbitration responsibilities as defined by the policy. The issue/defect found to be the cause of the light may be arbitrated within the stated time period and dollar amount threshold according to Appendix .

7.  The availability of a manufacturer's warranty shall not affect a Buyer's right to arbitrate a vehicle. Regardless of the warranty coverage in terms of the root cause of the complaint, an announcement may be required.

8.  In the event of a successful arbitration by the Buyer, the Seller is responsible for reimbursement of all reasonable documented expenses incurred by the Buyer (excluding profit, commissions and detail charges) on vehicles arbitrated for undisclosed conditions. Reimbursements that qualify under these guidelines will be at the sole discretion of the Auction and will be limited to the reasonable and documented expenses at auction (wholesale) repair cost.

9.  Seller will not be paid for vehicles in arbitration until arbitration is settled and vehicles are sold. For arbitrations occurring after the seller has been paid, seller is required to promptly return the payment to the auction if the transaction is voided as a result of arbitration.

117



# Arbitration Policy

Effective Date: April 17, 2017

12. In regard to defect in title, and in any matter relating to odometer mileage, odometer statements, or damage disclosure statements: Seller and Buyer agree to indemnify and hold harmless Auction from any liability, loss costs, damage or expense, including attorney fees which may arise either directly or indirectly from the sale and purchase of the consigned vehicle including but not limited to title services provided.

13. Whenever any claim is made by any person against the title of a vehicle, whether by suit or otherwise, the Buyer, after becoming aware of said claim, shall immediately notify Auction. This involves giving full particulars of claim, cooperating fully in defending any legal action, and in taking other steps to minimize possible loss.

## VI. Previous Canadian and/or Grey Market Vehicles:

1. A "Previous Canadian" disclosure is required for any vehicle (regardless of manufacturing origin) having been registered in a Canadian province. Additional announcements may be required as well due to the use in Canada (i.e. Full or partial voided warranty, foreign title and etc.)

2. Any vehicle not originally built to U.S. specifications can, under certain circumstances, be imported through a registered importer who modifies the vehicle to comply with U.S. equipment and safety regulations (DOT and NHTSA) and then certifies it as compliant, and an independent commercial importer who modifies the vehicle to comply with U.S. emissions regulations and then certifies it as compliant. Only vehicles properly converted to U.S. specifications can be sold and must be announced as such.

3. **Required Conversion**

   a. All other vehicles imported must be imported through a Registered Importer. Registered Importers are required to post a bond with the U.S. Department of Transportation and/or National Highway Transportation Safety Administration. All vehicles imported through a Registered Importer must have:

      i. U.S. Safety Standard Certification Label that identifies the Registered Importer
      ii. Valid U.S. Title or Legal Foreign Title
      iii. Meet ALL Federal NHTSA, D.O.T. and/or E.P.A. Mandated Guidelines
      iv. Documentation must be provided at any time by seller.
      v. Cleared the mandated wait time.

   b. All vehicles, whether imported by a Manufacturer or a Registered Importer, must show miles per hour or the speedometer and miles traveled on the odometer. Title 49, United States Code, Chapter 327, Section 32704, allows replacement odometers without a door frame sticker if the conversion from kilometers to miles can be done without changing the distance traveled by the vehicle; therefore, replacement of an odometer under these circumstances does not have to be announced by the Seller.

## VII. Arbitration Guidelines:

Vehicles that have any of the defects outlined in Appendix I that were not disclosed by the seller or announced at the time of sale must be reported to Auction within the time frame noted below. In order to be eligible for arbitration Vehicles must be returned to Auction in the same or better condition than when purchased with no more than (auction choice) miles.



# Arbitration Policy

Effective Date: April 17, 2017

1. **Time Period:** Refer to Appendix I for arbitration time periods. Sale day is Day 1. Arbitration shall end at the close of business as determined by each Auction on the last calendar day in the time period.

2. **Process:** Any single mechanical defect that has a repair cost of $500 or more is subject to arbitration on vehicles sold under qualifying lights and lack of announcement by the seller per Appendix I. Each vehicle transaction is allowed one chance at arbitration. The arbitrator will inspect only the defect that is on the initial arbitration claim. Repair costs will be determined by the auction and will reflect the auction cost to repair. If price adjustment is made and accepted, vehicle becomes "As-Is, No Arbitration" property of the Buyer, and is not subject to any further arbitration. The auction management makes the binding decision upon both the Buyer and Seller on all arbitration matters.

3. **Fees:** Auction reserves the right to assess an arbitration fee to the Buyer. If the arbitration is valid, Auction reserves the right to assess an arbitration fee to the Seller in addition to any charges associated with the arbitration.

4. **Not subject to arbitration:**
   a. Vehicles exceeding 10 model years, with the exception of trailers, RVs and watercraft, which cannot be arbitrated if they exceed 10 model years.

   b. Kit vehicles, homemade vehicles, or modified vehicles are sold "As-Is" and cannot be arbitrated for odometer, structural issues, warranty books, or model year.

   c. Inherent Conditions. No arbitration can be based or conditions that are inherent or typical to a particular model or manufacturer. Manufacturer warranty guidelines will be used where applicable to determine whether the condition is inherent. Additional resources can be found on NAAA's Standards page at www.NAAA.com

   d. Manual Transmissions: Vehicles with standard (full or partial shift) transmissions cannot be arbitrated for manual clutch assemblies unless the defect will not allow a safe test drive

   e. Wearable Items. Auction will not arbitrate vehicles for wearable items normally worn vs excessively worn or inoperative (not inherent). For purposes of this policy wearable items are defined as parts of the vehicle that the manufacturer recognizes the need for replacement/adjustment during the expected life of the vehicle driven the average miles per model year (15k). These items are normally identified in the Owner's Manual for routine check and replacement and would include, but are not limited to, air ride suspensions, tires, wipers, brake pads, shoes, rotors, belts, hoses, lubricants/fluids, timing belts, bulbs, filters, shocks and struts.

   f. Unsafe vehicles: Auction reserves the right to reject any vehicle that management judges to be unsafe.

   g. Vehicles may not be arbitrated based solely upon information provided in Electronic Data Vehicle Histories (EDVH) or printed EDVH reports. Auction and Seller are not bound by information listed in EDVH. Examples of EDVH include Carfax, AutoCheck, NMVTIS, etc. The facilitating Auction may investigate vehicle history based on information found in EDVH for information that may impact arbitration.

   h. Auction is not bound by vehicle grades or other types of scoring systems placed upon the vehicle. Buyers may only arbitrate a vehicle based upon damage or defects that were present at the time of the sale of the vehicle.

   i. Vehicles with more than (auction choice) miles from time of sale.

Arbitration Policy

National Arbitration Policy Guidelines (Appendix 1) Amended 9/5/17

Effective Date: April 17, 2017



Page 9 of 14



# Arbitration Policy

Effective Date: April 17, 2017

## 3. Seller Disclosure Requirements

Sellers must disclose permanent structural damage, any structural alterations, structural repairs or replacements (certified or non-certified) as outlined in this policy prior to selling a vehicle at auction regardless of sales channel or light condition. Disclosures are required for the following:

a. Any/all existing permanent (non-repairable aka kinked or broken) structural damage as defined in this policy

b. Improper and/or substandard prior repairs (not meeting OEM repair guidelines)

c. Repairs not certified using OEM guidelines or to be within the UVMS Improper alterations to the structure Lengthened or Shortened structure verified by visual inspection.

d. Altered suspension that requires the structure to be modified from its OEM form.

e. After-market accessories installed or removed to the structure.

f. Towing packages installed (or removed) where new holes are drilled. OEM holes are enlarged, or if the towing package is welded or brazed to the structure.

g. Multiple access holes (regardless of size) or singular access holes greater than 5/8". Access holes between 1/4" and 5/8" are subject to disclosure based upon location and condition of structural component.

h. Corrosion of structural components determined by one or more of the following; when the substrate loses its shape, the original bonds near the affected area are loose or are no longer in existence, the original thickness of the substrate has been changed by more than 25%, the affected area no longer possesses its absorption or deflection properties.

i. Structural tear damage (i.e. transport tie down) if more than 1" in length (measured from tear start/stop points)

j. Damage due to improper jacking or lifting that permanently deforms structural components outlined in this policy.

k. Damage due to contact with parking abutments and/or road debris that permanently deforms structural components outlined in this policy.

l. Roof bows/braces that have been modified, have existing permanent damage or removed. A replaced roof skin is not a required disclosure in terms of the Structural Damage Policy

m. The C pillar/quarter or Cab panel may or may not be a structural component(s) as per the vehicle manufacturer.

# FLOOD DAMAGE CHECK

Flood Damage Check includes top-down, bottom-up, interior, exterior and mechanical checks specific to the NAAA Flood Damage Policy and includes fluid contamination, electrical components and basic drivability. See the chart below for detailed checklist items.

## CLAIMS PROCESS

» Purchase Flood Damage Check or a vehicle with Flood Damage Check.

» If flood damage is discovered, you have 30 days from the date of sale to notify the auction.

## EXEMPTIONS

» TRA, hand-built and vehicles selling for less than $3k, unless the title is branded.

» Not available for vehicles that are off-site or at mobile auctions, non-transferable.

*Sale date Feb. 28, 2020*
*PSI completed March 6 or March 11*
*DonB for Carc was April 3*

*Didd not see PSI from Monlm till April 10, 2020*
*Monlm Read*
*Inspd on G Mach 6*



# FLOOD DAMAGE INDICATOR CHECKLIST

- Fluid contamination
  - Engine
  - Transmission
  - Coolant
  - Differential

- Dampness in seat cushion, headliner, visors and other upholstered components

- Mud, silt or sludge buildup in wheel wells, inside bumpers, hinge boxes, door openings/sills, door drain holes, under carpets or luggage compartment floor mats

- Surface rust on underbody components, brake rotors/drums, exhaust system, pinch welds, brake lines, chassis components

- Mud or sludge buildup inside door panels, behind luggage compartment side walls, beneath dash, inside glove box, etc

- High water marks on door panels, upholstery, trunk interior or head or tail light lenses

- The deposit of debris such as silt, grass and small twigs

- Accumulation of silt or rust inside major mechanical components

- Extremely rusty wiring harness, fuse boxes, etc.

- Interior odors, musty smell

- Inspect under dash for surface rust on unfinished steel seat springs, frames and brackets

- Corrosion to cigarette lighter/fuse box and sockets

- Fully extract seat belts and retractable shoulder harnesses, inspecting for silt accumulation and/or water stains on belt material and/or odors

- Water lines in fabric and insulation material

- Water lines in interior carpet, seat/belt

- Corrosion or rust on metal parts under seats or dash

- Water plugs in floor or trunk that have been removed

- Sand or mud on engine, transmission, suspension, lights, carpet, etc.

- Water lines on firewall, interior carpet material and/or exterior

- Pull up carpet section and inspect for silt and flood debris (dirt or dust is not an indication of flood damage)

- Inspect wire harness for an accumulation of silt. Peel back black rubber grommet in A and B pillars and inspect for silt and flood debris

- Inspect wire harness/connections for corrosion and rust

- Remove interior door panel and inspect for silt and flood debris inside door

- Title discrepancy/brand indicating "flood damage" or "water damage"

For complete details, contact your local Manheim auction.

COX AUTO 00119_001



# Arbitration Policy

Effective Date: April 17, 2017

## IX. Flood, Damage Policy

Vehicles are frequently exposed to moisture during their ordinary operation, maintenance, and reconditioning. Occasionally, such exposure may leave residual marks or indicators similar to those left by exposure or immersion of the vehicle in floodwater. In determining what conditions require disclosure or in arbitrating vehicles for flood exposure/damage it is critical that the total condition of the vehicle be considered including VIN data history. Disclosure requirements can be found in Appendix 1.

### 1. Disclosure Not Required

No disclosure is required nor is arbitration allowed for the following types of water exposure, provided that none of the components outlined below are damaged:

a. Rain, snow or sleet due to open windows, doors or tops or leaking seals.

b. Car wash or rinse water.

c. Carpet or upholstery shampooing or cleaning.

d. Stream, pond, puddle or floodwater that does not rise above the rocker panel or otherwise enter the passenger compartment.

e. Stream, pond, puddle or floodwater that enters the luggage compartment, but does not damage any electrical components (such as lighting or wiring harness) or does not enter the passenger compartment.

### 2. Disclosure Required

Disclosure is required and arbitration shall be allowed under the following conditions

a. The title has been correctly branded indicating flood history of the vehicle.

b. Any of the following components have been damaged due to stream, pond, puddle or floodwater immersion/ingress:

   i. Front or rear internal lighting or wiring harnesses

   ii. Engine and its major components

   iii. Transmission and differential

   iv. Dash instrument panel and wiring

   v. Passenger seat cushions

   vi. Power seat functions or window motor

   vii. Major sound system components

EXHIBIT "N"

1/13/2021                     CARFAX Vehicle History Report for this 2016 BMW M6· WBS6J9C53GD934586



This report provided free of charge by:
SD Motorwerks
2033 Carroll Rd, San Diego CA 92121
Call 434-5093



| | | |
|---|---|---|
| **C A R F A X** | **Vehicle History Report™** | **US $39.99** |

**2016 BMW M6**
VIN WBS6J9C53GD934586
COUPE
4.4L V8 F DOHC 32V
GASOLINE
REAR WHEEL DRIVE

⚠️ Moderate damage

ℹ️ Damage reported, minor damage

① CARFAX 1-Owner vehicle

🔧 21 Service history records

🚗 Personal lease vehicle

🚙 **30,591** Last reported odometer reading

CARFAX HAS THE FUL
**ACCIDENT & DAMAGE**
**INFORMATION**

**CAR FOX**

This CARFAX Report Provided by
**SD Motorwerks**

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/13/21 at 7:07:16 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.



| **C A R F A X** Ownership History | **👤 Owner 1** |
|---|---|
| The number of owners is estimated | |
| Year purchased | 2016 |
| Type of owner | Personal lease |
| Estimated length of ownership | 3 yrs 1 mo |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | 8,558/yr |
| Last reported odometer reading | 30,591 |

| **C A R F A X** Title History | **👤 Owner 1** |
|---|---|
| CARFAX guarantees the information in this section | |
| Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon | ✅ No Problem |
| Not Actual Mileage | Exceeds Mechanical Limits | ✅ No Problem |

None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms | View Certificate

125

1/12/2021                          CARFAX Vehicle History Report for this 2016 BMW M6 WBS6J9C53GD934586

## CARFAX  Additional History
Not all accidents / issues are reported to CARFAX

| | Owner 1 |
|---|---|

**Total Loss**
No total loss reported to CARFAX                                                No Issues Reported

**Structural Damage**
CARFAX recommends that you have this vehicle inspected by a collision repair specialist          No Issues Reported

**Airbag Deployment**
No airbag deployment reported to CARFAX                                         No Issues Reported

**Odometer Check**
No indication of an odometer rollback                                           No Issues Indicated

**Accident / Damage**
Damage reported on  03/05/2018, 03/20/2019, 06/24/2019 and 06/04/2020          Damage Reported

**Manufacturer Recall**
No open recalls reported to CARFAX. Check with an authorized BMW dealer for any open recalls      No Recalls Reported

**Basic Warranty**
Original warranty estimated to have 0 months or 19,409 miles remaining          Warranty Active

## CARFAX  Detailed History

**Owner 1**
Purchased
2016



**Low mileage!** This owner drove less than
the industry average of 15,000 miles per
year

Personal Lease Vehicle
4,866 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/14/2016 | 7 | Center BMW Sherman Oaks, CA 818-907-9995 centerbmw.com 4.1 / 5.0 92 Verified Reviews ✓ 346 Customer Favorites | Vehicle offered for sale |
| 01/26/2016 | | Center BMW Sherman Oaks, CA 818-907-9995 centerbmw.com 4.1 / 5.0 92 Verified Reviews ✓ 346 Customer Favorites | Vehicle serviced Pre-delivery inspection completed |
| 11/30/2016 | 54 | Center BMW Sherman Oaks, CA 818-907-9995 centerbmw.com 4.1 / 5.0 92 Verified Reviews ✓ 346 Customer Favorites | Vehicle sold |
| 11/30/2016 | | Service Plan Co. Tarzona, CA | Service contract issued |
| 12/15/2016 | 393 | Center BMW Sherman Oaks, CA 818-907-9995 centerbmw.com 4.1 / 5.0 | Vehicle serviced |

1/17/2021                    CARFAX Vehicle History Report for this 2016 BMW M6  WBS6J9C55GD934586

92 Verified Reviews ✓
💙 346  Customer Favorites

| | | | |
|---|---|---|---|
| 12/15/2016 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>- First owner reported<br>- Titled or registered as personal lease vehicle<br>- Loan or lien reported |
| 03/06/2017 | 1,353 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br><br>4.1 / 5.0<br><br>92 Verified Reviews ✓<br>💙 346  Customer Favorites | Vehicle serviced<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 04/14/2017 | 3,468 | Service Plan Co | Service contract claim<br>- Tire(s) serviced |
| 09/02/2017 | 8,034 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br><br>4.1 / 5.0<br><br>92 Verified Reviews ✓<br>💙 346  Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Cabin air filter replaced/cleaned<br>- Vehicle washed/detailed |
| 03/06/2018 | | Damage Report | ⚠ Damage reported - moderate damage<br>- Damage to front<br>- Damage to right side<br>- Damage to right front |

Damage Severity Scale ◌



MINOR        MODERATE        SEVERE

**CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION**



Damage Location

FRONT



LEFT        RIGHT

REAR

| | | | |
|---|---|---|---|
| 11/30/2018 | 18,432 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br><br>4.1 / 5.0<br><br>92 Verified Reviews ✓<br>💙 346  Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Tire condition and pressure checked<br>- Rear brakes replaced<br>- Air filter replaced<br>- Spark plug(s) replaced<br>- Brake fluid flushed/changed<br>- Brakes replaced |
| 02/21/2019 | | Damage Report | Damage reported: minor to moderate damage |

1/13/2021

CARFAX Vehicle History Report for this 2016 BMW M6 WBS6J9C53GD934586



- Damage to right rear
- Damage to front
- Damage to right side
- Damage to right front

**Damage Severity Scale** ⓘ



MINOR — MODERATE — SEVERE

## CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION



**Damage Location**



FRONT

LEFT — RIGHT

REAR

| 04/19/2019 | 20,755 | Center BMW<br>Sherman Oaks, CA<br>818-907-9995<br>centerbmw.com<br><br>4.1 / 5.0<br><br>95 Verified Reviews ✓<br>💜 346 Customer Favorites | Vehicle serviced<br>- Engine/powertrain control system/module checked<br>- Tire condition and pressure checked |
| 06/05/2019 | | California<br>Motor Vehicle Dept.<br>Tarzana, CA | Title issued or updated<br>Loan or lien reported |
| 06/24/2019 | | Damage Report | Damage reported: minor to moderate damage<br>- Damage to right side<br>- Damage to right rear<br>- Damage to front<br>- Damage to right front |

1/13/2021 CARFAX Vehicle History Report for this 2016 BMW M3 WBS8J9C53GP945085

Damage Severity Scale (i)



MINOR          MODERATE          SEVERE



## CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION

Damage Location

FRONT



| 11/06/2019 | 25,853 | BMW of El Cajon<br>El Cajon, CA<br>619-442-8888<br>bmwsouthcounty.com<br>4.6 / 5.0<br>179 Verified Reviews ✓<br>♥ 389 Customer Favorites | • Vehicle serviced<br>- Maintenance inspection completed<br>- Oil and filter changed<br>- Cabin air filter replaced/cleaned<br>- Tire condition and pressure checked<br>- Vehicle washed/detailed |
| 01/28/2020 | 26,135 | Vehicle Manufacturer | Vehicle sold |
| 02/26/2020 | 27,035 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | • Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Battery changed<br>- Fuel tank replaced<br>- Tire condition and pressure checked |
| 03/09/2020 | 27,281 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | • Vehicle serviced<br>- Recommended maintenance performed<br>- Battery charged<br>- Transfer module/computer reprogrammed<br>- Tire condition and pressure checked |
| 03/20/2020 | 27,500 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | • Vehicle serviced<br>- Battery/charging system checked<br>- Brakes checked<br>- Tire condition and pressure checked |
| 05/04/2020 | 27,711 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com | • Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked |

CARFAX Vehicle History Report for this 2016 BMW M6 WBS6J9C53GD904535

4.6 / 5.0

73 Verified Reviews

143 Customer Favorites

Battery charged
Transfer module/device/computer reprogrammed
Tire condition and pressure checked
Interior trim repaired

| 05/18/2020 | 27,893 | BMW of Encinitas
Encinitas, CA
760-335-6124
bmwencinitas.com | - Vehicle serviced
- Recommended maintenance performed |

4.2 / 5.0

135 Verified Reviews

265 Customer Favorites

| 05/26/2020 | 27,910 | California
Inspection Station | Passed emissions inspection |

| 05/29/2020 | | BMW of Vista
Vista, CA
855-831-6394
bmwofvista.com | - Vehicle serviced
- Battery charged
- Tire condition and pressure checked
- Emissions inspection performed |

4.6 / 5.0

72 Verified Reviews

143 Customer Favorites

| 06/04/2020 | | Damage Report |  Damage reported - minor damage
- Damage to rear
- Damage to front |

**Damage Severity Scale**

**Damage Location**



# CARFAX HAS THE MOST ACCIDENT & DAMAGE INFORMATION



| 07/23/2020 | 28,140 | SD Motorwerks
San Diego, CA | Vehicle offered for sale |

| 07/25/2020 | | SD Motorwerks
San Diego, CA | Vehicle offered for sale |

| 07/27/2020 | 28,197 | BMW of Vista
Vista, CA
855-831-6394
bmwofvista.com | - Vehicle serviced
- Maintenance inspection completed
- Battery/charging system checked
- Brakes checked
- Tire condition and pressure checked |

4.6 / 5.0

72 Verified Reviews

143 Customer Favorites

1/13/2021      CARFAX Vehicle History Report for this 2016 BMW M3, WDS3J9C53GD934586

| | | | |
|---|---|---|---|
| 08/20/2020 | 28,487 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | • Vehicle serviced<br>• Tire condition and pressure checked |
| 09/19/2020 | 28,906 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | • Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Four wheel alignment performed<br>- Battery charged<br>  Transfer module/computer reprogrammed<br>- Tire condition and pressure checked |
| 09/30/2020 | | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | • Vehicle serviced<br>- Recommended maintenance performed<br>  Battery/charging system checked<br>- Brakes checked<br>  Tire condition and pressure checked |
| 1/09/2020 | 29,705 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | • Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>- Four wheel alignment performed<br>- Battery charged<br>- Tire condition and pressure checked |
| 12/07/2020 | 30,451 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed<br>- Battery/charging system checked<br>- Brakes checked<br>  Oil and filter changed<br>  Brake fluid flushed/changed<br>- Tire condition and pressure checked |
| 12/30/2020 | 30,591 | BMW of Vista<br>Vista, CA<br>855-831-6394<br>bmwofvista.com<br>4.6 / 5.0<br>72 Verified Reviews ✓<br>♥ 143 Customer Favorites | Vehicle serviced<br>- Battery/charging system checked<br>- Brakes checked<br>- Front seat cover replaced<br>- Tire condition and pressure checked |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfax-online.com

---

## C A R F A X  Glossary

**Damage indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

* This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 1/13/21 at 7:07:16 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

132

**Damage Severity**
Damage events result in one of the following severity levels:

- Minor - Generally, minor damage is cosmetic (including dents or scratches), may only require replacement parts, and typically does not compromise a vehicle's operation and/or safety

- Moderate - Moderate damage may affect multiple components of the vehicle and may impair the vehicle's operation and/or safety

- Severe - Severe damage usually affects multiple components of the vehicle and is likely to compromise the vehicle's operation and/or safety

CARFAX recommends getting a pre-purchase inspection at a certified collision repair facility.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology, analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to prove a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**    facebook.com/CARFAX    @CARFAXinc    About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2021 CARFAX, Inc., a unit of IHS Markit Ltd. All rights reserved.
1/13/21 7 07 16 PM (EST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2016 BMW M SERIES vehicle (VIN WBS6J9C53GD934586), which is based on information supplied to CARFAX and available as of 1/13/21 at 8:07 PM (EST).

_____                   _____       _____            _____
Customer Signature                        Date            Dealer Signature                     Date

133

EXHIBIT "O"

(M) Manheim

**BILL OF SALE**

THIS IS NOT AN INVOICE

**DOCUMENT NOT VALID FOR EXPORT**

**57 MANHEIM NEVADA**
500 AUCTION LN
AS VEGAS, NV 89165 US

**Sale Date**
28-FEB-2020 09:29:47

**Yr Wk Ln Rn**
2020-9-3-34

**Sale Type**
Simulcast

**Pickup Location**
500 AUCTION LN
AS VEGAS, NV 89165 US

**Vehicle Information**
008 Bentley Continental GT
DCP SPEED Black All Wheel Drive
CBCP73W38C057291

Mileage 23905 Miles      0

cense Plate No:

**Title Information**
tate:        Number:

**Vehicle Features**
2 Cylinder Engine
Speed A/T
ower Steering
loth Seats
C

Power Windows
Power Door Locks
Cruise Control
Rear Defrost
Driver Air Bag
no emissions

**Sale Price**
**Adjustments**
**Final Sale Price**

**Vehicle Purchase Price**
$ 46,500.00
$     0.00
$ 46,500.00

**Seller**
PREMIER NEVADA CREDIT
8935 SPEEDWAY BLVD UNIT 1011
LAS VEGAS, NV 89115 US

Seller Rep.
*Signature on file*

**Buyer**
SD MOTORVERKS
7030 CARROLL RD
SAN DIEGO, CA 92121 US

Buyer Rep: SORRENTO, CARRIE
*Signature on file*

**Auction Lights**

GREEN      Buyer protection to conditions

**Odometer Disclosure**
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or provide false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below

**Announcements & Notes**

0101

yer agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein
eller is the transferer of the vehicle and is responsible for all disclosures, including odometer and mileage
uyer must return a signed copy of the title front and back, including the odometer statement therein to Seller or be subject to civil and criminal penalties.  See 49 CFR § 580.5(f)
anheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer
eller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
All terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document
y of Sale is not an invoice. Please refer to invoices in your account on Manheim.com

Printed on 28-Feb-2020 09:16:38

135

(M) Manheim

# Invoice # 129899474

**DUE FROM**
SD MOTORWERKS
7030 CARROLL RD
SAN DIEGO, CA 92121 US
5464556

**BUYER**
SD MOTORWERKS
7030 CARROLL RD
SAN DIEGO, CA 92121 US

**OWNER**
PREMIER NEVADA CREDIT
6935 SPEEDWAY BLVD UNIT 101
LAS VEGAS, NV 89115 US

**REMIT TO**
Cox Automotive Inc.
PO Box 936622
Atlanta, GA 31193 #622 US

**INVOICING-SALES LOCATION**
MANHEIM NEVADA
6800 AUCTION LN
LAS VEGAS, NV 89165 US

EIN:88-0319272

**Buyer**
28-FEB-2020

SORRENTO, CARRIE
457 MANHEIM NEVADA

| | | INVOICE TYPE |
| | | INVOICE DATE |
| | | PAYMENT DUE DATE |
| | | BUYER REPRESENTATIVE |
| | | TRANSACTION LOCATION |
| | | ORIGINAL BUYER |
| | | LEASE ACCOUNT NO |

YEAR MAKE MODEL    2008 Bentley Continental GT
VIN                SCBCP73W38C057291
MILEAGE            23905 Miles
OFFSITE VEHICLE LOCATION   6800 AUCTION LN LAS VEGAS
                           NV 89165 US

| CHARGE | | | | | | |
|---|---|---|---|---|---|---|
| DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | PRICE | TAX | LINE TOTAL |
| 28-FEB-2020 | 8903500 | 2020-9-3-34 | 2008 Bentley Continental GT | $46,500.00 | $0.00 | $46,500.00 |
| 28-FEB-2020 | 8903600 | 2020-9-3-34 | INTERNET SATISFACTION FEE | $50.00 | $0.00 | $350.00 |
| 28-FEB-2020 | 8903600 | 2020-9-3-34 | BUY FEE | $735.00 | $0.00 | $735.00 |

| CUSTOMER | |
|---|---|
| PO# | |

**ADJUSTMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | $0.00 |

TOTAL ADJUSTMENTS

**PAYMENTS**

| DATE | REF NO | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | $0.00 |

TOTAL PAYMENTS

| | |
|---|---|
| SUB TOTAL | $49,285.00 |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | $49,285.00 |
| PAYMENTS | $0.00 |
| OUTSTANDING BALANCE | $49,285.00 |

**SPECIAL INSTRUCTIONS**
Please include the invoice number on all remittances and indicate remittance copy with partial payments.
Bill your account at Manheim.com to manage preferences, view invoices & statutes, see history and pay invoices.
Late fee will be added whenever applicable to all past due invoices, subject to details in the Manheim Terms and Conditions.
If you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8am-12am, or email us by clicking on Contact Us on Manheim.com

Overnight mailing address:
Cox Automotive Inc, Attn: Lockbox 936622  3585 Atlanta Avenue, Hapeville, GA 30354-1705 US

Printed on 2020-02-28 16:37

(M) Manheim

# Invoice # 129900326

**DUE FROM**
HBD MOTORWERKS
17030 CARROLL RD
SAN DIEGO CA 92121 US
6484556

**OWNER**
PREMIER NEVADA CREDIT
6835 SPEEDWAY BLVD UNIT 1011
LAS VEGAS, NV 89115 US

**REMIT TO**
Cox Automotive. Inc.
PO Box 936822
Atlanta, GA 31193-6822 US

| | |
|---|---|
| INVOICE TYPE | Assurance |
| INVOICE DATE | 28-FEB-2020 |
| PAYMENT DUE DATE | |
| BUYER REPRESENTATIVE | SORRENTO, CARRIE |
| TRANSACTION LOCATION | 457 MANHEIM NEVADA |
| ORIGINAL BUYER | |

**BUYER**
HBD MOTORWERKS
17030 CARROLL RD
SAN DIEGO CA 92121 US

**INVOICING-SALES LOCATION**
MANHEIM NEVADA
6600 AUCTION LN
LAS VEGAS, NV 89165 US

| | |
|---|---|
| LEASE ACCOUNT NO | |
| YEAR MAKE MODEL | 2008 Bentley Continental GT |
| VIN | SCBCP73W38C057291 |
| MILEAGE | 23905 Miles |
| OFFSITE VEHICLE LOCATION | |

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 28-FEB-2020 | B903600 | 2020.9.3.34 | 14 DAY, FULL PSI | | $250.00 | $0.00 | $250.00 |

**ADJUSTMENTS**

| DATE | | | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |

TOTAL ADJUSTMENTS

**PAYMENTS**

| DATE | REF NO | | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |

TOTAL PAYMENTS

| | |
|---|---|
| SUB TOTAL | $250.00 |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | $250.00 |
| PAYMENTS | $0.00 |
| OUTSTANDING BALANCE | $250.00 |

**SPECIAL INSTRUCTIONS**
Please include the invoice number on all remittances and include remittance copy with postal payments.
Visit your Account at Manheim.com to manage preferences, view Invoices & statuses, see history and pay invoices.
A late fee will be added, whenever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.
If you have questions concerning this invoice, please call or email Manheim Client Care @ 1 866 MANHEIM (626-4346) Mon-Sat 8am-12am, or email us by clicking on Contact Us on Manheim.com.

Overnight mailing address
Cox Automotive Inc. Attn Lockbox 936822, 3585 Atlanta Avenue. Hapeville, GA 30354-1705 US

Printed on 2020-02-28 18:16:35

137

EXHIBIT "P"

**sdmotorwerks@gmail.com**

| From: | Harmon, Steve (CAI - Manheim Nevada) <Steve.Harmon@coxautoinc.com> |
| Sent: | Friday, April 10, 2020 11:52 AM |
| To: | rick hagen |
| Subject: | FW: MANHEIM INSPECTION RO# 338620 08 BENTLEY GT |
| Attachments: | 5729117.htm; RIGHT REAR TIRE.JPG; LEFT REAR TIRE.JPG; LEFT FRONT TIRE.JPG; RIGHT FRONT TIRE.JPG; UNDER ENGINE (2).JPG; SHIFTER.JPG; SCREWS & COVERS.JPG |

Ok, I am going to start this off letting you know this store has zero idea of what a PSI is. We ask them to do a complete inspection of the vehicle and we then have to decide if what there are telling use is arbitrable. Case in point they do not know wearable items are not part of a PSI and they do not know that electrical accessories are not cover on a vehicles this old. They also do not know our policy for what constitutes a fluid leak. (Classification system) These Inspections done off sight involve multiple calls with the arbitration teams to clarify findings and in this case another inspection from us to verify classifications of leaks. The bottom of this email has the nuts and bolts of the inspection.

 

WE PAVE THE WAY FOR CLIENTS TO THRIVE

**From:** Billy Elliott
**Sent:** Friday, March 6, 2020 9:30 AM
**To:** Hutchins, Brian (CAI - Manheim Nevada) <Brian.Hutchins@coxautoinc.com>
**Subject:** FW: MANHEIM INSPECTION RO# 338620 08 BENTLEY GT

signs of prior bodywork/poor quality paint work on vehicle

> 1. Odometer Verification
> 2. -Transmission engagement and function (will check error codes) 3
> -Engine function and operation (will check error codes) 4 -ABS and
> Brake function (will check error codes) 5. -Fluid Leaks (will do
> visual inspection) 6 -Electrical Accessories checked for function
> (will verify radio, lamps, work) 7. Emission control equipment
> present will check error codes 8. -Air conditioning compressor
> engagement check will verify compressor cycles on 9. SRS
> (supplemental restraint system /air bags) check will check for error
> codes)
>

>
>
> * 23,915
> * TRANSMISSION OPERATING PROPERLY (CODES SEE ATTACH.)
> * ENGINE OPERATING (CODES SEE ATTACH.)
> * ABS AND BRAKE FUNCTION OPERATIONAL (CODES SEE ATTACH.)
> * FLUIDS LEAKS ARE PRESENT (SEE ATTACH.)
> * ELECTRICAL FUNCTIONS ARE GOOD (CODES SEE ATTACH.)
> * (CODES SEE ATTACH.)
> * A/C NOT BLOWING COLD (CODES SEE ATTACH.)
> * SRS SYSTEM ACTIVE (CODES SEE ATTACH.)
>
> VEHICLE HAS 3 DIFFERENT BRAND TIRES & WRONG SIZES A/C NOT BLOWING AS
> COLD RIGHT FRONT BUMPER MIS-ALIGNED LEFT REAR LICENSE PLATE BULB OUT
> UNABLE TO OPEN FUEL FILLER COVER (SUSPECT DRIVER SIDE SWITCH, CANT
> OPEN TRUNK WITH SAME SWITCH) VEHICLE HAS HARD PULL TO THE LEFT,
> STEERING WHEEL NOT CENTERED FRONT PADS @ 7MM, REAR PADS @ 6MM VEHICLE
> HAS RUSTED METAL COMPONENTS FROM OUTSIDE TO INSIDE THE VEHICLE
> MULTIPLE LEATHER, COMPONENTS, INTERIOR FINISHES DAMAGED NOISES WHEN
> DRIVING FROM LEFT FRONT OF VEHICLE (SUSPEN. LOOSE) & REAR RIGHT SIDE
> (CLUNKING) LEFT FRONT HEADLIGHT WASHER JET COVER MISSING DRIVER SIDE
> LUMBAR NOT OPERATING
>

EXHIBIT "Q"

141

**Offboard Diagnostic
Information System**

Diagnostic protocol(Long)

05.03.2020 17:32

XML_to_HTML_Main xsl Version 5.60.0 from 25.04.2018

## General information

Order number: –

| | |
|---|---|
| Protocol type: | Guided fault finding |
| Protocol status: | Intermediate protocol |

**Workshop information**
Serial number of diagnostic tester:    526e3555b0ecb4d21c4822e775fd3610
Hardware platform    VAS 6150D (PanasonicCorporation / VAS6150D)
Operating system    Windows 7
VCI type:    VAS 5054 (095108467)
VCI connecting type:    Bluetooth
Communication path:    CAN/K-line
Importer number:    E05
Dealer/dealership number    03251
Dealership identifier:

Status of contract:    (manual input)
Authorised dealer

**Software versions:**
Offboard Diagnostic Information System Service:    Offboard Diagnostic Information System Service Patch 5.1.6
Main feature:    89.5.380
More:
    MCD server manufacturer:    Volkswagen AG
    MCD server name    VW-MCD
    MCD server version    11.2.0
    MCD server API version:    3.0.0
    PDU-API manufacturer:    Softing D-PDU API for VCIs
    PDU-API version:    1.20.42
    PDU-API API version:    1.20.42
    ECF version    43.5.0
    General test script API version:    Unknown
    Test script API version:    4.51.6
    Measurement types:    17.0.0

**Diagnostic data installed:**
GFF DIDB brand:    E
GFF DIDB version:    2019.04.01
GFF DIDB language:    en_GB, nd_OD
GFF technical version:    2.26.13

Base DIDB version:    2019.11.7.AutoGenerated
Base DIDB language    en_GB

**Vehicle:**
Brand:    Bentley
Type:    Continental Series 2004-2013
Model year:    2008
Variant    Coupe
Engine code:    CKH 6.0L W12 Speed
Vehicle identification number (automatic):    SCBCP73W38C057291
Vehicle identification number (manual)    SCBCP73W38C057291
ASAM project name    BY61x_3W_8
ASAM project version    1110.170.823

## Diagnostic session

Start of diagnosis:    05.03.2020 17:27    Time required (TU): 18
End of diagnosis:    05.03.2020 17:32

Mode data diagnostic session Diagnostic session data with certification fee ...

**Diagnostic data used:**
GFF DIDB brand:    E
GFF DIDB version:    2019.04.01
GFF DIDB language    en_GB
GFF technical version:    2.26.13
Base DIDB version    2019.11.7.AutoGenerated
Base DIDB language:    en_GB
DTC_Exclusion Version    1.0.0

0138

**Global variables:**

DIAGNOSTIC_ADMIT_CHECK       Stnng                              VAS5054 | NOT REQUIRED

**Error messages outside guided fault finding:**
**Error: Core.ODS4011E**
   Text: ODS4011E Internal: The code DN#NA#NA#1583458065525 is not supported by the system.
**Error: Core.ODS4011E**
   Text: ODS4011E Internal: The code UP#NA#NA#1583458074404 is not supported by the system
**Error: Core.ODS4011E**
   Text: ODS4011E Internal: The code UP#UP#NA#1583458074408 is not supported by the system.
**Error: Core.ODS4011E**
   Text: ODS4011E Internal: The code UP#UP#UP#1583458074406 is not supported by the system.
**Error: Core.ODS4004E**
   Text: ODS4004E Internal: The parameters received for calling setComParam are faulty
**Error: Core.ODS4010E**
   Text: ODS4010E Internal: The data structure
   0#533600#0#0#JE174X2231394A11194#6437#1583458312076#1583458318513#JE794X312189#A11194#1184b1583458318722#1583458319906I
   contains errors in content.

**Source details for the diagnostic entry data:**
   No data from the Group system was used

## Initial system test with fault memory entries

**Address: 0001 System name: 01 - Engine management control module - bank 1 Protocol variant: KWP2000/TPKLINE (Ereignisse: 6)**

**Identification:**

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 07C906018FK |
| Part number: | 07C906018FS |
| Hardware version number: | H01 |
| Software version number: | 1934 |
| Production date: | 23.01.2008 |
| Code: | 1175 |
| Flash capability: | flashable |
| System designation: | BY - 6.0 L - TT G. |

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
| | |
|---|---|
| Number | P1924: Control module pin coding Implausible signal |
| Fault type 1 | Implausible signal |
| Fault type 2 | Intermittent |

**Standard ambient conditions:**
| | |
|---|---|
| Date: | 00.00:00 - 00.00.2030 |
| Time: | - |
| Mileage (DTC) | 0 |
| Priority: | 0 |
| Frequency counter: | 2 |
| Unlearning counter / driving cycle | -1 |

**Extended ambient conditions:**

| | |
|---|---|
| 0.0 | /min |
| 0 | % |
| 0 | km/h |
| 15 | °C |
| 17 | °C |
| 950 | mbar |
| 12.065 | V |

**Entry in fault memory**
| | |
|---|---|
| Number | P160C: Coolant pump 2 Open circuit |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**
| | |
|---|---|
| Date: | 00:00:00 - 00.00.2000 |
| Time: | - |
| Mileage (DTC): | 38332 |
| Priority: | 0 |
| Frequency counter: | 13 |
| Unlearning counter / driving cycle: | -1 |

**Extended ambient conditions:**

| | | |
|---|---|---|
| 129.0 | | /min |
| 53 | | % |
| 0 | | km/h |
| 26 | | °C |
| 21 | | °C |
| 960 | 0139 | mbar |

143

**Entry in fault memory**

Number

Fault type 1:
Fault type 2:

P1689: Databus drivetrain implausible message from electronic
central electric
No signal/communication
Intermittent

**Standard ambient conditions:**

Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

00.00:00 - 00.00.2000

38332
0
13
-1

**Extended ambient conditions:**

| | |
|---|---|
| 1248.0 | /min |
| 29 | % |
| 0 | km/h |
| 26 | °C |
| 20 | °C |
| 960 | mbar |
| 10,287 | V |

**Entry in fault memory**

Number:
Fault type 1:
Fault type 2:

P0480: Cooling Fan 1 Control Circuit
No signal/communication
Intermittent

**Standard ambient conditions:**

Date
Time:
Mileage (DTC)
Priority:
Frequency counter:
Unlearning counter / driving cycle:

00.00.00 - 00.00.2000

38332
0
4
-1

**Extended ambient conditions:**

| | |
|---|---|
| 526.0 | /min |
| 44 | % |
| 0 | km/h |
| 26 | °C |
| 21 | °C |
| 960 | mbar |
| 1.557 | V |

**Entry in fault memory**

Number:
Fault type 1:
Fault type 2:

P160C: Coolant pump 2 Open circuit
No signal/communication
Intermittent

**Standard ambient conditions:**

Date
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

00:00.00 - 00.00.2000

38332
0
13
-1

**Extended ambient conditions:**

| | |
|---|---|
| 129.0 | /min |
| 53 | % |
| 0 | km/h |
| 26 | °C |
| 21 | °C |
| 960 | mbar |
| 10.18 | V |

**Entry in fault memory**

Number:
Fault type 1:
Fault type 2:

P1923: Check DTC memory of Engine Control Module (ECM) 2
Implausible signal
static

**Standard ambient conditions:**

Date
Time
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

00:00.00 - 00.00.2000

38488
0
1
-1

**Extended ambient conditions:**

| | | |
|---|---|---|
| 0.0 | 0140 | /min |
| 0 | | % |

144

|  | Diagnostic protocol |
| 81 | °C |
| 78 | °C |
| 930 | mbar |
| 11.43 | V |

Address: 0011 System name: 11 - Engine management control module - bank 2 Protocol variant: KWP2000/TPKLINE (Ereignisse: 4)

**Identification:**

| Data source: | Vehicle |
| Hardware part number | 07C906018FK |
| Part number: | 07C906018FS |
| Hardware version number: | H01 |
| Software version number: | 1934 |
| Production date: | 23.01.2008 |
| Code: | 1175 |
| Flash capability | flashable |
| System designation: | BY - 6.0 L - TT G |

Event memory entries (Data source: Vehicle):

**Entry in fault memory**

| Number: | P0300: Random/Multiple Cylinder Misfire Detected |
| Fault type 1: | Implausible signal |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| Date | 00.00.00 - 00.00 2000 |
| Time: | - |
| Mileage (DTC) | 35478 |
| Priority: | 0 |
| Frequency counter: | 1 |
| Unlearning counter / driving cycle: | -1 |

**Extended ambient conditions:**

| 1133.0 | /min |
| 25 | % |
| 4 | km/h |
| 91 | °C |
| 79 | °C |
| 970 | mbar |
| 12.954 | V |

**Entry in fault memory**

| Number: | PC308: Cyl.8 Misfire Detected |
| Fault type 1: | Implausible signal |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| Date: | 00:00.00 - 00.00.2000 |
| Time | - |
| Mileage (DTC) | 35478 |
| Priority: | 0 |
| Frequency counter: | 1 |
| Unlearning counter / driving cycle: | -1 |

**Extended ambient conditions:**

| 636.0 | /min |
| 17 | % |
| 0 | km/h |
| 93 | °C |
| 79 | °C |
| 970 | mbar |
| 13.208 | V |

**Entry in fault memory**

| Number: | P0303: Cyl.3 Misfire Detected |
| Fault type 1: | Implausible signal |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| Date: | 00:00:00 - 00.00.2000 |
| Time: | - |
| Mileage (DTC) | 35478 |
| Priority: | 0 |
| Frequency counter: | 1 |
| Unlearning counter / driving cycle | -1 |

**Extended ambient conditions:**

| 636.0 | /min |
| 17 | % |
| 0 | km/h |
| 93 | °C |

0141

145

970                          mbar
13.208                       V

**Entry in fault memory**
Number:
Fault type 1:                              P0301:  Cyl.1 Misfire Detected
Fault type 2:                              Implausible signal
                                           Intermittent

**Standard ambient conditions:**
Date:                                      00.00'00  00.00.2000
Time:                                      -
Mileage (DTC):                             38464
Priority:                                  0
Frequency counter:                         1
Unlearning counter / driving cycle:        -1

**Extended ambient conditions:**
                              636.0         /min
                              17            %
                              0             km/h
                              93            °C
                              79            °C
                              970           mbar
                              13.208        V

---

Address: 0071 System name: 71 - Battery management control module Protocol variant: KWP2000/TP16 (Ereignisse: 0)

**Identification:**
Data source:              Vehicle
Hardware part number:     ————
Part number:              3D0915181D
Hardware version number:  ——
Software version number:  2800
Production date:
Code:
Flash capability:         not flashable
System designation:       Batteriemanagement

---

Address: 0002 System name: 02 - Transmission control module Protocol variant: KWP2000/TPKLINE (Ereignisse: 0)

**Identification:**
Data source:              Vehicle
Hardware part number:     GS19.11.4 ?
Part number:              09E927760K
Hardware version number:  H04
Software version number:  3406
Production date:          16.03.2008
Code:                     111
Flash capability:         flashable
System designation:       ZWGU3406 6L W12T1

---

Address: 0003 System name: 03 - ABS control module Protocol variant: KWP2000/TP16 (Ereignisse: 2)

**Identification:**
Data source:              Vehicle
Hardware part number:     3W0614511
Part number:              3W0614511
Hardware version number:  000
Software version number:  0250
Production date:          10.02.2008
Code:                     2308
Flash capability:         flashable
System designation:       ESP 8.1 4WD H01

**Event memory entries** (Data source: Vehicle):

**Entry in fault memory**
Number:                                    VAG01826:  Steering angle sensor, voltage supply terminal 30
Fault type 2:                              Intermittent

**Standard ambient conditions:**
Date:                                      00.00:00 - 00.00.2000
Time:                                      -
Mileage (DTC):                             -1
Priority:                                  3
Frequency counter:                         7
Unlearning counter / driving cycle:        29

**Extended ambient conditions:**
                              0x0000        0142

146

```
0x0202
0x0023
0x01Bf
0x0001
```

**Entry in fault memory**
Number
Fault type 1:
Fault type 2:

VAG01314: Engine control module (ECM)
Please read DTC
Intermittent

**Standard ambient conditions:**
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

00.00:00 - 00.00.2000
-
-1
2
1
27

**Extended ambient conditions:**

```
0x00C0
0x62B2
0x0013
0x809e
0x00C1
```

---

**Address: 0053 System name: 53 - Electro-mechanical parking brake control module Protocol variant: KWP2000/TPKLINE (Ereignisse: 0)**

**Identification:**
Data source:
Hardware part number:
Part number
Hardware version number:
Software version number:
Production date:
Code:
Flash capability:
System designation;

Vehicle
3W0907801D
3W0907801D
---
X240

22401
not flashable
EPB BO6HX24 HC6

---

**Address: 0034 System name: 34 - Air suspension control module Protocol variant: KWP2000/TP16 (Ereignisse: 0)**

**Identification:**
Data source:
Hardware part number
Part number
Hardware version number:
Software version number:
Production date:
Code:
Flash capability
System designation:

Vehicle
---
3W0907553E
---
7213

5571
not flashable
LUFTFDR.-CDC- 3C3V0

---

**Address: 0054 System name: 54 - Active rear aerofoil control module Protocol variant: KWP1281/TPKLINE (Ereignisse: 0)**

**Identification:**
Data source:
Hardware part number:
Part number:
Hardware version number:
Software version number:
Production date:
Code:
Flash capability:
System designation:

Vehicle
---
1C0959733H
---
--

unknown
Heckspoiler 0002

---

**Address: 0005 System name: 05 - Keyless entry/start control module Protocol variant: KWP2000/TPKLINE (Ereignisse: 3)**

**Identification:**
Data source
Hardware part number:
Part number
Hardware version number:
Software version number:
Production date:
Code:
Flash capability:
System designation:

Vehicle
5WK48507
3D0909137E
406
6840
07.03.2008
405741
not flashable
FW Kessy

**Subsystems:**

Subbus system                                    0143

147

Hardware part number:
Part number:     XXXXXXXXXX
Hardware version number:     —
Software version number:     XXXX
Production date:
Code:
Flash capability     not flashable
System designation:     ELV

**Event memory entries** (Data source: Vehicle):

Entry in fault memory
Number:           VAG00068: Vehicle voltage terminal 30
Fault type 1        Open circuit/short circuit to ground
Fault type 2        Intermittent

Entry in fault memory
Number:           VAG00087: Terminal 30 for starting relevant consumers
Fault type 1        Open circuit/short circuit to ground
Fault type 2:       Intermittent

Entry in fault memory
Number:           VAG00957: Key 3
Fault type 1        Lower limit not reached
Fault type 2:       Intermittent

**Address: 0015 System name: 15 - Airbag control module Protocol variant: KWP2000/TP16 (Ereignisse: 1)**

Identification:

Data source:     Vehicle
Hardware part number:     3W8909601
Part number:     3W8909601
Hardware version number:     H14
Software version number:     0040
Production date:     03.03.2008
Code:     12598
Flash capability:     flashable
System designation:     16 Airbag 9.41 H14

Subsystems:

Subbus system
Data source:     Vehicle
Hardware part number:     3W7959339
Part number:     3W7959339
Hardware version number:     H02
Software version number:     0004
Production date:
Code:
Flash capability     not flashable
System designation     BF-Gewichtsens. H02

**Event memory entries** (Data source: Vehicle):

Entry in fault memory
Number          VAG01316: Brake control module
Fault type 1:       No signal/communication
Fault type 2        Intermittent

Standard ambient conditions:
Date            11/02/00
Time            11:04:31
Mileage (DTC):     38332
Priority:          2
Frequency counter     48
Unlearning counter / driving cycle:     158

**Address: 0065 System name: 65 - Tyre pressure monitoring control module Protocol variant: KWP2000/TP16 (Ereignisse: 2)**

Identification:

Data source:     Vehicle
Hardware part number:     3W7907273A
Part number:     3W7907273A
Hardware version number:     04
Software version number:     0004
Production date:     03.03.2008
Code:
Code:     0000E052A5F9A5A5F9A7DA00A7DA
    00         0144

148

System designation:        JD502 RDK

Event memory entries (Data source: Vehicle):

**Entry in fault memory**
Number                                              VAG01840: Tire pressure monitoring antennas
Fault type 1:                                       no or incorrect basic setting/adaptation
Fault type 2:                                       Intermittent

**Standard ambient conditions:**
Date:                                               24/04/00
Time:                                               14:13:12
Mileage (DTC):                                      38332
Priority:                                           3
Frequency counter:                                  1
Unlearning counter / driving cycle:                 147

**Extended ambient conditions:**
                                          177

**Entry in fault memory**
Number                                              VAG02214: Tire pressure warning
Fault type 2:                                       static

**Standard ambient conditions:**
Date:                                               00:00:00 · 00 00.2000
Time:
Mileage (DTC):                                      -1
Priority:                                           1
Frequency counter:                                  3
Unlearning counter / driving cycle:                 122

**Extended ambient conditions:**
                                          63

---

**Address: 0006 System name: 06 - Seat control module - front passengers Protocol variant: KWP2000/TP16 (Ereignisse: 6)**

**Identification:**
Data source:              Vehicle
Hardware part number:     _____
Part number:              3W0959759B
Hardware version number:  ---
Software version number:  0017
Production date:
Code:                     2
Flash capability:         not flashable
System designation:       CM Seat Pass.

**Event memory entries (Data source: Vehicle):**

**Entry in fault memory**
Number                                              VAG00668: Vehicle voltage terminal 30
Fault type 1:                                       Lower limit not reached
Fault type 2:                                       Intermittent

**Entry in fault memory**
Number:                                             VAG02569: Massage function control module
Fault type 1:                                       Open circuit/short circuit to ground
Fault type 2:                                       Intermittent

**Entry in fault memory**
Number:                                             VAG01900: Motor for longitudinal adjust., frt. pass,
Fault type 1:                                       no or incorrect basic setting/adaptation
Fault type 2:                                       static

**Entry in fault memory**
Number                                              VAG01975: Height adjustment motor, frt. pass. seat:
Fault type 1                                        no or incorrect basic setting/adaptation
Fault type 2                                        static

**Entry in fault memory**
Number:                                             VAG01904: Backrest adjust. motor, front pass. seat
Fault type 1:                                       no or incorrect basic setting/adaptation
Fault type 2:                                       static

**Entry in fault memory**
Number                                              VAG01903: Seat angle adjustment motor
Fault type 1:                                       no or incorrect basic setting/adaptation
Fault type 2:                                       static

**Address: 0016 System name: 16 - Steering column control module Protocol variant: KWP2000/TP16 (Ereignisse: 8)**
                                          0145

| Data source: | Vehicle |
| Hardware part number: | |
| Part number | 7L6953548L |
| Hardware version number | — |
| Software version number: | 3601 |
| Production date: | |
| Code: | 232 |
| Flash capability: | not flashable |
| System designation | J527 |

**Address: 0036 System name: 36 - Seat control module - drivers Protocol variant: KWP2000/TP16 (Ereignisse: 0)**

Identification:

| Data source: | Vehicle |
| Hardware part number: | |
| Part number | 3W0959760B |
| Hardware version number: | — |
| Software version number: | 0017 |
| Production date: | |
| Code: | 2 |
| Flash capability: | not flashable |
| System designation: | CM Seat Driver |

**Address: 0046 System name: 46 - Rear body control module Protocol variant: KWP2000/TPKLINE (Ereignisse: 15)**

Identification:

| Data source: | Vehicle |
| Hardware part number: | |
| Part number | 3D0959933H |
| Hardware version number | — |
| Software version number: | 0200 |
| Production date: | |
| Code: | 40 |
| Flash capability | not flashable |
| System designation: | CM HSG |

Subsystems:

Subbus system
| Data source: | Vehicle |
| Hardware part number | |
| Part number: | 3W8959701H |
| Hardware version number: | — |
| Software version number: | 1106 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Tuersteuergeraet FS |

Subbus system
| Data source: | Vehicle |
| Hardware part number | |
| Part number: | 3W8959702H |
| Hardware version number: | — |
| Software version number: | 1106 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Tuersteuergeraet BF |

Subbus system
| Data source: | Vehicle |
| Hardware part number | |
| Part number | 3W8959703D |
| Hardware version number | — |
| Software version number: | 0703 |
| Production date | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Tuersteuergeraei HL |

Subbus system
| Data source: | Vehicle |
| Hardware part number | |
| Part number: | 3W8959704D |
| Hardware version number | — |
| Software version number | 0703 |
| Production date | |
| Code: | |

0146

| | |
|---|---|
| Flash capability | not flashable |
| System designation: | Tuersteuergeraet HR |

**Subbus system**
| | |
|---|---|
| Data source | Vehicle |
| Hardware part number: | ------------ |
| Part number: | 3W0909610F |
| Hardware version number: | — |
| Software version number: | 1809 |
| Production date: | |
| Code: | |
| Flash capability | not flashable |
| System designation: | 14 HDSG |

**Subbus system**
| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number | |
| Part number | 7L0907719A |
| Hardware version number: | — |
| Software version number: | 0020 |
| Production date: | |
| Code: | |
| Flash capability: | not flashable |
| System designation: | Neigungssensor |

**Event memory entries** (Data source: Vehicle):

Entry in fault memory
Number:     VAG01325. Tire Pressure Monitoring Control Module
Fault type 1     No signal/communication
Fault type 2:     Intermittent

Entry in fault memory
Number     VAG00477. Information display ctrl head ctrl module, front on comf CAN
Fault type 1.     No signal/communication
Fault type 2:     Intermittent

Entry in fault memory
Number     VAG00927· Terminal 30 right
Fault type 1'     Open circuit
Fault type 2     Intermittent

Entry in fault memory
Number:     VAG01516. Terminal 30 left
Fault type 1.     Open circuit
Fault type 2:     Intermittent

Entry in fault memory
Number     VAG00926. Terminal 30
Fault type 1:     Open circuit
Fault type 2:     Intermittent

Entry in fault memory
Number:     VAG00668. Vehicle voltage terminal 30
Fault type 1     Lower limit not reached
Fault type 2:     Intermittent

Entry in fault memory
Number     VAG01134: Alarm horn
Fault type 2:     static

Entry in fault memory
Number     VAG01504. License plate lamp
Fault type 1     Open circuit/short circuit to ground
Fault type 2'     static

Entry in fault memory
Number     VAG01331. Driver side door control module
Fault type 1.     Lower limit not reached
Fault type 2:     Intermittent

Entry in fault memory
Number     VAG00932: Motor for window l°t, driver side
Fault type 1:     no or incorrect basic setting/adaptation
Fault type 2:     Intermittent

Entry in fault memory
Number:     VAG01332. Frt pass. side door control module
Fault type 1     Lower limit not reached
Fault type 2     Intermittent

Entry in fault memory
Number     0147
    VAG00933. Motor for window lift, frt. pass. side

151

Fault type 2:                                                   Intermittent

Entry in fault memory
Number                                                         VAG00935: Right rear window lift motor
Fault type 1:                                                  no or incorrect basic setting/adaptation
Fault type 2:                                                  Intermittent

Entry in fault memory
Number:                                                        VAG01699: Rear lid ctr. lock. sys. motor
Fault type 1:                                                  Short circuit to ground
Fault type 2:                                                  Intermittent

Entry in fault memory
Number                                                         VAG00319: Rear lid hydraulic motor
Fault type 1:                                                  Short circuit to ground
Fault type 2:                                                  Intermittent

**Address: 0076 System name: 76 - Park distance control module Protocol variant: KWP2000/TP16 (Ereignisse: 1)**

Identification:

Data source:                          Vehicle
Hardware part number:                 _____
Part number:                          3W0919283B
Hardware version number:              ---
Software version number:              04D4
Production date:
Code:
Flash capability:                     flashable
System designation:                   0C Einparkhilfe

Event memory entries (Data source: Vehicle):

Entry in fault memory
Number                                                         VAG01547: Center right rear park assist sensors
Fault type 1:                                                  Faulty
Fault type 2:                                                  static

**Address: 0007 System name: 07 - Infotainment display screen Protocol variant: KWP2000/TPKLINE (Ereignisse: 3)**

Identification:

Data source:                          Vehicle
Hardware part number:                 _____
Part number:                          3W0035008L
Hardware version number:              ---
Software version number:              2215
Production date:
Code:                                 403327
Flash capability:                     not flashable
System designation:                   ZAB COCKPIT

Event memory entries (Data source: vehicle):

Entry in fault memory
Number:                                                        VAG00384: Optical data bus
Fault type 1                                                   No signal/communication
Fault type 2:                                                  Intermittent

Entry in fault memory
Number:                                                        VAG00668: Vehicle voltage terminal 30
Fault type 1                                                   Lower limit not reached
Fault type 2:                                                  Intermittent

Entry in fault memory
Number:                                                        VAG00823: Line output front left
Fault type 1                                                   Short circuit to B+
Fault type 2:                                                  Intermittent

**Address: 0017 System name: 17 - Driver instrument panel Protocol variant: KWP2000/TP20 (Ereignisse: 15)**

Identification:

Data source:                          Vehicle
Hardware part number                  3W0920841H *
Part number:                          3W0920841H
Hardware version number:              H10
Software version number:              1623
Production date:                      07.03.2008
Code:                                 7202
Flash capability                      flashable
System designation:                   J285 KOMBI-INST.       0148

152

4/11/2020
Diagnostic protocol
Case 3:21-cv-02095-HLB-JLB Document 78-3 Filed 12/21/22 PageID.1551 Page 185 of 224
Event memory entries (data stack – vehicle):

Entry in fault memory
Number:
Fault type 1:
Fault type 2:

VAG00469: Infotainment data bus in single wire
Open circuit
static

Standard ambient conditions:
  Date:
  Time:
  Mileage (DTC)
  Priority:
  Frequency counter:
  Unlearning counter / driving cycle

  01/01/06
  00:00:32
  38466
  2
  20
  122

Entry in fault memory

Number

VAG00458: Access/start authorization control module at comfort
CAN

Fault type 1
Fault type 2:

No signal/communication
intermittent

Standard ambient conditions:
  Date:
  Time:
  Mileage (DTC):
  Priority:
  Frequency counter:
  Unlearning counter / driving cycle

  01/01/06
  00:00:01
  38332
  2
  32
  154

Entry in fault memory
Number
Fault type 1
Fault type 2

VAG01334: Right rear door ctrl module
No signal/communication
Intermittent

Standard ambient conditions:
  Date:
  Time:
  Mileage (DTC)
  Priority:
  Frequency counter:
  Unlearning counter / driving cycle:

  01/01/06
  00:00:01
  38332
  2
  30
  154

Entry in fault memory
Number
Fault type 1:
Fault type 2:

VAG01320: Climatronic control module
No signal/communication
Intermittent

Standard ambient conditions:
  Date:
  Time:
  Mileage (DTC):
  Priority:
  Frequency counter:
  Unlearning counter / driving cycle

  01/01/06
  00:00:01
  38332
  2
  30
  154

Entry in fault memory
Number:
Fault type 1
Fault type 2.

VAG01332: Frt.pass. side door control module
No signal/communication
Intermittent

Standard ambient conditions:
  Date:
  Time
  Mileage (DTC):
  Priority:
  Frequency counter
  Unlearning counter / driving cycle

  01/01/06
  00:00:01
  38332
  2
  31
  154

Entry in fault memory
Number
Fault type 1:
Fault type 2:

VAG01333: Left rear door control module
No signal/communication
Intermittent

Standard ambient conditions:
  Date:
  Time:
  Mileage (DTC)
  Priority:
  Frequency counter:
  Unlearning counter / driving cycle

  01/01/06
  00:00:01
  38332
  2
  30
  154

Entry in fault memory
Number
Fault type 1

VAG00456: Steering column electronics control module
01/0 signal/communication

**Standard ambient conditions:**

| | |
|---|---|
| Date | 01/01/06 |
| Time: | 00:00:01 |
| Mileage (DTC): | 38332 |
| Priority: | 2 |
| Frequency counter: | 30 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**

| | |
|---|---|
| Number: | VAG01331 Driver side door control module |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date | 01/01/06 |
| Time: | 00:00:01 |
| Mileage (DTC): | 38332 |
| Priority: | 2 |
| Frequency counter: | 31 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**

| | |
|---|---|
| Number: | VAG00457 Vehicle Electrical System Control Module |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date | 01/01/06 |
| Time | 00:00:02 |
| Mileage (DTC) | 38332 |
| Priority. | 2 |
| Frequency counter | 23 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**

| | |
|---|---|
| Number | VAG01330 Comfort system central control module |
| Fault type 1. | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date: | 01/01/06 |
| Time | 00:00:02 |
| Mileage (DTC) | 38332 |
| Priority | 2 |
| Frequency counter: | 24 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**

| | |
|---|---|
| Number: | VAG01336 Combination Comfort databus |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date | 01/01/06 |
| Time: | 00:00:02 |
| Mileage (DTC): | 38332 |
| Priority: | 2 |
| Frequency counter: | 28 |
| Unlearning counter / driving cycle: | 154 |

**Entry in fault memory**

| | |
|---|---|
| Number: | VAG01305 Databus Infotainment |
| Fault type 1: | No signal/communication |
| Fault type 2: | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date | 01/01/06 |
| Time. | 00:00:02 |
| Mileage (DTC) | 38332 |
| Priority: | 2 |
| Frequency counter: | 21 |
| Unlearning counter / driving cycle | 154 |

**Entry in fault memory**

| | |
|---|---|
| Number: | VAG01303 Telephone transceiver |
| Fault type 1: | No signal/communication |
| Fault type 2 | Intermittent |

**Standard ambient conditions:**

| | |
|---|---|
| Date | 01/01/06 |
| Time | 00:00:05 |
| Mileage (DTC) | 38332 |
| Priority: | 2 |

Frequency counter:
Unlearning counter / driving cycle: 154

Entry in fault memory
Number: VAG01300: Navigation System with CD Drive Control Module
Fault type 1: No signal/communication
Fault type 2 Intermittent

Standard ambient conditions:
Date 01/01/06
Time: 00:00:05
Mileage (DTC): 38332
Priority: 2
Frequency counter: 13
Unlearning counter / driving cycle: 157

Entry in fault memory
Number: VAG00459: Front Information Display Control Head
Fault type 1 No signal/communication
Fault type 2: Intermittent

Standard ambient conditions:
Date: 01/01/06
Time 00:00:05
Mileage (DTC): 38332
Priority 2
Frequency counter: 13
Unlearning counter / driving cycle: 157

---

**Address: 0037 System name: 37 - Navigation system control module Protocol variant: KWP2000/TP16 (Ereignisse, 0)**

Identification:
Data source Vehicle
Hardware part number: ———
Part number: 3W0919887K
Hardware version number: —
Software version number: 2197
Production date:
Code 0
Flash capability: not flashable
System designation NAVIGATION

---

**Address: 0047 System name: 47 – Audio amplifier Protocol variant: KWP2000/TP16 (Ereignisse, 5)**

Identification:
Data source Vehicle
Hardware part number. ———
Part number: 3W8035456
Hardware version number: —
Software version number: 3030
Production date:
Code:
Flash capability: not flashable
System designation 12K-AUDIOVERST

Event memory entries (Data source: Vehicle):

Entry in fault memory
Number: VAG00459: Front Information Display Control Head
Fault type 1: No signal/communication
Fault type 2: Intermittent

Entry in fault memory
Number: VAG00420: Right front midrange speaker
Fault type 1 Open circuit
Fault type 2: static

Entry in fault memory
Number: VAG00875: Right front treble speaker
Fault type 1: Open circuit
Fault type 2: static

Entry in fault memory
Number: VAG00872: Left rear bass speaker
Fault type 1 Open circuit
Fault type 2: Intermittent

Entry in fault memory
Number: VAG00873: Right rear bass speaker
Fault type 1 Open circuit
Fault type 2 Intermittent
0131

Address: 0077 System name: 77 - Telephone/telematics control module Protocol variant: KWP2000/TP16 (Ereignisse: 1)

### Identification:

| | |
|---|---|
| Data source | Vehicle |
| Hardware part number | 3W0035385AS |
| Part number | 3W0035385AS |
| Hardware version number | 008 |
| Software version number | 0262 |
| Production date | 07.03.2008 |
| Code | 31000 |
| Flash capability | flashable |
| System designation | rSAP Bentley |

Event memory entries (Data source: Vehicle):

Entry in fault memory

| | |
|---|---|
| Number | VAG00459: Front Information Display Control Head |
| Fault type 1 | No signal/communication |
| Fault type 2 | Intermittent |

Address: 0008 System name: 08 - Climatronic control unit Protocol variant: KWP2000/TP16 (Ereignisse: 2)

### Identification:

| | |
|---|---|
| Data source | Vehicle |
| Hardware part number | ——— |
| Part number | 3W0907040H |
| Hardware version number | — |
| Software version number | 2014 |
| Production date | |
| Code | 112 |
| Flash capability | flashable |
| System designation | Climatronic BY614 |

Event memory entries (Data source: Vehicle):

Entry in fault memory

| | |
|---|---|
| Number | VAG00779: Outside temperature sensor |
| Fault type 1 | Open circuit/short circuit to B+ |
| Fault type 2 | Intermittent |

Entry in fault memory

| | |
|---|---|
| Number | VAG00477: Information display ctrl head ctrl module front on comf. CAN |
| Fault type 1 | No signal/communication |
| Fault type 2 | Intermittent |

Address: 0038 System name: 38 - Roof control module Protocol variant: KWP2000/TP16 (Ereignisse: 1)

### Identification:

| | |
|---|---|
| Data source | Vehicle |
| Hardware part number | ——— |
| Part number | 3W0907135F |
| Hardware version number | — |
| Software version number | 0802 |
| Production date | |
| Code | 8589 |
| Flash capability | not flashable |
| System designation | Dachmodul |

Event memory entries (Data source: Vehicle):

Entry in fault memory

| | |
|---|---|
| Number | VAG00926: Terminal 30 |
| Fault type 1 | Lower limit not reached |
| Fault type 2 | Intermittent |

Address: 0068 System name: 68 - Windscreen wipers motor CM - LHD Protocol variant: KWP2000/TP16 (Ereignisse: 5)

### Identification:

| | |
|---|---|
| Data source | Vehicle |
| Hardware part number | ——— |
| Part number | 3W1955023K |
| Hardware version number | — |
| Software version number | 0401 |
| Production date | |
| Code | |
| Flash capability | not flashable |
| System designation | Wischermodul |

0152

Entry in fault memory
Number:
Fault type 1.

VAG00466:  Steering column electronics control module
No signal/communication

Entry in fault memory
Number:

VAG00455:  Access/start authorization control module at comfort CAN

Fault type 1

No signal/communication

Entry in fault memory
Number:
Fault type 1:

VAG01308:  Roof electronics control module
No signal/communication

Entry in fault memory
Number
Fault type 1

VAG00459:  Front Information Display Control Head
No signal/communication

Entry in fault memory
Number:
Fault type 1:

VAG01341:  Control module in instrument cluster at comfort CAN
No signal/communication

---

**Address: 0009 System name: 09 - Onboard supply control unit Protocol variant: KWP2000/TP16 (Ereignisse: 2)**

Identification:

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number | 3D0937049M |
| Part number: | 3D0937049M |
| Hardware version number | 004 |
| Software version number | 6500 |
| Production date: | 28.01.2008 |
| Code: | 40 02 00 00 AB 2A 11 00 00 00 00 00 00 00 00 00 [...] |
| Code: | 40020000AB2A110000000000000000 00 |
| Flash capability | flashable |
| System designation: | J519 |

Event memory entries (Data source: Vehicle):

Entry in fault memory
Number
Fault type 1;
Fault type 2

VAG01341:  Control module in instrument cluster at comfort CAN
No signal/communication
Intermittent

Entry in fault memory
Number:

VAG00477:  Information display ctrl head ctrl module, front on comf. CAN

Fault type 1:
Fault type 2

No signal/communication
Intermittent

---

**Address: 0019 System name: 19 - Diagnostic gateway module Protocol variant: KWP2000/TP20 (Ereignisse: 19)**

Identification:

| | |
|---|---|
| Data source: | Vehicle |
| Hardware part number: | 3W0920841H * |
| Part number: | 6N0909901 |
| Hardware version number: | — |
| Software version number: | 1623 |
| Production date: | |
| Code: | DF F8 FF 2E 87 0F 47 00 |
| Code: | DFF8FF2E970F4700 |
| Flash capability | not flashable |
| System designation | J533 GW-K-CAN TP20 |

Event memory entries (Data source: Vehicle):

Entry in fault memory
Number:
Fault type 1:
Fault type 2:

VAG00469  Infotainment data bus in single wire
Open circuit
static

| Standard ambient conditions: | |
|---|---|
| Date: | 01/01/06 |
| Time: | 00:00.32 |
| Mileage (DTC): | 38466 |
| Priority: | 2 |
| Frequency counter | 20 |
| Unlearning counter / driving cycle: | 127 |
| | 0153 |

157

Diagnostic protocol:

Entry in fault memory
Number
Fault type 1:
Fault type 2:

VAG01327: Parking aid control module
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
08:29:29
38467
2
1
157

Entry in fault memory
Number

VAG00455: Access/start authorization control module at comfort
CAN

Fault type 1:
Fault type 2:

No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
00:00:01
38332
2
32
154

Entry in fault memory
Number:
Fault type 1
Fault type 2

VAG01334: Right rear door ctrl. module
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
00:00:01
38332
2
30
154

Entry in fault memory
Number:
Fault type 1
Fault type 2

VAG01320: Climatronic control module
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle

01/01/06
00:00:01
38332
2
30
154

Entry in fault memory
Number:
Fault type 1
Fault type 2:

VAG01332: Frt.pass. side door control module
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
00:00:01
38332
2
31
154

Entry in fault memory
Number:
Fault type 1
Fault type 2:

VAG01333: Left rear door control module
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
00:00:01
38332
2
30
154

Entry in fault memory
Number:
Fault type 1
Fault type 2:

VAG00486: Steering column electronics control module
No signal/communication
Intermittent

Standard ambient conditions:

0154

158

Diagnostic protocol

Time:                                              00:00:01
Mileage (DTC):                                     38332
Priority:                                          2
Frequency counter:                                 30
Unlearning counter / driving cycle:                154

**Entry in fault memory**
Number:                    VAG01331: Driver side door control module
Fault type 1:              No signal/communication
Fault type 2:              Intermittent

**Standard ambient conditions:**
Date:                                              01/01/06
Time:                                              00:00:01
Mileage (DTC):                                     38332
Priority:                                          2
Frequency counter:                                 31
Unlearning counter / driving cycle:                154

**Entry in fault memory**
Number:                    VAG00908: Wiper motor control module
Fault type 1:              No signal/communication
Fault type 2:              Intermittent

**Standard ambient conditions:**
Date:                                              01/01/06
Time:                                              00:00:02
Mileage (DTC):                                     38332
Priority:                                          2
Frequency counter:                                 24
Unlearning counter / driving cycle:                154

**Entry in fault memory**
Number:                    VAG00457: Vehicle Electrical System Control Module
Fault type 1:              No signal/communication
Fault type 2:              Intermittent

**Standard ambient conditions:**
Date:                                              01/01/06
Time:                                              00:00:02
Mileage (DTC):                                     38332
Priority:                                          2
Frequency counter:                                 23
Unlearning counter / driving cycle:                154

**Entry in fault memory**
Number:                    VAG01330: Comfort system central control module
Fault type 1:              No signal/communication
Fault type 2:              Intermittent

**Standard ambient conditions:**
Date:                                              01/01/06
Time:                                              00:00:02
Mileage (DTC):                                     38332
Priority:                                          2
Frequency counter:                                 24
Unlearning counter / driving cycle:                154

**Entry in fault memory**
Number:                    VAG01336: Combination Comfort databus
Fault type 1:              No signal/communication
Fault type 2:              Intermittent

**Standard ambient conditions:**
Date:                                              01/01/06
Time:                                              00:00:02
Mileage (DTC):                                     38332
Priority:                                          2
Frequency counter:                                 26
Unlearning counter / driving cycle:                154

**Entry in fault memory**
Number:                    VAG01305: Databus Infotainment
Fault type 1:              No signal/communication
Fault type 2:              Intermittent

**Standard ambient conditions:**
Date:                                              01/01/06
Time:                                              00:00:02
Mileage (DTC):                                     38332
Priority:                                          2
Frequency counter:                                 21
Unlearning counter / driving cycle:                0155154

159

file:///C:/Users/Turk's-Computer/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/EZN21G8E/57291.1.htm

Diagnostic protocol

Number:
Fault type 1:
Fault type 2:

VAG01303: Telephone transceiver
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time;
Mileage (DTC):
Priority:
Frequency counter
Unlearning counter / driving cycle:

01/01/06
00:00 05
38332
2
16
154

Entry in fault memory
Number:
Fault type 1:
Fault type 2

VAG01300: Navigation System with CD Drive Control Module
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
00:00:05
38332
2
13
157

Entry in fault memory
Number:
Fault type 1:
Fault type 2:

VAG00459: Front Information Display Control Head
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
00:00 05
38332
2
13
157

Entry in fault memory
Number:
Fault type 1:
Fault type 2:

VAG00463: Digital Sound System Control Module
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
00:00:05
38332
2
16
154

Entry in fault memory
Number:
Fault type 1:
Fault type 2:

VAG02873: Rearview camera system control module
No signal/communication
Intermittent

Standard ambient conditions:
Date:
Time:
Mileage (DTC):
Priority:
Frequency counter:
Unlearning counter / driving cycle:

01/01/06
00:00 05
38332
2
13
157

Address: 006C System name: 6C - Rear View Camera control module Protocol variant: KWP2000/TP16 (Ereignisse. 4)

Identification:

Data source                     Vehicle
Hardware part number:           3W3907441
Part number:                    3W3807441
Hardware version number         H13
Software version number:        0020
Production date:                28.02.2008
Code:                           2000002
Flash capability                flashable
System designation              J772__Rearview

Event memory entries (Data source: Vehicle):

Entry in fault memory
Number:
Fault type 1

VAG02283: Video connection in and unit
0155short circuit to ground

160

Diagnostic protocol

Standard ambient conditions:

| | |
|---|---|
| Date | 01/01/06 |
| Time | 17:23:17 |
| Mileage (DTC): | 34396 |
| Priority | 3 |
| Frequency counter | 2 |
| Unlearning counter / driving cycle: | 54 |

Extended ambient conditions:

Term;15 ON
Reverse ON
4

Entry in fault memory

| | |
|---|---|
| Number | VAG00532  Supply voltage |
| Fault type 1: | Lower limit not reached |
| Fault type 2: | Intermittent |

Standard ambient conditions:

| | |
|---|---|
| Date | 00:00:00 - 00 00 2000 |
| Time: | |
| Mileage (DTC): | 38467 |
| Priority: | 3 |
| Frequency counter: | 1 |
| Unlearning counter / driving cycle: | 157 |

Extended ambient conditions:

Term 15 OFF
Reverse OFF
3

Entry in fault memory

| | |
|---|---|
| Number: | VAG00446:  Function limitation due to insufficient voltage |
| Fault type 1 | Lower limit not reached |
| Fault type 2 | Intermittent |

Standard ambient conditions:

| | |
|---|---|
| Date: | 00:00 00 - 00.00.2000 |
| Time | |
| Mileage (DTC): | 38332 |
| Priority | 4 |
| Frequency counter: | 12 |
| Unlearning counter / driving cycle; | 154 |

Extended ambient conditions:

Term.15 OFF
Reverse OFF
3

Entry in fault memory

| | |
|---|---|
| Number: | VAG01299:  Diagnostic interface for data bus |
| Fault type 1: | Please read DTC |
| Fault type 2: | static |

Standard ambient conditions:

| | |
|---|---|
| Date | 00:00:00 - 00.00.2000 |
| Time | |
| Mileage (DTC): | 38489 |
| Priority | 3 |
| Frequency counter | 1 |
| Unlearning counter / driving cycle: | 122 |

Extended ambient conditions:

Term.15 ON
Reverse OFF
3

## Additional system tests with fault memory entries

No system tests available.

## Work steps performed

| No. | Dialogue | Result |
|---|---|---|
| 1 | Preparing diagnosis | OK |
| 2 | Querying back-end vehicle data | OK |
| 3 | Check radio connection | OK |
| 4 | Create result log | OK |
| 5 | Determining VIN | OK |
| 6 | Analysing VIN | OK |
| 7 | Check vehicle identification | OK |
| 8 | Creating vehicle | OK |

| No. | Dialogue | Result |
|-----|----------|--------|
| 9 | Use K-line splitter | OK |
| 10 | | OK |
| 11 | Check contract status | OK |
| 12 | Determine vehicle data | OK |
| 13 | Determine and select job data | OK |
| 14 | Checking vehicle project | OK |
| 15 | Configuration of control unit communication | OK |
| 16 | Determine control unit list | OK |
| 17 | Check for quick start-up | OK |
| 18 | Check for availability of an LT3 vehicle | OK |
| 19 | Check for CAN diagnosis | OK |
| 20 | Evaluate gateway installation list | OK |
| 21 | Configuration of control unit communication | OK |
| 22 | Read control units | OK |
| 23 | Configuration of control unit communication | OK |
| 24 | Check gateway communication. | OK |
| 25 | Interruption of quick start-up | OK |
| 26 | Execute traversion tests | OK |
| 27 | Re-identify control units | OK |
| 28 | Check for correctly installed control units | OK |
| 29 | Check control unit variants | OK |
| 30 | Create knowledge base | OK |
| 31 | Index documents | OK |
| 32 | Background start module running | OK |
| 33 | Execute start modules | OK |
| 34 | Calculating test plan | OK |
| 35 | Determine special functions | OK |
| 36 | Set type of diagnostic protocol | OK |

## Test plans

### Test plan 1

SYS28_3W_____1_0604_11_Misfire_00083
  Error list:
  Control unit address
  0011
  0011
  0011
  0011

Error
P0300: Random/Multiple Cylinder Misfire Detected
P0301: Cyl.1 Misfire Detected
P0303: Cyl.3 Misfire Detected
P0308: Cyl.8 Misfire Detected

J623_3W_24BAN_1_0203_83_Engine_Control_Unit_1_00083
  Error list:
  Control unit address
  0001

Error
P1923  Check DTC memory of Engine Control Module (ECM) 2

J496_3W_19BAN_1_0404_83_Coolant_pump_relay_00083
  Error list:
  Control unit address
  0001
  0001

Error
P160C  Coolant pump 2 Open circuit
P160C  Coolant pump 2 Open circuit

J_3W_19BAN_1_0404_83_Turbo_pump_relay_00083
  Error list:
  Control unit address
  0001
  0001

Error
P160C: Coolant pump 2 Open circuit
P160C: Coolant pump 2 Open circuit

KD24_3W_BAN_1_0604_83_00083
  Error list:
  Control unit address
  0001

Error
P1924  Control module pin coding Implausible signal

SIC01_45_6Q_____2_0108_11_G85_Versorgung_00083
  Error list:
  Control unit address
  0003

Error
VAG01826  Steering angle sensor, voltage supply terminal 30

J502_3W_44_____1_0608_83_Tyre_Pressure_Warning_00083
  Error list:
  Control unit address
  0065

Error
VAG02214  Tire pressure warning

TPM_Antenna_3W__44_____1_0305_83_00083
  Error list:
  Control unit address
  0065

Error
VAG01840  Tire pressure monitoring antennas

V254_3W_____2_0604_83_00083
  Error list:
  Control unit address
  C046

Error
VAG00319  Rear lid hydraulic motor
0158

V53_3W_55_____2_0405_83_00083

Error list
Control unit address
0046

G17__3W_87____1_1102_83_00083
Error list
Control unit address
0008

SYS57_3W____1_1002_83_Bordspannung_Klemme30_00083
Error list:
Control unit address
0005
0005

KD90___3W0___1_1002_63_Key_3_Battery_discharged_00083
Error list
Control unit address
0005

H12_3W_96____1_0111_83_Alarm_Siren_00083
Error list
Control unit address
0046

G335_3W094____1_0603_83_00083
Error list:
Control unit address
0076

J772_3W_01____1_0111_83_C01217_Fault_Tests_00083
Error list:
Control unit address
008C
008C

J523_3W_94____1_0111_83_BY614_Pre11MY_wiring_test_00083
Error list
Control unit address
006C

SIG60_96_3W____1_0203_83_Spannung_Kl_30_00083
Error list:
Control unit address
0038

sys72_3w____1_0503_83_Passenger_00083
Error list:
Control unit address
0006
0008
0006
0006

J740_3W_82____1_0808_83_CETEX_Massage_Passenger_00083
Error list:
Control unit address
0006

SYS72_3W____1_1509_83_Power_Supply_ECU_pas_00083
Error list:
Control unit address
0006

V31__3W_72____1_0503_83_Passenger_00083
Error list
Control unit address
0006

V48__3W_72____1_0503_83_Passenger_00083
Error list:
Control unit address
0006

V101_3W_72____1_0503_83_Passenger_00083
Error list:
Control unit address
0006

V231_3W_72____1_0503_83_Passenger_00083
Error list:
Control unit address
0006

J386_3W_57____1_1003_83_00083
Error list
Control unit address
0046

J387_3W_57____1_1003_83_00083
Error list:
Control unit address
0046

V27_3W_58____1_1002_83_00083
Error list
Control unit address
0046

V147_3W_58____1_1002_83_00083

---

Error
VAG01699: Rear lid ctr. lock. sys. motor

Error
VAG00779: Outside temperature sensor

Error
VAG00087: Terminal 30 for starting relevant consumers
VAG00668: Vehicle voltage terminal 30

Error
VAG00957: Key 3

Error
VAG01134: Alarm horn

Error
VAG01547: Center right rear park assist sensors

Error
VAG00446: Function limitation due to insufficient voltage
VAG00532: Supply voltage

Error
VAG02283: Video connection to end unit

Error
VAG00926: Terminal 30

Error
VAG01900: Motor for longitudinal adjust. frt. pass.
VAG01903: Seat angle adjustment motor
VAG01904: Backrest adjust. motor. front pass. seat
VAG01975: Height adjustment motor. frt. pass. seat

Error
VAG02589: Massage function control module

Error
VAG00668: Vehicle voltage terminal 30

Error
VAG01900: Motor for longitudinal adjust, frt pass

Error
VAG01904: Backrest adjust. motor, front pass. seat

Error
VAG01975: Height adjustment motor, frt pass. seat

Error
VAG01903: Seat angle adjustment motor

Error
VAG01331: Driver side door control module

Error
VAG01332: Frt pass. side door control module

Error
VAG00935: Right rear window lift motor
0159

163

Diagnostic protocol

Control unit address
0046
V148_3W_58_____1_1002_83_00083
Error list:
Control unit address
0046
SYS91_3W_____1_0103_83_Optical_Databus_00083
Error list:
Control unit address
0007
SIG91_____3W_____1_0202_83_Versorgungssp_ZAB_vorn_00083
Error list:
Control unit address
0007
R15__3W_91_____1_0102_83_DSP_TT_LS_hinten_li_00083
Error list:
Control unit address
0047
R17__3W_91_____1_0102_83_DSP_TT_LS_hinten_re_00083
Error list:
Control unit address
0047
R22__3W_91_____1_0102_83_DSP_HT_LS_vorn_re_00083
Error list:
Control unit address
0047
R104__3W_91_____1_0102_83_DSP_MT_LS_vorn_re_00083
Error list:
Control unit address
0047
SIG91_91_3W_____1_0403_83_Line_Outputs_00083
Error list:
Control unit address
0007
SYS___3W_____1_0803_83_Read_FM_DSP_00083
Error list:
Control unit address
0047
SYS94_3W_____1_0603_83_Licence_Plate_Lights_00083
Error list:
Control unit address
0046
SIG20_____3W_____1_0702_83_Versorgungssp_Convenienc_00083
Error list:
Control unit address
0046
0046
0046
0046
SYS90_3W_____3_0608_83_Data_BUS_Powertrain_00083
Error list:
Control unit address
0015
0003
SYS90_3W_____7_0508_83_Databus_Comfort_00083
Error list:
Control unit address
0019

0019
0019
0019
0019
0019
0019
0019
0019
0019
0019
0019

0009

0009

0008

0017

0017
0017
0017

| Error | |
|---|---|
| VAG00932: | Motor for window lift, driver side |
| Error | |
| VAG00933: | Motor for window lift, frt. pass. side |
| Error | |
| VAG00384: | Optical data bus |
| Error | |
| VAG00588: | Vehicle voltage terminal 30 |
| Error | |
| VAG00872: | Left rear bass speaker |
| Error | |
| VAG00873: | Right rear bass speaker |
| Error | |
| VAG00875: | Right front treble speaker |
| Error | |
| VAG00420: | Right front midrange speaker |
| Error | |
| VAG00823: | Line output front left |
| Error | |
| VAG00458: | Front Information Display Control Head |
| Error | |
| VAG01504: | License plate lamp |
| Error | |
| VAG00668: | Vehicle voltage terminal 30 |
| VAG00926: | Terminal 30 |
| VAG01516: | Terminal 30 left |
| VAG00927: | Terminal 30 right |
| Error | |
| VAG01316: | Brake control module |
| VAG01314: | Engine control module (ECM) |
| Error | |
| VAG00455: | Access/start authorization control module at comfort CAN |
| VAG00457: | Vehicle Electrical System Central Module |
| VAG00488: | Steering column electronics control module |
| VAG00908: | Wiper motor control module |
| VAG01320: | Climatronic control module |
| VAG01327: | Parking aid control module |
| VAG01330: | Comfort system central control module |
| VAG01331: | Driver side door control module |
| VAG01332: | Frt pass. side door control module |
| VAG01333: | Left rear door control module |
| VAG01334: | Right rear door ctrl. module |
| VAG01336: | Combination Comfort databus |
| VAG00477: | Information display ctrl head ctrl module, front on comf CAN |
| VAG01341: | Control module in instrument cluster at comfort CAN |
| VAG00477: | Information display ctrl head ctrl module, front on comf CAN |
| VAG00455: | Access/start authorization control module at comfort CAN |
| VAG00457: | Vehicle Electrical System Control Module |
| VAG00488: | Steering column electronics control module |
| 01601320: | Climatronic control module |

164

| | Diagnostic protocol |
|---|---|
| 0017 | VAG01330: Comfort system central control module |
| 0017 | VAG01331: Driver side door control module |
| 0017 | VAG01332: Frt.pass. side door control module |
| 0017 | VAG01333: Left rear door control module |
| 0017 | VAG01334: Right rear door ctrl. module |
| 0017 | VAG01336: Combination Comfort databus |
| 0088 | VAG00455: Access/start authorization control module at comfort CAN |
| 0068 | VAG00459: Front Information Display Control Head |
| 0068 | VAG00466: Steering column electronics control module |
| 0068 | VAG01341: Control module in instrument cluster at comfort CAN |
| 0046 | VAG00477: Information display ctrl head ctrl module, front on comf CAN |
| 0046 | VAG01325: Tire Pressure Monitoring Control Module |
| 0007 | VAG00384: Optical data bus |
| 0068 | VAG01308: Roof electronics control module |

SYS90_3W_____4_0408_83_Databus_Infotainment_00083
Error list:

| Control unit address | Error |
|---|---|
| 0019 | VAG00459: Front Information Display Control Head |
| 0019 | VAG00463: Digital Sound System Control Module |
| 0019 | VAG00469: Infotainment data bus in single wire |
| 0019 | VAG01300: Navigation System with CD Drive Control Module |
| 0019 | VAG01303: Telephone transceiver |
| 0019 | VAG01305: Databus Infotainment |
| 0019 | VAG02673: Rearview camera system control module |
| 0017 | VAG00459: Front Information Display Control Head |
| 0017 | VAG00469: Infotainment data bus in single wire |
| 0017 | VAG01300: Navigation System with CD Drive Control Module |
| 0017 | VAG01303: Telephone transceiver |
| 0017 | VAG01305: Databus Infotainment |
| 0047 | VAG00459: Front Information Display Control Head |
| 0077 | VAG00459: Front Information Display Control Head |
| 0007 | VAG00823: Line output front left |

SYS___3W_____1_0803_83_Read_FM_RBC_00083
Error list:

| Control unit address | Error |
|---|---|
| 0003 | VAG01314: Engine control module (ECM) |

spurious_dtc_0706_use_when_dtc_not_applicate_00083
Error list:

| Control unit address | Error |
|---|---|
| 0001 | P1923: Check DTC memory of Engine Control Module (ECM) 2 |

# Function tests

## Function test 1: ID06_3W_____1_1202_83_00083

Result:   OK

Test step: Preparation steps

Test step: Obtain control unit version

Control unit communication (KWP):
Control unit: Seat Adjustment Passenger Side (LL_SeatAdjusPasseSideKWP2000CAN16)
Job status: OKAY
Service: ReadECUIdentification2
  Request parameters:

| Number | Value |
|---|---|
| 1 | |
| 2 | 0 |

  Response parameters:
    No response parameters

Test step: Caster

Result:   OK

## Function test 2: ID68_3W_____2_0105_83_00083

Result:   OK

Test step: Preparation steps

Test step: Read Control Unit Data

Control unit communication (KWP):
Control unit: Wiper Control Unit (LL_WiperContrUnitKWP2000CAN16)
Job status: OKAY                                              0161
Service: ReadECUIdentification2

EXHIBIT "R"

Audio file

Danny Braun Telephone Call with Rick Hagen mp3

Transcript

Rick Hagen - SD Motorwerks

Andy, it's John just returning your call.

Danny Braun  Manheim


Danny Braun - Manheim

All right?

Danny Braun - Manheim

John, how are you?

Rick Hagen - SD Motorwerks

I'm OK, I'm not comfortable with having you guys run that car under my name. Do the fact that

Danny Braun - Manheim

Don't worry about it, I've already, we've already got it handled. We've already got it handled, so here's what we're gonna do.

Danny Braun - Manheim

We're gonna inherit the car and we're gonna use the proceeds to pay for the Porsche. You'll get whatever.

Danny Braun - Manheim


Danny Braun - Manheim


Danny Braun - Manheim

Leftover from the 48 five that you paid.

Danny Braun  Manheim

Are we on the same page at this point?

Rick Hagen - SD Motorwerks

Yeah, but I'm losing money on transport and all that stuff

Danny Braun - Manheim


Danny Braun - Manheim

Well, you're welcome to.

Danny Braun - Manheim

Send me the bill for transport.

Danny Braun - Manheim

If you wanna email that to me

Danny Braun - Manheim

But here's the deal

Danny Braun - Manheim

That's this is the last transaction that your company is gonna do with Manhunt

Rick Hagen - SD Motorwerks

What, why is that?

Danny Braun - Manheim

It's it's just too much. We don't do business this way. You're a 50% plus arbitrator, and that's the decision that's.

Rick Hagen - SD Motorwerks

So you tell it.


Danny Braun - Manheim

Been made on a high level.

Rick Hagen - SD Motorwerks

Who who made that decision?

Danny Braun - Manheim

I lost you John. Are you still there?

Danny Braun - Manheim

Who made it?

Danny Braun - Manheim


Rick Hagen - SD Motorwerks

Yeah, I'm still here. Who made that decision?

Danny Braun - Manheim

It was made on a high level.

Rick Hagen - SD Motorwerks

OK, but let me ask you a question what?

Danny Braun - Manheim

Higher than B.

Rick Hagen - SD Motorwerks

Who who said I'm a 50% arbitrator?

Danny Braun   Manheim

Nobody said it, it's when I.

Danny Braun   Manheim

Pull pull up your information in the system. You arbitrate more than the national average of supercenter. It costs money to do business with you, John. And we're not going to do it.

Rick Hagen - SD Motorwerks

No, like what cards?

Rick Hagen - SD Motorwerks

That's not true she

Rick Hagen - SD Motorwerks

OK, so was it your choice that you made this?

Danny Braun - Manheim

Nope, it was not. But I agree with it 100%.

Rick Hagen   SD Motorwerks

169

Hey, K, But who's the one that made it? Who's the one that made it?

Danny Braun - Manheim

Danny Braun - Manheim

It was a collective decision made by several G

Rick Hagen - SD Motorwerks

Well, sorry before anything has been done.

Rick Hagen - SD Motorwerks

Or said, I want this all in.

Rick Hagen - SD Motorwerks

Writing because this is not fair.

Danny Braun - Manheim

You're not getting anything in writing. You're not getting anything

Danny Braun - Manheim

More than what I told.

Danny Braun - Manheim

You the moment I called you, we're going to sell the car under us.

Danny Braun - Manheim

We'll use it.

Danny Braun - Manheim

To pay off the portion, you'll get whatever

Danny Braun - Manheim

Is leftover and I'll pay your transport bill and that's

Danny Braun - Manheim

It that's all you're getting.

Rick Hagen - SD Motorwerks

And then you're saying you're canceling my account because you've.

Danny Braun - Manheim

And we're done. We're done doing business.

Rick Hagen - SD Motorwerks

Great, I will be seeing you in court. I hope you have every year tax everybody. You're such a you're such an amazing person.

Danny Braun - Manheim

Sounds great, OK right?

EXHIBIT "S"



This report provided free of charge by
SD Motorwerks
7030 Carroll Rd, San Diego, CA 92121

858-434-8953

# CARFAX® Vehicle History Report™

US $39.99

## 2008 BENTLEY CONTINENTAL GT SPEED

VIN: SCBCP73W38C057291
COUPE
6.0L W12 F DOHC 48V
GASOLINE
ALL WHEEL DRIVE

 No accidents or damage reported to CARFAX

 4 Previous owners

 17 Service history records

 Types of owners: Corporate, Personal

 48 Detailed records available

This CARFAX Report Provided by

**SD Motorwerks**

 23,992 Last reported odometer reading



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 9/15/20 at 9:51:27 AM (CDT). Other information about this vehicle, including possible problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX® Ownership History
The number of owners is estimated

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| Year purchased | 2009 | 2011 | 2018 |
| Type of owner | See Details | Personal | Personal |
| Estimated length of ownership | 1 yr. 8 mo. | 22 days | 1 yr. 9 mo. |
| Owned in the following states/provinces | California, California | California, Florida | Georgia |
| Estimated miles driven per year | See Details | — | 2,460/yr |
| Last reported odometer reading | 10,900 | 17,696 | 23,992 |

## CARFAX® Title History
CARFAX guarantees the information in this section

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon |  Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |



GUARANTEED - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms | View Certificate

## CARFAX

**Not all accidents / issues are reported to CARFAX**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ✓ | No Issues Reported | ✓ | No Issues Reported | ✓ | No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX | ✓ | No Issues Reported | ✓ | No Issues Reported | ✓ | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✓ | No Issues Reported | ✓ | No Issues Reported | ✓ | No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ✓ | No Issues Indicated | ✓ | No Issues Indicated | ✓ | No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX | ✓ | No Issues Reported | ✓ | No Issues Reported | ✓ | No Issues Reported |
| **Manufacturer Recall**<br>Check with an authorized Bentley dealer for any open recalls. | | Ask Your Dealer | | Ask Your Dealer | | Ask Your Dealer |
| **Basic Warranty**<br>Original warranty estimated to have expired. | | Warranty Expired | | Warranty Expired | | Warranty Expired |

## CARFAX Detailed History

**Owner 1**
Purchased: 2009



Low mileage! This owner drove less than the industry average of 15,000 miles per year

Corporate Vehicle
8,485 mi/yr

| | Mileage | Source | Comments |
|---|---|---|---|
| 05/15/2008 | | US Customs | Vehicle imported to<br>- San Diego, CA |
| 05/21/2008 | 20 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews ✓<br>♥ 157 Customer Favorites | Vehicle offered for sale |
| 05/23/2008 | | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews ✓<br>♥ 157 Customer Favorites | Vehicle serviced<br>- Pre-delivery inspection completed<br>- Recommended maintenance performed |
| 10/01/2008 | 116 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews ✓<br>♥ 157 Customer Favorites | Vehicle serviced<br>- Anti-theft/keyless remote battery replaced |
| 04/11/2009 | 140 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews ✓<br>♥ 157 Customer Favorites | Vehicle sold |
| 04/30/2009 | 0170 | California<br>Motor Vehicle Dept | Title issued or updated<br>- First owner reported |

| 05/21/2009 | 1,511 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews<br>157  Customer Favorites | Vehicle serviced<br>- Interior trim checked<br>- Trim checked |
| 07/31/2009 | 3,681 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews<br>157  Customer Favorites | Vehicle serviced<br>- Door weatherstrip replaced<br>- Maintenance reminder reset |
| 09/16/2009 | 4,506 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews<br>157  Customer Favorites | Vehicle serviced<br>- High mount brake light assembly replaced |
| 12/09/2009 | 7,377 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews<br>157  Customer Favorites | Vehicle serviced<br>- Transmission checked<br>- Battery charged |
| 01/25/2010 | 8,322 | Newport Auto Center Inc<br>Newport Beach, CA<br>949-478-0590<br>newportautocenter.com<br>4.7 / 5.0  56 Verified Reviews<br>157  Customer Favorites | Vehicle serviced<br>- Recommended maintenance performed<br>- Maintenance inspection completed<br>- Interior trim checked<br>- Trim checked<br>  Transmission checked |
| 05/13/2010 | 9,229 | Online Listing | Vehicle offered for sale |

## Owner 2

Personal Vehicle

Purchased: 2010

|  | Mileage | Source | Comments |
|---|---|---|---|
| 07/19/2010 | 9,231 | California<br>Motor Vehicle Dept<br>Beverly Hills, CA | Odometer reading reported |
| 08/12/2010 |  | California<br>Motor Vehicle Dept.<br>Beverly Hills, CA | Title issued or updated<br>- New owner reported<br>- Loan or lien reported |
| 01/26/2011 | 10,900 | Dealer Inventory | Vehicle offered for sale |
| 02/01/2011 |  | Symbolic Motor Car Company<br>La Jolla, CA<br>858-454-1800<br>symbolicmotors.com | Vehicle offered for sale |
| 02/04/2011 |  | California<br>Inspection Station<br>Beverly Hills, CA | Passed emissions inspection |
| 02/07/2011 |  | Symbolic Motor Car Company<br>La Jolla, CA<br>858-454-1800<br>symbolicmotors.com | Vehicle serviced<br>- Tire condition and pressure checked |
| 02/17/2011 |  | Symbolic Motor Car Company   0171<br>La Jolla, CA | Vehicle serviced |

175

https://www.scbcb73w38c057291

## Owner 3
Purchased: 2011

Personal Vehicle

| | Mileage | Source | Comments |
|---|---|---|---|
| 03/02/2011 | | California<br>Motor Vehicle Dept.<br>Solana Beach, CA | Title issued or updated<br>New owner reported |
| 03/24/2011 | | Dealer Inventory | Vehicle sold |
| 04/08/2011 | | Mercedes-Benz of Houston - North<br>Houston, TX<br>281-305-8970<br>mercedesbenzhoustonnorth.com<br>4.3 / 5.0  127 Verified Reviews<br>352 Customer Favorites | Vehicle offered for sale |
| 04/15/2011 | 11,645 | Mercedes-Benz of Houston - North<br>Houston, TX<br>281-305-8970<br>mercedesbenzhoustonnorth.com<br>4.3 / 5.0  127 Verified Reviews<br>352 Customer Favorites | Vehicle serviced<br>- Pre-delivery inspection completed<br>- Vehicle washed/detailed<br>- Emissions inspection performed<br>- Emissions or safety inspection performed |
| 05/05/2011 | 11,648 | Mercedes-Benz of Houston Greenway<br>Houston, TX<br>713-489-2111<br>mercedesbenzgreenway.com<br>4.6 / 5.0  199 Verified Reviews<br>633 Customer Favorites | Vehicle serviced |
| 05/30/2011 | | Vehicle Exporter | Vehicle exported from<br>Newark, NJ and imported to<br>- Finland |
| 04/11/2013 | | Warrantech Automotive, Inc.<br>Solana Beach, CA<br>warrantech.com | Service contract issued |
| 04/19/2014 | | Dealer Inventory | Vehicle offered for sale |
| 01/06/2017 | 16,810 | Florida<br>Motor Vehicle Dept.<br>Hallandale, FL | Odometer reading reported |
| 01/28/2017 | | Florida<br>Motor Vehicle Dept | Vehicle purchase reported |
| 02/16/2017 | | Florida<br>Motor Vehicle Dept<br>Hallandale, FL<br>Title #0126296616 | Title issued or updated<br>- Dealer took title of this vehicle while it was in inventory<br>- Vehicle color noted as Black |
| 03/16/2017 | 16,943 | Lauderdale Imports<br>Fort Lauderdale, FL<br>954-779-2009<br>astonmartinftlauderdale.com<br>5.0 / 5.0  8 Verified Reviews<br>33 Customer Favorites | Vehicle serviced<br>- Maintenance inspection completed |
| 03/20/2017 | 16,984 | Auto Auction | Listed as a dealer vehicle<br>-Vehicle sold |

**0172**

176

| 03/26/2017 | | Dealer Inventory | Vehicle offered for sale |
|---|---|---|---|
| 04/10/2017 | 16,990 | California Inspection Station | Passed emissions inspection |
| 04/11/2017 | 16,999 | California Inspection Station | Passed emissions inspection |
| 01/16/2018 | | Georgia Motor Vehicle Dept | Vehicle purchase reported |
| 03/06/2018 | 17,458 | Georgia Inspection Station | Failed emissions inspection |
| 03/14/2018 | 17,528 | Bentley VW of Alpharetta Alpharetta, GA 844-227-1057 bentleyatlanta.com/index.htm  4.5 / 5.0  52 Verified Reviews  34 Customer Favorites | Vehicle serviced |
| 04/28/2018 | 17,696 | Georgia Inspection Station | Passed emissions inspection |
| 05/08/2018 | | Bespoke Upholstery & Restoration Costa Mesa, CA 949-269-7779 bespokeur.com/home.html | Vehicle serviced |

**Owner 4**
Purchased:
2018



Low mileage! This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
2,460 mi/yr

| | Mileage | Source | Comments |
|---|---|---|---|
| 05/24/2018 | | Georgia Motor Vehicle Dept Lithonia, GA | Title issued or updated - Title or registration issued - New owner reported - Vehicle color noted as Black |
| 08/17/2018 | 20,157 | Bentley VW of Alpharetta Alpharetta, GA 844-227-1057 bentleyatlanta.com/index.htm  4.5 / 5.0  52 Verified Reviews  34 Customer Favorites | Vehicle serviced |
| 11/27/2018 | | Georgia Motor Vehicle Dept. Lithonia, GA | Registration issued or renewed - Vehicle color noted as Black |
| 01/30/2019 | 21,012 | Bentley VW of Alpharetta Alpharetta, GA 844-227-1057 bentleyatlanta.com/index.htm  4.5 / 5.0  52 Verified Reviews  34 Customer Favorites | Vehicle serviced |
| 02/22/2019 | 21,030 | Bentley VW of Alpharetta Alpharetta, GA 844-227-1057 bentleyatlanta.com/index.htm  4.5 / 5.0  52 Verified Reviews  | Vehicle serviced |

0173

177

34. Customer Favorites

| | | | |
|---|---|---|---|
| 02/24/2020 | 23,905 | Auto Auction | Listed as a dealer vehicle - Vehicle sold |
| 05/25/2020 | 23,982 | Auto Auction | Vehicle sold |
| 06/19/2020 | 23,992 | Central Autohaus Richardson, TX | Vehicle offered for sale |

Have Questions? Consumers, please visit our Help Center at www.carfax.com    Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com

# CARFAX Glossary

### Failed Emissions Inspection
The emissions check performed during a vehicle inspection indicated the vehicle was emitting more than allowable emissions standards and/or had missing or modified parts. Repeated failed emissions records can indicate engine problems and CARFAX recommends you have the vehicle inspected.

### First Owner
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

### New Owner Reported
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

### Ownership History
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

### Title Issued
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:  facebook.com/CARFAX     About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®

© 2020 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512; 8,600,823; 8,595,079; 8,606,648; 7,505,838
9/15/20 9:51:27 AM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2008 BENTLEY CONTINENTAL vehicle (VIN: SCBCP73W38C057291), which is based on information supplied to CARFAX and available as of 9/15/20 at 10:51 AM (EDT).

Customer Signature                    Date              Dealer Signature                    Date

# CARFA✗

# VEHICLE HIGHLIGHTS

## 2008 BENTLEY CONTINENTAL GT SPEED

VIN: SCBCP73W38C057291
Body Style: COUPE
Engine Size: 6.0L W12 F DOHC 48V
Drivetrain: ALL WHEEL DRIVE

---

**Original Manufacturer's Warranty:**
Basic Warranty Expired
Please confirm remaining factory warranty and extended warranty options with your dealer!
The original manufacturer's warranty includes:
**36 months or unlimited mileage**

---

Courtesy of
SD Motorwerks
7030 Carroll Rd
San Diego, CA 92121
858-434-8953
https://www.sdmotorwerks.com/

---

Information accepted from the CARFAX Vehicle History Report and/or from a third party is not guaranteed, see full reports for additional detail. Input or other errors may occur. CARFAX distributes information as it is received through its sources, and is not liable for the accuracy or completeness of reports and information.

---

## OWNERSHIP HISTORY

| | |
|---|---|
| Number of Owners: | 4 |
| Last owned in the following state/province: | Georgia |
| Annual average mileage | 2,143 **LOW MILEAGE** |

*Below industry annual average of 15,000 miles

## STATE DMV-REPORTED TITLE PROBLEMS:

None of these major title problems were reported by a state Department of Motor Vehicles



| | |
|---|---|
| Salvage, Junk, Rebuilt, Fire, Flood, Hail, Lemon | Guaranteed No Problem |
| Not Actual Mileage, Exceeds Mechanical Limits | Guaranteed No Problem |

## ACCIDENTS AND OTHER ISSUES:

No issues reported to CARFAX on the following:

| | | |
|---|---|---|
| Total Loss | ☑ | No Issues Reported |
| Structural Damage | ☑ | No Issues Reported |
| Airbag Deployment | ☑ | No Issues Reported |
| Odometer Rollback | ☑ | No Issues Reported |
| Other Accidents / Damage | ☑ | No Issues Reported |

# Ask your dealer for the full CARFAX⁵ Vehicle History Report™

# SHOW ME THE CARFA✗

3/15/2020    CARFAX Vehicle History Report for this 2008 BENTLEY CONTINENTAL G...

Case 3:21-cv-01206-H-JLB    Document 78-3    Filed 12/21/22    PageID.1378    Page 182 of 224

# CARFAX® Warranty Check™

CARFAX has estimated the remaining original manufacturer warranty coverage based on information reported to us on this 2008 BENTLEY CONTINENTAL GT SPEED (SCBCP73W38C057291)

| | |
|---|---|
| **VIN:** | SCBCP73W38C057291 |
| **Estimated start date of warranty:** | 04/11/2009 |
| **Last CARFAX reading reported on 06/19/2020:** | 23,932 miles |
| **Today's Date:** | September 15, 2020 |

Enter the current mileage and click 'Recalculate Warranty' to update the remaining warranty coverage.

| **Enter current mileage:** | 24161 | Recalculate Warranty |
|---|---|---|

| Type of Coverage: | Original Warranty: | Estimated Remaining Coverage: |
|---|---|---|
| Basic | 36 months or unlimited mileage | Coverage expired |
| Drivetrain | 36 months or unlimited mileage | Coverage expired |
| Emissions | 96 months or 80,000 miles | Coverage expired |
| Corrosion | 36 months or unlimited mileage | Coverage expired |
| Transferable | No data reported to CARFAX | |
| Roadside Assistance | No data reported to CARFAX | |
| Safety belt & inflatable restraint | No data reported to CARFAX | |
| Specific Components | No data reported to CARFAX | |
| Notes: | Emissions: Manufacturer covers emissions components under basic warranty. Emissions coverage may vary by state. Refer to owner's manual for specific details. Roadside Assistance: Provided during basic coverage. | |

▶ CARFAX Warranty Check provides an estimate of this vehicle's remaining warranty coverage. It does not take into account some vehicle history events such as some title brands that may void the original manufacturer warranty or ownership transfers that may decrease warranty coverage. This warranty information is only valid for vehicles manufactured for the United States. Complete warranty coverage information is available for this vehicle at the CARFAX.com website.

...SCBCP73W38C057291



# CARFAX BUYBACK GUARANTEE

## CARFAX Buyback Coverage for:

**Guarantee Coverage:** 09/15/2020 – 09/15/2021

**CARFAX Vehicle Description:** 2008 BENTLEY CONTINENTAL GT SPEED

**VIN:** SCBCP73W38C057291   **Body Style:** COUPE

**Driveline:** ALL WHEEL DRIVE   **Engine:** 6.0L W12 F DOHC 48V

### CARFAX will buy this vehicle back if
you find that any of these severe problems were reported by a
Department of Motor Vehicles and were not included in this report.



**SEVERE DAMAGE**
Salvage/Junk
Rebuilt/Reconstructed
Dismantled
Fire/Flood/Hail



**ODOMETER PROBLEMS**
Exceeds Mechanical Limits
Not Actual Mileage



**LEMON HISTORY**
Manufacturer Buyback

**Terms and Conditions Apply**
View Terms and Conditions for CARFAX Buyback Guarantee coverage

© 2020 CARFAX, Inc., an IHS company. All rights reserved. Patents pending. 09/15/2020 09:51:36

EXHIBIT "T"

**VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM**

A Public Service Agency

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

*This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.*

ACQUIRE FROM NUMBER (DISMANTLER ONLY)

## SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| S C B C P 7 3 W 3 8 C 0 5 7 2 9 1 | 2008 CONTINENTA | BENTLEY | | |

## SECTION 2 — BILL OF SALE

I/We _CHRIS RICHAUN PRENELL_ sell transfer and deliver the above vehicle/vessel
PRINT SELLER'S NAME(S)

to _CarMax Auto Superstores California LLC_ on 01 21 2 0 2 for the amount of $ ____ V/R
PRINT BUYER'S NAME(S)                           MO  DAY  YEAR                      (SELLING PRICE)

If this was a gift, indicate relationship ____ (e.g., parents, spouse, friend, etc.) $ ____
(GIFT VALUE)

## SECTION 3 — ODOMETER DISCLOSURE STATEMENT (Void If Mileage is Altered or Erased)

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads | 2 | 3 | 8 | 9 | 9 | 10/ | (no tenths) miles, and to the best of my knowledge
reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage       ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy. ____

## SECTION 4 — BUYER AND SELLER (MUST hand print his or her name, date and sign this section.)

**BUYER'S SECTION**

*I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| CarMax Auto Superstores California, LLC | X | 01/21/2020 | 4 6 1 4 5 |
| PRINT BUYER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |
| PRINT BUYER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |
| BUYER'S MAILING ADDRESS 1000 SOUTH FLOWER ST | CITY BURBANK | STATE CA | ZIP CODE 91502 | DAYTIME TELEPHONE NO |

**SELLER'S SECTION**

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT 1ST SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| CHRIS RICHAUN PRENELL | X | 01/21/2020 | |
| PRINT SELLER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |
| PRINT SELLER'S NAME | SIGNATURE X | DATE | DL/ID OR DEALER/DISM # |
| SELLER'S MAILING ADDRESS 3043 FAIRING HL | CITY LITHONIA | STATE GA | ZIP CODE 30038 | DAYTIME TELEPHONE NO |

## SECTION 5 — POWER OF ATTORNEY

I/We _CHRIS RICHAUN PRENELL_ appoint _CarMax Auto Superstores California, LLC_
PRINT NAME(S)                                                              PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY          DATE
X ____                                                              01/21/2020

SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY          DATE
X

REG 262 (REV. 10/2011)

0179

183

EXHIBIT "U"

0181

# Georgia Certificate of Title

| YEAR 2008 | IDENT. EV | HORSEPOWER 0.27056 | FUEL GASOLINE | BODY STYLE 2 DOOR | MODEL CONTINENTAL GT | CYL 12 | DATE ISSUED 05/29/2018 |
|---|---|---|---|---|---|---|---|

CURRENT TITLE NUMBER
77862118144B002

**OWNER**

CHRIS RICHAUN PRENELL
3043 FAIRING HL
LITHONIA GA 30038 1554

MAIL TO
CHRIS RICHAUN PRENELL
3043 FAIRING HL
LITHONIA GA 30038 1554

1ST LIEN OR SECURITY INTEREST

2ND LIEN OR SECURITY INTEREST

3RD LIEN OR SECURITY INTEREST

045005245

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and all acts supplementary thereto, certifies that the application data, name of the person named thereon registered at the public source or the vehicle described, is subject to any liens or security interests for hand and areas to security interests as set forth by the Commissioner.

**RELEASE OF LIEN OR SECURITY INTEREST**

| | | |
|---|---|---|
| SIGN X | in | |
| NAME X | in | |
| ADDRESS | in | |

ASSIGNMENT AND WARRANTY OF TITLE BY OWNER

**TO BE COMPLETED BY SELLER** and delivered with the vehicle to the purchaser. Effective July 1, 2006, an application for new Certificate of Title must be made by purchaser on title application form and filed within 30 days of date of purchase in order to avoid $15.00 penalty. If the vehicle described herein is junked or dismantled, this Certificate of Title must be returned to the Motor Vehicle Division within 72 hours. FEDERAL and State Law requires that you state the odometer reading in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment. The undersigned hereby sells, assigns or transfers the vehicle described on the face of this certificate to:

| PURCHASER'S LEGAL NAME | CARMAX | DATE OF SALE/TRANSFER 01/21/20 |
| STREET OR P.O. NO. | 1200 S Figueroa St | |
| CITY, STATE & ZIP CODE | Burbank CA 91502 | COUNTY OF RESIDENCE Los Angeles |

"I/we certify, to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

**CAUTION — READ CAREFULLY** — 1. The odometer reading stated is in excess of its mechanical limits. 2. The odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY**

23,899 ODOMETER READING TENTHS

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW.

| Transferor's (SELLER'S) Printed Name | CHRIS RICHARD BUEWELL | Transferee's (BUYER'S) Printed Name | Sadie Martinez for CARMAX |
| Transferor's (SELLER'S) Signature | | Transferee's (BUYER'S) Signature | |

DEALER (COMPLETE ALL SPACES IN FULL) — DO NOT USE RED INK

I/WE WARRANT THAT SAID VEHICLE IS FREE OF ALL SECURITY INTERESTS, LIENS OR ENCUMBRANCES EXCEPT AS NOTED BELOW. I/we also warrant this Title and certify that the vehicle described herein has been transferred to the following:

| Purchaser's Legal Name | CarMax 25560 Madison Murrieta CA 92562 | County of Residence |
| Dealer's Permanent ID Number or Dealer's Master Tag Number | Unauthorized use may lead to prosecution | Registered Owner's Name |

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

23,899 ODOMETER READING TENTHS — 1. The odometer reading stated is in excess of its mechanical limits. 2. The odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY** Date of Sale/Transfer 1/24/20

| Transferor's (SELLER'S) Printed Name | Hallman For Carmax | Transferee's (BUYER'S) Printed Name | Dimon CarMax |
| Transferor's (SELLER'S) Signature | | Transferee's (BUYER'S) Signature | |

| Purchaser's Legal Name | Premier Nevada Credit | County of Residence |
| Dealer's Permanent ID Number or Dealer's Master Tag Number | Unauthorized use may lead to prosecution | 4225 S Rainbow Blvd #L101 Las Vegas, NV 89118 — Registered Owner's Name |

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

23,899 ODOMETER READING TENTHS — 1. The odometer reading stated is in excess of its mechanical limits. 2. The odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY** Date of Sale/Transfer

| Transferor's (SELLER'S) Printed Name | Dimon CarMax | Transferee's (BUYER'S) Printed Name M. Hernandez |
| Transferor's (SELLER'S) Signature | | Transferee's (BUYER'S) Signature |

| Purchaser's Legal Name | SD MOTORWERKS | County of Residence |
| Dealer's Permanent ID Number or Dealer's Master Tag Number | Unauthorized use may lead to prosecution | Registered Owner's Name |

"I/we certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

23,909 ODOMETER READING TENTHS — 1. The odometer reading stated is in excess of its mechanical limits. 2. The odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY** Date of Sale/Transfer 2/28/20

| Transferor's (SELLER'S) Printed Name | Premier Nevada Credit | Transferee's (BUYER'S) Printed Name |
| Transferor's (SELLER'S) Signature | | Transferee's (BUYER'S) Signature |

LIEN OR SECURITY INTEREST HOLDER TO BE RECORDED ON NEW TITLE

The lien/security interest holder must be shown on the title application.

1. LIEN/SECURITY INTEREST HOLDER'S Name

LIEN/SECURITY INTEREST HOLDER'S Address

ATTN: DEALERS AND DISTRIBUTORS. Retain a copy of front and back of this document. Retention period: 3 Years.

NOTICE: ANY ALTERATION OR ERASURE VOIDS THIS TITLE

EXHIBIT "V"

 InSight Condition Report

# 2008 Bentley Continental GT 2dr Cpe Speed

### SCBCP73W38C057291 • 24,161mi

All Wheel Drive • 6.0L 12 Cylinder Engine • A/T • Hard Top • Leather

Lane/Run 10/62    Facilitation Manheim Dallas-Fort Worth    Seller FDIC LEASING



2.0 Below Average

 Damages

 Structural Damage

 Prior Paint

 Tires

 Auto Check / Clean

 Drivable

Starts

No Odor

 Keys_ Fobs 1    0

 Title? (No Data)

## Announcements
- Frame or Structural Damage

## High Value Options
- Bluetooth Connection
- CD Changer
- Climate Control
- Heated Front Seat(s)
- Heated Steering Wheel
- Keyless Start
- Multi-Zone A/C
- Navigation System
- Power Driver Seat
- Power Passenger Seat
- Rear Bucket Seats
- Seat Memory
- Seat Massage
- Tire Pressure Monitor

## Damage Overview







None    Severe

Structural Issue

## Exterior (17)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|

0184

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Windshield | Multiple Chips 2 | Miscellaneous | | |
| Front Bumper Cover | Broken Replacement Required | Miscellaneous | | |
| Front Bumper | Misaligned Repair Required | Miscellaneous | | |
| Front Bumper Cover | Prev Repair Substd Repair | Included Repairs fixed with Panel Repairs | | |
| Hood | Prev Repair Acceptable | Previous Repair | | |
| LF Door | Prev Repair Acceptable | Previous Repair | | |
| LF Fender | Prev Repair Substd Repair | Previous Repair | | |
| L Qtr Panel | Mult Dents/No Paint Dmg, PDR/2 | Cosmetic Conventional Paint and Body Not Required | | |
| L Qtr Panel | Prev Repair Acceptable | Previous Repair | | |
| LR Tail Lamp | After Market Acceptable | Miscellaneous | | |
| Rear Camera | Inop Repair Required | Miscellaneous | | |
| Rear Bumper Cover | Prev Repair Buffable | Previous Repair | | |
| RR Tail Lamp | After Market Acceptable | Miscellaneous | | |
| R Headlamp Mounting Panel | Broken Replacement Required | Miscellaneous | | Chrome molding |
| R Qtr Panel | Prev Repair Buffable | Previous Repair | | |
| RF Fender | Prev Repair Substd Repair | Previous Repair | | |
| LF Window | Inop Repair Required | Miscellaneous | | |

**Interior (3)**



| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| LF Seat | Worn Acceptable | Interior | | |
| RF Seat | Worn Acceptable | Interior | | |
| Warning - Tire Pressure | On Unacceptable | Miscellaneous | | |

## Structure (2)

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| L Apron | Prev Repair Acceptable | Structural | | |
| R Apron | Prev Repair Acceptable | Structural | | |

## Other (0)

No other damages reported

## Tires & Wheels

Wheels Aluminum

| | Left Front Pirelli 5/32" 275/35R20 | Right Front Pirelli 5/32" 275/35R20 | Left Rear Pirelli 6/32" 275/35R20 | Right Rear Pirelli 6/32" 275/35R20 | Spare (Compact:) N/A | ● 6/32 +  ● 5/32 to 4/32  ● < 4/32  ● N/A |

## History

✓ AutoCheck

| No. of Historical Events | 39 | Title and Problem Check | ⊘ Vehicle checks out! |
|---|---|---|---|
| Last Reported Event Date | 09/14/2020 | Odometer Check | ⊘ Vehicle checks out! |
| Calculated Owners | 5 | Use and Event Check | Specific vehicle use(s) or events reported |
| Last Reported Mileage | 24.161 | AutoCheck Buyback Protection | ⊘ Qualifies |
| Calculated Accidents | 0 | | |

CARFAX    View CARFAX

## Details

| Exterior Color Black | MSRP Not Available | Received Date 09/14/2020 | In Stock Date Not Available |
|---|---|---|---|
| Interior Color Black | In Service Not Available | Inspection Location Manheim Dallas-Fort Worth | Dept. Mfg. Back Warranty Not Available "Manheim is not responsible for voided warranties |
| Top Type Hard Top | Top Removed Not Available | Work Order 4591325 | |

## Equipment

Options
● A/C                    0186
● Adjustable Steering Wheel    ● AM/FM Stereo              ● Auto-Dimming Rearview Mirror

Condition Report

- Bluetooth
- CD Player
- Cruise Control
- Driver Air Bag
- Heated Mirrors
- Intermittent Wipers

- Mirror Memory
- Passenger Air Bag
- Passenger Air Bag Sensor
- Power Door Locks
- Power Folding Mirrors

- Power Steering
- Power Windows
- Rear Defrost
- Rear Floor Mats
- Steering Wheel Audio Controls

- Variable Speed Intermittent Wipers

## Interior
- Leather
- Odometer Inoperable

## Mechanical
- 12 Cylinder Engine
- 6.0L Turbocharged
- ABS Brakes
- All Wheel Drive
- Automatic Transmission
- Gasoline Fuel

## Keys
- Number: 1

## Additional Photos









Various condition reports contain representations made by the seller and subjective items based on inspector judgment which may affect any AutoGrade score. The use of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Position Statement.

This grade was calculated under the assumption that some repairs may be required under manufacturer warranty.

Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage details for each item.

Process protected under U.S. Patent No. 8,230,362.

VIN: 5GBCP73W38C057291
Work Order: 4591325

© 2020 Manheim. All Rights Reserved.

Return to the classic CR

EXHIBIT "W"

# Manheim

## THIS IS NOT AN INVOICE

**457 MANHEIM NEVADA**
5600 AUCTION LN
LAS VEGAS, NV 89165 US

**Sale Date**
07-JUN-2019 10:18:31

**Yr Wk Ln Rn**
2019-23-3-79

**Pickup Location**
5600 AUCTION LN
LAS VEGAS, NV 89165 US

**Sale Type**
Simulcast

### Vehicle Information
2009 Chevrolet Corvette
2DCP Z06 W/2LZ Gray
1G1YZ26E295110239

Mileage: 17677 Miles          O

License Plate No:

### Title Information
State:          Number:

### Vehicle Features
6 Cylinder Engine
Speed M/T
K

50 State

## BILL OF SALE

**DOCUMENT NOT VALID FOR EXPORT**

### Sale Price
### Adjustments
### Final Sale Price

**Vehicle Purchase Price**
$ 31,250.00
$     0.00
$ 31,250.00

**Seller**
PREMIER NEVADA CREDIT
6895 SPEEDWAY BLVD UNIT 1011
LAS VEGAS, NV 89115 US

Seller Rep:
Signature on file

**Buyer**
EUROMOTORWERKS LLC
7675 FORMULA PL STE D
SAN DIEGO CA 92121 US

Buyer Rep: HAGEN, RICHARD
Signature on file

### Auction Lights

RED          Vehicle sold as-is

### Odometer Disclosure
Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.

### Announcements & Notes
MODIFIED
MODIFIED

0130

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.

Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.

Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f)

Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.

Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.

The terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.

This Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 07-Jun-2019 03:41:42

EXHIBIT "X"

# Invoice # 121135015

**Manheim**

**DUE FROM**
EUROMOTORWERKS LLC
7876 FORMULA PL STE D
SAN DIEGO, CA 92121 US
5440188

**OWNER**
PREMIER NEVADA CREDIT
6935 SPEEDWAY BLVD UNIT 1011
LAS VEGAS, NV 89115 US

**REMIT TO**
Manheim
Accounts Receivable
PO Box 105511
Atlanta, GA 30348 US

**Buyer**
07-JUN-2019

HAGEN, RICHARD
457 MANHEIM NEVADA

**BUYER**
EUROMOTORWERKS LLC
7875 FORMULA PL STE D
SAN DIEGO, CA 92121 US

**INVOICING-SALES LOCATION\***
MANHEIM NEVADA
6600 AUCTION LN
LAS VEGAS, NV 89165 US

EIN:88-0319273

| **INVOICE TYPE** | |
| --- | --- |
| **INVOICE DATE** | |
| **PAYMENT DUE DATE** | |
| **BUYER REPRESENTATIVE** | |
| **TRANSACTION LOCATION** | |
| **ORIGINAL BUYER** | |
| **LEASE ACCOUNT NO** | |
| **YEAR MAKE MODEL** | 2009 Chevrolet Corvette |
| **VIN** | 1G1YZ26E295110239 |
| **MILEAGE** | 17677 Miles |
| **OFFSITE VEHICLE LOCATION** | 6600 AUCTION LN LAS VEGAS LN NV 89165 US |

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07-JUN-2019 | 8823942 | 2019-23-3-79 | 2009 Chevrolet Corvette | | $31,260.00 | $0.00 | $31,250. |
| 07-JUN-2019 | 8823942 | 2019-23-3-79 | INTERNET SATISFACTION FEE | | $50.00 | $0.00 | $50.00 |
| 07-JUN-2019 | 8823942 | 2019-23-3-79 | BUY FEE | | $610.00 | $0.00 | $610.00 |

| **ADJUSTMENTS** | | | |
| --- | --- | --- | --- |
| DATE | | DESCRIPTION | AMOUNT |
| | | TOTAL ADJUSTMENTS | $0 |

| **PAYMENTS** | | | |
| --- | --- | --- | --- |
| DATE | REF NO | DESCRIPTION | AMOUNT |
| | | TOTAL PAYMENTS | $0. |

| | |
| --- | --- |
| SUB TOTAL | $31,910.00 |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | $31,910.00 |
| PAYMENTS | $0.00 |
| OUTSTANDING BALANCE | $31,910. |

**SPECIAL INSTRUCTIONS**
Please indicate the invoice number on all remittances and include remittance copy with postal payments.
Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices.
A late fee will be added, whenever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.
If you have questions concerning this invoice, please call or email Manheim Client Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8a-12m and Sun 6p-10p
ET. info@manheim.com.

Overnight mailing address:
Manheim – Account Receivable 6205 Peachtree Dunwoody Rd Bldg A, 3rd Floor Accounts Receivable Atlanta, GA 30328 US

\*A subsidiary of Cox Automotive Inc. EIN: 58-1936918. Registered in Mexico to Transfer Used Vehicles info with No. 009

Printed on: 2019-06-07 18:41:48

196

sdmotorwerks@gmail.com

| | |
|---|---|
| **From:** | do-not-reply@manheim.com |
| **Sent:** | Friday, June 7, 2019 10:19 AM |
| **To:** | Rick Hagen |
| **Subject:** | 2009 Chevrolet Corvette bought for $31910.0 - IN-LANE |



# Congratulations on your win.
You can manage this purchase online.

## 2009 Chevrolet Corvette
1G1YZ26E295110239

Odometer
17,677 miles

| Purchase Price | $31,250.00 | |
|---|---|---|
| Buy Fees | $610.00 | **Pickup Location** |
| Other | $50.00 | 6600 Auction Ln |
| * Total | $31,910.00 | Las Vegas, NV 89165-1700 |

**Make a payment**

**Order services**

Phone
(702) 730-1400
Fax
(702) 730-1541

BUL CONNECTIONS LLC
BULCONN@HOTMAIL.COM

**Sale**

IN-LANE Jun 07, 2019
NV - Manheim Nevada
Week 23, Lane 3, Run 79

You can find seller information, arrange transportation, and order post-sale inspections (eligible vehicles only) online.

EXHIBIT "Y"



# 2009 Chevrolet Corvette  2dr Cpe Z06 w/2LZ
1G1YZ26E295110239

**17,677** mi | Rear Wheel Drive | 8 Cylinder Engine | 6-Speed M/T | Hard Top | Leather

Lane/Run  3/79      Facilitation Manheim Nevada      Seller      PREMIER NEVADA CREDIT



 Damages

 No Structural Damage

 Prior Paint

 Tires

 Auto Check Clean

 Drivable

 Starts

 No Odor

 Keys Fobs
1   0

 Title? (No Data)

## Announcements
- MODIFIED//

## High Value Options
- Bluetooth Connection
- Climate Control
- Fog Lamps
- Heads-Up Display
- Heated Front Seat(s)
- Keyless Start
- Multi-Zone A/C
- Power Driver Seat
- Premium Sound System
- Satellite Radio
- Seat Memory
- Tire Pressure Monitor







 None         Severe

 Structural Issue

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Windshield | Chipped < 1/8" | Miscellaneous | | |
| Front Bumper Cover | Curb Rash 2" to 3" | Paint and Body Requires Conventional Repair | | |
| F Valance | Gouged 2" to 3" | Miscellaneous | | |
| LF Door | Gouged 1/2" to 1" | Paint and Body Requires Conventional Repair | | |
| Rear Bumper Cover | Prev Repair Buffable | Previous Repair | | |
| R Qtr Panel | Gouged 1/8" to 1/2" | Paint and Body Requires Conventional Repair | | |
| R Qtr Panel | Prev Repair Acceptable | Previous Repair | | |
| RF Door | Prev Repair Buffable | Previous Repair | | |
| RF Fender | Prev Repair Buffable | Previous Repair | | |

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Steering Wheel | Worn Acceptable | Mechanical | | |
| LF Seat | Worn Acceptable | Interior | | |

No structural damages reported

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|

| Description | Condition Severity | Type | Image | Additional Info |
|---|---|---|---|---|
| Exhaust | After Market Acceptable | Mechanical | | |
| Air Intake Duct | After Market Acceptable | Miscellaneous | | |
| Air Filter Element | After Market Acceptable | Miscellaneous | | |
| Emergency Brake Cable | Inop Repair Required | Mechanical | | |

Wheels   Aluminum



| | | |
|---|---|---|
| **Left Front** | | **Right Front** |
| Other | | Other |
| **9/32"** | | **9/32"** |
| 275/30R19 | | 275/30R19 |
| **Left Rear** | | **Right Rear** |
| Other | | Other |
| **9/32"** | | **9/32"** |
| 325/25R20 | | 325/25R20 |

6/32 +
5/32 to 4/32
< 4/32
N/A

Spare
(None)
N/A



| | |
|---|---|
| No. of Historical Events | 26 |
| Last Reported Event Date | 06/06/2019 |
| Calculated Owners | 3 |
| Last Reported Mileage | 17,676 |
| Calculated Accidents | 0 |
| Title and Problem Check | Vehicle checks out! |
| Odometer Check | Vehicle checks out! |
| Use and Event Check | Specific vehicle use(s) or events reported |
| AutoCheck Buyback Protection | Qualifies |
| CARFAX | View CARFAX |

0198

202

Exterior Color
Cyber Gray Metallic

MSRP
Not Available

Work Order
8823942

Title State
IN

In Service Date
Not Available

Interior Color
Ebony

Title Received
06/10/2019

Org Mfg Basic Warranty
*3 Years/36,000 Miles
*Manheim is not
responsible for voided
warranties

Top Type
Hard Top

Received Date
06/06/2019

Inspection Location
Manheim Nevada

## Equipment

### Options

- A/C
- Adjustable Steering Wheel
- AM/FM Stereo
- Auto-Dimming Rearview Mirror
- Automatic Headlights
- Bucket Seats
- Cargo Shade
- CD Player

- Cruise Control
- Daytime Running Lights
- Driver Air Bag
- Driver Illuminated Vanity Mirror
- Driver Vanity Mirror
- Floor Mats
- Front Reading Lamps
- Front Side Air Bag
- Leather Steering Wheel

- Passenger Air Bag
- Passenger Air Bag Sensor
- Passenger Illuminated Visor Mirror
- Passenger Vanity Mirror
- Power Door Locks
- Power Mirror(s)
- Power Outlet
- Power Steering

- Power Windows
- Rear Defrost
- Remote Trunk Release
- Steering Wheel Audio Controls
- Telematics
- Traction Control
- Trip Computer
- Universal Garage Door Opener

### Interior

- Leather
- Odometer Operable

### Mechanical

- 6-Speed Manual Transmission
- 7.0L None
- 8 Cylinder Engine
- ABS Brakes
- Gasoline Fuel
- Rear Wheel Drive

### Keys

- Combo - 1

## Manufacturer Info

## Manufacturer Package Information

0199

203

https://insightcr.manneim.com/cr-display?conditionOrderId=14552633&workOrderNumber=8823942&locationCode=NVAA

5/7

## Packages

AUDIO SYSTEM WITH NAVIGATION, AM/FM STEREO WITH CD PLAYER, MP3 PLAYBACK AND DVD-BASED TOUCH-SCREEN NAVIGATION - U3U

- 6.5" Lcd Color Display And Voice Recognition. Includes (u65) Bose
- Premium 7-speaker System
- Auto-tone Control
- Automatic Volume
- Digital Clock
- Radio Data System (rds)
- Seek-and-scan
- Theftlock

## Options

### Other

- EMISSIONS, FEDERAL REQUIREMENTS
- ENGINE, 7.0L (427 CI) LS7 V8 SFI
- TRANSMISSION, 6-SPEED MANUAL. SHORT-THROW
- PREFERRED EQUIPMENT GROUP
- WHEELS, SPIDER DESIGN. Z06 CHROME ALUMINUM
- CYBER GRAY METALLIC
- EBONY, LEATHER SEATING SURFACES
- LICENSE PLATE BRACKET, FRONT

## Additional Photos









Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGrade score. The use of the report and any AutoGrade score is subject to the Manheim Terms and

Conditions and the NAAA Generic Condition Report Position Statement.

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

† Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail list on each tab.

*Process protected under U.S. Patent No. 8,320,362

VIN: 1G1YZ26E295110239,
Work Order: 8823942

© 2019 Manheim. All Rights Reserved

Return to the classic CR

https://insighter.manheim.com/c/-display?conditionOrderId=14552633&workOrderNumber=8823942&locationCode=NVAA

EXHIBIT "Z"

206

# CARFAX® Vehicle History Report™
An independent company established in 1986

US $39.99

**Vehicle Information:**
2009 CHEVROLET CORVETTE Z06
VIN: 1G1YZ26E295110239
COUPE
7.0L V8 F OHV 16V
GASOLINE
REAR WHEEL DRIVE
Standard Equipment | Safety Options

**This CARFAX Report Provided by:**
EuroMotorWerks
7675 Formula Pl
San Diego, CA 92121
833-227-1380
http://www.euromotorwerkssandiego.co
m/home

 No accidents reported to CARFAX

 No damage reported to CARFAX

 **3** Previous owners

 **1** Service history record

 Personal vehicle

 **17,659** Last reported odometer reading



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 6/7/19 at 1:42:26 PM (CDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## CARFAX Owner

| | | | |
|---|---|---|---|
| Year purchased | 2008 | 2015 | 2017 |
| Type of owner | Personal | Personal | Personal |
| Estimated length of ownership | 6 yrs. 1 mo. | 2 yrs. 7 mo. | 1 yr. 2 mo. |
| Owned in the following states/provinces | Tennessee, Florida | Florida | Florida, Indiana |
| Estimated miles driven per year | 2,182/yr | — | 942/yr |
| Last reported odometer reading | 13,450 | — | 17,659 |

## CARFAX

| | | | |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |

 GUARANTEED - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. Register | View Terms | View Certificate

## CARFAX

| | | | |
|---|---|---|---|
| **Total Loss** No total loss reported to CARFAX. |  No Issues Reported |  No Issues Reported |  No Issues Reported |
| **Structural Damage** No structural damage reported to CARFAX. |  No Issues Reported |  No Issues Reported |  No Issues Reported |

0203

207

https://www.carfaxonline.com/api/report?vin=1G1YZ26E295110239

1/4

**Airbag Deployment**

No airbag deployment reported to CARFAX.

| | | |
|---|---|---|
| ☑ Reported | ☑ Reported | ☑ Reported |

**Odometer Check**

No indication of an odometer rollback.

| | | |
|---|---|---|
| ☑ No Issues Indicated | ☑ No Issues Indicated | ☑ No Issues Indicated |

**Accident / Damage**

No accidents or damage reported to CARFAX.

| | | |
|---|---|---|
| ☑ No Issues Reported | ☑ No Issues Reported | ☑ No Issues Reported |

**Manufacturer Recall**

No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com.

| | | |
|---|---|---|
| ☑ No Recalls Reported | ☑ No Recalls Reported | ☑ No Recalls Reported |

**Basic Warranty**

Original warranty estimated to have expired.

| | | |
|---|---|---|
| Warranty Expired | Warranty Expired | Warranty Expired |

**C A R F A X**

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar |
| | | | Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 11/12/2008 | 6 | Tom Bannen Chevrolet Madison, TN 615-851-8000 tombannen.com | Pre-delivery inspection completed |
| 12/27/2008 | 31 | Tom Bannen Chevrolet Madison, TN 615-851-8000 tombannen.com | Vehicle sold |
| 12/27/2008 | | Florida Motor Vehicle Dept | Vehicle purchase reported |
| 01/08/2009 | | Tennessee Motor Vehicle Dept. Woodlawn, TN Title #79360543 | Registration issued or renewed Title or registration issued First owner reported Titled or registered as personal vehicle |
| 08/24/2009 | | Tennessee Motor Vehicle Dept. Cape Coral, FL Title #79360543 | Registration issued or renewed Registration updated when owner moved the vehicle to a new location |
| 07/07/2010 | 5,321 | Florida Motor Vehicle Dept. Cape Coral, FL Title #0104576151 | Title issued or updated Title or registration issued Titled or registered as personal vehicle Vehicle color noted as Gray |
| 01/13/2011 | | Florida Motor Vehicle Dept. Cape Coral, FL Title #0104576151 | Registration issued or renewed Titled or registered as personal vehicle Vehicle color noted as Gray |
| 01/06/2012 | | Florida Motor Vehicle Dept. Cape Coral, FL Title #0104576151 | Registration issued or renewed Titled or registered as personal vehicle Vehicle color noted as Gray |
| 11/16/2012 | | Florida Motor Vehicle Dept. Cape Coral, FL Title #0104576151 | Registration issued or renewed Titled or registered as personal vehicle Registration updated when owner moved the vehicle to a new location Vehicle color noted as Gray |

**Low mileage!**
This owner drove less than the industry average of 15,000 miles per year.

0204

208

|  |  |  |  |
|---|---|---|---|
| | | Motor Vehicle Dept.<br>Title #0104576151 | Titled or registered as<br>Vehicle color noted as Gray |
| 12/04/2014 | | General Motors | Manufacturer Customer Satisfaction Program<br>issued<br>Program #N140203<br>CORVETTE LOW-BEAM HEADLAMPS<br>INOPERATIVE<br>Status. Remedy Available<br><br>Locate an authorized General Motors dealer<br>to obtain more information about this<br>campaign. |
| 02/23/2015 | 13,450 | Florida<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 03/06/2015 | | Florida<br>Motor Vehicle Dept.<br>Palm Beach Gardens,<br>FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as<br>personal vehicle<br>Vehicle color noted as Gray |

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 03/23/2015 | | Florida<br>Motor Vehicle Dept.<br>Palm Beach Gardens,<br>FL<br>Title #0104576151 | Title issued or updated<br>New owner reported<br>Titled or registered as<br>personal vehicle<br>Loan or lien reported<br>Vehicle color noted as Gray |
| 07/05/2016 | | Florida<br>Motor Vehicle Dept<br>Palm Beach Gardens,<br>FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as<br>personal vehicle<br>Loan or lien reported<br>Vehicle color noted as Gray |
| 12/26/2016 | | Florida<br>Motor Vehicle Dept.<br>Palm Beach Gardens,<br>FL<br>Title #0104576151 | Registration issued or renewed<br>Titled or registered as<br>personal vehicle<br>Vehicle color noted as Gray |

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 10/29/2017 | 16,406 | Florida<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 11/07/2017 | | Florida<br>Motor Vehicle Dept.<br>Delray Beach, FL<br>Title #0104576151 | Title issued or updated<br>Registration issued or renewed<br>New owner reported<br>Titled or registered as<br>personal vehicle<br>Vehicle color noted as Gray |
| 01/04/2019 | 17,521 | Indiana<br>Motor Vehicle Dept.<br>Carmel, IN | Odometer reading reported |
| 01/08/2019 | | Indiana<br>Motor Vehicle Dept.<br>Carmel, IN<br>Title<br>#19811005000485 | Title issued or updated<br>Vehicle repossessed |
| 01/21/2019 | | Auto Auction<br>Florida | Vehicle sold |
| 02/18/2019 | 17,531 | Auto Auction | Vehicle sold |

Low mileage!
This owner drove
less than the
industry average
of 15,000 miles
per year.

Millions of used vehicles are
bought and sold at auction
every year.

209

| 04/24/2019 | 17,636 | Auto Auction Arkansas | Vehicle offered for sale Vehicle sold |
| 05/14/2019 | 17,659 | Auto Auction New York | Vehicle offered for sale Vehicle sold |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.



**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Repossession**
When a repossession occurs a vehicle owner fails to make loan payments, and the financial institution holding the title takes possession of the vehicle.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:  facebook.com/CARFAX   @CarfaxReports

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2019 CARFAX, Inc., a unit of IHS Markit. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512; 8,600,823; 8,595,079; 8,606,648, 7,505,838
6/7/19 1:42:26 PM (CDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2009 CHEVROLET CORVETTE vehicle (VIN: 1G1YZ26E295110239), which is based on information supplied to CARFAX and available as of 6/7/19 at 2:42 PM (EDT).

| Customer Signature | Date | Dealer Signature | Date |

https://www.carfaxonline.com/api/report?vin=1G1YZ26E295110239

EXHIBIT "AA"

sdmotorwerks@gmail.com

| | |
|---|---|
| **From:** | do-not-reply@manheim.com |
| **Sent:** | Friday, June 7, 2019 12:58 PM |
| **To:** | Rick Hagen |
| **Subject:** | Vehicle Left Lot Notification |



# VEHICLE LEFT LOT
Vehicle Has Left Auction Location

## 2009 Chevrolet Corvette
1G1YZ26E295**110239**

Thank you for doing business with us.

Manheim.com  Privacy Policy  Marketplace Policies

©2015 Manheim. All rights reserved.

Update preferences  Unsubscribe

If you have questions or feedback for us, please contact Customer Care by phone at 1-866-626-4346 or at info@manheim.com.

Prices may not reflect the total amount due. Auction reserves the right to void any transaction. Purchase pending verification of details like credit approval and receipt of payment. Gate passes issued only after payment received.

Manheim.com   Privacy Policy   Marketplace Policies

©2015 Manheim, All rights reserved.

Update preferences   Unsubscribe

EXHIBIT "AB"

## Rick Hagen

| | |
|---|---|
| **From:** | Rick Hagen |
| **Sent:** | Thursday, June 13, 2019 1:50 PM |
| **To:** | Rick Hagen |
| **Subject:** | Fwd: cr report   [ ref:_00D507W0a._5001Y1Edyf3:ref ] |

Sent from my iPhone

Begin forwarded message:

> **From:** Robert Lockett <robert.lockett@coxautoinc.com>
> **Date:** June 13, 2019 at 1:35:26 PM PDT
> **To:** "rick@euromotorwerkssandiego.com" <rick@euromotorwerkssandiego.com>
> **Subject:** cr report   [ ref:_00D507W0a._5001Y1Edyf3:ref ]
>
> 2009 Chevrolet Corvette2dr Cpe Z06 w/2LZ
> 1G1YZ26E295110239  17,677 miRear Wheel Drive8 Cylinder Engine6-Speed M/THard TopLeather Lane/Run
> N/A
>
> Facilitation
> Manheim Palm Beach
>
> Seller
> RMKTG BY ELEMENT/NEXTGEAR CAPITAL
> 1/12
>
> All (12)
> Ext (2)
> Int (3)
> Misc (2)
> Damages (5)
> 14
> Damages
>
> 1.3
> Rough
> No Structural Damage

## Prior Paint

1
1
1
2
Tires

Clean
Drivable

Starts

No Odor

1
Keys
1
Fobs
0

Title? (No Data)
Announcements
ENGINE MODIFIED
High Value Options
Bluetooth Connection
Climate Control
Fog Lamps
Heads-Up Display
Heated Front Seat(s)
Keyless Start
Multi-Zone A/C
Power Driver Seat
Premium Sound System
Satellite Radio
Seat Memory
Tire Pressure Monitor
Damage Overview
View Full Damage List and Repairs
Save as your default view

Sort by
Exterior (8)  Interior (1)  Structure (0)  Other (5)
None
Severe
Click on highlighted area to read details
and see additional images.

LF Tire
Condition

216

Worn
Severity
Replacement Required
Type
Miscellaneous
LR Tire
Condition
Worn
Severity
Replacement Required
Type
Miscellaneous
Rear Bumper Cover
Condition
Prev Repair
Severity
Buffable
Type
Previous Repair
RR Tire
Condition
Worn
Severity
Replacement Required
Type
Miscellaneous
R Qtr Panel
Condition
Prev Repair
Severity
Buffable
Type
Previous Repair
RF Door
Condition
Prev Repair
Severity
Buffable
Type
Previous Repair
RF Fender
Condition
Prev Repair
Severity
Buffable
Type
Previous Repair
RF Tire
Condition
Worn
Severity
Replacement Required

217

Type
Miscellaneous
Disclaimer ?
Tires & Wheels
Wheels Aluminum
Left Front
MICHELIN
1/32?
285/30R19.0
Right Front
MICHELIN
1/32?
285/30R19.0
Left Rear
MICHELIN
1/32?
335/25R20.0
Right Rear
MICHELIN
2/32?
335/25R20.0
6/32 +
5/32 to 4/32
< 4/32
N/A
Spare
(Compact)
N/A
History
AutoCheck  View Full AutoCheck
No. of Historical Events
26
Last Reported Event Date
06/06/2019
Calculated Owners
3
Last Reported Mileage
17,676
Calculated Accidents
0
Title and Problem Check
Vehicle checks out!
Odometer Check
Vehicle checks out!
Use and Event Check
Specific vehicle use(s) or events reported
AutoCheck Buyback Protection
Qualifies
AutoCheck Terms and Conditions
CARFAX View CARFAX
Details
Exterior Color

218

Cyber Gray Metallic

Ebony

Top Type

Hard Top

MSRP

Not Available

Title State

IN

Title Received

01/28/2019

Received Date

01/30/2019

Inspection Location

Manheim Palm Beach

Work Order

1786679

In Service Date

Not Available

Org Mfg Basic Warranty

*3 Years/36,000 Miles

*Manheim is not responsible for voided warranties

Equipment  Manufacturer Info

Options

A/C

Adjustable Steering Wheel

AM/FM Stereo

Auto-Dimming Rearview Mirror

Automatic Headlights

Bucket Seats

Cargo Shade

CD Player

Cruise Control

Daytime Running Lights

Driver Air Bag

Driver Illuminated Vanity Mirror

Driver Vanity Mirror

Floor Mats

Front Reading Lamps

Front Side Air Bag

Leather Steering Wheel

Passenger Air Bag

Passenger Air Bag Sensor

Passenger Illuminated Visor Mirror

Passenger Vanity Mirror

Power Door Locks

Power Mirror(s)

Power Outlet

Power Steering

Power Windows

Rear Defrost

Remote Trunk Release

Steering Wheel Audio Controls
Telematics
Traction Control
Trip Computer
Universal Garage Door Opener
Interior
Leather
Odometer Operable
Mechanical
6-Speed Manual Transmission
7.0L None
8 Cylinder Engine
ABS Brakes
Gasoline Fuel
Rear Wheel Drive
Keys
Master - 1
Common Abbreviations

Vehicle condition reports contain representations made by the seller and subjective input based on inspector judgment, which may affect any AutoGrade score. The use of the report and any AutoGrade score is subject to the Manheim Terms and Conditions and the NAAA Generic Condition Report Position Statement.

This grade was calculated under the assumption that some repairs may be covered under manufacturer warranty.

? Damage Overview diagrams are not an exhaustive representation of vehicle damage and should be viewed in conjunction with the damage detail list on each tab.

*Process protected under U.S. Patent No. 8,320,362

VIN: 1G1YZ26E295110239,
Work Order: 1786679

© 2019 Manheim. All Rights ReservedReturn to the classic CR
Top
Email or call Manheim Customer Care at 1-866-MANHEIM (1-866-626-4346), Mon-Sat 8a-12m and Sun 6p-10p ET
By using this site, you accept the Visitor Agreement, Privacy Policy, and Marketplace Policy.  Feedback
© 2018 Manheim. All rights reserved.
ref:_00D507W0a._5001Y1Edyf3:ref

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| DIPITO LLC, CHIDIEBERE AMADI, RICHARD JOHN HAGEN AND CARRIE SORRENTO | MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANNHEIM INVESTMENTS INC. AKA COX AUTO ACUTIONS, LLC, MANNHEIM INVESTMENTS INC., ET AL |

**(b)** County of Residence of First Listed Plaintiff **San Diego**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Riverside**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Michael A. Alfred, Esq., 7220 Trade St #104, San Diego, CA 92121, 858.566.6800

Attorneys *(If Known)*
TBD

**'21 CV 1205 H     JLB**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 1962(C)

Brief description of cause:
Conspiracy to Conceal Hidden Damages to Vehicles prior to sale at Auction.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
07/01/2021

SIGNATURE OF ATTORNEY OF RECORD
*Michael A. Alfred*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

221

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.