UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company d/b/a San Diego Motorwerks; CHIDIEBERE AMADI, an individual,<br><br>                                    Plaintiffs,<br><br>v.<br><br>JERRY SIDERMAN, an individual; BMW FINANCIAL SERVICES NA, LLC; CENTER AUTOMOTIVE, LLC, d/b/a Center BMW; and DOES 1 through 200, inclusive,<br><br>                                    Defendants. | Case No.: 3:21-cv-01205-H-JLB<br><br>**ORDER GRANTING PLAINTIFFS AN EXTENSION OF TIME TO FILE OPPOSITION AND CONTINUING HEARING DATE** |

On December 21, 2022, Defendant Center Automotive, Inc. ("Center") filed a motion to dismiss for failure to effect service of process. (Doc. No. 78.) A hearing on the motion to dismiss is currently scheduled for January 30, 2023. Under Civil Local Rule 7.1(e)(2), Plaintiffs' opposition to the motion was due by Friday January 13, 2023 because Monday January 16, 2023 was a holiday. To date, Plaintiffs have failed to file an opposition.

The Court grants Plaintiffs a two-week extension of time to file an opposition. Plaintiffs must file an opposition by **January 27, 2023**. Center may file a reply in support

of their motion on or before **February 3, 2023**. The Court continues the hearing on Defendant Center's motion to dismiss from January 30, 2023 to **Monday, February 13, 2023 at 10:30 a.m.**

     **IT IS SO ORDERED.**

DATED: January 18, 2023

/s/ Marilyn L. Huff
MARILYN L. HUFF, Senior District Judge
UNITED STATES DISTRICT COURT