1  Michael A. Alfred, Esq., SBN 113716
   Law Office of Michael A. Alfred
2  7220 Trade Street, Suite 104
   San Diego, California 92121
3  (858) 566-6800
4
   Attorney for Plaintiff
5
6                    UNITED STATES DISTRICT COURT

7                   SOUTHERN DISTRICT OF CALIFORNIA
8
9  DIPITO LLC, A MONTANA LLC DBA SAN ) Case No.: 3:21-cv-01205
   DIEGO MOTORWERKS;                 )
10 CHIDIEBERE AMADI, AN INDIVIDUAL;  )  **REQUEST FOR ENTRY OF DEFAULT**
   RICHARD JOHN HAGEN DBA            )  **JUDGMENT AGAINST DEFENDANT**
11 EUROMOTORWERKS; RICHARD JOHN      )  **JERRY SIDERMAN**
   HAGEN, AN INDIVIDUAL;             )
12 AND CARRIE SORRENTO, AN           )
   INDIVIDUAL,                       )
13                                   )
                                     )
14                       Plaintiff,  )
                                     )
15                                   )
   vs.                               )
16                                   )
                                     )
17 MANHEIM RIVERSIDE AKA COX AUTO    )
   INC. AKA MANHEIM                  )
18 INVESTMENTS INC. AKA COX AUTO     )
   AUCTIONS, LLC; MANHEIM            )
19 NEVADA AKA COX AUTO INC. AKA      )
   MANHEIM INVESTMENTS INC.          )
20 AKA COX AUTO AUCTIONS, LLC;       )
   CARFAX, INC.; NEXTGEAR            )
21 CAPITAL; DANNY BRAUN, AN          )
   INDIVIDUAL; CESAR ESPINOSA, AN    )
22 INDIVIDUAL; STEVE HARMON, AN      )
   INDIVIDUAL; JERRY SIDERMAN, AN    )
23 INDIVIDUAL; BMW OF NORTH          )
   AMERICA, LLC; CENTER              )
24 AUTOMOTIVE, INC DBA CENTER BMW;   )
25 AND DOES 1 THROUGH                )
   200                               )
26                    Defendants.    )
27
28

---

Request For Entry of Default Judgments – 3:21-cv-01205                                Page 1

     Plaintiff DIPITO LLC, requests the entry of judgment by default be entered against Defendant JERRY SIDERMAN pursuant to Federal Rule of Civil Procedure 55(B).  In support of this request plaintiff relies upon the record in this case and the declaration submitted herein.

Dated:  March 1, 2023               LAW OFFICE OF MICHAEL A. ALFRED

                                    By:  *Michael Alfred Esq.*
                                        Michael A. Alfred
                                        Attorney for Plaintiff