Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, AN INDIVIDUAL; RICHARD JOHN HAGEN DBA EUROMOTORWERKS; RICHARD JOHN HAGEN, AN INDIVIDUAL; AND CARRIE SORRENTO, AN INDIVIDUAL, <br><br> Plaintiff, <br><br> vs. <br><br> MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC; MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, AN INDIVIDUAL; CESAR ESPINOSA, AN INDIVIDUAL; STEVE HARMON, AN INDIVIDUAL; JERRY SIDERMAN, AN INDIVIDUAL; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC DBA CENTER BMW; AND DOES 1 THROUGH 200 <br><br> Defendants. | Case No.: 3:21-cv-01205 <br><br> **AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT JERRY SIDERMAN** |

I, Michael A. Alfred, being duly sworn, state as follows

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on July 1, 2021.

3. Defendant JERRY SIDERMAN was served with a copy of the Summons and Complaint on July 26, 2021, as reflected on the docket sheet (#4) by the proof of service filed on July 27, 2021.

4. An answer to the complaint was due on or about August 16, 2021.

5. Defendant JERRY SIDERMAN has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now and remains in default.

6. The default of Defendant JERRY SIDERMAN was entered on July 29, 2022.

7. To my best information and belief, Defendant is not an infant or incompetent person.

8. Defendant is not in military service such that the Soldiers' and Sailors' Civil Relief Act of 1940 would apply.

9. Defendant willfully violated California laws as they pertain to Quasi-Contact/Restitution. California courts "have frequently construed causes of action labeled 'unjust enrichment' as a 'quasi-contract claim seeking restitution." *Mohebbi v. Khazen* (N.D. Cal. 2014) 50 F.Supp.3d 1234, 1260.12 California courts have held that "restitution may be awarded in lieu of breach of contract damages when the parties had an express contract, but it was procured by fraud and is unenforceable or ineffective for some reason." *Rutherford Holdings, LLC v. Plaza Del Rey* (2014) 223 Cal.App.4th 221, 231. Plaintiff purchased a highly defective vehicle at the Manheim Riverside Auto Auction. Manheim Riverside represented BMW/SIDERMAN at the auction sale under an express contract aka "Manheim Terms and Conditions." **EXHIBIT A**. SIDERMAN concealed and failed to disclose known structural and other safety defects. SIDERMAN concealed and failed to disclose major insurance claims made and paid. SIDERMAN concealed and failed to disclose the extent of body/paint damage to the subject vehicle. SIDERMAN is liable for the amount paid for the subject vehicle in the amount of $53,050.00. (See Complaint Exhibit E.)

10. Plaintiff seeks Attorney Fees under California Civil Code 1717. Plaintiff has computed this reasonable attorney fees in the amount of $55,000. **EXHIBIT B**. Civil Code 1717.

    (a) In any action on a contract, where the contract specifically provides that attorney's fees and costs, which are incurred to enforce that contract, shall be awarded either to one of the parties or to the prevailing party, then the party who is determined to be the party prevailing on the contract, whether he or she is the party specified in the contract or not, shall be entitled to reasonable attorney's fees in addition to other costs.

    (b) Where a contract provides for attorney's fees, as set forth above, that provision shall be construed as applying to the entire contract, unless each party was represented by counsel in the negotiation and execution of the contract, and the fact of that representation is specified in the contract.

    (c) Reasonable attorney's fees shall be fixed by the court and shall be an element of the costs of suit.

11. Plaintiff seeks Indemnification of Attorney fees awarded to Manheim Auto Auction which was due to their successful defense holding them harmless for the action perpetrated by SIDERMAN. **EXHIBIT C.**

12. **The Bill of Costs is attached hereto as EXHIBIT D.**

13. Under Federal Rules of Civil Procedure Rule 55 and Local Rules Civ.LR 7.1, Plaintiff has satisfied the requirements for filing this their Request for Entry of Default Judgment.

    WHEREFORE, Plaintiff respectfully request the Court to grant Default Judgments against the defaulted Defendant JERRY SIDERMAN for actual damages, costs per the attached Bill of Costs including prevailing party attorney's fees incurred by Plaintiffs, including pre-judgment and post judgment interest, against the defaulted Defendant.

1

2 Dated:  March 1,  2023           LAW OFFICE OF MICHAEL A. ALFRED

3

4                                   By: _____

5      3/2/2023                        Michael A. Alfred

6                                      Attorney for Plaintiff

7                    **SEE ATTACHED CALIFORNIA JURAT STATEMENT**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of _San Diego_ )

Subscribed and sworn to (or affirmed) before me on this ___2nd___ day

of ___MARCH___, 20 23, by ___M. Clare Anthony___

___Atkins___,

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

ASHWIN ASHER
Notary Public - California
San Diego County
Commission # 2437405
My Comm. Expires Feb 7, 2027

(Seal)

Signature _____

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

containing _____ pages, and dated _____ .

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____   Entry # _____

Notary contact: _____

Other

☐ Affiant(s) Thumbprint(s)  ☐ Describe: _____

© Copyright 2007-2015 Notary Rotary, Inc. PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101884. Please contact your Authorized Reseller to purchase copies of this form.

# EXHIBIT "A"

# Manheim Terms and Conditions

English | Español

*Updated:* November 1, 2019

Welcome to Manheim, the world's largest provider of vehicle remarketing services. By attending any of Manheim's private auctions or using any of Manheim's services, whether at a Manheim location or online, you agree, for yourself, your dealership, your company, and your representatives (collectively, "you"), to abide by the following terms and conditions, as amended from time to time by Manheim:

1.   **Manheim:** These terms and conditions govern your use of and access to the automobile auctions, websites, mobile sites, online tools, and other service delivery channels made available by Manheim Remarketing, Inc. and its various subsidiaries and affiliates, including the various Manheim auto auctions, Cox Automotive, Inc., and others (collectively, "Manheim," "we," "our," or "us"). These terms and conditions are in addition to, and not in lieu of, any more specific agreements you may have or make with Manheim (e.g., sales invoices, consignment agreements, online visitor agreements, privacy policies, loan agreements, etc.). To the extent there is any conflict between these terms and conditions and other more specific agreements you have signed with Manheim, those other more specific agreements will control. Manheim may amend these terms any time by posting an amended version on its website, which shall become effective on the date of posting. Time is of the essence with respect to all of your duties hereunder.

2.   **Accuracy of Information:** You certify that all registration and representative information you have provided to us, via AuctionACCESS and otherwise, is true, correct, and complete.  You agree to promptly update your information via AuctionACCESS if there is any change to the information you have provided.

3.   **Fairness and Courtesy:** You agree to behave in a fair, ethical, courteous, and civil manner in your interactions with us, our personnel, and our other customers while participating in any Manheim auction, when accessing our online and mobile sites, or when otherwise using any of Manheim's services. Should you have issues or concerns with the behavior of our personnel or other customers while attending any Manheim auction that cannot be resolved quickly and civilly on your own, you will raise those issues discreetly with our management.

4.   **Dealer Only:** With limited and specifically-advertised exceptions, our sales are dealer-only wholesale auctions open only to pre-registered and pre-approved licensed motor vehicle dealers, banks, manufacturers, and other commercial buyers (each a "Buyer") and sellers (each a "Seller"). Curbstoning (i.e. retail sales from our premises) is strictly prohibited. You agree not to bring any actual or prospective retail buyers to Manheim, or to give them access to Manheim's online portals, or to negotiate or consummate any retail transactions on or adjacent to any of our property. You further agree not to appoint any representatives to act on your behalf who are not bona fide agents of your dealership. You also represent to us that your purchases through us are for resale only and exempt from any state sales tax and agree that you, and not Manheim, are responsible to

pay any taxes or tariffs on your related or subsequent transactions.

**5.   Bidding:** Unless announced otherwise during the sale, all units are sold with reserve, and the auctioneer may bid up to the reserve. Seller bidding and use of shills are strictly prohibited. Bidders should remain aware and satisfy themselves as to a unit's condition and value before bidding and bring any incidents of improper bidding to management's attention immediately at the close of bidding on a unit. Otherwise, participants ratify the auction of the unit.

**6.   Terms of Sale:** You agree to the following terms of sale for each vehicle you buy or sell through Manheim ("Vehicle"), as well as the Manheim Arbitration Policies (as defined below) that apply in the jurisdiction of sale:

(a)   Buyer is the transferee and agrees to purchase the Vehicle; Seller is the transferor and agrees to sell the Vehicle. Manheim is merely the auctioneer or facilitator in the transaction and expressly disclaims any and all express and/or implied warranties or conditions as to merchantability, merchantable quality, fitness for a particular purpose, or any other matter whatsoever with respect to a Vehicle, and Manheim, not being the seller of the Vehicle, makes no warranty whatsoever with respect to title to the Vehicle, other than the limited title guarantee set forth below. You acknowledge and agree that you are a sophisticated commercial party and agree to satisfy yourself as to the condition and value of a Vehicle and the terms of any bid before bidding or selling. You further agree to look to the counter-party Buyer or Seller (as applicable) in such a transaction, and not Manheim, for any legal claims falling outside your rights under the Manheim Arbitration Policies.

(b)   Any adjustments or rejections must be raised the day of sale and resolved prior to settlement. Vehicles must be paid for on the day of purchase, or Manheim may, at its discretion, impose fees as described below in Section 8 and/or consider the sale null and void.

(c)   Vehicles shall be removed from Manheim premises no later than the sixth (6th) day following the date of sale, and thereafter, Manheim may charge a reasonable daily storage fee of up to $25 per day should any Vehicle be left on Manheim premises.

(d)   Title to a Vehicle does not pass to Buyer until good funds are received. Buyer grants Manheim a security interest in each Vehicle to secure payment of the purchase price and of any other debt owing from Buyer to Manheim (including affiliates). You agree that Manheim may resell any Vehicle, if retained or repossessed, at a regular Manheim sale or through any affiliated sale, including Manheim's online sales channels, which are established commercially reasonable markets for the sale of motor vehicles.

(e)   Buyer agrees:

(i)   to purchase the applicable Vehicle for the purchase price established by the auctioneer, or displayed on any online platform as the purchase price of the Vehicle, and shown on the final bill of sale or other final purchase receipt from us;

(ii)   before settling for such Vehicle, to check the serial and/or engine numbers on such Vehicle with those on the certificate of title and to compare the actual condition of such Vehicle with its description and with the announcements and Seller disclosures, if any;

(iii)   not to resell such Vehicle until good funds have been transmitted to Manheim;

(iv)   upon making settlement, regardless of payment method, to consider the sale a fully

consummated cash transaction for present consideration;

(v)    that no stop payment of any Buyer check to Manheim shall be honored;

(vi)    that any stop payment order of a check/draft, electronic funds transfer, or wire transfer, or giving a check/draft which is returned unpaid shall be deemed to be evidence of fraud existing at the time of payment and shall be construed as an intent to defraud in order to obtain the Vehicle and/or its title;

(vii)    that Manheim may deposit any check or draft immediately upon receiving it, regardless of whether such Vehicle's certificate of title has been submitted by Seller or whether Buyer has asked Manheim to hold the instrument;

(viii)    to make any claim of defects in such Vehicle with Seller, who shall be solely responsible for those claims, and to immediately notify Manheim of such claims pursuant to its policies;

(ix)    that Buyer will comply with Subsection 6(c) above with respect to removal of Vehicles from Manheim's premises and payment of daily storage fees; and

(x)    that Buyer is responsible for Buyer's own transportation of such Vehicle.

(f)    You represent and warrant to Manheim that you are solvent, that you are a licensed or duly authorized motor vehicle dealer in good standing or otherwise authorized to sell or buy on a commercial wholesale basis in the relevant jurisdiction(s), and that any Vehicle you purchase is purchased solely for resale.

(g)    Seller represents and warrants that Seller is the true and lawful owner of the Vehicle being sold; that the Vehicle is free from all liens and encumbrances; that Seller has good right and full power and authority to sell and transfer title to the Vehicle; and that Seller will warrant and defend the Vehicle against the claims and demands of all persons whomsoever.

(h)    You agree that any amounts owing to Manheim may be deducted from any proceeds or other property due to you and that Manheim may stop payment or refuse to authorize payment on any check or draft to you and hold any consigned vehicles pursuant to this right of setoff. Manheim may hold any of your property in Manheim's possession for a reasonable period of time pending any odometer fraud, VIN-switch, or similar investigation.

(i)    Seller acknowledges responsibility for completion and execution of the required odometer mileage statement pertaining to any Vehicle on the invoice for such Vehicle and/or on the certificate of title for such Vehicle.

(j)    Upon payment to Seller, Manheim shall be subrogated to all of Seller's and Buyer's respective rights, and Seller and Buyer agree to promptly take any action or sign any document deemed necessary, in Manheim's sole discretion upon Manheim's request, to secure such rights and do nothing to prejudice them.

(k)    Limited Title Guarantee: Upon full payment by Buyer and upon delivery of the certificate of title of Vehicle to Buyer, Manheim will guarantee title to be free and clear of liens and encumbrances as of such delivery as, and only as, follows:

(i)    This limited guarantee shall last for a period of four (4) years from the date of sale and applies only to stolen Vehicles and mortgage liens. The amount of Manheim's liability under this limited

guarantee of title shall never exceed the auction sale price of the Vehicle and shall be reduced by deducting from said sale price two percent (2%) on the first of each month following the date of sale until the date of payment, with all liability of Manheim expiring and terminating on the first day of the 48th month after that date.

(ii)   Manheim's limited guarantee of title is expressly limited to Buyer of the applicable Vehicle and is not negotiable or transferable. The limited guarantee shall be void if the purchase price for the Vehicle is not paid by Buyer, and it does not protect against defects in the title known to Buyer whether or not listed as exceptions on the face of the bill of sale for such Vehicle.

(iii)   Whenever any claim is made by any person against the title of any Vehicle, whether by suit or otherwise, Buyer must, within five (5) days after becoming aware of said claim, notify Manheim, giving full particulars of the claim, and shall cooperate fully in defending any legal action and in taking any other steps to minimize possible loss. Failure to satisfy these conditions shall void Manheim's liability under this limited guarantee.

(iv)   Buyer shall not surrender possession of any Vehicle, except as required by legal process, to any such claimant, nor shall it voluntarily pay or acknowledge the validity of any such claim, in each case without the prior written approval of Manheim.

(v)   On payment of any claim under this limited guarantee, Buyer will return the applicable Vehicle to Manheim, if and as requested, and execute all necessary documentation subrogating its right to recover against Seller, or others, to Manheim.

(l)   Disclaimers and Indemnification

(i)   You agree that Manheim is responsible for neither odometer mileage on any Vehicle nor the information contained in the odometer mileage statement which Seller, as transferor, is required to complete and deliver, and Buyer, as transferee, is required to acknowledge.

(ii)   You agree that all representations or disclosures concerning any Vehicle are solely the responsibility of Seller, whether made on the block, before the sale, or otherwise, and you acknowledge and agree that Manheim has made no representations or disclosures whatsoever about any Vehicle, including any representation as to the accuracy of data included in vehicle history or condition reports, regardless of whether Manheim has interpreted such information as a courtesy to you or on your behalf.

(iii)   You acknowledge that Manheim is merely performing an auction service and expressly disclaims all express and/or implied warranties or conditions as to merchantability, merchantable quality, fitness, or any other matter whatsoever, and Manheim, not being the seller of the vehicle, makes no warranty whatsoever with respect to title to the Vehicle, other than the limited title guarantee set forth above.

(iv)   You agree, jointly and severally with any Buyer or Seller (as the case may be), to indemnify, defend, and hold Manheim harmless from and against any and all liability, loss, cost, damage, or expense, including attorneys' and legal fees, as applicable, which are in any way related to or may otherwise arise, either directly or indirectly, from any Vehicle, including, but not limited to, the purchase or sale of any Vehicle, any matters relating to odometer mileage or odometer mileage statements, any damage or condition disclosures or lack thereof, and/or any damage caused by transporters or other agents of either Buyer or Seller.

(v)   If Manheim is required to make or defend a claim related in any way to a Vehicle or Vehicle

(l)   If Manheim is required to make or defend a claim, related in any way to a vehicle or vehicle transaction, from or against either Seller or Buyer or an agent, employee, insurer, or bonding company of either, then Manheim shall recover, in addition to the amount of the claim and the costs incurred in the claim, reasonable attorneys' fees and legal fees in an amount not less than twenty-five percent (25%) of the amount of the claim, regardless of whether suit is filed, including appellate and bankruptcy fees and costs. Interest shall accrue on the unpaid balance of any such claim at the rate of one and one-half percent (1.5%) per month, provided that, if applicable law permits a higher rate, such higher rate will apply.

(m)   You acknowledge and agree that any Vehicle is purchased for resale in the form of tangible personal property in the regular course of business and is the sort usually purchased by you for resale.  In the event that any Vehicle is used for any purpose other than for resale, you will pay directly to the proper taxing authorities such sales or use tax as may then be accrued and become payable. As a Buyer, you further certify that you hold a retail sales tax registration certificate, license, or other permit, issued by the sales taxing authority of your city, state/territory, county, and/or country, as appropriate.

(n)   If the Vehicle is purchased "for export only" or equivalent, you will: (A) transport it out of the country as soon as reasonably practicable; (B) not resell or use it domestically; (C) not further transform or alter the Vehicle domestically; and (D) provide us with satisfactory evidence of exportation of the Vehicle upon request.

(o)   MANHEIM RESERVES THE RIGHT TO VOID, UNWIND, ADJUST, OR CANCEL ANY TRANSACTION IN ITS SOLE DISCRETION.

7.   **Vehicle Arbitration Rules:** You agree and acknowledge that:

(a)   you have received and read a copy of our prevailing National Auto Auction Association Arbitration Policy, including any Manheim addendums, and, if applicable, the Manheim $3,000 & Under Arbitration Policy, each of which are available at www.manheim.com/market_policies (collectively, the "Manheim Arbitration Policies");

(b)   you understand and are bound by the Manheim Arbitration Policies, which may be amended unilaterally by us from time to time, when participating in any transactions at Manheim; and

(c)   any dispute arising from the purchase or sale of a Vehicle through Manheim will be resolved in accordance with the Manheim Arbitration Policies, which are incorporated herein by reference and as may be amended from time to time by posting on Manheim's website, and our decision as arbitrator shall be final and binding upon you with respect to any transaction.

8.   **Payments:** Payments for goods or services must be made by the registered customer purchasing those goods or services or a pre-established direct floor planner acting on that customer's behalf. Although we retain the discretion to make appropriate exceptions, other third-party payments generally will not be accepted. Payments must be made in good funds and in a form acceptable to Manheim. Manheim reserves the right, in its sole discretion, to change the forms and types of payment that are accepted by Manheim. In addition to any other rights Manheim may have, you agree, in accordance with the Late Payment Policy found in Manheim Marketplace Policies on Manheim.com, to pay a late fee on any unpaid obligations to Manheim not received by us in full, on time, and otherwise in accordance with these Terms and Conditions.  You further agree that, if any electronic debit or check or draft we present on your bank account is returned unpaid, you will pay a service charge of up to $100.00. Manheim may

waive these fees in its sole discretion.

**9.  Electronic Payment Authorization:** You agree that, if you designate a bank account for payment of amounts you owe us, including, but not limited to, by adding a bank account to your online profile, we may use such account information to initiate ACH entries to your bank account, including debit entries for amounts you owe us from time to time as such amounts become due, credit entries for amounts we owe you, and debit or credit entries in any amount necessary to correct an error. You understand that, other than account information we routinely make available to you online, we will not provide any notice to you prior to initiating entries and that you are responsible for ensuring that your account balance is sufficient to cover debits for amounts you owe us. You agree that any authorizations we initiate to your bank account must comply with applicable law and NACHA Operating Rules. This authorization is in addition to, and does not terminate or alter, any other authorization for electronic payments (including ACH authorizations) that we have on file or that you provide us in the future.

**10.  Electronic Signatures:** You acknowledge and agree that you and we may, from time to time, find it expedient to utilize electronic signature(s), acknowledgement(s), consent(s), "click-through(s)," or other approval(s), direct or indirect, for access to auctions, bills of sale, receipts, titles, and other documents or disclosures necessary or incidental to the transaction of business at Manheim, whether online, in emails, at the check-in kiosk, on the auction block, at security, or otherwise, which makes your business with us easier, faster, and more efficient. To that end, you agree that any such forms of approval from you shall be effective and binding upon you, in the same manner as a handwritten signature, where circumstances indicate your intent to be bound and/or we choose to rely on such approval(s), and may be documented by us, in our discretion, on paper or digital versions of such records, by printing your name, noting "signature on file," or using any other similar convention. Regardless of whether your consent or approval was given, or in what form, you agree that you will be deemed to have ratified any transaction with or through us that you do not dispute in writing within 24 hours of confirmation by Manheim.

**11.  Transportation of Vehicles:** We may, from time to time in our discretion, transport or arrange via third parties to transport vehicles belonging to you at your request and/or as deemed necessary or desirable by us. In such cases, we are not liable for theft, conversion, loss, injuries, damage, claims, expenses (including legal fees), suits, or demands related to such vehicles (collectively, "Transportation Claims"), howsoever caused and to whomever caused. Such vehicles are being transported for you and at your request, and you assume all risks associated with the transportation of your vehicles. You further acknowledge and agree that your only claim or remedy for Transportation Claims, if any, shall be to and against the third-party carrier, its insurer, your own insurer, or the third-party that caused the alleged damage, and not to, against, or involving us.

**12.  Off-Site Sales:** If we agree to provide any auctioneering or other services to you at a facility other than a Manheim facility (whether owned by you or an independent third party), we will not be liable for theft, conversion, loss, injuries, damage, claims,  expenses (including legal fees), suits, demands, or alleged regulatory or zoning violations related to such facilities or the vehicles stored on, or sales events conducted at, such facility, and these terms and conditions will otherwise apply in all respects to such services. Unless agreed otherwise by us in writing, those services will be provided to you at the rates then applicable at our nearest permanent facility, which rates are subject to change at any time. You also agree to reimburse Manheim for any reasonable out-of-pocket expenses we actually incur in connection with services provided to you at such off-site locations. For any vehicles physically located away from a Manheim facility when auctioned (whether at an off-site sales event hosted by you or through Manheim's online platform), the Seller

shall have three (3) business days, inclusive of the sale date, to make the vehicle available to the Buyer. The risk of loss or damage to the vehicle shall shift from the Seller to the Buyer upon the earlier of (i) actual pick-up by the Buyer or its agent; or (ii) two (2) business days after Seller truthfully notifies the Buyer the vehicle is available for pick-up at the location stated in the sale listing.

**13.  Storage of Vehicles:** Unless expressly agreed to the contrary in a writing signed by us, we are not a bailee of your property, consigned or otherwise. If you leave your vehicles or other property unattended on our premises or otherwise in our care, regardless of the reason, you are solely responsible for any and all damage, theft, or loss relating to such property, including any damage caused by weather conditions, regardless of our knowledge or involvement, and we may charge you storage fees as provided above in Section 6. We may also treat any such vehicle or other property as abandoned if left on our property more than 30 days and proceed to transfer or sell it to satisfy any obligations to us or as otherwise provided by applicable law.

**14.  Safety and Assumption of Risk:** Like all auto auctions, our various facilities are busy places with many vehicles, customers, and personnel moving around the premises at all times, particularly during sales events. You understand and acknowledge that the movement of vehicles, equipment, and individuals at our facilities constitutes an open and obvious condition and that Manheim is not obligated to warn you of such conditions. You agree to obey posted signs and follow any warnings you receive from our personnel, particularly as they relate to safety and security issues. You also agree to use extreme care while on our premises to avoid injury to yourself and others, both in moving vehicles on and off the premises and in traversing any sale lanes, parking lots, and offices on foot and otherwise. By entering our private premises, you assume the risk of injury.

**15.  Bound by Representatives:** You are responsible for all activities that occur on your account(s) with us. You are bound by the actions of, and transactions entered into by, your actual and appointed representatives, including (i) all persons who, from time to time, submit a completed Individual Authorization Letter to Manheim or to AuctionACCESS signed by or for you; and (ii) any other person authorized by you in writing, verbally, or otherwise to represent you at or with Manheim. You are responsible for monitoring your appointed representatives and protecting the privacy of your username, login information, and AuctionACCESS number and/or card and agree to inform us immediately, in writing, of any unauthorized use of same. If you are checking in or logging in as a representative for a dealership other than your own, you agree that you are a duly appointed and authorized representative for that dealership and have authority to bind that dealership to any actions or transactions you conduct.

**16.  No Right to Do Business:** You have no obligation to do business with us. Likewise, you agree and acknowledge that we have no obligation to do business with you. We are affiliated private businesses; we reserve the right to cease doing business with you or anyone else, at any time, for any reason or no reason, in our sole discretion, collectively or separately among our affiliates; and you shall have no right, remedy, or cause of action for same. You acknowledge and agree that there are numerous sources, other than Manheim, for you to acquire and sell used motor vehicles and related services.

**17.  Information Sharing:** Subject to applicable law, you authorize us to pull, gather, obtain, receive, share, disseminate, and disclose financial, credit, and transactional information about you and your vehicles in our discretion, including, without limitation, consumer reports, credit histories and limits, buy and sell histories, check information, collateral location and status, condition, and recall information, and eligibility status (for purposes of this paragraph, "Your Information"), from

and with credit bureaus, financial institutions, trade creditors, affiliates and third parties, including without limitation AuctionACCESS, Auction Insurance Agency, other auction companies, marketing partners, and other customers, for any reason we deem necessary, including, without limitation, assessing your creditworthiness, collecting any outstanding debt you may owe now or in the future, and obtaining intercreditor, subordination, or similar agreements related to you; and you hereby ratify any such prior acts. The information sharing authorized herein is in addition to any information sharing authorized in any Manheim privacy policy. You may opt out of allowing your consumer report (if any) to be shared among our affiliates or disseminated or disclosed for marketing purposes (only) by writing to Manheim, ATTN: Credit Bureaus, 6325 Peachtree Dunwoody Road, Atlanta, Georgia 30328.

**18.   Contributions to Manheim:** You agree and acknowledge that by submitting ideas, suggestions, concepts, documents, and/or proposals ("Suggestions") to Manheim, that:

(a)   you have all necessary rights to share such Suggestions with Manheim and that the Suggestions are not subject to restrictions by third parties;

(b)   Manheim is free to use and/or share such Suggestions as it sees fit;

(c)   Manheim may have already conceived, contemplated, or developed something similar to the Suggestions;

(d)   Manheim may incorporate the Suggestions into its products and services, now or in the future, and Manheim does and will own such products and services; and

(e)   Manheim is not obligated to you in any way for such Suggestions.

**19.   Manheim's Proprietary Rights:** You agree and acknowledge that Manheim's products and services, and any software used in connection with Manheim's products and services, and the materials on the various Manheim websites, contain proprietary and confidential information that is protected by intellectual property and other laws. Further, you agree and acknowledge that in the performance of its services, Manheim may generate materials, including, but not limited to, photographs, reports, visuals, narratives, vehicle and transactional records, and other data and documents derived from the foregoing, and that Manheim shall own the rights to such materials. Except as explicitly provided in these terms and conditions, you may not take, appropriate, convert, distribute, transmit, display, reproduce, modify, create derivative works from, or otherwise exploit any of the Manheim generated materials. Manheim owns many trademarks, tradenames, and service marks, including, but not limited to, the marks Manheim.com, Manheim, and Manheim Canada. You may not use any Manheim trademark or service mark without Manheim's prior written consent.

**20.   Limited Power of Attorney:** For value received, you hereby irrevocably appoint Manheim to be your agent and attorney-in-fact with full and complete authority to, on your behalf, take all steps, do all things, and authenticate, sign, e-sign, or otherwise acknowledge any and all documents, including but not limited to odometer disclosure statements, title documents (including applications for duplicates), bills of sale, invoices, and transportation instructions/orders, in each case as deemed necessary, incidental, desirable, or expedient by us, in our sole judgment, for any purchase or sale of a Vehicle made under these Terms and Conditions, for the provision of any goods and/or services under these Terms and Conditions, and/or to assist us with our efforts to collect payment for such goods and/or services. You acknowledge that you will be required to execute such valid power of attorney document(s) covering the foregoing activities and authority

as Manheim may request from time to time in its sole discretion. For greater certainty, where any applicable jurisdiction requires a valid power of attorney to be effected in writing, in the presence of a witness, and/or imposes any other requirements, you hereby covenant to do such acts as required to appoint Manheim as your power of attorney.

**21.  DISCLAIMER OF WARRANTIES AND CONDITIONS:** UNLESS OTHERWISE SPECIFICALLY SET FORTH HEREIN OR IN A MORE SPECIFIC AGREEMENT YOU MAY HAVE OR MAKE WITH MANHEIM, ALL PRODUCTS AND SERVICES PROVIDED TO YOU BY MANHEIM ARE ON AN "AS-IS" BASIS. MANHEIM CANNOT AND DOES NOT MAKE ANY WARRANTIES OR CONDITIONS RELATING TO THE ACCURACY, COMPLETENESS, CURRENTNESS, NON-INFRINGEMENT, MERCHANTABILITY, MERCHANTABLE QUALITY, DURABILITY, OR FITNESS FOR A PARTICULAR PURPOSE OF ANY PRODUCTS OR SERVICES PROVIDED TO YOU BY MANHEIM, AND CANNOT GUARANTEE THAT ANY SERVICES PROVIDED TO YOU WILL BE ERROR FREE, OR CONTINUOUSLY AVAILABLE, OR THAT SUCH SERVICES WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS.

**22.  INDEMNIFICATION:** YOU AGREE TO INDEMNIFY, DEFEND, AND HOLD HARMLESS MANHEIM, ITS SUCCESSORS AND ASSIGNS, AND EACH OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, MEMBERS, REPRESENTATIVES, BORROWED SERVANTS, VOLUNTEERS, INDEPENDENT CONTRACTORS, AND AGENTS (EACH, A "MANHEIM PARTY" AND COLLECTIVELY, THE "MANHEIM PARTIES"), FROM AND AGAINST ANY AND ALL CLAIMS, LOSSES, DEMANDS, CAUSES OF ACTION, DEBTS, OR LIABILITIES, INCLUDING ATTORNEYS' FEES, ARISING OUT OF OR RELATING TO:

(a)  ANY PERSONAL INJURY OR PROPERTY DAMAGE THAT YOU MAY CAUSE, EITHER SOLELY BY YOUR OWN ACTIONS OR JOINTLY WITH OTHERS (INCLUDING THE MANHEIM PARTIES), TO MANHEIM, ANY PERSONNEL OR CUSTOMERS OF MANHEIM, OR ANY THIRD PARTIES, OR THE PROPERTY OF ANY OF THE FOREGOING;

(b)  THE BREACH OR ALLEGED BREACH OF ANY AGREEMENT OR OBLIGATION HEREUNDER OR UNDER ANY OTHER AGREEMENT THAT YOU MAY HAVE WITH MANHEIM;

(c)  ANY TRANSPORTATION CLAIMS;

(d)  ANY ACTIONS THAT A MANHEIM PARTY MAY TAKE AS YOUR AGENT, REPRESENTATIVE, OR ATTORNEY-IN-FACT, PURSUANT TO SECTION 20 HEREOF OR OTHERWISE;

(e)  YOUR USE OF ANY PRODUCTS OR SERVICES OF MANHEIM; AND

(f)  ANY LIABILITY OR OBLIGATION, INCLUDING ANY CAUSED IN PART BY A MANHEIM PARTY, THAT MAY OTHERWISE ARISE FROM YOUR PARTICIPATION IN ANY SALE OR AUCTION CONDUCTED BY A MANHEIM PARTY, YOUR PRESENCE AT ANY PREMISES OWNED OR OPERATED BY MANHEIM, OR THE PROVISION OF PRODUCTS OR SERVICES TO YOU BY MANHEIM.

**23.  WAIVER AND RELEASE OF LIABILITY:** YOU HEREBY WAIVE ANY CLAIM OR CAUSE OF ACTION THAT YOU MAY HAVE, EITHER NOW OR IN THE FUTURE, AGAINST ANY MANHEIM PARTY, AND HEREBY RELEASE THE MANHEIM PARTIES FROM ANY AND ALL LIABILITY UNDER SUCH CLAIM OR CAUSE OF ACTION, IN EACH CASE TO THE EXTENT SUCH CLAIM OR CAUSE OF ACTION ARISES FROM OR RELATES TO:

(a)  YOUR ENTITLEMENT TO THE PROTECTION OF ANY CONSUMER PROTECTION STATUTE;

(a)   YOUR ENTITLEMENT TO THE PROTECTION OF ANY CONSUMER PROTECTION STATUTE;

(b)   ANY BIDDING OR DISCLOSURE ISSUES THAT MAY OCCUR AT A SALE OR AUCTION CONDUCTED BY US, SUBJECT TO YOUR LIMITED RIGHTS UNDER THE MANHEIM ARBITRATION POLICIES;

(c)   ANY TRANSPORTATION CLAIM;

(d)   ANY DAMAGE TO YOUR VEHICLES OR OTHER PROPERTY LEFT OR STORED ON ANY PREMISES OWNED OR OPERATED BY MANHEIM, REGARDLESS OF COMPENSATION PAID TO US FOR SUCH STORAGE;

(e)   ANY PERSONAL INJURY OR OTHER PROPERTY DAMAGE SUFFERED WHILE ON OR AROUND ANY PREMISES OWNED OR OPERATED BY MANHEIM; AND

(f)   ANY ACTIONS TAKEN BY A MANHEIM PARTY AS YOUR AGENT, REPRESENTATIVE, OR ATTORNEY-IN-FACT, PURSUANT TO SECTION 20 HEREOF OR AS MAY OTHERWISE BE AUTHORIZED.

**24.   LIMITATIONS OF LIABILITY AND TIME:** UNDER NO CIRCUMSTANCES WILL THE MANHEIM PARTIES BE LIABLE TO YOU FOR ANY CONSEQUENTIAL, SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR SIMILAR DAMAGES (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOST REVENUES OR PROFITS), OR DAMAGES FOR LOSS OF BUSINESS, OR LEGAL FEES OR COSTS, EVEN IF ONE OR MORE OF THE MANHEIM PARTIES ARE ADVISED BEFOREHAND OF THE POSSIBILITY OF SUCH DAMAGES. YOU AGREE THAT THE AGGREGATE LIABILITY OF THE MANHEIM PARTIES, COLLECTIVELY, TO YOU IN CONNECTION WITH ANY CLAIMS OR CAUSES OF ACTION THAT YOU MAY ASSERT, SHALL IN NO EVENT EXCEED THE AMOUNT OF FEES PAID BY YOU TO MANHEIM FOR THE PRODUCT(S) OR SERVICE(S) AT ISSUE DURING THE TWELVE (12) MONTH PERIOD IMMEDIATELY PRECEDING THE LAST EVENT GIVING RISE TO THE CLAIM OR CAUSE OF ACTION BEING ASSERTED. BECAUSE SOME STATES/JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SOME OF THESE LIMITATIONS MAY NOT APPLY TO YOU.  YOU FURTHER AGREE THAT ANY CLAIMS OR CAUSES OF ACTION THAT YOU ASSERT AGAINST THE MANHEIM PARTIES MUST BE FILED OR OTHERWISE FORMALLY COMMENCED IN THE RELEVANT FORUM WITHIN TWELVE (12) MONTHS OF THE LAST EVENT GIVING RISE TO THE CLAIM OR CAUSE OF ACTION BEING ASSERTED, OR WITHIN THE TIME REMAINING UNDER THE APPLICABLE STATUTES OF LIMITATION – WHICHEVER TIME PERIOD IS SHORTER – AND THAT ANY CLAIMS OR CAUSES OF ACTION NOT FILED OR COMMENCED WITHIN SUCH PERIOD WILL BE FOREVER BARRED.

**25.   Choice of Law and Consent to Jurisdiction:** These terms and conditions shall be governed by the internal laws of the State of Georgia (U.S.A.), where Manheim maintains its headquarters, and without regard to Georgia's internal conflicts of law analysis. In the event that any claim or dispute between Manheim and you is not arbitrated under Section 26 hereof, you agree that non-exclusive jurisdiction and venue for such claims and disputes shall exist in the federal and state courts located in Fulton County, Georgia. You further agree and acknowledge that you may not sue Manheim in any jurisdiction or venue except Fulton County, Georgia.

**26.   DISPUTE RESOLUTION AND CLASS ACTION WAIVER**

(a)   ARBITRATION AGREEMENT: YOU AGREE TO ARBITRATE ANY DISPUTE OR CLAIM THAT

YOU MAY HAVE WITH MANHEIM THAT ARISES OUT OF OR RELATES IN ANY WAY TO THESE TERMS AND CONDITIONS; ANY PURCHASE, SALE, OR OTHER AUCTION OR CREDIT TRANSACTION WITH MANHEIM; YOUR USE OF ANY MANHEIM WEBSITE, ONLINE PORTAL, OR ANY MANHEIM PRODUCT OR SERVICE; OR ANY OTHER AGREEMENT BETWEEN YOU AND MANHEIM. ARBITRATION CONDUCTED HEREUNDER SHALL BE FINAL AND BINDING. THIS ARBITRATION PROVISION MEANS THAT YOUR CLAIMS AGAINST MANHEIM WILL BE RESOLVED THROUGH ARBITRATION RATHER THAN LITIGATION IN COURT. YOU ACKNOWLEDGE THAT MANHEIM MAY (BUT SHALL NOT BE REQUIRED TO) SUBMIT TO ARBITRATION ANY DISPUTE OR CLAIM THAT IT MAY HAVE AGAINST YOU, WITH ANY SUCH ARBITRATION BEING GOVERNED BY THE PROVISIONS OF THIS SECTION 26.

**(b)   ABILITY TO OPT OUT:** YOU MAY OPT OUT OF THIS ARBITRATION AGREEMENT (SECTION 26 ONLY) FOR ANY FUTURE BUSINESS WITH MANHEIM AND DOING SO WILL NOT IN ANY WAY PREJUDICE OR AFFECT YOUR DEALINGS WITH MANHEIM. TO EXERCISE THIS OPT OUT RIGHT, YOU MUST EMAIL MANHEIM WRITTEN NOTICE OF YOUR ELECTION TO OPT OUT AT ARBITRATIONOPTOUT@COXAUTOINC.COM NO LATER THAN 30 DAYS AFTER YOUR INITIAL ACCEPTANCE OF THESE TERMS AND CONDITIONS AS SET FORTH IN THE FIRST PARAGRAPH HEREOF. THE PROCEDURE SPELLED OUT HEREIN IS THE ONLY WAY TO OPT OUT OF THIS ARBITRATION AGREEMENT, AND ANY ATTEMPTS TO OPT OUT AFTER THE DEADLINE SET FORTH HEREIN WILL BE INEFFECTIVE.

**(c)   CLASS ACTION WAIVER:** ANY ARBITRATION PROCEEDING UNDER THIS SECTION 26 WILL TAKE PLACE ON AN INDIVIDUAL BASIS. CLASS ARBITRATIONS AND CLASS OR REPRESENTATIVE PROCEEDINGS OF ANY KIND ARE NOT PERMITTED AND YOU EXPRESSLY WAIVE YOUR ABILITY TO PARTICIPATE IN A CLASS OR REPRESENTATIVE PROCEEDING AGAINST MANHEIM. TO THE EXTENT THAT YOU OPT OUT OF ARBITRATION FOLLOWING THE PROCEDURE SET FORTH IN SECTION 26(b) ABOVE, OR IF THIS ARBITRATION AGREEMENT IS FOUND INAPPLICABLE TO YOUR DISPUTE WITH MANHEIM, THIS CLASS ACTION WAIVER WILL CONTINUE TO APPLY IN LITIGATION. YOU AGREE THAT THIS CLASS ACTION WAIVER IS AN ESSENTIAL ELEMENT OF OUR AGREEMENT AND THESE TERMS AND CONDITIONS AND THAT IT MAY NOT BE SEVERED. IN THE EVENT THAT THIS CLASS ACTION WAIVER IS DEEMED INVALID OR UNENFORCEABLE, THEN THE ENTIRE AGREEMENT TO ARBITRATE IN THIS SECTION 26 WILL BE NULL AND VOID.

**(d)   Arbitration Procedures/Arbitrator Authority:** Any dispute or claim subject to arbitration pursuant to this Section 26 shall be submitted to binding arbitration administered by the Judicial Arbitration and Mediation Service ("JAMS") pursuant to its Streamlined Arbitration Rules and Procedures as in effect at the time of the submission of such dispute or claim (the "JAMS Streamlined Rules"). The disputes and claims subject to arbitration pursuant to this Section 26 will be resolved by a single arbitrator selected pursuant to the JAMS Streamlined Rules. The arbitrator shall be bound by and shall strictly enforce these terms and conditions and any other applicable agreement between you and Manheim, and may not limit, expand, or otherwise modify any of these terms and conditions or the provisions of any other applicable agreement between you and Manheim. The arbitrator may award any relief that a court of law could, applying the limitations of liability contained in these terms and conditions. The arbitrator may award injunctive relief if permitted by law – but the injunctive relief awarded by the arbitrator may not extend beyond our dealings with each other. The laws of the State of Georgia will apply to any claims or disputes between us. Any arbitration will be held in Atlanta, Georgia, unless otherwise agreed upon by the parties in writing.  Each party will bear its own expenses in the arbitration and will share equally

the costs of the arbitration; provided, however, that the arbitrator shall award Manheim any costs and fees to which Manheim may be entitled under Section 22 in connection with any indemnification claim, and may also, in his or her discretion, award cost and fees to Manheim if it is determined that you submitted or filed any arbitration in bad faith or that your claims against Manheim have no reasonable legal basis.

**(e)   Application of FAA/Survival:** You agree that your transactions with Manheim evidence transactions in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this Section 26 (notwithstanding the application of Georgia law to any underlying claims as provided for in clause (d) above). You also agree that this Section 26 survives any termination of these terms and conditions or any other agreement between us.

**27.   Individual Guaranty:** By entering our private facilities and/or using our services, you personally guarantee full payment and performance of all the obligations you participate in incurring to Manheim, whether personally or as a representative of another entity, despite the fact that you may be participating in a representative capacity. The principal debtor is (i) any Buyer or Seller for whom you (a) are a registered owner with AuctionACCESS or (b) consent to a Manheim bill(s) of sale, and (ii) any customer for whom you order a product or service from us. Liability under this general guaranty is in addition to your dealership's liability and is joint and several with the dealership's liability. This is a general guaranty of payment and performance and not merely a guaranty of collection.

**28.   Communications:** Except where prohibited by law, you hereby expressly authorize us to communicate with you via facsimile transmissions, email, telephonic transmissions, both to a residential telephone line and/or cell phone, including text messaging, using an automatic telephone dialing system or an artificial or prerecorded voice message, and/or any other forms of communication, for any purpose, including general business matters, account information, marketing materials, collection, and/or any other communication needs. Such express permission shall extend to any and all of the contact information that you have provided to us herein or otherwise, including physical and email addresses, phone numbers, fax numbers, etc., and to such other addresses, phone numbers, email addresses, online chat, social media platforms, etc. that you may provide to us, or that we may obtain from any third party at a later date. You are not required to consent to receive marketing calls and texts to your cell phone and/or residential line using an automatic telephone dialing system or an artificial or prerecorded voice message from us as a condition of your access to Manheim, and you may opt out of receiving such communications by adjusting your account settings at www.manheim.com.

**29.   No Commitment to Lend:** Neither these terms and conditions nor any other request by you to us shall constitute a commitment by us to lend funds to you or to take any other action. We may approve any request for floor plan or other financing in our sole discretion, with or without notice to you.

**30.   Manheim Policies:** You also agree to abide by any applicable Manheim Marketplace Policies or other location-specific policies of Manheim, as amended from time to time, including without limitation Manheim's privacy policy, website visitor agreements, post-sale inspection policy, and sale day check policy. The current list and terms of Manheim's national policies can be found at www.manheim.com/market_policies.

**31.   Understanding of Terms and Conditions:** You acknowledge and agree that you understand these terms and conditions written in English and that you have sought the help of an attorney and/or translator as you deem necessary to understand them. The parties hereto agree that this

and/or translator as you deem necessary to understand them. The Parties hereto agree that this agreement, and all correspondence and all documentation relating to this agreement, be written in the English language. Any translated version of any of these terms and conditions offered by Manheim is provided as a courtesy only, with the English version being the binding version.

**32.   Severability:** In the event that any provision in this agreement is determined to be legally unenforceable, the parties agree that, except as specifically provided at Section 26(c), the unenforceable provision shall be severed, and the remaining provisions of these terms and conditions shall remain in full force and effect.

**33.   Electronic Approval:** You hereby acknowledge and agree that these terms and conditions are being executed both in your individual capacity and in your capacity as an authorized representative for Dealer and that the approval of this document, if by e-signature, shall be deemed to satisfy all requirements imposed on electronic or digital signatures under applicable federal and state law, including, as applicable, the Electronic Signatures in Global and National Commerce Act (the "E-Sign Act"), 15 U.S.C. §7001(a) et seq., state electronic transactions or commerce laws, and any other similar laws relating to the validity or enforceability of electronic or digital signatures. You further acknowledge and agree that these terms and conditions may be approved by affixing to this agreement an electronic or digital signature, which shall for all purposes be deemed effective to constitute the valid signature of the party affixing such electronic or digital signature.

# Términos y condiciones de Manheim

English | Español

*Este acuerdo ha sido traducido al español meramente como una cortesía. En caso de alguna discrepancia frente a la versión en inglés, tendrá precedencia la versión en inglés*

*Actualizado: 1 de junio de 2018*

Bienvenidos a Manheim, el proveedor más importante del mundo de servicios de reventa de vehículos. Al concurrir a alguna de las subastas privadas de Manheim o usar cualquiera de los servicios de Manheim, ya sea en un local de Manheim o en línea, usted acuerda, para sí mismo, su concesionario, su compañía y sus representantes (en su conjunto, "usted"), estar vinculado por los términos y condiciones siguientes, con las modificaciones posteriores que Manheim pueda hacer en cualquier momento:

**1.   Manheim:** estos términos y condiciones regirán su uso de y acceso a las subastas de automóviles, los sitios web, los sitios móviles, las herramientas en línea y otros canales de entrega de servicios prestados por Manheim Remarketing, Inc. y sus varias subsidiarias y afiliadas, incluidas las varias subastas de vehículos de Manheim, Cox Automotive, Inc. y otros (en su conjunto, "Manheim," "nosotros," "nuestro" o "nos"). Estos términos y condiciones se agregan a, y no reemplazan, los acuerdos más específicos que pueda tener o celebrar con Manheim (por ejemplo, las facturas de venta, los acuerdos de consignación, los acuerdos de visitante en línea, las políticas de privacidad, los acuerdos de préstamo, etc.). En la medida que exista algún conflicto entre estos términos y condiciones y otros acuerdos más específicos que hubiese firmado con Manheim, esos otros acuerdos más específicos prevalecerán. Manheim puede modificar estos términos en

en vigencia en la fecha de su publicación. El tiempo es esencial respecto a todos sus deberes en virtud de este documento.

2.   **Precisión de información:** Usted certifica que toda la información de inscripción y representativa que nos ha proporcionado, a través de AuctionACCESS y de otra manera, es verdadera, correcta y completa. Usted acuerda notificarnos con prontitud por escrito, a través de AuctionACCESS, si hay algún cambio en la información que ha proporcionado.

3.   **Imparcialidad y cortesía:** Usted acuerda comportarse de manera justa, ética, cortés y civilizada al interactuar con nosotros, nuestro personal y nuestros demás clientes mientras participa en cualquier subasta de Manheim, al acceder a nuestros sitios en línea o móviles, o cuando use cualquier servicio de Manheim por cualquier otro motivo. Si usted tiene algún problema o inquietud con el comportamiento de nuestro personal o de otros clientes cuando asiste a cualquier subasta de Manheim que no puede resolver rápida y civilmente usted mismo, usted debe presentar esos problemas con discreción a nuestra gerencia.

4.   **Solo para los concesionarios:** con algunas excepciones limitadas y publicitadas de manera específica, nuestras ventas son subastas mayoristas solo para concesionarios, abiertas solo a concesionarios de vehículos con licencia, bancos, fabricantes y otros compradores (cada uno "un Comprador") y vendedores comerciales (cada uno "un Vendedor"), todos ellos registrados y aprobados de manera previa. La reventa clandestina (es decir, ventas al por menor desde nuestras instalaciones) está terminantemente prohibida. Usted se compromete a no llevar a ningún comprador minorista, real o potencial, a Manheim, ni proporcionarles acceso a los portales en línea de Manheim ni negociar o consumar ninguna transacción de venta sobre o adyacente a ningún vehículo de nuestra propiedad. Usted se compromete a no nombrar a ningún representante para que actúe en su nombre que no sea un agente legítimo de su concesionario. También nos manifiesta que sus compras a través de nosotros son para reventa únicamente y están exentas de todo impuesto sobre la venta del estado y acepta que usted, y no Manheim, es responsable de pagar todo impuesto o arancel sobre sus transacciones relacionadas o posteriores.

5.   **Licitación:** A menos que se anuncie lo contrario durante la venta, todas las unidades se venden con reserva, y el subastador puede fijar una oferta de hasta el precio de reserva. Las ofertas de parte del vendedor y el uso de "anzuelos" quedan estrictamente prohibidos. Los postores deben ser conscientes y cerciorarse de la condición y el valor de una unidad antes de hacer una oferta y señalar cualquier incidente de oferta inadecuada a la gerencia inmediatamente al cierre de la licitación de una unidad. De lo contrario, los participantes ratifican la subasta de la unidad.

6.   **Términos de venta:** Usted acepta los siguientes términos de venta para cada vehículo que usted compre o venda a través de Manheim ("Vehículo"), así como las Políticas de arbitraje para vehículos de Manheim (según se definen a continuación) aplicables en la jurisdicción de la venta:

(a)   El Comprador es el destinatario de la transferencia y acepta comprar el Vehículo; el Vendedor es el cedente y acepta vender el Vehículo. Manheim es solo el subastador o quien facilita la transacción y se exime de manera expresa de cualquier y toda garantía o condiciones expresas o implícitas respecto a su aptitud para el comercio, la calidad comercial, la adecuación para un fin en particular o cualquier otra con relación al Vehículo y Manheim, al no ser el vendedor del Vehículo, no garantiza de manera alguna la titularidad del Vehículo, que no sea la garantía limitada del título que se establece a continuación. Reconoce y acepta que es una parte comercial sofisticada y se compromete a verificar por sí mismo la condición y el valor de un Vehículo y los términos de cualquier oferta antes de hacer una oferta o una venta. Asimismo, acepta dirigirse a la contraparte

Compradora o Vendedora (según corresponda) de la transacción correspondiente, y no a Manheim, por cualquier reclamo legal que esté fuera de sus derechos en virtud de las Políticas de arbitraje de Manheim.

(b) Cualquier ajuste o rechazo debe presentarse el día de la venta y se debe resolver antes de la liquidación. Los Vehículos se deben pagar el día de la compra o Manheim podrá, a su exclusiva discreción, imponer cargos conforme se describe a continuación en la Sección 8 y/o considerar la venta nula.

(c) Los Vehículos se deben sacar de las instalaciones de Manheim dentro de los seis (6) días posteriores a la fecha de venta y, de allí en adelante, Manheim puede cobrar un cargo diario razonable por depósito de hasta $25 al día si algún Vehículo permaneciera en las instalaciones de Manheim.

(d) El Título del Vehículo no pasa al Comprador hasta que se hayan recibido los fondos. El Comprador otorga a Manheim una prenda sobre cada Vehículo para garantizar el pago del precio de compra y cualquier otra deuda que el Comprador deba a Manheim (incluyendo a sus afiliadas). Usted acepta que Manheim puede revender cualquier Vehículo, si lo retiene o vuelve a poseer, en una venta habitual de Manheim o a través de una venta de cualquier afiliada, incluidos los canales de venta de Manheim en línea, que son mercados establecidos comercialmente razonables para la venta de vehículos automotor.

(e) El Comprador acuerda:

(i) comprar el Vehículo correspondiente por el precio de compra establecido por el subastador, o mostrado en cualquier plataforma en línea como el precio de compra del Vehículo y que se muestra en la factura final de compra u otro recibo final de compra que emitamos;

(ii) antes de confirmar la operación por ese Vehículo, verificar los números de serie o del motor del Vehículo correspondiente con los del certificado de título y comparar las condiciones reales del Vehículo con su descripción y los anuncios y las revelaciones del Vendedor, si correspondiese;

(iii) no revender tal Vehículo hasta que se hubiesen transferido los fondos correspondientes a Manheim;

(iv) que, al liquidar la compra, independientemente del método de pago, considera la venta una transacción plenamente consumada en efectivo por la contraprestación presente;

(v) que no se honrará ninguna suspensión de pago de cualquier cheque del Comprador para Manheim;

(vi) que se considerará que toda orden de suspensión de pago de un cheque o letra, transferencia electrónica de fondos o transferencia electrónica, o dar un cheque o letra que se devuelve impago es una prueba de fraude existente al momento del pago y se interpretará como un intento de defraudar con el fin de obtener el Vehículo o su título;

(vii) que Manheim puede depositar cualquier cheque o letra bancaria de inmediato al recibirlo, independientemente de si el certificado del título de tal Vehículo fue presentado por el Vendedor o si el Comprador ha pedido a Manheim que retenga el instrumento;

(viii) presentar todo reclamo por defectos de tal Vehículo al Vendedor, quien será el único responsable por esos reclamos, y notificar de inmediato a Manheim de tales reclamos de

(ix)   que el Comprador cumplirá con la Subsección 6(c) anterior con respecto a la remoción de los Vehículos de las instalaciones de Manheim y el pago de los cargos diarios de depósito; y

(x)   que el Comprador es responsable por el transporte que el propio Comprador haga del Vehículo.

(f)   Usted declara a Manheim que es solvente, que es un concesionario de vehículos automotor con licencia o autorizado de forma debida en buenas condiciones o autorizado de alguna otra forma a vender o comprar en forma comercial al por mayor en las jurisdicciones pertinentes, y que todo Vehículo que compre se compra de manera exclusiva para la reventa.

(g)   El Vendedor declara y garantiza que el Vendedor es el verdadero propietario lícito del Vehículo que se vende, que el Vehículo no posee gravamen ni derecho de retención alguno, que el Vendedor tiene el derecho y pleno poder y autoridad para vender y transferir el título del Vehículo y que el Vendedor garantizará y defenderá al Vehículo contra los reclamos y las demandas de todas las personas, independientemente de quienes sean.

(h)   Acepta que cualquier importe que se deba a Manheim se podrá deducir de cualquier suma o propiedad que se le deba y Manheim podrá suspender el pago o rechazar la autorización de pago de cualquier cheque o letra para usted o retener cualquier vehículo consignado de conformidad con este derecho de compensación. Manheim puede retener cualquier propiedad suya que esté en posesión de Manheim por un período razonable de tiempo, cuando exista cualquier investigación pendiente de verificación del odómetro, cambio en los números de serie del vehículo (vehicle identification number, VIN) o algo similar.

(i)   El Vendedor reconoce la responsabilidad de realizar y completar la declaración correspondiente al millaje del odómetro perteneciente a cualquier Vehículo en la factura por tal Vehículo o en el certificado de título de tal Vehículo.

(j)   Tras el pago al Vendedor, Manheim se subrogará en todos los derechos del Vendedor y del Comprador respectivos, y el Vendedor y el Comprador acuerdan tomar cualquier medida rápidamente para firmar cualquier documento que se considere necesario, a la entera discreción de Manheim y a solicitud de Manheim, para garantizar tales derechos y no hacer nada para perjudicarlos.

**(k)   Garantía limitada de título:** Tras el pago completo del Comprador y a la entrega del certificado del título del Vehículo al Comprador, Manheim garantizará que el título está libre de gravámenes y derechos de retención tal como se entrega, y solo de la siguiente, forma:

(i)   Esta garantía limitada durará por un período de cuatro (4) años desde la fecha de la venta y se aplica solo a los Vehículos robados y con prenda automotor. El monto de la responsabilidad de Manheim en virtud de esta garantía limitada de título nunca excederá el precio de venta en la subasta del Vehículo y se reducirá con la deducción a dicho precio de venta de un dos por ciento (2 %) en el primer día de cada mes después de la fecha de venta y hasta la fecha de pago y toda responsabilidad de Manheim vencerá y se extinguirá el primer día del 48° mes después de esa fecha.

(ii)   La garantía del título limitada de Manheim queda expresamente limitada al Comprador del Vehículo correspondiente y no es negociable o transferible. La garantía limitada será nula si el Comprador no paga el precio de compra del Vehículo, y no protege contra cualquier defecto en el

título conocido para el Comprador, ya sea que figure o no en las excepciones en el anverso de la declaración de transferencia de la propiedad para tal Vehículo.

(iii)   Siempre que cualquier persona haga un reclamo contra el título de algún Vehículo, ya sea en un juicio u otra forma, el Comprador debe, dentro de los cinco (5) días posteriores a tomar conocimiento de dicho reclamo, notificar a Manheim, al brindar todos los detalles del reclamo y deberá cooperar plenamente en la defensa de todo proceso legal y tomar cualquier otra medida para minimizar una posible pérdida. No satisfacer estas condiciones dejará sin efecto la responsabilidad de Manheim en virtud de esta garantía limitada.

(iv)   El Comprador no deberá entregar la posesión de cualquier Vehículo, a menos que lo exija un proceso legal, a cualquier demandante, ni deberá pagar voluntariamente ni reconocer la validez de cualquier reclamo correspondiente, en cada caso sin la previa aprobación por escrito de Manheim.

(v)   Al pago de cualquier reclamo en virtud de esta garantía limitada, el Comprador devolverá el Vehículo correspondiente a Manheim, si se solicita, y celebrará toda la documentación necesaria para subrogar su derecho de recuperación contra el Vendedor, u otros, a Manheim.

**(l)   Exenciones e indemnización**

(i)   Acepta que Manheim no es responsable por el millaje del odómetro en cualquier Vehículo ni por la información que contiene la declaración sobre el millaje del odómetro que el Vendedor, como cedente, debe completar y entregar y el Comprador, como cesionario, debe reconocer.

(ii)   Acepta que todas las declaraciones o las revelaciones respecto a cualquier Vehículo son exclusivamente la responsabilidad del Vendedor, ya sea que se hagan en la cuadra, antes de la venta, o de otra forma, y usted reconoce y acuerda que Manheim no ha realizado ninguna declaración o revelación de cualquier clase acerca de algún Vehículo, incluida cualquier declaración sobre la exactitud de la información incluida en el historial o informes de condición del vehículo, sin importar si Manheim ha interpretado dicha información como una cortesía hacia usted o en su representación.

(iii)   Reconoce que Manheim solo está llevando a cabo un servicio de subasta y se exime de manera expresa de cualquier y toda garantía o condición expresa o implícita respecto a su aptitud para el comercio, la calidad comercial, la adecuación o cualquier otra, y Manheim, al no ser el vendedor del vehículo, no garantiza de manera alguna la titularidad del Vehículo que no sea la garantía limitada del título establecida con anterioridad.

(iv)   Acuerda, de forma solidaria con el Comprador o el Vendedor (según corresponda), indemnizar, defender y mantener indemne a Manheim de y contra cualquier y toda responsabilidad, pérdida, costo, daño o gasto, incluidos los honorarios de los abogados y los costas legales, según corresponda, que se relacionen de cualquier modo o que puedan surgir, de forma directa o indirecta, de cualquier Vehículo, incluidos, entre otros, la compra o la venta de cualquier Vehículo, toda cuestión relacionada con el millaje del odómetro o las declaraciones al respecto o su inexistencia o todo daño causado por los transportistas u otros agentes ya sea del Comprador o del Vendedor.

(v)   Si se requiere que Manheim haga o defienda un reclamo, relacionado de cualquier modo con un Vehículo o la transacción de un Vehículo, de o contra el Comprador o el Vendedor o un agente, empleado, aseguradora o empresa de garantías de cualquiera de ellos, entonces Manheim recuperará, además del monto del reclamo y los costos en los que incurra por el reclamo, los

honorarios razonables de los abogados y los costos legales por un monto no menor al veinticinco por ciento (25 %) del monto del reclamo, independientemente de si se entabla la demanda, incluidos los honorarios y los costos de la apelación y la quiebra. Se devengarán intereses sobre el saldo impago de cualquier reclamo correspondiente al cargo del uno y medio por ciento (1.5 %) al mes, considerando que, si la ley aplicable permite un cargo mayor, se aplicará dicho cargo.

(m)   Usted reconoce y acuerda que cualquier Vehículo se compra para su reventa en la forma de bien mueble tangible en el curso normal de los negocios y es de la clase que usted usualmente compra para la reventa. En caso de que cualquier Vehículo se use para otro fin que no sea la reventa, usted pagará directamente a las autoridades fiscales apropiadas los impuestos sobre las ventas o el uso correspondientes que se pudieran devengar y ser pagaderos. Como el Comprador, además certifica que posee un certificado de registro en el impuesto a las ventas minoristas, la licencia u otro permiso, emitido por la autoridad que grave las ventas de su ciudad, estado o territorio, condado o país, según correspondiese.

(n)   Si el Vehículo se compra "solo para exportación" o un equivalente, usted: (A) lo transportará fuera del país tan pronto como sea razonablemente posible, (B) no lo revenderá o usará a nivel nacional, (C) no transformará o alterará aún más el Vehículo a nivel nacional y (D) nos proporcionará evidencia satisfactoria de la exportación del Vehículo cuando así se lo solicitemos.

(o)   MANHEIM SE RESERVA EL DERECHO A ANULAR, DESHACER, AJUSTAR O CANCELAR CUALQUIER TRANSACCIÓN A SU ENTERA DISCRECIÓN.

**7.   Normas de arbitraje de vehículos:** Usted acuerda y reconoce que:

(a)   ha recibido y leído una copia de nuestra Política de arbitraje de la Asociación nacional de subasta de automóviles (National Auto Auction Association), incluido todo anexo relativo a Manheim, y, si correspondiese, la Política de arbitraje de Manheim por USD 3000 o menos, cada una de ellas disponible en www.manheim.com/market_policies (en conjunto, las "Políticas de arbitraje de Manheim"),

(b)   entiende y queda vinculado por las Políticas de arbitraje de Manheim, las que nosotros podemos modificar de manera unilateral en cualquier momento, cuando participa en cualquier transacción en Manheim y

(c)   toda disputa que surja de la compra o la venta de un Vehículo a través de Manheim se resolverá de acuerdo con las Políticas de Arbitraje de Manheim, que se incorporan a este documento a modo de referencia y con sus modificaciones posteriores mediante su publicación en el sitio web de Manheim y nuestra decisión como árbitro será definitiva y vinculante con respecto a toda transacción.

**8.   Pagos:** el cliente registrado que compra los bienes o servicios o un pignoracion directo de piso preestablecido a nombre de ese cliente debe hacer los pagos por esos bienes o servicios. A pesar de que nosotros conservamos la discreción para hacer las excepciones apropiadas, los pagos de terceros generalmente no se aceptarán. Los pagos se deben hacer con fondos lícitos y de forma aceptable para Manheim. Manheim se reserva el derecho, a su entera discreción, a cambiar las formas y tipos de pago que acepta Manheim. Además de cualquier otro derecho que Manheim pueda tener, usted acepta,   de acuerdo con la Política de pagos atrasados que se encuentra en las Políticas del mercado de Manheim en Manheim.com, pagar un recargo por cualquier obligación no pagada con cualquier pago no recibido en su totalidad, a tiempo y de otra forma de conformidad con estos Términos y Condiciones. Además, acepta que,  sí cualquier

debito electronico o cheque o letra bancaria que presentemos a su cuenta bancaria, sea devuelta sin pagarse, pagará un cargo de servicio de hasta (USD) $100.00. Manheim puede renunciar a estos cargos a su entera discreción.

**9. Autorización de pago electrónico:** acuerda que, si designa una cuenta bancaria para el pago de las cantidades que nos debe, incluidos, entre otros, agregar una cuenta bancaria a su perfil en línea, nosotros podemos usar dicha información de su cuenta para iniciar una partida de débito automático (ACH) en su cuenta bancaria, incluidas las partidas de débito por las cantidades que nos debe en cualquier momento, conforme dicho monto se vuelve pagadero, las partidas de crédito por monto que le debemos a usted y toda partida de débito o crédito en cualquier monto necesario para corregir un error. Comprende que, a parte de la información de la cuenta que ponemos de manera habitual a su disposición en línea, no le proporcionaremos notificación alguna antes de hacer dichas partidas y que usted es responsable de asegurarse que su saldo en la cuenta sea suficiente para cubrir dichos débitos que nos adeuda. Acuerda que toda autorización que iniciemos en su cuenta bancaria debe cumplir con la ley aplicable y las Reglas operativas de Asociación Nacional de Liquidación Automatizada (National Automated Clearing House Association, NACHA). Esta autorización se agrega, y no rescinde ni modifica, cualquier otra autorización para pagos electrónicos (incluidas las autorizaciones de ACH) que podamos tener registradas o que nos brinde en el futuro.

**10. Firmas electrónicas:** reconoce y acuerda que usted y nosotros podemos, en cualquier momento, encontrar que es expeditivo utilizar firmas, certificaciones, consentimientos, "navegación mediante clics" u otras aprobaciones electrónicas, directa o indirecta, para acceder a las subastas, los contratos de compra, los recibos, los títulos y demás documentos o divulgaciones necesarios o accesorios para la transacción del negocio en Manheim, ya sea en línea, en correos electrónicos, en sitios de registro, en una cuadra de subasta, en seguridad o en otro lugar, que haga nuestro negocio más rápido, más fácil y más eficiente. Para ese fin, acuerda que cualquier forma de aprobación correspondiente de su parte será efectiva y vinculante para usted, de la misma manera que si fuera una firma manuscrita, cuando las circunstancias indiquen su intención de quedar vinculado o nosotros elijamos confiar en tales aprobaciones y la podremos documentar, a nuestra discreción, en papel o versión digital de dichos registros al imprimir su nombre, al incluir la "firma en expediente" o mediante cualquier otra convención similar. Independientemente de si otorgó su consentimiento o aprobación, o en qué forma lo hizo, acuerda que se considerará que ha ratificado toda transacción que no controvierta por escrito dentro de las 24 horas de la confirmación de parte de Manheim.

**11. Transporte de vehículos:** podemos, de manera ocasional, a nuestra discreción, transportar o arreglar a través de terceros el transporte de vehículos que le pertenezcan, a su solicitud o cuando nosotros lo consideremos necesario o conveniente. En estos casos, no nos hacemos responsables por el robo, la conversión, la pérdida, las lesiones, los daños, los reclamos, los gastos (incluidos los honorarios de los abogados), las acciones legales o la demanda relacionados con dichos vehículos (en su conjunto, el "Reclamo de transporte"), independientemente de quién y cómo se causó. Tales vehículos se transportan para usted y a su solicitud y usted asume todos los riesgos asociados con el transporte de sus vehículos. Además, reconoce y acepta que su único reclamo o recurso para los Reclamos de transporte, si las hubiere, serán para y contra el tercero transportista, su compañía de seguros, su propia compañía de seguros o el tercero que causó dicho perjuicio, y no, en nuestra contra, ni involucrándonos.

**12. Ventas fuera de sitio:** en caso de que acordemos proporcionarle servicios de subasta o cualquier otro servicio en un sitio distinto a un establecimiento de Manheim (ya sea propiedad suya

o de un tercero independiente), no somos responsables por el robo, la conversión, la pérdida, la lesión, los daños, los reclamos, los gastos (incluidos los honorarios de los abogados), la acción, la demanda o las supuestas transgresiones regulatorias o de zona relacionadas con dichas instalaciones o los vehículos almacenados en las mismas o los eventos de las ventas llevados a cabo en dichas instalaciones y estos términos y condiciones aplicarán en todos los aspectos a dichos servicios. Salvo que acordemos lo contrario por escrito, dichos servicios serán prestados al precio aplicable en dicho momento en nuestro establecimiento más cercano, dichas cuotas están sujetas a cambio en cualquier momento. De la misma manera, acuerda reembolsar a Manheim por todo gasto razonable en el que incurramos en relación con los servicios prestados a usted en dicha ubicación fuera de sitio. Para todo vehículo que esté físicamente ubicado lejos del establecimiento de Manheim cuando se subaste (ya sea, en un evento de venta fuera del sitio organizado por usted o a través de la plataforma en línea de Manheim), el Vendedor tendrá tres (3) días hábiles, incluida la fecha de la venta, para poner el vehículo a disposición del Comprador. El riesgo de pérdida o daño al vehículo pasará del Vendedor al Comprador en la primera de las circunstancias siguientes: (i) cuando el comprador o su agente lo recoja o (ii) dos (2) días hábiles después de que el Vendedor hubiese notificado al Comprador de manera cierta que el vehículo se encuentra disponible para que se recoja en el lugar establecido en el listado de venta.

**13. Depósito de vehículos:** salvo que se acuerde lo contrario de manera expresa en un escrito firmado por nosotros, no somos un depositario de sus bienes, ya sea en consignación o de otra manera. Si deja sus vehículos u otros bienes sin vigilancia en nuestras instalaciones o bajo nuestro cuidado, independientemente de la razón, usted es el único responsable por cualquier daño, robo o pérdida relacionados con dichos bienes, incluido cualquier daño causado por las condiciones climáticas, independientemente de nuestro conocimiento o participación y podemos cobrarle cargos de depósito según lo dispuesto con anterioridad en la Sección 6. También podemos tratar dicho vehículo u otra propiedad como abandonado si se abandona en nuestra propiedad durante más de 30 días y procederemos a su transferencia o venta con el fin de satisfacer toda obligación hacia nosotros o de otra manera según lo disponga la ley aplicable.

**14. Seguridad y presunción de riesgo:** Al igual que todas las subastas de automóviles, nuestras varias instalaciones son lugares concurridos, con muchos vehículos, clientes y personal en movimiento en las instalaciones en todo momento, particularmente durante los eventos de ventas. Usted entiende y reconoce que el movimiento de vehículos, el equipo y los individuos en nuestras instalaciones constituyen una condición abierta y obvia y que Manheim no está obligado a advertirle de tales condiciones. Usted acuerda obedecer las señales y seguir las advertencias que reciba de nuestro personal, particularmente en lo que se relacionan a la seguridad y precaución. Usted también acuerda usar el mayor cuidado mientras se encuentre en nuestras instalaciones para evitar lesionarse usted y a otros, tanto al entrar o sacar los vehículos de las instalaciones y al atravesar cualquier campo de ventas, estacionamiento y las oficinas a pie, o de otro modo. Al ingresar en nuestras instalaciones privadas, usted asume el riesgo de lesiones.

**15. Obligado por representantes:** usted es responsable de todas las actividades que ocurran en sus cuentas con nosotros. Está obligado por las acciones de, y las transacciones realizadas por, sus representantes reales y designados, incluidas (i) todas las personas que, ocasionalmente, presenten a AuctionACCESS o a Manheim una Carta de Autorización individual completada, firmada por usted o a su nombre y (ii) cualquier otra persona autorizada por usted por escrito, verbalmente, o de otra manera, para que lo represente en o ante Manheim. Usted es responsable de supervisar a sus representantes designados y proteger la privacidad de su nombre de usuario, información de acceso y el número o tarjeta de AuctionACCESS, y se compromete a informar inmediatamente, por escrito, de cualquier uso no autorizado de estos. Si usted se está registrando o ingresando como

representante de un concesionario que no sea el suyo propio, usted confirma que usted es un representante debidamente nombrado y autorizado para vincular a ese concesionario con cualquier acto o transacción que usted lleve a cabo.

**16.   Sin derecho a hacer negocios:** Usted no tiene ninguna obligación de hacer negocios con nosotros. Del mismo modo, usted acepta y reconoce que no tenemos ninguna obligación de hacer negocios con usted. Somos empresas privadas afiliadas; nos reservamos el derecho a cesar de hacer negocios con usted o alguien más, en cualquier momento, por cualquier motivo o sin motivo, a nuestra entera discreción, en conjunto o por separado entre nuestras afiliadas y usted no tendrá derecho, recurso o causa de acción alguna por ello. Reconoce y acepta que existen numerosas fuentes, distintas de Manheim, para que pueda adquirir y vender vehículos automotores usados y servicios relacionados.

**17.   Divulgación de la información:** Sujeto a la legislación aplicable, nos autoriza a obtener, reunir, conseguir, recibir, compartir, diseminar y revelar información financiera, crediticia y transaccional acerca de usted y de sus vehículos, a nuestra discreción, incluidos, entre otros, informes del consumidor, historial de crédito y límites, historiales de compraventa, información sobre cheques, lugar y estado de garantías, información de condición y retiro de productos y condición frente a los requisitos de elegibilidad (a los fines de este párrafo, "Su información"), de y con organizaciones crediticias, instituciones financieras, acreedores comerciales, afiliadas y terceros, incluidos, entre otros, a AuctionACCESS, Auction Insurance Agency, otras compañías de subasta, asociados en marketing y otros clientes, por cualquier motivo que nosotros consideremos necesario, incluidos, entre otros, evaluar su capacidad crediticia, cobrar toda deuda pendiente que pudiese deber ahora o en el futuro y obtener acuerdos entre acreedores, de subordinación o acuerdos similares relacionados con usted y, mediante este documento, ratifica todos los actos previos correspondientes. La autorización para compartir información dispuesta en este documento se suma a cualquier autorización para compartir información dispuesta en cualquier política de privacidad de Manheim. Puede optar por no permitir que se comparta su informe de consumidor (si lo hubiere) entre nuestras afiliadas o que no se revele o divulgue para fines de marketing (solamente) escribiendo a Manheim, a la atención de: Credit Bureaus, 6325 Peachtree Dunwoody Road, Atlanta, Georgia 30328.

**18.   Aportes a Manheim:** Usted acepta y reconoce que, al enviar ideas, sugerencias, conceptos, documentos o propuestas (las "Sugerencias") a Manheim, que:

(a)   usted tiene todos los derechos necesarios para compartir las Sugerencias con Manheim, y que las Sugerencias no están sujetas a restricciones de parte de terceros;

(b)   Manheim es libre de usar o compartir las Sugerencias que estime convenientes;

(c)   Manheim ya puede haber concebido, contemplado o desarrollado algo similar a las Sugerencias;

(d)   Manheim puede incorporar las Sugerencias en sus productos y servicios, ahora o en el futuro, y Manheim es y será propietaria de dichos productos y servicios; y

(e)   que Manheim no está obligada con respecto a usted de ninguna manera por tales Sugerencias.

**19.   Derechos de propiedad de Manheim:** Usted acepta y reconoce que los productos y servicios de Manheim, y cualquier software usado en relación con los productos y servicios de Manheim, y los materiales de los diversos sitios web de Manheim contienen información exclusiva y

confidencial que está protegida por las leyes de propiedad intelectual y otras leyes. Además, usted reconoce y acepta que, en el desempeño de sus servicios, Manheim puede generar materiales, incluyendo, a título enunciativo, fotografías, informes, materiales visuales, relatos, registros de vehículo y transacciones y otros datos y documentos derivados de lo anterior, y que Manheim será propietaria de los derechos de tales materiales. Salvo lo dispuesto expresamente en estos términos y condiciones de Manheim, usted no puede tomar, apropiarse, convertir, distribuir, transmitir, mostrar, reproducir, modificar, crear trabajos derivados o de otra forma explotar, ninguno de los materiales generados por Manheim. Manheim es titular de muchas marcas comerciales, nombres comerciales y marcas de servicio, que incluyen, a título enunciativo, las marcas registradas Manheim.com, Manheim y Manheim Canada. Usted no puede usar ninguna marca comercial o marca de servicio de Manheim sin el consentimiento previo por escrito de Manheim.

**20. Poder de representación limitado:** por el valor recibido, mediante este documento, designa de manera irrevocable a Manheim para que sea su agente y apoderado, con autoridad plena y total, en su nombre, para tomar todas las medidas, hacer todas las cosas y autenticar, firmar, firmar de manera electrónica o de otra forma reconocer, todos los documentos, incluidos, entre otros, las declaraciones de revelación del odómetro, los documentos de títulos de propiedad (incluidas las solicitudes de los duplicados),las facturas de venta, las facturas, las instrucciones o las órdenes de transporte, en cada caso que consideremos necesario, incidental, deseable o conveniente, a nuestro exclusivo juicio, para cualquier compra o venta de un Vehículo fabricado conforme a estos términos y condiciones, para el suministro de cualquier producto o servicio según estos términos y condiciones o para que nos ayude con nuestros esfuerzos para recaudar el pago de tales productos o servicios. Reconoce que se le solicitará que firme dichos documentos de poder de representación que cubran las actividades y la autoridad antes mencionadas, tal y como Manheim puede solicitarlo en cualquier momento a su entera discreción. Para mayor certeza, cuando cualquier jurisdicción aplicable requiriese que un poder de representación válido se realice por escrito, en presencia de un testigo o impusiese cualquier otro requisito, se compromete a hacer los actos necesarios para designar a Manheim como su poder de representación.

**21. RENUNCIA DE GARANTÍAS Y CONDICIONES:** A MENOS QUE SE ESTABLEZCA LO CONTRARIO DE MANERA ESPECÍFICA EN ESTE DOCUMENTO O EN UN ACUERDO MÁS ESPECÍFICO QUE USTED PUEDA TENER O CELEBRAR CON MANHEIM, TODOS LOS PRODUCTOS Y LOS SERVICIOS PROPORCIONADOS A USTED POR MANHEIM SE OFRECEN "TAL CUAL ESTÁN". MANHEIM NO PUEDE Y NO GARANTIZA O CONDICIONA LA EXACTITUD, LA INTEGRIDAD, LA ACTUALIDAD, LA NO INFRACCIÓN, LA COMERCIALIZACIÓN, LA CALIDAD COMERCIAL, LA DURABILIDAD O LA IDONEIDAD PARA UN DETERMINADO FIN DE LOS PRODUCTOS O LOS SERVICIOS PROPORCIONADOS A USTED POR MANHEIM Y NO PUEDE GARANTIZAR QUE LOS SERVICIOS QUE SE LE PRESTAN NO TENDRÁN ERRORES O QUE SE ENCONTRARÁN DISPONIBLES DE MANERA CONTINUA, NI QUE DICHOS SERVICIOS NO CONTENDRÁN VIRUS NI OTROS COMPONENTES NOCIVOS.

**22. INDEMNIZACIÓN:** ACUERDA INDEMNIZAR, DEFENDER Y MANTENER INDEMNE A MANHEIM, SUS SUCESORES Y CESIONARIOS Y A CADA UNO DE SUS RESPECTIVOS DIRECTORES, EJECUTIVOS, EMPLEADOS, ACCIONISTAS, ASOCIADOS, REPRESENTANTES, EMPLEADOS PRESTADOS, VOLUNTARIOS, CONTRATISTAS INDEPENDIENTES Y AGENTES (CADA UNO, UNA "PARTE DE MANHEIM" Y, EN SU CONJUNTO, LAS "PARTES DE MANHEIM"), DE Y CONTRA CUALQUIER Y TODO RECLAMO, PÉRDIDA, DEMANDA, CAUSA, DEUDA U OBLIGACIÓN, INCLUIDOS LOS HONORARIOS DE LOS ABOGADOS, QUE SURJAN DE, O EN RELACIÓN CON:

(a) LESIONES CORPORALES Y DAÑOS A LA PROPIEDAD QUE USTED PUEDA CAUSAR, YA SEA EXCLUSIVAMENTE POR SUS PROPIAS ACCIONES O EN CONJUNTO CON OTROS (INCLUIDAS LAS PARTES DE MANHEIM) A MANHEIM, CUALQUIER MIEMBRO DEL PERSONAL O A LOS CLIENTES DE MANHEIM O A TERCEROS O A LA PROPIEDAD DE CUALQUIERA DE LOS ANTERIORES;

(b) INCUMPLIMIENTO O SUPUESTO INCUMPLIMIENTO DE CUALQUIER ACUERDO U OBLIGACIÓN CONFORME A ESTE DOCUMENTO O EN VIRTUD DE CUALQUIER OTRO ACUERDO QUE PUEDA TENER CON MANHEIM;

(c) TODOS LOS RECLAMOS DE TRANSPORTE;

(d) CUALQUIER ACCIÓN QUE UNA PARTE DE MANHEIM PUEDA LLEVAR A CABO COMO SU AGENTE, REPRESENTANTE O ABOGADO DE HECHO, DE CONFORMIDAD CON LA SECCIÓN 20 DE ESTE DOCUMENTO O DE OTRO MODO;

(e) SU USO DE CUALQUIER PRODUCTO O SERVICIO DE MANHEIM Y

(f) CUALQUIER RESPONSABILIDAD U OBLIGACIÓN, INCLUIDA CUALQUIERA CAUSADA EN PARTE POR UNA PARTE DE MANHEIM, QUE DE OTRA MANERA PUDIERAN DERIVARSE DE SU PARTICIPACIÓN EN CUALQUIER VENTA O SUBASTA LLEVADA A CABO POR UNA PARTE DE MANHEIM, SU PRESENCIA EN CUALQUIER INSTALACIÓN PERTENECIENTE O GESTIONADA POR MANHEIM O LA PROVISIÓN DE PRODUCTOS O SERVICIOS A USTED POR MANHEIM.

**23. EXONERACIÓN Y LIBERACIÓN DE RESPONSABILIDAD:** USTED RENUNCIA A CUALQUIER RECLAMACIÓN O CAUSA DE ACCIÓN QUE PUEDA TENER, YA SEA AHORA O EN EL FUTURO, EN CONTRA DE CUALQUIER PARTE DE MANHEIM, Y POR ESTE MEDIO LIBERA A LAS PARTES DE MANHEIM DE CUALQUIER Y TODA RESPONSABILIDAD EN VIRTUD DE DICHA RECLAMACIÓN O CAUSA DE ACCIÓN, EN CADA CASO, EN LA MEDIDA EN QUE DICHA RECLAMACIÓN O CAUSA DE ACCIÓN SURJAN DE O SE RELACIONEN CON:

(a) SU DERECHO A LA PROTECCIÓN DE CUALQUIER LEY DE PROTECCIÓN AL CONSUMIDOR;

(b) CUALQUIER CUESTIÓN DE LICITACIÓN O DE DIVULGACIÓN QUE PUDIESE OCURRIR EN UNA VENTA O SUBASTA LLEVADA A CABO POR NOSOTROS, CON SUJECIÓN A SUS DERECHOS LIMITADOS EN VIRTUD DE LAS POLÍTICAS DE ARBITRAJE DE MANHEIM;

(c) CUALQUIER RECLAMO DE TRANSPORTE;

(d) CUALQUIER DAÑO A LOS VEHÍCULOS U OTROS BIENES DEJADOS O DEPOSITADOS EN LAS INSTALACIONES PERTENECIENTES O GESTIONADAS POR MANHEIM, INDEPENDIENTEMENTE DE LA INDEMNIZACIÓN PAGADA A NOSOTROS POR DICHO DEPÓSITO;

(e) LESIONES PERSONALES U OTROS DAÑOS A LA PROPIEDAD SUFRIDOS MIENTRAS SE ENCUENTRE EN LAS INSTALACIONES PERTENECIENTES O GESTIONADAS POR MANHEIM O EN SUS ALREDEDORES; Y

(f) TODA MEDIDA ADOPTADA POR UNA PARTE DE MANHEIM EN CALIDAD DE SU AGENTE, REPRESENTANTE O ABOGADO DE HECHO, DE CONFORMIDAD CON LA SECCIÓN 20 DEL PRESENTE O COMO DE OTRO MODO PUEDA AUTORIZARSE.

PRESENTE O COMO DE OTRO MODO PUEDA AUTORIZARSE.

**24.  LIMITACIONES DE RESPONSABILIDAD Y TIEMPO:** EN NINGUNA CIRCUNSTANCIA LAS PARTES DE MANHEIM SERÁN RESPONSABLES ANTE USTED POR NINGÚN DAÑO EMERGENTE, ESPECIAL, INCIDENTAL, INDIRECTO, PUNITIVO, EJEMPLAR O DAÑOS SIMILARES (INCLUIDOS, ENTRE OTROS, LOS DAÑOS POR PÉRDIDA DE BENEFICIOS O INGRESOS) O LOS DAÑOS POR PÉRDIDA DE NEGOCIOS O COSTOS U HONORARIOS LEGALES, INCLUSO SI UNA O MÁS DE LAS PARTES DE MANHEIM SABEN DE ANTEMANO DE LA POSIBILIDAD DE TALES DAÑOS. ACEPTA QUE LA RESPONSABILIDAD TOTAL DE LAS PARTES DE MANHEIM, EN CONJUNTO, ANTE USTED EN RELACIÓN CON CUALQUIER RECLAMO O CAUSA DE ACCIÓN QUE USTED PUEDE INTENTAR HACER VALER, EN NINGÚN CASO EXCEDERÁ EL MONTO DE LOS HONORARIOS PAGADOS POR USTED A MANHEIM POR EL O LOS PRODUCTOS O SERVICIOS EN LITIGIO DURANTE EL PERÍODO DE DOCE (12) MESES INMEDIATAMENTE ANTERIOR AL ÚLTIMO EVENTO QUE DIO LUGAR AL RECLAMO O A LA ACCIÓN QUE SE DESEA HACER VALER. DEBIDA A QUE ALGUNOS ESTADOS O JURISDICCIONES QUIZÁS NO PERMITAN LA EXCLUSIÓN O LIMITACIÓN DE RESPONSABILIDAD POR DAÑOS Y PERJUICIOS EMERGENTES O INDIRECTOS, ALGUNAS DE ESTAS LIMITACIONES QUIZÁS NO SE APLIQUEN A USTED. ADEMÁS, ACEPTA QUE TODO RECLAMO O CAUSA QUE HAGA VALER CONTRA LAS PARTES DE MANHEIM DEBE PRESENTARSE O FORMULARSE DE MANERA FORMAL EN EL FORO RELEVANTE DENTRO DE LOS DOCE (12) MESES DEL ÚLTIMO EVENTO QUE PROVOCA EL RECLAMO O LA CAUSA DE ACCIÓN QUE SE HACE VALER, O DENTRO DEL TIEMPO RESTANTE CONFORME A LOS ESTATUTOS DE LIMITACIÓN APLICABLES, EL PERÍODO DE TIEMPO QUE FUESE MENOR, Y QUE CUALQUIER RECLAMO O CAUSA DE ACCIÓN NO PRESENTADA O INICIADA DENTRO DE DICHO PERÍODO QUEDARÁ DENEGADA PARA SIEMPRE.

**25.  Elección de la ley y consentimiento de jurisdicción:** estos términos y condiciones se regirán por las leyes internas del Estado de Georgia (EE. UU.), donde Manheim tiene sus oficinas centrales y sin considerar el análisis interno de los conflictos de las leyes de Georgia. En el caso de que cualquier reclamo o disputa entre Manheim y usted no sea objeto de arbitraje de conformidad con la Sección 26 de este documento, acepta que la competencia y la jurisdicción no exclusiva para tales reclamos y disputas recaerán en los tribunales federales y estatales del Condado de Fulton, Georgia. Además, acuerda y reconoce que no puede presentar un litigio contra Manheim en cualquier jurisdicción o foro, excepto el Condado de Fulton, Georgia.

**26.  RESOLUCIÓN DE CONTROVERSIAS Y RENUNCIA A UN PROCESO COLECTIVO**

   (a)  **ACUERDO DE ARBITRAJE:** ACUERDA PRESENTAR A ARBITRAJE TODA DISPUTA O RECLAMO QUE PUDIESE TENER CON MANHEIM QUE SURJA O SE RELACIONE, DE CUALQUIER MODO, CON ESTOS TÉRMINOS Y CONDICIONES; TODA COMPRA, VENTA U OTRA TRANSACCIÓN DE LA SUBASTA O DE CRÉDITO CON MANHEIM; SU USO DE CUALQUIER SITIO WEB DE MANHEIM, PORTAL EN LÍNEA O CUALQUIER PRODUCTO O SERVICIO DE MANHEIM O CUALQUIER OTRO ACUERDO ENTRE USTED Y MANHEIM. EL ARBITRAJE QUE SE LLEVE A CABO CONFORME A ESTE DOCUMENTO SERÁ DEFINITIVO Y VINCULANTE. ESTA DISPOSICIÓN DE ARBITRAJE SIGNIFICA QUE SUS RECLAMOS CONTRA MANHEIM SE RESOLVERÁN A TRAVÉS DE ARBITRAJE, EN LUGAR DE UN LITIGIO ANTE UN TRIBUNAL. RECONOCE QUE MANHEIM PUEDE (PERO NO ESTARÁ OBLIGADO A HACERLO) SOMETER A ARBITRAJE TODA DISPUTA O DEMANDA QUE PUEDA TENER EN SU CONTRA Y TODO ARBITRAJE CORRESPONDIENTE SE REGIRÁ POR LAS DISPOSICIONES DE ESTA SECCIÓN 26.

(b) **CAPACIDAD POR OPTAR EXCLUIRSE:** PUEDE OPTAR POR EXCLUIRSE DE ESTE ACUERDO DE ARBITRAJE (SOLAMENTE LA SECCIÓN 26) PARA CUALQUIER NEGOCIO FUTURO CON MANHEIM Y, AL HACERLO, NO PERJUDICARÁ NI AFECTARÁ DE MODO ALGUNO SUS TRATOS CON MANHEIM. PARA EJERCER ESTE DERECHO DE OPCIÓN DE EXCLUSIÓN, DEBE ENVIAR POR CORREO ELECTRÓNICO UNA NOTIFICACIÓN POR ESCRITO A MANHEIM DE SU ELECCIÓN DE EXCLUIRSE A ARBITRATIONOPTOUT@COXAUTOINC.COM A MÁS TARDAR 30 DÍAS DESPUÉS DE SU ACEPTACIÓN INICIAL DE ESTOS TÉRMINOS Y CONDICIONES, SEGÚN SE ESTABLECE EN EL PRIMER PÁRRAFO DE ESTE DOCUMENTO. ESTE PROCEDIMIENTO QUE SE DESCRIBE EN ESTE DOCUMENTIO ES EL ÚNICO MODO DE EXCLUIRSE DEL ACUERDO DE ARBITRAJE Y, TODO INTENTO DE OPTAR POR EXCLUIRSE DESPUÉS DEL PLAZO ESTABLECIDO EN ESTE DOCUMENTO, NO SERÁ VÁLIDO.

(c) **RENUNCIA A UN PROCESO COLECTIVO:** TODO PROCEDIMIENTO DE ARBITRAJE EN VIRTUD DE ESTA SECCIÓN 26 TENDRÁ LUGAR DE FORMA INDIVIDUAL. LOS ARBITRAJES COLECTIVOS O PROCEDIMIENTOS DE CLASE O COLECTIVOS DE CUALQUIER ÍNDOLE NO ESTÁN PERMITIDOS Y USTED RENUNCIA EXPRESAMENTE A SU POSIBILIDAD DE PARTICIPAR EN UN PROCEDIMIENTO COLECTIVO O DE CLASE CONTRA MANHEIM. EN LA MEDIDA QUE USTED SE EXCLUYA DEL ARBITRAJE AL SEGUIR EL PROCEDIMIENTO ESTABLECIDO EN LA SECCIÓN 26(b) ANTERIOR, O SI EL ACUERDO DE ARBITRAJE SE CONSIDERA INAPLICABLE A SU DISPUTA CON MANHEIM, ESTA RENUNCIA DE PROCESO COLECTIVO CONTINUARÁ APLICÁNDOSE EN UN LITIGIO. USTED ACEPTA QUE ESTA RENUNCIA DE PROCESO COLECTIVO ES UN ELEMENTO ESENCIAL DE NUESTRO ACUERDO Y ESTOS TÉRMINOS Y CONDICIONES Y NO SE PUEDEN ESCINDIR. EN CASO DE QUE ESTA RENUNCIA DE PROCESO COLECTIVO SE CONSIDERE INVÁLIDA O INAPLICABLE, EL ACUERDO COMPLETO DE ARBITRAJE DE ESTA SECCIÓN 26 SERÁ NULO.

(d) **Procedimientos de Arbitraje/Autoridad del árbitro:** Toda disputa o reclamo sujeto a arbitraje de conformidad con esta Sección 26 se someterá a arbitraje vinculante administrado por el Servicio de Mediación y Arbitraje Judicial (Judicial Arbitration and Mediation Service, "JAMS") de conformidad con sus Normas y Procedimientos de Arbitraje Simplificadas (Streamlined Arbitration Rules and Procedures) en efecto al momento de la presentación de tal disputa o reclamo (las "Normas simplificadas JAMS"). Las disputas o reclamos sujetos a arbitraje de conformidad con esta Sección 26 los resolverá un único árbitro elegido de conformidad con las Normas simplificadas JAMS. El árbitro estará vinculado y deberá hacer valer estrictamente estos términos y condiciones y cualquier otro acuerdo aplicable entre usted y Manheim, y no puede limitar, expandir o de otra forma modificar cualquiera de estos términos y condiciones o las disposiciones de cualquier otro acuerdo aplicable entre usted y Manheim. El árbitro puede otorgar cualquier desagravio que un tribunal judicial podría, aplicando las limitaciones de responsabilidad que contienen estos términos y condiciones. El árbitro puede otorgar una medida cautelar, si lo permite la ley, pero la medida cautelar otorgada por el árbitro no se puede extender más allá de nuestros tratos recíprocos. Se aplicarán las leyes del Estado de Georgia a cualquier reclamo o disputa entre nosotros. Todo arbitraje se llevará a cabo en Atlanta, Georgia, a menos que las partes acuerden lo contrario por escrito. Cada parte sufragará sus propios gastos en el arbitraje y compartirá en partes iguales los costos del arbitraje; sin embargo, el árbitro deberá otorgar a Manheim todos los costos y honorarios a los que Manheim pueda estar facultado en virtud de la Sección 22 en relación con cualquier reclamo de indemnización, y podrá además, a su discreción, otorgar costos y honorarios a Manheim si se determina que usted presentó o entabló algún arbitraje de mala fe o que sus reclamos contra Manheim no tienen fundamentos legales razonables.

(e) **Aplicación de la FAA/Continuación de la vigencia:** acuerda que sus transacciones con Manheim evidencian transacciones de comercio interestatal y, por lo tanto, la Ley de Arbitraje Federal (FAA) rige la interpretación y la exigibilidad de esta Sección 26 (sin perjuicio de la aplicación de la ley de Georgia a cualquier reclamo subyacente según se dispone en la cláusula (d) anterior). También acuerda que esta Sección 26 seguirá en vigencia a la extinción de estos términos y condiciones o de cualquier otro acuerdo entre nosotros.

**27.   Garantía individual:** al entrar en nuestras instalaciones privadas o al usar nuestros servicios, garantiza de manera personal el pago total y el cumplimiento de todas las obligaciones en que participa con relación a Manheim, ya sea, de manera personal o como representante de otra entidad, sin considerar el hecho de que puede estar participando en carácter representativo. El deudor principal es (i) todo Comprador o Vendedor para quien usted (a) es un propietario registrado ante AuctionACCESS o (b) da su consentimiento a uno a varios contratos de venta de Manheim y (ii) todo cliente para quien usted ordenó un producto o servicio de nosotros. La responsabilidad conforme a esta garantía general es adicional a la responsabilidad de su concesionario y es solidaria con la responsabilidad de su concesionario. Esta es una garantía general de pago y cumplimiento y no solo una garantía de cobro.

**28.   Comunicaciones:** Salvo que la ley lo prohíba, mediante este documento, usted nos autoriza de manera expresa a comunicarnos con usted a través de transmisiones de fax, correo electrónico, transmisiones telefónicas, tanto a su línea telefónica particular como al teléfono celular, incluidos los mensajes de texto, usando un sistema de discado automático o un mensaje de voz grabado previamente o artificial o cualquier otra forma de comunicación, para cualquier propósito, incluidas las cuestiones generales de negocios, la información de la cuenta, los materiales de marketing, el cobro u otras necesidades de comunicación. Tal permiso expreso se extenderá a cualquier y toda la información de contacto que nos ha proporcionado en este documento o de otra forma, incluidos los domicilios o las direcciones de correo electrónico, los números de teléfono, los números de fax, etc. y las demás direcciones, teléfonos, direcciones de correo electrónico, chat en línea, plataformas de redes sociales, etc. que nos pueda dar o que podamos nosotros obtener de un tercero en una fecha posterior. No es necesario que otorgue su consentimiento para recibir llamadas y textos de marketing en su celular o línea telefónica particular mediante el uso de un sistema de marcado automático o un mensaje de voz grabado de manera previa o artificial de nosotros como condición para su acceso a Manheim y puede optar por no recibir tales comunicaciones al establecer la configuración de su cuenta en www.manheim.com.

**29.   No hay compromiso de préstamo:** ni los términos y ni las condiciones ni cualquier otra solicitud de su parte a nosotros constituyen un compromiso nuestro de prestarle fondos o tomar cualquier otra medida. Podemos aprobar cualquier solicitud para un plan de piso u otra financiación, a nuestra entera discreción, cursándole aviso o no.

**30.   Políticas de Manheim:** asimismo acuerda quedar vinculado por cualquier Política de mercado de Manheim aplicable o cualquier otra política específica para el local de Manheim, con sus posteriores modificaciones, incluidas, entre otras, la política de privacidad de Manheim, los acuerdos de visitantes al sitio web, la política de inspección posterior a la venta y la política de revisión del día de la venta. La actual lista y los términos de las políticas nacionales de Manheim se pueden encontrar en www.manheim.com/market_policies.

**31.   Entendimiento de los términos y condiciones:** reconoce y acepta que entiende estos términos y condiciones escritos en español y que ha buscado la ayuda de un abogado o traductor, según lo considere necesario, para entenderlos. Por medio de este documento, las Partes aceptan

Case 3:21-cv-01205-H-JLB    Document 84-1    Filed 03/02/23    PageID.1462    Page 33 of 41

que este acuerdo y toda la correspondencia y la documentación relacionada con el mismo será escrita en inglés. Toda versión traducida de cualquiera de estos términos y condiciones que Manheim ofrece se proporciona a modo de cortesía solamente y la versión en inglés es la versión vinculante.

**32. Divisibilidad:** en caso de que se determinase que alguna disposición de este acuerdo es legalmente inexigible, las partes acuerdan que, salvo lo dispuesto en la Sección 26(c), la disposición inexigible se escindirá y las restantes disposiciones de estos términos y condiciones permanecerán en pleno vigor y efecto.

**33. Aprobación por medio electrónicos:** mediante este documento, reconoce y acepta que celebra estos términos y condiciones, tanto en su capacidad individual como en carácter de representante autorizado por el Concesionario, y que la aprobación de este documento, si se hace por firma electrónica, se considerará que satisface todos los requisitos impuestos sobre las firmas electrónicas o digitales en virtud de la legislación federal y estatal aplicable, incluidas, según correspondiese, la Ley de Firmas Electrónicas en el Comercio Nacional e Internacional(Electronic Signatures in Global and National Commerce Act, en adelante, la "Ley de Firma Electrónica"), del Artículo 7001(a) y ss del Título 15 del Código de los Estados Unidos, las transacciones electrónicas estatales o las leyes comerciales y toda otra ley similar relacionada con la validez o la aplicabilidad de las firmas electrónicas o digitales. También reconoce y acepta que estos términos y condiciones se pueden aprobar al agregar una firma electrónica o digital a este acuerdo, que se considerará, para todos los fines, que constituye la firma válida de la parte que agrega tal firma electrónica o digital.

# EXHIBIT "B"

The Law Office Of Michael A. Alfred

DIPITO LLC et al v MANHEIM RIVERSIDE et al
Case No. 3:21-cv-01250-H-JLB
REASONABLE ATTORNEY FEE INVOICE                                    $400

| | Short/Long Entry - Description of Work Performed | ROA# | Date | Hours | Attorney Fees | Filing fees/costs |
|---|---|---|---|---|---|---|
| December 2020 | Document Review and Client Intake | | 12/5/2021 | 15 | $6,000 | |
| January 2021 | Letter of Representation to Defendants and F/U | | 01/05/2021 | 7 | $2,800 | |
| February 2021 | Receipt of Communications from Defendants | | 02/05/2021 | 5 | $2,000 | |
| March 2021 | Legal Research and Drafting Complaint | | 03/05/202 | | | |
| | Review Complaint and Strategize | | 03/05/202 | 15 | $6,000 | |
| July 2021 | File SUMMONS & COMPLAINT | | 07/01/2021 | | | |
| | Research/Draft Complaint | 1 - 2 | 07/01/202 | 4 | $1,600 | |
| | Strategize with Client | | 07/05/2021 | 2 | $800 | |
| | Returns of SUMMONS | 3 - 7 | 07-27-2021 | 6 | $2,400 | |
| | Strategize with Client | | 07-27-2021 | 2 | $800 | |
| August 2021 | Comms with Opposing Counsel | 8 - 12 | 08-04-2021 | 2 | $800 | |
| | Joint Stipulations/Court filings | 8 - 18 | 08-18-2021 | 3.5 | $1,400 | |
| September 2021 | Comms with Opposing Counsel | 19 - 30 | 09-02-2021 | 4 | $1,600 | |
| | Joint Stipulations/Court filings | 19 - 30 | 09-24-2021 | 5.5 | $2,200 | |
| | Opposition to Motion to Dismiss | 31 | 09-27-2021 | 4.5 | $1,800 | |
| October 2021 | Request to Enter Default - Jerry Siderman | 32 | 10-04-2021 | 4 | $1,600 | |
| | Opposition to Motion to Dismiss | 35 | 10-07-2021 | 4.5 | $1,800 | |
| | Opposition to Motion to Dismiss | 37 | 10-11-2021 | 4.5 | $1,800 | |
| | Review and Research/Court filings | 36 - 41 | 10-25-2021 | 3 | $1,200 | |
| | Strategize with client | | | 2 | $800 | |
| November 2021 | Review and Research/Court filings | 42 - 47 | 11-08-2021 | 3 | $1,200 | |
| | Opposition to Motion to Compel Arbitration | 44 | 11-19-2021 | 2.5 | $1,000 | |
| | Opposition to Motion to Compel Arbitration | 45 | 11-19-2021 | 1 | $400 | |
| | Strategize with client | | | 2 | $800 | |
| December 2021 | Review and Research/Court filings | 48 | 12-13-2021 | 1.5 | $600 | |
| | Review and Research/Court filings | 49 | 12-14-2021 | 3 | $1,200 | |
| | Strategize with client | | | 2 | $800 | |
| January 2022 | Legal Research and Drafting Amended Complaint | | 01-15-2022 | 3.5 | $1,400 | |
| | File Amended Complaint | 50 | 01-31-2022 | 1.5 | $600 | |
| | Strategize with client | | | 1 | $400 | |
| February 2022 | Research & Review Motion to Dismiss | 51 | 02-11-2022 | 2.5 | $1,000 | |
| | Strategize with client | | | 1.5 | $600 | |
| March 2022 | Opposition to Motion to Dismiss | 52 | 03-31-2022 | 3.5 | $1,400 | |
| April 2022 | Research & Review Motion to Dismiss | 53 - 55 | 04-11-2022 | 0.5 | $200 | |
| | Strategize with client | | | 1 | $400 | |
| May 2022 | Legal Research and Drafting Amended Complaint | 56 | 05-08-2022 | 3.5 | $1,400 | |
| | Research & Review Motion to Dismiss | 57 | 05-23-2022 | 1.5 | $600 | |
| June 2022 | Opposition to Motion to Dismiss | 58 | 06-27-2022 | 3.5 | $1,400 | |
| | Strategize with client | | | 1.5 | $600 | |
| July 2022 | Review and Research/Court filings | 59 - 63 | 07-29-2022 | 3.5 | $1,400 | |
| | Strategize with client | | | 1.5 | $600 | |
| August 2022 | Review and Research- Answer to Complaint | 64 | 08-05-2022 | 2.5 | $1,000 | |
| | Review and Research/Court filings | 65 | 08-08-2022 | 1 | $400 | |
| | Strategize with client | | | 1 | $400 | |
| September 2022 | Communications in re Joint Discovery | 66 | 09-02-2022 | 1 | $400 | |
| | Rule 26f Planning Meeting | 67 | 09-02-2022 | 1 | $400 | |
| | Review and Research/Court filings | 68 - 70 | 09-15-2022 | 2.5 | $1,000 | |
| | Strategize with client | | | | | |

1:47 PM
03/21/10

**The Law Office Of Michael A. Alfred**
**All Payments Issued for Apache County Recorder**
January through December 2009

| | Short/Long Entry - Description of Work Performed | ROA# | Date | Hours | Attorney Fees | Filing fees/costs |
|---|---|---|---|---|---|---|
| October 2022 | Review and Research/Court filings | 71 - 73 | 10-28-2022 | 3.5 | $1,400 | |
| | Strategize with client | | | 1 | $400 | |
| November 2022 | Review and Research/Court filings | 74 - 77 | 11-18-2022 | 2.5 | $1,000 | |
| | Strategize with client | | | 1.5 | $600 | |
| December 2022 | Review and Research/Court filings | 78 | 12-21-2022 | 1 | $400 | |
| | Strategize with client | | | 1.5 | $600 | |
| January 2023 | Review and Research/Court filings | 79 | 01-18-2021 | 1 | $400 | |
| | Strategize with client | | | 0.5 | $200 | |
| February 2023 | Review and Research/Court filings | 80 -81 | 02-13-2023 | 2.5 | $1,000 | |
| | Status Conference Hearing | 82 83 | 02-21-2023 | 1 | $400 | |
| | Strategize with client | | | 1 | $400 | |

**Total  Fee Demand**                                    **$55,000**

# EXHIBIT "C"

**B.**   <u>**Manheim is Entitled to an Award of $75,515.50 in Attorneys' Fees and Costs.**</u>

**1.**   **Manheim's Terms and Conditions Permit Recovery of All Fees and Expenses Incurred in Defending Against this Arbitration.**

Manheim's Terms and Conditions ("Manheim's Terms"), which govern this Arbitration,[1]

unambiguously state that Manheim may recover *all* of its costs and fees incurred in defending against

a claim relating to any vehicle purchased or sold at a Manheim auction:

> **If Manheim is required to make or defend a claim related in any way to a Vehicle or Vehicle transaction, from or against either Seller or Buyer** or an agent, employee, insurer, or bonding company of either, **then Manheim** *shall* **recover, in addition to the amount of the claim and the costs incurred in the claim, reasonable attorneys' fees and legal fees in an amount** *not less than* **twenty-five percent (25%) of the amount of the claim, regardless of whether suit is filed, including appellate and bankruptcy fees and costs.** Interest shall accrue on the unpaid balance of any such claim at the rate of one

---

[1] *See* Order of Dismissal (noting that the parties' stipulated that Manheim's Terms and Conditions and the NAAA Arbitration Policy govern the parties' dispute).

> and one-half percent (1.5%) per month, provided that, if applicable law permits a higher rate, such higher rate will apply.

Manheim's Terms and Conditions, ¶ 6(I)(v) (emphasis added).

# EXHIBIT "D"

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | | |
|---|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS et al<br>v.<br>MANHEIM RIVERSIDE AKA COX AUTO INC. et al | )<br>)<br>)<br>)<br>) | Case No.: 3:21-cv-01205<br>Hearing Date:<br>Hearing Time:<br>Hearing Location: Clerk's Office<br>333 West Broadway, Ste. 420<br>San Diego, CA 92101 |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/29/2022__ against __JERRY SIDERMAN__ ,
                                                                                                Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk .............................................................. | $ | 402.00 |
| Fees for service of summons and subpoena ................................................. | | 1,102.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | | 0.00 |
| Fees and disbursements for printing....................................................... | | 207.00 |
| Fees for witnesses *(itemize on page two)* ...................................................... | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case....................................................... | | 0.00 |
| Docket fees under 28 U.S.C. 1923 ........................................................ | | 0.00 |
| Costs as shown on Mandate of Court of Appeals............................................ | | 0.00 |
| Compensation of court-appointed experts .................................................. | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | 0.00 |
| Other costs *(please itemize)* . Attorney Fees - CA Civil Code 1717 ............ | | 130,516.00 |
| | TOTAL  $ | 132,227.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  __/S/ Michael A. Alfred_____

Name of Attorney: __Michael A. Alfred_____

For: _____ __DIPITO LLC__ _____          Date: __03/01/2023__
                        *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ __$132,227.00__ _____          and included in the judgment.

_____          By: _____          _____
       *Clerk of Court*                              *Deputy Clerk*                        *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

    Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.