1  Michael A. Alfred, Esq., SBN 113716
   Law Office of Michael A. Alfred
2  7220 Trade Street, Suite 104
   San Diego, California 92121
3  (858) 566-6800
4
   Attorney for Plaintiff
5

6                UNITED STATES DISTRICT COURT

7                SOUTHERN DISTRICT OF CALIFORNIA

8

9  DIPITO LLC, A MONTANA LLC DBA SAN  )  Case No.: 3:21-cv-01205
   DIEGO MOTORWERKS;                   )
10 CHIDIEBERE AMADI, AN INDIVIDUAL;    )  **DEFAULT JUDGMENT AGAINST**
   RICHARD JOHN HAGEN DBA              )  **DEFENDANT JERRY SIDERMAN**
11 EUROMOTORWERKS; RICHARD JOHN        )
   HAGEN, AN INDIVIDUAL;               )
12 AND CARRIE SORRENTO, AN             )
   INDIVIDUAL,                         )
13                                     )
                                       )
14              Plaintiff,             )
                                       )
15                                     )
   vs.                                 )
16                                     )
                                       )
17 MANHEIM RIVERSIDE AKA COX AUTO      )
   INC. AKA MANHEIM                    )
18 INVESTMENTS INC. AKA COX AUTO       )
   AUCTIONS, LLC; MANHEIM              )
19 NEVADA AKA COX AUTO INC. AKA        )
   MANHEIM INVESTMENTS INC.            )
20 AKA COX AUTO AUCTIONS, LLC;         )
   CARFAX, INC.; NEXTGEAR              )
21 CAPITAL; DANNY BRAUN, AN            )
   INDIVIDUAL; CESAR ESPINOSA, AN      )
22 INDIVIDUAL; STEVE HARMON, AN        )
   INDIVIDUAL; JERRY SIDERMAN, AN      )
23 INDIVIDUAL; BMW OF NORTH            )
   AMERICA, LLC; CENTER                )
24 AUTOMOTIVE, INC DBA CENTER BMW;     )
   AND DOES 1 THROUGH                  )
25 200                                 )
26              Defendants.            )
27
28

─────────────────────────────────────────────────

Default Judgment – 3:21-cv-01205                                    Page 1

Defendant JERRY SIDERMAN having failed to appear, plead or otherwise defend in this action, and default having been entered on July 29, 2022, and counsel for plaintiff's having requested judgement against the defaulting defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgement is hereby entered in favor of DIPITO, LLC and against defendant JERRY SIDERMAN, as follows:

| | |
|---|---:|
| **Sum certain** (value of the subject vehicle) | $ 53,050.00 |
| **Bill of Costs (per Statement):** | |
| Fees of the Clerk | 402.00 |
| Fees for service of summons and subpoena | 1,102.00 |
| Fees for printing | 207.00 |
| Arbitration Award Attorney Fees – CA Civil Code 1717 | |
| (Per Manheim Terms and Conditions) | 75,516.00 |
| Reasonable Attorney Fees per CA Civil Code 1717 | 55,000.00 |
| Total Bill of Costs | $ 132, 227.00 |
| Total Judgment Amount | $ 185,277.00 |

Plus interest on the judgment at the legal rate until the judgment is satisfied.

_____
Judge Marilyn L. Huff