Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, AN INDIVIDUAL; RICHARD JOHN HAGEN DBA EUROMOTORWERKS; RICHARD JOHN HAGEN, AN INDIVIDUAL; AND CARRIE SORRENTO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC; MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, AN INDIVIDUAL; CESAR ESPINOSA, AN INDIVIDUAL; STEVE HARMON, AN INDIVIDUAL; JERRY SIDERMAN, AN INDIVIDUAL; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC DBA CENTER BMW; AND DOES 1 THROUGH 200<br>                      Defendants. | Case No.: 3:21-cv-01205<br><br>**CERTIFICATE OF SERVICE** |

I, MICHAEL A. ALFRED, hereby certify that I am employed by Law Office of Michael A. Alfred and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I cause a copy of the Request for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Default Judgment to be placed in a postage-paid envelope addressed to Defendant JERRY SIDERMAN, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

Addressee:  JERRY SIDERMAN, 3751 Winford Drive, Tarzana, CA 91356

Dated:  March 2, 2023                    LAW OFFICE OF MICHAEL A. ALFRED

By:  *Michael Alfred Esq.*
      Michael A. Alfred
      Attorney for Plaintiff