
Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, AN INDIVIDUAL; RICHARD JOHN HAGEN DBA EUROMOTORWERKS; RICHARD JOHN HAGEN, AN INDIVIDUAL; AND CARRIE SORRENTO, AN INDIVIDUAL, <br><br> Plaintiff, <br><br> vs. <br><br> MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC; MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, AN INDIVIDUAL; CESAR ESPINOSA, AN INDIVIDUAL; STEVE HARMON, AN INDIVIDUAL; JERRY SIDERMAN, AN INDIVIDUAL; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC DBA CENTER BMW; AND DOES 1 THROUGH 200 <br><br> Defendants. | Case No.: 3:21-cv-01205 <br><br> **REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT JERRY SIDERMAN** <br><br><br> **Date:  April 3, 2023** <br> **Time: 10:30 am** <br> **Judge: Hon Marilyn Huff** <br> **Dept:  Telephonic Hearing** |

Plaintiff DIPITO LLC, requests the entry of judgment by default be entered against Defendant JERRY SIDERMAN pursuant to Federal Rule of Civil Procedure 55(B).  In support of this request plaintiff relies upon the record in this case and the declaration submitted herein.

Dated:  March 1, 2023               LAW OFFICE OF MICHAEL A. ALFRED


                              By:  *Michael Alfred Esq.*
                                   Michael A. Alfred
                                   Attorney for Plaintiff