Michael A. Alfred, Esq., SBN 113716
Law Office of Michael A. Alfred
7220 Trade Street, Suite 104
San Diego, California 92121
(858) 566-6800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS; CHIDIEBERE AMADI, AN INDIVIDUAL; RICHARD JOHN HAGEN DBA EUROMOTORWERKS; RICHARD JOHN HAGEN, AN INDIVIDUAL; AND CARRIE SORRENTO, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>MANHEIM RIVERSIDE AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC; MANHEIM NEVADA AKA COX AUTO INC. AKA MANHEIM INVESTMENTS INC. AKA COX AUTO AUCTIONS, LLC; CARFAX, INC.; NEXTGEAR CAPITAL; DANNY BRAUN, AN INDIVIDUAL; CESAR ESPINOSA, AN INDIVIDUAL; STEVE HARMON, AN INDIVIDUAL; JERRY SIDERMAN, AN INDIVIDUAL; BMW OF NORTH AMERICA, LLC; CENTER AUTOMOTIVE, INC DBA CENTER BMW; AND DOES 1 THROUGH 200<br>                    Defendants. | Case No.: 3:21-cv-01205<br><br>**MOTION FOR ATTORNEY FEES**<br><br><br>Date:  April 3, 2023<br>Time: 10:30 am<br>Judge: Hon Marilyn Huff<br>Dept:  Telephonic Hearing |

Plaintiff DIPITO LLC, motions for attorney fees and requests the entry of judgment by default be entered against Defendant JERRY SIDERMAN pursuant to Federal Rule of Civil Procedure 55(B). In support of this request plaintiff relies upon the record in this case and the declaration submitted herein.

Dated: March 3, 2023                    LAW OFFICE OF MICHAEL A. ALFRED

                                By: *Michael Alfred Esq.*
                                    Michael A. Alfred
                                    Attorney for Plaintiff