1  Michael A. Alfred, Esq., SBN 113716
   Law Office of Michael A. Alfred
2  7220 Trade Street, Suite 104
   San Diego, California 92121
3  (858) 566-6800

4
   Attorney for Plaintiff
5

6             UNITED STATES DISTRICT COURT

7             SOUTHERN DISTRICT OF CALIFORNIA

8

9  DIPITO LLC, A MONTANA LLC DBA SAN )   Case No.: 3:21-cv-01205
   DIEGO MOTORWERKS;                  )
10 CHIDIEBERE AMADI, AN INDIVIDUAL;   )   **CERTIFICATE OF SERVICE**
   RICHARD JOHN HAGEN DBA             )
11 EUROMOTORWERKS; RICHARD JOHN       )
   HAGEN, AN INDIVIDUAL;              )
12 AND CARRIE SORRENTO, AN            )
   INDIVIDUAL,                        )
13                                    )
14                    Plaintiff,      )
                                      )
15                                    )
   vs.                                )
16                                    )
                                      )
17 MANHEIM RIVERSIDE AKA COX AUTO     )
   INC. AKA MANHEIM                   )
18 INVESTMENTS INC. AKA COX AUTO      )
   AUCTIONS, LLC; MANHEIM             )
19 NEVADA AKA COX AUTO INC. AKA       )
   MANHEIM INVESTMENTS INC.           )
20 AKA COX AUTO AUCTIONS, LLC;        )
21 CARFAX, INC.; NEXTGEAR             )
   CAPITAL; DANNY BRAUN, AN           )
22 INDIVIDUAL; CESAR ESPINOSA, AN     )
   INDIVIDUAL; STEVE HARMON, AN       )
23 INDIVIDUAL; JERRY SIDERMAN, AN     )
24 INDIVIDUAL; BMW OF NORTH           )
   AMERICA, LLC; CENTER               )
25 AUTOMOTIVE, INC DBA CENTER BMW;    )
   AND DOES 1 THROUGH                 )
26 200                                )
27                    Defendants.     )

28

---

Certificate of Service for Motion for Attorney Fees – 3:21-cv-01205                    Page 1

I, MICHAEL A. ALFRED, hereby certify that I am employed by Law Office of Michael A. Alfred and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I cause a copy of the Motion for Attorney Fees, Affidavit in Support of Motion for Attorney Fees and proposed Default Judgment to be placed in a postage-paid envelope addressed to Defendant JERRY SIDERMAN, at the address stated below, which is the last known address of said defendant, and deposited said envelope in the United States mail.

Addressee: JERRY SIDERMAN, 3751 Winford Drive, Tarzana, CA 91356

Dated: March 3, 2023                LAW OFFICE OF MICHAEL A. ALFRED


By: *Michael Alfred Esq.*
   Michael A. Alfred
   Attorney for Plaintiff