AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| DIPITO LLC, et al. <br> *Plaintiff* <br> v. <br> JERRY SIDERMAN, et al. <br> *Defendant* | ) ) ) ) ) ) ) Case No. 3:21-cv-01205 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Jerry Siderman.

Date: March 31, 2023

*Attorney's signature*

Peter K. Levine, Esq., SBN:113672
*Printed name and bar number*

5455 Wilshire Blvd., Ste. 1250, Los Angeles, CA 90036
*Address*

peter@peterlawfirm.com
*E-mail address*

323-934-1234
*Telephone number*

323-934-1230
*FAX number*