PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230

Attorney for Defendant Jerry Siderman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual,<br><br>Plaintiffs,<br>V.<br><br>JERRY SIDERMAN, an individual, BMW FINANCIAL SERVICES NA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200,<br><br>Defendants. | Case No. 3:21-cv-01205-H-JLB<br><br>Judge:  Hon. Marilyn L. Huff<br><br>**[PROPOSED] ORDER ON STIPULATION TO VACATE DEFAULT AND ALLOW DEFENDANT JERRY SIDERMAN TO RESPOND TO SECOND AMENDED COMPLAINT.** |

## STIPULATION

Plaintiff, DIPITO LLC, (dba SD Motorwerks) and Defendant, JERRY SIDERMAN ("Siderman") agree as follows:

WHEREAS Plaintiffs filed a Complaint in the U.S. District Court Southern District, against Defendant SIDERMAN on July 1, 2021.  (Doc. No. 1.)

WHEREAS the Defendant SIDERMAN was served on July 26, 2021.  (Doc. No. 4.)

WHEREAS Defendant SIDERMAN did not respond to the Complaint prior to August 16, 2021.

///

WHEREAS Plaintiffs requested an Entry of Default as to Defendant SIDERMAN on October 4, 2021. (Doc. No. 32.)

WHEREAS on January 31, 2022, following motions to dismiss by various other Defendants, Plaintiffs filed their First Amended Complaint ("FAC"). (Doc. No. 50.) There is no Certificate of Service in the docket as to service of the FAC on Defendant Siderman.

WHEREAS on May 8, 2022, Plaintiffs filed their Second Amended Complaint ("SAC"), again following motions to dismiss. (Doc. No. 56.) There is no Certificate of Service in the docket as to service of the Second Amended Complaint on Defendant Siderman.

WHEREAS on July 29, 2022, the Clerk entered the default as to Defendant Siderman. (Doc. No. 62.)

WHEREAS on July 29, 2022, the Court denied Plaintiffs' Request for the Clerk's entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(1). (Doc. No. 63.)

WHEREAS on March 2, 2023, Plaintiffs requested Entry of Clerk Default Judgment against Defendant Siderman pursuant to Fed. R. Civ. P. 55(b). (Doc. No. 84.)

WHEREAS on March 3, 2023, Plaintiffs filed a motion for attorneys' fees scheduled for hearing on April 3, 2023. (Doc. No. 86.)

WHEREAS on March 28, 2023, this Court issued an order vacating the April 3, 2023 hearing, denying the motion for attorneys' fees without prejudice, and ordering supplemental briefing regarding Plaintiffs' request for entry of default judgment. (Doc. Nos. 87, 86, and 84.)

IT IS THEREFORE STIPULATED, subject to order of the Court, that the Default as to Defendant SIDERMAN entered on July 29, 2022 be set aside and Defendant SIDERMAN will file a Response to the SAC within twenty-one days following service of a signed order approving this stipulation.

(SIGNATURES ON FOLLOWING PAGE)

///
///
///
///

Dated: March 31, 2023

*Michael A. Alfred*
Michael A. Alfred, Esq.
Attorney for Plaintiff

Dated March 31, 2023

Peter K. Levine, Esq.
Attorney for Defendant

## ORDER

Upon reading and filing the stipulation of the parties, and good cause having been shown and the parties having stipulated to the same, the Court finds that the above-stated STIPULATION is approved by the Court, and it is hereby:

**ORDERED**, that the July 29, 2022 default entered as to Defendant Siderman is vacated and set aside (Doc. No. 62.), and a Response to the Second Amended Complaint shall be filed on or before twenty-one days after service of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2023

MARILYN L. HUFF, Senior District Judge
UNITED STATES DISTRICT COURT

c:\users\peter\dropbox\new\1991-siderman dds\stipulation\to vacate\stipulation to vacate.docx

[PROPOSED] ORDER ON STIPULATION TO VACATE DEFAULT
3

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )   CASE NO: 3:21-CV-01205-H-JLB
COUNTY OF LOS ANGELES      )

I am a citizen of the United States and a resident of the aforesaid county; I am over the age of 18 years and not a party to the within entitled action; my business address is 5455 Wilshire Blvd., Suite 1250, Los Angeles, CA 90036

On March 31, 2023 I served the foregoing document(s) described as **[PROPOSED] ORDER ON STIPULATION TO VACATE DEFAULT AND ALLOW DEFENDANT JERRY SIDERMAN TO RESPOND TO SECOND AMENDED COMPLAINT,** on the interested parties in this action as follows:

> Michael A. Alfred, Esq.
> Law Offices of Michael A. Alfred
> 7220 Trade Street, Ste. 104
> San Diego, CA 92121
> mikesr@alfredlawoffice.com
> Info@alfredlawoffice.com
> Counsel for Plaintiffs

__BY US MAIL SERVICE. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California. I am aware that on Motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

**xx** ELECTRONIC MAIL (CCP 1010.6(e)(1): After confirming by telephone or email the appropriate electronic service address(es) for counsel being served, by e-mailing the document(s) to parties represented by counsel who have appeared in this action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 31, 2023 at Los Angeles, California.

By: _____
    Roberto Segovia