# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company d/b/a San Diego Motorwerks; CHIDIEBERE AMADI, an individual,<br><br>         Plaintiffs,<br><br>v.<br><br>JERRY SIDERMAN, an individual; BMW FINANCIAL SERVICES NA, LLC; CENTER AUTOMOTIVE, LLC, d/b/a Center BMW; and DOES 1 through 200, inclusive,<br><br>         Defendants. | Case No.: 3:21-cv-01205-H-JLB<br><br>**ORDER:**<br><br>**(1) GRANTING PARTIES' JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT JUDGMENT AND GRANTING DEFENDANT TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT; AND**<br><br>[Doc. No. 89.]<br><br>**(2) DENYING PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT AS MOOT**<br><br>[Doc. No. 84.] |

  On July 1, 2021, Plaintiff Dipito LLC ("Plaintiff") filed a complaint against a handful of defendants, including Defendant Jerry Siderman ("Siderman").[1] (Doc. No. 1.) On July 27, 2021, Plaintiff filed an executed proof of service for Siderman. (Doc. No. 4.)

---

[1] On January 31, 2022, Plaintiff filed a first amended complaint ("FAC"). (Doc. No. 50.) On May 8, 2022, Plaintiff filed a second amended complaint ("SAC"). (Doc. No. 56.)

1  On October 4, 2021, Plaintiff requested that the Clerk enter default judgment against Siderman. (Doc. No. 32.) On July 29, 2022, the Clerk entered default as to Siderman. (Doc. No. 62.) That same day, the Court issued an order stating that default judgment on Siderman would be premature at that time. (Doc. No. 63.) On March 2, 2023, Plaintiff requested that the Court enter default judgment against Siderman. (Doc. No. 84.) On March 28, 2023, the Court issued an order ordering Plaintiff to provide supplemental briefing regarding its request for default judgment against Siderman. (Doc. No. 87.)

On April 4, 2023, the parties filed the present joint motion ("Motion") requesting that the Court: (1) set aside the July 29, 2022 default judgment as to Siderman; and (2) grant Siderman twenty-one (21) days to respond to the SAC. (Doc. No. 89.)

Upon consideration of the parties' Motion, the Court grants the parties' request to set aside the Clerk's entry of default. (Doc. No. 62.) The Court directs the Clerk to set aside the entry of default judgment against Siderman. Additionally, the Court grants Siderman **twenty-one (21) days** from the date this Order is filed to respond to the SAC. Further, Plaintiff's request that the Court enter default judgment against Siderman is denied without prejudice as moot. (Doc. No. 84.)

**IT IS SO ORDERED.**

DATED: April 10, 2023

MARILYN L. HUFF, Senior District Judge
UNITED STATES DISTRICT COURT