PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230

Attorney for Defendant Jerry Siderman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual,<br><br>Plaintiffs,<br>V.<br><br>JERRY SIDERMAN, an individual, BMW FINANCIAL SERVICES NA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200,<br><br>Defendants. | Case No. 3:21-cv-01205-H-JLB<br><br>Judge: Hon. Marilyn L. Huff<br><br>**DEFENDANT JERRY SIDERMAN'S NOTICE OF SETTLEMENT AND MOTION TO VACATE ALL DEADLINES.**<br><br>TRIAL DATE:            NOT SET<br>DATE ACTION FILED:     JULY 1, 2021 |

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to filed the said Agreement. Accordingly, Defendant respectfully requests that the Court vacate all deadlines as set forth in the May 11, 2023 Order.

///
///
///

DEFENDANT JERRY SIDERMAN'S NOTICE OF SETTLEMENT AND MOTION TO VACATE ALL DEADLINES.

1

Defendant is filing this Notice and Motion with Plaintiff's approval and permission.

Dated: May 31, 2023

                                                                 */s/ Peter K. Levine*
                                                                 Peter K. Levine, Esq.
                                                                 Attorney for Defendant Jerry Siderman

DEFENDANT JERRY SIDERMAN'S NOTICE OF SETTLEMENT AND MOTION TO VACATE ALL DEADLINES.

2

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                                        )   CASE NO: 3:21-CV-01205-H-JLB
COUNTY OF LOS ANGELES  )

    I am a citizen of the United States and a resident of the aforesaid county; I am over the age of 18 years and not a party to the within entitled action; my business address is 5455 Wilshire Blvd., Suite 1250, Los Angeles, CA 90036

    On May 31, 2023 I served the foregoing document(s) described as **DEFENDANT JERRY SIDERMAN'S NOTICE OF SETTLEMENT AND MOTION TO VACATE ALL DEADLINES,** on the interested parties in this action as follows:

> Michael A. Alfred, Esq.
> Law Offices of Michael A. Alfred
> 7220 Trade Street, Ste. 104
> San Diego, CA 92121
> mikesr@alfredlawoffice.com
> Info@alfredlawoffice.com
> Counsel for Plaintiffs

__ BY US MAIL SERVICE. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California. I am aware that on Motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

**xx** ELECTRONIC MAIL (CCP 1010.6(e)(1): After confirming by telephone or email the appropriate electronic service address(es) for counsel being served, by e-mailing the document(s) to parties represented by counsel who have appeared in this action or proceeding.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 31, 2023 at Los Angeles, California.

By: _/s/ Roberto Segovia_
      Roberto Segovia