# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company d/b/a San Diego Motorwerks; CHIDIEBERE AMADI, an individual,<br><br>                           Plaintiffs,<br><br>v.<br><br>JERRY SIDERMAN, an individual; BMW FINANCIAL SERVICES NA, LLC; CENTER AUTOMOTIVE, LLC, d/b/a Center BMW; and DOES 1 through 200, inclusive,<br><br>                           Defendants. | Case No.: 3:21-cv-01205-H-JLB<br><br>**ORDER VACATING DATES IN LIGHT OF SETTLEMENT**<br><br>[Doc. No. 93] |

On May 31, 2023, Defendant Jerry Siderman, with the approval of Plaintiff Dipito LLC, filed a joint notice of settlement indicating that the parties had agreed to a settlement and that they intend to file a stipulated dismissal within 30 days. (Doc. No. 93.) In light of the settlement, the parties request that the Court vacate all currently set dates and deadlines. (Id.) Due to the parties' settlement, the Court grants the joint request to vacate all pending dates and deadlines in the action.

**IT IS SO ORDERED.**

DATED: June 5, 2023

                                                                           */s/ Marilyn L. Huff*
                                                         MARILYN L. HUFF, District Judge
                                                         UNITED STATES DISTRICT COURT