# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Dipito LLC, et al. v. Manheim Riverside, et al.**   Case No.: **21-cv-01205-H-JLB**

On June 5, 2023, the Court vacated dates in light of the parties' settlement. (ECF No. 95.) Accordingly, **IT IS HEREBY ORDERED**:

1. A Joint Motion for Dismissal shall be electronically filed on or before **June 28, 2023**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Marilyn L. Huff, shall be e-mailed to the chambers of the Honorable Marilyn L. Huff.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **June 28, 2023**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **June 30, 2023**, at **3:15 PM** before Magistrate Judge Jill L. Burkhardt. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (877) 873-8018 and use access code 9930765.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **June 28, 2023**, the Settlement Disposition Conference shall be vacated without further court order.

Date: June 14, 2023             Initials: lc2
Chambers of the Hon. Jill L. Burkhardt

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id*. § 2(h), for the chambers' official e-mail address and procedures on e-mailing proposed orders.