PETER K. LEVINE, ESQ.  SBN: 113672
**PETER K. LEVINE, A PROFESSIONAL LAW CORP.**
5455 WILSHIRE BLVD., SUITE 1250
LOS ANGELES, CA 90036
TELEPHONE: (323) 934-1234
FACSIMILE: (323) 934-1230

Attorney for Defendant Jerry Siderman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, A MONTANA LLC DBA SAN DIEGO MOTORWERKS, CHIDIEBERE AMADI, an individual,<br><br>Plaintiffs,<br>V.<br><br>JERRY SIDERMAN, an individual, BMW FINANCIAL SERVICES NA, LLC, CENTER AUTOMOTIVE, INC DBA CENTER BMW and DOES 1 through 200,<br><br>Defendants. | Case No. 3:21-cv-01205-H-JLB<br><br>Judge:  Hon. Marilyn L. Huff<br><br>**JOINT MOTION FOR DISMISSAL** |

On April 10, 2023, the Court entered an Order granting the parties' Joint Motion to Set Aside Entry of Default Judgment and Granting Defendant [Siderman] Time To Respond to the Second Amended Complaint.  *See* ECF No. 90.

On May 31, 2023, Defendant Siderman filed Notice of Settlement and Motion to Vacate All Deadlines, representing that the parties intend to sign a Settlement Agreement.  *See* ECF No. 93.

On June 5, 2023, the Court vacated all dates in light of the parties' settlement.  *See* ECF No. 95.

On June 14, 2023, the Court entered an Order requiring the Parties to submit a "Joint Motion for Dismissal" on or before June 28, 2023.  *See* ECF No. 96.  Dismissal by joint stipulation is appropriate under Rule 41(a)(1)(A)(ii) because Defendant Siderman has appeared but has not yet responded.

JOINT MOTION TO DISMISS

1

Therefore, the parties stipulate and jointly move pursuant to *Federal Rule of Civil Procedure* §41(a)(1)(A)(ii) for the dismissal of the present action subject to the parties' Settlement Agreement.

The Parties jointly request that, notwithstanding the dismissal of the present action between them, that the Court retain jurisdiction solely to enforce the terms of the Settlement Agreement.

Dated: June 27, 2023

          s/Michael A. Alfred
          Michael A. Alfred, Esq.
          Attorney for Plaintiff

Dated  June 27, 2023

          Peter K. Levine, Esq.
          Attorney for Defendant Siderman

### SIGNATURE ATTESTATION

I, Peter K. Levine, am the ECF user whose ID and password are being used to file this Joint Motion. I attest that concurrence, approval and authority in the filing of this document has been obtained from the other signatory, Michael A. Alfred, Esq.

Dated  June 27, 2023

          Peter K. Levine, Esq.
          Attorney for Defendant Siderman

g:\new\1991-siderman dds\joint motion to dismiss\final\final 101.docx