UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIPITO LLC, a Montana Limited Liability Company d/b/a San Diego Motorwerks; CHIDIEBERE AMADI, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JERRY SIDERMAN, an individual; BMW FINANCIAL SERVICES NA, LLC; CENTER AUTOMOTIVE, LLC, d/b/a Center BMW; and DOES 1 through 200, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:21-cv-01205-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 97] |

　　　　On May 31, 2023, Defendant Jerry Siderman, with the approval of Plaintiff Dipito LLC (collectively, the "Parties"), filed a joint notice of settlement indicating that the parties had agreed to a settlement and that they intend to file a stipulated dismissal within 30 days. (Doc. No. 93.)  On June 27, 2023, the Parties filed the present joint motion to dismiss the action pursuant to Federal Rule of Civil Procedure §41(a)(1)(A)(ii) and according to the terms of the Parties' settlement agreement.  (Doc. No. 97.)  For good cause shown, the Court grants the joint motion and dismisses the action with prejudice, each side to bear its own attorneys' fees and costs.

　　　　**IT IS SO ORDERED.**

DATED: July 5, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1

3:21-cv-01205-H-JLB